PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
RENÉE S. ORLEANS
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263/(202) 307-3937
Fax:   (202) 616-8470/(202) 616-8202
*Attorneys for Federal Defendants in their Official Capacities
and Federal Intervenor-Defendants (United States of America,
National Security Agency, President George W. Bush)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. M:06-cv-01791-VRW<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the Clerk is hereby asked to enter the appearance of Anthony J. Coppolino, Special Litigation Counsel, United States Department of Justice, as counsel for the federal defendants sued in their official capacity in these consolidated actions and for the federal intervenor-defendants in these actions (the United States of America, the National Security Agency, and President George W. Bush).

DATED: August 22, 2006          Respectfully Submitted,

                                PETER D. KEISLER
                                Assistant Attorney General, Civil Division

                                CARL J. NICHOLS
                                Deputy Assistant Attorney General

                                DOUGLAS N. LETTER
                                Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

 */S/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov

RENÉE S. ORLEANS
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263
      (202) 307-3937
Fax:   (202) 616-8470/(202) 616-8202

*Attorneys for Federal Defendants in their Official Capacities and Federal Intervenor-Defendants (United States of America, National Security Agency, President George W. Bush)*