PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
RENÉE S. ORLEANS
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263/(202) 307-3937
Fax: (202) 616-8470/(202) 616-8202
*Attorneys for Federal Defendants in their Official Capacities
and Federal Intervenor-Defendants (United States of America,
National Security Agency, President George W. Bush)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW**<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the Clerk is hereby asked to enter the appearance of Andrew H. Tannenbaum, Trial Attorney, United States Department of Justice, as counsel for the federal government defendants sued in their official capacity and the federal intervenor-defendants in these consolidated actions.

| | |
|---|---|
| DATED: August 22, 2006 | Respectfully Submitted, |
| | PETER D. KEISLER<br>Assistant Attorney General, Civil Division |
| | CARL J. NICHOLS<br>Deputy Assistant Attorney General |
| | DOUGLAS N. LETTER<br>Terrorism Litigation Counsel |
| | JOSEPH H. HUNT<br>Director, Federal Programs Branch |
| | ANTHONY J. COPPOLINO<br>Special Litigation Counsel |
| | *s/ Andrew H. Tannenbaum*<br>RENÉE S. ORLEANS<br>ANDREW H. TANNENBAUM<br>ALEXANDER K. HAAS<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, D.C. 20001<br>Phone: (202)514-4263<br>Fax:(202) 616-8202<br>Email: andrew.tannenbaum@usdoj.gov |
| | *Attorneys for Federal Defendants in their Official Capacities and Federal Intervenor-Defendants (United States of America, National Security Agency, President George W. Bush)* |