| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON #76342<br>DAVID L. ANDERSON #149604<br>JACOB R. SORENSEN #209134<br>MARC H. AXELBAUM #209855<br>DANIEL J. RICHERT #232208<br>50 Fremont Street<br>Post Office Box 7880<br>San Francisco, CA 94120-7880<br>Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200<br>Email: bruce.ericson@pillsburylaw.com | WILMER CUTLER PICKERING HALE AND DORR LLP<br>Mark D. Flanagan #130303<br>Elizabeth I. Rogers #226234<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br>Email: mark.flanagan@wilmerhale.com<br><br>John A. Rogovin (*pro hac vice*)<br>Randolph D. Moss (*pro hac vice*)<br>Samir C. Jain #181572<br>Brian M. Boynton #222193<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-3642<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>Email: john.rogovin@wilmerhale.com<br><br>Attorneys for Verizon Defendants |

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (*pro hac vice*)
DAVID L. LAWSON (*pro hac vice*)
BRADFORD A. BERENSON (*pro hac vice*)
EDWARD R. McNICHOLAS (*pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for AT&T Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | Case No. M-06-01791-VRW<br><br>**DECLARATION OF MARC H. AXELBAUM IN SUPPORT OF ADMINISTRATIVE MOTION OF AT&T AND VERIZON DEFENDANTS TO VACATE PENDING FILING DEADLINES IN CASES TRANSFERRED BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>**[Civ. L.R. 7-11 & 6-3]**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker<br>Filed concurrently:<br>1. Administrative Motion<br>2. Declaration of Brian M. Boynton<br>3. Proposed Order |

600187084v2

Declaration of Marc H. Axelbaum
ISO Admin. Motion to Vacate Pending Deadlines
No. M-06-01791-VRW

I, **MARC H. AXELBAUM**, declare as follows:

1. I am an attorney in good standing with the State Bar of California and the bar of this Court, and am an attorney with the law firm of Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), counsel for Defendants AT&T CORP., specially appearing AT&T INC., AT&T COMMUNICATIONS OF CALIFORNIA, INC., SBC LONG DISTANCE, LLC, PACIFIC BELL TELEPHONE COMPANY, ILLINOIS BELL TELEPHONE CO., AMERICAN TELEPHONE AND TELEGRAPH COMPANY, AT&T COMMUNICATIONS, INC., AT&T OPERATIONS, INC., and NEW CINGULAR WIRELESS SERVICES, INC. (collectively "AT&T Defendants"). I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify thereto. I make this declaration in support of the Administrative Motion of AT&T and Verizon Defendants to Vacate Pending Filing Deadlines in Cases Transferred by the Judicial Panel on Multidistrict Litigation ("Motion").

2. On August 9, 2006, the Judicial Panel on Multidistrict Litigation ("JPML") entered a Transfer Order, transferring seventeen cases pending around the country to this Court (the "Transferred Cases"). In several of the Transferred Cases the AT&T Defendants are facing imminent deadlines to file responsive pleadings or other motion papers, as set forth below.

3. The deadline for Defendants AT&T Corp. and AT&T Inc. to respond to the complaint in *Dolberg v. AT&T Corp., AT&T Inc.* (D. Mont.), No. 9:06-78, is September 8, 2006.

4. The deadline for Defendants AT&T Inc., AT&T Corp., AT&T Operations, Inc., and New Cingular Wireless, to file a reply in support of their motion to dismiss in *Harrington v. AT&T, Inc., et al.* (W.D. Tex.), No. 1:06-374 is September 13, 2006.

5. The deadline for Defendants AT&T Corp., AT&T Inc., SBC Long Distance LLC, Pacific Bell Telephone Company, and AT&T Communications of California, Inc. to file replies in support of their motions to dismiss in *Roe v. AT&T Corp., et al.*, No. 06-cv-

600187084v2
- 1 -
Declaration of Marc H. Axelbaum
ISO Admin. Motion to Vacate Pending Deadlines
No. M-06-01791-VRW

3467 (N.D. Cal.), is September 21, 2006, and a hearing is scheduled for October 5, 2006.

6. The reasons for seeking the relief requested in the Motion are set forth in the Motion. In short, vacating pending deadlines in the MDL cases will "prevent inconsistent pretrial rulings (particularly with respect to matters involving national security) and [will] conserve the resources of the parties, their counsel and the judiciary," as provided by the Transfer Order. If the requested relief is not granted, the parties will be required to unnecessarily expend substantial resources to litigate separately in each of the Transferred Cases, contrary to mandate of the Transfer Order and the efficiency purposes of the MDL process generally.

7. On August 25, 2006, I spoke with Barry R. Himmelstein, counsel for the plaintiffs in the *Roe* case and asked if plaintiffs would be willing to stipulate to the relief requested in this Motion. Mr. Himmelstein told me that he would need to consider the matter and would call me back. He did so approximately two hours later, and informed me that he would like the opportunity to review the Motion first and would respond, if at all, during the three-day period provided by Civil Local Rule 7-11(b).

8. I am informed by our co-counsel in the *Dolberg* and *Harrington* cases that they have endeavored to secure from the plaintiffs in those cases the relief requested in the Motion. As of the time in which the AT&T Defendants are filing the Motion, our co-counsel had not yet ascertained plaintiffs' position.

9. I am informed by my co-counsel, Bradley Berenson of Sidley Austin LLP, that on August 25, 2006 he communicated by email with Deputy Assistant Attorney General Carl J. Nichols about whether the U.S. Department of Justice would consent to the relief requested by the Motion. Mr. Berenson has informed me, and on that basis I allege, that the Department of Justice consents to the requested relief.

10. There have been no previous modifications of time in MDL Case No. M-06-01791-VRW.

11. Although the relief requested in the Motion would delay the pleading

600187084v2 - 2 -

Declaration of Marc H. Axelbaum
ISO Admin. Motion to Vacate Pending Deadlines
No. M-06-01791-VRW

1 deadlines in the MDL cases slightly, it will allow the cases to proceed in a coordinated and
2 consolidated manner, consistent with the mandate of the Transfer Order.
3     12.    Attached hereto as Exhibit A is a true and correct copy of the Court's Order
4 No. 1 in *In re: World War II Era Japanese Forced Labor Litigation*, No. MDL-1347, which
5 Pillsbury obtained from the Court file in that proceeding.
6     13.    Attached hereto as Exhibit B is a true and correct copy the Court's Order
7 (Dkt. 4) in *In Re: Deep Vein Thrombosis*, No. 04-1606 VRW, which Pillsbury obtained
8 from the Court file in that proceeding.
9     I declare under penalty of perjury that the foregoing is true and correct.
10     Executed on August 25, 2006, at San Francisco, California.

                                                    /s/ Marc H. Axelbaum
                                                       Marc H. Axelbaum