1   PILLSBURY WINTHROP SHAW PITTMAN LLP   WILMER CUTLER PICKERING
    BRUCE A. ERICSON  #76342                HALE AND DORR LLP
2   DAVID L. ANDERSON  #149604              Mark D. Flanagan #130303
    JACOB R. SORENSEN  #209134              Elizabeth I. Rogers #226234
3   MARC H. AXELBAUM  #209855               1117 California Avenue
    DANIEL J. RICHERT  #232208              Palo Alto, CA  94304
4   50 Fremont Street                       Telephone: (650) 858-6000
    Post Office Box 7880                     Facsimile: (650) 858-6100
5   San Francisco, CA  94120-7880           Email:  mark.flanagan@wilmerhale.com
    Telephone: (415) 983-1000
6   Facsimile: (415) 983-1200               John A. Rogovin (*pro hac vice*)
    Email:  bruce.ericson@pillsburylaw.com  Randolph D. Moss (*pro hac vice*)
7                                           Samir C. Jain #181572
                                            Brian M. Boynton #222193
8                                           1875 Pennsylvania Avenue, N.W.
                                            Washington, DC  20006-3642
9                                           Telephone: (202) 663-6000
                                            Facsimile: (202) 663-6363
10                                          Email: john.rogovin@wilmerhale.com

                                            Attorneys for Verizon Defendants
11  SIDLEY AUSTIN LLP
    DAVID W. CARPENTER (*pro hac vice*)
12  DAVID L. LAWSON (*pro hac vice*)
    BRADFORD A. BERENSON (*pro hac vice*)
13  EDWARD R. McNICHOLAS (*pro hac vice*)
    1501 K Street, N.W.
14  Washington, D.C.  20005
    Telephone:  (202) 736-8010
15  Facsimile:  (202) 736-8711

16  Attorneys for AT&T Defendants

17                  UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

                     SAN FRANCISCO DIVISION

19                                          Case No. M-06-01791-VRW
20  IN RE NATIONAL SECURITY AGENCY          **[PROPOSED] ORDER GRANTING
    TELECOMMUNICATIONS RECORDS              ADMINISTRATIVE MOTION OF AT&T
21  LITIGATION, MDL No. 1791                AND VERIZON DEFENDANTS TO
                                            VACATE PENDING FILING
22                                          DEADLINES IN CASES TRANSFERRED
                                            BY THE JUDICIAL PANEL ON
23                                          MULTIDISTRICT LITIGATION**

24                                          **[Civ. L.R. 7-11 & 6-3]**

25                                          Courtroom:  6, 17th Floor
                                            Judge:       Hon. Vaughn R. Walker
                                            Filed concurrently:
26                                          1.  Administrative Motion
                                            2.  Declaration of Marc H. Axelbaum
27                                          3.  Declaration of Brian M. Boynton

28

1           Defendants AT&T CORP., specially appearing AT&T INC., AT&T

2      COMMUNICATIONS OF CALIFORNIA, INC., SBC LONG DISTANCE, LLC,

3      PACIFIC BELL TELEPHONE COMPANY, ILLINOIS BELL TELEPHONE CO.,

4      AMERICAN TELEPHONE AND TELEGRAPH COMPANY, AT&T

5      COMMUNICATIONS, INC., AT&T OPERATIONS, INC., NEW CINGULAR

6      WIRELESS SERVICES, INC., VERIZON COMMUNICATIONS INC., VERIZON

7      GLOBAL NETWORKS INC., VERIZON WIRELESS, LLC, CELLCO PARTNERSHIP,

8      MCI, LLC and VERIZON NORTHWEST INC. ("Defendants") have moved pursuant to

9      Civil Local Rules 7-11 and 6-3 for an order vacating all dates by which the parties in these

10     Multidistrict Litigation proceedings ("MDL") are currently required to file responsive

11     pleadings and/or motion papers until the Court holds its initial case management conference

12     and issues a consolidated case management order.  The Court having considered

13     Defendants' Motion and Plaintiffs' oppositions thereto, and good cause appearing,

14           IT IS HEREBY ORDERED THAT

15           1.     Defendants' Motion is GRANTED.

16           2.     All pending dates by which the parties are currently required to file

17     responsive pleadings and/or motion papers in any case that is or becomes part of this MDL

18     are hereby vacated pending the issuance of a further case management order by the Court.

19

20      Dated: _____, 2006.

21

22
                            _____
                                 Hon. Vaughn R. Walker

23                         United States District Chief Judge

24

25

26

27

28