| | | |
|---|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP | WILMER CUTLER PICKERING |
| | BRUCE A. ERICSON #76342 | HALE AND DORR LLP |
| 2 | DAVID L. ANDERSON #149604 | Mark D. Flanagan #130303 |
| | JACOB R. SORENSEN #209134 | Elizabeth I. Rogers #226234 |
| 3 | MARC H. AXELBAUM #209855 | 1117 California Avenue |
| | DANIEL J. RICHERT #232208 | Palo Alto, CA 94304 |
| 4 | 50 Fremont Street | Telephone: (650) 858-6000 |
| | Post Office Box 7880 | Facsimile: (650) 858-6100 |
| 5 | San Francisco, CA 94120-7880 | Email: mark.flanagan@wilmerhale.com |
| 6 | Telephone: (415) 983-1000 | John A. Rogovin (*pro hac vice*) |
| | Facsimile: (415) 983-1200 | Randolph D. Moss (*pro hac vice*) |
| 7 | Email: bruce.ericson@pillsburylaw.com | Samir C. Jain #181572 |
| 8 | | Brian M. Boynton #222193 |
| | | 1875 Pennsylvania Avenue, N.W. |
| 9 | | Washington, DC 20006-3642 |
| | | Telephone: (202) 663-6000 |
| 10 | | Facsimile: (202) 663-6363 |
| 11 | | Email: john.rogovin@wilmerhale.com |
| | | Attorneys for Verizon Defendants |
| 12 | SIDLEY AUSTIN LLP | |
| 13 | DAVID W. CARPENTER (admitted *pro hac vice*) | |
| | DAVID L. LAWSON (admitted *pro hac vice*) | |
| 14 | BRADFORD A. BERENSON (admitted *pro hac vice*) | |
| | EDWARD R. McNICHOLAS (admitted *pro hac vice*) | |
| 15 | 1501 K Street, N.W. | |
| | Washington, D.C. 20005 | |
| 16 | Telephone: (202) 736-8010 | |
| 17 | Facsimile: (202) 736-8711 | |
| | Attorneys for AT&T Defendants | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791 | Case No. M-06-01791-VRW<br><br>**CERTIFICATE OF SERVICE BY ELECTRONIC MAIL**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

Case No. M-06-01791-VRW

CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

I, Daniel J. Richert, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Palo Alto, California.

2. My business address is 2475 Hanover Street, Palo Alto, CA 94304.

3. Pursuant to Civil Local Rule 5-5(a)(1), on August 25, 2006, at 2475 Hanover Street, Palo Alto, CA 94304, I electronically served a true copy of the attached documents titled exactly:

- ADMINISTRATIVE MOTION OF AT&T AND VERIZON DEFENDANTS TO VACATE PENDING FILING DEADLINES IN CASES TRANSFERRED BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
- DECLARATION OF MARC H. AXELBAUM IN SUPPORT OF ADMINISTRATIVE MOTION OF AT&T AND VERIZON DEFENDANTS TO VACATE PENDING FILING DEADLINES IN CASES TRANSFERRED BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
- DECLARATION OF BRIAN M. BOYNTON IN SUPPORT OF ADMINISTRATIVE MOTION OF AT&T AND VERIZON DEFENDANTS TO VACATE PENDING FILING DEADLINES IN CASES TRANSFERRED BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
- [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF AT&T AND VERIZON DEFENDANTS TO VACATE PENDING FILING DEADLINES IN CASES TRANSFERRED BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

by electronic mail to the following persons at the e-mail addresses so indicated:

**See Attached Service List**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of August, 2006, at San Francisco, California.

Daniel J. Richert

700521394v1

## Service List

| CASE | COUNSEL |
|---|---|
| *Conner et al. v. AT&T Corp. et al.*, No. 06-632 (E.D. Cal.) | Nicholas "Butch" Wagner<br>Daniel Kopfman<br>LAW OFFICES OF WAGNER & JONES<br>1111 E. Herndon Avenue, Suite 317<br>Fresno, California 93720<br>(559) 449-1800<br>Email: dkopfman@wagnerjones.com |
| *Hepting et al. v. AT&T Corp. et al.*, No. 06-672 (N.D. Cal.) | Cindy Ann Cohn<br>Electronic Frontier Foundation<br>454 Shotwell Street<br>San Francisco, CA 94110<br>(415) 436-9333 x 108<br>Email: cindy@eff.org |
| *Campbell et al. v. AT&T Communications et al.*, No. 06-3596 (N.D. Cal.) | Ann Brick<br>American Civil Liberties Union Foundation of Northern California Inc.<br>39 Drumm Street<br>San Francisco, CA 94111<br>(415) 621-2493<br>Fax: (415) 255-8437<br>Email: abrick@aclunc.org |
| *Riordan et al. v. Verizon Communications et al.*, No. 06-3574 (N.D. Cal.) | (Same as above) |
| *Souder v. AT&T Corp. et al.*, No. 06-CV-1058 (S.D. Cal.) | Matthew J. Zevin<br>STANLEY MANDEL & IOLA LLP<br>550 West C Street, Ste. 1600<br>San Diego, CA 92101<br>(619) 235-5306<br>Email: mzevin@smi-law.com<br><br>Derek J. Emge<br>EMGE & ASSOCIATES<br>550 West C Street, Suite 1600<br>San Diego, CA 92101<br>Email: derek@inthelaw.com |
| *Joll (Schwarz) et al. v. AT&T Corp. et al.*, No. CV-06-2680 (N.D. Ill.) | Steven E. Schwarz<br>Law Offices of Steven E. Schwarz<br>2461 W. Foster Avenue, #1W<br>Chicago, IL 60625<br>Email: stevenschwarz23@yahoo.com |

| | | |
|---|---|---|
| 1 | *Terkel et al. v. AT&T Inc. et al.*,<br>No. 06-2837, (N.D. Ill.) | Harvey Grossman<br>Wendy Sangbee<br>Adam D. Schwartz<br>Roger Baldwin Foundation of ACLU, Inc.<br>180 North Michigan Avenue<br>Suite 2300<br>Chicago, IL 60601<br>Email: hgrossman@aclu-il.org<br>      wpark@aclu-il.org<br>      aschwartz@aclu-il.org<br><br>James M. Carlson<br>F. Thomas Hecht<br>Michael James Philippi<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602<br>(312) 977-4400<br>Email:jcarlson@uhlaw.com<br>      fthecht@uhlaw.com<br>      mphilippi@uhlaw.com |
| 2 | *Herron v. Verizon Global Networks, Inc. et al.*,<br>No. 06-CV-2491 (E.D. La.) | Conrad S.P. Williams<br>Joseph G. Jevic, III<br>Melanie G. Lagarde<br>ST. MARTIN & WILLIAMS<br>P.O. Box 2017<br>Hourma, LA 70361<br>(985) 876-3891<br>Email: cwilliams@crescent-farm.com<br>      jjevic@crescent-farm.com<br>      mlagarde@crescent-farm.com<br><br>Jodi W. Flowers<br>Motley Rice, LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465<br>Email: jflowers@motleyrice.com |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | *Fuller v. Verizon et al.*,<br>No. 06-77, (D. Mont.) | Timothy M. Bechtold<br>ROSSBACH HART BECHTOLD, P.C.<br>401 North Washington<br>P.O. Box 8988<br>Missoula, Montana 59807<br>(406) 543-5156<br>Email: tim@rossbachlaw.com<br><br>Martin Woodward<br>Stanley, Mandel & Iola, LLP<br>3100 Monticello Avenue<br>Suite 750<br>Dallas, TX 75205<br>Email: mwoodward@smi-law.com |
| 9<br>10<br>11<br>12 | *Dolberg v. AT&T Corp., AT&T Inc et al.*,<br>No. 9:06-78 (D. Mont.) | Timothy M. Bechtold<br>ROSSBACH HART BECHTOLD, P.C.<br>401 N. Washington<br>PO Box 8988<br>Missoula, MT 59807<br>(406) 543-5156<br>Email: tim@rossbachlaw.com |
| 13<br>14<br>15<br>16 | *Marck et al. v. Verizon*,<br>No. 06-2455, (E.D. NY) | Michael C. O'Malley,<br>SIBEN & SIBEN LLP<br>90 East Main Street<br>Bay Shore, NY 11706<br>(631) 665-3400<br>Email: momalleyesq@aol.com |
| 17<br>18 | *Mayer et al. v. Verizon et al.*<br>No. 06-3650 (E.D. N.Y.) | Bruce Ira Afran<br>10 Braeburn Drive<br>Princeton, NJ 08540<br>(609) 924-2075<br>Email: bruceafran@aol.com |
| 19<br>20<br>21<br>22 | *Hines. v. Verizon Communications Inc.*,<br>No. CV-06-694 (D. Ore.) | Christopher A. Slater<br>SLATER / ROSS<br>1850 Umpqua Ban Plaza<br>One SW Columbia Street<br>Portland, OR 97258<br>(503) 227-2024<br>Email: cslater@slaterross.com |

| | | |
|---|---|---|
| 1 2 3 4 5 6 7 8 | *Bissitt v. Verizon Communications Inc.*, No. CA-06-220 (D.R.I.) | Amato A. DeLuca<br>Miriam Weizenbaum<br>DELUCA & WEIZENBAUM, LTD.<br>199 North Main Street<br>Providence, RI 02903<br>(401) 453-1500<br>Email: bud@delucaandweizenbaum.com<br>       Miriam@delucaandweizenbaum.com<br><br>Michael A. St. Pierre<br>Revens Revens & St. Pierre<br>946 Centerville Road<br>Warwick, RI 02886<br>Email: mikesp@rrsplaw.com |
| 9 10 11 12 13 14 15 16 17 18 19 20 21 22 | *Mahoney v. AT&T Communications*, No. 06-223, (D. RI) | Peter N. Wasylyk<br>LAW OFFICES OF PETER N. WASYLYK<br>1307 Chalkstone Avenue<br>Providence, RI 02908<br>(401) 831-7730<br>Email: pnwlaw@aol.com<br><br>Gary E. Mason<br>THE MASON LAW FIRM, P.C.<br>1225 19th Street, NW<br>Suite 500<br>Washington, D.C. 20038<br>(202) 429-2290<br>Email: GMason@masonlawdc.com<br><br>Marc R. Stanley<br>Roger L. Mandel<br>STANLEY, MANDEL & IOLA, LLP<br>Stanley Mandel & Iola LLP<br>3100 Monticello Ave, Suite 750<br>Dallas, TX 75205<br>(214) 443-4300<br>Email: mstanley@smi-law.com<br>       rmandel@smi-law.com |
| 23 | *Mahoney v. Verizon Communications*, No. 06-224, (D. RI) | (Same as above) |
| 24 25 26 27 | *Potter v. BellSouth Corp.*, No. 06-469, (M.D. TN) | Joshua Karsh<br>Gessler Hughes Piers Resnick & Dym Ltd.<br>Three First National Plaza<br>70 West Madison Street, Suite 4000<br>Chicago, IL 60602<br>(312) 580-0100<br>Email: JKarsh@ghsltd.com |

28

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20 | *Trevino v. AT&T Corp. et al.*,<br>No. 2:06-209 (S.D. Tex.) | Darrell Lee Barger<br>Hartline Dacus et al<br>800 N Shoreline Blvd<br>Ste 2000N<br>Corpus Christi, TX 78401<br>(361) 866-8000<br>Fax: (361) 866-8039<br>Email: dbarger@hdbdk.com<br><br>Edward Morgan Carstarphen, III<br>Ellis Carstarphen et al<br>5847 San Felipe<br>Ste 1900<br>Houston, TX 77057<br>(713) 647-6800<br>Fax: (713) 647-6884<br>Email: emc@ecdglaw.com<br><br>Robert C. Hilliard<br>Hillard & Munoz, LLP<br>719 S. Shoreline Blvd.<br>Suite 500<br>Corpus Christi, TX 78401<br>Email: bobh@hilliardandmunoz.com<br><br>Mikal C. Watts<br>Robert J. Patterson<br>Watts Law Firm LLP<br>555 N Carancahua St<br>Twr II Bldg 14th Flr<br>Corpus Christi, TX 78401<br>(361) 887-0500<br>Fax: (361) 887-0055<br>Email: mwatts@wattslawfirm.com<br>     rpatterson@wattslawfirm.com |
| 21<br>22<br>23<br>24 | *Harrington v. AT&T, Inc. et al.*, No.<br>1:06-374 (W.D. Tex.) | R. James George<br>George & Brothers, L.L.P.<br>1100 Norwood Tower<br>114 West 7th Street<br>Austin, TX 78701<br>(512) 499-0094<br>Email: rjgeorge@georgeandbrothers.com |

700521394v1

Certificate of Service by Electronic Mail
Case No. M-06-01791-VRW

| | | |
|---|---|---|
| 1 | *Spielfogel-Landis v. MCI, LLC*, No. 06-CV-4221 (N.D. Cal.) | Barry R. Himmelstein<br>Eric B. Fastiff<br>James M. Finberg<br>Michael W. Sobol<br>LIEFF CABRASER HEIMANN & BERNSTEIN LLP<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111-3339<br>(415) 956-1000<br>Email: bhimmelstein@lchb.com<br>efastiff@lchb.com<br>JFinberg@lchb.com<br>msobol@lchb.com |
| | *Roe v. AT&T Corp. et al.*, No. 06-cv-3467 (N.D. Cal.) | (Same as above) |

Additional Counsel served by email:

Michael P. Kenny
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000
Email: mike.kenny@alston.com

Doug Young
Farella Braun + Martel LLP
235 Montgomery Street, 17th floor
San Francisco, California 94104
(415) 954-4400
Fax: (415) 954-4480
Email: dyoung@fbm.com

Attorneys for BellSouth Corporation, BellSouth Communication Systems, LLC., and BellSouth Telecommunications, Inc. in *Herron*, *Joll*, and *Mayer*

-----

Carl J. Nichols, Esq.
USDOJ
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Email: Carl.Nichols@usdoj.gov

Attorneys for the United States

Certificate of Service by Electronic Mail
Case No. M-06-01791-VRW

700521394v1