**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                                    General Court Number
Clerk                                                                                                                              415.522.2000

28 August 2006


Re:   MDL – 06-1791 // In re national Security Agency Telecommunications Records Litigation

<u>Title of Case</u>                                                                                        <u>Case Number</u>
***Edward Marck, et al -v- Verizon Communications, Inc., et al***     ***C.A. No. 2:06-2455***

Dear Sir/Madam:

     This is to advise you that the above entitled case has been transferred from the Eastern District of New York to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Vaughn R. Walker.  We have given the action the individual case number ***C 06 5063 VRW***.

     Please be advised that this action has been designated as an E-Filing case.  Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

*R.C. Santos*

Rufino C. Santos
Deputy Clerk


cc: Counsel
        MDL