A CERTIFIED TRUE COPY

AUG 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
AUG 17 2006

FILED
CLERK'S OFFICE

FILED
AUG 24 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DOCKET NO. 1791**

M 06-1791 VRW

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION

*Kathryn Potter v. BellSouth Corp.*, M.D. Tennessee, C.A. No. 3:06-469

### ORDER VACATING TRANSFER ORDER

On August 9, 2006, the Panel filed an initial transfer order in this docket centralizing 17 actions, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings in the Northern District of California before the Honorable Vaughn R. Walker. The Panel has now been advised that this Middle District of Tennessee action (*Potter*) has been dismissed by the Honorable William J. Haynes, Jr., in an order filed on July 17, 2006.

IT IS THEREFORE ORDERED that the Panel's transfer order in this docket filed on August 9, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman