ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791 | Case No. M-06-01791-VRW<br><br>**CLASS ACTION**<br><br>*HEPTING* **PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION OF THE AT&T AND VERIZON DEFENDANTS TO VACATE PENDING FILING DEADLINES**<br><br>**[CIVIL L.R. 7-11 AND 6-3(C)]**<br><br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker |

---

No. M-06-01791-VRW     HEPTING PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION TO VACATE PENDING FILING DEADLINES

Dockets.Justia.com

1    Pursuant to Local Rule 6-3(c), the plaintiffs in *Tash Hepting, et al v. AT&T Corp., et al* (N.D. Cal. No. C-06-0672-VRW) hereby respond to the administrative motion by the AT&T and Verizon defendants to vacate pending deadlines until after an as yet unscheduled case management conference (Dkt. 5).

**I.  A Prompt Case Management Conference Would Serve the Interests of All Parties**

On August 9, 2006, the Judicial Panel on Multidistrict Litigation transferred 17 cases to this Court for "coordinated or consolidated pretrial proceedings." (M-06-1791 Dkt. 1), including, *inter alia,* the *Hepting* case. On August 25, the AT&T and Verizon defendants filed the instant administrative motion, proposing this Court vacate "all dates by which the parties in these Multidistrict Litigation proceedings ('MDL') are currently required to file responsive pleadings or motion papers until the Court holds its initial case management conference and issues a case management order."

Since the *Hepting* litigation is currently stayed until September 29, 2006, by prior order of this Court (C-06-0672 Dkt. 336), the *Hepting* plaintiffs have no currently pending deadlines to be vacated.[1] However, for the reasons set forth in detail in the plaintiffs' response to the Court's July 20th order (C-06-0672 Dkt. 317), the *Hepting* plaintiffs object to any delay beyond the currently effective stay, including vacating any deadlines that would thereafter become effective.

Counsel for the *Hepting* plaintiffs have conferred with the majority of plaintiffs counsel for the other transferred cases, and those counsel concur that a promptly scheduled case management conference would best facilitate the formal coordination of pretrial proceedings, including the scheduling issues raised by defendants. Plaintiffs counsel in the various transferred cases are in the process of coordinating and anticipate filing a joint proposed case management order prior to such a conference.

Finally, the *Hepting* plaintiffs respectfully request that this Court refrain from vacating any pending deadlines until it has first set a date for the case management conference. Otherwise, the

---

[1] Plaintiffs presume that the defendants did not seek to vacate the briefing deadline set by this Court for September 15 "to apprise the court by memoranda not to exceed five pages of any developments in the interlocutory appeal motions of the government and AT&T affecting or relating to this case and the status of 28 USC § 1407 transfers pursuant to MDL 1791." (C-06-0672 Dkt. 336),

relief requested by defendants would amount to an indefinite delay of the transferred proceedings.

**II.    Conclusion**

For the reasons stated above, plaintiffs respectfully request that this Court set a Case Management Conference as soon after September 29 as its schedule permits, at which the parties may address scheduling and other case management issues.

DATED: August 30, 2006                     ELECTRONIC FRONTIER FOUNDATION

By _____/s/_____
   Cindy A. Cohn, Esq. (SBN 145997)
   Lee Tien, Esq. (SBN 148216)
   Kurt Opsahl, Esq. (SBN 191303)
   Kevin S. Bankston, Esq. (SBN 217026)
   Corynne McSherry, Esq. (SBN 221504)
   James S. Tyre, Esq. (SBN 083117)
   454 Shotwell Street
   San Francisco, CA 94110
   Telephone:     (415) 436-9333 x108
   Facsimile:       (415) 436-9993

ATTORNEYS FOR PLAINTIFFS

Additional Plaintiffs' Counsel:

| | |
|---|---|
| LERACH COUGHLIN STOIA GELLER<br>   RUDMAN & ROBBINS LLP<br>ERIC ALAN ISAACSON<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423 | LERACH COUGHLIN STOIA GELLER<br>   RUDMAN & ROBBINS LLP<br>REED R. KATHREIN<br>JEFF D. FRIEDMAN<br>MARIA V. MORRIS<br>SHANA E. SCARLETT<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534 |
| TRABER & VOORHEES<br>BERT VOORHEES<br>THERESA M. TRABER<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, CA 91103<br>Telephone: (626) 585-9611<br>Facsimile: (626) 577-7079 | LAW OFFICE OF RICHARD R. WIEBE<br>RICHARD R. WIEBE<br>425 California Street, Suite 2025<br>San Francisco, CA 94104<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382 |
| LAW OFFICE OF ARAM ANTARAMIAN<br>ARAM ANTARAMIAN<br>1714 Blake Street<br>Berkeley, CA 94703<br>Telephone: (510) 841-2369 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the following non-CM/ECF participants:

John Beisner
O'Melveny & Myers LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004-1109

Jodi W. Flowers
Motley Rice, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

R. James George
George & Donaldson, L.L.P.
1100 Norwood Tower
114 West 7th Street
Austin, TX 78701

Harvey Grossman
Roger Bladwin Foundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601

Robert C. Hilliard
Hillard & Munoz, LLP
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401

Joshua Karsh
Gessler Hughes Piers Resnick & Dym Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, IL 60602

Roger L. Mandel
Stanley Mandel & Iola LLP
3100 Monticello Ave
Suite 750
Dallas, TX 75205

| | |
|---|---|
| 1 | Michael C. O'Malley<br>Siben & Siben, LLP<br>90 East Main Street<br>BayShore, NY 11706 |
| 2 | |
| 3 | |
| 4 | Karl Olson<br>Levy, Ram & Olson LLP<br>639 Front Street<br>4th Floor<br>San Francisco, CA 94111 |
| 5 | |
| 6 | |
| 7 | Christopher A. Slater<br>Slater & Ross<br>1 S.W. Columbia Street<br>Suite 1850<br>Portland, OR 97258 |
| 8 | |
| 9 | |
| 10 | Michael A. St. Pierre<br>Revens Revens & St. Pierre<br>946 Centerville Road<br>Warwick, RI 02886 |
| 11 | |
| 12 | Marc Ver Der Hout<br>Ver Der Hout & Brigagliano<br>180 Sutter Street, 5th Floor<br>San Francisco, CA 94123 |
| 13 | |
| 14 | |
| 15 | Nicholas Wagner<br>Law Offices of Wagner & Jones<br>1111 East Herndon, Suite 317<br>Fresno, CA 93720 |
| 16 | |
| 17 | Conrad S.P. Williams, III<br>St. Martin, Williams & Bourque<br>P.O. Box 2017<br>Houma, LA 70361 |
| 18 | |
| 19 | Martin Woodward<br>Stanley, Mandel & Iola, LLP<br>3100 Monticello Avenue<br>Suite 750<br>Dallas, TX 75205 |
| 20 | |
| 21 | |

By _____/s/_____
Cindy A. Cohn, Esq. (SBN.145997)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993
cindy@eff.org

---

No. C-06-0672-VRW          PROOF OF SERVICE