WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Flanagan    (No. 130303)
Elizabeth I. Rogers  (No. 226234)
1117 California Avenue
Palo Alto, CA  94304
Telephone: (650) 858-6000
Facsimile (650) 858-6100
mark.flanagan@wilmerhale.com
elizabeth.rogers@wilmerhale.com


John A. Rogovin    (admitted *pro hac vice*)[1]
Randolph D. Moss   (admitted *pro hac vice*)
Samir C. Jain      (No. 181572)
Brian M. Boynton   (No. 222193)
Leondra Kruger     (*pro hac vice* application pending)
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006-3642
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
john.rogovin@wilmerhale.com
randolph.moss@wilmerhale.com
samir.jain@wilmerhale.com
brian.boynton@wilmerhale.com
leondra.kruger@wilmerhale.com

*Attorneys for Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Wireless, LLC, Cellco Partnership, MCI, LLC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: <br><br> NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION <br><br> This Document Relates To: <br><br> ALL CASES | MDL Docket No. 06-1791 VRW <br><br> **NOTICE OF APPEARANCE** <br><br> Judge:   Hon. Vaughn R. Walker |

---

[1]    Mr. Rogovin and Mr. Moss have been admitted *pro hac vice* in some, but not all, of the cases currently part of MDL 1791.

1

NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | Please take notice that John A. Rogovin, Randolph D. Moss, Samir C. Jain, Brian M. Boynton, and Leondra R. Kruger of WILMER CUTLER PICKERING HALE AND DORR LLP hereby appear as counsel for Defendants Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Wireless, LLC, Cellco Partnership, and MCI, LLC ("Verizon Defendants") in MDL No. 1791. |

Respectfully submitted,

Dated: September 1, 2006

WILMER CUTLER PICKERING HALE
AND DORR LLP
Mark D. Flanagan
Elizabeth I. Rogers
John A. Rogovin
Randolph D. Moss
Samir C. Jain
Brian M. Boynton
Leondra R. Kruger

By /s/ Samir C. Jain
_____
Samir C. Jain

*Attorneys for Defendants Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Wireless, LLC, Cellco Partnership, and MCI, LLC*

2
NOTICE OF APPEARANCE