IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION<br><br>This Document Relates To:<br>ALL CASES<br>_____ / | MDL Docket No 06-1791 VRW<br><br>ORDER |

      Defendants AT&T and Verizon have administratively moved, pursuant to Civ L R 7-11 and 6-3, to vacate pending filing deadlines in cases transferred to this court pursuant to MDL 1791. Doc #5. Plaintiffs filed oppositions to defendants' motion, Doc ##13, 14, which the court has considered; now, therefore, it is ORDERED that:

      All pending filing deadlines in cases transferred to this court pursuant to MDL 1791 are hereby vacated until further order of court following the initial case management conference and issuance of a consolidated case management order.

      IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge