| | |
|---|---|
| 1 | ELECTRONIC FRONTIER FOUNDATION |
| | CINDY A. COHN (145997) |
| 2 | cindy@eff.org |
| | LEE TIEN (148216) |
| 3 | tien@eff.org |
| | KURT OPSAHL (191303) |
| 4 | kurt@eff.org |
| | KEVIN S. BANKSTON (217026) |
| 5 | bankston@eff.org |
| | CORYNNE MCSHERRY (221504) |
| 6 | corynne@eff.org |
| | JAMES S. TYRE (083117) |
| 7 | jstyre@eff.org |
| | 454 Shotwell Street |
| 8 | San Francisco, CA 94110 |
| | Telephone: 415/436-9333 |
| 9 | 415/436-9993 (fax) |
| 10 | Attorneys for Plaintiffs |
| 11 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 14 | In re NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ) ) ) ) ) | No. M:06-cv-01791-VRW<br><br>NOTICE OF APPEARANCE |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Reed R. Kathrein of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 100 Pine Street, Suite 2600, San Francisco, CA 94111, telephone: 415/288-4545, email: ReedK@lerachlaw.com, hereby appears as one of the counsel for plaintiffs Tash Hepting, Gregory Hicks, Carolyn Jewel, and Erik Knutzen in the above-captioned action.

DATED: September 5, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
REED R. KATHREIN
JEFF D. FRIEDMAN
SHANA E. SCARLETT
MARIA V. MORRIS

/s/
REED R. KATHREIN

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

TRABER & VOORHEES
BERT VOORHEES
THERESA M. TRABER
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
626/577-7079 (fax)

ELECTRONIC FRONTIER FOUNDATION
CINDY A. COHN
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
CORYNNE MCSHERRY
JAMES S. TYRE
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ERIC ALAN ISAACSON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

| | |
|---|---|
| 1 | |
| 2 | LAW OFFICE OF RICHARD R. WIEBE<br>RICHARD R. WIEBE |
| 3 | 425 California Street, Suite 2025<br>San Francisco, CA 94104 |
| 4 | Telephone: 415/433-3200<br>415/433-6382 (fax) |
| 5 | LAW OFFICE OF ARAM ANTARAMIAN<br>ARAM ANTARAMIAN |
| 6 | 1714 Blake Street<br>Berkeley, CA 94703 |
| 7 | Telephone: 510/841-2369 |
| 8 | Attorneys for Plaintiffs TASH HEPTING,<br>GREGORY HICKS, CAROLYN JEWEL and |
| 9 | ERIK KNUTZEN |
| 10 | W:\AT&T Privacy\not00034292.doc |

CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
REED R. KATHREIN

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: ReedK@lerachlaw.com

# Mailing Information for a Case M:06-cv-01791-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Timothy L. Alger**
  timalger@quinnemanuel.com albertvillamil@quinnemanuel.com

- **Marc H. Axelbaum**
  marc.axelbaum@pillsburylaw.com

- **Timothy M. Bechtold**
  tim@rossbachlaw.com

- **Bradford Allan Berenson**
  bberenson@sidley.com vshort@sidley.com

- **Ann Brick**
  abrick@aclunc.org lcerri@aclunc.org

- **James J. Brosnahan**
  jbrosnahan@mofo.com bkeaton@mofo.com

- **Cindy Ann Cohn**
  cindy@eff.org barak@eff.org;rebecca@eff.org

- **Anthony Joseph Coppolino**
  tony.coppolino@usdoj.gov

- **Peter Jay Eliasberg**
  peliasberg@aclu-sc.org ereyes@aclu-sc.org

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **Mark D. Flanagan**
  mark.flanagan@wilmerhale.com

- **Alexander Kenneth Haas**
  Alexander.Haas@usdoj.gov

- **Barry R. Himmelstein**
  bhimmelstein@lchb.com

- **Samir Chandra Jain**
  samir.jain@wilmerhale.com

- **Michael P. Kenny**

- mike.kenny@alston.com

- **Edward Robert McNicholas**
  emcnicholas@sidley.com vshort@sidley.com

- **Karl Olson**
  ko@lrolaw.com amw@lrolaw.com

- **Renee S. Orleans**
  renee.orleans@usdoj.gov

- **Nicole A. Ozer**
  nozer@aclunc.org mpham@aclunc.org

- **Clare Pastore**
  cpastore@aclu-sc.org jbradberg@aclu-sc.org

- **Laurence F. Pulgram**
  lpulgram@fenwick.com mburt@fenwick.com

- **Daniel John Richert**
  daniel.richert@pillsburylaw.com susan.hersom@pillsburylaw.com

- **Elizabeth I. Rogers**
  elizabeth.rogers@wilmerhale.com rebecca.mcnew@wilmerhale.com

- **John Andrew Rogovin**
  john.rogovin@wilmerhale.com

- **Steven Edward Schwarz**
  stevenschwarz23@yahoo.com

- **Jacob R. Sorensen**
  jake.sorensen@pillsburylaw.com

- **Andrew H Tannenbaum**
  andrew.tannenbaum@usdoj.gov

- **Matthew J. Zevin**
  mzevin@smi-law.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David L. Anderson
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
```

Post Office Box 7880
San Francisco, CA 94120-7880

**John Beisner**
O'Melveny & Myers LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004-1109

**David Blair-Loy**
ACLU Foundation of San Diego/Imperial Counties
P.O. Box 87131
San Diego, CA 92138

**David W. Carpenter**
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600

**Jodi W. Flowers**
Motley Rice, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

**R. James George**
George & Donaldson, L.L.P.
1100 Norwood Tower
114 West 7th Street
Austin, TX 78701

**Harvey Grossman**
Roger Bladwin Foundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601

**Robert C. Hilliard**
Hillard & Munoz, LLP
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401

**Joshua Karsh**
Gessler Hughes Piers Resnick & Dym Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, IL 60602

**David L. Lawson**
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006

**Roger L. Mandel**
Stanley Mandel & Iola LLP
3100 Monticello ave
Suite 750
Dallas, TX 75205

**Randolph D. Moss**
Wilmer, Cutler, Pickering, Hale & Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

**Michael C. O'Malley**
Siben & Siben, LLP
90 East Main Street
BayShore, NY 11706

**Karl OIson**
Levy, Ram & Olson LLP
639 Front Street
4th Floor
San Francisco, CA 94111

**Mark Schlosberg**
American Civil Liberties Union Fndt.
1663 Mission Street, Suite 460
San Francisco, CA 94103

**Christopher A. Slater**
Slater & Ross
1 S.W. Columbia Street
Suite 1850
Portland, OR 97258

**Michael A. St. Pierre**
Revens Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

**Marc Ver Der Hout**
Ver Der Hout & Brigagliano
180 Sutter Street, 5th Floor
San Francisco, CA 94123

**Nicholas Wagner**
Law Offices of Wagner & Jones
1111 East Herndon, Suite 317
Fresno, CA 93720

**Conrad S.P. Williams, III**
St. Martin, Williams & Bourque
P.O. Box 2017
Houma, LA 70361

**Martin Woodward**
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue
Suite 750
Dallas, TX 75205