| | |
|---|---|
| ANN BRICK | (CSB No. 65296) |
| NICOLE A. OZER | (CSB No. 228643) |

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: 415/621-2493; Facsimile: 415/255-8437
abrick@aclunc.org, nozer@aclunc.org

| | |
|---|---|
| LAURENCE F. PULGRAM | (CSB No. 115163) |
| MITCHELL ZIMMERMAN | (CSB No. 88456) |
| JENNIFER L. KELLY | (CSB No. 193416) |
| SAINA SHAMILOV | (CSB No. 215636) |
| CANDACE MOREY | (CSB No. 233081) |

FENWICK & WEST LLP
275 Battery Street
San Francisco, CA 94111
Telephone: 415/875-2300; Facsimile: 415/281-1350
lpulgram@fenwick.com;
mzimmerman@fenwick.com; jkelly@fenwick.com
sshamilov@fenwick.com; cmorey@fenwick.com

Attorneys for Plaintiffs
*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | Case No. MDL-06-1791 |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **NOTICE OF APPEARANCES** |
| (Captions on Following Pages) | Judge: The Hon. Vaughn R. Walker<br>Courtroom 6, 17th Floor |

**NOTICE OF APPEARANCES**

MDL-06-1791
CASE NOS. C 06-3574 VRW
C 06-3596 VRW

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| DENNIS P. RIORDAN, et al., | Case No. C-06-3574 VRW |
| Plaintiffs, | |
| v. | |
| VERIZON COMMUNICATIONS, INC., a corporation; and DOES 1 through 20, | |
| Defendants. | |
| TOM CAMPBELL, et al., | Case No. C-06-3596 VRW |
| Plaintiffs, | |
| v. | |
| AT&T COMMUNICATIONS OF CALIFORNIA, et al., | |
| Defendants. | |

## ADDITIONAL COUNSEL

PETER ELIASBERG    (CSB No. 189110)
CLARE PASTORE      (CSB No. 135933)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, CA  90026
Telephone:   213/977-9500
Facsimile:   213/250-3919
peliasberg@aclu-sc.org, cpastore@aclu-sc.org

DAVID BLAIR-LOY    (CSB No. 229235)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SAN DIEGO/IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA  92138
Telephone:   619/232-2121
Facsimile:   619/232-0036
dblairloy@aclusandiego.org

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**PLEASE TAKE NOTICE** that the Clerk is hereby asked to enter the appearances of MITCHELL ZIMMERMAN, JENNIFER L. KELLY, SAINA SHAMILOV, and CANDACE J. MOREY of the law firm of Fenwick & West LLP on behalf of Plaintiffs in the following actions, consolidated with MDL 06-1791 on August 18, 2006:

*Dennis P. Riordan, et al. v. Verizon Communications, Inc.*, Case No. 06-cv-03574 VRW, on behalf of Plaintiffs Dennis P. Riordan; Edward Gerard de Bonis; Robert S. Gerstein; Rod Gorney; Robert Jacobson; Vincent J. Maniscalco; Carol Sobel; American Civil Liberties Union of Northern California, a nonprofit corporation; ACLU of Southern California, a nonprofit corporation; and American Civil Liberties Union of San Diego/Imperial Counties, a nonprofit corporation.

*Campbell, et al. v. AT&T Communications of California, et al,* Case No. 3:06-cv-03596 VRW, on behalf of Plaintiffs Tom Campbell; George Main; Dennis P. Riordan; Margaret Russell; Robert Scheer; Peter Sussman; Richard Belzer; Marc Cooper; Stephen J. Mather; Sandra Richards; Curren Warf; American Civil Liberties Union of Northern California, a nonprofit corporation; and American Civil Liberties Union of San Diego/Imperial Counties, a nonprofit corporation.

For purposes of receipt of Notices of Electronic Filing, the e-mail addresses for Plaintiffs' attorneys are:

| | |
|---|---|
| Mitchell Zimmerman | mzimmerman@fenwick.com |
| Jennifer F. Kelley | jkelley@fenwick.com |
| Saina Shamilov | sshamilov@fenwick.com |
| Candace Morey | cmorey@fenwick.com |

Dated: **September 5, 2006**

Respectfully,

FENWICK & WEST LLP

By: ___/s/ Candace Morey___
        Candace Morey

*Attorneys for Plaintiffs*

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
Ann Brick, Nicole A. Ozer

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
Peter Eliasberg, Clare Pastore

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SAN DIEGO/IMPERIAL
COUNTIES
David Blair-Loy

FENWICK & WEST LLP
Laurence F. Pulgram, Mitchell Zimmerman,
Jennifer L. Kelly, Saina Shamilov,
Candace Morey

B9320/00401/LIT/1254945.1

**NOTICE OF APPEARANCE** -2- MDL-06-1791
CASE NOS. C 06-3574 VRW
C 06-3596 VRW