**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

6 September 2006

Re:  MDL – 06-1791 // In re national Security Agency Telecommunications Records Litigation

Title of Case                                                                  Case Number
*James C. Harrington, et al -v- AT&T Inc.*                          *C.A. No. 1:06-0374*

Dear Sir/Madam:

This is to advise you that the above entitled case has been transferred from the Western District of Texas to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Vaughn R. Walker. We have given the action the individual case number ***C 06 5452 VRW***.

Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California. Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

*R. C. Santos*

Rufino C. Santos
Deputy Clerk

cc: Counsel
    MDL