WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Flanagan    (No. 130303)
Elizabeth I. Rogers    (No. 226234)
1117 California Avenue
Palo Alto, CA  94304
Telephone: (650) 858-6000
Facsimile (650) 858-6100
mark.flanagan@wilmerhale.com
elizabeth.rogers@wilmerhale.com

John A. Rogovin    (admitted *pro hac vice*)[1]
Randolph D. Moss    (admitted *pro hac vice*)
Samir C. Jain    (No. 181572)
Brian M. Boynton    (No. 222193)
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006-3642
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
john.rogovin@wilmerhale.com
randolph.moss@wilmerhale.com
samir.jain@wilmerhale.com
brian.boynton@wilmerhale.com

*Attorneys for Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Wireless, LLC, Cellco Partnership, MCI, LLC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: <br><br> NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION <br><br> This Document Relates To: <br><br> ALL CASES | MDL Docket No. 06-1791 VRW <br><br> **APPLICATION FOR ADMISSION *PRO HAC VICE* OF BENJAMIN C. MIZER; [PROPOSED] ORDER** <br><br> Judge:   Hon. Vaughn R. Walker |

---

[1]   Mr. Rogovin and Mr. Moss have been admitted *pro hac vice* in some, but not all, of the cases currently part of MDL 1791.

1

*PRO HAC VICE* APPLICATION

Pursuant to Civil L.R. 11-3, Benjamin C. Mizer, an active member in good standing of the bars of the New York Appellate Division, the District of Columbia, and the United States Court of Appeals for the First Circuit, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Wireless, LLC, Cellco Partnership, and MCI, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Mark D. Flanagan
> Elizabeth I. Rogers
> Wilmer Cutler Pickering Hale and Dorr LLP
> 1117 California Avenue
> Palo Alto, CA 94304
> (650) 858-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 7, 2006        WILMER CUTLER PICKERING
                                HALE AND DORR LLP

/s/

By _____
     Benjamin C. Mizer

2

*PRO HAC VICE* APPLICATION

*Attorneys for Defendants Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Wireless, LLC, Cellco Partnership, and MCI, LLC*

3

*PRO HAC VICE* APPLICATION

**[PROPOSED] ORDER**

The Court, having reviewed the foregoing application, hereby GRANTS the Application for Admission *Pro Hac Vice* of Benjamin C. Mizer in this action.

IT IS SO ORDERED.

DATED:_____          _____
                                  UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION