1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON  #76342
2   DAVID L. ANDERSON  #149604
    JACOB R. SORENSEN  #209134
3   MARC H. AXELBAUM  #209855
    DANIEL J. RICHERT  #232208
4   50 Fremont Street
    Post Office Box 7880
5   San Francisco, CA  94120-7880
    Telephone: (415) 983-1000
6   Facsimile: (415) 983-1200

7   SIDLEY AUSTIN LLP
    DAVID W. CARPENTER (admitted *pro hac vice*)
8   BRADFORD A. BERENSON (admitted *pro hac vice*)
    EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
9   DAVID LEE LAWSON (admitted *pro hac vice*)
    ERIC A. SHUMSKY #206124
10  1501 K Street, N.W.
    Washington, D.C.  20005
11  Telephone:  (202) 736-8010
    Facsimile:  (202) 736-8711
12
13  Attorneys for the AT&T Defendants

14                 UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                  SAN FRANCISCO DIVISION

17                                          MDL Dkt. No. 06-1791-VRW
    In re:
18                                          **NOTICE OF APPEARANCE ON**
    NATIONAL SECURITY AGENCY               **BEHALF OF THE AT&T DEFENDANTS**
19  TELECOMMUNICATIONS RECORDS
    LITIGATION
20
                                            Courtroom: 6, 17th Floor
21  This Document Relates To:               Judge:     Hon. Vaughn R. Walker

22  ALL CASES

23

24

25

26

27

28

1 TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that the counsel listed below hereby enter their

3 appearances as counsel of record for defendants **AT&T CORP., AT&T INC., AT&T**

4 **COMMUNICATIONS OF CALIFORNIA, INC., SBC LONG DISTANCE, LLC,**

5 **PACIFIC BELL TELEPHONE COMPANY, ILLINOIS BELL TELEPHONE CO.,**

6 **AMERICAN TELEPHONE AND TELEGRAPH COMPANY, AT&T**

7 **COMMUNICATIONS, INC., AT&T OPERATIONS, INC.; NEW CINGULAR**

8 **WIRELESS SERVICES, INC.** (collectively, the "AT&T Defendants").

9      Direct dial telephone numbers and email addresses for counsel representing the

10 AT&T Defendants in this matter are as follows:[*]

11

| 12 | Bruce A. Ericson | David W. Carpenter |
|---|---|---|
| | (415) 983-1560 | (312) 853-7237 |
| 13 | bruce.ericson@pillsburylaw.com | dcarpenter@sidley.com |
| 14 | David L. Anderson | Bradford A. Berenson |
| | (415) 983-1984 | (202) 736-8971 |
| 15 | David.anderson@pillsburylaw.com | bberenson@sidley.com |
| 16 | Kevin M. Fong (Cal. SBN 91037) | Edward R. McNicholas |
| | (415) 983-1270 | (202) 736-8010 |
| 17 | kevin.fong@pillsburylaw.com | emcnicholas@sidley.com |
| 18 | Jacob R. Sorensen | David Lee Lawson |
| | (415) 983-1893 | (202) 736-8088 |
| 19 | jake.sorensen@pillsburylaw.com | dlawson@sidley.com |
| 20 | Marc H. Axelbaum | Eric A. Shumsky |
| | (415) 983-1967 | (202) 736-8496 |
| 21 | marc.axelbaum@pillsburylaw.com | eshumsky@sidley.com |

22

23 [*] Messrs. Carpenter, Berenson, McNicholas and Lawson have been admitted *pro hac vice* in
24 some, but not all, of the cases currently part of MDL 1791. Mr. Shumsky is an active member in good standing of the California bar and admitted to practice before this Court.
25 Messrs. Henry, Adu, and Bonat and Ms. Tatel have not appeared in any of the cases currently part of MDL 1791, but will submit an application for *pro hac vice* admittance
26 should the Court deem it appropriate for counsel to seek local admission in this litigation. *Cf.* Manual for Complex Litigation (Fourth) § 40.1 (2004) (proposed Order Setting Initial
27 Conference suggesting, "Attorneys admitted to practice and in good standing in any United States District Court are admitted *pro hac vice* in this litigation.").

28

700528085v1

| 1 | Daniel J. Richert | Kevin M. Henry |
|---|---|---|
| | (650) 233-4691 | (202) 736-8385 |
| 2 | daniel.richert@pillsburylaw.com | khenry@sidley.com |
| 3 | Heidi Y. Eddy-Dorn (Cal. SBN 205388) | Jennifer B. Tatel |
| | (714) 436-6838 | (202) 736-8038 |
| 4 | heidi.eddy-dorn@pillsburylaw.com | jtatel@sidley.com |
| 5 | Brian J. Wong (Cal. SBN 226940) | Sanders L. Adu |
| | (415) 983-1209 | (202) 736-8180 |
| 6 | brian.wong@pillsburylaw.com | sadu@sidley.com |
| 7 | Frank J. Singer (Cal. SBN 227459) | Christian M.L. Bonat |
| | (650) 233-4511 | (202) 736-8170 |
| 8 | frank.singer@pillsburylaw.com | cbonat@sidley.com |

9

10      Copies of all pleadings, papers and notices should be served as follows:

11

12      PILLSBURY WINTHROP SHAW                SIDLEY AUSTIN LLP
        PITTMAN LLP                            DAVID W. CARPENTER
        BRUCE A. ERICSON                       BRADFORD A. BERENSON
13      DAVID L. ANDERSON                      EDWARD R. McNICHOLAS
        JACOB R. SORENSEN                      DAVID L. LAWSON
14      MARC H. AXELBAUM                       ERIC A. SHUMSKY
        DANIEL J. RICHERT                      1501 K Street, N.W.
15      50 Fremont Street                      Washington, D.C.  20005
        Post Office Box 7880                   Telephone:  (202) 736-8010
16      San Francisco, CA  94120-7880          Facsimile:  (202) 736-8711
        Telephone: (415) 983-1000
17      Facsimile: (415) 983-1200

18

19    //

20    //

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28

| | |
|---|---|
| 1 | Dated: September 8, 2006. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Dated: September 8, 2006.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
DAVID L. ANDERSON
JACOB R. SORENSEN
MARC H. AXELBAUM
DANIEL J. RICHERT
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880

SIDLEY AUSTIN LLP
DAVID W. CARPENTER
BRADFORD A. BERENSON
EDWARD R. McNICHOLAS
DAVID L. LAWSON
ERIC A. SHUMSKY
1501 K Street, N.W.
Washington, D.C.  20005


By    /s/ Marc H. Axelbaum
                Marc H. Axelbaum


Attorneys for Defendants AT&T CORP., AT&T
INC., AT&T COMMUNICATIONS OF
CALIFORNIA, INC., SBC LONG DISTANCE, LLC,
PACIFIC BELL TELEPHONE COMPANY,
ILLINOIS BELL TELEPHONE CO., AMERICAN
TELEPHONE AND TELEGRAPH COMPANY,
AT&T COMMUNICATIONS, INC., AT&T
OPERATIONS, INC.; NEW CINGULAR
WIRELESS SERVICES, INC.