Karl Olson (SBN 104760)
Erica L. Craven (SBN 199918)
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415-433-4949
Facsimile: 415-433-7311

Attorneys for Intervenors *San Francisco Chronicle*, *Los Angeles Times*, Associated Press, *San Jose Mercury News*, Bloomberg News, and *USA Today*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Docket No. 06-1791 VRW<br>[ALL CASES]<br><br>**NOTICE OF APPEARANCE** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Karl Olson of Levy, Ram & Olson, 639 Front Street, 4th Floor, San Francisco, California 94111, telephone: 415-433-4949, hereby appears as counsel for Intervenors *San Francisco Chronicle*, *Los Angeles Times*, Associated Press, *San Jose Mercury News*, Bloomberg News, and *USA Today* in the above-captioned action.

Dated: September 13, 2006              LEVY, RAM & OLSON

                                       By:  ___***Karl Olson***___
                                            Karl Olson
                                            Attorneys for Intervenors *San Francisco Chronicle*, *Los Angeles Times*, Associated Press, *San Jose Mercury News*, Bloomberg News, and *USA Today*

---

MDL Docket No. 06-1791 VRW – NOTICE OF APPEARANCE                                Page 1