Karl Olson (SBN 104760)
Erica L. Craven (SBN 199918)
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415-433-4949
Facsimile: 415-433-7311

Attorneys for Intervenors *San Francisco Chronicle*, *Los Angeles Times*, Associated Press, *San Jose Mercury News*, Bloomberg News, and *USA Today*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ) | MDL Docket No. 06-1791 VRW |
| ) | [ALL CASES] |
| NATIONAL SECURITY AGENCY ) | |
| TELECOMMUNICATIONS RECORDS ) | |
| LITIGATION ) | **CERTIFICATE OF SERVICE** |
| ) | |
| ) | |
| ) | |

I, Ann Williams, state:

I am a citizen of the United States. My business address is 639 Front Street, Fourth Floor, San Francisco, CA 94111. I am employed in the City and County of San Francisco where this mailing occurs. I am over the age of eighteen years and not a party to this action. On September 13, 2006, I electronically filed the following:

**NOTICE OF APPEARANCE**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Service List, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

Dockets.Justia.com

1       I declare under penalty of perjury under the laws of the State of California that the
2 foregoing is true and correct and that this declaration was executed on September 13, 2006 at
3 San Francisco, California.

4                                        ***Ann Williams***
                                         Ann Williams

**SERVICE LIST**

*IN RE NATIONAL SECURITY AGENCY*
                *TELECOMMUNICATIONS RECORDS LITIGATION*

            **United States District Court, Northern District of California**
**MDL Docket No. 06-1791 VRW**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Timothy L. Alger                             James M. Finberg
     timalger@quinnemanuel.com                    JFinberg@lchb.com
albertvillamil@quinnemanuel.com
                                                  Mark D. Flanagan
Marc H. Axelbaum                             mark.flanagan@wilmerhale.com
     marc.axelbaum@pillsburylaw.com
Robert D. Fram
     Kevin Stuart Bankston                        rfram@hewm.com
bankston@eff.org                             mawilliams@hewm.com;kim.sydorak@hellerehrman.com

Timothy M. Bechtold
     tim@rossbachlaw.com                          Jeff D Friedman
JFriedman@lerachlaw.com
     Bradford Allan Berenson
bberenson@sidley.com vshort@sidley.com      R. James George, Jr
                                                  rjgeorge@georgeandbrothers.com
Ann Brick                                    fjordan@georgeandbrothers.com
     abrick@aclunc.org lcerri@aclunc.org
Jennifer Stisa Granick
     James J. Brosnahan                           JENNIFER@LAW.STANFORD.EDU
jbrosnahan@mofo.com bkeaton@mofo.com
                                                  Terry Gross
Cindy Ann Cohn                               terry@grossbelsky.com
     cindy@eff.org
barak@eff.org;rebecca@eff.org                Harvey Michael Grossman
                                                  hgrossman@aclu-il.org rhughes@aclu-il.org
Anthony Joseph Coppolino
     tony.coppolino@usdoj.gov                     Alexander Kenneth Haas
Alexander.Haas@usdoj.gov
     Elena Maria DiMuzio
Elena.DiMuzio@hellerehrman.com               Robert Carl Hilliard
                                                  bobh@hilliardandmunoz.com
Peter Jay Eliasberg                          dee@hilliardandmunoz.com
     peliasberg@aclu-sc.org ereyes@aclu-sc.org
Barry R. Himmelstein
     Derek John Emge                              bhimmelstein@lchb.com
derek@inthelaw.com
                                                  Eric A. Isaacson
Bruce A. Ericson                             erici@lerachlaw.com
     bruce.ericson@pillsburylaw.com
Samir Chandra Jain
     Eric B. Fastiff                              samir.jain@wilmerhale.com
efastiff@lchb.com

| | |
|---|---|
| Reed R. Kathrein<br>reedk@lerachlaw.com<br>e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com | John Andrew Rogovin<br>john.rogovin@wilmerhale.com |
| Michael P. Kenny<br>mike.kenny@alston.com | Shana Eve Scarlett<br>shanas@lerachlaw.com<br>e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com |
| Michael M. Markman<br>mmarkman@hewm.com | Steven Edward Schwarz<br>stevenschwarz23@yahoo.com |
| Brian Martinez<br>brianmartinez@mofo.com | Michael W. Sobol<br>msobol@lchb.com |
| Edward Robert McNicholas<br>emcnicholas@sidley.com<br>vshort@sidley.com | Jacob R. Sorensen<br>jake.sorensen@pillsburylaw.com |
| Corynne McSherry<br>corynne@eff.org | Andrew H Tannenbaum<br>andrew.tannenbaum@usdoj.gov |
| Candace J. Morey<br>cmorey@fenwick.com | Tze Lee Tien<br>tien@eff.org<br>jason@eff.org;vkhall@aol.com;eff-mdl@eff.org |
| Maria V. Morris<br>mariam@lerachlaw.com<br>e_file_sf@lerachlaw.com | Theresa M. Traber, Esq<br>tmt@tvlegal.com |
| Roger R. Myers<br>roger.myers@hro.com<br>adam.brezine@hro.com | James Samuel Tyre<br>jstyre@jstyre.com jstyre@eff.org |
| Kurt Opsahl<br>kurt@eff.org | Marc Van Der Hout<br>ndca@vblaw.com |
| Renee S. Orleans<br>renee.orleans@usdoj.gov | Bert Voorhees<br>bv@tvlegal.com |
| Nicole A. Ozer<br>nozer@aclunc.org mpham@aclunc.org | Richard Roy Wiebe<br>wiebe@pacbell.net |
| Clare Pastore<br>cpastore@aclu-sc.org<br>jbradberg@aclu-sc.org | Shira R Yoshor<br>shira.yoshor@bakerbotts.com |
| Laurence F. Pulgram<br>lpulgram@fenwick.com<br>mburt@fenwick.com | Matthew J. Zevin<br>mzevin@smi-law.com |
| Daniel John Richert<br>daniel.richert@pillsburylaw.com<br>susan.hersom@pillsburylaw.com | |
| Elizabeth I. Rogers<br>elizabeth.rogers@wilmerhale.com<br>rebecca.mcnew@wilmerhale.com | |

**Manual Notice List**

David L. Anderson
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

Ron Antosko
Darrell Lee Barger
Hartline acus et all
800 N. Shoreline Blvd.
Suite 2000N
Corpus Christi, TX 78401

Marc Oliver Beem
Miller Shakman & Hamilton, LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

John Beisner
O'Melveny & Myers LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004-1109

Steven K. Blackhurst
Ater Wynne Hewitt Dodson & Skerritt
222 S.W. Columbia Ste 1800
Portland, OR 97201-6618

David Blair-Loy
ACLU Foundation of San Diego/Imperial Counties
P.O. Box 87131
San Diego, CA 92138

D. Douglas Brothers
George & Brothers
110 Norwood Tower
115 West 7th Street
Suite 1100
Austin, TX 78701

James M. Carlson
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

David R. Carpenter
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

David W. Carpenter
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600

Edward Morgan Carstarphen, III
Ellis Carstearphen et all
5847 San Felipe
Suite 1900
Houston, TX 77057

James E. Chadden, Sr
Amato A. DeLuca
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Nancy Scott Degan
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charle Avenue
Suite 3600
New Orleans, LA 70170

Val Patrick Exnicios
Liska Exnicios & Nungesser
One Canal Place
365 Canal Street
New Orleans, LA 70130

Daniel Martin Feeney
Miller Shakman & Beem LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

Jodi W. Flowers
Motley Rice, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Amy Collins Fontenot
Liska, Exnicios & Nungesser
One Canal Place
365 Canal Street
Suite 2290
New Orleans, LA 70130

| | | |
|---|---|---|
| 1 | Zachary J. Freeman<br>Miller Shakman & Beem LLP | Joseph R. Knight<br>Baker Botts LLP |
| 2 | 180 N. La Salle Street<br>Suite 3600 | 98 San Jacinto Blvd.<br>Suite 1500 |
| 3 | Chicago, IL 60601 | Austin, TX 78701-4039 |
| 4 | Susan A. Freiwald<br>USF School of LAW | Craig A. Knot<br>Kirkland & Ellis |
| 5 | 2130 Fulton St<br>San Francisco, CA 94117 | 200 E Randolph Dr Ste 6100<br>Chicago, IL 60601 |
| 6 | | |
| 7 | Daniel N. Gall<br>c/o Luna Innocations<br>2851 Commerce STreet | Melanie G. Lagarde<br>St. Martin & Williams<br>4084 Highway 311 |
| 8 | Blacksburg, VA 24060 | Houma, LA 70360 |
| 9 | F. Thomas Hecht<br>Ungaretti & Harris LLP | David L. Lawson<br>Sidley Austin Brown & Wood |
| 10 | 3500 Three First National Plaza<br>Chicago, IL 60602 | 172 Eye Street, N.W.<br>Washington, DC 20006 |
| 11 | | |
| 12 | Anthony D. Irpino<br>Irpino Law Firm | Roger L. Mandel<br>Stanley Mandel & Iola LLP |
| 13 | 365 Canal Street<br>22nd Floor | 3100 Monticello ave<br>Suite 750 |
| 14 | New Orleans, LA 70130 | Dallas, TX 75205 |
| 15 | Joseph G. Jevic, III<br>St. Martin & Williams | Howard A. Merten<br>Partridge, Snow & Hahn LLP |
| 16 | 4084 Highway 311<br>P.O. Box 2017 | 180 South Main Street<br>Providence, RI 02903 |
| 17 | Houma, LA 70361-2017 | Randolph D. Moss |
| 18 | Philip J. John, Jr<br>Baker & Botts | Wilmer, Cutler, Pickering, Hale & Dorr LLP<br>1875 Pennsylvania Avenue, N.W. |
| 19 | One Shell Plaza<br>910 Louisiana Street | Washington, DC 20006 |
| 20 | Houston, TX 77002 | Michael C. O'Malley<br>Siben & Siben, LLP |
| 21 | C. J. Johnson<br>Kalkstein Law Firm | 90 East Main Street<br>BayShore, NY 11706 |
| 22 | P.O. Box 8568<br>Missoula, MT 59807 | Wendy Sangbee Park |
| 23 | Joshua Karsh<br>Gessler Hughes Piers Resnick & Dym Ltd. | Roger Baldwin Foundation of ACLU, Inc.<br>180 North Michigan Avenue<br>Suite 2300 |
| 24 | Three First National Plaza<br>70 West Madison Street, Suite 4000 | Chicago, IL 60601 |
| 25 | Chicago, IL 60602 | Robert J. Patterson<br>Watts Law Firm LLP |
| 26 | Peter D. Keisler<br>United States Department of Justice | 555 N. Carancahua Street<br>Twr II Bldg 14th Floor |
| 27 | Assistant Attorney General<br>20 Massachusetts Avenue, NW | Corpus Christi, TX 78401 |
| 28 | Room 7312<br>Washington, DC 20530 | |

| | | |
|---|---|---|
| 1 | Paul Lee Peyronnin<br>Baker donelson Bearman Caldwell &<br>Berkowitz, PC<br>201 St. Charles Ave.<br>Suite 3600<br>New Orleans, LA 70170 | Michael A. St. Pierre<br>Revens Revens & St. Pierre<br>946 Centerville Road<br>Warwick, RI 02886 |
| | Michael James Philippi<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602 | Nicholas Wagner<br>Law Offices of Wagner & Jones<br>1111 East Herndon, Suite 317<br>Fresno, CA 93720 |
| | Jason S. Ritchie<br>Holland & Hart<br>P.O. Box 639<br>Billings, MT 59103 | Thomas P. Walsh<br>United States Attorney's Office NDIL<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604 |
| | Harry Rosenberg<br>Phelps Dunbar, LLP<br>Canal Place<br>365 Canal Street<br>Suite 2000<br>New Orleans, LA 70130-6534 | Peter Wasylyk<br>Law Offices of Peter Wasylyk<br>1307 Chalkstone Avenue<br>Providence, RI 02908 |
| | Michael J. Ross<br>Slater Ross<br>1850 Benjamin Franklin Plaza<br>1 S.W. Columbia Street<br>Portland, OR 97258 | Mikal C. Watts<br>Watts Law Firm, LLP<br>Bank of America Plaza<br>300 Convent Street<br>Suite 100<br>San Antonio, TX 78205 |
| | William A. Rossbach<br>Rossbach & Whiston<br>401 North Washington Street<br>P.O. Box 8988<br>Missoula, MT 59807-8988 | Conrad S.P. Williams, III<br>St. Martin, Williams & Bourque<br>P.O. Box 2017<br>Houma, LA 70361 |
| | Mark Schlosberg<br>American Civil Liberties Union Fndt.<br>1663 Mission Street, Suite 460<br>San Francisco, CA 94103 | Martin Woodward<br>Stanley, Mandel & Iola, LLP<br>3100 Monticello Avenue<br>Suite 750<br>Dallas, TX 75205 |
| | Eric Schneider<br>1730 South Federal Hwy. #104<br>Delray Beach, FL 33483 | Matthew A. Woolf<br>Baker Donelson Bearman Caldwell &<br>Berkowitz, PC<br>201 St. Charles Ave.<br>Suite 3600<br>New Orleans, LA 70170 |
| | Adam D. Schwartz<br>Roger BaldwinFoundation of ACLU, Inc.<br>180 North Michigan Avenue<br>Suite 2300<br>Chicago, IL 60601-7401 | |
| | Christopher A. Slater<br>Slater & Ross<br>1 S.W. Columbia Street<br>Suite 1850<br>Portland, OR 97258 | |