PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
RENÉE S. ORLEANS
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
Fax:     (202) 616-8470
*Attorneys for Federal Defendants in their Official Capacities
and Federal Intervenor-Defendants (United States of America,
National Security Agency, President George W. Bush)*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. M:06-cv-01791-VRW<br><br>**STATUS REPORT OF THE UNITED STATES** |
| This Document Relates To:<br><br>*Hepting, et al. v. AT&T Corp., et al.*,<br>No. C 06 0672 VRW | Judge:    Hon. Vaughn R. Walker<br>Courtroom:   6, 17th Floor |

     In response to the Court's Order of August 14, 2006 in the *Hepting* action (C 06-672 VRW), which requested a report by the parties on the status of: (i) the petitions for interlocutory appeal in that action by the United States and Defendant AT&T; and (ii) the status of 28 U.S.C. § 1407 transfers pursuant to MDL 1791, the United States joins in, and respectfully refers the Court to, the description of the status of these proceedings set forth in the report submitted today

**Status Report of the United States**
**Aug. 14, 2006 Order (*Hepting* Dkt. No. 336)**
**MDL No. 06-1791-VRW**

by *Hepting* Defendant AT&T (Dkt. No. 34-1).

                              Respectfully submitted,

                              PETER D. KEISLER
                              Assistant Attorney General, Civil Division

                              CARL J. NICHOLS
                              Deputy Assistant Attorney General

                              DOUGLAS N. LETTER
                              Terrorism Litigation Counsel

                              JOSEPH H. HUNT
                              Director, Federal Programs Branch

                              *s/ Anthony J. Coppolino*
                              ANTHONY J. COPPOLINO
                              Special Litigation Counsel
                              tony.coppolino@usdoj.gov

                              RENÉE S. ORLEANS
                              ANDREW H. TANNENBAUM
                              ALEXANDER K. HAAS
                              Trial Attorneys
                              U.S. Department of Justice
                              Civil Division, Federal Programs Branch
                              20 Massachusetts Avenue, NW
                              Washington, D.C. 20001
                              Phone: (202) 514-4782
                              Fax:    (202) 616-8470

                              *Attorneys for Federal Defendants in their Official Capacities and Federal Intervenor-Defendants (United States of America, National Security Agency, President George W. Bush)*

DATED: September 15, 2006

---

**Status Report of the United States**
**Aug. 14, 2006 Order (*Hepting* Dkt. No. 336)**
**MDL No. 06-1791-VRW**

-2-

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that the foregoing **STATUS REPORT OF THE UNITED STATES,** |
| 3 | **Case No. M 06-0791-VRW (re:** *Hepting***, 06-CV-676)**, will be served by means of the Court's |
| 4 | CM/ECF system, which will send notifications to ECF registered counsel including: |

Electronic Frontier Foundation
Cindy Cohn
Lee Tien
Kurt Opsahl
Kevin S. Bankston
Corynne McSherry
James S. Tyre
545 Shotwell Street
San Francisco, CA 94110

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
Reed R. Kathrein
Jeff D. Friedman
Shana E. Scarlett
100 Pine Street, Suite 2600
San Francisco, CA 94111

Traber & Voorhees
Bert Voorhees
Theresa M. Traber
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103

Pillsbury Winthrop Shaw Pittman LLP
Bruce A. Ericson
David L. Anderson
Patrick S. Thompson
Jacob R. Sorensen
Brian J. Wong
50 Freemont Street
PO Box 7880
San Francisco, CA 94120-7880

Sidley & Austin LLP
David W. Carpenter
Bradford Berenson
Edward R. McNicholas
David L. Lawson
1501 K Street, NW
Washington, DC 20005

*s/ Anthony J. Coppolino*

CERTIFICATE OF SERVICE, Case No. M 06-01791-VRW