ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To:<br><br>Hepting, et. al v. AT&T Corporation, et. al | MDL Docket No 06-1791 VRW<br><br>Relates to Case No. C-06-0672-VRW<br><br>**<u>CLASS ACTION</u>**<br><br>**PLAINTIFFS' STATUS REPORT PURSUANT TO AUGUST 14, 2006 ORDER**<br><br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker |

Dockets.Justia.com

Pursuant to the Court's Order of August 14, 2006 (C-06-0672-VRW Dkt. 336), plaintiffs provide the following:

**A. Status of 28 USC § 1407 transfers pursuant to MDL 1791.**

As this Court is aware, on August 10, 2006, the Judicial Panel on Multi-District Litigation transferred 17 cases docketed with the panel under MDL 1791 to this Court. According to the docket in MDL 06-1791-VRW, the Northern District Clerk's Office has received the case files in 14 of these actions, including *Hepting,* as of September 15, 2006. On August 31, 2006, the MDL panel conditionally transferred an additional 21 "tag-along" cases to this Court, subject to oppositions to transfer being filed with the panel by parties to those cases. Two of the transferred cases have since been dismissed (*Potter v. Bellsouth* (M.D. Tenn.) and *Tyler v. AT&T et. al* (D. Neb.)). Any notice of opposition to the transfer of a tag-along case must be filed with the MDL panel by September 15, 2006.

Two of the conditionally transferred tag-along cases are solely against the government and are not also brought against telecommunications companies. Those are *Al-Haramain Islamic Foundation v. Bush* (D. Ore.) and *CCR v. Bush* (S.D. N.Y.). *Al-Haramain* has been the subject of an Order by the District Court denying the government's motion on state secrets grounds to dismiss or, in the alternative, for summary judgment; the Court certified its order for interlocutory appeal pursuant to §1292(b). *Al-Haramain Islamic Foundation, Inc. v. Bush,* 2006 WL 2583425 (D. Ore. Sept. 7, 2006). The deadline for the government to petition for review by the 9th Circuit has not yet passed. The *CCR* case has been fully briefed and oral argument held on the government's motion to dismiss or in the alternative for summary judgment based upon the states secrets privilege and on a cross motion for summary judgment brought by the plaintiffs.

On September 12, 2006, Defendant AT&T notified the MDL panel that it considered five additional cases arising out of administrative subpoenas issued by Attorneys General and Public Utilities Commissioners in several states (New Jersey, Missouri (2 cases), Maine, Connecticut) to be potential tag-alongs in this litigation.

Plaintiffs' counsel for the transferred cases have been conferring and believe that they can present a Joint and Agreed Organization and Case Management Plan in advance of a case

management conference set for a time at the court's earliest convenience. Unlike some multi-defendant MDL proceedings in which all defendants are alleged to have acted in concert, these cases involve numerous separate defendants who have each acted independently. The factual allegations of each case, and the legal consequences of those facts in light of the Court's July 20, 2006 Order (C-06-0672-VRW Dkt. #308), vary tremendously. Accordingly, plaintiffs anticipate that the MDL proceedings will best be managed by coordinating rather than consolidating all of the cases.

**B. Interlocutory Appeal Petitions of the Government and AT&T**

The 28 U.S.C. § 1292(b) interlocutory appeal petitions of the Government and AT&T, and the cross-petition of plaintiffs, are still pending before the 9th Circuit. As of the date of this filing, no action has yet been taken on them.

**C. Plaintiffs' Pending Motion For Preliminary Injunction**

Plaintiffs filed their pending motion for a preliminary injunction on March 31, 2006, nearly six months ago (C-06-0672-VRW Dkt # 16). As the parties and the Court discussed at length during the hearing on August 8, 2006, plaintiffs seek to move forward with their pending preliminary injunction motion as quickly as possible. To that end, plaintiffs propose the following occur once the current stay expires on September 29, 2006:

First, the discovery previously noticed by plaintiffs in support of their preliminary injunction motion should go forward. To the extent that this discovery implicates the government's state secrets concerns, it should proceed under the procedures outlined by the Court in its July 20, 2006 Order, including appointment of a Court expert or consultant pursuant to F.R.E. 706 as discussed during the August 8, 2006 hearing, as well as under the processes outlined in 50 U.S.C. § 1806(f). To the extent that plaintiffs seek information that does not implicate state secret concerns (e.g., public statements by AT&T), discovery related to the injunction should go forward as it would in any other case.

Second, the Court should set a briefing schedule and early hearing date for plaintiffs' preliminary injunction motion. This briefing schedule should accommodate the discovery that plaintiffs seek in support of their motion and the filing of an answer by the AT&T defendants, with

the answer also filed under the procedures discussed in the Court's July 20, 2006, Order and 50 U.S.C. § 1806(f).

DATED: September 15, 2006

ELECTRONIC FRONTIER FOUNDATION

By /s/

Cindy A. Cohn, Esq. (SBN 145997)
Lee Tien, Esq. (SBN 148216)
Kurt Opsahl, Esq. (SBN 191303)
Kevin S. Bankston, Esq. (SBN 217026)
Corynne McSherry, Esq. (SBN 221504)
James S. Tyre, Esq. (SBN 083117)
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993

ATTORNEYS FOR PLAINTIFFS

Additional Plaintiffs' Counsel:

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
ERIC ALAN ISAACSON
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
REED R. KATHREIN
JEFF D. FRIEDMAN
MARIA V. MORRIS
SHANA E. SCARLETT
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

TRABER & VOORHEES
BERT VOORHEES
THERESA M. TRABER
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: (626) 585-9611
Facsimile: (626) 577-7079

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

LAW OFFICE OF ARAM ANTARAMIAN
ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone: (510) 841-2369

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants listed on the following pages.

By /s/

Cindy A. Cohn, Esq. (SBN.145997)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993
cindy@eff.org

David L. Anderson
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

Darrell Lee Barger
Hartline acus et all
800 N. Shoreline Blvd.
Suite 2000N
Corpus Christi, TX 78401

Marc Oliver Beem
Miller Shakman & Hamilton, LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

John Beisner
O'Melveny & Myers LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004-1109

Steven K. Blackhurst
Ater Wynne Hewitt Dodson & Skerritt
222 S.W. Columbia Ste 1800
Portland, OR 97201-6618

David Blair-Loy
ACLU Foundation of San Diego/Imperial Counties
P.O. Box 87131
San Diego, CA 92138

D. Douglas Brothers
George & Brothers
110 Norwood Tower
115 West 7th Street
Suite 1100
Austin, TX 78701

James M. Carlson
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

David R. Carpenter
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

David W. Carpenter
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600

Edward Morgan Carstarphen, III
Ellis Carstearphen et all
5847 San Felipe
Suite 1900
Houston, TX 77057

Catherine J. Casey
DLA Piper rudnick Gray Cary US LLP
203 North LaSalle Street
#1900
Chicago, IL 60601

Amato A. DeLuca
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Nancy Scott Degan
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charle Avenue
Suite 3600
New Orleans, LA 70170

Val Patrick Exnicios
Liska Exnicios & Nungesser
One Canal Place
365 Canal Street
New Orleans, LA 70130

Tyrone C. Fahner
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Daniel Martin Feeney
Miller Shakman & Beem LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

Sheila Marie Finnegan
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Jodi W. Flowers
Motley Rice, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Amy Collins Fontenot
Liska, Exnicios & Nungesser
One Canal Place
365 Canal Street
Suite 2290
New Orleans, LA 70130

Zachary J. Freeman
Miller Shakman & Beem LLP
180 N. La Salle Street
Suite 3600
Chicago, IL 60601

Susan A. Freiwald
USF School of LAW
2130 Fulton St
San Francisco, CA 94117

Daniel N. Gall
c/o Luna Innocations
2851 Commerce STreet
Blacksburg, VA 24060

F. Thomas Hecht
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

Anthony D. Irpino
Irpino Law Firm
365 Canal Street
22nd Floor
New Orleans, LA 70130

Joseph G. Jevic, III
St. Martin & Williams
4084 Highway 311
P.O. Box 2017
Houma, LA 70361-2017

Philip J. John, Jr
Baker & Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

C. J. Johnson
Kalkstein Law Firm
P.O. Box 8568
Missoula, MT 59807

Joshua Karsh
Gessler Hughes Piers Resnick & Dym Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, IL 60602

Peter D. Keisler
United States Department of Justice
Assistant Attorney General
20 Massachusetts Avenue, NW
Room 7312
Washington, DC 20530

Jonathan D. King
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

Joseph R. Knight
Baker Botts LLP
98 San Jacinto Blvd.
Suite 1500
Austin, TX 78701-4039

Craig A. Knot
Kirkland & Ellis
200 E Randolph Dr Ste 6100
Chicago, IL 60601

Leondra Kruger
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania NW Avenue
Washington, DC 20006-3642

Melanie G. Lagarde
St. Martin & Williams
4084 Highway 311
Houma, LA 70360

David L. Lawson
Sidley Austin Brown & Wood
1501 K Street, N.W.
Washington, D.C. 20005

Roger L. Mandel
Stanley Mandel & Iola LLP
3100 Monticello ave
Suite 750
Dallas, TX 75205

Howard A. Merten
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Randolph D. Moss
Wilmer, Cutler, Pickering, Hale & Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Michael C. O'Malley
Siben & Siben, LLP
90 East Main Street
BayShore, NY 11706

Michele L. Odorizzi
Mayer Brown Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603

Wendy Sangbee Park
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601

Robert J. Patterson
Watts Law Firm LLP
555 N. Carancahua Street
Twr II Bldg 14th Floor
Corpus Christi, TX 78401

Paul Lee Peyronnin
Baker donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

Michael James Philippi
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

Jason S. Ritchie
Holland & Hart
P.O. Box 639
Billings, MT 59103

Harry Rosenberg
Phelps Dunbar, LLP
Canal Place
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534

Michael J. Ross
Slater Ross
1850 Benjamin Franklin Plaza
1 S.W. Columbia Street
Portland, OR 97258

William A. Rossbach
Rossbach & Whiston
401 North Washington Street
P.O. Box 8988
Missoula, MT 59807-8988

Alan Norris Salpeter
Mayer, Brown, Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603

Mark Schlosberg
American Civil Liberties Union Fndt.
1663 Mission Street, Suite 460
San Francisco, CA 94103

Eric Schneider
1730 South Federal Hwy. #104
Delray Beach, FL 33483

Adam D. Schwartz
Roger BaldwinFoundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601-7401

Christopher A. Slater
Slater & Ross
1 S.W. Columbia Street
Suite 1850
Portland, OR 97258

Michael A. St. Pierre
Revens Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

Marc Ver Der Hout
Ver Der Hout & Brigagliano
180 Sutter Street, 5th Floor
San Francisco, CA 94123

Nicholas Wagner
Law Offices of Wagner & Jones
1111 East Herndon, Suite 317
Fresno, CA 93720

Thomas P. Walsh
United States Attorney's Office NDIL
219 South Dearborn Street
Suite 500
Chicago, IL 60604

Peter Wasylyk
Law Offices of Peter Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

Mikal C. Watts
Watts Law Firm, LLP
Bank of America Plaza
300 Convent Street
Suite 100
San Antonio, TX 78205

Conrad S.P. Williams, III
St. Martin, Williams & Bourque
P.O. Box 2017
Houma, LA 70361

Martin Woodward
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

Matthew A. Woolf
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170