

DOCKET NO. 1791

M 06-1791 VRW

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On August 9, 2006, the Panel transferred 15 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2006). With the consent of that court, all such actions have been assigned to the Honorable Vaughn R. Walker.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Walker.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of August 9, 2006, and, with the consent of that court, assigned to the Honorable Vaughn R. Walker.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 18 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
# DOCKET NO. 1791
# IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA SOUTHERN** | |
| FLS 0 06-60828 | Theresa Fortnash v. AT&T Corp. |
| **GEORGIA NORTHERN** | |
| GAN 1 06-136 | Mark E. Guzzi v. George W. Bush, et al. |
| GAN 1 06-1289 | Rabbi Steven Lebow, et al. v. BellSouth Corp., et al. |
| **HAWAII** | |
| HI 1 06-345 | Charmaine Crockett, et al. v. Verizon Wireless, et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 06-2900 | Herbert Waxman v. AT&T Corp. |
| **INDIANA SOUTHERN** | |
| INS 1 06-847 | Travis Cross, et al. v. AT&T Communications, Inc., et al. |
| INS 1 06-932 | Travis Cross, et al. v. AT&T Communications, Inc., et al. |
| **KENTUCKY WESTERN** | |
| KYW 1 06-71 | Richard D. Suchanek, III v. Sprint Nextel Corp. |
| **LOUISIANA EASTERN** | |
| LAE 2 06-2853 | D. Clive Hardy v. AT&T Corp. |
| **MICHIGAN WESTERN** | |
| MIW 5 06-85 | Joan Dubois, et al. v. AT&T Corp., et al. |
| **MISSOURI EASTERN** | |
| ~~MOE 4 06-1113~~ | ~~Claudia Mink v. AT&T Communications of the Southwest, Inc., et al.~~ Opposed 9/12/06 |
| **NEBRASKA** | |
| ~~NE 8 06-523~~ | ~~Billy Tyler v. AT&T, Inc., et al.~~ Vacated 9/7/06 |
| **NEW JERSEY** | |
| NJ 2 06-2530 | Glen Chulsky, et al. v. Cellco Partnership, et al. |
| **NEW YORK EASTERN** | |
| ~~NYE 1 06-2282~~ | ~~Virginia Shubert, et al. v. George W. Bush, et al.~~ Opposed 9/15/06 |
| **NEW YORK SOUTHERN** | |
| ~~NYS 1 06-313~~ | ~~Center for Constitutional Rights, et al. v. George W. Bush, et al.~~ Opposed 9/15/06 |
| NYS 1 06-4048 | Electron Tubes Inc. v. Verizon Communications, Inc., et al. |
| NYS 1 06-4169 | Sean Basinski, et al. v. Verizon Communications, Inc. |
| NYS 1 06-4193 | Roslyn Payne v. Verizon Communications, Inc. |

SCHEDULE CTO-1 - TAG-ALONG ACTIONS  (MDL-1791)                        PAGE 2 of 2

DIST. DIV. C.A. #          CASE CAPTION

OREGON
~~OR   3   06-274~~                        ~~Al-Haramain Islamic Foundation, Inc., et al. v. George W. Bush, et al.~~   Opposed 9/15/06

PENNSYLVANIA EASTERN
   PAE  2   06-2193         Mark P. Solomon v. Verizon Communications, Inc.

WASHINGTON WESTERN
   WAW  2   06-917          Heather Derosier v. Cingular Wireless, LLC, et al.