PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
RENÉE S. ORLEANS
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
Fax:    (202) 616-8470
*Attorneys for Federal Defendants in their Official Capacities and Federal Intervenor-Defendants (United States of America, National Security Agency, President George W. Bush)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>*Hepting, et al. v. AT&T Corp., et al.*,<br>No. C 06 0672 VRW | No. M:06-cv-01791-VRW<br><br>**RESPONSE OF THE UNITED STATES TO *HEPTING* PLAINTIFFS' ADMINISTRATIVE MOTION FOR SCHEDULING ORDER**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

## INTRODUCTION

Plaintiffs in the *Hepting* action have moved the Court to schedule a Case Management Conference ("CMC") that would focus primarily on issues specific to the *Hepting* case. *See Hepting* Plaintiffs' Administrative Motion for Scheduling Order (Dkt. No. 39). The United

**United States Response to *Hepting***
**Motion for Scheduling Order**
**MDL No. 06-1791-VRW**

States' position is that the first order of business in any CMC should be to address case management issues that apply to this multidistrict litigation ("MDL") proceeding as a whole. The *Hepting* plaintiffs instead seek a conference that would focus largely on issues specific to their case. *See* Dkt. No. 39 at 2. But those issues were discussed at length with the Court at the *Hepting* status conference on August 8, 2006, and nothing has changed in the interim to warrant another conference on the same topics. In particular, the Court of Appeals has yet to rule on pending petitions for an interlocutory appeal of the Court's decision in *Hepting*, pursuant to 28 U.S.C. § 1292(b). Whether that appeal is taken will have a direct bearing on further proceedings in *Hepting* and, indeed, for this MDL proceeding.

Thus, as discussed further below, the United States proposes that the more efficient and orderly course would be for the Court to schedule a CMC after the Court of Appeals has decided whether to hear an appeal in *Hepting*. When that CMC occurs, we further propose that it should address initial management procedures that will govern all of the cases transferred to this MDL proceeding. Indeed, the Court's prior orders in this proceeding appear to contemplate an initial case management conference, and the issuance of a consolidated case management order, for *all* cases. *See* Orders at Dkt. Nos. 15 and 19 (related to "ALL CASES").

## DISCUSSION

The point of MDL proceedings is to deal with numerous lawsuits in a manner that will promote their just and efficient resolution. But it is apparent from the *Hepting* plaintiffs' motion that they wish the Court to focus on matters specific to their own case, such as the filing of an Answer to the *Hepting* Complaint by the Defendants in that case, the specific discovery sought by the plaintiffs in that case, and the filing of a motion for a preliminary injunction in that case. *See Hepting* Motion (Dkt. No. 39) at 2. Indeed, the *Hepting* plaintiffs essentially propose to repeat the discussion of topics already addressed at the August 8, 2006, status conference in that case.

Since that status conference, however, the *Hepting* case has become one of more than

**United States Response to *Hepting*
Motion for Scheduling Order
MDL No. 06-1791-VRW**

-2-

thirty cases that have been transferred to this Court for consolidated and coordinated proceedings. As a result, the United States submits that the focus of any CMC should concern case management issues and procedures that will apply to and govern all of the cases, not just the *Hepting* case.

Indeed, the United States respectfully submits that, because any ruling by the Court of Appeals in the *Hepting* appeal would have a direct bearing on the similar claims presented in the transferred cases, the Court should defer holding a CMC until after the Court of Appeals decides whether it will take that appeal. At that time, the first issue that a CMC should address is whether to stay all MDL proceedings while the *Hepting* appeal is pending.

The next issue to discuss in a CMC for this MDL proceeding would be how the multiple cases will be coordinated. For example, the Court may wish to consider who among the many counsel for plaintiffs will be designated to represent the plaintiffs' interests in a coordinated fashion. Consideration should also be given at that time to the development of a unified master complaint, since most of the transferred actions involve highly similar and overlapping claims (and putative classes) concerning: (i) alleged surveillance by the National Security Agency ("NSA") of the content of communications under the acknowledged Terrorist Surveillance Program; and/or (ii) alleged NSA actions to collect telephone call record information from telecommunications carriers.

If the Court does wish to address issues specific to the *Hepting* case, the parties could do so at that same CMC. While the United States would address pending issues further in a case management statement, we reiterate for now our position, stated at the August 8 conference, that the issues identified by the *Hepting* plaintiffs should be deferred until a ruling on the *Hepting* 1292(b) petitions and pending any appeal, because the further proceedings proposed by the *Hepting* plaintiffs would undoubtedly implicate the state secret privilege issues that that United States has petitioned for review.

Finally, and as already noted, the United States submits that the Court should not

**United States Response to *Hepting***
**Motion for Scheduling Order**
**MDL No. 06-1791-VRW**

-3-

schedule a CMC—whatever its scope—until after the Court of Appeals decides the pending 1292(b) petitions in *Hepting*, because whether the Court of Appeals will decide the issues presented by that appeal would obviously have a direct bearing on all the coordinated cases. In addition, the United States notes that proceedings before the Judicial Panel on Multidistrict Litigation ("JPML") are not concluded with respect to several cases. In particular, plaintiffs in three actions against the United States—*Center for Constitutional Rights v. Bush*, (06-cv-313) (S.D.N.Y.); *Al-Haramain Islamic Foundation v. Bush,* (06-cv-274) (D. Ore.); and *Shubert v. Bush,* (06-cv-2282) (E.D. N.Y.)—have moved to vacate a conditional transfer order that would consolidate those cases with this MDL proceeding. Briefing on those motions should be complete by late October, and we expect they will be heard by the JPML in late November 2006. JPML proceedings are also pending with respect to cases brought by the United States against various state government entities and telecommunications carriers that seek to enjoin those state entities from requiring the disclosure to them of information related to alleged NSA foreign intelligence activities. *See* Exh. A (conditional transfer order dated September 28, 2006, for additional actions). Unless all parties consent to the transfer of these additional cases, briefing on whether these cases should be transferred to this MDL proceeding should be complete by late November 2006.

## CONCLUSION

For the foregoing reasons, the United States opposes the scheduling of a Case Management Conference that focuses on the specific issues raised by the *Hepting* case, but does not oppose a CMC that addresses case management issues and procedures applicable to all transferred cases. The United States respectfully proposes that this conference be set after a ruling on the 1292(b) petitions in the *Hepting* action.

                                       Respectfully submitted,

                                       PETER D. KEISLER
                                       Assistant Attorney General, Civil Division

**United States Response to *Hepting*
Motion for Scheduling Order
MDL No. 06-1791-VRW**

-4-

CARL J. NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

  *s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov

RENÉE S. ORLEANS
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
Fax:    (202) 616-8470

*Attorneys for Federal Defendants in their Official Capacities and Federal Intervenor-Defendants (United States of America, National Security Agency, President George W. Bush)*

DATED: October 6, 2006

# EXHIBIT "A"

United States Response to *Hepting*
Motion for Scheduling Order
MDL No. 06-1791-VRW

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 28 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1791

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION

*(SEE ATTACHED SCHEDULE)*

## CONDITIONAL TRANSFER ORDER (CTO-3)

On August 9, 2006, the Panel transferred 15 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2006). Since that time, 16 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vaughn R. Walker.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Walker.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of August 9, 2006, and, with the consent of that court, assigned to the Honorable Vaughn R. Walker.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-3 - TAG-ALONG ACTIONS
## DOCKET NO. 1791
## IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **CONNECTICUT** | |
| CT  3  06-1405 | United States of America v. Anthony J. Palermino, et al. |
| **MAINE** | |
| ME  1  06-97 | United States of America v. Kurt Adams, et al. |
| **MISSOURI EASTERN** | |
| MOE  4  06-1132 | United States of America v. Steve Gaw, et al. |
| **MISSOURI WESTERN** | |
| MOW  2  06-4177 | Robert Clayton, et al. v. AT&T Communications of the Southwest, Inc., et al. |
| **NEW JERSEY** | |
| NJ  3  06-2683 | United States of America v. Zulima V. Farber, et al. |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing **RESPONSE OF THE UNITED STATES TO** *HEPTING* **PLAINTIFFS' ADMINISTRATIVE MOTION FOR SCHEDULING ORDER (re:** *Hepting,* **06-CV-676),** will be served by means of the Court's CM/ECF system, which will send notifications to ECF registered counsel, and I hereby certify that the foregoing response of the United States will be served by first class mail on the non-ECF participants listed on the attached pages.

*s/ Anthony J. Coppolino*

| | | |
|---|---|---|
| 1 | Darrell Lee Barger<br>Hartline acus et al.<br>800 N. Shoreline Blvd.<br>Suite 2000 N<br>Corpus Christi, TX | Nancy Scott Degan<br>Baker Donelson Bearman Caldwell &<br>Berkowitz, PC<br>2001 St. Charles, Suite 3600<br>New Orleans, LA 70170 |
| 4 | Marc Oliver Beem<br>Miller Shakman & Hamilton, LLP<br>180 North LaSalle Street<br>Suite 3600<br>Chicago, IL 60601 | Val Patrick Exnicios<br>Liska Exnicios & Nungesser<br>One Canal Place<br>365 Canal Street<br>New Orleans, LA 70130 |
| 7 | John Beisner<br>O'Melveny & Myers LLP<br>555 13th Street, N.W.<br>Suite 500 West<br>Washington, DC 20004-1109 | Tyrone C. Fahner<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 |
| 10 | Steven K. Blackhurst<br>Ater Wynne Hewitt Dodson & Skerritt<br>222 S.W. Columbia Ste. 1800<br>Portland, OR 97201-6618 | Daniel Martin Feeney<br>Miller Shakman & Beem LLP<br>180 North LaSalle Street, Suite 3600<br>Chicago, IL 60606 |
| 12 | James M. Carlson<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602 | Sheila Marie Finnegan<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 |
| 15 | David R. Carpenter<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | Jodi W. Flowers<br>Motley Rice, LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 |
| 18 | Edward Morgan Carstarphen, III<br>Ellis Carstearphen, et all<br>5847 San Felipe<br>Suite 1900<br>Houston, TX 77057 | Amy Collins Fontenot<br>Liska, Exnicios & Nungesser<br>One Canal Place<br>365 Canal Street<br>Suite 2290<br>New Orleans, LA 70130 |
| 21 | Catherin J. Casey<br>DLA Piper Rudnick Gary Cary US LLP<br>203 North LASalle Street, #1900<br>Chicago, IL 60601 | Zachary J. Freeman<br>Miller Shakman & Beem LLP<br>180 N. La Salle Street, Suite 3600<br>Chicago, IL 60601 |
| 24 | Amato A. Deluca<br>Deluca & Weizenbaum, Ltd.<br>199 North Main Street<br>Providence, RI 02903 | Susan A. Friewald<br>USF School of Law<br>2130 Fulton Street<br>San Francisco, CA 94117 |

| | | |
|---|---|---|
| 1 | Daniel N. Gall<br>c/o Luna Innovations<br>2851 Commerce Street<br>Blacksburg, VA 24060 | F. Thomas Hecht<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602 |
| 2 | | |
| 3 | | |
| 4 | Anthony D. Irpino<br>Irpino Law Firm<br>365 Canal Street<br>22nd Floor<br>New Orleans, LA 70130 | Joseph G. Jevic, III<br>St. Martin & Williams<br>4084 Highway 311<br>P.O. Box 2017<br>Houma, LA 70361-2017 |
| 5 | | |
| 6 | | |
| 7 | Philip J. John, Jr.<br>Baker & Botts<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX 77002 | C. J. Johnson<br>Kalkstein Law Firm<br>P.O. Box 8568<br>Missoula, MT 59807 |

Daniel N. Gall
c/o Luna Innovations
2851 Commerce Street
Blacksburg, VA 24060

F. Thomas Hecht
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

Anthony D. Irpino
Irpino Law Firm
365 Canal Street
22nd Floor
New Orleans, LA 70130

Joseph G. Jevic, III
St. Martin & Williams
4084 Highway 311
P.O. Box 2017
Houma, LA 70361-2017

Philip J. John, Jr.
Baker & Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

C. J. Johnson
Kalkstein Law Firm
P.O. Box 8568
Missoula, MT 59807

Joshua Karsh
Gessler Hughes Piers Resnick & Dym, Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, IL 60602

Peter D. Keisler
United States Department of Justice
Assistant Attorney General
20 Massachusetts Avenue, N.W., Rm. 7312
Washington, D.C. 20530

Jonathan D. King
DLA Piper Rudnick Gray Cary US LLP
203 North La Salle Street, #1900
Chicago, IL 60601-1293

Joseph R. Knight
Baker Botts LLP
98 San Jacinto Blvd.
Suite 1500
Austin, TX 78701-4039

Leondra Kruger
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-3642

Melanie G. Lagarde
St. Martin & Williams
4084 Highway 311
Houma, LA 70360

David L. Lawson
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, D.C. 20006

Roger L. Mandel
Stanley Mandel & Iola LLP
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

Howard A. Merten
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Randolph D. Moss
Wilmer, Cutler, Pickering, Hale & Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Michael C. O'Malley
Siben & Siben, LLP
90 East Main Street
BayShore, NY 11706

Michele L. Odorizzi
Mayer Brown Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603

Wendy Sangbee Park
Rober Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue, Suite 2300
Chicago, IL 60601

Robert J. Patterson
Watts Law Firm LLP
555 N. Carancahua Street
Tower II Bldg. 14th Floor
Corpus Christi, TX 78401

| | |
|---|---|
| Adam D. Schwartz Inc.<br>180 North Michigan Avenue<br>Suite 2300<br>Chicago, IL 60601-7401 | Paul Lee Peyronnin<br>Baker Donelson Bearman Caldwell &<br>Berkowitz, PC<br>201 St. Charles Ave.<br>Suite 3600<br>New Orleans, LA 70170 |
| Christopher A. Slater<br>Slater & Ross<br>1 S.W. Columbia Street<br>Suite 1850<br>Portland, OR 97258 | Michael James Philippi<br>Ungaretti & Harris LLP<br>3500 three First National Plaza<br>Chicago, IL 60602 |
| Michael A. St. Pierre<br>Revens Revens & St. Pierre<br>946 Centerville Road<br>Warwick, RI 02886 | Jason R. Ritchie<br>Holland & Hart<br>P.O. Box 639<br>Billings, MT 59103 |
| Marc Ver Der Hout<br>Ver Der Hout & Brigagliano<br>180 Sutter Street, 5th Floor<br>San Francisco, CA 94123 | Harry Rosenberg<br>Phelps Dunbar, LLP<br>Canal Place<br>365 Canal Street<br>Suite 2000<br>New Orleans, LA 70130-6534 |
| Nicholas Wagner<br>Law Offices of Wagner & Jones<br>1111 East Herndon, Suite 317<br>Fresno, CA 93720 | Michael J. Ross<br>Slater Ross<br>1850 Benjamin Franklin Plaza<br>1 S.W. Columbia Street<br>Portland, OR 97258 |
| Thomas P. Walsh<br>United States Attorney's Office NDIL<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604 | William A. Rossbach<br>Rossbach & Whiston<br>401 North Washington Street<br>P.O. Box 8988<br>Missoula, MT 59807-8988 |
| Peter Wasylyk<br>Law Offices of Peter Wasylyk<br>1307 Chalkstone Avenue<br>Providence, RI 02908 | Alan Norris Salpeter<br>Mayer, Brown, Rowe & Maw<br>190 South LaSalle Street<br>Chicago, IL 60603 |
| Mikal C. Watts<br>Watts Law Firm, LLP<br>Bank of America Plaza<br>300 Convent Street<br>Suite 100<br>San Antonio, TX 78205 | Mark Schlosberg<br>American Civil Liberties Union Fndt.<br>1663 Mission Street, Suite 460<br>San Francisco, CA 94103 |
| Conrad S.P. Williams, III<br>St. Martin, Williams & Bourque<br>P.O. Box 2017<br>Houma, LA 70361 | Eric Schneider<br>1730 South Federal Hwy. #104<br>Delray Beach, FL 33483 |

| | | |
|---|---|---|
| 1 | Martin Woodward<br>Stanley, Mandel & Iola, LLP<br>3100 Monticello Avenue<br>Suite 750<br>Dallas, TX 75205 | Matthew A. Woolf<br>Baker Donelson Bearman Caldwell &<br>Berkowitz, PC<br>201 St. Charles Ave.<br>Suite 3600<br>New Orleans, LA 70170 |