| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON #76342 |
| 2 | DAVID L. ANDERSON #149604 |
| | JACOB R. SORENSEN #209134 |
| 3 | MARC H. AXELBAUM #209855 |
| | 50 Fremont Street |
| 4 | Post Office Box 7880 |
| | San Francisco, CA 94120-7880 |
| 5 | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| 6 | Email: bruce.ericson@pillsburylaw.com |
| 7 | SIDLEY AUSTIN LLP |
| | DAVID W. CARPENTER (admitted *pro hac vice*) |
| 8 | DAVID L. LAWSON (admitted *pro hac vice*) |
| | BRADFORD A. BERENSON (admitted *pro hac vice*) |
| 9 | EDWARD R. McNICHOLAS (admitted *pro hac vice*) |
| | 1501 K Street, N.W. |
| 10 | Washington, D.C. 20005 |
| | Telephone: (202) 736-8010 |
| 11 | Facsimile: (202) 736-8711 |
| 12 | Attorneys for the AT&T Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>*Hepting, et al. v. AT&T Corp., et al.,*<br>No. C-06-0672-VRW | MDL Dkt. No. 06-1791-VRW<br><br>**PROOF OF SERVICE VIA U.S. MAIL**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

700547085v1

AT&T's Response to *Hepting* Plaintiffs'
Motion for Scheduling Order
MDL No. 06-1791-VRW

Dockets.Justia.com

I, <u>Winnifred J. Girard</u>, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On October 6, 2006, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document(s) titled exactly <u>AT&T'S RESPONSE TO *HEPTING* PLAINTIFFS' ADMINISTRATIVE MOTION FOR SCHEDULING ORDER (DKT. 39)</u> by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

**[See Attached Service List]**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of October, 2006, at San Francisco, California.

Winnifred J. Girard

SERVICE LIST

Stephen E. Arthur
Harrison & Moberly
135 North Pennsylvania Street
Suite 2100
Indianapolis, IN 46204

Darrell Lee Barger
Hartline Dacus Barger Dreyer & Kern, LLP
800 N. Shoreline Blvd.
Suite 2000N
Corpus Christi, TX 78401

Raymond A. Basile
Harrison & Moberly
135 North Pennsylvania
Suite 2100
Indianapolis, IN 46202

Marc Oliver Beem
Miller Shakman & Hamilton, LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

John Beisner
O'Melveny & Myers LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004-1109

Steven K. Blackhurst
Ater Wynne Hewitt Dodson & Skerritt
222 S.W. Columbia Ste 1800
Portland, OR 97201-6618

James M. Carlson
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

David W. Carpenter
Sidley Austin Brown & Wood LLP
501 K Street, N.W.
Washington, D.C. 20005

Edward Morgan Carstarphen, III
Ellis Carstearphen et all
5847 San Felipe
Suite 1900
Houston, TX 77057

Catherine J. Casey
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street
#1900
Chicago, IL 60606

Amato A. DeLuca
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Nancy Scott Degan
Baker Donelson Bearman Caldwell &
Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Val Patrick Exnicios
Liska Exnicios & Nungesser
One Canal Place
365 Canal Street
New Orleans, LA 70130

Tyrone C. Fahner
Mayer, Brown, Rowe & Maw LLP
70 South Wacker Drive
Chicago, IL 60606

Daniel Martin Feeney
Miller Shakman & Beem LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

Sheila Marie Finnegan
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Jodi W. Flowers
Motley Rice, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Amy Collins Fontenot
Liska, Exnicios & Nungesser
One Canal Place
365 Canal Street, Suite 2290
New Orleans, LA 70130

Zachary J. Freeman
Miller Shakman & Beem LLP
180 N. La Salle Street
Suite 3600
Chicago, IL 60601

Susan A. Freiwald
USF School of LAW
2130 Fulton St
San Francisco, CA 94117

Michael R. Fruehwald
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204-3535

Jason L. Fulk
Hoover Hull LLP 111
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

Daniel N. Gall
c/o Luna Innocations
2851 Commerce STreet
Blacksburg, VA 24060

Linda S. George
Laudig George Rutherford & Sipes
156 East Market Street
Suite 600
Indianapolis, IN 46204

M. Norman Goldberger
Wolf Block Schorr and Solis-Cohen, LLP
1650 Arch Street
22nd Floor
Philadelphia, PA 19103

Mark E. Guzzi
271 Providence Oaks Circle
Alpharetta, GA 30004

F. Thomas Hecht
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

Andrew W. Hull
Hoover Hull LLP
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

Anthony D. Irpino
Irpino Law Firm
365 Canal Street
22nd Floor
New Orleans, LA 70130

Joseph G. Jevic , III
St. Martin & Williams
4084 Highway 311
P.O. Box 2017
Houma, LA 70361-2017

Philip J. John , Jr
Baker & Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

C. J. Johnson
Kalkstein Law Firm
P.O. Box 8568
Missoula, MT 59807

Joshua Karsh
Gessler Hughes Piers Resnick & Dym Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, IL 60602

Peter D. Keisler
United States Department of Justice
Assistant Attorney General
20 Massachusetts Avenue, NW
Room 7312
Washington, DC 20530

Jonathan D. King
DLA Piper Rudnick Gray Cary US LLP
203 North La Salle Street, #1900
Chicago, IL 60601-1293

Joseph R. Knight
Baker Botts LLP
98 San Jacinto Blvd.
Suite 1500
Austin, TX 78701-4039

Leondra Kruger
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania NW Avenue
Washington, DC 20006-3642

Melanie G. Lagarde
St. Martin & Williams
4084 Highway 311
Houma, LA 70360

David L. Lawson
Sidley Austin Brown & Wood
1501 K Street, N.W.
Washington, DC 20005

Roger L. Mandel
Stanley Mandel & Iola LLP
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

Howard A. Merten
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Donald A. Migliori
Motley Rice LLC
321 South Main Street
Providence, RI 02940

Alice McKenzie Morical
Hoover Hull LLP
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

Randolph D. Moss
Wilmer, Cutler, Pickering, Hale & Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Michele L. Odorizzi
Mayer Brown Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603

Michael C. O'Malley
Siben & Siben, LLP
90 East Main Street
Bay Shore, NY 11706

Wendy Sangbee Park
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601

Robert J. Patterson
Watts Law Firm LLP
555 N. Carancahua Street
Twr II Bldg 14th Floor
Corpus Christi, TX 78401

700529277v1

Paul Lee Peyronnin
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

Michael James Philippi
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

Jason S. Ritchie
Holland & Hart
P.O. Box 639
Billings, MT 59103

Harry Rosenberg
Phelps Dunbar, LLP
Canal Place
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534

Michael J. Ross
Slater Ross
1850 Benjamin Franklin Plaza
1 S.W. Columbia Street
Portland, OR 97258

William A. Rossbach
Rossbach & Whiston
401 North Washington Street
P.O. Box 8988
Missoula, MT 59807-8988

Alan Norris Salpeter
Mayer, Brown, Row & Maw LLP
190 South LaSalle Street
Chicago, IL 60603

Mark Schlosberg
American Civil Liberties Union Fndt.
1663 Mission Street, Suite 460
San Francisco, CA 94103

Eric Schneider
1730 South Federal Hwy. #104
Delray Beach, FL 33483

Adam D. Schwartz
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601-7401

W. Russell Sipes
Laudig George Rutherford & Sipes
156 East Market Street
Suite 600
Indianapolis, IN 46204

Christopher A. Slater
Slater & Ross
1 S.W. Columbia Street
Suite 1850
Portland, OR 97258

Christopher Soriano
Wolf Block Schorr and Solis-Cohen, LLP
1650 Arch Street
Philadelphia, PA 19103

Michael A. St. Pierre
Revens Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

A. David Stippler
Bingham McHalle LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

John Joseph Tanner
Baker & Daniels
300 North Meridian Street
Indianapolis, IN 46204

Marc Ver Der Hout
Ver Der Hout & Brigagliano
180 Sutter Street, 5th Floor
San Francisco, CA 94123

4

Nicholas Wagner
Law Offices of Wagner & Jones
1111 East Herndon, Suite 317
Fresno, CA 93720

Thomas P. Walsh
United States Attorney's Office NDIL
219 South Dearborn Street
Suite 500
Chicago, IL 60604

Peter Wasylyk
Law Offices of Peter Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

Mikal C. Watts
Watts Law Firm, LLP
Bank of America Plaza
300 Convent Street
Suite 100
San Antonio, TX 78205

Brian W. Welch
Bingham McHale, LLP
10 West Market Street
Market Tower, Suite 2700
Indianapolis, IN 46204

Conrad S.P. Williams, III
St. Martin, Williams & Bourque
P.O. Box 2017
Houma, LA 70361

Martin Woodward
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

Paul A. Wolfa
Baker & Daniels
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204

Matthew A. Woolf
Baker Donelson Bearman Caldwell &
Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170