**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                              General Court Number
Clerk                                                                                          415.522.2000

10 October 2006

Re:   MDL – 06-1791 // In re national Security Agency Telecommunications Records Litigation

<u>Title of Case</u>                                                              <u>Case Number</u>
*Christopher Bready, et al -v- Verizon Maryland, Inc.*            C.A. No. 1:06-2185

Dear Sir/Madam:

      This is to advise you that the above entitled case has been transferred from the district of Maryland to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Vaughn R. Walker.  We have given the action the individual case number ***C 06 6313 VRW***.

      All future documents submitted in this case are to be presented to the Court in compliance with the enclosed  <u>Practice and Procedure Order Upon Transfer Pursuant to §1407(a)</u> issued on 31 August 2006 in the MDL case, case no. M 06-1791 VRW.

      Please be advised that this action has been designated as an E-Filing case.  Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

Rufino C. Santos
Deputy Clerk

cc: Counsel
     MDL