UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ] ] ] ] ] ] | MDL 06-1791-VRW<br><br>Courtroom 6, 17th Floor<br>Hon. Vaugn R. Walker |
| This Document Relates To:<br><br>*Cross, et. al v. AT&T Communications, Inc.*<br><br>United States District Court for the Southern District of Indiana Case No. 1:06-CV-0932-DFH-WTL | ] ] ] ] ] ] ] | |

## NOTICE OF DISMISSAL OF McLEODUSA TELECOMMUNICATIONS SERVICES, INC.

The parties, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Trial Procedure, hereby file their Notice of the Dismissal of Defendant, McLeodUSA Telecommunications Services, Inc., without prejudice, as to only McLeodUSA Telecommunications Services, Inc. in the matter of *Cross v. AT&T Communications, Inc,* United States District Court for the Southern District of Indiana Case No. 1:06-CV-0932-DFH-WTL. Each party will bear its own costs and attorney's fees.

All counsel in the *Cross* matter are hereby notified of this dismissal.

In re National Security Agency Telecommunications Records Litigation　　　　　　　　　　　　　　　　Doc. 50

Dated: October 17, 2006

_____
Linda George, 15744-49
W. Russell Sipes, 16973-29
**GEORGE & SIPES**
Attorneys for the Plaintiff
156 E. Market Street, Suite 600
Indianapolis, IN 46204
Tel: (317) 637-6071
Fax: (317) 685-6505
wrs@lgrslaw.com


Donald A. Migliori
**MOTLEY RICE LLC**
321 S. Main Street
Providence, Rhode Island 02940

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2006 a copy of the foregoing was filed electronically or United States Postal Service via first class mail. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| **Edward R. McNicholas**<br>**Sidley Austin LLP**<br>1501 K. Street, N.W.<br>Washington, DC 20005-1401<br>202-736-8018<br>202-736-8711 (fax)<br><br>**Michael R. Fruehwald**<br>**BARNES & THORNBURG**<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>(317)231-7243/(317)231-7433 fax<br>mike.fruehwald@btlaw.com | AT&T Communications- East f/k/a, Inc.<br>AT&T Communications, Inc.<br><br>AT&T Corp.<br><br>AT&T Teleholdings |
| | **Bright House Networks, LLC**<br>c/o: CT Corporation System<br>251 E. Ohio Street, Suite 1100<br>Indianapolis, IN 46204 |
| **Kevin M. Henry**<br>**Sidley Austin LLP**<br>1501 K. Street, N.W.<br>Washington, DC 20005-1401<br>(202)736-8385/ (202)736-8711(fax) | **Cingular Wireless LLC** |
| | **Comcast Telecommunications, Inc.**<br>C/o: CT Corporation System<br>251 E. Ohio Street Suite 1100<br>Indianapolis, IN 46204 |
| | **Indiana Bell Telephone Company Inc. d/b/a SBC**<br>CT Corporation System<br>251 E. Ohio Street Suite 1100<br>Indianapolis , IN 46204 |
| **A. David Stippler/ Brian W. Welch**<br>**BINGHAM MCHALE, LLP**<br>2700 Market Tower<br>10 West Market Street<br>Indianapolis, IN 46204<br>(317)686-5230/(317)236-9907 fax<br>dstippler@binghammchale.com/bwelch<br>@binghammchale.com | **MCI Communications Services, Inc.** |

| | |
|---|---|
| Melissa M. Hinds /Edward F. Malone<br>JENNER & BLOCK LLP<br>One IBM Plaza<br>330 N. Wabash Ave.<br>Chicago, IL 60611<br>312-222-9350/Fax 312-840-7252<br>mhinds@jenner.com/emalone@jenner.com | McLeodUSA Telecommunications Serv, Inc.<br>C/o: CT Corporation System<br>251 E. Ohio Street, Ste. 1100<br>Indianapolis, IN 46204 |
| Stephen E. Arthur/Raymond A. Basile<br>HARRISON & MOBERLY<br>165 N. Pennsylvania Street, Ste. 2100<br>Indianapolis, IN 46204<br>(317)639-4511/(317)639-9565 fax<br>sarthur@h-mlaw.com/ basile@h-mlaw.com | Nextel West Corp<br><br>Sprint Communications Company L.P.<br><br>Sprint Spectrum L.P. |
| | Verizon Wireless Services, LLC<br>c/o Corporation Service Company<br>251 E. Ohio Street, Ste. 500<br>Indianapolis, IN 46204 |
| | T-MobileUSA, Inc.<br>C/o Corporate Service Company<br>251 E. Ohio Ste. 500<br>Indianapolis, IN 46204 |
| | TDS Communications Solutions, Inc.<br>C/o: Corporation Service Company<br>251 East Ohio Street<br>Indianapolis, IN 46204 |