# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>　　NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION,<br><br>This Document Relates to:<br>ALL CASES<br>_____/ | MDL Docket No. 06-1791 VRW<br><br>CLERK'S NOTICE |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the Certificate of Service)

**DUE TO COURT'S UNAVAILABILITY:**

YOU ARE NOTIFIED THAT the Initial Case Management Conference currently scheduled for November 14, 2006 has been <u>continued to Friday, November 17, 2006 at 10:30 a.m.</u> and shall follow the conditions set forth in the court's October 16, 2006 order (Doc #49). Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Dated: October 31, 2006

　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　By: _Cora Delfin_____
　　　　　　　　　　　　　　　　Cora Delfin, Courtroom Deputy Clerk to
　　　　　　　　　　　　　　　　 Chief Judge Vaughn Walker