ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

MDL NO. 1791

Case No. M-06-01791-VRW

Date: November 17, 2006
Time: 10:30 a.m.
Courtroom: 6, 17th Floor
Judge: The Hon. Vaughn R. Walker

PLAINTIFFS' JOINT AND AGREED

ORGANIZATION PLAN

575896.1

Dockets.Justia.com

Plaintiffs and their counsel from the MDL cases listed in Attachment A ("Plaintiffs") jointly propose that this Organization Plan govern the litigation of all actions currently transferred in this MDL proceeding and for any and all tag-along cases that may be subsequently transferred to this Court or otherwise coordinated as part of this proceeding. Defendants in this MDL proceeding include major defendants AT&T Corp. and AT&T Inc. ("AT&T"), MCI, LLC and MCI Communications Services, Inc. ("MCI"), Verizon Communications, Inc. ("Verizon"), BellSouth Corp. ("BellSouth"), Sprint/Nextel Corp. ("Sprint") and each of their associated entities and subsidiaries, as well as numerous other telecommunications companies.

**1.    Organization and Duties of Counsel Acting on Behalf of Plaintiffs.**

Plaintiffs propose that the Court organize this MDL proceeding by appointing:

(a)    "Co-Lead Coordinating Counsel," to ensure the coordination of the presentation and litigation of common and non-common issues of law and fact applicable to the transferred cases, including the coordinated management of the transferred cases;

(b)    "Interim Class Counsel," pursuant to Rule 23(g)(2)(A) of the Federal Rules of Civil procedure, for each major defendant group (AT&T, MCI, Verizon, BellSouth, Sprint) and for the miscellaneous defendants as a single group,[1] to be assisted by other counsel with cases filed against the respective defendants. There shall be no more than two Interim Class Counsel for each defendant group. Together, these Interim Class Counsel, plus the Co-Lead Coordinating Counsel, will jointly form the Executive Committee, which shall have no more than 10 members.

(c)    "Liaison Counsel," who shall maintain and distribute an up-to-date service list, receive and distribute documents, and perform such other common administrative functions as may be directed by Co-Lead Coordinating Counsel.

Plaintiffs further propose that the Court appoint the following counsel to the above positions in the organization to execute the duties as more specifically set forth below:

---

[1] Miscellaneous defendants in this MDL include, but are not limited to: Bright House Networks; Charter Communications; Cingular Wireless; New Cingular Wireless Services; McLeod USA; Transworld Network Corp.; Telecommunications Services; and Comcast.

### a.    Co-Lead Coordinating Counsel Selection and Duties

The Electronic Frontier Foundation (EFF) and the Roger Baldwin Foundation of ACLU, Inc. (RBF), the legal and educational arm of the American Civil Liberties Union of Illinois, (ACLU-IL) shall be Plaintiffs' Co-Lead Coordinating Counsel.   These nonprofit public interest organizations have extensive experience litigating electronic privacy and surveillance issues in a wide variety of contexts, and have extensive experience in litigating constitutional and statutory issues of first impression.    EFF Legal Director Cindy Cohn, counsel for the *Hepting* plaintiffs and RBF attorneys Harvey Grossman and Adam Schwartz, counsel for the *Terkel* plaintiffs have taken the lead in litigating the two cases that have reached the most procedurally advanced stage: *Hepting et al. v. AT&T* and *Terkel et al. v. AT&T*.   They have already been responsible for significant pre-trial advancement of this litigation, including moving for preliminary injunctive relief, issuing preliminary discovery requests and defending motions to dismiss or in the alternative for summary judgment brought by defendant-intervenor the United States and defendant AT&T. The resumes of each of these organizations are attached hereto as exhibits to Attachment B.

Co-Lead Coordinating Counsel shall lead the coordination of the activities of Plaintiffs during pretrial proceedings.   Coordination activities include communicating with Plaintiffs' counsel and defense counsel on questions of discovery, motions and other pre-trial and trial matters.  Co-Lead Coordinating Counsel shall also have the following responsibilities and duties in this litigation to perform or delegate as appropriate:

    a)    To ensure efficient and consistent presentation of matters before the Court for Plaintiffs;

    b)    To consult with Plaintiffs' Executive Committee on matters of common concern;

    c)    To call meetings of other Plaintiffs' counsel and/or defense counsel to effectuate these provisions as necessary;

    d)    To implement any Case Management Orders entered herein, and coordinate all pre-trial matters, including discovery, as set forth herein;

e)      After consultation with Plaintiffs' Executive Committee, to assess among Plaintiffs' counsel and advance all costs necessary for proof of all Plaintiffs' claims generally; and

f)      To perform all other duties and undertake such other responsibilities as they deem necessary or desirable to properly coordinate Plaintiffs' pretrial, trial and/or appellate activities, or as authorized by further order of the Court.

Defendants may rely upon all agreements made with Plaintiffs' Co-Lead Coordinating Counsel with respect to such matters, and such agreements shall be binding on Plaintiffs whose cases are subject to the jurisdiction of this Court.

**b.**     **Interim Class Counsel and Duties**

This MDL involves five major corporate defendant groups (AT&T, MCI, Verizon, BellSouth, Sprint/Nextel and each of their associated entities and subsidiaries) as well as a number of miscellaneous telecommunications company defendants.[2] The MDL includes class cases as well as non-class cases brought by individuals against the five major defendants and the miscellaneous defendants; it includes cases brought solely in state courts in several states under various state laws that have been removed and will seek remand; it may also include in the future non-class cases brought against the United States and non-class cases brought by the United States as a plaintiff against state governments and state government agencies, including state public utility commissions, which have issued subpoenas to the defendants. Thus, in addition to common issues of fact and law, this MDL will involve issues of fact and law, including issues of state law, which will not be common but will apply only to some Plaintiffs and/or only to some defendants.

For each of the six categories of defendants, up to two Interim Class Counsel shall be appointed. Interim Class Counsel shall be appointed as follows:

---

[2] The United States has intervened in the transferred cases to assert the state secrets privilege, and is a true defendant in only one of them. Because of the United States's unique role in this litigation, Plaintiffs believe that it is unnecessary at this time to designate Interim Class Counsel with respect to the United States.

| | Defendant Category | Interim Class Counsel |
|---|---|---|
| 1. | AT&T Defendants[3] | EFF; ACLU-IL |
| 2. | MCI Defendants[4] | Lieff, Cabraser, Heimann & Bernstein, LLP |
| 3. | Verizon Defendants[5] | Motley Rice LLC |
| 4. | BellSouth Defendants | Liska, Exnicios & Nungesser; Bruce Afran & the Mayer Law Group[6]; Krislov & Associates, Ltd.; Law Offices of Steven E. Schwarz[7] |
| 5. | Sprint Defendants[8] | Mason Law Firm |
| 6. | Miscellaneous Defendants[9] | Motley Rice LLC[10]; George & Brothers |

The resumes of each of these firms are attached hereto as exhibits to Attachment B.

Interim Class Counsel shall have the following responsibilities and duties in this litigation, with respect to their assigned category of defendants, to perform or delegate as appropriate:

a) To determine (after such consultation with the Co-Lead Coordinating Counsel, the Executive Committee and other co-counsel as may be appropriate) and present (in

---

[3] Current AT&T defendants include: AT&T Inc, AT&T Corp, AT&T Operations, Inc., SBC Long Distance LLC, Pac Bell Telephone Co, AT&T Communications of California, AT&T Teleholdings, AT&T Communications, SBC Communications, Indiana Bell, Illinois Bell.

[4] Current MCI defendants include: MCI, LLC and MCI Communications Services, Inc.

[5] Current Verizon defendants include: Cellco Partnership dba Verizon Wireless, Hawaiian Telecom Inc dba Verizon Hawaii, Verizon Communications, Verizon Maryland, Verizon Wireless, Verizon Wireless LLC, Verizon Wireless Services.

[6] Under this Joint and Agreed Organization Plan, the Liska firm and the Mayer firm (including Mr. Afran) will share one seat as Interim Class Counsel on the Executive Committee.

[7] Under this Joint and Agreed Organization Plan, the Krislov firm and the Schwarz firm will share one seat as Interim Class Counsel on the Executive Committee.

[8] Current Sprint defendants include: Nextel West dba Sprint, Sprint Nextel Corp., Nextel West Corp., Sprint Communications Company, Sprint Spectrum.

[9] Current Miscellaneous Defendants include: New Cingular Wireless Services, Cingular Wireless, Bright House Networks, Transworld Network Corp, Charter Communications, Comcast, TDS Communications Solution, T-Mobile.

[10] Under this Joint and Agreed Organization Plan, the Motley Rice firm has only one seat as Interim Class Counsel on the Executive Committee.

briefs, oral argument or such other fashion as may be appropriate, personally or by designee) to the court and opposing parties the position of plaintiffs on all matters arising during pretrial proceedings;

b) To consult with Co-Lead Coordinating Counsel and Plaintiffs' Executive Committee on matters of common concern;

c) To contribute to the common benefit cost fund for the prosecution of the case;

d) To supervise, manage, and direct the work of the other firms with cases filed against their assigned category of defendants[11];

e) To conduct pre-trial, trial, and post-trial proceedings;

f) To consult with and employ consultants and experts;

g) To communicate with defense counsel on questions of discovery, motions and other pre-trial matters;

h) To enter into stipulations with defense counsel necessary for the conduct of the litigation;

i) To negotiate settlements in consultation with Co-Lead Coordinating Counsel and the Executive Committee, subject to Court approval;

j) In the event of a settlement, to obtain necessary approval for said settlement and to propose a plan of allocation; and

k) To collect time and expense records of the firms performing work at their direction on a quarterly basis, on the 15th day of the month following the end of the quarter, for work and expenditures for the three-month period ending on the 1st day of that month. Any time that is not reported on such a periodic basis, and any unreported expenses for which records are then available, will not be compensated or reimbursed, absent good cause shown for such reporting failure. Reviewing the work of other Plaintiffs' counsel will not be compensated unless reasonably necessary.

---

[11] Any attorney within this organization plan may work on any case involving any defendant, at the direction of Interim Class Counsel for that assigned category of defendants.

Each respective defendant category may rely upon all agreements made with the assigned Interim Class Counsel with respect to such matters and such agreements shall be binding on Plaintiffs whose cases are subject to the jurisdiction of this Court.

**c. Executive Committee**

The firms that serve as Interim Class Counsel will also be members of the Executive Committee. Together, these Interim Class Counsel, plus Co-Lead Coordinating Counsel, will jointly form the Executive Committee, which shall have no more than 10 members.

The Executive Committee shall be responsible for:

a) Assisting Co-Lead Coordinating Counsel with the coordination of expert and fact discovery;

b) Assisting Co-Lead Coordinating Counsel with the coordination of pre-trial motion practice and briefing; and

c) Consulting with Co-Lead Coordinating Counsel on matters of common concern.

EFF shall serve as the Chairman of the Plaintiffs' Executive Committee and shall have responsibility for:

a) Communications among the Executive Committee members;

b) Communications between the Executive Committee and all other Plaintiffs' counsel;

c) Making recommendations to the Executive Committee concerning the assignment of specific tasks to its members or other Plaintiffs' counsel.

**d. Plaintiffs' Liaison Counsel Selection and Duties**

The firm of Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP shall serve as Liaison Counsel to the Court should the Court need to contact Plaintiffs' counsel for scheduling or related matters. Liaison Counsel shall be consulted by Co-Lead Coordinating Counsel and Interim Class Counsel on matters pertaining to Ninth Circuit and Northern District of California practice and procedure, as appropriate.

At the direction of Co-Lead Coordinating Counsel, Liaison Counsel shall be responsible for:

a)      Maintaining and distributing to Plaintiffs' counsel an up-to-date service list;

b)      Receiving and, as appropriate, distributing to Plaintiffs' counsel orders from the Court and documents from other parties and counsel;

c)      Maintaining and making available to Plaintiffs' counsel at reasonable hours a complete file of all documents served by or upon each party, except such documents as may be available at a document depository.

**e.     Terms of Appointment**

The firms that accept the appointment to serve as Plaintiffs' Co-Lead Coordinating Counsel, Interim Class Counsel, or Liaison Counsel, agree to serve for as long as they remain counsel in the litigation or until such time as the Court determines that a change in the duration of service or other terms of service shall be made.  The Executive Committee may request changes or additions to the organizational structure, subject to Court approval, if warranted by changed circumstances.

The terms of this Organization and Management Plan shall apply automatically to actions later instituted, add-ons, or consolidated cases in this Court that involve similar claims.  Plaintiffs propose that the Court appoint the named firms as Plaintiffs' Co-Lead Coordinating Counsel, Interim Class Counsel, or Liaison Counsel because of the expectation of their personal commitment and contribution to the prosecution of Plaintiffs' claims and to the successful management of the litigation.

**2.     Quarterly Reporting**

Plaintiffs propose that the Court order defense counsel and Plaintiffs' Co-Lead Coordinating Counsel to meet and confer no less often than quarterly in order to provide the Court and the parties with a mutually agreed list of the cases then pending in the MDL (the "quarterly report").  The quarterly report would also include an update on the status of any matters then pending before the Court.

**3.     Later Filed Cases**

Plaintiffs respectfully request that the Court enter an Order, effectuating the requirements set forth in this proposed Plan, and that the terms of this Order shall apply automatically to actions

later instituted, add-ons, or actions coordinated or consolidated in this Court that involve similar claims. Liaison Counsel shall promptly serve a copy of the Order on counsel in any such actions, and Plaintiffs propose that objections to the terms of the Order be waived unless filed within ten (10) days of such service. A copy of any such objections should be served on all Plaintiffs' Co-Lead Coordinating Counsel, Interim Class Counsel, and the defense liaison counsel.

**4.      Conclusion**

For the reasons stated above, Plaintiffs respectfully request that the Court adopt Plaintiffs' Joint and Agreed Organization Plan.


DATED: November 7, 2006

Respectfully submitted,                             Respectfully submitted,


By _____/s/_____          By _____/s/_____
    Cindy A. Cohn, Esq. (SBN 145997)            Harvey Grossman, Esq.
    Lee Tien, Esq. (SBN 148216)                 Adam Schwartz, Esq.
    Electronic Frontier Foundation              Roger Baldwin Foundation of ACLU, Inc.
    454 Shotwell Street                         180 North Michigan
    San Francisco, CA 94110                     Suite 2300
    Telephone:      (415) 436-9333 x108          Chicago, IL 60601
    Facsimile:      (415) 436-9993              Telephone:      (312) 201-9740

One of the Attorneys for the Hepting            One of the Attorneys for the Terkel Plaintiffs
Plaintiffs

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this PLAINTIFFS' JOINT AND AGREED ORGANIZATION PLAN. In compliance with General Order 45, X.B., I hereby attest that Cindy A. Cohn and Harvey Grossman have concurred in this filing.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
SHANA E. SCARLETT

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: shanas@lerachlaw.com

# Mailing Information for a Case M:06-cv-01791-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Timothy L. Alger**
  timalger@quinnemanuel.com albertvillamil@quinnemanuel.com

- **David L. Anderson**

- **Marc H. Axelbaum**
  marc.axelbaum@pillsburylaw.com

- **Kevin Stuart Bankston**
  bankston@eff.org

- **Alexander E Barnett**
  abarnett@masonlawdc.com mdicocco@masonlawdc.com

- **Timothy M. Bechtold**
  tim@rossbachlaw.com

- **Bradford Allan Berenson**
  bberenson@sidley.com vshort@sidley.com

- **John David Blair-Loy**
  dblairloy@aclusandiego.org

- **Brian Matthew Boynton**
  brian.boynton@wilmerhale.com

- **Ann Brick**
  abrick@aclunc.org lcerri@aclunc.org

- **James J. Brosnahan**
  jbrosnahan@mofo.com bkeaton@mofo.com

- **D. Douglas Brothers**
  dbrothers@georgeandbrothers.com receptionist@georgeandbrothers.com

- **Thomas R. Burke**
  thomasburke@dwt.com natashamajorko@dwt.com

- **David William Carpenter**
  dcarpenter@sidley.com efilingnotice@sidley.com

- **Cindy Ann Cohn**
  cindy@eff.org barak@eff.org;rebecca@eff.org

- **Anthony Joseph Coppolino**
  tony.coppolino@usdoj.gov

- **Elena Maria DiMuzio**
  Elena.DiMuzio@hellerehrman.com

- **Peter Jay Eliasberg**
  peliasberg@aclu-sc.org ereyes@aclu-sc.org

- **Derek John Emge**
  derek@inthelaw.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **Eric B. Fastiff**
  efastiff@lchb.com

- **James M. Finberg**
  JFinberg@lchb.com

- **Mark D. Flanagan**
  mark.flanagan@wilmerhale.com

- **Robert D. Fram**
  rfram@hewm.com mawilliams@hewm.com;kim.sydorak@hellerehrman.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com

- **R. James George, Jr**
  rjgeorge@georgeandbrothers.com fjordan@georgeandbrothers.com

- **Jennifer Stisa Granick**
  JENNIFER@LAW.STANFORD.EDU

- **Terry Gross**
  terry@grossbelsky.com

- **Harvey Michael Grossman**
  hgrossman@aclu-il.org rhughes@aclu-il.org

- **Alexander Kenneth Haas**
  Alexander.Haas@usdoj.gov

- **David K. Herzog**
  david.herzog@bakerd.com

- **Robert Carl Hilliard**
  bobh@hilliardandmunoz.com dee@hilliardandmunoz.com

- **Barry R. Himmelstein**
  bhimmelstein@lchb.com

- **Eric A. Isaacson**
  erici@lerachlaw.com

- **Samir Chandra Jain**
  samir.jain@wilmerhale.com alicia.hunt@wilmerhale.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michael P. Kenny**
  mike.kenny@alston.com

- **John G. Kester**
  jkester@wc.com ddwilliams@wc.com

- **Craig Allen Knot**
  cknot@sidley.com efilingnotice@sidley.com

- **Michael M. Markman**
  mmarkman@hewm.com

- **Brian Martinez**
  brianmartinez@mofo.com

- **Gary E. Mason**
  gmason@masonlawdc.com

- **Edward Robert McNicholas**
  emcnicholas@sidley.com vshort@sidley.com

- **Corynne McSherry**
  corynne@eff.org

- **Candace J. Morey**
  cmorey@fenwick.com

- **Maria V. Morris**
  mariam@lerachlaw.com e_file_sf@lerachlaw.com

- **Roger R. Myers**
  roger.myers@hro.com adam.brezine@hro.com;nancy.burnett@hro.com

- **Karl Olson**
  ko@lrolaw.com amw@lrolaw.com

- **Kurt Opsahl**
  kurt@eff.org

- **Renee S. Orleans**
  renee.orleans@usdoj.gov

- **Nicole A. Ozer**
  nozer@aclunc.org mpham@aclunc.org

- **Clare Pastore**
  cpastore@aclu-sc.org jbradberg@aclu-sc.org

- **Jacob B. Perkinson**
  jperkinson@jpclasslaw.com

- **Laurence F. Pulgram**
  lpulgram@fenwick.com mburt@fenwick.com

- **Daniel John Richert**
  daniel.richert@pillsburylaw.com susan.hersom@pillsburylaw.com

- **Elizabeth I. Rogers**
  elizabeth.rogers@wilmerhale.com rebecca.mcnew@wilmerhale.com

- **John Andrew Rogovin**
  john.rogovin@wilmerhale.com

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Steven Edward Schwarz**
  stevenschwarz23@yahoo.com

- **Eric Alan Shumsky**
  eshumsky@sidley.com

- **W. Russell Sipes**
  wrs@lgrslaw.com sg@lgrslaw.com

- **Michael W. Sobol**
  msobol@lchb.com

- **Jacob R. Sorensen**
  jake.sorensen@pillsburylaw.com

- **Andrew H Tannenbaum**
  andrew.tannenbaum@usdoj.gov

- **Tze Lee Tien**
  tien@eff.org jason@eff.org;vkhall@aol.com;eff-mdl@eff.org

- **Theresa M. Traber, Esq**
  tmt@tvlegal.com

- **James Samuel Tyre**
  jstyre@jstyre.com jstyre@eff.org

- **Marc Van Der Hout**
  ndca@vblaw.com

- **Bert Voorhees**
  bv@tvlegal.com

- **Joshua Graeme Whitaker**
  joshuawhitaker@griffinwhitaker.com griffinwhitaker@griffinwhitaker.com

- **Richard Roy Wiebe**
  wiebe@pacbell.net

- **Shira R Yoshor**
  shira.yoshor@bakerbotts.com

- **Matthew J. Zevin**
  mzevin@smi-law.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**AT&T Communications, Inc.**

**Bruce Ira Afran**
Bruce Afran, Attorney at Law
10 Braeburn Drive
Princeton, NJ 08540

**Ron Antosko**

**Stephen E. Arthur**
Harrison & Moberly
135 North Pennylvania Street
Suite 2100
Indianapolis, IN 46204

**Darrell Lee Barger**
Hartline acus et all
800 N. Shoreline Blvd.
Suite 2000N
Corpus Christi, TX 78401

**Todd C. Barnes**
George  & Sipes
156 East Market Street
Suite 600
Indianapolis, IN 46204

**Raymond A. Basile**
Harrison & Moberly
135 North Pennsylvania
Suite 2100
Indianapolis, IN 46204

**Daniel J. Becka**
Beigel Schy Lasky Rifkind Goldberg & Fertik Ltd
311 So Wacker Dr 65th Flr
Chicago, IL 60606

**Marc Oliver Beem**
Miller Shakman & Hamilton, LLP
180 North LaSalle Street
Suite 3600

Chicago, IL 60601

**John Beisner**
O'Melveny & Myers LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004-1109

**Matthew Phineas Bergman**
Law Office of Matthew Bergman
705 2nd Avenue
Suite 1601
Seattle, WA 98104

**Steven K. Blackhurst**
Ater Wynne Hewitt Dodson & Skerritt
222 S.W. Columbia Ste 1800
Portland, OR 97201-6618

**Ari Y. Brown**
Bergman & Frockt
705 Second Avenue
Suite 1601
Seattle, WA 98104

**James M. Carlson**
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

**David R. Carpenter**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**Edward Morgan Carstarphen, III**
Ellis Carstearphen et all
5847 San Felipe
Suite 1900
Houston, TX 77057

**Catherine J. Casey**
DLA Piper rudnick Gray Cary US LLP
203 North LaSalle Street
#1900
Chicago, IL 60601

**James E. Chadden, Sr**

**Myron M. Cherry**

Cherry & Flynn
30 North LaSalle St. #2300
Chicago, IL 60602

**Kalea Seitz Clark**
Wilmer Cutler Pickering Hale and Door LLC
1875 Pennsylvania Avenue NW
Washington, DC 20006

**Amato A. DeLuca**
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

**Nancy Scott Degan**
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charle Avenue
Suite 3600
New Orleans, LA 70170

**Michael D. Donovan**
Law Offices of Michael D. Donovan
1608 Walnut Street
Suite 1400
Philadelphia, PA 19103

**Val Patrick Exnicios**
Liska Exnicios & Nungesser
One Canal Place
365 Canal Street
New Orleans, LA 70130

**Tyrone C. Fahner**
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

**Daniel Martin Feeney**
Miller Shakman & Beem LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

**Sheila Marie Finnegan**
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

**Jodi W. Flowers**
Motley Rice, LLC

28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

**Amy Collins Fontenot**
Liska, Exnicios & Nungesser
One Canal Place
365 Canal Street
Suite 2290
New Orleans, LA 70130

**F. Larkin Fore**
Fore, Miller & Schwartz
200 S. Fifth Street
Suite 700N, First Trust Centre
Louisville, KY 40202-3204

**Sarah M. Fore**
Fore, Miller & Schwartz
200 S. Fifth Street
Suite 700N, First Trust Centre
Louisville, KY 40202-3204

**Zachary J. Freeman**
Miller Shakman & Beem LLP
180 N. La Salle Street
Suite 3600
Chicago, IL 60601

**Susan A. Freiwald**
USF School of LAW
2130 Fulton St
San Francisco, CA 94117

**Albert L. Frevola, Jr**
Gordon Hargrove & James
2400 East Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308-3092

**Michael R. Fruehwald**
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204-3535

**Jason L. Fulk**
Hoover Hull LLP
111 Monument Circle
Suite 4400
P.O. Box 44989

Indianapolis, IN 46244-0989

**Daniel N. Gall**
c/o Luna Innocations
2851 Commerce STreet
Blacksburg, VA 24060

**Linda S. George**
Laudig George Rutherford & Sipes
156 East Market Street
Suite 600
Indianapolis, IN 46204

**John Richard Gillespie**
Broad & Cassel
100 SE 3rd Avenue
Suite 2700
One Financial Plaza
Fort Lauderdale, FL 33394

**Cary Neal Goldberg**
Law Offices of Cary N. Goldberg
30 North LaSalle Street
Suite 2300
Chicago, IL 60602

**M. Norman Goldberger**
Wolf Block Schorr and Solis-Cohen, LLP
1650 Arch Street
22nd Floor
Philadelphia, PA 19103

**Edward Nelson Griffin**
Griffin Whitaker LLP
8730 Georgia Avenue
Suite LL100
Silver Spring, MD 20910

**Mark E. Guzzi**
271 Providence Oaks Circle
Alpharetta, GA 30004

**F. Thomas Hecht**
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

**William J. Heller**
McCarter & English, LLP
Four Gateway Center

100 Mulberry Street
P.O. Box 652
Newark, NJ 07102-0652

**Andrew W. Hull**
Hoover Hull LLP
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

**Anthony D. Irpino**
Irpino Law Firm
365 Canal Street
22nd Floor
New Orleans, LA 70130

**Joseph G. Jevic, III**
St. Martin & Williams
4084 Highway 311
P.O. Box 2017
Houma, LA 70361-2017

**Philip J. John, Jr**
Baker & Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

**C. J. Johnson**
Kalkstein Law Firm
P.O. Box 8568
Missoula, MT 59807

**Kelly Overstreet Johnson**
215 S. Monroe Street
Suite 400
P.O. Box 11300
Tallahassee, FL 32302

**Joshua Karsh**
Gessler Hughes Piers Resnick & Dym Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, IL 60602

**Peter D. Keisler**
United States Department of Justice
Assistant Attorney General
20 Massachusetts Avenue, NW

Room 7312
Washington, DC 20530

**Andrew Kierstead**
1001 S.W. Fifth Avenue
Suite 1100
Portland, OR 97204

**Jonathan D. King**
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

**Michael E. Kipling**
Kipling Law Group PLLC
3601 Fremont Avenue N.
Suite 414
Seattle, WA 98103

**Joseph R. Knight**
Baker Botts LLP
98 San Jacinto Blvd.
Suite 1500
Austin, TX 78701-4039

**Clinton A. Krislov**
Krislov & Associates, Ltd.
20 North Wacker Drive
Suite 1350
Chicago, IL 60606

**Leondra Kruger**
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania NW Avenue
Washington, DC 20006-3642

**Melanie G. Lagarde**
St. Martin & Williams
4084 Highway 311
Houma, LA 70360

**Stephen Laudig**
2440 Campus Road, #429
Honolulu, HI 96822

**David L. Lawson**
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006

**Roger L. Mandel**
Stanley Mandel & Iola LLP
3100 Monticello ave
Suite 750
Dallas, TX 75205

**Lori McAllister**
Dykema Gossett PLLC
201 Townsend Street
Suite 900
Lansing, MI 48933

**Howard A. Merten**
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

**Donald A. Migliori**
Motley Rice LLC
321 South Main Street
Providence, RI 02940

**Alice McKenzie Morical**
Hoover Hull LLP
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

**Randolph D. Moss**
Wilmer, Cutler, Pickering, Hale & Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

**Michael C. O'Malley**
Siben & Siben, LLP
90 East Main Street
BayShore, NY 11706

**Michele L. Odorizzi**
Mayer Brown Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603

**Wendy Sangbee Park**
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601

**Robert J. Patterson**
Watts Law Firm LLP
555 N. Carancahua Street
Twr II Bldg 14th Floor
Corpus Christi, TX 78401

**Paul Lee Peyronnin**
Baker donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

**Michael James Philippi**
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

**Richard Radke, Jr**
Kluczynski, Girtz & Bogelzang
Suite 400
Grand Rapids, MI 49503

**Jason S. Ritchie**
Holland & Hart
P.O. Box 639
Billings, MT 59103

**Harry Rosenberg**
Phelps Dunbar, LLP
Canal Place
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534

**Michael J. Ross**
Slater Ross
1850 Benjamin Franklin Plaza
1 S.W. Columbia Street
Portland, OR 97258

**William A. Rossbach**
Rossbach & Whiston
401 North Washington Street
P.O. Box 8988
Missoula, MT 59807-8988

**Alan Norris Salpeter**
Mayer, Brown, Rowe & Maw
190 South LaSalle Street

Chicago, IL 60603

**Ronald P. Schiller**
DLA Piper Rudnick Gray Cary US LLP
One Liberty Place
Suite 4900
1650 Market Street
Philadelphia, PA 19103

**Mark Schlosberg**
American Civil Liberties Union Fndt.
1663 Mission Street, Suite 460
San Francisco, CA 94103

**Eric Schneider**
1730 South Federal Hwy. #104
Delray Beach, FL 33483

**Adam D. Schwartz**
Roger BaldwinFoundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601-7401

**Christopher A. Slater**
Slater & Ross
1 S.W. Columbia Street
Suite 1850
Portland, OR 97258

**Christopher Soriano**
Wolf Block Schorr and Solis-Cohen, LLP
1650 Arch Street
Philadelphia, PA 19103

**Michael A. St. Pierre**
Revens Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

**Donald A. Statland**
Attorney at Law
55 West Monroe St
Ste 1200
Chicago, IL 60603

**Lauren A. Stern**
Steven Chung & Associates LLC
841 Bishop St.
Suite  400

Honolulu, HI 96813

**David H. Sternlieb**
Shapiro & Sternlieb, LLC
800 Tennent Road
Manalapan, NJ 07726

**A. David Stippler**
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

**Ted W. Stroud**
Oade Stroud & Kleiman PC
200 Woodland Pass
P.O. Box 1296
East Lansing, MI 48826-1296

**Brendan V. Sullivan**
Williams & Connolly
725 12th St N.W.
Washington, DC 20005

**John Joseph Tanner**
Baker & Daniels
300 North Meridian Street
Indianapolis, IN 46204

**M. Stephen Turner**
Broad & Cassel
215 South Monroe Street
Suite 400
P.O. Box 11300
Tallahassee, FL 32302

**Marc Ver Der Hout**
Ver Der Hout & Brigagliano
180 Sutter Street, 5th Floor
San Francisco, CA 94123

**William Joel Vander Vliet**
Krislov & Associates
20 North Wacker Drive
Suite 1350
Chicago, IL 60606

**Nicholas Wagner**
Law Offices of Wagner & Jones
1111 East Herndon, Suite 317

Fresno, CA 93720

**Thomas P. Walsh**
United States Attorney's Office NDIL
219 South Dearborn Street
Suite 500
Chicago, IL 60604

**Peter Wasylyk**
Law Offices of Peter Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

**Mikal C. Watts**
Watts Law Firm, LLP
Bank of America Plaza
300 Convent Street
Suite 100
San Antonio, TX 78205

**Brian W. Welch**
Bingham McHale, LLP
10 West Market Street
Market Tower, Suite 2700
Indianapolis, IN 46204

**John C. Whitfield**
Whitfield & Cox PSC
29 East Center Street
Madisonville, KY 42431

**Conrad S.P. Williams, III**
St. Martin, Williams & Bourque
P.O. Box 2017
Houma, LA 70361

**Daniel D. Williams**
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

**Paul A. Wolfla**
Baker & Daniels
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204

**Martin Woodward**
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue

Suite 750
Dallas, TX 75205

**Matthew A. Woolf**
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

**Anthony J. Zarillo, Jr**
Courter, Kobert & Cohen, PC
1001 Route 517
Hackettstown, NJ 07840

**Jacie C. Zolna**
Myron M. Cherry & Associates
30 North LaSalle Street
Suite 2300
Chicago, IL 60602