COOPER, WHITE & COOPER LLP
E. GARTH BLACK (SBN 53168)
  gblack@cwclaw.com
CYRUS WADIA (SBN 190258)
  cwadia@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:  (415) 433-5530

Attorneys for TDS COMMUNICATIONS
SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: <br> NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Docket No. 06-1791 VRW <br> **SUBSTITUTION OF ATTORNEY** |
| This Document Relates To: <br> ALL CASES | Courtroom: 6, 17th Floor <br> Judge: Hon. Vaughn R. Walker |

Defendant TDS COMMUNICATIONS SOLUTIONS, INC., sued in U.S. District Court, Southern District of Indiana, Indianapolis Division, Case Nos. 1:06-cv-0847-RLY-TAB (U.S.D.C. Northern District of California Case No. 3:06-cv-06222-VRW) and 1:06-cv-00932-DFH-WTL (U.S.D.C. Northern District of California Case No. 3:06-cv-06224-VRW) hereby substitutes:

E. Garth Black (State Bar No. 53168) and Cyrus Wadia (State Bar No. 190258) of Cooper, White & Cooper LLP, 201 California Street, 17th Floor, San Francisco, California 94111, telephone (415) 433-1900, facsimile (415) 765-6235, email: gblack@cwclaw.com and cwadia@cwclaw.com, as attorneys of record in the above-captioned action in place of its former counsel J. Joseph Tanner, David K. Herzog, and Paul A. Wolfla of Baker & Daniels LLP, 300 North Meridian Street, Suite 2700, Indianapolis, Indiana, 46204,

//

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

MDL Docket No. 06-1791 VRW
SUBSTITUTION OF ATTORNEY FOR TDS COMMUNICATIONS SOLUTIONS, INC.

dockets.Justia.com

telephone (317) 237-0300, facsimile (317) 237-1000, email: Joe.Tanner@bakerd.com, David.Herzog@bakerd.com and Paul.Wolfla@bakerd.com.

DATED: November 2, 2006        Respectfully submitted,

COOPER, WHITE & COOPER LLP

By: _____
E. Garth Black
Attorneys for TDS COMMUNICATIONS SOLUTIONS, INC.

I consent to the substitution.

DATED: November 1, 2006        BAKER & DANIELS LLP

By: _____
Paul A. Wolfla

550337.1

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

2                                MDL Docket No. 06-1791 VRW
SUBSTITUTION OF ATTORNEY FOR TDS COMMUNICATIONS SOLUTIONS, INC.