1    COOPER, WHITE & COOPER LLP
      E. GARTH BLACK (SBN 53168)
2      gblack@cwclaw.com
      CYRUS WADIA (SBN 190258)
3      cwadia@cwclaw.com
      201 California Street, 17th Floor
4    San Francisco, California 94111
      Telephone:    (415) 433-1900
5    Facsimile:    (415) 433-5530

6    Attorneys for TDS COMMUNICATIONS
      SOLUTIONS, INC.

7

8

9                 **UNITED STATES DISTRICT COURT**

10      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12   IN RE: | MDL Docket No. 06-1791-VRW |
| 13   NATIONAL SECURITY AGENCY | [ALL CASES] |
|       TELECOMMUNICATIONS RECORDS | **CERTIFICATE OF SERVICE –** |
| 14   LITIGATION | **SUBSTITUTION OF ATTORNEY** |
| 15 | |
| 16   This Document Relates To: | Courtroom: 6, 17th Floor |
|       ALL CASES | Judge: Hon. Vaughn R. Walker |
| 17 | |

18

19       I, Connie Lee, state:

20       I am a citizen of the United States. My business address is 201 California Street,

21 17th Floor, San Francisco, CA 94111. I am employed in the City and County of San

22 Francisco where this mailing occurs. I am over the age of eighteen years and not a party to

23 this action. On November 7ᵗʰ, 2006, I electronically filed the following

24       **SUBSTITUTION OF ATTORNEY**

25 With the Clerk of the Court using the CM/ECF system which will send notification of such

26 filing to the e-mail addresses denoted on the attached Service List, and I hereby certify that

27 I have mailed the foregoing documents via the United States Postal Service to the non-

28 CM/ECF participants indicated on the attached Service List.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

550820.1

MDL Docket No. 06-1791 VRW

CERTIFICATE OF SERVICE – SUBSTITUTION OF ATTORNEY

Dockets.Justia.com

1    I declare under penalty of perjury under the laws of the State of California that the

2  foregoing is true and correct and that this declaration was executed on November 8 ,

3  2006 at San Francisco, California.

4

5

6                                                        *Connie Lee*
                                              Connie Lee

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

550820.1                                    2                      MDL Docket No. 06-1791 VRW
                     CERTIFICATE OF SERVICE- SUBSTITUTION OF ATTORNEY

*Electronic Mail Notice List*

The following are those who are currently on the list to receive e-mail notices for this case.

- **Timothy L. Alger**
  timalger@quinnemanuel.com
  albertvillamil@quinnemanuel.com

- **Marc H. Axelbaum**
  marc.axelbaum@pillsburylaw.com

- **Alexander E Barnett**
  abarnett@masonlawdc.com
  mdicocco@masonlawdc.com

- **Bradford Allan Berenson**
  bberenson@sidley.com
  vshort@sidley.com

- **Brian Matthew Boynton**
  brian.boynton@wilmerhale.com

- **James J. Brosnahan**
  jbrosnahan@mofo.com
  bkeaton@mofo.com

- **Thomas R. Burke**
  thomasburke@dwt.com
  natashamajorko@dwt.com

- **Cindy Ann Cohn**
  cindy@eff.org
  barak@eff.org;
  rebecca@eff.org

- **Elena Maria DiMuzio**
  Elena.DiMuzio@hellerehrman.com

- **Derek John Emge**
  derek@inthelaw.com

- **Eric B. Fastiff**
  efastiff@lchb.com

- **Mark D. Flanagan**
  mark.flanagan@wilmerhale.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com

- **Jennifer Stisa Granick**
  JENNIFER@LAW.STANFORD.EDU

- **David L. Anderson**

- **Kevin Stuart Bankston**
  bankston@eff.org

- **Timothy M. Bechtold**
  tim@rossbachlaw.com

- **John David Blair-Loy**
  dblairloy@aclusandiego.org

- **Ann Brick**
  abrick@aclunc.org
  lcerri@aclunc.org

- **D. Douglas Brothers**
  dbrothers@georgeandbrothers.com
  receptionist@georgeandbrothers.com

- **David William Carpenter**
  dcarpenter@sidley.com
  efilingnotice@sidley.com

- **Anthony Joseph Coppolino**
  tony.coppolino@usdoj.gov

- **Peter Jay Eliasberg**
  peliasberg@aclu-sc.org
  ereyes@aclu-sc.org

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **James M. Finberg**
  JFinberg@lchb.com

- **Robert D. Fram**
  rfram@hewm.com
  mawilliams@hewm.com;
  kim.sydorak@hellerehrman.com

- **R. James George, Jr**
  rjgeorge@georgeandbrothers.com
  fjordan@georgeandbrothers.com

- **Terry Gross**
  terry@grossbelsky.com

CERTIFICATE OF SERVICE- SUBSTITUTION OF ATTORNEY

- **Harvey Michael Grossman**
  hgrossman@aclu-il.org rhughes@aclu-il.org

- **David K. Herzog**
  david.herzog@bakerd.com

- **Barry R. Himmelstein**
  bhimmelstein@lchb.com

- **Samir Chandra Jain**
  samir.jain@wilmerhale.com
  alicia.hunt@wilmerhale.com

- **Michael P. Kenny**
  mike.kenny@alston.com

- **Craig Allen Knot**
  cknot@sidley.com
  efilingnotice@sidley.com

- **Brian Martinez**
  brianmartinez@mofo.com

- **Edward Robert McNicholas**
  emcnicholas@sidley.com
  vshort@sidley.com

- **Candace J. Morey**
  cmorey@fenwick.com

- **Roger R. Myers**
  roger.myers@hro.com
  adam.brezine@hro.com;
  nancy.burnett@hro.com

- **Kurt Opsahl**
  kurt@eff.org

- **Nicole A. Ozer**
  nozer@aclunc.org
  mpham@aclunc.org

- **Jacob B. Perkinson**
  jperkinson@jpclasslaw.com

- **Daniel John Richert**
  daniel.richert@pillsburylaw.com
  susan.hersom@pillsburylaw.com

- **Alexander Kenneth Haas**
  Alexander.Haas@usdoj.gov

- **Robert Carl Hilliard**
  bobh@hilliardandmunoz.com
  dee@hilliardandmunoz.com

- **Eric A. Isaacson**
  erici@lerachlaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com
  e_file_sf@lerachlaw.com;
  e_file_sd@lerachlaw.com

- **John G. Kester**
  jkester@wc.com
  ddwilliams@wc.com

- **Michael M. Markman**
  mmarkman@hewm.com

- **Gary E. Mason**
  gmason@masonlawdc.com

- **Corynne McSherry**
  corynne@eff.org

- **Maria V. Morris**
  mariam@lerachlaw.com
  e_file_sf@lerachlaw.com

- **Karl Olson**
  ko@lrolaw.com amw@lrolaw.com

- **Renee S. Orleans**
  renee.orleans@usdoj.gov

- **Clare Pastore**
  cpastore@aclu-sc.org
  jbradberg@aclu-sc.org

- **Laurence F. Pulgram**
  lpulgram@fenwick.com
  mburt@fenwick.com

- **Elizabeth I. Rogers**
  elizabeth.rogers@wilmerhale.com
  rebecca.mcnew@wilmerhale.com

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

550820.1

4

MDL Docket No. 06-1791 VRW

CERTIFICATE OF SERVICE- SUBSTITUTION OF ATTORNEY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- **John Andrew Rogovin**
  john.rogovin@wilmerhale.com

- **Steven Edward Schwarz**
  stevenschwarz23@yahoo.com

- **W. Russell Sipes**
  wrs@lgrslaw.com  sg@lgrslaw.com

- **Jacob R. Sorensen**
  jake.sorensen@pillsburylaw.com

- **Tze Lee Tien**
  tien@eff.org
  jason@eff.org;vkhall@aol.com;
  eff-mdl@eff.org

- **James Samuel Tyre**
  jstyre@jstyre.com  jstyre@eff.org

- **Bert Voorhees**
  bv@tvlegal.com

- **Richard Roy Wiebe**
  wiebe@pacbell.net

- **Matthew J. Zevin**
  mzevin@smi-law.com

- **Shana Eve Scarlett**
  shanas@lerachlaw.com
  e_file_sd@lerachlaw.com;
  e_file_sf@lerachlaw.com

- **Eric Alan Shumsky**
  eshumsky@sidley.com

- **Michael W. Sobol**
  msobol@lchb.com

- **Andrew H Tannenbaum**
  andrew.tannenbaum@usdoj.gov

- **Theresa M. Traber, Esq**
  tmt@tvlegal.com

- **Marc Van Der Hout**
  ndca@vblaw.com

- **Joshua Graeme Whitaker**
  joshuawhitaker@griffinwhitaker.com
  griffinwhitaker@griffinwhitaker.com

- **Shira R Yoshor**
  shira.yoshor@bakerbotts.com

- 

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

CERTIFICATE OF SERVICE- SUBSTITUTION OF ATTORNEY

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Bruce Ira Afran**
Bruce Afran, Attorney at Law|
10 Braeburn Drive
Princeton, NJ 08540

**James M. Carlson**
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

**Stephen E. Arthur**
Harrison & Moberly
135 North Pennsylvania Street, Suite 2100
Indianapolis, IN 46204

**David R. Carpenter**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**Ron Antosko**
**Darrell Lee Barger**
Hartline Dacus Barger Dreyer & Kern
800 N. Shoreline Blvd, Suite 2000N
Corpus Christi, TX 78401

**Edward Morgan Carstarphen, III**
Ellis Carstearphen et al
5847 San Felipe, Suite 1900
Houston, TX 77057

**Todd C. Barnes**
George  & Sipes
156 East Market Street, Suite 600
Indianapolis, IN 46204

**Catherine J. Casey**
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street, #1900
Chicago, IL 60601

**Raymond A. Basile**
Harrison & Moberly
135 North Pennsylvania, Suite 2100
Indianapolis, IN 46204

**James E. Chadden, Sr.**
**Myron M. Cherry**
Cherry & Flynn
30 North LaSalle St. #2300
Chicago, IL 60602

**Daniel J. Becka**
Beigel Schy Lasky Rifkind Goldberg & Fertik Ltd
311 So Wacker Dr 65th Flr
Chicago, IL 60606

**Kalea Seitz Clark**
Wilmer Cutler Pickering Hale and Door LLC
1875 Pennsylvania Avenue NW
Washington, DC 20006

**Marc Oliver Beem**
Miller Shakman & Hamilton, LLP
180 North LaSalle Street, Suite 3600
Chicago, IL 60601

**Amato A. DeLuca**
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

**John Beisner**
O'Melveny & Myers LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004-1109

**Nancy Scott Degan**
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charle Avenue, Suite 3600
New Orleans, LA 70170

**Matthew Phineas Bergman**
Law Office of Matthew Bergman
705 2nd Avenue, Suite 1601
Seattle, WA 98104

**Michael D. Donovan**
Law Offices of Michael D. Donovan
1608 Walnut Street, Suite 1400
Philadelphia, PA 19103

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

CERTIFICATE OF SERVICE- SUBSTITUTION OF ATTORNEY

| | | |
|---|---|---|
| 1 | **Steven K. Blackhurst**<br>Ater Wynne Hewitt Dodson & Skerritt<br>222 S.W. Columbia Ste 1800<br>Portland, OR 97201-6618 | **Val Patrick Exnicios**<br>Liska Exnicios & Nungesser<br>One Canal Place<br>365 Canal Street<br>New Orleans, LA 70130 |
| 2 | | |
| 3 | | |
| 4 | **Ari Y. Brown**<br>Bergman & Frockt<br>705 Second Avenue, Suite 1601<br>Seattle, WA 98104 | **Tyrone C. Fahner**<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 |
| 5 | | |
| 6 | **Daniel Martin Feeney**<br>Miller Shakman & Beem LLP<br>180 North LaSalle Street, Suite 3600<br>Chicago, IL 60601 | **Daniel N. Gall**<br>c/o Luna Innocations<br>2851 Commerce Street<br>Blacksburg, VA 24060 |
| 7 | | |
| 8 | | |
| 9 | **Sheila Marie Finnegan**<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 | **Linda S. George**<br>Laudig George Rutherford & Sipes<br>156 East Market Street , Suite 600<br>Indianapolis, IN 46204 |
| 10 | | |
| 11 | **Jodi W. Flowers**<br>Motley Rice, LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 | **John Richard Gillespie**<br>Broad & Cassel<br>100 SE 3rd Avenue, Suite 2700<br>One Financial Plaza<br>Fort Lauderdale, FL 33394 |
| 12 | | |
| 13 | | |
| 14 | **Amy Collins Fontenot**<br>Liska, Exnicios & Nungesser<br>One Canal Place<br>365 Canal Street, Suite 2290<br>New Orleans, LA 70130 | **Cary Neal Goldberg**<br>Law Offices of Cary N. Goldberg<br>30 North LaSalle Street, Suite 2300<br>Chicago, IL 60602 |
| 15 | | |
| 16 | | |
| 17 | **F. Larkin Fore**<br>Fore, Miller & Schwartz<br>200 S. Fifth Street<br>Suite 700N, First Trust Centre<br>Louisville, KY 40202-3204 | **M. Norman Goldberger**<br>Wolf Block Schorr and Solis-Cohen, LLP<br>1650 Arch Street, 22nd Floor<br>Philadelphia, PA 19103 |
| 18 | | |
| 19 | | |
| 20 | **Sarah M. Fore**<br>Fore, Miller & Schwartz<br>200 S. Fifth Street<br>Suite 700N, First Trust Centre<br>Louisville, KY 40202-3204 | **Edward Nelson Griffin**<br>Griffin Whitaker LLP<br>8730 Georgia Avenue, Suite LL100<br>Silver Spring, MD 20910 |
| 21 | | |
| 22 | | |
| 23 | **Zachary J. Freeman**<br>Miller Shakman & Beem LLP<br>180 N. La Salle Street, Suite 3600<br>Chicago, IL 60601 | **Mark E. Guzzi**<br>271 Providence Oaks Circle<br>Alpharetta, GA 30004 |
| 24 | | |
| 25 | **Susan A. Freiwald**<br>USF School of LAW<br>2130 Fulton St<br>San Francisco, CA 94117 | **F. Thomas Hecht**<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602 |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | **Albert L. Frevola, Jr.**<br>Gordon Hargrove & James | **William J. Heller**<br>McCarter & English, LLP |
| 2 | 2400 East Commercial Blvd., Suite 1100<br>Fort Lauderdale, FL 33308-3092 | Four Gateway Center<br>100 Mulberry Street |
| 3 | | P.O. Box 652<br>Newark, NJ 07102-0652 |
| 4 | **Michael R. Fruehwald** | **Andrew W. Hull** |
| 5 | Barnes & Thornburg<br>11 South Meridian Street | Hoover Hull LLP<br>111 Monument Circle, Suite 4400 |
| 6 | Indianapolis, IN 46204-3535 | P.O. Box 44989<br>Indianapolis, IN 46244-0989 |
| 7 | **Jason L. Fulk** | **Anthony D. Irpino** |
| 8 | Hoover Hull LLP<br>111 Monument Circle, Suite 4400<br>P.O. Box 44989 | Irpino Law Firm<br>365 Canal Street, 22nd Floor<br>New Orleans, LA 70130 |
| 9 | Indianapolis, IN 46244-0989 | |
| 10 | **Joseph G. Jevic, III**<br>St. Martin & Williams | **Leondra Kruger**<br>Wilmer Cutler Pickering Hale & Dorr LLP |
| 11 | 4084 Highway 311<br>P.O. Box 2017 | 1875 Pennsylvania NW Avenue<br>Washington, DC 20006-3642 |
| 12 | Houma, LA 70361-2017 | |
| 13 | **Philip J. John, Jr.**<br>Baker & Botts | **Melanie G. Lagarde**<br>St. Martin & Williams |
| 14 | One Shell Plaza<br>910 Louisiana Street | 4084 Highway 311<br>Houma, LA 70360 |
| 15 | Houston, TX 77002 | |
| 16 | **C. J. Johnson**<br>Kalkstein Law Firm | **Stephen Laudig**<br>2440 Campus Road, #429 |
| 17 | P.O. Box 8568<br>Missoula, MT 59807 | Honolulu, HI 96822 |
| 18 | **Kelly Overstreet Johnson** | **David L. Lawson** |
| 19 | 215 S. Monroe Street, Suite 400<br>P.O. Box 11300 | Sidley Austin Brown & Wood<br>172 Eye Street, N.W. |
| 20 | Tallahassee, FL 32302 | Washington, DC 20006 |
| 21 | **Joshua Karsh**<br>Gessler Hughes Piers Resnick & Dym Ltd. | **Roger L. Mandel**<br>Stanley Mandel & Iola LLP |
| 22 | Three First National Plaza<br>70 West Madison Street, Suite 4000 | 3100 Monticello Ave<br>Suite 750 |
| 23 | Chicago, IL 60602 | Dallas, TX 75205 |
| 24 | **Peter D. Keisler**<br>United States Department of Justice<br>Assistant Attorney General | **Lori McAllister**<br>Dykema Gossett PLLC<br>201 Townsend Street, Suite 900 |
| 25 | 20 Massachusetts Avenue, NW<br>Room 7312 | Lansing, MI 48933 |
| 26 | Washington, DC 20530 | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE- SUBSTITUTION OF ATTORNEY

| | | |
|---|---|---|
| 1 | **Andrew Kierstead** | **Howard A. Merten** |
| | 1001 S.W. Fifth Avenue | Partridge, Snow & Hahn LLP |
| 2 | Suite 1100 | 180 South Main Street |
| | Portland, OR 97204 | Providence, RI 02903 |
| 3 | | |
| | **Jonathan D. King** | **Donald A. Migliori** |
| 4 | DLA Piper Rudnick Gray Cary US LLP | Motley Rice LLC |
| | 203 North LaSalle Street, #1900 | 321 South Main Street |
| 5 | Chicago, IL 60601-1293 | Providence, RI 02940 |
| 6 | **Michael E. Kipling** | **Alice McKenzie Morical** |
| | Kipling Law Group PLLC | Hoover Hull LLP |
| 7 | 3601 Fremont Avenue N. | 111 Monument Circle, Suite 4400 |
| | Suite 414 | P.O. Box 44989 |
| 8 | Seattle, WA 98103 | Indianapolis, IN 46244-0989 |
| 9 | **Joseph R. Knight** | **Randolph D. Moss** |
| | Baker Botts LLP | Wilmer, Cutler, Pickering, Hale & Dorr LLP |
| 10 | 98 San Jacinto Blvd., Suite 1500 | 1875 Pennsylvania Avenue, N.W. |
| | Austin, TX 78701-4039 | Washington, DC 20006 |
| 11 | **Clinton A. Krislov** | **Michael C. O'Malley** |
| | Krislov & Associates, Ltd. | Siben & Siben, LLP |
| 12 | 20 North Wacker Drive | 90 East Main Street |
| | Suite 1350 | BayShore, NY 11706 |
| 13 | Chicago, IL 60606 | |
| 14 | **Michele L. Odorizzi** | **Mark Schlosberg** |
| | Mayer Brown Rowe & Maw | American Civil Liberties Union Fndt. |
| 15 | 190 South LaSalle Street | 1663 Mission Street, Suite 460 |
| | Chicago, IL 60603 | San Francisco, CA 94103 |
| 16 | | |
| | **Wendy Sangbee Park** | **Eric Schneider** |
| 17 | Roger Baldwin Foundation of ACLU, Inc. | 1730 South Federal Hwy. #104 |
| | 180 North Michigan Avenue | Delray Beach, FL 33483 |
| 18 | Suite 2300 | |
| | Chicago, IL 60601 | |
| 19 | | |
| | **Robert J. Patterson** | **Adam D. Schwartz** |
| 20 | Watts Law Firm LLP | Roger BaldwinFoundation of ACLU, Inc. |
| | 555 N. Carancahua Street | 180 North Michigan Avenue, Suite 2300 |
| 21 | Twr II Bldg 14th Floor | Chicago, IL 60601-7401 |
| | Corpus Christi, TX 78401 | |
| 22 | **Paul Lee Peyronnin** | **Christopher A. Slater** |
| | Baker Donelson Bearman Caldwell & Berkowitz, PC | Slater & Ross |
| 23 | 201 St. Charles Ave., Suite 3600 | 1 S.W. Columbia Street, Suite 1850 |
| | New Orleans, LA 70170 | Portland, OR 97258 |
| 24 | | |
| | **Michael James Philippi** | **Christopher Soriano** |
| 25 | Ungaretti & Harris LLP | Wolf Block Schorr and Solis-Cohen, LLP |
| | 3500 Three First National Plaza | 1650 Arch Street |
| 26 | Chicago, IL 60602 | Philadelphia, PA 19103 |
| 27 | | |
| 28 | | |

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

CERTIFICATE OF SERVICE- SUBSTITUTION OF ATTORNEY

| | |
|---|---|
| **Richard Radke, Jr.** | **Michael A. St. Pierre** |
| Kluczynski, Girtz & Bogelzang | Revens Revens & St. Pierre |
| Suite 400 | 946 Centerville Road |
| Grand Rapids, MI 49503 | Warwick, RI 02886 |
| | |
| **Jason S. Ritchie** | **Donald A. Statland** |
| Holland & Hart | Attorney at Law |
| P.O. Box 639 | 55 West Monroe St. Ste 1200 |
| Billings, MT 59103 | Chicago, IL 60603 |
| | |
| **Harry Rosenberg** | **Lauren A. Stern** |
| Phelps Dunbar, LLP | Steven Chung & Associates LLC |
| Canal Place | 841 Bishop St., Suite 400 |
| 365 Canal Street, Suite 2000 | Honolulu, HI 96813 |
| New Orleans, LA 70130-6534 | |
| | |
| **Michael J. Ross** | **David H. Sternlieb** |
| Slater Ross | Shapiro & Sternlieb, LLC |
| 1850 Benjamin Franklin Plaza | 800 Tennent Road |
| 1 S.W. Columbia Street | Manalapan, NJ 07726 |
| Portland, OR 97258 | |
| | |
| **William A. Rossbach** | **A. David Stippler** |
| Rossbach & Whiston | Bingham McHale, LLP |
| 401 North Washington Street | 2700 Market Tower |
| P.O. Box 8988 | 10 West Market Street |
| Missoula, MT 59807-8988 | Indianapolis, IN 46204 |
| | |
| **Alan Norris Salpeter** | **Ted W. Stroud** |
| Mayer, Brown, Rowe & Maw | Oade Stroud & Kleiman PC |
| 190 South LaSalle Street | 200 Woodland Pass |
| Chicago, IL 60603 | P.O. Box 1296 |
| | East Lansing, MI 48826-1296 |
| | |
| **Ronald P. Schiller** | **Brendan V. Sullivan** |
| DLA Piper Rudnick Gray Cary US LLP | Williams & Connolly |
| One Liberty Place, Suite 4900 | 725 12th St N.W. |
| 1650 Market Street | Washington, DC 20005 |
| Philadelphia, PA 19103 | |
| | |
| **John Joseph Tanner** | **Paul A. Wolfla** |
| Baker & Daniels | Baker & Daniels |
| 300 North Meridian Street | 300 North Meridian Street |
| Indianapolis, IN 46204 | Suite 2700 |
| | Indianapolis, IN 46204 |
| | |
| **M. Stephen Turner** | **Martin Woodward** |
| Broad & Cassel | Stanley, Mandel & Iola, LLP |
| 215 South Monroe Street, Suite 400 | 3100 Monticello Avenue, Suite 750 |
| P.O. Box 11300 | Dallas, TX 75205 |
| Tallahassee, FL 32302 | |
| | |
| **Marc Ver Der Hout** | **Matthew A. Woolf** |
| Ver Der Hout & Brigagliano | Baker Donelson Bearman Caldwell & Berkowitz, PC |
| 180 Sutter Street, 5th Floor | 201 St. Charles Ave., Suite 3600 |
| San Francisco, CA 94123 | New Orleans, LA 70170 |

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

550820.1                                                10                          MDL Docket No. 06-1791 VRW
CERTIFICATE OF SERVICE- SUBSTITUTION OF ATTORNEY

| | |
|---|---|
| 1 | **William Joel Vander Vliet**<br>Krislov & Associates<br>20 North Wacker Drive, Suite 1350<br>Chicago, IL 60606 |
| 2 | |
| 3 | |
| 4 | **Nicholas Wagner**<br>Law Offices of Wagner & Jones<br>1111 East Herndon, Suite 317<br>Fresno, CA 93720 |
| 5 | |
| 6 | **Thomas P. Walsh**<br>United States Attorney's Office NDIL<br>219 South Dearborn Street, Suite 500<br>Chicago, IL 60604 |
| 7 | |
| 8 | **Peter Wasylyk**<br>Law Offices of Peter Wasylyk<br>1307 Chalkstone Avenue<br>Providence, RI 02908 |
| 9 | |
| 10 | **Mikal C. Watts**<br>Watts Law Firm, LLP<br>Bank of America Plaza<br>300 Convent Street, Suite 100<br>San Antonio, TX 78205 |
| 11 | |
| 12 | |
| 13 | **Brian W. Welch**<br>Bingham McHale, LLP<br>10 West Market Street<br>Market Tower, Suite 2700<br>Indianapolis, IN 46204 |
| 14 | |
| 15 | |
| 16 | **John C. Whitfield**<br>Whitfield & Cox PSC<br>29 East Center Street<br>Madisonville, KY 42431 |
| 17 | |
| 18 | **Conrad S.P. Williams, III**<br>St. Martin, Williams & Bourque<br>P.O. Box 2017<br>Houma, LA 70361 |
| 19 | |
| 20 | |
| 21 | **Daniel D. Williams**<br>Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005 |
| 22 | |
| 23 | **Anthony J. Zarillo, Jr.**<br>Courter, Kobert & Cohen, PC<br>1001 Route 517<br>Hackettstown, NJ 07840 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**Jacie C. Zolna**
Myron M. Cherry & Associates
30 North LaSalle Street, Suite 2300
Chicago, IL 60602

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

550820.1                                    11          MDL Docket No. 06-1791 VRW
CERTIFICATE OF SERVICE- SUBSTITUTION OF ATTORNEY