| | |
|---|---|
| 1 | Docket No. 06-1791-VRW |
| 2 | PROOF OF SERVICE BY MAIL |
| 3 | I, <u>David A. Kramlick,</u> the undersigned, hereby declare as follows: |
| 4 | 1. I am over the age of 18 years and am not a party to the within cause. I am |
| 5 | employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, |
| 6 | California. |
| 7 | 2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. |
| 8 | My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880. |
| 9 | 3. On November 8, 2006, I served a true copy of the attached document(s) |
| 10 | titled exactly **JOINT CASE MANAGEMENT STATEMENT** by placing it/them in an |
| 11 | addressed sealed envelope and depositing it in the United States mail, first class postage |
| 12 | fully prepaid, to the following: |
| 13 | **[See Attached Service List]** |
| 14 | |
| 15 | I declare under penalty of perjury that the foregoing is true and correct. Executed |
| 16 | this 8th day of November, 2006, at San Francisco, California. |

_____
David A. Kramlick

Service List

```
 1
 2   Bruce Ira Afran
 3   Bruce Afran, Attorney at Law
     10 Braeburn Drive
 4   Princeton, NJ 08540

 5   Stephen E. Arthur
 6   Harrison & Moberly
     135 North Pennylvania Street
 7   Suite 2100
     Indianapolis, IN 46204
 8
     Darrell Lee Barger
 9   Hartline acus et all
10   800 N. Shoreline Blvd.
     Suite 2000N
11   Corpus Christi, TX 78401

12   Todd C. Barnes
     George & Sipes
13   156 East Market Street
14   Suite 600
     Indianapolis, IN 46204
15
     Raymond A. Basile
16   Harrison & Moberly
     135 North Pennsylvania
17   Suite 2100
18   Indianapolis, IN 46204

19   Daniel J. Becka
     Beigel Schy Lasky Rifkind Goldberg & Fertik Ltd
20   311 So Wacker Dr 65th Flr
     Chicago, IL 60606
21
22   Marc Oliver Beem
     Miller Shakman & Hamilton, LLP
23   180 North LaSalle Street
     Suite 3600
24   Chicago, IL 60601

25
     John Beisner
26   O'Melveny & Myers LLP
     555 13th Street, N.W.
27   Suite 500 West
     Washington, DC 20004-1109
28
```

| 1  | Matthew Phineas Bergman<br>Law Office of Matthew Bergman |
|----|---|
| 2  | 705 2nd Avenue<br>Suite 1601 |
| 3  | Seattle, WA 98104 |
| 4  | Steven K. Blackhurst |
| 5  | Ater Wynne Hewitt Dodson & Skerritt<br>222 S.W. Columbia Ste 1800 |
| 6  | Portland, OR 97201-6618 |
| 7  | Ari Y. Brown |
|    | Bergman & Frockt |
| 8  | 705 Second Avenue |
|    | Suite 1601 |
| 9  | Seattle, WA 98104 |
| 10 | |
|    | James M. Carlson |
| 11 | Ungaretti & Harris LLP |
|    | 3500 Three First National Plaza |
| 12 | Chicago, IL 60602 |
| 13 | |
|    | David R. Carpenter |
| 14 | Sidley Austin LLP |
|    | One South Dearborn Street |
| 15 | Chicago, IL 60603 |
| 16 | Ellis Carstearphen et al |
| 17 | 5847 San Felipe<br>Suite 1900 |
| 18 | Houston, TX 77057 |
| 19 | Catherine J. Casey |
| 20 | DLA Piper rudnick Gray Cary US LLP<br>203 North LaSalle Street |
| 21 | #1900<br>Chicago, IL 60601 |
| 22 | |
|    | Myron M. Cherry |
| 23 | Cherry & Flynn |
| 24 | 30 North LaSalle St. #2300<br>Chicago, IL 60602 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Kalea Seitz Clark |
| 2 | Wilmer Cutler Pickering Hale and Door LLC |
| | 1875 Pennsylvania Avenue NW |
| 3 | Washington, DC 20006 |
| 4 | |
| | Amato A. DeLuca |
| 5 | DeLuca & Weizenbaum, Ltd. |
| | 199 North Main Street |
| 6 | Providence, RI 02903 |
| 7 | Nancy Scott Degan |
| | Baker Donelson Bearman |
| 8 | Caldwell & Berkowitz, PC |
| 9 | 201 St. Charle Avenue |
| | Suite 3600 |
| 10 | New Orleans, LA 70170 |
| 11 | Michael D. Donovan |
| | Law Offices of Michael D. Donovan |
| 12 | 1608 Walnut Street |
| 13 | Suite 1400 |
| | Philadelphia, PA 19103 |
| 14 | |
| | Val Patrick Exnicios |
| 15 | Liska Exnicios & Nungesser |
| | One Canal Place |
| 16 | 365 Canal Street |
| 17 | New Orleans, LA 70130 |
| 18 | Tyrone C. Fahner |
| | Mayer, Brown, Rowe & Maw LLP |
| 19 | 71 South Wacker Drive |
| | Chicago, IL 60606 |
| 20 | |
| 21 | Daniel Martin Feeney |
| | Miller Shakman & Beem LLP |
| 22 | 180 North LaSalle Street |
| | Suite 3600 |
| 23 | Chicago, IL 60601 |
| 24 | |
| | Sheila Marie Finnegan |
| 25 | Mayer, Brown, Rowe & Maw LLP |
| | 71 South Wacker Drive |
| 26 | Chicago, IL 60606 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Jodi W. Flowers |
| 2 | Motley Rice, LLC |
| | 28 Bridgeside Boulevard |
| 3 | P.O. Box 1792 |
| | Mount Pleasant, SC 29465 |
| 4 | |
| 5 | Amy Collins Fontenot |
| | Liska, Exnicios & Nungesser |
| 6 | One Canal Place |
| | 365 Canal Street |
| 7 | Suite 2290 |
| | New Orleans, LA 70130 |
| 8 | |
| 9 | F. Larkin Fore |
| | Fore, Miller & Schwartz |
| 10 | 200 S. Fifth Street |
| | Suite 700N, First Trust Centre |
| 11 | Louisville, KY 40202-3204 |
| 12 | Sarah M. Fore |
| 13 | Fore, Miller & Schwartz |
| | 200 S. Fifth Street |
| 14 | Suite 700N, First Trust Centre |
| | Louisville, KY 40202-3204 |
| 15 | |
| 16 | Zachary J. Freeman |
| | Miller Shakman & Beem LLP |
| 17 | 180 N. La Salle Street |
| | Suite 3600 |
| 18 | Chicago, IL 60601 |
| 19 | Susan A. Freiwald |
| 20 | USF School of LAW |
| | 2130 Fulton St |
| 21 | San Francisco, CA 94117 |
| 22 | Albert L. Frevola, Jr |
| | Gordon Hargrove & James |
| 23 | 2400 East Commercial Blvd. |
| 24 | Suite 1100 |
| | Fort Lauderdale, FL 33308-3092 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Michael R. Fruehwald |
| 2 | Barnes & Thornburg |
| | 11 South Meridian Street |
| 3 | Indianapolis, IN 46204-3535 |
| 4 | Jason L. Fulk |
| 5 | Hoover Hull LLP |
| | 111 Monument Circle |
| 6 | Suite 4400 |
| | P.O. Box 44989 |
| 7 | Indianapolis, IN 46244-0989 |
| 8 | Daniel N. Gall |
| 9 | c/o Luna Innocations |
| | 2851 Commerce STreet |
| 10 | Blacksburg, VA 24060 |
| 11 | Linda S. George |
| 12 | Laudig George Rutherford & Sipes |
| | 156 East Market Street |
| 13 | Suite 600 |
| | Indianapolis, IN 46204 |
| 14 | |
| 15 | John Richard Gillespie |
| | Broad & Cassel |
| 16 | 100 SE 3rd Avenue |
| | Suite 2700 |
| 17 | One Financial Plaza |
| | Fort Lauderdale, FL 33394 |
| 18 | |
| 19 | Cary Neal Goldberg |
| | Law Offices of Cary N. Goldberg |
| 20 | 30 North LaSalle Street |
| | Suite 2300 |
| 21 | Chicago, IL 60602 |
| 22 | M. Norman Goldberger |
| 23 | Wolf Block Schorr and Solis-Cohen, LLP |
| | 1650 Arch Street |
| 24 | 22nd Floor |
| | Philadelphia, PA 19103 |
| 25 | |
| 26 | Edward Nelson Griffin |
| | Griffin Whitaker LLP |
| 27 | 8730 Georgia Avenue |
| | Suite LL100 |
| 28 | Silver Spring, MD 20910 |

| | |
|---|---|
| 1 | Mark E. Guzzi |
| 2 | 271 Providence Oaks Circle |
| | Alpharetta, GA 30004 |
| 3 | |
| 4 | F. Thomas Hecht |
| | Ungaretti & Harris LLP |
| 5 | 3500 Three First National Plaza |
| | Chicago, IL 60602 |
| 6 | |
| 7 | William J. Heller |
| | McCarter & English, LLP |
| 8 | Four Gateway Center |
| | 100 Mulberry Street |
| 9 | P.O. Box 652 |
| | Newark, NJ 07102-0652 |
| 10 | |
| 11 | Andrew W. Hull |
| | Hoover Hull LLP |
| 12 | 111 Monument Circle |
| | Suite 4400 |
| 13 | P.O. Box 44989 |
| | Indianapolis, IN 46244-0989 |
| 14 | |
| 15 | Anthony D. Irpino |
| | Irpino Law Firm |
| 16 | 365 Canal Street |
| | 22nd Floor |
| 17 | New Orleans, LA 70130 |
| 18 | Joseph G. Jevic, III |
| | St. Martin & Williams |
| 19 | 4084 Highway 311 |
| | P.O. Box 2017 |
| 20 | Houma, LA 70361-2017 |
| 21 | |
| | Philip J. John, Jr |
| 22 | Baker & Botts |
| | One Shell Plaza |
| 23 | 910 Louisiana Street |
| | Houston, TX 77002 |
| 24 | |
| 25 | C. J. Johnson |
| | Kalkstein Law Firm |
| 26 | P.O. Box 8568 |
| | Missoula, MT 59807 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Kelly Overstreet Johnson |
| 2 | 215 S. Monroe Street |
| | Suite 400 |
| 3 | P.O. Box 11300 |
| | Tallahassee, FL 32302 |
| 4 | |
| 5 | Joshua Karsh |
| | Gessler Hughes Piers Resnick & Dym Ltd. |
| 6 | Three First National Plaza |
| | 70 West Madison Street, Suite 4000 |
| 7 | Chicago, IL 60602 |
| 8 | |
| | Peter D. Keisler |
| 9 | United States Department of Justice |
| | Assistant Attorney General |
| 10 | 20 Massachusetts Avenue, NW |
| | Room 7312 |
| 11 | Washington, DC 20530 |
| 12 | |
| | Andrew Kierstead |
| 13 | 1001 S.W. Fifth Avenue |
| | Suite 1100 |
| 14 | Portland, OR 97204 |
| 15 | Jonathan D. King |
| | DLA Piper Rudnick Gray Cary US LLP |
| 16 | 203 North LaSalle Street |
| 17 | #1900 |
| | Chicago, IL 60601-1293 |
| 18 | |
| | Michael E. Kipling |
| 19 | Kipling Law Group PLLC |
| | 3601 Fremont Avenue N. |
| 20 | Suite 414 |
| 21 | Seattle, WA 98103 |
| 22 | Joseph R. Knight |
| | Baker Botts LLP |
| 23 | 98 San Jacinto Blvd. |
| | Suite 1500 |
| 24 | Austin, TX 78701-4039 |
| 25 | |
| | Clinton A. Krislov |
| 26 | Krislov & Associates, Ltd. |
| | 20 North Wacker Drive |
| 27 | Suite 1350 |
| 28 | Chicago, IL 60606 |

| | |
|---|---|
| 1 | Leondra Kruger |
| 2 | Wilmer Cutler Pickering Hale & Dorr LLP |
|   | 1875 Pennsylvania NW Avenue |
| 3 | Washington, DC 20006-3642 |
| 4 | Melanie G. Lagarde |
|   | St. Martin & Williams |
| 5 | 4084 Highway 311 |
| 6 | Houma, LA 70360 |
| 7 | Stephen Laudig |
|   | 2440 Campus Road, #429 |
| 8 | Honolulu, HI 96822 |
| 9 | |
|   | David L. Lawson |
| 10 | Sidley Austin Brown & Wood |
|   | 172 Eye Street, N.W. |
| 11 | Washington, DC 20006 |
| 12 | Roger L. Mandel |
| 13 | Stanley Mandel & Iola LLP |
|   | 3100 Monticello ave |
| 14 | Suite 750 |
|   | Dallas, TX 75205 |
| 15 | |
|   | Lori McAllister |
| 16 | Dykema Gossett PLLC |
| 17 | 201 Townsend Street |
|   | Suite 900 |
| 18 | Lansing, MI 48933 |
| 19 | Howard A. Merten |
|   | Partridge, Snow & Hahn LLP |
| 20 | 180 South Main Street |
| 21 | Providence, RI 02903 |
| 22 | Donald A. Migliori |
|   | Motley Rice LLC |
| 23 | 321 South Main Street |
|   | Providence, RI 02940 |
| 24 | |
| 25 | Alice McKenzie Morical |
|   | Hoover Hull LLP |
| 26 | 111 Monument Circle |
|   | Suite 4400 |
| 27 | P.O. Box 44989 |
| 28 | Indianapolis, IN 46244-0989 |

| | |
|---|---|
| 1 | Randolph D. Moss |
| 2 | Wilmer, Cutler, Pickering, Hale & Dorr LLP |
| | 1875 Pennsylvania Avenue, N.W. |
| 3 | Washington, DC 20006 |
| 4 | Michael C. O'Malley |
| 5 | Siben & Siben, LLP |
| | 90 East Main Street |
| 6 | BayShore, NY 11706 |
| 7 | Michele L. Odorizzi |
| | Mayer Brown Rowe & Maw |
| 8 | 190 South LaSalle Street |
| 9 | Chicago, IL 60603 |
| 10 | Wendy Sangbee Park |
| | Roger Baldwin Foundation of ACLU, Inc. |
| 11 | 180 North Michigan Avenue |
| | Suite 2300 |
| 12 | Chicago, IL 60601 |
| 13 | |
| | Robert J. Patterson |
| 14 | Watts Law Firm LLP |
| | 555 N. Carancahua Street |
| 15 | Twr II Bldg 14th Floor |
| | Corpus Christi, TX 78401 |
| 16 | |
| 17 | Paul Lee Peyronnin |
| | Baker donelson Bearman |
| 18 |   Caldwell & Berkowitz, PC |
| | 201 St. Charles Ave. |
| 19 | Suite 3600 |
| | New Orleans, LA 70170 |
| 20 | |
| 21 | Michael James Philippi |
| | Ungaretti & Harris LLP |
| 22 | 3500 Three First National Plaza |
| | Chicago, IL 60602 |
| 23 | |
| 24 | Richard Radke, Jr |
| | Kluczynski, Girtz & Bogelzang |
| 25 | Suite 400 |
| | Grand Rapids, MI 49503 |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Jason S. Ritchie |
| 2 | Holland & Hart<br>P.O. Box 639 |
| 3 | Billings, MT 59103 |
| 4 | Harry Rosenberg |
| 5 | Phelps Dunbar, LLP<br>Canal Place |
| 6 | 365 Canal Street<br>Suite 2000 |
| 7 | New Orleans, LA 70130-6534 |
| 8 | Michael J. Ross |
| 9 | Slater Ross<br>1850 Benjamin Franklin Plaza |
| 10 | 1 S.W. Columbia Street<br>Portland, OR 97258 |
| 11 | |
| 12 | William A. Rossbach<br>Rossbach & Whiston |
| 13 | 401 North Washington Street<br>P.O. Box 8988 |
| 14 | Missoula, MT 59807-8988 |
| 15 | Alan Norris Salpeter |
| 16 | Mayer, Brown, Rowe & Maw<br>190 South LaSalle Street |
| 17 | Chicago, IL 60603 |
| 18 | Ronald P. Schiller |
| 19 | DLA Piper Rudnick Gray Cary US LLP<br>One Liberty Place |
| 20 | Suite 4900<br>1650 Market Street |
| 21 | Philadelphia, PA 19103 |
| 22 | Mark Schlosberg |
| 23 | American Civil Liberties Union Fndt.<br>1663 Mission Street, Suite 460 |
| 24 | San Francisco, CA 94103 |
| 25 | Eric Schneider<br>1730 South Federal Hwy. #104 |
| 26 | Delray Beach, FL 33483 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Adam D. Schwartz |
| 2 | Roger BaldwinFoundation of ACLU, Inc. |
|   | 180 North Michigan Avenue |
| 3 | Suite 2300 |
|   | Chicago, IL 60601-7401 |
| 4 | |
| 5 | Christopher A. Slater |
|   | Slater & Ross |
| 6 | 1 S.W. Columbia Street |
|   | Suite 1850 |
| 7 | Portland, OR 97258 |
| 8 | |
|   | Christopher Soriano |
| 9 | Wolf Block Schorr and Solis-Cohen, LLP |
|   | 1650 Arch Street |
| 10 | Philadelphia, PA 19103 |
| 11 | Michael A. St. Pierre |
|   | Revens Revens & St. Pierre |
| 12 | 946 Centerville Road |
| 13 | Warwick, RI 02886 |
| 14 | Donald A. Statland |
|   | Attorney at Law |
| 15 | 55 West Monroe St |
|   | Ste 1200 |
| 16 | Chicago, IL 60603 |
| 17 | |
|   | Lauren A. Stern |
| 18 | Steven Chung & Associates LLC |
|   | 841 Bishop St. |
| 19 | Suite 400 |
|   | Honolulu, HI 96813 |
| 20 | |
| 21 | David H. Sternlieb |
|   | Shapiro & Sternlieb, LLC |
| 22 | 800 Tennent Road |
|   | Manalapan, NJ 07726 |
| 23 | |
| 24 | A. David Stippler |
|   | Bingham McHale, LLP |
| 25 | 2700 Market Tower |
|   | 10 West Market Street |
| 26 | Indianapolis, IN 46204 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Ted W. Stroud |
| 2 | Oade Stroud & Kleiman PC |
| | 200 Woodland Pass |
| 3 | P.O. Box 1296 |
| | East Lansing, MI 48826-1296 |
| 4 | |
| 5 | Brendan V. Sullivan |
| | Williams & Connolly |
| 6 | 725 12th St N.W. |
| | Washington, DC 20005 |
| 7 | |
| 8 | John Joseph Tanner |
| | Baker & Daniels |
| 9 | 300 North Meridian Street |
| | Indianapolis, IN 46204 |
| 10 | |
| 11 | M. Stephen Turner |
| | Broad & Cassel |
| 12 | 215 South Monroe Street |
| | Suite 400 |
| 13 | P.O. Box 11300 |
| | Tallahassee, FL 32302 |
| 14 | |
| 15 | Marc Ver Der Hout |
| | Ver Der Hout & Brigagliano |
| 16 | 180 Sutter Street, 5th Floor |
| | San Francisco, CA 94123 |
| 17 | |
| 18 | William Joel Vander Vliet |
| | Krislov & Associates |
| 19 | 20 North Wacker Drive |
| | Suite 1350 |
| 20 | Chicago, IL 60606 |
| 21 | Nicholas Wagner |
| | Law Offices of Wagner & Jones |
| 22 | 1111 East Herndon, Suite 317 |
| | Fresno, CA 93720 |
| 23 | |
| 24 | Thomas P. Walsh |
| | United States Attorney's Office NDIL |
| 25 | 219 South Dearborn Street |
| | Suite 500 |
| 26 | Chicago, IL 60604 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Peter Wasylyk |
| 2 | Law Offices of Peter Wasylyk |
|  | 1307 Chalkstone Avenue |
| 3 | Providence, RI 02908 |
| 4 | Mikal C. Watts |
|  | Watts Law Firm, LLP |
| 5 | Bank of America Plaza |
| 6 | 300 Convent Street |
|  | Suite 100 |
| 7 | San Antonio, TX 78205 |
| 8 | Brian W. Welch |
| 9 | Bingham McHale, LLP |
|  | 10 West Market Street |
| 10 | Market Tower, Suite 2700 |
|  | Indianapolis, IN 46204 |
| 11 | |
|  | John C. Whitfield |
| 12 | Whitfield & Cox PSC |
| 13 | 29 East Center Street |
|  | Madisonville, KY 42431 |
| 14 | |
|  | Conrad S.P. Williams, III |
| 15 | St. Martin, Williams & Bourque |
|  | P.O. Box 2017 |
| 16 | Houma, LA 70361 |
| 17 | |
|  | Daniel D. Williams |
| 18 | Williams & Connolly LLP |
|  | 725 Twelfth Street, NW |
| 19 | Washington, DC 20005 |
| 20 | Paul A. Wolfla |
| 21 | Baker & Daniels |
|  | 300 North Meridian Street |
| 22 | Suite 2700 |
|  | Indianapolis, IN 46204 |
| 23 | |
|  | Martin Woodward |
| 24 | Stanley, Mandel & Iola, LLP |
| 25 | 3100 Monticello Avenue |
|  | Suite 750 |
| 26 | Dallas, TX 75205 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Matthew A. Woolf |
| 2 | Baker Donelson Bearman |
|   | Caldwell & Berkowitz, PC |
| 3 | 201 St. Charles Ave. |
|   | Suite 3600 |
| 4 | New Orleans, LA 70170 |
| 5 | |
|   | Anthony J. Zarillo, Jr |
| 6 | Courter, Kobert & Cohen, PC |
|   | 1001 Route 517 |
| 7 | Hackettstown, NJ 07840 |
| 8 | Jacie C. Zolna |
| 9 | Myron M. Cherry & Associates |
|   | 30 North LaSalle Street |
| 10 | Suite 2300 |
|   | Chicago, IL 60602 |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |