PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
DANIEL J. RICHERT #232208
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
DAVID LEE LAWSON (admitted *pro hac vice*)
ERIC A. SHUMSKY #206124
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for the AT&T Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL Dkt. No. 06-1791-VRW<br><br>**PROOF OF SERVICE VIA U.S. MAIL**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

| | |
|---|---|
| 1 | Docket No. 06-1791-VRW |
| 2 | PROOF OF SERVICE BY MAIL |

I, David A. Kramlick, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. On November 8, 2006, I served a true copy of the attached document(s) titled exactly JOINT CASE MANAGEMENT STATEMENT by placing it/them in an addressed sealed envelope and depositing it in the United States mail, first class postage fully prepaid, to the following:

**[See Attached Service List]**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of November, 2006, at San Francisco, California.

David A. Kramlick

Service List

Bruce Ira Afran
Bruce Afran, Attorney at Law
10 Braeburn Drive
Princeton, NJ 08540

Stephen E. Arthur
Harrison & Moberly
135 North Pennylvania Street
Suite 2100
Indianapolis, IN 46204

Darrell Lee Barger
Hartline acus et all
800 N. Shoreline Blvd.
Suite 2000N
Corpus Christi, TX 78401

Todd C. Barnes
George & Sipes
156 East Market Street
Suite 600
Indianapolis, IN 46204

Raymond A. Basile
Harrison & Moberly
135 North Pennsylvania
Suite 2100
Indianapolis, IN 46204

Daniel J. Becka
Beigel Schy Lasky Rifkind Goldberg & Fertik Ltd
311 So Wacker Dr 65th Flr
Chicago, IL 60606

Marc Oliver Beem
Miller Shakman & Hamilton, LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

John Beisner
O'Melveny & Myers LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004-1109

| | |
|---|---|
| 1 | Matthew Phineas Bergman<br>Law Office of Matthew Bergman |
| 2 | 705 2nd Avenue<br>Suite 1601 |
| 3 | Seattle, WA 98104 |
| 4 | Steven K. Blackhurst |
| 5 | Ater Wynne Hewitt Dodson & Skerritt<br>222 S.W. Columbia Ste 1800 |
| 6 | Portland, OR 97201-6618 |
| 7 | Ari Y. Brown |
| 8 | Bergman & Frockt<br>705 Second Avenue |
| 9 | Suite 1601<br>Seattle, WA 98104 |
| 10 | |
| 11 | James M. Carlson<br>Ungaretti & Harris LLP |
| 12 | 3500 Three First National Plaza<br>Chicago, IL 60602 |
| 13 | |
| 14 | David R. Carpenter<br>Sidley Austin LLP |
| 15 | One South Dearborn Street<br>Chicago, IL 60603 |
| 16 | |
| 17 | Ellis Carstearphen et al<br>5847 San Felipe<br>Suite 1900 |
| 18 | Houston, TX 77057 |
| 19 | Catherine J. Casey |
| 20 | DLA Piper rudnick Gray Cary US LLP<br>203 North LaSalle Street |
| 21 | #1900<br>Chicago, IL 60601 |
| 22 | |
| 23 | Myron M. Cherry<br>Cherry & Flynn |
| 24 | 30 North LaSalle St. #2300<br>Chicago, IL 60602 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  Kalea Seitz Clark
2  Wilmer Cutler Pickering Hale and Door LLC
   1875 Pennsylvania Avenue NW
3  Washington, DC 20006

4  Amato A. DeLuca
   DeLuca & Weizenbaum, Ltd.
5  199 North Main Street
6  Providence, RI 02903

7  Nancy Scott Degan
   Baker Donelson Bearman
8      Caldwell & Berkowitz, PC
9  201 St. Charle Avenue
   Suite 3600
10 New Orleans, LA 70170

11 Michael D. Donovan
   Law Offices of Michael D. Donovan
12 1608 Walnut Street
13 Suite 1400
   Philadelphia, PA 19103
14
   Val Patrick Exnicios
15 Liska Exnicios & Nungesser
   One Canal Place
16 365 Canal Street
17 New Orleans, LA 70130

18 Tyrone C. Fahner
   Mayer, Brown, Rowe & Maw LLP
19 71 South Wacker Drive
   Chicago, IL 60606
20

21 Daniel Martin Feeney
   Miller Shakman & Beem LLP
22 180 North LaSalle Street
   Suite 3600
23 Chicago, IL 60601

24
   Sheila Marie Finnegan
25 Mayer, Brown, Rowe & Maw LLP
   71 South Wacker Drive
26 Chicago, IL 60606

27

28

| | |
|---|---|
| 1 | Jodi W. Flowers |
| 2 | Motley Rice, LLC |
|  | 28 Bridgeside Boulevard |
| 3 | P.O. Box 1792 |
|  | Mount Pleasant, SC 29465 |
| 4 | |
| 5 | Amy Collins Fontenot |
|  | Liska, Exnicios & Nungesser |
| 6 | One Canal Place |
|  | 365 Canal Street |
| 7 | Suite 2290 |
|  | New Orleans, LA 70130 |
| 8 | |
| 9 | F. Larkin Fore |
|  | Fore, Miller & Schwartz |
| 10 | 200 S. Fifth Street |
|  | Suite 700N, First Trust Centre |
| 11 | Louisville, KY 40202-3204 |
| 12 | Sarah M. Fore |
| 13 | Fore, Miller & Schwartz |
|  | 200 S. Fifth Street |
| 14 | Suite 700N, First Trust Centre |
|  | Louisville, KY 40202-3204 |
| 15 | |
| 16 | Zachary J. Freeman |
|  | Miller Shakman & Beem LLP |
| 17 | 180 N. La Salle Street |
|  | Suite 3600 |
| 18 | Chicago, IL 60601 |
| 19 | Susan A. Freiwald |
| 20 | USF School of LAW |
|  | 2130 Fulton St |
| 21 | San Francisco, CA 94117 |
| 22 | Albert L. Frevola, Jr |
|  | Gordon Hargrove & James |
| 23 | 2400 East Commercial Blvd. |
| 24 | Suite 1100 |
|  | Fort Lauderdale, FL 33308-3092 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

```
 1   Michael R. Fruehwald
 2   Barnes & Thornburg
     11 South Meridian Street
 3   Indianapolis, IN 46204-3535

 4   Jason L. Fulk
     Hoover Hull LLP
 5   111 Monument Circle
 6   Suite 4400
     P.O. Box 44989
 7   Indianapolis, IN 46244-0989

 8   Daniel N. Gall
     c/o Luna Innocations
 9   2851 Commerce STreet
10   Blacksburg, VA 24060

11   Linda S. George
     Laudig George Rutherford & Sipes
12   156 East Market Street
13   Suite 600
     Indianapolis, IN 46204
14
     John Richard Gillespie
15   Broad & Cassel
     100 SE 3rd Avenue
16   Suite 2700
17   One Financial Plaza
     Fort Lauderdale, FL 33394
18
     Cary Neal Goldberg
19   Law Offices of Cary N. Goldberg
     30 North LaSalle Street
20   Suite 2300
21   Chicago, IL 60602

22   M. Norman Goldberger
     Wolf Block Schorr and Solis-Cohen, LLP
23   1650 Arch Street
     22nd Floor
24   Philadelphia, PA 19103
25
     Edward Nelson Griffin
26   Griffin Whitaker LLP
     8730 Georgia Avenue
27   Suite LL100
     Silver Spring, MD 20910
28
```

| 1 | Mark E. Guzzi |
| --- | --- |
| 2 | 271 Providence Oaks Circle |
| | Alpharetta, GA 30004 |
| 3 | |
| | F. Thomas Hecht |
| 4 | Ungaretti & Harris LLP |
| | 3500 Three First National Plaza |
| 5 | Chicago, IL 60602 |
| 6 | |
| | William J. Heller |
| 7 | McCarter & English, LLP |
| | Four Gateway Center |
| 8 | 100 Mulberry Street |
| | P.O. Box 652 |
| 9 | Newark, NJ 07102-0652 |
| 10 | |
| | Andrew W. Hull |
| 11 | Hoover Hull LLP |
| | 111 Monument Circle |
| 12 | Suite 4400 |
| | P.O. Box 44989 |
| 13 | Indianapolis, IN 46244-0989 |
| 14 | |
| | Anthony D. Irpino |
| 15 | Irpino Law Firm |
| | 365 Canal Street |
| 16 | 22nd Floor |
| 17 | New Orleans, LA 70130 |
| 18 | Joseph G. Jevic, III |
| | St. Martin & Williams |
| 19 | 4084 Highway 311 |
| | P.O. Box 2017 |
| 20 | Houma, LA 70361-2017 |
| 21 | |
| | Philip J. John, Jr |
| 22 | Baker & Botts |
| | One Shell Plaza |
| 23 | 910 Louisiana Street |
| | Houston, TX 77002 |
| 24 | |
| 25 | C. J. Johnson |
| | Kalkstein Law Firm |
| 26 | P.O. Box 8568 |
| | Missoula, MT 59807 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Kelly Overstreet Johnson |
| 2 | 215 S. Monroe Street |
| | Suite 400 |
| 3 | P.O. Box 11300 |
| | Tallahassee, FL 32302 |
| 4 | |
| 5 | Joshua Karsh |
| | Gessler Hughes Piers Resnick & Dym Ltd. |
| 6 | Three First National Plaza |
| | 70 West Madison Street, Suite 4000 |
| 7 | Chicago, IL 60602 |
| 8 | Peter D. Keisler |
| 9 | United States Department of Justice |
| | Assistant Attorney General |
| 10 | 20 Massachusetts Avenue, NW |
| | Room 7312 |
| 11 | Washington, DC 20530 |
| 12 | Andrew Kierstead |
| 13 | 1001 S.W. Fifth Avenue |
| | Suite 1100 |
| 14 | Portland, OR 97204 |
| 15 | Jonathan D. King |
| | DLA Piper Rudnick Gray Cary US LLP |
| 16 | 203 North LaSalle Street |
| 17 | #1900 |
| | Chicago, IL 60601-1293 |
| 18 | |
| | Michael E. Kipling |
| 19 | Kipling Law Group PLLC |
| | 3601 Fremont Avenue N. |
| 20 | Suite 414 |
| 21 | Seattle, WA 98103 |
| 22 | Joseph R. Knight |
| | Baker Botts LLP |
| 23 | 98 San Jacinto Blvd. |
| | Suite 1500 |
| 24 | Austin, TX 78701-4039 |
| 25 | |
| | Clinton A. Krislov |
| 26 | Krislov & Associates, Ltd. |
| | 20 North Wacker Drive |
| 27 | Suite 1350 |
| 28 | Chicago, IL 60606 |

| | |
|---|---|
| 1 | Leondra Kruger |
| 2 | Wilmer Cutler Pickering Hale & Dorr LLP |
| | 1875 Pennsylvania NW Avenue |
| 3 | Washington, DC 20006-3642 |
| 4 | Melanie G. Lagarde |
| | St. Martin & Williams |
| 5 | 4084 Highway 311 |
| 6 | Houma, LA 70360 |
| 7 | Stephen Laudig |
| | 2440 Campus Road, #429 |
| 8 | Honolulu, HI 96822 |
| 9 | |
| | David L. Lawson |
| 10 | Sidley Austin Brown & Wood |
| | 172 Eye Street, N.W. |
| 11 | Washington, DC 20006 |
| 12 | Roger L. Mandel |
| 13 | Stanley Mandel & Iola LLP |
| | 3100 Monticello ave |
| 14 | Suite 750 |
| | Dallas, TX 75205 |
| 15 | |
| | Lori McAllister |
| 16 | Dykema Gossett PLLC |
| 17 | 201 Townsend Street |
| | Suite 900 |
| 18 | Lansing, MI 48933 |
| 19 | Howard A. Merten |
| | Partridge, Snow & Hahn LLP |
| 20 | 180 South Main Street |
| 21 | Providence, RI 02903 |
| 22 | Donald A. Migliori |
| | Motley Rice LLC |
| 23 | 321 South Main Street |
| | Providence, RI 02940 |
| 24 | |
| 25 | Alice McKenzie Morical |
| | Hoover Hull LLP |
| 26 | 111 Monument Circle |
| | Suite 4400 |
| 27 | P.O. Box 44989 |
| 28 | Indianapolis, IN 46244-0989 |

| | |
|---|---|
| 1 | Randolph D. Moss |
| 2 | Wilmer, Cutler, Pickering, Hale & Dorr LLP |
| | 1875 Pennsylvania Avenue, N.W. |
| 3 | Washington, DC 20006 |
| 4 | Michael C. O'Malley |
| 5 | Siben & Siben, LLP |
| | 90 East Main Street |
| 6 | BayShore, NY 11706 |
| 7 | Michele L. Odorizzi |
| | Mayer Brown Rowe & Maw |
| 8 | 190 South LaSalle Street |
| 9 | Chicago, IL 60603 |
| 10 | Wendy Sangbee Park |
| | Roger Baldwin Foundation of ACLU, Inc. |
| 11 | 180 North Michigan Avenue |
| | Suite 2300 |
| 12 | Chicago, IL 60601 |
| 13 | |
| | Robert J. Patterson |
| 14 | Watts Law Firm LLP |
| | 555 N. Carancahua Street |
| 15 | Twr II Bldg 14th Floor |
| | Corpus Christi, TX 78401 |
| 16 | |
| 17 | Paul Lee Peyronnin |
| | Baker donelson Bearman |
| 18 |    Caldwell & Berkowitz, PC |
| | 201 St. Charles Ave. |
| 19 | Suite 3600 |
| | New Orleans, LA 70170 |
| 20 | |
| 21 | Michael James Philippi |
| | Ungaretti & Harris LLP |
| 22 | 3500 Three First National Plaza |
| | Chicago, IL 60602 |
| 23 | |
| 24 | Richard Radke, Jr |
| | Kluczynski, Girtz & Bogelzang |
| 25 | Suite 400 |
| | Grand Rapids, MI 49503 |
| 26 | |
| 27 | |
| 28 | |

| 1 | Jason S. Ritchie |
| --- | --- |
| 2 | Holland & Hart<br>P.O. Box 639 |
| 3 | Billings, MT 59103 |
| 4 | Harry Rosenberg |
| 5 | Phelps Dunbar, LLP<br>Canal Place |
| 6 | 365 Canal Street<br>Suite 2000 |
| 7 | New Orleans, LA 70130-6534 |
| 8 | Michael J. Ross |
| 9 | Slater Ross<br>1850 Benjamin Franklin Plaza |
| 10 | 1 S.W. Columbia Street<br>Portland, OR 97258 |
| 11 | |
| 12 | William A. Rossbach<br>Rossbach & Whiston |
| 13 | 401 North Washington Street<br>P.O. Box 8988 |
| 14 | Missoula, MT 59807-8988 |
| 15 | Alan Norris Salpeter |
| 16 | Mayer, Brown, Rowe & Maw<br>190 South LaSalle Street |
| 17 | Chicago, IL 60603 |
| 18 | Ronald P. Schiller<br>DLA Piper Rudnick Gray Cary US LLP |
| 19 | One Liberty Place<br>Suite 4900 |
| 20 | 1650 Market Street |
| 21 | Philadelphia, PA 19103 |
| 22 | Mark Schlosberg<br>American Civil Liberties Union Fndt. |
| 23 | 1663 Mission Street, Suite 460 |
| 24 | San Francisco, CA 94103 |
| 25 | Eric Schneider<br>1730 South Federal Hwy. #104 |
| 26 | Delray Beach, FL 33483 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Adam D. Schwartz |
| 2 | Roger BaldwinFoundation of ACLU, Inc. |
|   | 180 North Michigan Avenue |
| 3 | Suite 2300 |
|   | Chicago, IL 60601-7401 |
| 4 | |
| 5 | Christopher A. Slater |
|   | Slater & Ross |
| 6 | 1 S.W. Columbia Street |
|   | Suite 1850 |
| 7 | Portland, OR 97258 |
| 8 | |
|   | Christopher Soriano |
| 9 | Wolf Block Schorr and Solis-Cohen, LLP |
|   | 1650 Arch Street |
| 10 | Philadelphia, PA 19103 |
| 11 | Michael A. St. Pierre |
|   | Revens Revens & St. Pierre |
| 12 | 946 Centerville Road |
| 13 | Warwick, RI 02886 |
| 14 | Donald A. Statland |
|   | Attorney at Law |
| 15 | 55 West Monroe St |
|   | Ste 1200 |
| 16 | Chicago, IL 60603 |
| 17 | |
|   | Lauren A. Stern |
| 18 | Steven Chung & Associates LLC |
|   | 841 Bishop St. |
| 19 | Suite 400 |
|   | Honolulu, HI 96813 |
| 20 | |
| 21 | David H. Sternlieb |
|   | Shapiro & Sternlieb, LLC |
| 22 | 800 Tennent Road |
|   | Manalapan, NJ 07726 |
| 23 | |
| 24 | A. David Stippler |
|   | Bingham McHale, LLP |
| 25 | 2700 Market Tower |
|   | 10 West Market Street |
| 26 | Indianapolis, IN 46204 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Ted W. Stroud |
| 2 | Oade Stroud & Kleiman PC |
|   | 200 Woodland Pass |
| 3 | P.O. Box 1296 |
|   | East Lansing, MI 48826-1296 |
| 4 | |
| 5 | Brendan V. Sullivan |
|   | Williams & Connolly |
| 6 | 725 12th St N.W. |
|   | Washington, DC 20005 |
| 7 | |
| 8 | John Joseph Tanner |
|   | Baker & Daniels |
| 9 | 300 North Meridian Street |
|   | Indianapolis, IN 46204 |
| 10 | |
| 11 | M. Stephen Turner |
|    | Broad & Cassel |
| 12 | 215 South Monroe Street |
|    | Suite 400 |
| 13 | P.O. Box 11300 |
|    | Tallahassee, FL 32302 |
| 14 | |
| 15 | Marc Ver Der Hout |
|    | Ver Der Hout & Brigagliano |
| 16 | 180 Sutter Street, 5th Floor |
|    | San Francisco, CA 94123 |
| 17 | |
| 18 | William Joel Vander Vliet |
|    | Krislov & Associates |
| 19 | 20 North Wacker Drive |
|    | Suite 1350 |
| 20 | Chicago, IL 60606 |
| 21 | Nicholas Wagner |
|    | Law Offices of Wagner & Jones |
| 22 | 1111 East Herndon, Suite 317 |
|    | Fresno, CA 93720 |
| 23 | |
| 24 | Thomas P. Walsh |
|    | United States Attorney's Office NDIL |
| 25 | 219 South Dearborn Street |
|    | Suite 500 |
| 26 | Chicago, IL 60604 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Peter Wasylyk |
| 2 | Law Offices of Peter Wasylyk |
|   | 1307 Chalkstone Avenue |
| 3 | Providence, RI 02908 |
| 4 | Mikal C. Watts |
|   | Watts Law Firm, LLP |
| 5 | Bank of America Plaza |
| 6 | 300 Convent Street |
|   | Suite 100 |
| 7 | San Antonio, TX 78205 |
| 8 | Brian W. Welch |
|   | Bingham McHale, LLP |
| 9 | 10 West Market Street |
| 10 | Market Tower, Suite 2700 |
|    | Indianapolis, IN 46204 |
| 11 | |
|    | John C. Whitfield |
| 12 | Whitfield & Cox PSC |
|    | 29 East Center Street |
| 13 | Madisonville, KY 42431 |
| 14 | |
|    | Conrad S.P. Williams, III |
| 15 | St. Martin, Williams & Bourque |
|    | P.O. Box 2017 |
| 16 | Houma, LA 70361 |
| 17 | |
|    | Daniel D. Williams |
| 18 | Williams & Connolly LLP |
|    | 725 Twelfth Street, NW |
| 19 | Washington, DC 20005 |
| 20 | Paul A. Wolfla |
| 21 | Baker & Daniels |
|    | 300 North Meridian Street |
| 22 | Suite 2700 |
|    | Indianapolis, IN 46204 |
| 23 | |
|    | Martin Woodward |
| 24 | Stanley, Mandel & Iola, LLP |
| 25 | 3100 Monticello Avenue |
|    | Suite 750 |
| 26 | Dallas, TX 75205 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Matthew A. Woolf |
| 2 | Baker Donelson Bearman |
| | Caldwell & Berkowitz, PC |
| 3 | 201 St. Charles Ave. |
| | Suite 3600 |
| 4 | New Orleans, LA 70170 |
| 5 | |
| | Anthony J. Zarillo, Jr |
| 6 | Courter, Kobert & Cohen, PC |
| | 1001 Route 517 |
| 7 | Hackettstown, NJ 07840 |
| 8 | Jacie C. Zolna |
| 9 | Myron M. Cherry & Associates |
| | 30 North LaSalle Street |
| 10 | Suite 2300 |
| | Chicago, IL 60602 |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |