COOPER, WHITE & COOPER LLP
E. GARTH BLACK (SBN 53168)
  gblack@cwclaw.com
CYRUS WADIA (SBN 190258)
  cwadia@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for TDS COMMUNICATIONS SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL Docket No. 06-1791-VRW<br><br>**ORDER RE SUBSTITUTION OF ATTORNEY**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

The Substitution of Attorney, filed on November 7, 2006, substituting E. Garth Black, Esq. and Cyrus Wadia, Esq. of Cooper, White & Cooper LLP in place of former counsel J. Joseph Tanner, David K. Herzog, and Paul A. Wolfla of Baker & Daniels LLP, as attorneys of record for Defendant TDS Communications Solutions, Inc. in the above-referenced proceeding, is hereby approved.

IT IS SO ORDERED.

DATED: November ___, 2006

_____
Hon. Vaughn R. Walker

550916.1 | MDL Docket No. 06-1791-VRW
ORDER RE SUBSTITUTION OF ATTORNEY
COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111
Dockets.Justia.com