```
 1  COOPER, WHITE & COOPER LLP
    E. GARTH BLACK (SBN 53168)
 2     gblack@cwclaw.com
    CYRUS WADIA (SBN 190258)
 3     cwadia@cwclaw.com
    201 California Street, 17th Floor
 4  San Francisco, California 94111
    Telephone:  (415) 433-1900
 5  Facsimile:  (415) 433-5530

 6  Attorneys for TDS COMMUNICATIONS
    SOLUTIONS, INC.
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: <br><br> NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION <br><br><br> This Document Relates To: <br><br> ALL CASES | MDL Docket No. 06-1791-VRW <br> [ALL CASES] <br><br> **CERTIFICATE OF SERVICE – ORDER RE SUBSTITUTION OF ATTORNEY** <br><br><br> Courtroom: 6, 17th Floor <br> Judge: Hon. Vaughn R. Walker |

I, Connie Lee, state:

I am a citizen of the United States. My business address is 201 California Street, 17th Floor, San Francisco, CA 94111. I am employed in the City and County of San Francisco where this mailing occurs. I am over the age of eighteen years and not a party to this action. On November 8, 2006, I electronically filed the following

**ORDER RE SUBSTITUTION OF ATTORNEY**

With the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Service List, and I hereby certify that I have mailed the foregoing documents via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

550923.1

MDL Docket No. 06-1791 VRW

CERTIFICATE OF SERVICE – SUBSTITUTION OF ATTORNEY

dockets.Justia.com

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the State of California that the |
| 2 | foregoing is true and correct and that this declaration was executed on November 8, |
| 3 | 2006 at San Francisco, California. |

                                                                        *Connie Lee*
                                                           Connie Lee

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

550923.1

2

MDL Docket No. 06-1791 VRW

CERTIFICATE OF SERVICE- SUBSTITUTION OF ATTORNEY

*Electronic Mail Notice List*

The following are those who are currently on the list to receive e-mail notices for this case.

- Timothy L. Alger
  timalger@quinnemanuel.com
  albertvillamil@quinnemanuel.com

- Marc H. Axelbaum
  marc.axelbaum@pillsburylaw.com

- Alexander E Barnett
  abarnett@masonlawdc.com
  mdicocco@masonlawdc.com

- Bradford Allan Berenson
  bberenson@sidley.com
  vshort@sidley.com

- Brian Matthew Boynton
  brian.boynton@wilmerhale.com

- James J. Brosnahan
  jbrosnahan@mofo.com
  bkeaton@mofo.com

- Thomas R. Burke
  thomasburke@dwt.com
  natashamajorko@dwt.com

- Cindy Ann Cohn
  cindy@eff.org
  barak@eff.org;
  rebecca@eff.org

- Elena Maria DiMuzio
  Elena.DiMuzio@hellerehrman.com

- Derek John Emge
  derek@inthelaw.com

- Eric B. Fastiff
  efastiff@lchb.com

- Mark D. Flanagan
  mark.flanagan@wilmerhale.com

- Jeff D Friedman
  JFriedman@lerachlaw.com

- Jennifer Stisa Granick
  JENNIFER@LAW.STANFORD.EDU

- David L. Anderson

- Kevin Stuart Bankston
  bankston@eff.org

- Timothy M. Bechtold
  tim@rossbachlaw.com

- John David Blair-Loy
  dblairloy@aclusandiego.org

- Ann Brick
  abrick@aclunc.org
  lcerri@aclunc.org

- D. Douglas Brothers
  dbrothers@georgeandbrothers.com
  receptionist@georgeandbrothers.com

- David William Carpenter
  dcarpenter@sidley.com
  efilingnotice@sidley.com

- Anthony Joseph Coppolino
  tony.coppolino@usdoj.gov

- Peter Jay Eliasberg
  peliasberg@aclu-sc.org
  ereyes@aclu-sc.org

- Bruce A. Ericson
  bruce.ericson@pillsburylaw.com

- James M. Finberg
  JFinberg@lchb.com

- Robert D. Fram
  rfram@hewm.com
  mawilliams@hewm.com;
  kim.sydorak@hellerehrman.com

- R. James George, Jr
  rjgeorge@georgeandbrothers.com
  fjordan@georgeandbrothers.com

- Terry Gross
  terry@grossbelsky.com

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

- Harvey Michael Grossman
  hgrossman@aclu-il.org rhughes@aclu-il.org

- David K. Herzog
  david.herzog@bakerd.com

- Barry R. Himmelstein
  bhimmelstein@lchb.com

- Samir Chandra Jain
  samir.jain@wilmerhale.com
  alicia.hunt@wilmerhale.com

- Michael P. Kenny
  mike.kenny@alston.com

- Craig Allen Knot
  cknot@sidley.com
  efilingnotice@sidley.com

- Brian Martinez
  brianmartinez@mofo.com

- Edward Robert McNicholas
  emcnicholas@sidley.com
  vshort@sidley.com

- Candace J. Morey
  cmorey@fenwick.com

- Roger R. Myers
  roger.myers@hro.com
  adam.brezine@hro.com;
  nancy.burnett@hro.com

- Kurt Opsahl
  kurt@eff.org

- Nicole A. Ozer
  nozer@aclunc.org
  mpham@aclunc.org

- Jacob B. Perkinson
  jperkinson@jpclasslaw.com

- Daniel John Richert
  daniel.richert@pillsburylaw.com
  susan.hersom@pillsburylaw.com

- Alexander Kenneth Haas
  Alexander.Haas@usdoj.gov

- Robert Carl Hilliard
  bobh@hilliardandmunoz.com
  dee@hilliardandmunoz.com

- Eric A. Isaacson
  erici@lerachlaw.com

- Reed R. Kathrein
  reedk@lerachlaw.com
  e_file_sf@lerachlaw.com;
  e_file_sd@lerachlaw.com

- John G. Kester
  jkester@wc.com
  ddwilliams@wc.com

- Michael M. Markman
  mmarkman@hewm.com

- Gary E. Mason
  gmason@masonlawdc.com

- Corynne McSherry
  corynne@eff.org

- Maria V. Morris
  mariam@lerachlaw.com
  e_file_sf@lerachlaw.com

- Karl Olson
  ko@lrolaw.com amw@lrolaw.com

- Renee S. Orleans
  renee.orleans@usdoj.gov

- Clare Pastore
  cpastore@aclu-sc.org
  jbradberg@aclu-sc.org

- Laurence F. Pulgram
  lpulgram@fenwick.com
  mburt@fenwick.com

- Elizabeth I. Rogers
  elizabeth.rogers@wilmerhale.com
  rebecca.mcnew@wilmerhale.com

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

550923.1   4   MDL Docket No. 06-1791 VRW
CERTIFICATE OF SERVICE- SUBSTITUTION OF ATTORNEY

- John Andrew Rogovin
  john.rogovin@wilmerhale.com

- Steven Edward Schwarz
  stevenschwarz23@yahoo.com

- W. Russell Sipes
  wrs@lgrslaw.com sg@lgrslaw.com

- Jacob R. Sorensen
  jake.sorensen@pillsburylaw.com

- Tze Lee Tien
  tien@eff.org
  jason@eff.org;vkhall@aol.com;
  eff-mdl@eff.org

- James Samuel Tyre
  jstyre@jstyre.com jstyre@eff.org

- Bert Voorhees
  bv@tvlegal.com

- Richard Roy Wiebe
  wiebe@pacbell.net

- Matthew J. Zevin
  mzevin@smi-law.com

- Shana Eve Scarlett
  shanas@lerachlaw.com
  e_file_sd@lerachlaw.com;
  e_file_sf@lerachlaw.com

- Eric Alan Shumsky
  eshumsky@sidley.com

- Michael W. Sobol
  msobol@lchb.com

- Andrew H Tannenbaum
  andrew.tannenbaum@usdoj.gov

- Theresa M. Traber, Esq
  tmt@tvlegal.com

- Marc Van Der Hout
  ndca@vblaw.com

- Joshua Graeme Whitaker
  joshuawhitaker@griffinwhitaker.com
  griffinwhitaker@griffinwhitaker.com

- Shira R Yoshor
  shira.yoshor@bakerbotts.com

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

550923.1

5

MDL Docket No. 06-1791 VRW

CERTIFICATE OF SERVICE- SUBSTITUTION OF ATTORNEY

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

| | |
|---|---|
| **Bruce Ira Afran**<br>Bruce Afran, Attorney at Law\|<br>10 Braeburn Drive<br>Princeton, NJ 08540 | **James M. Carlson**<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602 |
| **Stephen E. Arthur**<br>Harrison & Moberly<br>135 North Pennsylvania Street, Suite 2100<br>Indianapolis, IN 46204 | **David R. Carpenter**<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |
| **Ron Antosko**<br>**Darrell Lee Barger**<br>Hartline Dacus Barger Dreyer & Kern<br>800 N. Shoreline Blvd, Suite 2000N<br>Corpus Christi, TX 78401 | **Edward Morgan Carstarphen, III**<br>Ellis Carstearphen et al<br>5847 San Felipe, Suite 1900<br>Houston, TX 77057 |
| **Todd C. Barnes**<br>George & Sipes<br>156 East Market Street, Suite 600<br>Indianapolis, IN 46204 | **Catherine J. Casey**<br>DLA Piper Rudnick Gray Cary US LLP<br>203 North LaSalle Street, #1900<br>Chicago, IL 60601 |
| **Raymond A. Basile**<br>Harrison & Moberly<br>135 North Pennsylvania, Suite 2100<br>Indianapolis, IN 46204 | **James E. Chadden, Sr.**<br>**Myron M. Cherry**<br>Cherry & Flynn<br>30 North LaSalle St. #2300<br>Chicago, IL 60602 |
| **Daniel J. Becka**<br>Beigel Schy Lasky Rifkind Goldberg & Fertik Ltd<br>311 So Wacker Dr 65th Flr<br>Chicago, IL 60606 | **Kalea Seitz Clark**<br>Wilmer Cutler Pickering Hale and Door LLC<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006 |
| **Marc Oliver Beem**<br>Miller Shakman & Hamilton, LLP<br>180 North LaSalle Street, Suite 3600<br>Chicago, IL 60601 | **Amato A. DeLuca**<br>DeLuca & Weizenbaum, Ltd.<br>199 North Main Street<br>Providence, RI 02903 |
| **John Beisner**<br>O'Melveny & Myers LLP<br>555 13th Street, N.W.<br>Suite 500 West<br>Washington, DC 20004-1109 | **Nancy Scott Degan**<br>Baker Donelson Bearman Caldwell & Berkowitz, PC<br>201 St. Charle Avenue, Suite 3600<br>New Orleans, LA 70170 |
| **Matthew Phineas Bergman**<br>Law Office of Matthew Bergman<br>705 2nd Avenue, Suite 1601<br>Seattle, WA 98104 | **Michael D. Donovan**<br>Law Offices of Michael D. Donovan<br>1608 Walnut Street, Suite 1400<br>Philadelphia, PA 19103 |

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

550923.1     6     MDL Docket No. 06-1791 VRW
CERTIFICATE OF SERVICE- SUBSTITUTION OF ATTORNEY

| | | |
|---|---|---|
| 1 | Steven K. Blackhurst<br>Ater Wynne Hewitt Dodson & Skerritt<br>222 S.W. Columbia Ste 1800<br>Portland, OR 97201-6618 | Val Patrick Exnicios<br>Liska Exnicios & Nungesser<br>One Canal Place<br>365 Canal Street<br>New Orleans, LA 70130 |
| 4 | Ari Y. Brown<br>Bergman & Frockt<br>705 Second Avenue, Suite 1601<br>Seattle, WA 98104 | Tyrone C. Fahner<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 |
| 6 | Daniel Martin Feeney<br>Miller Shakman & Beem LLP<br>180 North LaSalle Street, Suite 3600<br>Chicago, IL 60601 | Daniel N. Gall<br>c/o Luna Innocations<br>2851 Commerce Street<br>Blacksburg, VA 24060 |
| 9 | Sheila Marie Finnegan<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 | Linda S. George<br>Laudig George Rutherford & Sipes<br>156 East Market Street, Suite 600<br>Indianapolis, IN 46204 |
| 11 | Jodi W. Flowers<br>Motley Rice, LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 | John Richard Gillespie<br>Broad & Cassel<br>100 SE 3rd Avenue, Suite 2700<br>One Financial Plaza<br>Fort Lauderdale, FL 33394 |
| 14 | Amy Collins Fontenot<br>Liska, Exnicios & Nungesser<br>One Canal Place<br>365 Canal Street, Suite 2290<br>New Orleans, LA 70130 | Cary Neal Goldberg<br>Law Offices of Cary N. Goldberg<br>30 North LaSalle Street, Suite 2300<br>Chicago, IL 60602 |
| 17 | F. Larkin Fore<br>Fore, Miller & Schwartz<br>200 S. Fifth Street<br>Suite 700N, First Trust Centre<br>Louisville, KY 40202-3204 | M. Norman Goldberger<br>Wolf Block Schorr and Solis-Cohen, LLP<br>1650 Arch Street, 22nd Floor<br>Philadelphia, PA 19103 |
| 20 | Sarah M. Fore<br>Fore, Miller & Schwartz<br>200 S. Fifth Street<br>Suite 700N, First Trust Centre<br>Louisville, KY 40202-3204 | Edward Nelson Griffin<br>Griffin Whitaker LLP<br>8730 Georgia Avenue, Suite LL100<br>Silver Spring, MD 20910 |
| 23 | Zachary J. Freeman<br>Miller Shakman & Beem LLP<br>180 N. La Salle Street, Suite 3600<br>Chicago, IL 60601 | Mark E. Guzzi<br>271 Providence Oaks Circle<br>Alpharetta, GA 30004 |
| 25 | Susan A. Freiwald<br>USF School of LAW<br>2130 Fulton St<br>San Francisco, CA 94117 | F. Thomas Hecht<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602 |

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

550923.1        7        MDL Docket No. 06-1791 VRW
CERTIFICATE OF SERVICE- SUBSTITUTION OF ATTORNEY

| | | |
|---|---|---|
| 1 | Albert L. Frevola, Jr.<br>Gordon Hargrove & James<br>2400 East Commercial Blvd., Suite 1100<br>Fort Lauderdale, FL 33308-3092 | William J. Heller<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>P.O. Box 652<br>Newark, NJ 07102-0652 |
| | Michael R. Fruehwald<br>Barnes & Thornburg<br>11 South Meridian Street<br>Indianapolis, IN 46204-3535 | Andrew W. Hull<br>Hoover Hull LLP<br>111 Monument Circle, Suite 4400<br>P.O. Box 44989<br>Indianapolis, IN 46244-0989 |
| | Jason L. Fulk<br>Hoover Hull LLP<br>111 Monument Circle, Suite 4400<br>P.O. Box 44989<br>Indianapolis, IN 46244-0989 | Anthony D. Irpino<br>Irpino Law Firm<br>365 Canal Street, 22nd Floor<br>New Orleans, LA 70130 |
| | Joseph G. Jevic, III<br>St. Martin & Williams<br>4084 Highway 311<br>P.O. Box 2017<br>Houma, LA 70361-2017 | Leondra Kruger<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania NW Avenue<br>Washington, DC 20006-3642 |
| | Philip J. John, Jr.<br>Baker & Botts<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX 77002 | Melanie G. Lagarde<br>St. Martin & Williams<br>4084 Highway 311<br>Houma, LA 70360 |
| | C. J. Johnson<br>Kalkstein Law Firm<br>P.O. Box 8568<br>Missoula, MT 59807 | Stephen Laudig<br>2440 Campus Road, #429<br>Honolulu, HI 96822 |
| | Kelly Overstreet Johnson<br>215 S. Monroe Street, Suite 400<br>P.O. Box 11300<br>Tallahassee, FL 32302 | David L. Lawson<br>Sidley Austin Brown & Wood<br>172 Eye Street, N.W.<br>Washington, DC 20006 |
| | Joshua Karsh<br>Gessler Hughes Piers Resnick & Dym Ltd.<br>Three First National Plaza<br>70 West Madison Street, Suite 4000<br>Chicago, IL 60602 | Roger L. Mandel<br>Stanley Mandel & Iola LLP<br>3100 Monticello Ave<br>Suite 750<br>Dallas, TX 75205 |
| | Peter D. Keisler<br>United States Department of Justice<br>Assistant Attorney General<br>20 Massachusetts Avenue, NW<br>Room 7312<br>Washington, DC 20530 | Lori McAllister<br>Dykema Gossett PLLC<br>201 Townsend Street, Suite 900<br>Lansing, MI 48933 |

| | | |
|---|---|---|
| 1 | Andrew Kierstead<br>1001 S.W. Fifth Avenue<br>Suite 1100<br>Portland, OR 97204 | Howard A. Merten<br>Partridge, Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI 02903 |
| 3 | Jonathan D. King<br>DLA Piper Rudnick Gray Cary US LLP<br>203 North LaSalle Street, #1900<br>Chicago, IL 60601-1293 | Donald A. Migliori<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 |
| 6 | Michael E. Kipling<br>Kipling Law Group PLLC<br>3601 Fremont Avenue N.<br>Suite 414<br>Seattle, WA 98103 | Alice McKenzie Morical<br>Hoover Hull LLP<br>111 Monument Circle, Suite 4400<br>P.O. Box 44989<br>Indianapolis, IN 46244-0989 |
| 9 | Joseph R. Knight<br>Baker Botts LLP<br>98 San Jacinto Blvd., Suite 1500<br>Austin, TX 78701-4039 | Randolph D. Moss<br>Wilmer, Cutler, Pickering, Hale & Dorr LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006 |
| 11 | Clinton A. Krislov<br>Krislov & Associates, Ltd.<br>20 North Wacker Drive<br>Suite 1350<br>Chicago, IL 60606 | Michael C. O'Malley<br>Siben & Siben, LLP<br>90 East Main Street<br>BayShore, NY 11706 |
| 14 | Michele L. Odorizzi<br>Mayer Brown Rowe & Maw<br>190 South LaSalle Street<br>Chicago, IL 60603 | Mark Schlosberg<br>American Civil Liberties Union Fndt.<br>1663 Mission Street, Suite 460<br>San Francisco, CA 94103 |
| 16 | Wendy Sangbee Park<br>Roger Baldwin Foundation of ACLU, Inc.<br>180 North Michigan Avenue<br>Suite 2300<br>Chicago, IL 60601 | Eric Schneider<br>1730 South Federal Hwy. #104<br>Delray Beach, FL 33483 |
| 19 | Robert J. Patterson<br>Watts Law Firm LLP<br>555 N. Carancahua Street<br>Twr II Bldg 14th Floor<br>Corpus Christi, TX 78401 | Adam D. Schwartz<br>Roger BaldwinFoundation of ACLU, Inc.<br>180 North Michigan Avenue, Suite 2300<br>Chicago, IL 60601-7401 |
| 22 | Paul Lee Peyronnin<br>Baker Donelson Bearman Caldwell & Berkowitz, PC<br>201 St. Charles Ave., Suite 3600<br>New Orleans, LA 70170 | Christopher A. Slater<br>Slater & Ross<br>1 S.W. Columbia Street, Suite 1850<br>Portland, OR 97258 |
| 24 | Michael James Philippi<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602 | Christopher Soriano<br>Wolf Block Schorr and Solis-Cohen, LLP<br>1650 Arch Street<br>Philadelphia, PA 19103 |

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

550923.1                                                   9                                   MDL Docket No. 06-1791 VRW
CERTIFICATE OF SERVICE- SUBSTITUTION OF ATTORNEY

| | | |
|---|---|---|
| 1 | Richard Radke, Jr.<br>Kluczynski, Girtz & Bogelzang<br>Suite 400<br>Grand Rapids, MI 49503 | Michael A. St. Pierre<br>Revens Revens & St. Pierre<br>946 Centerville Road<br>Warwick, RI 02886 |
| 3 | Jason S. Ritchie<br>Holland & Hart<br>P.O. Box 639<br>Billings, MT 59103 | Donald A. Statland<br>Attorney at Law<br>55 West Monroe St. Ste 1200<br>Chicago, IL 60603 |
| 6 | Harry Rosenberg<br>Phelps Dunbar, LLP<br>Canal Place<br>365 Canal Street, Suite 2000<br>New Orleans, LA 70130-6534 | Lauren A. Stern<br>Steven Chung & Associates LLC<br>841 Bishop St., Suite 400<br>Honolulu, HI 96813 |
| 9 | Michael J. Ross<br>Slater Ross<br>1850 Benjamin Franklin Plaza<br>1 S.W. Columbia Street<br>Portland, OR 97258 | David H. Sternlieb<br>Shapiro & Sternlieb, LLC<br>800 Tennent Road<br>Manalapan, NJ 07726 |
| 12 | William A. Rossbach<br>Rossbach & Whiston<br>401 North Washington Street<br>P.O. Box 8988<br>Missoula, MT 59807-8988 | A. David Stippler<br>Bingham McHale, LLP<br>2700 Market Tower<br>10 West Market Street<br>Indianapolis, IN 46204 |
| 15 | Alan Norris Salpeter<br>Mayer, Brown, Rowe & Maw<br>190 South LaSalle Street<br>Chicago, IL 60603 | Ted W. Stroud<br>Oade Stroud & Kleiman PC<br>200 Woodland Pass<br>P.O. Box 1296<br>East Lansing, MI 48826-1296 |
| 18 | Ronald P. Schiller<br>DLA Piper Rudnick Gray Cary US LLP<br>One Liberty Place, Suite 4900<br>1650 Market Street<br>Philadelphia, PA 19103 | Brendan V. Sullivan<br>Williams & Connolly<br>725 12th St N.W.<br>Washington, DC 20005 |
| 21 | John Joseph Tanner<br>Baker & Daniels<br>300 North Meridian Street<br>Indianapolis, IN 46204 | Paul A. Wolfla<br>Baker & Daniels<br>300 North Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204 |
| 24 | M. Stephen Turner<br>Broad & Cassel<br>215 South Monroe Street, Suite 400<br>P.O. Box 11300<br>Tallahassee, FL 32302 | Martin Woodward<br>Stanley, Mandel & Iola, LLP<br>3100 Monticello Avenue, Suite 750<br>Dallas, TX 75205 |
| 26 | Marc Ver Der Hout<br>Ver Der Hout & Brigagliano<br>180 Sutter Street, 5th Floor<br>San Francisco, CA 94123 | Matthew A. Woolf<br>Baker Donelson Bearman Caldwell & Berkowitz, PC<br>201 St. Charles Ave., Suite 3600<br>New Orleans, LA 70170 |

| | |
|---|---|
| William Joel Vander Vliet<br>Krislov & Associates<br>20 North Wacker Drive, Suite 1350<br>Chicago, IL 60606 | Jacie C. Zolna<br>Myron M. Cherry & Associates<br>30 North LaSalle Street, Suite 2300<br>Chicago, IL 60602 |

Nicholas Wagner
Law Offices of Wagner & Jones
1111 East Herndon, Suite 317
Fresno, CA 93720

Thomas P. Walsh
United States Attorney's Office NDIL
219 South Dearborn Street, Suite 500
Chicago, IL 60604

Peter Wasylyk
Law Offices of Peter Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

Mikal C. Watts
Watts Law Firm, LLP
Bank of America Plaza
300 Convent Street, Suite 100
San Antonio, TX 78205

Brian W. Welch
Bingham McHale, LLP
10 West Market Street
Market Tower, Suite 2700
Indianapolis, IN 46204

John C. Whitfield
Whitfield & Cox PSC
29 East Center Street
Madisonville, KY 42431

Conrad S.P. Williams, III
St. Martin, Williams & Bourque
P.O. Box 2017
Houma, LA 70361

Daniel D. Williams
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

Anthony J. Zarillo, Jr.
Courter, Kobert & Cohen, PC
1001 Route 517
Hackettstown, NJ 07840

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

550923.1                                     11                       MDL Docket No. 06-1791 VRW
CERTIFICATE OF SERVICE- SUBSTITUTION OF ATTORNEY