PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
RENEE S. ORLEANS
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
Fax:    (202) 616-8470
*Attorneys for Federal Defendants in their Official Capacities
and Federal Intervenor-Defendants (United States of America,
National Security Agency, President George W. Bush)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | No. M:06-cv-01791-VRW<br><br>**ERRATA TO NOTICE OF MOTION OF UNITED STATES FOR A STAY PENDING DISPOSITION OF INTERLOCUTORY APPEAL IN** ***HEPTING v. AT&T CORP.***<br><br>Judge: Hon. Vaughn R. Walker<br>Date: January 11, 2007<br>Time: 2:00 p.m.<br>Courtroom: 6, 17th Floor |

# ERRATA TO NOTICE OF MOTION TO STAY PROCEEDINGS PENDING APPEAL

Please note that there is a typographical error in the Notice of the United States' Motion to Stay Proceedings Pending Appeal. The motion should have been noticed for Thursday, January 11, **2007**, at 2:00 p.m. (or any earlier date set by the Court), not January 11, **2006**.

Dated: November 9, 2006

                        Respectfully submitted,

                        PETER D. KEISLER
                        Assistant Attorney General, Civil Division

                        CARL J. NICHOLS
                        Deputy Assistant Attorney General

                        DOUGLAS N. LETTER
                        Terrorism Litigation Counsel

                        JOSEPH H. HUNT
                        Director, Federal Programs Branch

                        *s/ Anthony J. Coppolino*
                        ANTHONY J. COPPOLINO
                        Special Litigation Counsel
                        tony.coppolino@usdoj.gov

                        RENÉE S. ORLEANS
                        ANDREW H. TANNENBAUM
                        ALEXANDER K. HAAS
                        Trial Attorneys
                        U.S. Department of Justice
                        Civil Division, Federal Programs Branch
                        20 Massachusetts Avenue, NW
                        Washington, D.C. 20001
                        Phone: (202) 514-4782
                        Fax:   (202) 616-8470

                        *Attorneys for Federal Defendants in their Official Capacities and Federal Intervenor-Defendants (United States of America, National Security Agency, President George W. Bush)*