PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
RENEE S. ORLEANS
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
Fax:    (202) 616-8470
*Attorneys for Federal Defendants in their Official Capacities
and Federal Intervenor-Defendants (United States of America,
National Security Agency, President George W. Bush)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | No. M:06-cv-01791-VRW<br><br>**CERTIFICATE OF SERVICE OF MOTION BY THE UNITED STATES TO STAY PROCEEDINGS**<br><br>Judge:    Hon. Vaughn R. Walker<br>Courtroom: 6, 17th Floor |

Certificate of Service of Motion to Stay

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2006, the Notice of Motion and Motion of the United States to Stay Proceedings Pending Appeal, and the Errata to the Notice of Motion were served by first class mail upon the following counsel:

Bruce Afran, Attorney at Law
10 Braeburn Drive
Princeton, NJ 08540

Stephen E. Arthur
Harrison & Moberly
135 North Pennylvania Street
Suite 2100
Indianapolis, IN 46204

Darrell Lee Barger
800 N. Shoreline Blvd.
Suite 2000N
Corpus Christi, TX 78401

Todd C. Barnes
George & Sipes
156 East Market Street
Suite 600
Indianapolis, IN 46204

Raymond A. Basile
Harrison & Moberly
135 North Pennsylvania
Suite 2100
Indianapolis, IN 46204

Daniel J. Becka
Beigel Schy Lasky Rifkind
Goldberg & Fertik Ltd
311 So Wacker Dr 65th Flr
Chicago, IL 60606

Marc Oliver Beem
Miller Shakman &
Hamilton, LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

John Beisner
O'Melveny & Myers LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004-1109

Matthew Phineas Bergman
Law Office of Matthew Bergman
705 2nd Avenue
Suite 1601
Seattle, WA 98104

Steven K. Blackhurst
Ater Wynne Hewitt
Dodson & Skerritt
222 S.W. Columbia Ste 1800
Portland, OR 97201-6618

Ari Y. Brown
Bergman & Frockt
705 Second Avenue
Suite 1601
Seattle, WA 98104

James M. Carlson
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

David R. Carpenter
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Edward Morgan
Carstarphen , III
Ellis Carstearphen et all
5847 San Felipe
Suite 1900
Houston, TX 77057

Catherine J. Casey
DLA Piper rudnick Gray
Cary US LLP
203 North LaSalle Street
#1900
Chicago, IL 60601

Myron M. Cherry
Cherry & Flynn
30 North LaSalle St. #2300
Chicago, IL 60602

Kalea Seitz Clark
Wilmer Cutler Pickering
Hale and Door LLC
1875 Pennsylvania
Avenue, NW
Washington, DC 20006

Amato A. DeLuca
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Nancy Scott Degan
Baker Donelson Bearman
Caldwell & Berkowitz, PC
201 St. Charle Avenue
Suite 3600
New Orleans, LA 70170

Michael D. Donovan
Law Offices of Michael D.
Donovan
1608 Walnut Street
Suite 1400
Philadelphia, PA 19103

Val Patrick Exnicios
Liska Exnicios & Nungesser
One Canal Place
365 Canal Street
New Orleans, LA 70130

Tyrone C. Fahner
Mayer, Brown, Rowe &
Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Daniel Martin Feeney
Miller Shakman & Beem LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

**Certificate of Service of Motion to Stay**

| | | |
|---|---|---|
| Sheila Marie Finnegan<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 | Jason L. Fulk<br>Hoover Hull LLP<br>111 Monument Circle<br>Suite 4400<br>P.O. Box 44989<br>Indianapolis, IN 46244-0989 | William J. Heller<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>P.O. Box 652<br>Newark, NJ 07102-0652 |
| Jodi W. Flowers<br>Motley Rice, LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 | Daniel N. Gall<br>c/o Luna Innocations<br>2851 Commerce STreet<br>Blacksburg, VA 24060 | Andrew W. Hull<br>Hoover Hull LLP<br>111 Monument Circle<br>Suite 4400<br>P.O. Box 44989<br>Indianapolis, IN 46244-0989 |
| Amy Collins Fontenot<br>Liska, Exnicios & Nungesser<br>One Canal Place<br>365 Canal Street<br>Suite 2290<br>New Orleans, LA 70130 | Linda S. George<br>Laudig George Rutherford & Sipes<br>156 East Market Street<br>Suite 600<br>Indianapolis, IN 46204 | Anthony D. Irpino<br>Irpino Law Firm<br>365 Canal Street<br>22nd Floor<br>New Orleans, LA 70130 |
| F. Larkin Fore<br>Fore, Miller & Schwartz<br>200 S. Fifth Street<br>Suite 700N, First Trust Centre<br>Louisville, KY 40202-3204 | John Richard Gillespie<br>Broad & Cassel<br>100 SE 3rd Avenue<br>Suite 2700<br>One Financial Plaza<br>Fort Lauderdale, FL 33394 | Joseph G. Jevic, III<br>St. Martin & Williams<br>4084 Highway 311<br>P.O. Box 2017<br>Houma, LA 70361-2017 |
| Sarah M. Fore<br>Fore, Miller & Schwartz<br>200 S. Fifth Street<br>Suite 700N, First Trust Centre<br>Louisville, KY 40202-3204 | Cary Neal Goldberg<br>Law Offices of Cary N. Goldberg<br>30 North LaSalle Street<br>Suite 2300<br>Chicago, IL 60602 | Philip J. John, Jr<br>Baker & Botts<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX 77002 |
| Zachary J. Freeman<br>Miller Shakman & Beem LLP<br>180 N. La Salle Street<br>Suite 3600<br>Chicago, IL 60601 | M. Norman Goldberger<br>Wolf Block Schorr and Solis-Cohen, LLP<br>1650 Arch Street<br>22nd Floor<br>Philadelphia, PA 19103 | C. J. Johnson<br>Kalkstein Law Firm<br>P.O. Box 8568<br>Missoula, MT 59807 |
| Susan A. Freiwald<br>USF School of Law<br>2130 Fulton St<br>San Francisco, CA 94117 | Edward Nelson Griffin<br>Griffin Whitaker LLP<br>8730 Georgia Avenue<br>Suite LL100<br>Silver Spring, MD 20910 | Kelly Overstreet Johnson<br>215 S. Monroe Street<br>Suite 400<br>P.O. Box 11300<br>Tallahassee, FL 32302 |
| Albert L. Frevola, Jr<br>Gordon Hargrove & James<br>2400 East Commercial Blvd.<br>Suite 1100<br>Fort Lauderdale, FL 33308-3092 | Mark E. Guzzi<br>271 Providence Oaks Circle<br>Alpharetta, GA 30004 | Joshua Karsh<br>Gessler Hughes Piers Resnick & Dym Ltd.<br>Three First National Plaza<br>70 West Madison Street, Suite 4000<br>Chicago, IL 60602 |
| Michael R. Fruehwald<br>Barnes & Thornburg<br>11 South Meridian Street<br>Indianapolis, IN 46204-3535 | F. Thomas Hecht<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602 | |

Certificate of Service of Motion to Stay

3

| | | |
|---|---|---|
| Andrew Kierstead<br>1001 S.W. Fifth Avenue<br>Suite 1100<br>Portland, OR 97204 | Lori McAllister<br>Dykema Gossett PLLC<br>201 Townsend Street<br>Suite 900<br>Lansing, MI 48933 | Paul Lee Peyronnin<br>Baker Donelson Bearman<br>Caldwell & Berkowitz, PC<br>201 St. Charles Ave.<br>Suite 3600<br>New Orleans, LA 70170 |
| Jonathan D. King<br>DLA Piper Rudnick Gray<br>Cary US LLP<br>203 North LaSalle Street<br>#1900<br>Chicago, IL 60601-1293 | Howard A. Merten<br>Partridge, Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI 02903 | Michael James Philippi<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602 |
| Michael E. Kipling<br>Kipling Law Group PLLC<br>3601 Fremont Avenue N.<br>Suite 414<br>Seattle, WA 98103 | Donald A. Migliori<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Richard Radke, Jr<br>Kluczynski, Girtz & Bogelzang<br>Suite 400<br>Grand Rapids, MI 49503 |
| Joseph R. Knight<br>Baker Botts LLP<br>98 San Jacinto Blvd.<br>Suite 1500<br>Austin, TX 78701-4039 | Alice McKenzie Morical<br>Hoover Hull LLP<br>111 Monument Circle<br>Suite 4400<br>P.O. Box 44989<br>Indianapolis, IN 46244-0989 | Jason S. Ritchie<br>Holland & Hart<br>P.O. Box 639<br>Billings, MT 59103 |
| Leondra Kruger<br>Wilmer Cutler Pickering<br>Hale & Dorr LLP<br>1875 Pennsylvania NW Avenue<br>Washington, DC 20006-3642 | Randolph D. Moss<br>Wilmer, Cutler, Pickering,<br>Hale & Dorr LLP<br>1875 Pennsylvania<br>Avenue, N.W.<br>Washington, DC 20006 | Harry Rosenberg<br>Phelps Dunbar, LLP<br>Canal Place<br>365 Canal Street<br>Suite 2000<br>New Orleans, LA 70130-6534 |
| Melanie G. Lagarde<br>St. Martin & Williams<br>4084 Highway 311<br>Houma, LA 70360 | Michael C. O'Malley<br>Siben & Siben, LLP<br>90 East Main Street<br>BayShore, NY 11706 | Michael J. Ross<br>Slater Ross<br>1850 Benjamin Franklin Plaza<br>1 S.W. Columbia Street<br>Portland, OR 97258 |
| Stephen Laudig<br>2440 Campus Road, #429<br>Honolulu, HI 96822 | Michele L. Odorizzi<br>Mayer Brown Rowe & Maw<br>190 South LaSalle Street<br>Chicago, IL 60603 | William A. Rossbach<br>Rossbach & Whiston<br>401 North Washington Street<br>P.O. Box 8988<br>Missoula, MT 59807-8988 |
| David L. Lawson<br>Sidley Austin Brown & Wood<br>172 Eye Street, N.W.<br>Washington, DC 20006 | Wendy Sangbee Park<br>Roger Baldwin Foundation<br>of ACLU, Inc.<br>180 North Michigan Avenue<br>Suite 2300<br>Chicago, IL 60601 | Alan Norris Salpeter<br>Mayer, Brown, Rowe & Maw<br>190 South LaSalle Street<br>Chicago, IL 60603 |
| Roger L. Mandel<br>Stanley Mandel & Iola LLP<br>3100 Monticello ave<br>Suite 750<br>Dallas, TX 75205 | Robert J. Patterson<br>Watts Law Firm LLP<br>555 N. Carancahua Street<br>Twr II Bldg 14th Floor<br>Corpus Christi, TX 78401 | Ronald P. Schiller<br>DLA Piper Rudnick Gray<br>Cary US LLP<br>One Liberty Place<br>Suite 4900<br>1650 Market Street<br>Philadelphia, PA 19103 |

**Certificate of Service of Motion to Stay**

4

| | | |
|---|---|---|
| Mark Schlosberg<br>American Civil Liberties Union Fndt.<br>1663 Mission Street, Suite 460<br>San Francisco, CA 94103 | Ted W. Stroud<br>Oade Stroud & Kleiman PC<br>200 Woodland Pass<br>P.O. Box 1296<br>East Lansing, MI 48826-1296 | Brian W. Welch<br>Bingham McHale, LLP<br>10 West Market Street<br>Market Tower, Suite 2700<br>Indianapolis, IN 46204 |
| Eric Schneider<br>1730 South Federal Hwy. #104<br>Delray Beach, FL 33483 | Brendan V. Sullivan<br>Williams & Connolly<br>725 12th St N.W.<br>Washington, DC 20005 | John C. Whitfield<br>Whitfield & Cox PSC<br>29 East Center Street<br>Madisonville, KY 42431 |
| Adam D. Schwartz<br>Roger Baldwin Foundation of ACLU, Inc.<br>180 North Michigan Avenue<br>Suite 2300<br>Chicago, IL 60601-7401 | John Joseph Tanner<br>Baker & Daniels<br>300 North Meridian Street<br>Indianapolis, IN 46204 | Conrad S.P. Williams, III<br>St. Martin, Williams & Bourque<br>P.O. Box 2017<br>Houma, LA 70361 |
| Christopher A. Slater<br>Slater & Ross<br>1 S.W. Columbia Street<br>Suite 1850<br>Portland, OR 97258 | M. Stephen Turner<br>Broad & Cassel<br>215 South Monroe Street<br>Suite 400<br>P.O. Box 11300<br>Tallahassee, FL 32302 | Daniel D. Williams<br>Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005 |
| Christopher Soriano<br>Wolf Block Schorr and Solis-Cohen, LLP<br>1650 Arch Street<br>Philadelphia, PA 19103 | Marc Ver Der Hout<br>Ver Der Hout & Brigagliano<br>180 Sutter Street, 5th Floor<br>San Francisco, CA 94123 | Paul A. Wolfla<br>Baker & Daniels<br>300 North Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204 |
| Donald A. Statland<br>Attorney at Law<br>55 West Monroe St<br>Ste 1200<br>Chicago, IL 60603 | William Joel Vander Vliet<br>Krislov & Associates<br>20 North Wacker Drive<br>Suite 1350<br>Chicago, IL 60606 | Martin Woodward<br>Stanley, Mandel & Iola, LLP<br>3100 Monticello Avenue<br>Suite 750<br>Dallas, TX 75205 |
| Lauren A. Stern<br>Steven Chung & Associates LLC<br>841 Bishop St.<br>Suite 400<br>Honolulu, HI 96813 | Nicholas Wagner<br>Law Offices of Wagner & Jones<br>1111 East Herndon, Suite 317<br>Fresno, CA 93720 | Matthew A. Woolf<br>Baker Donelson Bearman Caldwell & Berkowitz, PC<br>201 St. Charles Ave.<br>Suite 3600<br>New Orleans, LA 70170 |
| David H. Sternlieb<br>Shapiro & Sternlieb, LLC<br>800 Tennent Road<br>Manalapan, NJ 07726 | Peter Wasylyk<br>Law Offices of Peter Wasylyk<br>1307 Chalkstone Avenue<br>Providence, RI 02908 | Anthony J. Zarillo, Jr<br>Courter, Kobert & Cohen, PC<br>1001 Route 517<br>Hackettstown, NJ 07840 |
| A. David Stippler<br>Bingham McHale, LLP<br>2700 Market Tower<br>10 West Market Street<br>Indianapolis, IN 46204 | Mikal C. Watts<br>Watts Law Firm, LLP<br>Bank of America Plaza<br>300 Convent Street<br>Suite 100<br>San Antonio, TX 78205 | Jacie C. Zolna<br>Myron M. Cherry & Associates<br>30 North LaSalle Street<br>Suite 2300<br>Chicago, IL 60602 |

**Certificate of Service of Motion to Stay**

5

In addition, on November 8, 2006, the foregoing documents were served through the Court's Electronic Case Filing System on the following counsel:

Timothy L. Alger
timalger@quinnemanuel.com,
albertvillamil@quinnemanuel.com

Marc H. Axelbaum
marc.axelbaum@pillsburylaw.com

Kevin Stuart Bankston
bankston@eff.org

Alexander E Barnett
abarnett@masonlawdc.com,
mdicocco@masonlawdc.com

Timothy M. Bechtold
tim@rossbachlaw.com

Bradford Allan Berenson
bberenson@sidley.com,
vshort@sidley.com

E. Garth Black
GBlack@cwclaw.com

John David Blair-Loy
dblairloy@aclusandiego.org

Brian Matthew Boynton
brian.boynton@wilmerhale.com

Ann Brick
abrick@aclunc.org,
lcerri@aclunc.org

James J. Brosnahan
jbrosnahan@mofo.com,
bkeaton@mofo.com

D. Douglas Brothers
dbrothers@georgeandbrothers.com,
receptionist@georgeandbrothers.com

Thomas R. Burke
thomasburke@dwt.com,
natashamajorko@dwt.com

David William Carpenter
dcarpenter@sidley.com,
efilingnotice@sidley.com

Cindy Ann Cohn
cindy@eff.org,
barak@eff.org,
rebecca@eff.org

Elena Maria DiMuzio
Elena.DiMuzio@hellerehrman.com

Jon B. Eisenberg
jon@eandhlaw.com

Peter Jay Eliasberg
peliasberg@aclu-sc.org,
ereyes@aclu-sc.org

Derek John Emge
derek@inthelaw.com

Bruce A. Ericson
bruce.ericson@pillsburylaw.com

Eric B. Fastiff
efastiff@lchb.com

James M. Finberg
JFinberg@lchb.com

Mark D. Flanagan
mark.flanagan@wilmerhale.com

Robert D. Fram
rfram@hewm.com,
mawilliams@hewm.com;
kim.sydorak@hellerehrman.com

Jeff D Friedman
JFriedman@lerachlaw.com

R. James George, Jr
rjgeorge@georgeandbrothers.com,
fjordan@georgeandbrothers.com

**Certificate of Service of Motion to Stay**

6

| | | |
|---|---|---|
| 1 | Jennifer Stisa Granick<br>jennifer@law.stanford.edu, | Edward Robert McNicholas<br>emcnicholas@sidley.com,<br>vshort@sidley.com |
| 2 | Terry Gross<br>terry@grossbelsky.com, | |
| 3 | | Corynne McSherry<br>corynne@eff.org |
| 4 | Harvey Michael Grossman<br>hgrossman@aclu-il.org,<br>rhughes@aclu-il.org | Candace J. Morey<br>cmorey@fenwick.com, |
| 5 | | |
| 6 | David K. Herzog<br>david.herzog@bakerd.com | Maria V. Morris<br>mariam@lerachlaw.com,<br>e_file_sf@lerachlaw.com |
| 7 | Robert Carl Hilliard<br>bobh@hilliardandmunoz.com,<br>dee@hilliardandmunoz.com | Roger R. Myers<br>roger.myers@hro.com,<br>adam.brezine@hro.com,<br>nancy.burnett@hro.com |
| 8 | | |
| 9 | Barry R. Himmelstein<br>bhimmelstein@lchb.com | |
| 10 | | Karl Olson<br>ko@lrolaw.com, amw@lrolaw.com |
| 11 | Eric A. Isaacson<br>erici@lerachlaw.com | |
| 12 | Samir Chandra Jain<br>samir.jain@wilmerhale.com,<br>alicia.hunt@wilmerhale.com | Kurt Opsahl kurt@eff.org |
| 13 | | Nicole A. Ozer<br>nozer@aclunc.org,<br>mpham@aclunc.org |
| 14 | Reed R. Kathrein<br>reedk@lerachlaw.com,<br>e_file_sf@lerachlaw.com,<br>e_file_sd@lerachlaw.com | |
| 15 | | Clare Pastore<br>cpastore@aclu-sc.org,<br>jbradberg@aclu-sc.org |
| 16 | | |
| 17 | Michael P. Kenny<br>mike.kenny@alston.com | Jacob B. Perkinson<br>jperkinson@jpclasslaw.com, |
| 18 | John G. Kester<br>jkester@wc.com, ddwilliams@wc.com | Laurence F. Pulgram<br>lpulgram@fenwick.com,<br>mburt@fenwick.com |
| 19 | | |
| 20 | Craig Allen Knot<br>cknot@sidley.com,<br>efilingnotice@sidley.com | Daniel John Richert<br>daniel.richert@pillsburylaw.com,<br>susan.hersom@pillsburylaw.com |
| 21 | | |
| 22 | Clinton Arthur Krislov<br>clint@krislovlaw.com,<br>ro@krislovlaw.com | Elizabeth I. Rogers<br>elizabeth.rogers@wilmerhale.com,<br>rebecca.mcnew@wilmerhale.com |
| 23 | | |
| 24 | Michael M. Markman<br>mmarkman@hewm.com | John Andrew Rogovin<br>john.rogovin@wilmerhale.com |
| 25 | Brian Martinez<br>brianmartinez@mofo.com | |
| 26 | | Shana Eve Scarlett<br>shanas@lerachlaw.com,<br>e_file_sd@lerachlaw.com;<br>e_file_sf@lerachlaw.com |
| 27 | Gary E. Mason<br>gmason@masonlawdc.com | |
| 28 | **Certificate of Service of Motion to Stay** | |

| | | |
|---|---|---|
| 1 | Steven Edward Schwarz<br>stevenschwarz23@yahoo.com | James Samuel Tyre<br>jstyre@jstyre.com,<br>jstyre@eff.org |
| 2 | Eric Alan Shumsky<br>eshumsky@sidley.com | |
| 3 | | Marc Van Der Hout<br>ndca@vblaw.com |
| 4 | W. Russell Sipes<br>wrs@lgrslaw.com,<br>sg@lgrslaw.com | Bert Voorhees<br>bv@tvlegal.com |
| 5 | | |
| 6 | Michael W. Sobol<br>msobol@lchb.com | Cyrus P. Wadia<br>Cwadia@cwclaw.com,<br>clee@cwclaw.com |
| 7 | Jacob R. Sorensen<br>jake.sorensen@pillsburylaw.com | |
| 8 | | Joshua Graeme Whitaker<br>joshuawhitaker@griffinwhitaker.com,<br>griffinwhitaker@griffinwhitaker.com |
| 9 | Michael Alan St. Pierre<br>mikesp@rrsplaw.com | |
| 10 | Tze Lee Tien | Richard Roy Wiebe<br>wiebe@pacbell.net, |
| 11 | tien@eff.org,<br>jason@eff.org, | Shira R Yoshor |
| 12 | vkhall@aol.com,<br>eff-mdl@eff.org | shira.yoshor@bakerbotts.com |
| 13 | Theresa M. Traber | Matthew J. Zevin<br>mzevin@smi-law.com |
| 14 | Esq tmt@tvlegal.com | |

<br><br>

                                                                                                                                            *s/ Andrew H. Tannenbaum*<br>
                                                              Andrew H. Tannenbaum<br>
                                                              Trial Attorney<br>
                                                             U.S. Department of Justice<br>
                                                             Civil Division, Federal Programs Branch<br>
                                                             P.O. Box 883<br>
                                                             20 Massachusetts Avenue, NW<br>
                                                             Washington, D.C. 20044

**Certificate of Service of Motion to Stay**