| | |
|---|---|
| 1 | WILLIAMS & CONNOLLY LLP |
| | Brendan V. Sullivan, Jr. (admitted pro hac vice) |
| 2 | John G. Kester |
| | Daniel D. Williams (admitted pro hac vice) |
| 3 | 725 Twelfth Street, N.W. |
| | Washington, DC 20005 |
| 4 | Telephone: (202) 434-5000 |
| | Facsimile: (202) 434-5029 |
| 5 | |
| 6 | Attorneys for Sprint Nextel Corporation, Nextel West Corp., Sprint Communications Company L.P. and Sprint Spectrum L.P. |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | MDL Dkt. No. 06-1791-VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | NOTICE OF APPEARANCE ON BEHALF OF SPRINT NEXTEL DEFENDANTS |
| This document relates to: | |
| ALL CASES | Courtroom: 6, 17th Floor |
| | Judge: Hon. Vaughn R. Walker |

Notice of Appearance
In re National Security Agency Telecommunications
Records Litigation, MDL Docket No. 06-1791-VRW

The Clerk will kindly enter the appearance of John G. Kester as counsel for Defendants Sprint Nextel Corporation, Nextel West Corp., Sprint Communications Company L.P. and Sprint Spectrum L.P. in the actions included in this MDL proceeding.[1]

Respectfully submitted,

/s/ John G. Kester
_____
WILLIAMS & CONNOLLY LLP
Brendan V. Sullivan, Jr. (admitted pro hac vice)
John G. Kester
Daniel D. Williams (admitted pro hac vice)
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Sprint Nextel Corporation, Nextel West Corp., Sprint Communications Company L.P. and Sprint Spectrum L.P.

November 10, 2006

---

[1] Brendan V. Sullivan, Jr. and Daniel D. Williams have been admitted pro hac vice in the Suchanek action but not in the other actions in this MDL proceeding.