| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | WILLIAMS & CONNOLLY LLP<br>Brendan V. Sullivan, Jr. (admitted pro hac vice)<br>John G. Kester<br>Daniel D. Williams (admitted pro hac vice)<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br><br>Attorneys for Sprint Nextel Corporation, Nextel West Corp.,<br>Sprint Communications Company L.P. and Sprint Spectrum L.P. |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Dkt. No. 06-1791-VRW<br><br>CERTIFICATE OF SERVICE<br><br><br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

On the 10th day of November, 2006, the Notice of Appearance on Behalf of Sprint Nextel Defendants was served on the following counsel by first class mail, postage prepaid:

| | |
|---|---|
| Bruce Ira Afran<br>10 Braeburn Drive<br>Princeton, NJ 08540 | Sidney M. Bach<br>5917 Constance Street<br>New Orleans, LA 70115 |
| Stephen E. Arthur<br>Harrison & Moberly<br>135 North Pennsylvania Street<br>Suite 2100<br>Indianapolis, IN 46204 | Darrell Lee Barger<br>800 N. Shoreline Blvd.<br>Suite 2000N<br>Corpus Christi, TX 78401 |

Certificate of Service 1
In re National Security Agency Telecommunications
Records Litigation, MDL Docket No. 06-1791-VRW

| | | |
|---|---|---|
| 1 | Todd C. Barnes<br>George & Sipes<br>156 East Market Street<br>Suite 600<br>Indianapolis, IN 46204 | David R. Carpenter<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |
| 2 | Raymond A. Basile<br>Harrison & Moberly<br>135 North Pennsylvania<br>Suite 2100<br>Indianapolis, IN 46204 | Edward M, Carstarphen, III<br>5847 San Felipe<br>Suite 1900<br>Houston, TX 77057 |
| 3 | Daniel J. Becka<br>Beigel Schy Lasky Rifkind Goldberg & Fertik Ltd<br>311 So Wacker Dr 65th Flr<br>Chicago, IL 60606 | Catherine J. Casey<br>DLA Piper Rudnick Gray Cary US LLP<br>203 North LaSalle Street<br>#1900<br>Chicago, IL 60601 |
| 4 | Marc Oliver Beem<br>Miller Shakman & Hamilton, LLP<br>180 North LaSalle Street<br>Suite 3600<br>Chicago, IL 60601 | Myron M. Cherry<br>Cherry & Flynn<br>30 North LaSalle St. #2300<br>Chicago, IL 60602 |
| 5 | John Beisner<br>O'Melveny & Myers LLP<br>555 13th Street, N.W.<br>Suite 500 West<br>Washington, DC 20004-1109 | Kalea Seitz Clark<br>Wilmer Cutler Pickering Hale and Door LLC<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006 |
| 6 | Matthew Phineas Bergman<br>Law Office of Matthew Bergman<br>705 2nd Avenue<br>Suite 1601<br>Seattle, WA 98104 | Amato A. DeLuca<br>DeLuca & Weizenbaum, Ltd.<br>199 North Main Street<br>Providence, RI 02903 |
| 7 | Steven K. Blackhurst<br>Ater Wynne Hewitt Dodson & Skerritt<br>222 S.W. Columbia Ste 1800<br>Portland, OR 97201-6618 | Nancy Scott Degan<br>Baker Donelson Bearman Caldwell & Berkowitz, PC<br>201 St. Charle Avenue<br>Suite 3600<br>New Orleans, LA 70170 |
| 8 | Ari Y. Brown<br>Bergman & Frockt<br>705 Second Avenue<br>Suite 1601<br>Seattle, WA 98104 | Michael D. Donovan<br>Law Offices of Michael D. Donovan<br>1608 Walnut Street<br>Suite 1400<br>Philadelphia, PA 19103 |
| 9 | James M. Carlson<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602 | Val Patrick Exnicios<br>Liska Exnicios & Nungesser<br>One Canal Place<br>365 Canal Street<br>New Orleans, LA 70130 |

| | | |
|---|---|---|
| 1 | Tyrone C. Fahner<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 | Albert L. Frevola, Jr.<br>Gordon Hargrove & James<br>2400 East Commercial Blvd.<br>Suite 1100<br>Fort Lauderdale, FL 33308-3092 |
| 2 | | |
| 3 | | |
| 4 | Daniel Martin Feeney<br>Miller Shakman & Beem LLP<br>180 North LaSalle Street<br>Suite 3600<br>Chicago, IL 60601 | Michael R. Fruehwald<br>Barnes & Thornburg<br>11 South Meridian Street<br>Indianapolis, IN 46204-3535 |
| 5 | | |
| 6 | | |
| 7 | Sheila Marie Finnegan<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 | Jason L. Fulk<br>Hoover Hull LLP<br>111 Monument Circle<br>Suite 4400<br>P.O. Box 44989<br>Indianapolis, IN 46244-0989 |
| 8 | | |
| 9 | | |
| 10 | Jodi W. Flowers<br>Motley Rice, LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 | Daniel N. Gall<br>c/o Luna Innocations<br>2851 Commerce STreet<br>Blacksburg, VA 24060 |
| 11 | | |
| 12 | | |
| 13 | Amy Collins Fontenot<br>Liska, Exnicios & Nungesser<br>One Canal Place<br>365 Canal Street<br>Suite 2290<br>New Orleans, LA 70130 | Linda S. George<br>Laudig George Rutherford & Sipes<br>156 East Market Street<br>Suite 600<br>Indianapolis, IN 46204 |
| 14 | | |
| 15 | | |
| 16 | F. Larkin Fore<br>Fore, Miller & Schwartz<br>200 S. Fifth Street<br>Suite 700N, First Trust Centre<br>Louisville, KY 40202-3204 | John Richard Gillespie<br>Broad & Cassel<br>100 SE 3rd Avenue<br>Suite 2700<br>One Financial Plaza<br>Fort Lauderdale, FL 33394 |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Sarah M. Fore<br>Fore, Miller & Schwartz<br>200 S. Fifth Street<br>Suite 700N, First Trust Centre<br>Louisville, KY 40202-3204 | Cary Neal Goldberg<br>Law Offices of Cary N. Goldberg<br>30 North LaSalle Street<br>Suite 2300<br>Chicago, IL 60602 |
| 21 | | |
| 22 | | |
| 23 | Zachary J. Freeman<br>Miller Shakman & Beem LLP<br>180 N. La Salle Street<br>Suite 3600<br>Chicago, IL 60601 | M. Norman Goldberger<br>Wolf Block Schorr and Solis-Cohen, LLP<br>1650 Arch Street<br>22nd Floor<br>Philadelphia, PA 19103 |
| 24 | | |
| 25 | | |
| 26 | Susan A. Freiwald<br>USF School of LAW<br>2130 Fulton St<br>San Francisco, CA 94117 | Edward Nelson Griffin<br>Griffin Whitaker LLP<br>8730 Georgia Avenue<br>Suite LL100<br>Silver Spring, MD 20910 |
| 27 | | |
| 28 | | |

Certificate of Service 3
In re National Security Agency Telecommunications
Records Litigation, MDL Docket No. 06-1791-VRW

| | | |
|---|---|---|
| 1 | Mark E. Guzzi<br>271 Providence Oaks Circle | Joshua Karsh<br>Gessler Hughes Piers Resnick & Dym Ltd. |
| 2 | Alpharetta, GA 30004 | Three First National Plaza<br>70 West Madison Street, Suite 4000 |
| 3 | F. Thomas Hecht | Chicago, IL 60602 |
| 4 | Ungaretti & Harris LLP<br>3500 Three First National Plaza | Peter D. Keisler |
| 5 | Chicago, IL 60602 | United States Department of Justice<br>Assistant Attorney General |
| 6 | William J. Heller<br>McCarter & English, LLP | 20 Massachusetts Avenue, NW<br>Room 7312 |
| 7 | Four Gateway Center<br>100 Mulberry Street | Washington, DC 20530 |
| 8 | P.O. Box 652<br>Newark, NJ 07102-0652 | Andrew Kierstead<br>1001 S.W. Fifth Avenue |
| 9 | Andrew W. Hull | Suite 1100<br>Portland, OR 97204 |
| 10 | Hoover Hull LLP<br>111 Monument Circle | Jonathan D. King |
| 11 | Suite 4400<br>P.O. Box 44989 | DLA Piper Rudnick Gray Cary US LLP<br>203 North LaSalle Street |
| 12 | Indianapolis, IN 46244-0989 | #1900<br>Chicago, IL 60601-1293 |
| 13 | Anthony D. Irpino<br>Irpino Law Firm | Michael E. Kipling |
| 14 | 365 Canal Street<br>22nd Floor | Kipling Law Group PLLC<br>3601 Fremont Avenue N. |
| 15 | New Orleans, LA 70130 | Suite 414<br>Seattle, WA 98103 |
| 16 | Joseph G. Jevic , III | |
| 17 | St. Martin & Williams<br>4084 Highway 311 | Joseph R. Knight<br>Baker Botts LLP |
| 18 | P.O. Box 2017<br>Houma, LA 70361-2017 | 98 San Jacinto Blvd.<br>Suite 1500 |
| 19 | Philip J. John , Jr | Austin, TX 78701-4039 |
| 20 | Baker & Botts<br>One Shell Plaza | Leondra Kruger<br>Wilmer Cutler Pickering Hale & Dorr LLP |
| 21 | 910 Louisiana Street<br>Houston, TX 77002 | 1875 Pennsylvania NW Avenue<br>Washington, DC 20006-3642 |
| 22 | | |
| 23 | C. J. Johnson<br>Kalkstein Law Firm | Melanie G. Lagarde<br>St. Martin & Williams |
| 24 | P.O. Box 8568<br>Missoula, MT 59807 | 4084 Highway 311<br>Houma, LA 70360 |
| 25 | Kelly Overstreet Johnson | Stephen Laudig |
| 26 | 215 S. Monroe Street<br>Suite 400 | 2440 Campus Road, #429<br>Honolulu, HI 96822 |
| 27 | P.O. Box 11300<br>Tallahassee, FL 32302 | David L. Lawson |
| 28 | | Sidley Austin Brown & Wood<br>172 Eye Street, N.W.<br>Washington, DC 20006 |

Certificate of Service 4
In re National Security Agency Telecommunications
Records Litigation, MDL Docket No. 06-1791-VRW

| | | |
|---|---|---|
| 1 | Roger L. Mandel<br>Stanley Mandel & Iola LLP<br>3100 Monticello Ave.<br>Suite 750<br>Dallas, TX 75205 | Wendy Sangbee Park<br>Roger Baldwin Foundation of ACLU, Inc.<br>180 North Michigan Avenue<br>Suite 2300<br>Chicago, IL 60601 |
| 4 | Lori McAllister<br>Dykema Gossett PLLC<br>201 Townsend Street<br>Suite 900<br>Lansing, MI 48933 | Robert J. Patterson<br>Watts Law Firm LLP<br>555 N. Carancahua Street<br>Twr II Bldg 14th Floor<br>Corpus Christi, TX 78401 |
| 7 | Howard A. Merten<br>Partridge, Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI 02903 | Paul Lee Peyronnin<br>Baker Donelson Bearman Caldwell &<br>Berkowitz, PC<br>201 St. Charles Ave.<br>Suite 3600<br>New Orleans, LA 70170 |
| 10 | Gerald Edward Meunier<br>Gainsburgh, Benjamin, David, Menunier &<br>Warshauer<br>Energy Centre<br>1100 Poydras Street<br>Suite 2800<br>New Orleans, LA 70163-2800 | Michael James Philippi<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602 |
| 14 | Donald A. Migliori<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Richard Radke , Jr<br>Kluczynski, Girtz & Bogelzang<br>Suite 400<br>Grand Rapids, MI 49503 |
| 17 | Alice McKenzie Morical<br>Hoover Hull LLP<br>111 Monument Circle<br>Suite 4400<br>P.O. Box 44989<br>Indianapolis, IN 46244-0989 | Jason S. Ritchie<br>Holland & Hart<br>P.O. Box 639<br>Billings, MT 59103 |
| 20 | Randolph D. Moss<br>Wilmer, Cutler, Pickering, Hale & Dorr LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006 | Harry Rosenberg<br>Phelps Dunbar, LLP<br>Canal Place<br>365 Canal Street<br>Suite 2000<br>New Orleans, LA 70130-6534 |
| 23 | Michael C. O'Malley<br>Siben & Siben, LLP<br>90 East Main Street<br>BayShore, NY 11706 | Michael J. Ross<br>Slater Ross<br>1850 Benjamin Franklin Plaza<br>1 S.W. Columbia Street<br>Portland, OR 97258 |
| 26 | Michele L. Odorizzi<br>Mayer Brown Rowe & Maw<br>190 South LaSalle Street<br>Chicago, IL 60603 | William A. Rossbach<br>Rossbach & Whiston<br>401 North Washington Street<br>P.O. Box 8988<br>Missoula, MT 59807-8988 |

Certificate of Service  5
In re National Security Agency Telecommunications
Records Litigation, MDL Docket No. 06-1791-VRW

| | |
|---|---|
| Alan Norris Salpeter<br>Mayer, Brown, Rowe & Maw<br>190 South LaSalle Street<br>Chicago, IL 60603 | A. David Stippler<br>Bingham McHale, LLP<br>2700 Market Tower<br>10 West Market Street<br>Indianapolis, IN 46204 |
| Ronald P. Schiller<br>DLA Piper Rudnick Gray Cary US LLP<br>One Liberty Place<br>Suite 4900<br>1650 Market Street<br>Philadelphia, PA 19103 | Ted W. Stroud<br>Oade Stroud & Kleiman PC<br>200 Woodland Pass<br>P.O. Box 1296<br>East Lansing, MI 48826-1296 |
| Mark Schlosberg<br>American Civil Liberties Union Fndt.<br>1663 Mission Street, Suite 460<br>San Francisco, CA 94103 | John Joseph Tanner<br>Baker & Daniels<br>300 North Meridian Street<br>Indianapolis, IN 46204 |
| Eric Schneider<br>1730 South Federal Hwy. #104<br>Delray Beach, FL 33483 | M. Stephen Turner<br>Broad & Cassel<br>215 South Monroe Street<br>Suite 400<br>P.O. Box 11300<br>Tallahassee, FL 32302 |
| Adam D. Schwartz<br>Roger Baldwin Foundation of ACLU, Inc.<br>180 North Michigan Avenue<br>Suite 2300<br>Chicago, IL 60601-7401 | Marc Ver Der Hout<br>Ver Der Hout & Brigagliano<br>180 Sutter Street, 5th Floor<br>San Francisco, CA 94123 |
| Christopher A. Slater<br>Slater & Ross<br>1 S.W. Columbia Street<br>Suite 1850<br>Portland, OR 97258 | William Joel Vander Vliet<br>Krislov & Associates<br>20 North Wacker Drive<br>Suite 1350<br>Chicago, IL 60606 |
| Christopher Soriano<br>Wolf Block Schorr and Solis-Cohen, LLP<br>1650 Arch Street<br>Philadelphia, PA 19103 | Nicholas Wagner<br>Law Offices of Wagner & Jones<br>1111 East Herndon, Suite 317<br>Fresno, CA 93720 |
| Donald A. Statland<br>Attorney at Law<br>55 West Monroe St<br>Ste 1200<br>Chicago, IL 60603 | Thomas P. Walsh<br>United States Attorney's Office NDIL<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604 |
| Lauren A. Stern<br>Steven Chung & Associates LLC<br>841 Bishop St.<br>Suite 400<br>Honolulu, HI 96813 | Peter Wasylyk<br>Law Offices of Peter Wasylyk<br>1307 Chalkstone Avenue<br>Providence, RI 02908 |
| David H. Sternlieb<br>Shapiro & Sternlieb, LLC<br>800 Tennent Road<br>Manalapan, NJ 07726 | |

Certificate of Service 6
In re National Security Agency Telecommunications
Records Litigation, MDL Docket No. 06-1791-VRW

| | |
|---|---|
| Mikal C. Watts<br>Watts Law Firm, LLP<br>Bank of America Plaza<br>300 Convent Street<br>Suite 100<br>San Antonio, TX 78205 | Paul A. Wolfla<br>Baker & Daniels<br>300 North Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204 |
| Brian W. Welch<br>Bingham McHale, LLP<br>10 West Market Street<br>Market Tower, Suite 2700<br>Indianapolis, IN 46204 | Matthew A. Woolf<br>Baker Donelson Bearman Caldwell &<br>Berkowitz, PC<br>201 St. Charles Ave.<br>Suite 3600<br>New Orleans, LA 70170 |
| John C. Whitfield<br>Whitfield & Cox PSC<br>29 East Center Street<br>Madisonville, KY 42431 | Anthony J. Zarillo , Jr<br>Courter, Kobert & Cohen, PC<br>1001 Route 517<br>Hackettstown, NJ 07840 |
| Conrad S.P. Williams, III<br>St. Martin, Williams & Bourque<br>P.O. Box 2017<br>Houma, LA 70361 | Jacie C. Zolna<br>Myron M. Cherry & Associates<br>30 North LaSalle Street<br>Suite 2300<br>Chicago, IL 60602 |

 /s/ John G. Kester
_____
John G. Kester