James P. Walsh (CA State Bar No. 184620)
Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: budwalsh@dwt.com
Email: thomasburke@dwt.com

Attorneys for Defendant CHARTER COMMUNICATIONS, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | Case No. MDL Dkt. No. 06-1791-VRW<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF ADAM S. CALDWELL TO APPEAR AND PARTICIPATE AS COUNSEL *PRO HAC VICE* |

Adam S. Caldwell, an active member in good standing of the bar of the State of Maryland, and the District of Columbia, as well as the federal district courts in those jurisdictions, whose business address and telephone number is Cole Raywid & Braverman, LLP; 1919 Pennsylvania Avenue, N.W., Suite 200, Washington, D.C. 20006; Phone No.: (202) 659-9750, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Charter Communications, Inc. in the above-entitled action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. Case No. MDL Dkt. *No. 06-1791-VRW*

SFO 352010v1 44586-1

shall constitute notice to the parties.  All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: November _____, 2006

_____
Hon. Vaughn R. Walker
United States District Court Judge