James P. Walsh (CA State Bar No. 184620)
Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        budwalsh@dwt.com
Email:        thomasburke@dwt.com

Attorneys for Defendant CHARTER COMMUNICATIONS, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | Case No. MDL Dkt. No. 06-1791-VRW<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF ELIZABETH A. DROGULA TO APPEAR AND PARTICIPATE AS COUNSEL *PRO HAC VICE* |

Elizabeth A. Drogula, an active member in good standing of the bar of the State of Maryland, whose business address and telephone number is Cole Raywid & Braverman, LLP; 1919 Pennsylvania Avenue, N.W., Suite 200, Washington, D.C. 20006; Phone No.: (202) 659-9750, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Charter Communications, Inc. in the above-entitled action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

shall constitute notice to the parties. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: November _____, 2006

_____
Hon. Vaughn R. Walker
United States District Court Judge