UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

### VAUGHN R. WALKER
United States District Chief Judge

**DATE:** November 17, 2006

**COURTROOM DEPUTY:** <u>Cora Delfin</u>     **Court Reporter:** <u>Connie Kuhl</u>

**MDL NO. 06-1791**
**In Re NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION AND ALL RELATED CASES**

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Cindy Cohn, Lee Tien | <u>AT&T</u> : Bruce Ericson, Bradford Berenson |
| Barry Himmelstein | Ann Brick, Harvey Grossman, |
| Laurence Pulgram | Edward McNicholas |
| Mark Guzzi, Peggy Whipple | <u>USA</u>: Carl Nichols, A. Coppolino |
| Jacob Perkinson | <u>TDS TELECOMM</u>: E Garth Black |
| Jon Eisenberg | Cyrus Wadia |
| | <u>VERIZON</u>: John Andrew Rogovin |
| | Samir Jain |
| | <u>BELL SOUTH:</u> Douglas Young |
| | Michael Kenny |
| | <u>SPRINT</u>: John Kester |
| | <u>COMCAST</u>: Christopher Soriano |
| | <u>CHARTER COMM</u>: Thomas Burke |

**PROCEEDINGS:**

The court heard argument on the following:
- (1) whether the government intends to assert the state secrets privilege in all of the cases transferred pursuant to MDL 1791;
- (2) whether plaintiffs intend to file consolidated/master complaints;
- (3) what issues in these cases may be resolved without implicating the state secrets privilege, if asserted;
- (4) what discovery may proceed and how it should be coordinated;
- (5) issues related to the plaintiffs' proposed organizational structure;

<u>RESULTS:</u>

The court also sets the following schedule:

| | |
|---|---|
| All parties to SHOW CAUSE in writing why the <u>Hepting</u> order should not apply to all cases and claims to which the government asserts the state secrets privilege | December 14, 2006 |
| Hearing on motions to remand brought by plaintiffs in <u>Riordan</u>, 06-3574, <u>Campbell</u>, 06-3596, <u>Chulsky</u>, 06-2530, and <u>Bready</u>, 06-6313 | December 21, 2006, at 2:00 pm |
| Hearing on media intervenors' motions to unseal documents in <u>Hepting</u>, 06-672 | December 21, 2006, at 2:00 pm |
| Master complaints to be served and filed by plaintiffs | January 8, 2007 |
| Hearing on the government's motion for a stay pending disposition of interlocutory appeal in <u>Hepting</u> | February 1, 2007, at 2:00 pm |
| Hearing on the court's order to SHOW CAUSE why the <u>Hepting</u> order should not apply to all cases and claims to which the government asserts the state secrets privilege | February 1, 2007, at 2:00 pm |