IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES<br>_____/ | MDL Docket No 06-1791 VRW<br><br>PRETRIAL ORDER No 1 |

     Having considered the comments and proposals of the parties presented at the initial case management conference held November 16, 2006, the court ORDERS:

(1) To act on behalf of plaintiffs with the responsibilities prescribed in plaintiffs' joint and agreed organization plan, Doc #58, the court designates:

    (a) as liaison counsel: Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP;

    (b) as co-lead coordinating counsel: Electronic Frontier Foundation (EFF) and American Civil Liberties Union of Illinois (ACLU-IL);

    (c) as interim class counsel: EFF; ACLU-IL; Lieff, Cabraser, Heinmann & Bernstein LLC; Motley Rice LLC; Liska, Exnicios & Nungesser; Bruce Afran & the Mayer Law Group;

Krislov & Associates, Ltd; Law Offices of Steven E Schwarz; Mason Law Firm and George & Brothers.

(2) The court also sets the following schedule:

| | |
|---|---|
| Hearing on motions to remand brought by plaintiffs in Riordan (06-3574) and Campbell (06-3596) | December 21, 2006, at 2:00 pm |
| Hearing on media intervenors' motions to unseal documents in Hepting (06-672) | December 21, 2006, at 2:00 pm |
| Master complaints to be served and filed by plaintiffs | January 8, 2007 |
| All parties to SHOW CAUSE in writing why the Hepting order should not apply to all cases and claims to which the government asserts the state secrets privilege | January 25, 2007 |
| Hearing on the government's motion for a stay pending disposition of the interlocutory appeal in Hepting | February 1, 2007, at 2:00 pm |
| Hearing on the court's order to SHOW CAUSE why the Hepting order should not apply to all cases and claims to which the government asserts the state secrets privilege | February 1, 2007, at 2:00 pm |

(3) Not later than December 15, 2006, counsel identified in (1) above shall identify the defendants that counsel will name in the master complaints to be filed on January 8, 2007.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge

2