MOTLEY RICE LLC
RONALD L. MOTLEY
    rmotley@motleyrice.com
JODI W. FLOWERS
    jflowers@motleyrice.com
DONALD MIGLIORI
    dmigliori@motleyrice.com
JAMES M. EVANGELISTA (JE 1246)
    jevangelista@motleyrice.com
ROBERT T. HAEFELE
    rhaefele@motleyrice.com
DAVID WORLEY
    dworley@motleyrice.com
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To:<br><br>*Electron Tubes Inc. v. Verizon Communications, et al.,*<br>No. C-06-6433-VRW | MDL Docket No 06-1791 VRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker |

Pursuant to Federal Rules of Civil Procedure 41(a)(1), Plaintiffs in the above-referenced action hereby voluntarily dismiss the following Defendant without prejudice from *Electron Tubes Inc v. Verizon Communications, et al.*, No. C-06-6433-VRW:

SPRINT NEXTEL CORPORATION

---

No. M-06-01791-VRW      NOTICE OF VOLUNTARY DISMISSAL

Dockets.Justia.com

| | | |
|---|---|---|
| 1 | Dated: San Francisco, California<br>November 29 2006 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/<br>Ronald L. Motley, Esq. (SC Bar #4123) |
| 4 | | Jodi Westbrook Flowers, Esq. (SC Bar #66300)<br>Donald A. Migliori, Esq. (RI Bar #4936) |
| 5 | | James M. Evangelista, Esq. (JE 1246)<br>Robert T. Haefele, Esq. (NJ-58293; PA-57937) |
| 6 | | David Worley, Esq.<br>MOTLEY RICE LLC |
| 7 | | 28 Bridgeside Boulevard<br>P.O. Box 1792 |
| 8 | | Mount Pleasant, South Carolina 29465<br>Telephone: (843) 216-9000 |
| 9 | | Facsimile: (843) 216-9450 |
| | | Attorneys for PLAINTIFFS |