1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON  #76342
2   DAVID L. ANDERSON  #149604
    JACOB R. SORENSEN  #209134
3   MARC H. AXELBAUM  #209855
    DANIEL J. RICHERT  #232208
4   50 Fremont Street
    Post Office Box 7880
5   San Francisco, CA  94120-7880
    Telephone: (415) 983-1000
6   Facsimile: (415) 983-1200

7
    SIDLEY AUSTIN LLP
8   DAVID W. CARPENTER (admitted *pro hac vice*)
    BRADFORD A. BERENSON (admitted *pro hac vice*)
9   EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
    DAVID LEE LAWSON (admitted *pro hac vice*)
10  ERIC A. SHUMSKY #206124
    1501 K Street, N.W.
11  Washington, D.C.  20005
    Telephone:  (202) 736-8010
12  Facsimile:  (202) 736-8711

13  Attorneys for the AT&T Defendants

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17                                          MDL Dkt. No. 06-1791-VRW
    In re:
18                                          **STIPULATION RE: BRIEFING
    NATIONAL SECURITY AGENCY                SCHEDULE FOR MOTION TO STAY
19  TELECOMMUNICATIONS RECORDS              [Dkt. 67-69]; AND [PROPOSED] ORDER**
    LITIGATION
20
                                            Courtroom:  6, 17th Floor
21  This Document Relates To:               Judge:      Hon. Vaughn R. Walker

22  ALL CASES

23

24

25

26

27

28

1 **RECITALS**

2 A. On November 7, 2006, the Government filed a Motion to Stay MDL

3 Proceedings, Dkt. 67-69 ("Motion to Stay"). (As in the Joint Case Management Statement,

4 Dkt. 61, "the Government" refers to the federal defendants sued in their official capacities

5 in these actions and the federal intervenor-defendants (United States of America, National

6 Securities Agency, President George W. Bush).)

7 B. On November 17, 2006, the Court set the hearing on the Motion to Stay for

8 February 1, 2007 at 2 p.m. Pretrial Order No. 1, Dkt. 79, at 2:13-14.

9 C. Various of the Carriers anticipate filing joinders in the Motion to Stay.

10 D. Absent adjustment, a briefing schedule set in accordance with the Civil

11 Local Rules would cause due dates to fall in the middle of the holidays.

12 E. The parties wish to avoid inconvenient due dates and also wish to reach

13 agreement on page limits.

14 **STIPULATION**

15 Plaintiffs, through their Co-Lead Coordinating Counsel, the AT&T Defendants, the

16 Verizon Defendants, the BellSouth Defendants and the Sprint Nextel Defendants (these

17 groups of defendants are defined as they are in footnotes 3 through 6 of the Joint Case

18 Management Statement, Dkt. 61, at 2) (collectively, the "Major Carriers"), through their

19 respective attorneys of record, and the Government, through their attorneys of record,

20 hereby stipulate to the following schedule and page limits and request that the Court make

21 this stipulation an order of the Court:

22 1. Any and all joinders in the Motion to Stay (including supporting documents)

23 shall be e-filed by noon, Pacific time, on Friday, December 22, 2006.

24 2. The memorandum or memoranda supporting any and all joinders filed by the

25 Major Carriers shall collectively not exceed 35 pages.

26 3. Plaintiffs shall e-file a consolidated opposition to the Motion to Stay and to

27 any and all joinders to the Motion to Stay no later than January 10, 2007.

28

1    4.    Plaintiffs' consolidated opposition shall not exceed in length the sum of

2    (a) the number of pages in the Motion to Stay (23 pages) plus (b) the collective number of

3    pages in the memoranda supporting any and all joinders filed by the Major Carriers (which,

4    as set forth in paragraph 2 above, shall not exceed 35 pages) plus (c) the collective number

5    of pages in any memoranda supporting any joinder filed by any and all defendants other

6    than the Major Carriers.  (Counsel for defendants other than the Major Carriers have

7    indicated to the undersigned that they are unlikely to be filing any such memoranda.)

8    5.    The Government and the Major Carriers shall e-file their replies no later than

9    January 22, 2007.

10    Dated:  December 1, 2006.

11                                        PETER D. KEISLER
                                        Assistant Attorney General, Civil Division
12                                        CARL J. NICHOLS
                                        Deputy Assistant Attorney General
13                                        DOUGLAS N. LETTER
                                        Terrorism Litigation Counsel
14                                        JOSEPH H. HUNT
                                        Director, Federal Programs Branch
15                                        ANTHONY J. COPPOLINO
                                        Special Litigation Counsel
16                                        ANDREW H. TANNENBAUM
                                        Trial Attorney
17                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
18                                        20 Massachusetts Avenue, N.W.
                                        Room 6102
19                                        Washington, DC 20001
                                        Telephone:  (202) 514-4782
20                                        Fax:  (202) 616-8460
                                        Email: tony.coppolino@usdoj.gov
21

22                                        By    /s/ Anthony J. Coppolino per G.O. 45
                                                    Anthony J. Coppolino
23                                        Attorneys for United States of America, National
                                        Security Agency, President George W. Bush
24

25    //

26    //

27    //

28

1     **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2     I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I

3 have obtained the concurrence in the filing of this document from each of the other

4 signatories listed above and below.

5     I declare under penalty of perjury that the foregoing declaration is true and correct.

6     Executed on December 1, 2006, at San Francisco, California.

7                   PILLSBURY WINTHROP SHAW PITTMAN LLP
                      BRUCE A. ERICSON

8                   DAVID L. ANDERSON
                      JACOB R. SORENSEN

9                   MARC H. AXELBAUM
                      50 Fremont Street

10                 Post Office Box 7880
                      San Francisco, CA 94120-7880

11

                      SIDLEY AUSTIN LLP

12                 DAVID W. CARPENTER
                      DAVID L. LAWSON

13                 BRADFORD A. BERENSON
                      EDWARD R. McNICHOLAS

14                 1501 K Street, N.W.
                      Washington, D.C. 20005

15

                      By         */s/ Bruce A. Ericson*

16                             Bruce A. Ericson
                      Attorneys for the AT&T Defendants and the Cingular

17                 Defendants

18                   ELECTRONIC FRONTIER FOUNDATION
                      CINDY COHN (145997)

19                 LEE TIEN (148216)
                      KURT OPSAHL (191303)

20                 KEVIN S. BANKSTON (217026)
                      CORYNNE MCSHERRY (221504)

21                 JAMES S. TYRE (083117)
                      454 Shotwell Street

22                 San Francisco, CA 94110
                      Telephone: 415/436-9333

23                 415/436-9993 (fax)

24                   AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS
                      HARVEY M. GROSSMAN, Legal Director

25                 180 North Michigan Avenue, Suite 2300
                      Chicago, Illinois 60601-1287

26

                      By         */s/ Cindy Cohn per G.O. 45*

27                           Cindy Cohn
                      Co-Lead Coordinating Counsel for Plaintiffs

28

| | |
|---|---|
| 1 | WILMER, CUTLER, PICKERING, HALE AND DORR LLP |
| 2 | JOHN A. ROGOVIN |
| | RANDOLPH D. MOSS |
| 3 | SAMIR C. JAIN |
| | BRIAN BOYNTON |
| 4 | BENJAMIN C. MIZER |
| | 1875 Pennsylvania Ave, NW |
| 5 | Washington, DC 20006 |
| | 202-663-6083 |
| 6 | Fax: 202-663-6363 |
| 7 | By _____ */s/ John Rogovin per G.O. 45* _____ |
| | John Rogovin |
| 8 | Attorneys for the Verizon Defendants |
| 9 | FARELLA BRAUN & MARTEL |
| | DOUGLAS R. YOUNG |
| 10 | Russ Building, 30th Floor |
| | 235 Montgomery Street |
| 11 | San Francisco, CA 94109 |
| | (415) 954-4438 |
| 12 | |
| | ALSTON & BIRD LLP |
| 13 | MICHAEL P. KENNY |
| | WILLIAM H. JORDAN |
| 14 | 1201 W. Peachtree Street |
| | Atlanta, Georgia 30309 |
| 15 | (404) 881-7000 |
| 16 | |
| | By _____ */s/ William H. Jordan per G.O. 45* _____ |
| 17 | William H. Jordan |
| | Attorneys for the BellSouth Defendants |
| 18 | |
| 19 | BRENDAN V. SULLIVAN, JR. |
| | JOHN G. KESTER |
| 20 | DANIEL D. WILLIAMS |
| | WILLIAMS & CONNOLLY LLP |
| 21 | 725 Twelfth Street, NW |
| | Washington, DC 20005 |
| 22 | Telephone: 202-434-5000 |
| | Email: jkester@wc.com; ddwilliams@wc.com |
| 23 | |
| 24 | By _____ */s/ John G. Kester per G.O. 45* _____ |
| | John G. Kester |
| 25 | Attorneys for the Sprint Defendants |
| 26 | |
| 27 | |
| 28 | |

1                              **[PROPOSED] ORDER**

2     Pursuant to the foregoing stipulation, and good cause appearing,

3     IT IS SO ORDERED.

4     Dated:  December __, 2006.

5

6

                                    Hon. Vaughn R. Walker

7                                     United States District Chief Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28