1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  #76342
2  DAVID L. ANDERSON  #149604
   JACOB R. SORENSEN  #209134
3  MARC H. AXELBAUM  #209855
   DANIEL J. RICHERT  #232208
4  50 Fremont Street
   Post Office Box 7880
5  San Francisco, CA  94120-7880
   Telephone: (415) 983-1000
6  Facsimile: (415) 983-1200
   Email: bruce.ericson@pillsburylaw.com
7
   SIDLEY AUSTIN LLP
8  DAVID W. CARPENTER (admitted *pro hac vice*)
   BRADFORD A. BERENSON (admitted *pro hac vice*)
9  DAVID L. LAWSON (admitted *pro hac vice*)
   EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
10 1501 K Street, N.W.
   Washington, D.C.  20005
11 Telephone:  (202) 736-8010
   Facsimile:  (202) 736-8711
12
   Attorneys for Defendants
13 AT&T COMMUNICATIONS OF CALIFORNIA,
   AT&T CORP. and AT&T, INC.

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18

19 In re:                                           MDL Dkt. No. 06-1791-VRW

20 NATIONAL SECURITY AGENCY                         **DEFENDANTS' STATEMENT OF**
   TELECOMMUNICATIONS RECORDS                       **RECENT DECISIONS IN SUPPORT OF**
21 LITIGATION                                       **DEFENDANTS' OPPOSITION TO**
                                                    **PLAINTIFFS' MOTION FOR REMAND**
22
                                                    Date:       December 21, 2006
23 This Document Relates To:                        Time:       2:00 p.m.
                                                    Courtroom:  6, 17th Floor
24 *Campbell, et al.  v. AT&T Communications of*    Judge:      Hon. Vaughn R. Walker
   *California, et al.*, No. C-06-3596-VRW
25

26

27

28

DEFENDANTS' STATEMENT OF RECENT DECISIONS IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND
MDL No. 06-1791-VRW

Dockets.Justia.com

1       Pursuant to Civil Local Rule 7-3(d), Defendants AT&T Communications of

2  California, AT&T Corp. and AT&T Inc.[1] submit Defendants' Statement of Recent

3  Decisions in Support of Defendants' Opposition to Plaintiffs' Motion for Remand.

4  Attached hereto are copies of the following:

5       1.      Tr. of Proceedings, *Clayton v. AT&T Commc'ns of the Southwest, Inc.*, No.

6  06-4177-CV-C-NKL (W.D. Mo. Oct. 13, 2006), at 40 (attached as Exhibit 1) ("I am going

7  to deny the motion for remand. I'm going to deny it on the grounds that the court has

8  subject matter jurisdiction under the Grab[le] Doctrine. I think Grab[le] is an extremely

9  narrow case. And it would be unusual for there to be a federal question under the Grab[le]

10 Doctrine, but I think that this does -- this claim necessarily raises a federal issue that's

11 actually disputed in substantial -- and, indeed, not only does it not upset the delicate balance

12 between federal and state forums, but, in fact, this is quintessentially something that needs

13 to be resolved in the federal court."). This decision, in which remand was denied in another

14 case related to the alleged NSA programs, relates to the argument at pages 13-23 of

15 Defendants' Opposition to Plaintiffs' Motion for Remand ("Opposition") (No. 23) that

16 removal was proper under *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 125 S.

17 Ct. 2363 (2005).

18      2.      *Quon v. Arch Wireless Operating Co.*, 445 F. Supp. 2d 1116, 1138 (C.D.

19 Cal. Aug. 15, 2006) (attached as Exhibit 2) ("Congress' command in enacting [18 U.S.C.

20 §] 2708 is clear: Only those remedies outlined in the SCA [Stored Communications Act]

21 are the ones, save for constitutional violations, that a party may seek for conduct prohibited

22 by the SCA. The SCA thus displaces state law claims for conduct that is touched upon by

23 the statute, such as in divulging stored electronic communications to third parties."). This

24 case relates to the argument at pages 6-7 of Defendants' Opposition that removal is proper

25 under the doctrine of complete preemption.

---

[1] Defendant AT&T Inc. is not a proper party to this action and intends to move to dismiss on personal jurisdiction grounds.

1 | Dated: December 4, 2006

| PILLSBURY WINTHROP | SIDLEY AUSTIN LLP |
| SHAW PITTMAN LLP | DAVID W. CARPENTER* |
| BRUCE A. ERICSON | BRADFORD A. BERENSON* |
| DAVID L. ANDERSON | DAVID L. LAWSON* |
| JACOB R. SORENSEN | EDWARD R. MCNICHOLAS* |
| MARC H. AXELBAUM | 1501 K Street, N.W. |
| DANIEL J. RICHERT | Washington, DC 20005 |
| 50 Fremont Street | |
| Post Office Box 7880 | * admitted *pro hac vice* |
| San Francisco, CA 94120-7880 | |

By    /s/ Bruce A. Ericson           By    /s/ Bradford A. Berenson
     Bruce A. Ericson                         Bradford A. Berenson

Attorneys for Defendants
AT&T COMMUNICATIONS OF CALIFORNIA, AT&T CORP. and AT&T, INC.