COOPER, WHITE & COOPER LLP
E. GARTH BLACK (SBN 53168)
  gblack@cwclaw.com
CYRUS WADIA (SBN 190258)
  cwadia@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for TDS COMMUNICATIONS SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: <br> NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION <br><br> This Document Relates To: <br><br> *Cross, et al v. AT&T Communications, et al.* <br><br> United States District Court for the Northern District of California <br> San Francisco Division <br> Case No. 3:06-cv-06222-VRW | MDL Docket No. 06-1791 VRW <br><br> Relates to Case No. 3:06-cv-06222-VRW <br><br> **STIPULATION OF DISMISSAL** <br><br> Courtroom: 6, 17th Floor <br> Judge: Hon. Vaughn R. Walker |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties stipulate to dismissal of Defendant TDS Communications Solutions, Inc., without prejudice, as to only TDS Communications Solutions, Inc., in the above-captioned matter. Each party will bear its own costs and attorneys' fees.

| | | |
|---|---|---|
| 1 | DATED: 12/14, 2006 | Respectfully submitted, |
| 2 | | COOPER, WHITE & COOPER LLP |
| 3 | | |
| 4 | | By: *(signature)* |
| 5 | | E. Garth Black<br>Attorneys for TDS COMMUNICATIONS SOLUTIONS, INC. |
| 6 | | |
| 7 | DATED: 12/14/06, 2006 | GEORGE & SIPES |
| 8 | | |
| 9 | | By: *(signature)* |
| 10 | | Todd C. Barnes<br>W. Russell Sipes |
| 11 | | **GEORGE & SIPES**<br>Attorneys for the Plaintiff |
| 12 | | 156 E. Market Street, Suite 600<br>Indianapolis, IN 46204 |
| 13 | | Tel: (317) 637-6071<br>Fax: (317) 685-6505 |
| 14 | | tb@lgrslaw.com |
| 15 | | Donald A. Migliori<br>**MOTLEY RICE LLC** |
| 16 | | 321 S. Main Street<br>Providence, RI 02940 |

552656.1

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

2
STIPULATION OF DISMISSAL

MDL Docket No. 06-1791 VRW