```
 1  COOPER, WHITE & COOPER LLP
    E. GARTH BLACK (SBN 53168)
 2      gblack@cwclaw.com
    CYRUS WADIA (SBN 190258)
 3      cwadia@cwclaw.com
    201 California Street, 17th Floor
 4  San Francisco, California 94111
    Telephone:  (415) 433-1900
 5  Facsimile:  (415) 433-5530

 6  Attorneys for TDS COMMUNICATIONS
    SOLUTIONS, INC.
 7
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | MDL Docket No. 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | Relates to Case No. 3:06-cv-06224-VRW |
| | **STIPULATION OF DISMISSAL** |
| This Document Relates To: | |
| *Cross, et al v. AT&T Communications, et al.* | Courtroom: 6, 17th Floor<br>Judge:  Hon. Vaughn R. Walker |
| United States District Court for the Northern District of California San Francisco Division Case No. 3:06-cv-06224-VRW | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties stipulate to dismissal of Defendant TDS Communications Solutions, Inc., without prejudice, as to only TDS Communications Solutions, Inc., in the above-captioned matter. Each party will bear its own costs and attorneys' fees.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

MDL Docket No. 06-1791 VRW
STIPULATION OF DISMISSAL

Dockets.Justia.com

1  DATED: 12/14        , 2006     Respectfully submitted,

2                                 COOPER, WHITE & COOPER LLP

3

4                                 By: _____
                                      E. Garth Black
5                                     Attorneys for TDS COMMUNICATIONS
                                      SOLUTIONS, INC.
6

7  DATED:  12/14       , 2006     GEORGE & SIPES

8

9                                 By: _____
                                      Todd C. Barnes
10                                    W. Russell Sipes
                                      **GEORGE & SIPES**
11                                    Attorneys for the Plaintiff
                                      156 E. Market Street, Suite 600
12                                    Indianapolis, IN  46204
                                      Tel: (317) 637-6071
13                                    Fax: (317) 685-6505
                                      tb@lgrslaw.com
14
                                      Donald A. Migliori
15                                    **MOTLEY RICE LLC**
                                      321 S. Main Street
16                                    Providence, RI  02940

17

18

19  552655.1

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111