COOPER, WHITE & COOPER LLP
E. GARTH BLACK (SBN 53168)
    gblack@cwclaw.com
CYRUS WADIA (SBN 190258)
    cwadia@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:  (415) 433-5530

Attorneys for TDS COMMUNICATIONS SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: <br><br> NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION <br><br> This Document Relates To: <br><br> *Cross, et al v. AT&T Communications, et al.* <br><br> United States District Court for the Northern District of California <br> San Francisco Division <br> Case No. 3:06-cv-06224-VRW | MDL Docket No. 06-1791 VRW <br><br> Relates to Case No. 3:06-cv-06222-VRW <br> and <br> Relates to Case No. 3:06-cv-06224-VRW <br><br> **PROOF OF SERVICE** <br><br><br> Courtroom: 6, 17th Floor <br> Judge:  Hon. Vaughn R. Walker |

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

MDL Docket No. 06-1791 VRW

PROOF OF SERVICE

Dockets.Justia.com

## CERTIFICATE OF SERVICE BY MAIL

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, California 94111-5002.

On **December 14, 2006**, I served the following document(s):

**STIPULATION OF DISMISSAL (06224); [PROPOSED] ORDER (06224); STIPULATION OF DISMISSAL (06222); and [PROPOSED] ORDER (06222)**

**BY MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the United States District Court, Northern District of California's service list for this proceeding, a true copy of the above-referenced document was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 14, 2006**, at San Francisco, California.

_____
Martin Spence

552698.1

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

MDL Docket No. 06-1791 VRW

PROOF OF SERVICE

Bruce Ira Afran
Bruce Afran, Attorney at Law
10 Braeburn Drive
Princeton, NJ 08540

Sidney M. Bach
Sidney M. Back, Attorney at Law
5917 Constance Street
New Orleans, LA 70115

Darrell Lee Barger
Hartline acus et all
800 N. Shoreline Blvd.
Suite 2000N
Corpus Christi, TX 78401

Todd C. Barnes
George & Sipes
156 East Market Street
Suite 600
Indianapolis, IN 46204

Raymond A. Basile
Harrison & Moberly
135 North Pennsylvania
Suite 2100
Indianapolis, IN 46204

Daniel J. Becka
Beigel Schy Lasky Rifkind Goldberg &
Fertik Ltd
311 So Wacker Dr 65th Flr
Chicago, IL 60606

Marc Oliver Beem
Miller Shakman & Hamilton, LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

John Beisner
O'Melveny & Myers LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004-1109

Matthew Phineas Bergman
Law Office of Matthew Bergman
705 2nd Avenue
Suite 1601
Seattle, WA 98104

Steven K. Blackhurst
Ater Wynne Hewitt Dodson & Skerritt
222 S.W. Columbia Ste 1800
Portland, OR 97201-6618

Ari Y. Brown
Bergman & Frockt
705 Second Avenue
Suite 1601
Seattle, WA 98104

James M. Carlson
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

David R. Carpenter
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Edward Morgan Carstarphen, III
Ellis Carstearphen et all
5847 San Felipe
Suite 1900
Houston, TX 77057

Catherine J. Casey
DLA Piper rudnick Gray Cary US LLP
203 North LaSalle Street
#1900
Chicago, IL 60601

Myron M. Cherry
Cherry & Flynn
30 North LaSalle St. #2300
Chicago, IL 60602

Kalea Seitz Clark
Wilmer Cutler Pickering Hale and Door
LLC
1875 Pennsylvania Avenue NW
Washington, DC 20006

Amato A. DeLuca
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Nancy Scott Degan
Baker Donelson Bearman Caldwell &
Berkowitz, PC
201 St. Charle Avenue
Suite 3600
New Orleans, LA 70170

Michael D. Donovan
Law Offices of Michael D. Donovan
1608 Walnut Street
Suite 1400
Philadelphia, PA 19103

Tyrone C. Fahner
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Daniel Martin Feeney
Miller Shakman & Beem LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

Sheila Marie Finnegan
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Jodi W. Flowers
Motley Rice, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

F. Larkin Fore
Fore, Miller & Schwartz
200 S. Fifth Street
Suite 700N, First Trust Centre
Louisville, KY 40202-3204

Sarah M. Fore
Fore, Miller & Schwartz
200 S. Fifth Street
Suite 700N, First Trust Centre
Louisville, KY 40202-3204

Zachary J. Freeman
Miller Shakman & Beem LLP
180 N. La Salle Street
Suite 3600
Chicago, IL 60601

Susan A. Freiwald
USF School of LAW
2130 Fulton St
San Francisco, CA 94117

Albert L. Frevola, Jr
Gordon Hargrove & James
2400 East Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308-3092

Michael R. Fruehwald
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204-3535

Linda S. George
Laudig George Rutherford & Sipes
156 East Market Street
Suite 600
Indianapolis, IN 46204

M. Norman Goldberger
Wolf Block Schorr and Solis-Cohen, LLP
1650 Arch Street
22nd Floor
Philadelphia, PA 19103

F. Thomas Hecht
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

Anthony D. Irpino
Irpino Law Firm
365 Canal Street
22nd Floor
New Orleans, LA 70130

C. J. Johnson
Kalkstein Law Firm
P.O. Box 8568
Missoula, MT 59807

Peter D. Keisler
United States Department of Justice
Assistant Attorney General
20 Massachusetts Avenue, NW
Room 7312
Washington, DC 20530

Michael E. Kipling
Kipling Law Group PLLC
3601 Fremont Avenue N.
Suite 414
Seattle, WA 98103

Melanie G. Lagarde
St. Martin & Williams
4084 Highway 311
Houma, LA 70360

Roger L. Mandel
Stanley Mandel & Iola LLP
3100 Monticello ave
Suite 750
Dallas, TX 75205

Jason L. Fulk
Hoover Hull LLP
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

John Richard Gillespie
Broad & Cassel
100 SE 3rd Avenue
Suite 2700
One Financial Plaza
Fort Lauderdale, FL 33394

Edward Nelson Griffin
Griffin Whitaker LLP
8730 Georgia Avenue
Suite LL100
Silver Spring, MD 20910

William J. Heller
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102-0652

Joseph G. Jevic, III
St. Martin & Williams
4084 Highway 311
P.O. Box 2017
Houma, LA 70361-2017

Kelly Overstreet Johnson
215 S. Monroe Street
Suite 400
P.O. Box 11300
Tallahassee, FL 32302

Andrew Kierstead
1001 S.W. Fifth Avenue
Suite 1100
Portland, OR 97204

Joseph R. Knight
Baker Botts LLP
98 San Jacinto Blvd.
Suite 1500
Austin, TX 78701-4039

Stephen Laudig
2440 Campus Road, #429
Honolulu, HI 96822

Lori McAllister
Dykema Gossett PLLC
201 Townsend Street
Suite 900
Lansing, MI 48933

Daniel N. Gall
c/o Luna Innocations
2851 Commerce STreet
Blacksburg, VA 24060

Cary Neal Goldberg
Law Offices of Cary N. Goldberg
30 North LaSalle Street
Suite 2300
Chicago, IL 60602

Mark E. Guzzi
271 Providence Oaks Circle
Alpharetta, GA 30004

Andrew W. Hull
Hoover Hull LLP
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

Philip J. John, Jr
Baker & Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

Joshua Karsh
Gessler Hughes Piers Resnick & Dym Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, IL 60602

Jonathan D. King
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

Leondra Kruger
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania NW Avenue
Washington, DC 20006-3642

David L. Lawson
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006

Howard A. Merten
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Donald A. Migliori
Motley Rice LLC
321 South Main Street
Providence, RI 02940

Michael C. O'Malley
Siben & Siben, LLP
90 East Main Street
BayShore, NY 11706

Robert J. Patterson
Watts Law Firm LLP
555 N. Carancahua Street
Twr II Bldg 14th Floor
Corpus Christi, TX 78401

Richard Radke, Jr
Kluczynski, Girtz & Bogelzang
Suite 400
Grand Rapids, MI 49503

Michael J. Ross
Slater Ross
1850 Benjamin Franklin Plaza
1 S.W. Columbia Street
Portland, OR 97258

Ronald P. Schiller
DLA Piper Rudnick Gray Cary US LLP
One Liberty Place, Suite 4900
1650 Market Street
Philadelphia, PA 19103

Adam D. Schwartz
Roger BaldwinFoundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601-7401

Donald A. Statland
Attorney at Law
55 West Monroe St
Ste 1200
Chicago, IL 60603

Ted W. Stroud
Oade Stroud & Kleiman PC
200 Woodland Pass
P.O. Box 1296
East Lansing, MI 48826-1296

M. Stephen Turner
Broad & Cassel
215 South Monroe Street
Suite 400
P.O. Box 11300
Tallahassee, FL 32302

Alice McKenzie Morical
Hoover Hull LLP
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

Michele L. Odorizzi
Mayer Brown Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603

Paul Lee Peyronnin
Baker donelson Bearman Caldwell &
Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

Jason S. Ritchie
Holland & Hart
P.O. Box 639
Billings, MT 59103

William A. Rossbach
Rossbach & Whiston
401 North Washington Street
P.O. Box 8988
Missoula, MT 59807-8988

Mark Schlosberg
American Civil Liberties Union Fndt.
1663 Mission Street, Suite 460
San Francisco, CA 94103

John D. Seiver
Cole Raywid & Braverman, LLP
1919 Pennsylvania Ave., N.W.
Suite 200
Washington, DC 20006

David H. Sternlieb
Shapiro & Sternlieb, LLC
800 Tennent Road
Manalapan, NJ 07726

Brendan V. Sullivan
Williams & Connolly
725 12th St N.W.
Washington, DC 20005

Marc Ver Der Hout
Ver Der Hout & Brigagliano
180 Sutter Street, 5th Floor
San Francisco, CA 94123

Randolph D. Moss
Wilmer, Cutler, Pickering, Hale & Dorr
LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Wendy Sangbee Park
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601

Michael James Philippi
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

Harry Rosenberg
Phelps Dunbar, LLP
Canal Place
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534

Alan Norris Salpeter
Mayer, Brown, Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603

Eric Schneider
1730 South Federal Hwy. #104
Delray Beach, FL 33483

Christopher Soriano
Wolf Block Schorr and Solis-Cohen, LLP
1650 Arch Street
Philadelphia, PA 19103

A. David Stippler
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

John Joseph Tanner
Baker & Daniels
300 North Meridian Street
Indianapolis, IN 46204

Nicholas Wagner
Law Offices of Wagner & Jones
1111 East Herndon, Suite 317
Fresno, CA 93720

Thomas P. Walsh
United States Attorney's Office NDIL
219 South Dearborn Street
Suite 500
Chicago, IL 60604

Brian W. Welch
Bingham McHale, LLP
10 West Market Street
Market Tower, Suite 2700
Indianapolis, IN 46204

Daniel D. Williams
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

Anthony J. Zarillo, Jr
Courter, Kobert & Cohen, PC
1001 Route 517
Hackettstown, NJ 07840

Peter Wasylyk
Law Offices of Peter Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

John C. Whitfield
Whitfield & Cox PSC
29 East Center Street
Madisonville, KY 42431

Paul A. Wolfla
Baker & Daniels
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204

Jacie C. Zolna
Myron M. Cherry & Associates
30 North LaSalle Street
Suite 2300
Chicago, IL 60602

Mikal C. Watts
Watts Law Firm, LLP
Bank of America Plaza
300 Convent Street
Suite 100
San Antonio, TX 78205

Conrad S.P. Williams, III
St. Martin, Williams & Bourque
P.O. Box 2017
Houma, LA 70361

Matthew A. Woolf
Baker Donelson Bearman Caldwell &
Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

Stephen E. Arthur
Harrison & Moberly
135 North Pennylvania Street
Suite 2100
Indianapolis, IN 46204