ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for AT&T Class Plaintiffs And Co-Chair Of Plaintiffs' Executive Committee

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To:<br><br>ALL CASES | MDL Docket No 06-1791 VRW<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' LIST OF INTERIM CLASS COUNSEL FOR EACH DEFENDANT CATEGORY**<br><br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker |

No. M-06-01791-VRW

Pursuant to the Court's Order of November 22,2006 (Dkt #79), Plaintiffs submit the list of interim class counsel for each of the Defendant categories. The Defendant categories were ordered by the Court during the Case Management Conference of November 17, 2006. This list also reflects the defendants who will be named in the five master complaints that the Court has authorized, which are due January 8, 2007. The first Defendant category, the AT&T Defendant group, will not be subject to a Master Complaint. Instead the currently operative *Hepting* Complaint (*Hepting v. AT&T,* Dkt # 8) has been declared the lead complaint for the AT&T Defendant group until further Order of the Court.

|   | **Defendant Category** | **Interim Class Counsel** |
|---|---|---|
| 1. | AT&T Subscriber Class Defendants (currently AT&T Inc, AT&T Corp, AT&T Operations, Inc., SBC Long Distance LLC, Pac Bell Telephone Co, AT&T Communications of California, AT&T Teleholdings, AT&T Communications, SBC Communications, Indiana Bell, Illinois Bell.) | 1. Electronic Frontier Foundation (EFF); <br><br>2. Roger Baldwin Foundation of ACLU (Illinois). |
| 2. | Verizon Subscriber Class (currently Verizon Wireless, Verizon Wireless LLC, Verizon Wireless Services, Cellco Partnership dba Verizon Wireless, Hawaiian Telecom Inc dba Verizon Hawaii, Verizon Communications, Verizon Maryland, MCI, LLC and MCI Communications Services, Inc.). | 1. Motley Rice LLC, on behalf of Verizon subscribers class only (Cellco Partnership dba Verizon Wireless, Hawaiian Telecom Inc dba Verizon Hawaii, Verizon Communications, Verizon Maryland, Verizon Wireless, Verizon Wireless LLC, Verizon Wireless Services.); <br><br>2. Lieff, Cabraser, Heimann & Bernstein, LLP on behalf of MCI subscriber class only (Currently MCI, LLC and MCI Communications Services, Inc.). |
| 3. | Bellsouth Subscriber Class Defendants (currently BellSouth, BellSouth Communication Systems, LLC, BellSouth Corp., BellSouth Corporation, BellSouth Telecommunications, Inc.) | 1. Liksa, Exnicios & Nungesser; Bruce Afran and the Mayer Law Group;* <br><br>2. Law Offices of Clint Krislov; Law Offices of Steven Schwarz.* |

///

///

| | | |
|---|---|---|
| 4. | Sprint Subscriber Class Defendants (Currently include: Nextel West dba Sprint, Sprint Nextel Corp., Nextel West Corp., Sprint Communications Company, Sprint Spectrum). | 1. Mason Law Firm. |
| 5. | Cingular Subscriber Class Defendants (currently includes: New Cingular Wireless Services, Cingular Wireless). | 1. George and Brothers, LLP. |
| 6. | Miscellaneous Subscriber Class Defendants (Currently includes: Bright House Networks, Transworld Network Corp, Charter Communications, Comcast, TDS Communications Solution, T-Mobile). | 1. Motley Rice LLC (Motley Rice has only one seat as Interim Class Counsel on the Executive Committee). |

\* These firms will share one seat as Interim Class Counsel on the Executive Committee.

DATED: December 15, 2006

ELECTRONIC FRONTIER FOUNDATION

By     /s/
    Cindy A. Cohn, Esq. (SBN 145997)
    Lee Tien, Esq. (SBN 148216)
    Kurt Opsahl, Esq. (SBN 191303)
    Kevin S. Bankston, Esq. (SBN 217026)
    Corynne McSherry, Esq. (SBN 221504)
    James S. Tyre, Esq. (SBN 083117)
    454 Shotwell Street
    San Francisco, CA 94110
    Telephone:    (415) 436-9333 x108
    Facsimile:    (415) 436-9993

ATTORNEYS FOR AT&T CLASS PLAINTIFFS AND CO-CHAIR OF PLAINTIFFS' EXECUTIVE COMMITTEE

Additional Plaintiffs' Counsel:

ROGER BALDWIN FOUNDATION OF ACLU
HARVEY GROSSMAN
ADAM SCHWARTZ
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 201-9760

PLAINTIFFS' COUNSEL FOR AT&T SUBSCRIBER CLASS AND CO-CHAIR OF PLAINTIFFS' EXECUTIVE COMMITTEE

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
ERIC ALAN ISAACSON
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

ATTORNEYS FOR AT&T CLASS PLAINTIFFS AND PLAINTIFFS' LIASON COUNSEL

| | | |
|---|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 2 | REED R. KATHREIN | ELIZABETH J. CABRASER |
| | JEFF D. FRIEDMAN | BARRY R. HIMMELSTEIN |
| 3 | SHANA E. SCARLETT | MICHAEL W. SOBOL |
| | 100 Pine Street, Suite 2600 | ERIC B. FASTIFF |
| 4 | San Francisco, CA 94111 | 275 Battery Street, 30th Floor |
| | Telephone: (415) 288-4545 | San Francisco, CA 94111-3339 |
| 5 | Facsimile: (415) 288-4534 | Telephone: (415) 956-1000 |
| | | Facsimile: (415) 956-1008 |

ATTORNEYS FOR AT&T CLASS PLAINTIFFS AND PLAINTIFFS' LIASON COUNSEL

PLAINTIFFS' COUNSEL FOR MCI SUBSCRIBER CLASS

MOTLEY RICE LLC
RONALD MOTLEY
DONALD MIGLIORI
JODI WESTBROOK FLOWERS
JUSTIN KAPLAN
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9163
Facsimile: (843) 216-9680

GEORGE & BROTHERS, L.L.P.
R. JAMES GEORGE, JR.
DOUGLAS BROTHERS
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499-0094

PLAINTIFFS' COUNSEL FOR CINGULAR SUBSCRIBER CLASS

PLAINTIFFS' COUNSEL FOR VERIZON SUBSCRIBER CLASS AND MISCELLANEOUS SUBSCRIBER CLASSES

THE MASON LAW FIRM, PC
GARY E. MASON
NICHOLAS A. MIGLIACCIO
1225 19th St., NW, Ste. 500
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

MAYER LAW GROUP
CARL J. MAYER
66 Witherspoon Street, Suite 414
Princeton, New Jersey 08542
Telephone: (609) 921-8025
Facsimile: (609) 921-6964

PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS

PLAINTIFFS' COUNSEL FOR SPRINT SUBSCRIBER CLASS

BRUCE I AFRAN, ESQ.
10 Braeburn Drive
Princeton, NJ 08540
609-924-2075

LISKA, EXNICIOS & NUNGESSER
ATTORNEYS-AT-LAW
VAL PATRICK EXNICIOS
One Canal Place, Suite 2290
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 410-9611
Facsimile: (504) 410-9937

PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS

PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS

| | |
|---|---|
| KRISLOV & ASSOCIATES, LTD.<br>CLINTON A. KRISLOV<br>W. JOEL VANDER VLIET<br>20 North Wacker Drive<br>Suite 1350<br>Chicago, IL 60606<br>Telephone: (312) 606-0500<br>Facsimile: (312) 606-0207<br><br>PLAINTIFFS' COUNSEL FOR<br>BELLSOUTH SUBSCRIBER CLASS | THE LAW OFFICES OF STEVEN E.<br>SCHWARZ, ESQ.<br>STEVEN E. SCHWARZ<br>2461 W. Foster Ave., #1W<br>Chicago, IL 60625<br>Telephone: (773) 837-6134<br><br>PLAINTIFFS' COUNSEL FOR BELLSOUTH<br>SUBSCRIBER CLASS |