COOPER, WHITE & COOPER LLP
E. GARTH BLACK (SBN 53168)
  gblack@cwclaw.com
CYRUS WADIA (SBN 190258)
  cwadia@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:  (415) 433-5530

Attorneys for TDS COMMUNICATIONS SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: <br><br> NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION <br><br> This Document Relates To: <br><br> *Cross, et al v. AT&T Communications, et al.* <br><br> United States District Court for the Northern District of California <br> San Francisco Division <br> Case No. 3:06-cv-06222-VRW | MDL Docket No. 06-1791 VRW <br><br> Relates to Case No. 3:06-cv-06222-VRW <br><br> [~~PROPOSED~~] ORDER <br><br><br> Courtroom: 6, 17th Floor <br> Judge: Hon. Vaughn R. Walker |

Pursuant to the stipulation filed by the parties, and good cause appearing,

IT IS SO ORDERED.


Dated: December  18 , 2006.

GRANTED
Judge Vaughn R Walker

552682.1

MDL Docket No. 06-1791 VRW