1    ANN BRICK (CSB No. 65296)
NICOLE A. OZER (CSB No. 228643)
2    AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
3    39 Drumm Street
San Francisco, CA 94111
4    Telephone: 415/621-2493; Facsimile: 415/255-8437
abrick@aclunc.org, nozer@aclunc.org
5

6    LAURENCE F. PULGRAM (CSB No. 115163)
MITCHELL ZIMMERMAN (CSB No. 88456)
JENNIFER L. KELLY (CSB No. 193416)
7    SAINA SHAMILOV (CSB No. 215636)
CANDACE MOREY (CSB No. 233081)
8    FENWICK & WEST LLP
275 Battery Street
9    San Francisco, CA 94111
Telephone: 415/875-2300; Facsimile: 415/281-1350
10    lpulgram@fenwick.com;
mzimmerman@fenwick.com; jkelly@fenwick.com
11    sshamilov@fenwick.com; cmorey@fenwick.com

12    Attorneys for Plaintiffs
*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | Case No. MDL-06-1791 |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **PLAINTIFFS' JOINT STATEMENT OF RECENT DECISIONS IN SUPPORT OF MOTIONS FOR REMAND** |
| (Captions on Following Pages) | Date: December 21, 2006<br>Time: 2:00 p.m.<br>Courtroom: 6, 17th floor<br>Judge: Hon. Vaughn R. Walker |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' STATEMENT OF RECENT
DECISIONS IN SUPPORT OF MOTION
FOR REMAND

MDL-06-1791
CASE NOS. C 06-3574 VRW
C 06-3596 VRW

Dockets.Justia.com

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| | DENNIS P. RIORDAN, et al., | Case No. C-06-3574 VRW |
| | Plaintiffs, | |
| | v. | |
| | VERIZON COMMUNICATIONS, INC., a corporation; and DOES 1 through 20, | |
| | Defendants. | |
| | TOM CAMPBELL, et al., | Case No. C-06-3596 VRW |
| | Plaintiffs, | |
| | v. | |
| | AT&T COMMUNICATIONS OF CALIFORNIA, et al., | |
| | Defendants. | |

## ADDITIONAL COUNSEL

PETER ELIASBERG    (CSB No. 189110)
CLARE PASTORE      (CSB No. 135933)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, CA  90026
Telephone:   213/977-9500
Facsimile:   213/250-3919
peliasberg@aclu-sc.org, cpastore@aclu-sc.org

DAVID BLAIR-LOY   (CSB No. 229235)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SAN DIEGO/IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA  92138
Telephone:   619/232-2121
Facsimile:   619/232-0036
dblairloy@aclusandiego.org

**PLAINTIFFS' STATEMENT OF RECENT
DECISIONS IN SUPPORT OF MOTION
FOR REMAND**

MDL-06-1791
CASE NOS. C 06-3574 VRW
C 06-3596 VRW

Pursuant to Civil Local Rule 7-3(d), Plaintiffs Dennis P. Riordan, et al. and Tom Campbell, et al. submit Plaintiffs' Joint Statement of Recent Decisions in Support of Plaintiffs' Motions for Remand. Attached hereto are copies of the following:

1. *Voicenet Commc'ns, Inc. v. Corbett*, Civ. A. No. 04-1318, 2006 WL 2506318, 2006 U.S. Dist. LEXIS 61916 (E.D.Pa. Aug. 30, 2006) (attached as Exhibit 1) (concluding, based on review of legislative history, that "language [in 18 U.S.C. Section 2708 that 'remedies and sanctions described in this chapter are the only judicial remedies and sanctions for non-constitutional violations of this chapter'] was enacted principally to ensure that violations of the ECPA would not be used as the basis for excluding evidence under the statutory exclusion rule . . . .").

2. *California v. H&R Block, Inc.*, No. C 06-2058, 2006 WL 2669045, 2006 U.S. Dist. LEXIS 69472 (N.D. Cal Sep. 26, 2006) (attached as Exhibit 2)(applying the "well-pleaded complaint rule" to order remand because, *inter alia*, under *Grable & Sons Metal Products, Inc. v. Darue Eng. & Mnfrg., Inc.,* 545 U.S. 308 (2005), in order for a case to "arise under" federal law, "the elements of the state claim which involve a federal issue must be 'essential parts of the plaintiffs' cause of action'").

Dated: **December 18, 2006**

Respectfully,

FENWICK & WEST LLP

By: /s/ Laurence F. Pulgram
Laurence F. Pulgram

*Attorneys for Plaintiffs*

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
Ann Brick, Nicole A. Ozer

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
Peter Eliasberg, Clare Pastore

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO/IMPERIAL COUNTIES
David Blair-Loy

FENWICK & WEST LLP
Laurence F. Pulgram, Mitchell Zimmerman, Jennifer L. Kelly, Saina Shamilov, Candace Morey

B9320/00401/SF/5187922.1

**PLAINTIFFS' JOINT STATEMENT OF RECENT DECISIONS IN SUPPORT OF MOTIONS FOR REMAND**

-2-

MDL-06-1791
CASE NOS. C 06-3574 VRW
C 06-3596 VRW