1  WILMER CUTLER PICKERING
    HALE AND DORR LLP
2  Mark D. Flanagan     (No. 130303)
    Elizabeth I. Rogers  (No. 226234)
3  1117 California Avenue
    Palo Alto, CA  94304
4  Telephone: (650) 858-6000
    Facsimile (650) 858-6100
5  mark.flanagan@wilmerhale.com
    elizabeth.rogers@wilmerhale.com
6

7  John A. Rogovin      (admitted *pro hac vice*)[1]
    Randolph D. Moss    (admitted *pro hac vice*)
8  Samir C. Jain       (No. 181572)
    Brian M. Boynton    (No. 222193)
9  1875 Pennsylvania Avenue, N.W.
    Washington, DC  20006-3642
10 Telephone: (202) 663-6000
    Facsimile: (202) 663-6363
11 john.rogovin@wilmerhale.com
    randolph.moss@wilmerhale.com
12 samir.jain@wilmerhale.com
    brian.boynton@wilmerhale.com
13
    *Attorneys for Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc.,*
14 *Verizon Wireless, LLC, Cellco Partnership, MCI, LLC.*

15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17
                    SAN FRANCISCO DIVISION
18

19                                          )    MDL Docket No. 06-1791 VRW
                                            )
20  IN RE:                                  )    **APPLICATION FOR ADMISSION *PRO***
                                            )    ***HAC VICE* OF BENJAMIN C. MIZER;**
21  NATIONAL SECURITY AGENCY                )    **[PROPOSED] ORDER**
     TELECOMMUNICATIONS                     )
22  RECORDS LITIGATION                      )    Judge:   Hon. Vaughn R. Walker
                                            )
23  This Document Relates To:               )
                                            )
24  ALL CASES                               )
                                            )
25  _____ )

26

27  _____
    [1]  Mr. Rogovin and Mr. Moss have been admitted *pro hac vice* in some, but not all, of the cases
28  currently part of MDL 1791.

1

*PRO HAC VICE* APPLICATION

1    Pursuant to Civil L.R. 11-3, Benjamin C. Mizer, an active member in good standing of the bars of the New York Appellate Division, the District of Columbia, and the United States Court of Appeals for the First Circuit, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Wireless, LLC, Cellco Partnership, and MCI, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Mark D. Flanagan
> Elizabeth I. Rogers
> Wilmer Cutler Pickering Hale and Dorr LLP
> 1117 California Avenue
> Palo Alto, CA  94304
> (650) 858-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    September 7, 2006        WILMER CUTLER PICKERING
                                    HALE AND DORR LLP


                                    /s/

                                By _____
                                    Benjamin C. Mizer

2

*PRO HAC VICE* APPLICATION

1
2

*Attorneys for Defendants Verizon Communications Inc.,
Verizon Global Networks Inc., Verizon Northwest Inc.,
Verizon Wireless, LLC, Cellco Partnership, and MCI, LLC*

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*PRO HAC VICE* APPLICATION

1  **[PROPOSED] ORDER**

2  The Court, having reviewed the foregoing application, hereby GRANTS the Application for

3  Admission *Pro Hac Vice* of Benjamin C. Mizer in this action.

4  IT IS SO ORDERED.

5  DATED: Dec. 19, 2006

_____
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Vaughn R Walker

---

4

*PRO HAC VICE* APPLICATION