WILMER CUTLER PICKERING
HALE AND DORR LLP
Mark D. Flanagan   (No. 130303)
Elizabeth I. Rogers   (No. 226234)
1117 California Avenue
Palo Alto, CA  94304
Telephone: (650) 858-6000
Facsimile (650) 858-6100
mark.flanagan@wilmerhale.com
elizabeth.rogers@wilmerhale.com

John A. Rogovin   (admitted *pro hac vice*)[1]
Randolph D. Moss   (admitted *pro hac vice*)
Samir C. Jain   (No. 181572)
Brian M. Boynton   (No. 222193)
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006-3642
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
john.rogovin@wilmerhale.com
randolph.moss@wilmerhale.com
samir.jain@wilmerhale.com
brian.boynton@wilmerhale.com

*Attorneys for Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Wireless, LLC, Cellco Partnership, MCI, LLC.*

RECEIVED
06 SEP -5  AM 11: 50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 19 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL Docket No. 06-1791 VRW<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE* OF LEONDRA R. KRUGER;** ~~[PROPOSED]~~ **ORDER**<br><br>Judge:   Hon. Vaughn R. Walker<br><br>COPIES MAILED TO SUBMITTING COUNSEL |

---

[1]   Mr. Rogovin and Mr. Moss have been admitted *pro hac vice* in some, but not all, of the cases currently part of MDL 1791.

1

*PRO HAC VICE* APPLICATION

1   Pursuant to Civil L.R. 11-3, Leondra R. Kruger, an active member in good standing of the
2   bar of the Supreme Court of California and the bar of the District of Columbia, hereby applies for
3   admission to practice in the Northern District of California on a *pro hac vice* basis representing
4   Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon
5   Wireless, LLC, Cellco Partnership, and MCI, LLC in the above-entitled action.

6   In support of this application, I certify on oath that:

7   1.   I am an active member in good standing of a United States Court or of the highest
8        court of another State or the District of Columbia, as indicated above;

9   2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local
10       Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
11       become familiar with the Local Rules and the Alternative Dispute Resolution
12       programs of this Court; and,

13  3.   An attorney who is a member of the bar of this Court in good standing and who
14       maintains an office within the State of California has been designated as co-counsel
15       in the above-entitled action. The name, address and telephone number of that
16       attorney is:

Mark D. Flanagan
Elizabeth I. Rogers
Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 858-6000

21  I declare under penalty of perjury that the foregoing is true and correct.

22  Dated:   September 1, 2006            WILMER CUTLER PICKERING
23                                        HALE AND DORR LLP

25                              /s/
                         By _____
26                              Leondra R. Kruger

27                       *Attorneys for Defendants Verizon Communications Inc.,*
                         *Verizon Global Networks Inc., Verizon Northwest Inc.,*
28                       *Verizon Wireless, LLC, Cellco Partnership, and MCI, LLC*

1  **[PROPOSED] ORDER**

2  The Court, having reviewed the foregoing application, hereby GRANTS the Application for

3  Admission *Pro Hac Vice* of Leondra R. Kruger in this action.

4  IT IS SO ORDERED.

5  DATED: 12/19/2006

UNITED STATES DISTRICT JUDGE

1    Pursuant to Civil L.R. 11-3, Leondra R. Kruger, an active member in good standing of the
2    bar of the Supreme Court of California and the bar of the District of Columbia, hereby applies for
3    admission to practice in the Northern District of California on a *pro hac vice* basis representing
4    Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon
5    Wireless, LLC, Cellco Partnership, and MCI, LLC in the above-entitled action.
6    In support of this application, I certify on oath that:
7    1.   I am an active member in good standing of a United States Court or of the highest
8         court of another State or the District of Columbia, as indicated above;
9    2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local
10        Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
11        become familiar with the Local Rules and the Alternative Dispute Resolution
12        programs of this Court; and,
13   3.   An attorney who is a member of the bar of this Court in good standing and who
14        maintains an office within the State of California has been designated as co-counsel
15        in the above-entitled action. The name, address and telephone number of that
16        attorney is:

17        Mark D. Flanagan
          Elizabeth I. Rogers
18        Wilmer Cutler Pickering Hale and Dorr LLP
          1117 California Avenue
19        Palo Alto, CA 94304
          (650) 858-6000
20

21   I declare under penalty of perjury that the foregoing is true and correct.

22   Dated:    September 1, 2006          WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
23
24
25                                        By _____
                                              Leondra R. Kruger
26
27                                        *Attorneys for Defendants Verizon Communications Inc.,*
                                          *Verizon Global Networks Inc., Verizon Northwest Inc.,*
28                                        *Verizon Wireless, LLC, Cellco Partnership, and MCI, LLC*

                                          2

*PRO HAC VICE* APPLICATION