GRIFFIN WHITAKER LLP
JOSHUA GRAEME WHITAKER
(Appearing pursuant to MDL Rule 1.4 [U.S. Dist. Ct. for
 the Dist. of Md. Bar No. 16457])
 joshuawhitaker@griffinwhitaker.com
EDWARD NELSON GRIFFIN
(Appearing pursuant to MDL Rule 1.4 [U.S. Dist. Ct. for
 the Dist. of Md. Bar No. 16435])
 edwardgriffin@griffinwhitaker.com
8730 Georgia Avenue Suite LL100
Silver Spring, MD 20910
Telephone: (301) 587-3345
Facsimile: (888) 367-0383
Attorneys for Plaintiffs Christopher Bready, *et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><hr>This Document Relates To:<br><br>*Bready, et al. v. Verizon Maryland, Inc.*<br>United States District Court for the District of Maryland<br>Case No. 1:06-2185 | MDL Docket No. 06-1791 VRW<br><br>Relates to Case No. 3:06-3596<br>and<br>Relates to Case No. 3:06-3574<br><br>***BREADY* PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker<br><br>[Civ. L.R. 7-11] |

Pursuant to Civil L.R. 7-11, Plaintiffs **CHRISTOPHER BREADY**, *et al.* (hereinafter "Plaintiffs"), do hereby move this Court to grant them administrative relief, respectfully requesting that this Court issue an order to show cause as to why the Court's resolution of the remand motions of *Campbell, et al. v. AT&T Communications of California, Inc.*, Case No. 3:06-3596 (N.D. Cal.) (hereinafter "*Campbell*"), and *Riordan, et al. v. Verizon Communications, Inc., et al.*, Case No. 3:06-3574 (N.D. Cal.) (hereinafter "*Riordan*"), scheduled for hearing on December 21st, 2006, should not be applied to the remand motion pending in *Bready, et al. v. Verizon Maryland, Inc.*, Case No. 1:06-2185 (D. Md.) (hereinafter "*Bready*") (*Bready* Dkt. 15).

## I. ADMINISTRATIVE RELIEF REQUESTED

Plaintiffs request that the Court issue an order to show cause as to why the Court's Order regarding the remand motions of *Campbell* and *Riordan* should not apply to the *Bready* remand motion.

## II. REASONS ADMINISTRATIVE RELIEF IS SOUGHT

Plaintiffs respectfully state that the administrative relief sought herein will help avoid prejudice to their action, and will further judicial efficiency. The *Bready* action is one of only four actions, including *Campbell*, *Riordan*, and *Chuslky, et al. v. Cellco Partnership*, No. 06-cv-2530 (D.N.J.), that have been transferred to this Court and have remand motions pending response and or judicial resolution. In early 2007, this Court's Civil Minute Order, as amended on November 17, 2006, requires that master complaints be filed and served by the plaintiffs; importantly, this Court will also determine whether the United States Government's request for a stay in the MDL action should be granted. (MDL 1791 Dkt. 78). The Plaintiffs, as Maryland state residents seeking state-law

2

MDL Docket No. 06-01791-VRW          *BREADY* PLAINTIFFS' MOTION FOR
                                      ADMINISTRATIVE RELIEF

remedies against a Maryland corporation, wish to have their jurisdictional issues resolved prior to those events, in order to avoid prejudicial delay to the prosecution of their action, as well as unnecessary costs of participation in federal litigation.

Furthermore, the administrative relief sought herein furthers judicial efficiency. Because many of the same issues raised in the *Bready* remand motion could be effectively resolved by this Court on or immediately following the hearing on the 21st of December, only limited supplemental briefing would be required to address the issues of Maryland law, which distinguish the *Bready* action from *Campbell* and *Riordan*, prior to a hearing on this matter.

### III. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the administrative relief sought herein be granted, and that this Court issue an Order to Show Cause in writing as to why the *Campbell* and *Riordan* remand Order should not apply to *Bready*.

DATED: December 19, 2006

/SIGNED/
JOSHUA GRAEME WHITAKER
(U.S. Dist. Ct. for the Dist. of Md. Bar No. 16457)
joshuawhitaker@griffinwhitaker.com
EDWARD NELSON GRIFFIN
(U.S. Dist. Ct. for the Dist. of Md. Bar No.16435)
edwardgriffin@griffinwhitaker.com
8730 Georgia Avenue Suite LL100
Silver Spring, MD 20910
Telephone: (301) 587-3345
Facsimile: (888) 367-0383
Attorneys for Plaintiffs Christopher Bready, *et al.*

Docket Number 06-1791-VRW

CERTIFICATE OF COMPLAINCE WITH CIV. L.R. 7-12

I, Joshua Graeme Whitaker, the undersigned, do hereby declare and state as follows:

1. I am over 18 and not a party to this case. I am a partner at the firm of Griffin Whitaker LLP.

2. My business address is 8730 Georgia Avenue, Suite LL100, Silver Spring, Maryland, 20910.

3. On the morning of December 19th, 2006, at 10:20 A.M. local time, I attempted to contact Mr. Samir Jain, counsel for Verizon Maryland, Inc., via telephone, in order to obtain consent to the Plaintiffs' MOTION FOR ADMINISTRATIVE RELIEF. At that time, I left a detailed voicemail for Mr. Jain regarding the matters asserted therein. At approximately 3:30 P.M. local time, I again attempted to contact Mr. Jain regarding this matter via electronic mail, and received a response from his associate, Mr. Brian Boynton. The matter was discussed in two telephone conversations, at the conclusion of which Mr. Boynton, on behalf of Defendant, did not consent to the relief sought in the foregoing motion.

I declare under the penalty of perjury that the foregoing is true.

DATED: December 19, 2006

/SIGNED/
JOSHUA GRAEME WHITAKER
(U.S. Dist. Ct. for the Dist. of Md. Bar No. 16457)
joshuawhitaker@griffinwhitaker.com
8730 Georgia Avenue Suite LL100
Silver Spring, MD 20910
Telephone: (301) 587-3345
Facsimile: (888) 367-0383
Attorney for Plaintiffs Christopher Bready, *et al.*

4