Docket Number 06-1791-VRW

## CERTIFICATE OF SERVICE

I, Joshua Graeme Whitaker, the undersigned, do hereby declare and state as follows:

1. I am over 18 and not a party to this case. I am a partner at the firm of Griffin Whitaker LLP.

2. My business address is 8730 Georgia Avenue, Suite LL100, Silver Spring, Maryland, 20910.

3. On December 19th, 2006, I served a true and accurate copy of the attached MOTION FOR ADMINISTRATIVE RELIEF and PROPOSED ORDER thereof by electronic mail or First Class Mail, as identified in the following Attachment to the Certificate of Service.

I declare under the penalty of perjury that the foregoing is true.

DATED: December 19, 2006

_____/SIGNED/_____
JOSHUA GRAEME WHITAKER
(U.S. Dist. Ct. for the Dist. of Md. Bar No. 16457)

8730 Georgia Avenue Suite LL100
Silver Spring, MD 20910
Telephone: (301) 587-3345
Facsimile: (888) 367-0383
Attorney for Plaintiffs Christopher Bready, et al.

ATTACHMENT TO CERTIFICATE OF SERVICE

Electronic Mail Notice List

The following persons were served electronically pursuant to the CM/ECF system:

Timothy L. Alger
timalger@quinnemanuel.com
    albertvillamil@quinnemanuel.com

David L. Anderson

Marc H. Axelbaum
marc.axelbaum@pillsburylaw.com

Kevin Stuart Bankston
bankston@eff.org

Alexander E Barnett
abarnett@masonlawdc.com
mdicocco@masonlawdc.com

Timothy M. Bechtold
tim@rossbachlaw.com

Bradford Allan Berenson
bberenson@sidley.com
    vshort@sidley.com

John David Blair-Loy
dblairloy@aclusandiego.org

Brian Matthew Boynton
brian.boynton@wilmerhale.com

Ann Brick
abrick@aclunc.org
    lcerri@aclunc.org

James J. Brosnahan
jbrosnahan@mofo.com bkeaton@mofo.com

D. Douglas Brothers
dbrothers@georgeandbrothers.com
receptionist@georgeandbrothers.com

Thomas R. Burke
thomasburke@dwt.com
    natashamajorko@dwt.com

David William Carpenter
dcarpenter@sidley.com
    efilingnotice@sidley.com

Cindy Ann Cohn
cindy@eff.org barak@eff.org
    rebecca@eff.org

Anthony Joseph Coppolino
tony.coppolmo@usdoj.gov

Elena Maria DiMuzio
Elena.DiMuzio@hellerehrman.com

Peter Jay Eliasberg
peliasberg@aclu-sc.org
    ereyes@aciu-sc.org

Derek John Emge
derek@inthelaw.com

Bruce A. Ericson
bruce.ericson@pillsburylaw.com

Eric B. Fastiff
efastiff@lchb.com

James M. Finberg
JFinberg@lchb.com

Mark D. Flanagan
mark.flanagan@wilmerhale.com

Robert D. Fram
rfram@hewm.com
    mawilliams@hewm.com
    kim.sydorak@hellerehrman.com

Jeff D. Friedman
JFriedman@lerachlaw.com

| | | |
|---|---|---|
| 1 | R. James George, Jr rjgeorge@georgeandbrothers.com  fjordan@georgeandbrothers.com | Brian Martinez brianmartinez@mofo.com |
| 2 | | |
| 3 | Jennifer Stisa Granick jennifer@law.stanford.edu | Gary E. Mason gmason@masonlawdc.com |
| 4 | | |
| 5 | Terry Gross terry@grossbelsky.com | Edward Robert McNichols emcnicholas@sidley.com  vshort@sidley.com |
| 6 | Harvey Michael Grossman hgrossman@aclu-il.org | Corynne McSherry corynne@eff.org |
| 7 | rhughes@aclu-il.org | |
| 8 | Alexander Kenneth Haas Alexander.Haas@usdoj.gov | Candace J. Morey cmorey@fenwick.com |
| 9 | | |
| 10 | David K. Herzog david.herzog@bakerd.com | Maria V. Morris mariam@lerachlaw.com  e_file_sf@lerachlaw.com |
| 11 | Robert Carl Hilliard bobh@hilliardandmunoz.com  dee@hilliardandmunoz.com | Roger R. Myers roger.myers@hro.com  adam.brezine@hro.com  nancy.burnett@hro.com |
| 12 | | |
| 13 | Barry R. Himmelstein bhimmelstein@lchb.com | |
| 14 | | Karl Olson ko@lrolaw.com  amw@lrolaw.com |
| 15 | Eric A. Isaacson erici@lerachlaw.com | |
| 16 | | |
| 17 | Samir Chandra Jain samir.jain@wilmerhale.com  alicia.hunt@wilmerhale.com | Kurt Opsahl kurt@eff.org |
| 18 | | Renee S. Orleans renee.orleans@usdoj.gov |
| 19 | Reed R. Kathrein reedk@lerachlaw.com  e_file_sf@lerachlaw.com  e_file_sd@lerachlaw.com | Nicole A. Ozer nozer@aclunc.org  mpham@aclunc.org |
| 20 | | |
| 21 | Michael P. Kenny mike.kenny@alston.com | Clare Pastore cpastore@aclu-sc.org  jbradberg@aclu-sc.org |
| 22 | | |
| 23 | John G. Kester jkester@wc.com ddwilliams@wc.com | Jacob B. Perkinson jperkinson@jpclasslaw.com |
| 24 | Craig Alien Knot cknot@sidley.com  efilingnotice@sidley.com | |
| 25 | | Laurence F. Pulgram lpulgram@fenwick.com  mburt@fenwick.com |
| 26 | | |
| 27 | Michael M. Markman mmarkman@hewm.com | |
| 28 | | |

2

MDL Docket No. 06-01791-VRW                                   CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Daniel John Richert<br>daniel.richert@pillsburylaw.com | Andrew H Tannenbaum<br>andrew.tannenbaum@usdoj.gov |
| 2 | susan.hersom@pillsburylaw.com | |
| | | Tze Lee Tien |
| 3 | Elizabeth I. Rogers<br>elizabeth.rogers@wilmerhale.com | tien@eff.org jason@eff.org<br>vkhall@aol.com |
| 4 | rebecca.mcnew@wilmerhale.com | eff-mdl@eff.org |
| 5 | John Andrew Rogovin<br>john.rogovin@wilmerhale.com | Theresa M. Traber, Esq<br>tmt@tvlegal.com |
| 6 | | |
| | Shana Eve Scarlett | James Samuel Tyre |
| 7 | shanas@lerachlaw.com | jstyre@jstyre.com |
| | e_file_sd@lerachlaw.com | jstyre@eff.org |
| 8 | e_file_sf@lerachlaw.com | |
| | | Marc Van Der Hout |
| 9 | Steven Edward Schwarz<br>stevenschwarz23@yahoo.com | ndca@vblaw.com |
| 10 | | |
| | Eric Alan Shumsky | Bert Voorhees<br>bv@tvlegal.com |
| 11 | eshumsky@sidley.com | |
| | | Joshua Graeme Whitaker |
| 12 | W. Russell Sipes | joshuawhitaker@griffinwhitaker.com |
| 13 | wrs@lgrslaw.com | griffmwhitaker@griffmwhitaker.co |
| | sg@lgrslaw.com | m |
| 14 | | |
| | Michael W. Sobol | Richard Roy Wiebe |
| 15 | msobol@lchb.com | wiebe@pacbell.net |
| 16 | Jacob R. Sorensen | Shira R Yoshor |
| | jake.sorensen@pillsburylaw.com | shira.yoshor@bakerbotts.com |
| 17 | | |
| | | Matthew J. Zevin |
| 18 | | mzevin@smi-law.com |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

# MANUAL SERVICE LIST

The following parties were manually served via the United States Postal Service:

Bruce Ira Afran
Bruce Afran, Attorney at Law
10 Braeburn Drive
Princeton, NJ 08540

Stephen E. Arthur
Harrison & Moberly
135 North Pennsylvania Street, Suite 2100
Indianapolis, IN 46204

Ron Antosko
Darrell Lee Barger
Hartline Dacus Barger Dreyer & Kern
800 N. Shoreline Blvd, Suite 2000N
Corpus Christi, TX 78401

Todd C. Barnes
George & Sipes
156 East Market Street, Suite 600
Indianapolis, IN 46204

Raymond A. Basile
Harrison & Moberly
135 North Pennsylvania, Suite 2100
Indianapolis, IN 46204

Daniel J. Becka
Beigel Schy Lasky Rifkind Goldberg & Fertik Ltd
311 So Wacker Dr 65th Flr.
Chicago, IL 60606

Marc Oliver Beem
Miller Shakman & Hamilton, LLP
180 North LaSalle Street, Suite 3600
Chicago, IL 60601

John Beisner
O'Melveny & Myers LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004-1109

Matthew Phineas Bergman
Law Office of Matthew Bergman
705 2nd Avenue, Suite 1601
Seattle, WA 98104

Steven K. Blackhurst
Ater Wynne Hewitt Dodson & Skerritt
222 S.W. Columbia Ste 1800
Portland, OR 97201-6618

Ari Y. Brown
Bergman & Frockt
705 Second Avenue, Suite 1601
Seattle, WA 98104

James M. Carlson
F. Thomas Hecht
Michael James Philippi
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

David R. Carpenter
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Edward Morgan Carstarphen, III
Ellis Carstearphen et al
5847 San Felipe, Suite 1900
Houston, TX 77057

Catherine J. Casey
Jonathan D. King
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street, #1900
Chicago, IL 60601

James E. Chadden, Sr.
Myron M. Cherry
Cherry & Flynn
30 North LaSalle St. #2300
Chicago, IL 60602

Kalea Seitz Clark
Leondra Kruger
Randolph D. Moss
Wilmer Cutler Pickering Hale and Door LLC
1875 Pennsylvania Avenue NW
Washington, DC 20006

MDL Docket No. 06-01791-VRW        CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Amato A. DeLuca<br>DeLuca & Weizenbaum, Ltd.<br>199 North Main Street<br>Providence, RI 02903 | Albert L. Frevola, Jr.<br>Gordon Hargrove & James<br>2400 East Commercial Blvd., Suite 1100<br>Fort Lauderdale, FL 33308-3092 |
| 2 | | |
| 3 | Nancy Scott Degan<br>Paul Lee Peyronnin<br>Matthew A. Woolf<br>Baker Donelson Bearman Caldwell &<br>Berkowitz, PC<br>201 St. Charle Avenue, Suite 3600<br>New Orleans, LA 70170 | Michael R. Fruehwald<br>Barnes & Thornburg<br>11 South Meridian Street<br>Indianapolis, IN 46204-3535 |
| 4 | | |
| 5 | | Jason L. Fulk<br>Hoover Hull LLP<br>111 Monument Circle, Suite 4400<br>P.O. Box 44989<br>Indianapolis, IN 46244-0989 |
| 6 | | |
| 7 | Michael D. Donovan<br>Law Offices of Michael D. Donovan<br>1608 Walnut Street, Suite 1400<br>Philadelphia, PA 19103 | |
| 8 | | Daniel N. Gall<br>c/o Luna Innocations<br>2851 Commerce Street<br>Blacksburg, VA 24060 |
| 9 | Val Patrick Exnicios<br>Amy Collins Fontenot<br>Liska, Exnicios & Nungesser<br>One Canal Place<br>365 Canal Street, Suite 2290<br>New Orleans, LA 70130 | |
| 10 | | |
| 11 | | Linda S. George<br>Laudig George Rutherford & Sipes<br>156 East Market Street, Suite 600<br>Indianapolis, IN 46204 |
| 12 | | |
| 13 | Tyrone C. Fahner<br>Sheila Marie Finnegan<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 | John Richard Gillespie<br>Broad & Cassel<br>100 SE 3rd Avenue, Suite 2700<br>One Financial Plaza<br>Fort Lauderdale, FL 33394 |
| 14 | | |
| 15 | | |
| 16 | Daniel Martin Feeney<br>Zachary J. Freeman<br>Miller Shakman & Beem LLP<br>180 North LaSalle Street, Suite 3600<br>Chicago, IL 60601 | Gary Neal Goldberg<br>Law Offices of Cary N. Goldberg<br>30 North LaSalle Street, Suite 2300<br>Chicago, IL 60602 |
| 17 | | |
| 18 | | |
| 19 | Jodi W. Flowers<br>Motley Rice, LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 | M. Norman Goldberger<br>Christopher Soriano<br>Wolf Block Schorr and Solis-Cohen, LLP<br>1650 Arch Street, 22nd Floor<br>Philadelphia, PA 19103 |
| 20 | | |
| 21 | F. Larkin Fore<br>Sarah M. Fore<br>Fore, Miller & Schwartz<br>200 S. Fifth Street<br>Suite 700N, First Trust Centre<br>Louisville, KY 40202-3204 | Mark E. Guzzi<br>271 Providence Oaks Circle<br>Alpharetta, GA 30004 |
| 22 | | |
| 23 | | William J. Heller<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>P.O. Box 652<br>Newark, NJ 07102-0652 |
| 24 | | |
| 25 | Susan A. Freiwald<br>USF School of LAW<br>2130 Fulton St<br>San Francisco, CA 94117 | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Andrew W. Hull<br>Hoover Hull LLP<br>111 Monument Circle, Suite 4400 | Michael E. Kipling<br>Kipling Law Group PLLC<br>3601 Fremont Avenue N. |
| 2 | P.O. Box 44989<br>Indianapolis, IN 46244-0989 | Suite 414<br>Seattle, WA 98103 |
| 3 | | |
| 4 | Anthony D. Irpino<br>Irpino Law Firm<br>365 Canal Street, 22nd Floor | Clinton A. Krislov<br>Krislov & Associates, Ltd.<br>20 North Wacker Drive |
| 5 | New Orleans, LA 70130 | Suite 1350<br>Chicago, IL 60606 |
| 6 | Joseph G. Jevic, III<br>St. Martin & Williams | Melanie G. Lagarde |
| 7 | 4084 Highway 311<br>P.O. Box 2017 | St. Martin & Williams<br>4084 Highway 311 |
| 8 | Houma, LA 70361-2017 | Houma, LA 70360 |
| 9 | Philip J. John, Jr.<br>Joseph R. Knight | Stephen Laudig<br>2440 Campus Road, #429 |
| 10 | Baker & Botts<br>One Shell Plaza | Honolulu, HI 96822 |
| 11 | 910 Louisiana Street<br>Houston, TX 77002 | David L. Lawson<br>Sidley Austin Brown & Wood |
| 12 | C. J. Johnson | 172 Eye Street, N.W.<br>Washington, DC 20006 |
| 13 | Kalkstein Law Firm<br>P.O. Box 8568 | Roger L. Mandel |
| 14 | Missoula, MT 59807 | Stanley Mandel & Iola LLP<br>3100 Monticello Ave |
| 15 | Kelly Overstreet Johnson<br>215 S. Monroe Street, Suite 400 | Suite 750<br>Dallas, TX 75205 |
| 16 | P.O. Box 11300<br>Tallahassee, FL 32302 | Lori McAllister |
| 17 | Joshua Karsh | Dykema Gossett PLLC<br>201 Townsend Street, Suite 900 |
| 18 | Gessler Hughes Piers Resnick & Dym Ltd.<br>Three First National Plaza<br>70 West Madison Street, Suite 4000 | Lansing, MI 48933<br>Howard A. Merten |
| 19 | Chicago, IL 60602 | Partridge, Snow & Hahn LLP<br>180 South Main Street |
| 20 | Peter D. Keisler<br>United States Department of Justice | Providence, RI 02903 |
| 21 | Assistant Attorney General<br>20 Massachusetts Avenue, NW | Donald A. Migliori<br>Motley Rice LLC |
| 22 | Room 7312<br>Washington, DC 20530 | 321 South Main Street<br>Providence, RI 02940 |
| 23 | Andrew Kierstead | Alice McKenzie Morical |
| 24 | 1001 S.W. Fifth Avenue<br>Suite 1100 | Hoover Hull LLP<br>131 Monument Circle, Suite 4400 |
| 25 | Portland, OR 97204 | P.O. Box 44989<br>Indianapolis, IN 46244-0989 |
| 26 | | |
| 27 | | |
| 28 | | |

MDL Docket No. 06-01791-VRW                    CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Michael C. O'Malley<br>Siben & Siben, LLP<br>90 East Main Street<br>BayShore, NY 11706 | Ronald P. Schiller<br>DLA Piper Rudnick Gray Cary US LLP<br>One Liberty Place, Suite 4900<br>1650 Market Street<br>Philadelphia, PA 19103 |
| 3 | Michele L. Odorizzi<br>Alan Norris Salpeter<br>Mayer, Brown, Rowe & Maw<br>190 South LaSalle Street<br>Chicago, IL 60603 | Mark Schlosberg<br>American Civil Liberties Union Fndt.<br>1663 Mission Street, Suite 460<br>San Francisco, CA 94103 |
| 6 | Wendy Sangbee Park<br>Adam D. Schwartz<br>Roger Baldwin Foundation of ACLU, Inc.<br>180 North Michigan Avenue<br>Suite 2300<br>Chicago, IL 60601 | Eric Schneider<br>1730 South Federal Hwy. #104<br>Delray Beach, FL 33483<br><br>Michael A. St. Pierre<br>Revens Revens & St. Pierre<br>946 Centerville Road<br>Warwick, RI 02886 |
| 9 | Robert J. Patterson<br>Watts Law Firm LLP<br>555 N. Carancahua Street<br>Twr II Bldg 34th Floor<br>Corpus Christi, TX 78401 | Donald A. Statland<br>Attorney at Law<br>55 West Monroe St. Ste 1200<br>Chicago, IL 60603 |
| 12 | Richard Radke, Jr.<br>Kluczynski, Girtz & Bogelzang<br>Suite 400<br>Grand Rapids, MI 49503 | Lauren A. Stern<br>Steven Chung & Associates LLC<br>841 Bishop St., Suite 400<br>Honolulu, HI 96813 |
| 15 | Jason S. Ritchie<br>Holland & Hart<br>P.O. Box 639<br>Billings, MT 59103 | David H. Sternlieb<br>Shapiro & Sternlieb, LLC<br>800 Tennent Road<br>Manalapan, NJ 07726 |
| 17 | Harry Rosenberg<br>Phelps Dunbar, LLP<br>Canal Place<br>365 Canal Street, Suite 2000<br>New Orleans, LA 70130-6534 | A. David Stippler<br>Bingham McHale, LLP<br>2700 Market Tower<br>10 West Market Street<br>Indianapolis, IN 46204 |
| 20 | Michael J. Ross<br>Christopher A. Slater<br>Slater & Ross<br>1 S.W. Columbia Street, Suite 1850<br>Portland, OR 97258 | Ted W. Stroud<br>Oade Stroud & Kleiman PC<br>200 Woodland Pass<br>P.O. Box 1296<br>East Lansing, MI 48826-1296 |
| 23 | William A. Rossbach<br>Rossbach & Whiston<br>401 North Washington Street<br>P.O. Box 8988<br>Missoula, MT 59807-8988 | Brendan V. Sullivan<br>Daniel D. Williams<br>Williams & Connolly<br>725 12th St. N.W.<br>Washington, DC 20005 |

| | | |
|---|---|---|
| 1 | John Joseph Tanner<br>Baker & Daniels<br>300 North Meridian Street<br>Indianapolis, IN 46204 | Conrad S.P. Williams, III<br>St. Martin, Williams & Bourque<br>P.O. Box 2017<br>Houma, LA 70361 |
| 2 | | |
| 3 | M. Stephen Turner<br>Broad & Cassel<br>215 South Monroe Street. Suite 400<br>P.O. Box 11300<br>Tallahassee, FL 32302 | Paul A. Wolfla<br>Baker & Daniels<br>300 North Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204 |
| 4 | | |
| 5 | | |
| 6 | William Joel Vander Vliet<br>Krislov & Associates<br>20 North Wacker Drive, Suite 1350'<br>Chicago, IL 60606 | Martin Woodward<br>Stanley, Mandel & Ida, LLP<br>3300 Monticello Avenue, Suite 750<br>Dallas, TX 75205 |
| 7 | | |
| 8 | | |
| 9 | Marc Ver Der Hout<br>Ver Der Hout & Brigagliano<br>180 Sutter Street, 5th Floor<br>San Francisco, CA 941 23 | Anthony J. Zarillo, Jr.<br>Courter, Kobert & Cohen, PC<br>1001 Route 517<br>Hackettstown, NJ 07840 |
| 10 | | |
| 11 | Nicholas Wagner<br>Law Offices of Wagner & Jones<br>1111 East Herndon, Suite 317<br>Fresno, CA 93720 | Jacie C. Zolna<br>Myron M. Cherry & Associates<br>30 North LaSalle Street, Suite 2300<br>Chicago, IL 60602 |
| 12 | | |
| 13 | Thomas P. Walsh<br>United States Attorney's Office NDIL<br>219 South Dearborn Street, Suite 500<br>Chicago, IL 60604 | |
| 14 | | |
| 15 | | |
| 16 | Peter Wasylyk<br>Law Offices of Peter Wasylyk<br>1307 Chalkstone Avenue<br>Providence, RI 02908 | |
| 17 | | |
| 18 | Mikal C. Watts<br>Watts Law Firm, LLP<br>Bank of America Plaza<br>300 Convent Street, Suite 100<br>San Antonio, TX 78205 | |
| 19 | | |
| 20 | | |
| 21 | Brian W. Welch<br>Bingham McHale, LLP<br>10 West Market Street<br>Market Tower, Suite 2700<br>Indianapolis, IN 46204 | |
| 22 | | |
| 23 | | |
| 24 | John C. Whitfield<br>Whitfield & Cox PSC<br>29 East Center Street<br>Madisonville, KY 42431 | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

MDL Docket No. 06-01791-VRW                    CERTIFICATE OF SERVICE