1  PETER D. KEISLER
   Assistant Attorney General, Civil Division
2  CARL J. NICHOLS
   Deputy Assistant Attorney General
3  DOUGLAS N. LETTER
   Terrorism Litigation Counsel
4  JOSEPH H. HUNT
   Director, Federal Programs Branch
5  ANTHONY J. COPPOLINO
   Special Litigation Counsel
6  tony.coppolino@usdoj.gov
   RENÉE S. ORLEANS
7  ANDREW H. TANNENBAUM
   ALEXANDER K. HAAS
8  Trial Attorneys
   U.S. Department of Justice
9  Civil Division, Federal Programs Branch
   20 Massachusetts Avenue, NW
10 Washington, D.C. 20001
   Phone: (202) 514-4782
11 Fax:   (202) 616-8470

12 *Attorneys for the Intervenor United States*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. M:06-CV-01791-VRW  **SUBMISSION OF PROPOSED ORDER**  Courtroom: 6, 17th Floor  Judge: Hon. Vaughn R. Walker |
| This Document Relates To: | |
| *Hepting, et al. v. AT&T Corp., et al.*, No. C 06-0672-VRW | |

    The United States, through its undersigned counsel, hereby submits the attached proposed Order listing the materials submitted to the Court *ex parte, in camera*, in the *Hepting* action and providing for their continued availability to the Court in the *Hepting* action and to judges for the Court of Appeals assigned to an appeal in the *Hepting* action. This proposed Order has been agreed upon as to form by counsel for the Plaintiffs and the Defendants in the

**Case No. M:06-CV-0791-VRW [re: *Hepting* (C 06-0672-VRW)]**
**Proposed Order of United States re: *Ex Parte, In Camera* Filings**

*Hepting* action. *See* Declaration of Anthony J. Coppolino (attached to proposed Order)

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

By: */s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
tony.coppolino@usdoj.gov
Special Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
Fax:  (202) 616-8470

*Attorneys for the United States*

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
RENÉE S. ORLEANS
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
Fax:  (202) 616-8470
*Attorneys for the Intervenor United States*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>*Hepting, et al. v. AT&T Corp., et al.*,<br>No. C 06 0672 VRW | **No. M:06-CV-01791-VRW**<br><br>**[PROPOSED] ORDER**<br><br>Courtroom:  6, 17th Floor<br>Judge:  Hon. Vaughn R. Walker |

The United States has lodged with the Court in the *Hepting* action (C 06-672 N.D. Cal.) (VRW) the following classified materials for the Court's *in camera*, *ex parte* consideration:

Lodged on May 13, 2006:

(1)  *In Camera*, *Ex Parte* Memorandum of the United States in Support of the Military and State Secrets Privilege and Motion to Dismiss or, in the Alternative, for Summary Judgment.

(2) *In Camera*, *Ex Parte* Declaration of John D. Negroponte, Director of National Intelligence.

**Case No. M:06-CV-0791-VRW [re: *Hepting* (C 06-0672-VRW)]**
**Proposed Order of United States re: *Ex Parte, In Camera* Filings**

(3) *In Camera*, *Ex Parte* Declaration of Lieutenant General Keith B. Alexander, Director, National Security Agency.

*See* United States' Notice of Lodging *Ex Parte, In Camera* Material (Docket No. 125) (5/13/06)

Lodged on June 16, 2006:

(1) *In Camera*, *Ex Parte* Reply in Support of the United States' Assertion of the Military and State Secrets Privilege and Motion to Dismiss or, in the Alternative, for Summary Judgment.

(2) *In Camera*, *Ex Parte* Supplemental Declaration of John D. Negroponte, Director of National Intelligence.

(3) *In Camera*, *Ex Parte* Supplemental Declaration of William B. Black, Acting Director, National Security Agency.

*See* United States' Notice of Lodging *Ex Parte, In Camera* Material (Docket No. 246) (6/16/06).

Lodged on July 31, 2006:

*In Camera*, *Ex Parte* Response to the Court's Order that the parties provide their "views regarding the means by which the court should review any future classified submission."

*See* United States' Notice of Lodging *Ex Parte, In Camera* Material (Docket No. 316) (7/31/06).

\* \* \*

It is hereby ORDERED that the foregoing documents are part of the record in the *Hepting* action and, during the pendency of that action, shall be preserved in the custody of the United States and stored in a secure location in Washington, D.C. by the Litigation Security Section of the Department of Justice; and it is

FURTHER ORDERED THAT, during the pendency of the *Hepting* action, the foregoing documents will be made available to this Court as necessary for any future consideration or use in *Hepting,* and will also be made available to the judges of the United States Court of Appeals for the Ninth Circuit assigned to an appeal in the *Hepting* action as necessary for their appellate review.

**SO ORDERED**:

Dated: _____           _____
                                    HON. VAUGHN R. WALKER
                                    United States District Chief Judge

**Case No. M:06-CV-0791-VRW [re: *Hepting* (C 06-0672-VRW)]**
**Proposed Order of United States re: *Ex Parte, In Camera* Filings**                         2

## DECLARATION OF ANTHONY J. COPPOLINO

I, ANTHONY J. COPPOLINO, counsel of record for the United States in the *Hepting* action, hereby declare that I have obtained approval as to form for the foregoing proposed Order from the other signatories listed below (counsel in the *Hepting* action). In addition, pursuant to General Order 45, §X.B, I have obtained concurrence to file this document from the other signatories listed below. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2006, at Washington, D.C.

| | |
|---|---|
| PETER D. KEISLER<br>Assistant Attorney General<br><br>CARL J. NICHOLS<br>Deputy Assistant Attorney General<br><br>DOUGLAS N. LETTER<br>Terrorism Litigation Counsel<br><br>JOSEPH H. HUNT<br>Director, Federal Programs Branch<br><br>By: */s/ Anthony J. Coppolino*<br>      Anthony J. Coppolino<br>Special Litigation Counsel<br>tony.coppolino@usdoj.gov<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, D.C. 20001<br>Phone: (202) 514-4782/Fax: (202) 616-8470<br><br>*Attorneys for the United States* | PILLSBURY WINTHROP SHAW<br> PITTMAN LLP<br>BRUCE A. ERICSON<br>DAVID L. ANDERSON<br>JACOB R. SORENSEN<br>MARC H. AXELBAUM<br>50 Fremont Street<br>Post Office Box 7880<br>San Francisco, CA 94120 7880<br><br>SIDLEY AUSTIN LLP<br>DAVID W. CARPENTER<br>DAVID L. LAWSON<br>BRADFORD A. BERENSON<br>EDWARD R. McNICHOLAS<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br><br>By: */s/ Bruce A. Ericson per G.O. 45*<br>      Bruce A. Ericson<br><br>*Attorneys for the Hepting Defendants* |

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
LEE TIEN (148216)
KURT OPSAHL (191303)
KEVIN S. BANKSTON (217026)
CORYNNE MCSHERRY (221504)
JAMES S. TYRE (083117)
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333/415/436-9993 (fax)

By: */s/ Cindy Cohn per G.O. 45*
      Cindy Cohn

*Attorneys for the Hepting Plaintiffs*

**Case No. M:06-CV-0791-VRW [re: *Hepting* (C 06-0672-VRW)]**
**Proposed Order of United States re: *Ex Parte, In Camera* Filings**     3