1  WILLIAMS & CONNOLLY LLP
   Brendan V. Sullivan, Jr. (admitted pro hac vice)[1]
2  John G. Kester
3  Gilbert O. Greenman
   725 Twelfth Street, N.W.
4  Washington, DC 20005
   Telephone: (202) 434-5000
5  Email: jkester@wc.com; ggreenman@wc.com
6
   Attorneys for Sprint Nextel Corporation, Nextel West Corp.,
7  Sprint Communications Company L.P., and Sprint Spectrum L.P.
8
   [THE NAMES, ADDRESSES, AND TELEPHONE
9  NUMBERS OF OTHER COUNSEL ARE LISTED
   ON THE SIGNATURE PAGE.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Dkt. No. 06-1791-VRW<br><br>**JOINDER IN MOTION FOR A STAY PENDING DISPOSITION OF INTERLOCUTORY APPEAL [Dkt. 67]**<br><br>Date: February 1, 2007<br>Time: 2:00 p.m.<br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

---

[1] Brendan V. Sullivan, Jr. has been admitted pro hac vice in the Suchanek action but not in the other actions in this MDL proceeding.

Joinder in Motion for Stay Pending Disposition of Interlocutory Appeal
In re: Nat'l Sec. Agency Telecomms. Records Litig.
MDL Dkt. No. 06-1791-VRW

The Sprint Defendants,[2] the BellSouth Defendants,[3] the Cingular Defendants,[4] Charter Communications, LLC, and Bright House Networks, LLC, through undersigned counsel, respectfully join the November 6, 2006 motion of the United States requesting that this Court stay the proceedings in this multidistrict litigation proceeding pending disposition of the interlocutory appeal in <u>Hepting</u> v. <u>AT&T Corp.</u>, No. C-06-0672-VRW. These actions should be stayed in their entirety because, whatever the Ninth Circuit's decision in the <u>Hepting</u> appeal, the Court of Appeals' opinion is likely to have determinative effects on (1) the legal issues that will be presented in motions to dismiss in the remaining actions and (2) the scope of discovery permitted, if any. If motions to dismiss were to proceed at this time and the motions were unsuccessful, the parties inevitably would file new motions for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) immediately after the Ninth Circuit rules on the <u>Hepting</u> appeal. Rather than require two rounds of briefing and decision on the sufficiency of the consolidated complaints, the undersigned defendants respectfully submit that the most efficient course at this juncture is to stay further proceedings pending the outcome of the <u>Hepting</u> appeal. Doing so also will avoid the significant jurisdictional issues described in detail in the Government's brief in support of a stay.

The undersigned Defendants concur in the arguments set forth in the Government's motion and adopt and incorporate them in full.

---

[2] The Sprint Defendants are Sprint Nextel Corporation, Nextel West Corp., Sprint Communications Company L.P., and Sprint Spectrum L.P.

[3] The BellSouth Defendants are BellSouth Corp., BellSouth Telecommunications, Inc., and BellSouth Communications System, LLC.

[4] The Cingular Defendants are New Cingular Wireless Services, Inc., Cingular Wireless LLC, and Cingular Wireless Corporation.

Joinder in Motion for Stay Pending Disposition of Interlocutory Appeal
In re: Nat'l Sec. Agency Telecomms. Records Litig.
MDL Dkt. No. 06-1791-VRW

2

Dated: December 22, 2006            Respectfully submitted,

WILLIAMS & CONNOLLY LLP
Brendan V. Sullivan, Jr. (admitted pro hac vice)
John G. Kester
Gilbert O. Greenman
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Email: jkester@wc.com; ggreenman@wc.com

By    /s/ *John G. Kester*

Attorneys for the Sprint Defendants


FARELLA BRAUN & MARTEL
Douglas R. Young
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94109
(415) 954-4438

ALSTON & BIRD LLP
Michael P. Kenny
William H. Jordan
1201 W. Peachtree Street
Atlanta, GA 30309
(404) 881-7000

By    /s/ *William H. Jordan per G.O. 45*

Attorneys for the BellSouth Defendants


PILLSBURY WINTHROP SHAW PITTMAN LLP
Bruce A. Ericson
David L. Anderson
Jacob R. Sorensen
Marc H. Axelbaum
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

SIDLEY AUSTIN LLP
David W. Carpenter

Joinder in Motion for Stay Pending Disposition of Interlocutory Appeal
In re: Nat'l Sec. Agency Telecomms. Records Litig.
MDL Dkt. No. 06-1791-VRW

3

David L. Lawson
Bradford A. Berenson
Edward R. McNicholas
1501 K Street, N.W.
Washington, D.C. 20005

By */s/ Bruce A. Ericson per G.O. 45*

Attorneys for the Cingular Defendants

COLE, RAYWID & BRAVERMAN
Adam S. Caldwell
1919 Pennsylvania Avenue, NW
Washington, DC 20006

By */s/ Adam S. Caldwell per G.O. 45*

Attorneys for Charter Communications, LLC and Bright House Networks, LLC

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, JOHN G. KESTER, hereby declare pursuant to General Order 45, § X.B., that I have obtained the concurrence in the filing of this document from each of the other signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on December 22, 2006 at Washington, DC.

 */s/ John G. Kester*

Joinder in Motion for Stay Pending Disposition of Interlocutory Appeal
In re: Nat'l Sec. Agency Telecomms. Records Litig.
MDL Dkt. No. 06-1791-VRW

4