WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
M. Norman Goldberger
Christopher L. Soriano
mgoldberger@wolfblock.com
csoriano@wolfblock.com
1650 Arch Street, 22nd Floor
Philadelphia PA 19103
(215) 977-2000
(215) 405-2554 [fax]

Attorneys for Defendant, Comcast Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Docket No. 06-1791 (VRW) <br><br> **DEFENDANT COMCAST CORPORATION'S JOINDER IN THE MOTION OF THE UNITED STATES FOR A STAY PENDING DISPOSITION OF INTERLOCUTORY APPEAL IN *HEPTING V. AT&T CORP.*** |
| THIS DOCUMENT RELATES TO: <br><br> Cross et al. v. AT&T et al. | Date: 2/1/07 <br> Time: 2:00 p.m. <br> Ctrm: 6 - 17th Floor |

Defendant Comcast Corporation hereby joins in the Motion of the United States for a Stay Pending Disposition of Interlocutory Appeal in *Hepting v. AT&T Corp.*, filed on November 8, 2006 (Dkt. No. 67). While Comcast does not necessarily agree with each and every statement made therein by the United States, Comcast believes that the relief sought is appropriate at this time.

DATED: December 22, 2006  /s/Christopher L. Soriano
M. Norman Goldberger
Christopher L. Soriano
Wolf, Block, Schorr & Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103