James P. Walsh (CA State Bar No. 184620)
Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        budwalsh@dwt.com
Email:        thomasburke@dwt.com

Attorneys for Defendant CHARTER COMMUNICATIONS, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | Case No. MDL Dkt. No. 06-1791-VRW<br><br>**SUBSTITUTION OF ATTORNEY** |

IT IS SO ORDERED
Judge Vaughn R Walker

Defendant CHARTER COMMUNICATIONS, LLC. sued in U.S. District Court, Western District of Michigan, Civil Action No. 5:06-CV-85-RHB hereby substitute(s)

James P. Walsh (State Bar No. 184620) and Thomas R. Burke (State Bar No. 141930) of Davis Wright Tremaine LLP, 505 Montgomery Street, Suite 800, San Francisco, California 94111, Telephone: (415) 276-6500; Facsimile: (415) 276-6599 as attorneys of record in place and in stead of Richard Radke, Jr.; Kluczynski, Girtz & Vogelzang, P.C., 648 Monroe Avenue, NW, Suite 400 Grand Rapids, MI 49503, Telephone: (616) 459-0556; Facsimile: (616) 459-5829; Email: rradke@kgvlaw.com

///

///

///

1
SUBSTITUTION OF ATTORNEY FOR CHARTER COMMUNICATIONS, LLC
Case No. Case No. MDL Dkt. *No. 06-1791-VRW*                                    SFO 351676v1 44586-1

Dockets.Justia.c

Dated: October 31, 2006

DAVIS WRIGHT TREMAINE LLP

By: /s/ Thomas R. Burke
Thomas R. Burke

I consent to the substitution.

Dated: October 31, 2006

Kluczynski, Girtz & Vogelzang, P.C

By: /s/ Richard Radke, Jr.
Richard Radke, Jr.