1  ELECTRONIC FRONTIER FOUNDATION
   CINDY COHN (145997)
2  cindy@eff.org
   LEE TIEN (148216)
3  tien@eff.org
   KURT OPSAHL (191303)
4  kurt@eff.org
   KEVIN S. BANKSTON (217026)
5  bankston@eff.org
   CORYNNE MCSHERRY (221504)
6  corynne@eff.org
   JAMES S. TYRE (083117)
7  jstyre@eff.org
   454 Shotwell Street
8  San Francisco, CA 94110
   Telephone: 415/436-9333
9  415/436-9993 (fax)

10 Attorneys for Plaintiffs

11 [Additional counsel appear on signature page.]

12

13                   UNITED STATES DISTRICT COURT

14             FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16 IN RE NATIONAL SECURITY AGENCY          )   MDL Docket No 06-1791 VRW
   TELECOMMUNICATIONS RECORDS              )
17 LITIGATION, MDL No. 1791                )   **CLASS ACTION**
                                           )
18 This Document Relates To:               )   **[PROPOSED] ORDER RESETTING**
                                           )   **DEADLINES**
19 ALL CASES                               )
                                           )   Courtroom:    6, 17th Floor
20                                         )   Judge:        The Hon. Vaughn R. Walker
                                           )
21                                         )
                                           )
22                                         )
                                           )
23                                         )
                                           )
24 _____ )

25

26

27

28

Dockets.Justia.com

1    Upon the oral stipulation of counsel and agreement of the Court reached during the hearing

2    in this case on December 21, 2006, the Court sets the following schedule, superseding the one

3    contained in its Pretrial Order No. 1 (Dkt #79):

4

| | |
|---|---|
| Master Complaints to be served and filed by Plaintiffs | January 16 |
| Opposition to Motion for Stay filed and served | January 17 |
| Reply to Motion for Stay filed and served | January 30 |
| All parties to SHOW CAUSE in writing why the *Hepting* order should not apply to all cases and claims to which the government asserts the state secrets privilege | February 1 |
| Hearing on Stay motion and on the court's ORDER to SHOW CAUSE in writing why the *Hepting* order should not apply to all cases and claims to which the government asserts the state secrets privilege. | February 9 at 2pm |

22    IT IS SO ORDERED.

23

24    Dated _____

25

26                                    _____
                                     The Honorable Vaughn R. Walker
27                                   United States District Chief Judge

28

1    Approval as to form and content:

2
                                    PETER D. KEISLER
3                                   Assistant Attorney General, Civil Division
                                    CARL J. NICHOLS
4                                   Deputy Assistant Attorney General
                                    DOUGLAS N. LETTER
5                                   Terrorism Litigation Counsel
                                    JOSEPH H. HUNT
6                                   Director, Federal Programs Branch
                                    ANTHONY J. COPPOLINO
7                                   Special Litigation Counsel
                                    ANDREW H. TANNENBAUM
8                                   Trial Attorney
                                    U.S. Department of Justice
9                                   Civil Division, Federal Programs Branch
                                    20 Massachusetts Avenue, N.W.
10                                  Room 6102
                                    Washington, DC 20001
11                                  Telephone:  (202) 514-4782
                                    Fax:  (202) 616-8460
12                                  Email: tony.coppolino@usdoj.gov

13
                                    By    _/s/ Anthony J. Coppolino per G.O. 45_
14                                          Anthony J. Coppolino
                                    Attorneys for United States of America, National Security
15                                  Agency, President George W. Bush

16                                  PILLSBURY WINTHROP SHAW PITTMAN LLP
                                    BRUCE A. ERICSON
17                                  DAVID L. ANDERSON
                                    JACOB R. SORENSEN
18                                  MARC H. AXELBAUM
                                    50 Fremont Street
19                                  Post Office Box 7880
                                    San Francisco, CA 94120-7880

20

21                                  By _____/s/ Bruce A. Ericson per G.O. 45_
                                    On Behalf of Carriers

22

23

24

25

26

27

28

DATED: December 22, 2006                    ELECTRONIC FRONTIER FOUNDATION

By _____/s/_____
                                            Cindy A. Cohn, Esq. (SBN 145997)
                                            Lee Tien, Esq. (SBN 148216)
                                            Kurt Opsahl, Esq. (SBN 191303)
                                            Kevin S. Bankston, Esq. (SBN 217026)
                                            Corynne McSherry, Esq. (SBN 221504)
                                            James S. Tyre, Esq. (SBN 083117)
                                            454 Shotwell Street
                                            San Francisco, CA 94110
                                            Telephone:    (415) 436-9333 x108
                                            Facsimile:    (415) 436-9993

                                            ATTORNEYS FOR AT&T CLASS
                                            PLAINTIFFS AND CO-CHAIR OF
                                            PLAINTIFFS' EXECUTIVE COMMITTEE

                                            Additional Plaintiffs' Counsel on Plaintiffs'
                                            Executive Committee and Plaintiffs' Liaison
                                            Counsel:

ROGER BALDWIN FOUNDATION OF                 LERACH COUGHLIN STOIA GELLER
ACLU                                        RUDMAN & ROBBINS LLP
HARVEY GROSSMAN                             ERIC ALAN ISAACSON
ADAM SCHWARTZ                               655 West Broadway, Suite 1900
180 North Michigan Avenue                   San Diego, CA 92101-3301
Suite 2300                                  Telephone: (619) 231-1058
Chicago, IL 60601                           Facsimile: (619) 231-7423
Telephone:  (312) 201-9740
Facsimile:  (312) 201-9760                  ATTORNEYS FOR AT&T CLASS
                                            PLAINTIFFS AND PLAINTIFFS' LIAISON
PLAINTIFFS' COUNSEL FOR AT&T                COUNSEL
SUBSCRIBER CLASS AND CO-CHAIR OF
PLAINTIFFS' EXECUTIVE COMMITTEE

LERACH COUGHLIN STOIA GELLER                LIEFF, CABRASER, HEIMANN &
RUDMAN & ROBBINS LLP                        BERNSTEIN, LLP
REED R. KATHREIN                            ELIZABETH J. CABRASER
JEFF D. FRIEDMAN                            BARRY R. HIMMELSTEIN
SHANA E. SCARLETT                           MICHAEL W. SOBOL
100 Pine Street, Suite 2600                 ERIC B. FASTIFF
San Francisco, CA 94111                     275 Battery Street, 30th Floor
Telephone: (415) 288-4545                   San Francisco, CA  94111-3339
Facsimile: (415) 288-4534                   Telephone:  (415) 956-1000
                                            Facsimile:  (415) 956-1008
ATTORNEYS FOR AT&T CLASS
PLAINTIFFS AND PLAINTIFFS' LIAISON          PLAINTIFFS' COUNSEL FOR MCI

| | |
|---|---|
| 1 COUNSEL | SUBSCRIBER CLASS |
| 2 | |
| 3 | |
| 4 MOTLEY RICE LLC | GEORGE & BROTHERS, L.L.P. |
| 5 RONALD MOTLEY | R. JAMES GEORGE, JR. |
| DONALD MIGLIORI | DOUGLAS BROTHERS |
| 6 JODI WESTBROOK FLOWERS | 1100 Norwood Tower |
| JUSTIN KAPLAN | 114 W. 7th Street |
| 7 28 Bridgeside Boulevard | Austin, Texas 78701 |
| P.O. Box 1792 | Telephone: (512) 495-1400 |
| 8 Mt. Pleasant, SC 29465 | Facsimile: (512) 499-0094 |
| 9 Telephone: (843) 216-9163 | |
| Facsimile: (843) 216-9680 | PLAINTIFFS' COUNSEL FOR CINGULAR |
| 10 | SUBSCRIBER CLASS |
| PLAINTIFFS' COUNSEL FOR VERIZON | |
| 11 SUBSCRIBER CLASS AND | |
| MISCELLANEOUS SUBSCRIBER | |
| 12 CLASSES | |
| 13 | |
| THE MASON LAW FIRM, PC | MAYER LAW GROUP |
| 14 GARY E. MASON | CARL J. MAYER |
| NICHOLAS A. MIGLIACCIO | 66 Witherspoon Street, Suite 414 |
| 15 1225 19th St., NW, Ste. 500 | Princeton, New Jersey 08542 |
| Washington, DC 20036 | Telephone: (609) 921-8025 |
| 16 Telephone: (202) 429-2290 | Facsimile: (609) 921-6964 |
| Facsimile: (202) 429-2294 | |
| 17 | PLAINTIFFS' COUNSEL FOR BELLSOUTH |
| 18 PLAINTIFFS' COUNSEL FOR SPRINT | SUBSCRIBER CLASS |
| SUBSCRIBER CLASS | |
| 19 | |
| BRUCE I AFRAN, ESQ. | LISKA, EXNICIOS & NUNGESSER |
| 20 10 Braeburn Drive | ATTORNEYS-AT-LAW |
| Princeton, NJ 08540 | VAL PATRICK EXNICIOS |
| 21 609-924-2075 | One Canal Place, Suite 2290 |
| | 365 Canal Street |
| 22 PLAINTIFFS' COUNSEL FOR | New Orleans, LA 70130 |
| BELLSOUTH SUBSCRIBER CLASS | Telephone: (504) 410-9611 |
| 23 | Facsimile: (504) 410-9937 |
| 24 | |
| 25 | PLAINTIFFS' COUNSEL FOR BELLSOUTH |
| | SUBSCRIBER CLASS |
| 26 | |
| 27 | |
| 28 | |

-4-

| 1 | KRISLOV & ASSOCIATES, LTD. | THE LAW OFFICES OF STEVEN E. |
|---|---|---|
| | CLINTON A. KRISLOV | SCHWARZ, ESQ. |
| 2 | W. JOEL VANDER VLIET | STEVEN E. SCHWARZ |
| 3 | 20 North Wacker Drive | 2461 W. Foster Ave., #1W |
| | Suite 1350 | Chicago, IL 60625 |
| 4 | Chicago, IL 60606 | Telephone: (773) 837-6134 |
| | Telephone: (312) 606-0500 | |
| 5 | Facsimile: (312) 606-0207 | PLAINTIFFS' COUNSEL FOR BELLSOUTH |
| | | SUBSCRIBER CLASS |
| 6 | PLAINTIFFS' COUNSEL FOR | |
| | BELLSOUTH SUBSCRIBER CLASS | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

No. M-06-01791-VRW          [PROPOSED] ORDER RESETTING DEADLINES

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.


By _____/s/_____
Cindy A. Cohn, Esq. (SBN.145997)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:      (415) 436-9333 x108
Facsimile:      (415) 436-9993
cindy@eff.org