James P. Walsh (CA State Bar No. 184620)
Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: budwalsh@dwt.com
Email: thomasburke@dwt.com

Attorneys for Defendant BRIGHT HOUSE NETWORKS, LLC

DAVIS WRIGHT TREMAINE LLP

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | Case No. MDL Dkt. No. 06-1791-VRW<br><br>**SUBSTITUTION OF ATTORNEY** |
| This Document Relates To:<br><br>ALL CASES | |




Defendant BRIGHT HOUSE NETWORKS, LLC. sued in U.S. District Court, Southern District of Indiana, Indianapolis Division, Case No. 1:06-cv-00932-DFH-WTL. hereby substitute(s) James P. Walsh (State Bar No. 184620) and Thomas R. Burke (State Bar No. 141930) of Davis Wright Tremaine LLP, 505 Montgomery Street, Suite 800, San Francisco, California 94111, Telephone: (415) 276-6500; Facsimile: (415) 276-6599 as attorneys of record in place and in stead of Paul A. Wolfla; Baker & Daniels LLP; 300 North Meridian Street, Suite 2700, Indianapolis, Indiana, 46204 Telephone: (317) 237-0300; Facsimile: (317) 237-1000; Email: Paul.wolfla@bakerd.com

///

///



Dockets.Justia.com

Dated: October 31, 2006

DAVIS WRIGHT TREMAINE LLP

By: */s/ Thomas R. Burke*________
Thomas R. Burke

We consent to the substitution.

Dated: October 31, 2006

BAKER & DANIELS LLP

By: */s/ Paul A. Wolfla*________
Paul A. Wolfla

Dated: October 31, 2006

BAKER & DANIELS LLP

By: */s/ David K. Herzog*________
David K. Herzog

Dated: October 31, 2006

BAKER & DANIELS LLP

By: */s/ John Joseph Tanner*______
John Joseph Tanner