**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE: December 21, 2006**

**COURTROOM DEPUTY:** Cora Delfin **Court Reporter:** Connie Kuhl
**CASE NO. MDL No. 06-1791 VRW**

**TITLE: In re NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION and ALL RELATED CASES**

**COUNSEL FOR PLAINTIFF:**
Laurence Pulgram, Ann Brick
Cindy Cohn
John Eisenberg - Al-Haramain Islamic Fdn
Richard Wiebe
Karl Olson - Media
Tim Alger - Wired News, Cnet

**COUNSEL FOR DEFENDANT:**
Carl Nichols - USA
Brad Berenson, Bruce Ericson
Marc Axelbaum, Eric Shumsky - AT&T
John Rogovin - Verizon
John Kester - Sprint

**PROCEEDINGS:** **1. Motion to Remand (C06-3596 Campbell) (C06-3574 Riordan)**
**2. Media Intervenors' Motion to Unseal Documents in Hepting**

**RESULTS:** The Court heard argument from counsel.
The Court took the matter(s) under-submission.
Court to issue written ruling.

**HOUSEKEEPING MATTERS AND MODIFIED SCHEDULE**:

Plaintiff and Defense counsel for AT&T will submit a proposed order to modify the protective order so that other lawyers for plaintiff get access to the sealed documents in Hepting.

Plaintiffs Consolidated complaint to be served and filed by January 16, 2007.
Opposition to Motion to Stay - January 17, 2007
Reply to Motion to Stay - January 30, 2007
All parties Show Cause brief - February 1, 2007
Hearing on the court's Order to Show Cause and Motion for a Stay - February 9, 2007 @2:00pm

time in court: 3:17 - 5:17

Dockets.Justia.com