THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

JOHN D. SEIVER
ADAM S. CALDWELL
ELIZABETH DROGULA
COLE, RAYWID & BRAVERMAN, LLP
1919 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
Telephone: (202) 659-9750
Facsimile: (202) 452-0067
Email: jseiver@crblaw.com
acaldwell@crblaw.com
ldrogula@crblaw.com

Attorneys for CHARTER COMMUNICATIONS, INC.

DAVIS WRIGHT TREMAINE LLP

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Dkt. No. 06-1791-VRW<br><br>Relates to Case No. 5:06-CV-0085<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |
| This Document Relates To:<br><br>*Dubois et al v. AT&T Corp., et al.*<br><br>United States District Court for the Northern District of California San Francisco Division Civil Action No. 5:06-CV-0085 | |

## NOTICE OF CHANGE OF AFFILIATION OF COUNSEL

Undersigned counsel in this matter, previously of Cole, Raywid & Braverman, LLP ("CRB"), are now with the law firm of Davis Wright Tremaine LLP ("DWT"). This change is the



Dockets.Justia.com

result of a merger between DWT and CRB which became effective on January 1, 2007. We request that all future correspondence addressed to the undersigned be updated accordingly to:

Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 200
Washington, DC 20006
Tel: 202-659-9750
Fax: 202-452-0067

Dated: January 5, 2007

Respectfully submitted,

/s/ John D. Seiver
John D. Seiver
Adam S. Caldwell
Elizabeth A. Drogula

**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue NW, Suite 200
Washington, D.C. 20006
Tel: (202) 659-9750
Fax: (202) 452-0067