ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To:<br><br>ALL CASES | MDL Docket No 06-1791 VRW<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER RESETTING DEADLINES**<br><br>Courtroom:   6, 17th Floor<br>Judge:           The Hon. Vaughn R. Walker |

1  Upon the oral stipulation of counsel and agreement of the Court reached during the hearing
2  in this case on December 21, 2006, the Court sets the following schedule, superseding the one
3  contained in its Pretrial Order No. 1 (Dkt #79):

4

| | |
|---|---|
| Master Complaints to be served and filed by Plaintiffs | January 16 |
| Opposition to Motion for Stay filed and served | January 17 |
| Reply to Motion for Stay filed and served | January 30 |
| All parties to SHOW CAUSE in writing why the *Hepting* order should not apply to all cases and claims to which the government asserts the state secrets privilege | February 1 |
| Hearing on Stay motion and on the court's ORDER to SHOW CAUSE in writing why the *Hepting* order should not apply to all cases and claims to which the government asserts the state secrets privilege. | February 9 at 2pm |

22  IT IS SO ORDERED.

24  Dated January 5, 2007

GRANTED

The Hon Judge Vaughn R. Walker
United States District Chief Judge

Approval as to form and content:

        PETER D. KEISLER
        Assistant Attorney General, Civil Division
        CARL J. NICHOLS
        Deputy Assistant Attorney General
        DOUGLAS N. LETTER
        Terrorism Litigation Counsel
        JOSEPH H. HUNT
        Director, Federal Programs Branch
        ANTHONY J. COPPOLINO
        Special Litigation Counsel
        ANDREW H. TANNENBAUM
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W.
        Room 6102
        Washington, DC 20001
        Telephone:  (202) 514-4782
        Fax:  (202) 616-8460
        Email: tony.coppolino@usdoj.gov


        By   _/s/ Anthony J. Coppolino per G.O. 45_
                Anthony J. Coppolino
        Attorneys for United States of America, National Security
        Agency, President George W. Bush

        PILLSBURY WINTHROP SHAW PITTMAN LLP
        BRUCE A. ERICSON
        DAVID L. ANDERSON
        JACOB R. SORENSEN
        MARC H. AXELBAUM
        50 Fremont Street
        Post Office Box 7880
        San Francisco, CA 94120-7880


        By _____ _/s/ Bruce A. Ericson per G.O. 45_
        On Behalf of Carriers

| | | |
|---|---|---|
| 1 | DATED: December 22, 2006 | ELECTRONIC FRONTIER FOUNDATION |
| 2 | | |
| 3 | | By _____/s/_____ |
| 4 | | Cindy A. Cohn, Esq. (SBN 145997)<br>Lee Tien, Esq. (SBN 148216)<br>Kurt Opsahl, Esq. (SBN 191303) |
| 5 | | Kevin S. Bankston, Esq. (SBN 217026)<br>Corynne McSherry, Esq. (SBN 221504) |
| 6 | | James S. Tyre, Esq. (SBN 083117)<br>454 Shotwell Street |
| 7 | | San Francisco, CA 94110<br>Telephone:    (415) 436-9333 x108 |
| 8 | | Facsimile:     (415) 436-9993 |
| 9 | | ATTORNEYS FOR AT&T CLASS |
| 10 | | PLAINTIFFS AND CO-CHAIR OF<br>PLAINTIFFS' EXECUTIVE COMMITTEE |
| 11 | | Additional Plaintiffs' Counsel on Plaintiffs' |
| 12 | | Executive Committee and Plaintiffs' Liaison Counsel: |
| 13 | | |
| 14 | ROGER BALDWIN FOUNDATION OF ACLU | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 15 | HARVEY GROSSMAN<br>ADAM SCHWARTZ | ERIC ALAN ISAACSON<br>655 West Broadway, Suite 1900 |
| 16 | 180 North Michigan Avenue<br>Suite 2300 | San Diego, CA 92101-3301<br>Telephone: (619) 231-1058 |
| 17 | Chicago, IL 60601<br>Telephone:  (312) 201-9740 | Facsimile: (619) 231-7423 |
| 18 | Facsimile:  (312) 201-9760 | ATTORNEYS FOR AT&T CLASS<br>PLAINTIFFS AND PLAINTIFFS' LIAISON |
| 19 | PLAINTIFFS' COUNSEL FOR AT&T | COUNSEL |
| 20 | SUBSCRIBER CLASS AND CO-CHAIR OF<br>PLAINTIFFS' EXECUTIVE COMMITTEE | |
| 21 | | |
| 22 | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP | LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP |
| 23 | REED R. KATHREIN<br>JEFF D. FRIEDMAN | ELIZABETH J. CABRASER<br>BARRY R. HIMMELSTEIN |
| 24 | SHANA E. SCARLETT<br>100 Pine Street, Suite 2600 | MICHAEL W. SOBOL<br>ERIC B. FASTIFF |
| 25 | San Francisco, CA 94111<br>Telephone: (415) 288-4545 | 275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339 |
| 26 | Facsimile: (415) 288-4534 | Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008 |
| 27 | ATTORNEYS FOR AT&T CLASS<br>PLAINTIFFS AND PLAINTIFFS' LIAISON | PLAINTIFFS' COUNSEL FOR MCI |
| 28 | | |

| COUNSEL | SUBSCRIBER CLASS |
|---|---|
| MOTLEY RICE LLC<br>RONALD MOTLEY<br>DONALD MIGLIORI<br>JODI WESTBROOK FLOWERS<br>JUSTIN KAPLAN<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465<br>Telephone: (843) 216-9163<br>Facsimile: (843) 216-9680<br><br>PLAINTIFFS' COUNSEL FOR VERIZON SUBSCRIBER CLASS AND MISCELLANEOUS SUBSCRIBER CLASSES | GEORGE & BROTHERS, L.L.P.<br>R. JAMES GEORGE, JR.<br>DOUGLAS BROTHERS<br>1100 Norwood Tower<br>114 W. 7th Street<br>Austin, Texas 78701<br>Telephone: (512) 495-1400<br>Facsimile: (512) 499-0094<br><br>PLAINTIFFS' COUNSEL FOR CINGULAR SUBSCRIBER CLASS |
| THE MASON LAW FIRM, PC<br>GARY E. MASON<br>NICHOLAS A. MIGLIACCIO<br>1225 19th St., NW, Ste. 500<br>Washington, DC 20036<br>Telephone: (202) 429-2290<br>Facsimile: (202) 429-2294<br><br>PLAINTIFFS' COUNSEL FOR SPRINT SUBSCRIBER CLASS | MAYER LAW GROUP<br>CARL J. MAYER<br>66 Witherspoon Street, Suite 414<br>Princeton, New Jersey 08542<br>Telephone: (609) 921-8025<br>Facsimile: (609) 921-6964<br><br>PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS |
| BRUCE I AFRAN, ESQ.<br>10 Braeburn Drive<br>Princeton, NJ 08540<br>609-924-2075<br><br>PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS | LISKA, EXNICIOS & NUNGESSER<br>ATTORNEYS-AT-LAW<br>VAL PATRICK EXNICIOS<br>One Canal Place, Suite 2290<br>365 Canal Street<br>New Orleans, LA 70130<br>Telephone: (504) 410-9611<br>Facsimile: (504) 410-9937<br><br>PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS |

-5-

| | | |
|---|---|---|
| 1 | KRISLOV & ASSOCIATES, LTD.<br>CLINTON A. KRISLOV | THE LAW OFFICES OF STEVEN E.<br>SCHWARZ, ESQ. |
| 2 | W. JOEL VANDER VLIET | STEVEN E. SCHWARZ |
| 3 | 20 North Wacker Drive<br>Suite 1350 | 2461 W. Foster Ave., #1W<br>Chicago, IL 60625 |
| 4 | Chicago, IL 60606<br>Telephone: (312) 606-0500 | Telephone: (773) 837-6134 |
| 5 | Facsimile: (312) 606-0207 | PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS |
| 6 | PLAINTIFFS' COUNSEL FOR | |
| 7 | BELLSOUTH SUBSCRIBER CLASS | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

By /s/
Cindy A. Cohn, Esq. (SBN.145997)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993
cindy@eff.org