JOSEPH R. DULLE
jdulle@stoneleyton.com
SAM J. ALTON
salton@stoneleyton.com
Stone Leyton & Gershman, P.C.
7733 Forsyth Blvd., Suite 500
St. Louis, MO 63105
Telephone: 314/721-7011
314/721-8660 (fax)

Attorneys for Claudia Mink

Dockets.Justia.com

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, | ) ) ) ) ) | MDL Docket No. 06-1791<br>Judge: Hon. Vaughn R. Walker |

## ENTRY OF APPEARANCE

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Sam J. Alton of Stone, Leyton & Gershman P.C., 7733 Forsyth Blvd., Suite 500, St. Louis, MO, telephone 314/721-7011, hereby appears as one of the counsel for Plaintiff Claudia Mink in the above-captioned action.

DATED: January 11, 2007

STONE, LEYTON & GERSHMAN, P.C.

By: /s/ Sam J. Alton
Sam J. Alton
7733 Forsyth Blvd., Suite 500
St. Louis, MO 63105
Telephone: 314/721-7011
314/721-8660 (fax)

*Attorneys for Claudia Mink*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Sam J. Alton

The following are those who are currently on the list to receive e-mail notices for this case.

- **Timothy L. Alger**
  timalger@quinnemanuel.com albertvillamil@quinnemanuel.com

- **David L. Anderson**

- **Marc H. Axelbaum**
  marc.axelbaum@pillsburylaw.com

- **Kevin Stuart Bankston**
  bankston@eff.org

- **Alexander E Barnett**
  abarnett@masonlawdc.com mdicocco@masonlawdc.com

- **Timothy M. Bechtold**
  tim@rossbachlaw.com

- **Bradford Allan Berenson**
  bberenson@sidley.com vshort@sidley.com

- **John David Blair-Loy**
  dblairloy@aclusandiego.org

- **Brian Matthew Boynton**
  brian.boynton@wilmerhale.com

- **Ann Brick**
  abrick@aclunc.org lcerri@aclunc.org

- **James J. Brosnahan**
  jbrosnahan@mofo.com bkeaton@mofo.com

- **D. Douglas Brothers**
  dbrothers@georgeandbrothers.com receptionist@georgeandbrothers.com

- **Thomas R. Burke**
  thomasburke@dwt.com natashamajorko@dwt.com

- **David William Carpenter**
  dcarpenter@sidley.com efilingnotice@sidley.com

- **Cindy Ann Cohn**
  cindy@eff.org barak@eff.org;rebecca@eff.org

- **Anthony Joseph Coppolino**
  tony.coppolino@usdoj.gov

- **Elena Maria DiMuzio**
  Elena.DiMuzio@hellerehrman.com

- **Peter Jay Eliasberg**
  peliasberg@aclu-sc.org ereyes@aclu-sc.org

- **Derek John Emge**
  derek@inthelaw.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **Eric B. Fastiff**
  efastiff@lchb.com

- **James M. Finberg**
  JFinberg@lchb.com

- **Mark D. Flanagan**
  mark.flanagan@wilmerhale.com

- **Robert D. Fram**
  rfram@hewm.com mawilliams@hewm.com;kim.sydorak@hellerehrman.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com

- **R. James George, Jr**
  rjgeorge@georgeandbrothers.com fjordan@georgeandbrothers.com

- **Jennifer Stisa Granick**
  JENNIFER@LAW.STANFORD.EDU

- **Terry Gross**
  terry@grossbelsky.com

- **Harvey Michael Grossman**
  hgrossman@aclu-il.org rhughes@aclu-il.org

- **Alexander Kenneth Haas**
  Alexander.Haas@usdoj.gov

- **Robert Carl Hilliard**
  bobh@hilliardandmunoz.com dee@hilliardandmunoz.com

- **Barry R. Himmelstein**
  bhimmelstein@lchb.com

- **Eric A. Isaacson**
  erici@lerachlaw.com

- **Samir Chandra Jain**
  samir.jain@wilmerhale.com alicia.hunt@wilmerhale.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michael P. Kenny**
  mike.kenny@alston.com

- **John G. Kester**
  jkester@wc.com ddwilliams@wc.com

- **Craig Allen Knot**
  cknot@sidley.com efilingnotice@sidley.com

- **Michael M. Markman**
  mmarkman@hewm.com

- **Brian Martinez**
  brianmartinez@mofo.com

- **Gary E. Mason**
  gmason@masonlawdc.com

- **Edward Robert McNicholas**
  emcnicholas@sidley.com vshort@sidley.com

- **Corynne McSherry**
  corynne@eff.org

- **Candace J. Morey**
  cmorey@fenwick.com

- **Maria V. Morris**
  mariam@lerachlaw.com e_file_sf@lerachlaw.com

- **Roger R. Myers**
  roger.myers@hro.com adam.brezine@hro.com;nancy.burnett@hro.com

- **Karl Olson**
  ko@lrolaw.com amw@lrolaw.com

- **Kurt Opsahl**
  kurt@eff.org

- **Renee S. Orleans**
  renee.orleans@usdoj.gov

- **Nicole A. Ozer**
  nozer@aclunc.org mpham@aclunc.org

- **Clare Pastore**
  cpastore@aclu-sc.org jbradberg@aclu-sc.org

- **Jacob B. Perkinson**
  jperkinson@jpclasslaw.com

- **Laurence F. Pulgram**
  lpulgram@fenwick.com mburt@fenwick.com

- **Daniel John Richert**
  daniel.richert@pillsburylaw.com susan.hersom@pillsburylaw.com

- **Elizabeth I. Rogers**
  elizabeth.rogers@wilmerhale.com rebecca.mcnew@wilmerhale.com

- **John Andrew Rogovin**
  john.rogovin@wilmerhale.com

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Steven Edward Schwarz**
  stevenschwarz23@yahoo.com
- **Eric Alan Shumsky**
  eshumsky@sidley.com
- **W. Russell Sipes**
  wrs@lgrslaw.com sg@lgrslaw.com
- **Michael W. Sobol**
  msobol@lchb.com
- **Jacob R. Sorensen**
  jake.sorensen@pillsburylaw.com
- **Andrew H Tannenbaum**
  andrew.tannenbaum@usdoj.gov
- **Tze Lee Tien**
  tien@eff.org jason@eff.org;vkhall@aol.com;eff-mdl@eff.org
- **Theresa M. Traber, Esq**
  tmt@tvlegal.com
- **James Samuel Tyre**
  jstyre@jstyre.com jstyre@eff.org
- **Marc Van Der Hout**
  ndca@vblaw.com
- **Bert Voorhees**
  bv@tvlegal.com
- **Joshua Graeme Whitaker**
  joshuawhitaker@griffinwhitaker.com griffinwhitaker@griffinwhitaker.com
- **Richard Roy Wiebe**
  wiebe@pacbell.net
- **Shira R Yoshor**
  shira.yoshor@bakerbotts.com
- **Matthew J. Zevin**
  mzevin@smi-law.com

BY MAIL:

Bruce Ira Afran, Esq.
Bruce Afran, Attorney at Law
10 Braeburn Drive
Princeton, NJ 08540

Stephen E. Arthur, Esq.
Harrison & Moberly
135 North Pennsylvania Street
Suite 2100
Indianapolis, IN 46204

Darrell Lee Barger, Esq.
Hartline acus et al.
8900 N. Shoreline Blvd.
Suite 2000 N
Corpus Christi, TX 78401

Todd C. Barnes, Esq.
George & Sipes
156 East Market Street, Suite 600
Indianapolis, IN 46204

Raymond A. Basile, Esq.
Harrison & Moberly
135 North Pennsylvania Street
Suite 2100
Indianapolis, IN 460204

Daniel J. Becka, Esq.
Beigel Schy, Rifkind, Goldberg & Fertik, Ltd.
311 So Wacker Drive, 65th Floor
Chicago, IL 60606

Marc Oliver Beem, Esq.
Miller Shakman & Hamilton, LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

Matthew Phineas Bergman, Esq.
Law Office of Matthew Bergman
705 2nd Avenue, Suite 1601
Seattle, WA 98104

E. Garth Black, Esq.
Cooper, White & Cooper, LLP
201 California Street, 17th Fl.
San Francisco, CA 94111

Steven K. Blackhurst, Esq.
Ater Wynne Hewitt Dodson & Skerritt
222 S. W. Columbia, Suite 1800
Portland, OR 97201-6618

Ari Y. Brown, Esq.
Bergman & Frockt
705 Second Avenue, Suite 1601
Seattle, WA 98104

Adam S. Caldwell, Esq.
Davis, Wright & Tremaine, LLP
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006

James M. Carlson, Esq.
Ungaretti & Harris, LLP
3500 Three First National Plaza
Chicago, IL 60602

David R. Capenter, Esq.
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL 60603

Edward Morgan Carstarphen, III
Ellis Carstarphen et al.
5847 San Felipe, Suite 1900
Houston, TX 77057

Catherine J. Casey, Esq.
DLA Piper, Rudnik, Gray, Cary US, LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601

Myron M. Cherry, Esq.
Cherry & Flynn
30 North LaSalle Street, Suite #2300
Chicago, IL 60602

Kalea Seitz Clark, Esq.
Wilmer Cutler Pickering Hale and Door, LLC
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Amato A. DeLuca, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Nancy Scott Degan, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

Michael D. Donovan, Esq.
Law Offices of Michael D. Donovan
1608 Walnut Street, Suite 1400
Philadelphia, PA 19103

Elizabeth A. Drogula, Esq.
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006

Val Patrice Exnicios Esq.
Lisak Exnicios & Nungesser
One Canal Place
365 Canal Street
New Orleans, LA 70130

Tyrone C. Fahner, Esq.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Daniel Martin Feeney, Esq.
Miller Shakman & Beem, LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

Sheila Marie Finnegan, Esq.
Mayer, Brown, Rowe & Maw, LLP
71 South Wacker Drive
Chicago, IL 60606

Jodi W. Flowers, Esq.
Motley Rice, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

John H. Beisner, Esq.
O'Melveny & Myers, LLP
1625 Eye Street, N.W. #10
Washington, DC 20006-4001

Amy Collins Fontenot, Esq.
Liska, Exnicios & Nungesser
One Canal Place
365 Canal Street
New Orleans, LA 70130

F. Larkin Fore, Esq.
Fore, Miller & Schwartz
200 S. Fifth Street
Suite 700N, First Trust Centre
Louisville, KY 40202-3204

Sarah M. Fore, Esq.
Fore, Miller & Schwartz
200 S. Fifth Street
Suite 700N, First Trust Centre
Louisville, KY 4020-3204

Zachary J. Freeman, Esq.
Miller Shakman & Beem, LLP
180 N. LaSalle Street
Suite 3600
Chicago, IL 60601

Susan A. Freiwald, Esq.
USF School of Law
2130 Fulton Street
San Francisco, CA 94117

Albert L. Frevola, Jr., Esq.
Gordon Hargrove & James
2400 East Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308-3092

Michael R. Fruewald, Esq.
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204-3535

Jason L. Fulk, Esq.
Hoover Hull, LLP
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

Daniel N. Gall, Esq.
c/o Luna Innocations
2851 Commerce Street
Blackburg, VA 24060

Linda S. George, Esq.
Laudig George Rutherford & Sipes
156 East Market Street, Suite 600
Indianapolis, IN 46204

John Richard Gillespie, Esq.
Broad & Cassel
100 Se 3rd Avenue, Suite 2700
One Financial Plaza
Fort Lauderdale, FL 33394

Cary Neal Goldberg, Esq.
Law Offices of Cary N. Goldberg
30 N. LaSalle Street, Suite 2300
Chicago, IL 60602

M. Norman Goldberger, Esq.
Wolf, Block, Schorr and Solis-Cohen, LLP
1650 Arch Street, 22nd Fl.
Philadelphia, PA 19103

Edward Nelson Griffin, Esq.
Griffin Whitaker, LLP
8730 Georgia Avenue, Suite LL100
Silver Spring, MD 20910

Mark E. Guzzi, Esq.
271 Providence Oaks Circle
Alpharetta, GA30004

F. Thomas Hecht, Esq.
Ungaretti & Harris, LLP
3500 Three First National Plaza
Chicago, IL 60602

William J. Heller, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street, P.O. Box 652
Newark, NJ 07102-0652

Andrew W. Hull, Esq.
Hoover Hull, LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

Anthony D.Irpino, Esq.
Irpino Law Firm
365 Canal Street, 22nd Fl.
New Orleans, LA 70130

Joseph G. Jevic, III
St. Martin & Williams
4084 Highway 311
P.O. Box 2017
Houma, LA 77002

Phillip J. John, Jr., Esq.
Baker & Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

C. J. Johnson, Esq.
Kalstein Law Firm
P.O. Box 8568
Missoula, MT 59807

Kelly Overstreet Johnson, Esq.
215 S. Monroe Street
Suite 400
P.O. Box 11300
Tallahassee, FL 32302

Joshua Karsh, Esq.
Gessler Hughes Piers Resnik & Dym, Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, IL 60602

Peter D. Keisler, Esq.
United States Department of Justice
Assistant Attorney General
20 Massachusetts, Avenue, NW
Room 7312
Washington, DC 20530

John G. Kester, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Andrew Kierstead, Esq.
1001 S. W. Fifth Avenue
Suite 1100
Portland, OR 97204

Jonathan D. King, Esq.
DLA Piper Rudnik Gray Cary US LLP
203 North LaSalle Street, Suite #1900
Chicago, IL 60601-1293

Michael E. Kipling, Esq.
Kipling Law Group PLLC
3601 Fremont Avenue N., Suite 414
Seattle, WA 98103

Joseph R. Knight, Esq.
Baker Botts LLP
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701-4039

Clinton A. Krislov, Esq.
Krislov & Associates, Ltd.
20 North Wacker Drive, Suite 1350
Suite 1350
Chicago, IL 60606

Leondra Kruger, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
1875 Pennsylvania NW Avenue
Washington, DC 20006-3642

Melanie G.Lagrde, Esq.
St. Martin & Williams
4084 Highway 311
Houma, LA 70360

Stephen Laudig, Esq.
2440 Campus Road, #429
Honolulu, HI 96822

David L. Lawson, Esq.
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006

Roger L. Mandel, Esq.
Stanley Mandel & Iola, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

Lori McAllister, Esq.
Dykema Gossett PLLC
201 Townsend Street, Suite 900
Lansing, MI 48933

Howard A. Mertin, Esq.
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Donald A. Migliori, Esq.
Motley Rice, LLP
321 South Main Street
Providence, RI 02940

Alice McKenzie Morical, Esq.
Hoover Hull, LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

Randolph D. Moss, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Michael C. O'Malley, Esq.
Siben & Siben, LLP
90 East Main Street
Bayshore, NY 11706

Michele L. Odorizzi, Esq.
Mayer Brown Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603

Wendy Sangbee Park, Esq.
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue, Ste. 2300
Chicago, IL 60601

Robert J. Patterson, Esq.
Watts Law Firm, LLP
555 N. Carancahua Street
Tower II Bldg. 14th Floor
Corpus Christi,TX 78401

Paul Lee Peyronnin, Esq.
Baker Donelson, Bearman Caldwel & Berkowitz, P.C.
201 St. Charles Avenue, Suite 3600
New Orleans, LA 701070

Michael James Philippi, Esq.
Ungaretti & Harris, LLP
3500 Three First National Plaza
Chicago, IL 60602

Richard Radke, Jr. Esq.
Kluczynski, Girtz & Bogelzang

Suite 400
Grand Rapids, MI 49503

Jason S. Ritchie, Esq.
Holland & Hart
P.O. Box 639
Billings, MT 59103

Harry Rosenberg, Esq.
Phelps Dunbar, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534

Michael J. Ross, Esq.
Slater Ross
1850 Benjamin Franklin Plaza
1 S.W. Columbia Street
Portland, OR 97258

William A. Rossbach, Esq.
Rossbach & Whiston
401 North Washington Street
P.O. Box 8988
Missoula, MT 59807-8988

Alan Norris Salpeter, Esq.
Mayer, Brown, Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603

Ronald P. Schiller, Esq.
DLA Piper Rudnik Gray Cary US, LLP
One Liberty Place, Suite 4900
1650 Market Street
Philadelphia, PA 19103

Mark Schlosberg, Esq.
American Civil Liberties Union Foundation
1663 Mission Street, Suite 460
San Francisco, CA 94103

Eric Scheider, Esq.
1730 South Federal Hwy. #104
Delray Bearch, FL 33483

Adam D. Schwartz, Esq.
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601-7401

John D. Seiver, Esq.
Davis Wright & Tremaine, LLP
1919 Pennsylvania Avenue NW, Suite 200
Washington, DC 20006

Christopher A. Slater, Esq.
Slater & Ross
1 S.W. Columbia Street, Suite 1850
Portland, OR 97258

Christopher Soriano, Esq.
Wolf, Block, Schorr and Solis-Cohen, LLP
1650 Arch Street
Philadelphia, PA 19103

Michael A. St. Pierre, Esq.
Revens Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

Donald A. Statland, Esq.
Attorney at Law
55 West Monroe Street, Suite 1200
Chicago, IL 60603

Lauren A. Stern, Esq.
Steven Chung & Associates, LLC
8412 Bishop Street, Suite 400
Honolulu, HI 96813

A. David Stippler, Esq.
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

Ted W. Stroud, Esq.
Oade Stroud & Kleiman, P.C.
200 Woodland Pass
P.O. Box 1296
East Lansing, MI 48826-1296

Brendan V. Sullivan, Esq.
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005

M. Stephen Turner, Esq.
Broad & Cassell
215 South Monroe Street, Suite 400
P.O. Box 11300
Tallahassee, FL 32302

Marc Ver Der Hout, Esq.
Ver Der Hout & Brigagliano
180 Sutter Street, 5th Floor
San Francisco, CA 941 23

William Joel Vander Vliet, Esq.
Krislov & Associates
20 North Wacker Drive, Suite 1350
Chicago, IL 60606

Cyrus Wadia, Esq.
Cooper, White & Cooper
201 California Street, 17th Fl.
San Francisco, CA 94111

Nicholas Wagner, Esq.
Law Offices of Wagner & Jones
1111 East Herndon, Suite 317
Fresno, CA 93720

Thomas P. Walsh, Esq.
United States Attorney's Office NDIL
219 South Dearborn Street, Suite 500
Chicago, IL 60604

Peter Wasylyk, Esq.
Law Offices of Peter Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

Makal C. Watts, Esq.
Watts Law Firm, LLP
Bank of America Plaza
300 Convent Street, Suite 100
San Antonio, TX 78205

Brian Welch, Esq.
Bingham McHale, LLP
10 West Market Street
Market Tower, Suite 2700
Indianapolis, IN 46204

John C. Whitfield, Esq.
Whitefield & Cox, PSC
29 East Center Street
Madisonville, KY 42431

Conrad S. P. Williams, III, Esq.
St. Martin, Williams & Bourque
P.O. Box 2017
Houma, LA 70361

Daniel D. Williams, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 2005

Martin Woodward, Esq.
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

Matthew A. Woolf, Esq.
Baker, Donelson, Bearman, Caldwell
& Berkowitz, P.C.
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

Anthony J. Zarillo, Esq.
Courter, Kobert & Cohen, P.C.
1001 Route 517
Hackettstown, NJ 07840

Jacie C. Zolna, Esq.
Myron M. Cherry & Associates
30 North LaSalle Street, Suite 2300
Chicago, IL 60602