Lycos, Inc. v. Verizon Communications, Inc. Doc. 122

James M. Finberg (SBN 114850)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com

*Attorneys for Plaintiffs Benson B. Roe, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **MDL Dkt. No. 06-1791-VRW**<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
| This Document Relates To:<br><br>*Cross, et al. v. AT&T Communications, et al.*<br><br>United States District Court for the Northern District of California San Francisco Division Case No. 3:06-CV-06222-VRW | |



Dockets.Justia.com

The undersigned respectfully gives notices of his withdrawal from the above-captioned action and hereby moves the Court for an Order so relieving him. The undersigned seeks to withdraw because as of January 1, 2007 he will no longer be affiliated with the law firm of Lieff, Cabraser, Heimann & Bernstein and no longer authorized to represent Plaintiffs in this action. Lieff, Cabraser, Heimann & Bernstein continues to represent the Plaintiffs in this matter.

Dated: January 16, 2007

ALTSHULER BERZON LLP

By: */s/ James M. Finberg*
James M. Finberg

James M. Finberg (SBN 114850)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com