PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
ANDREA GACKI
andrea.gacki@usdoj.gov
ANDREW H. TANNENBAUM
andrew.tannenbaum@usdoj.gov
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263/(202) 514-4336
Fax: (202) 616-8460/(202) 616-8202/(202) 318-2461

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br><u>This Document Relates To</u>:<br><br>AL-HARAMAIN ISLAMIC FOUNDATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Defendants. | MDL Docket No. 06-1791-VRW<br>Relates Only To: Case No. C-07-0109-VRW<br><br>**DEFENDANTS' NOTICE REGARDING TRANSCRIPT ORDERS**<br><br>Judge: Hon. Vaughn R. Walker |



Dockets.Justia.com

**DEFENDANTS' NOTICE REGARDING TRANSCRIPT ORDERS**

Defendants hereby give notice, pursuant to Circuit Rule 10.3-1, that no further transcripts need be ordered in *Al-Haramain Islamic Foundation v. Bush*, Case No. C-07-0109-VRW, for the current appeal in that matter. The following transcripts previously were ordered and filed with the District Court in Oregon: transcript of 4/7/06 telephonic conference (Docket No. 44)[1]; transcript of 8/29/06 motion hearing (Docket No. 80); transcript of 6/19/06 telephonic conference (Docket No. 84); transcript of 11/1/06 telephonic conference (Docket No. 92); transcript of 3/20/06 telephonic conference (Docket No. 97); transcript of 3/21/06 telephonic conference (Docket No. 98); transcript of 4/25/06 telephonic conference (Docket No. 99); and transcript of 6/27/06 telephonic conference (Docket No. 100).

Dated: January 22, 2007

Respectfully submitted,


PETER D. KEISLER
Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Special Litigation Counsel

*s/ Andrew H. Tannenbaum*
ANDREA GACKI
ANDREW H. TANNENBAUM
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 514-4263; Fax: (202) 616-8202
andrew.tannenbaum@usdoj.gov

*Attorneys for the United States of America*


[1] All docket numbers in this notice refer to the original docket in the District of Oregon (Case No. C-06-274-KI).