WILMER CUTLER PICKERING HALE
AND DORR LLP
John A. Rogovin (*pro hac vice*)
Randolph D. Moss (*pro hac vice*)
Samir C. Jain # 181572
Brian M. Boynton # 222193
Benjamin C. Mizer (*pro hac vice*)
1875 Pennsylvania Ave, NW
Washington, DC 20006
Tel.: 202-663-6000
Fax: 202-663-6363
Email: john.rogovin@wilmerhale.com

Attorneys for Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Maryland Inc., MCI, LLC, MCI Communications Services, Inc., Cellco Partnership, Verizon Wireless (VAW) LLC, and Verizon Wireless Services LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL NO. 06-1791 VRW<br><br>**NOTICE OF ATTORNEY NO LONGER ASSOCIATED WITH CASE**<br><br>Judge: Hon. Vaughn R. Walker |

TO THE COURT AND ALL PARTIES, PLEASE TAKE NOTICE THAT:

As of December 29, 2006, Leondra R. Kruger, counsel to the Verizon defendants,[1/] who was admitted *pro hac vice* on December 19, 2006, was no longer associated with Wilmer Cutler

[1/] The "Verizon defendants" are: Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Maryland Inc., MCI, LLC, MCI Communications Services, Inc., Cellco Partnership, Verizon Wireless (VAW) LLC, and Verizon Wireless Services LLC. *See* 11-17-06 Hr'g Tr. at 81-82.



Dockets.Justia.com

Pickering Hale and Dorr LLP. Ms. Kruger therefore no longer represents the Verizon defendants in this case.

Wilmer Cutler Pickering Hale and Dorr LLP continues to represent the Verizon defendants.

Dated: January 24, 2006

WILMER CUTLER PICKERING HALE AND DORR LLP
John A. Rogovin
Randolph D. Moss
Samir C. Jain
Brian M. Boynton
Benjamin C. Mizer

By: /s/ Brian M. Boynton
Brian M. Boynton

Attorneys for Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Maryland Inc., MCI, LLC, MCI Communications Services, Inc., Cellco Partnership, Verizon Wireless (VAW) LLC, and Verizon Wireless Services LLC