Lycos, Inc. v. Verizon Communications, Inc. Doc. 133

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

25 January 2007

Re: MDL – 06-1791 // In re National Security Agency Telecommunications Records Litigation

| Title of Case | Case Number |
|---|---|
| *Rabbi Steven Lebow, et al -v- BellSouth Corp., et al* | *C.A. No. 1:06-1289* |

Dear Sir/Madam:

This is to advise you that the above entitled case has been transferred from the Northern District of Georgia to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Vaughn R. Walker. We have given the action the individual case number ***C 07 0464 VRW***.

All future documents submitted in this case are to be presented to the Court in compliance with the enclosed Practice and Procedure Order Upon Transfer Pursuant to §1407(a) issued on 31 August 2006 in the MDL case, case no. M 06-1791 VRW.

Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California. Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

R. C. Santos

Rufino C. Santos
Deputy Clerk

cc: Counsel
MDL

Dockets.Justia.com