Justin I. Woods
Louisiana Bar No. 24713
**GAISNBURGH, BENJAMIN, DAVID
MEUNIER & WARSHAUER, LLC**
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
jwoods@gainsben.com
ATTORNEY FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| IN RE NATIONAL SECURITY | * | |
| AGENCY TELECOMMUNICATIONS | * | |
| RECORDS LITIGATION | * | MDL Docket No. 06-1791 |
| | * | |
| This Document Relates To All Matters | * | Judge: Hon. Vaughn R. Walker |
| | * | |
| | * | |

**NOTICE OF CHANGE OF ADDRESS**

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that effective January 1, 2007, Sidney M. Bach, “Of Counsel” of record for plaintiffs and for the asserted plaintiff class in the matter of ***D. Clive Hardy, et al versus A T & T Corporation, et al*** , U.S.D.C., Eastern District of Louisiana, CA No. 06-2853, Section “C”, has changed his address as follows:

Sidney M. Bach, Esq.
425 Kimberly Avenue
Asheville, North Carolina 28804
Telephone: (828) 350-1510
E-Mail address: sbach@bellsouth.net

Dated: January 25, 2007

BY: /s/ Justin I. Woods_______________

Justin I. Woods
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522 – 2304
Facsimile: (504) 528 – 9973
ATTORNEY FOR PLAINTIFFS

**CERTICATE OF SERVICE**

I hereby certify that on January 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Justin I. Woods________________________