Lycos, Inc. v. Verizon Communications, Inc. Doc. 135

Alexander E. Barnett
One Pennsylvania Plaza
Suite 4632
New York, NY 10119
212-362-5770
Fax: 917-591-5227
Email: abarnett@masonlawdc.com

Gary E. Mason
The Mason Law Firm, P.C.
1225 19th Street, N.W.
Suite 500
Washington, DC 20036
Telephone: 202-429-2290
Facsimile 202-429-2294
Email: gmason@masonlawdc.com

Attorneys for Plaintiff
[Additonal counsel appear on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ) | No. M:06-cv-01791-VRW |
| | ) | NOTICE OF APPEARANCE |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Nicholas A. Migliaccio of The Mason Law Firm, P.C., 1225 19th Street, N.W., Suite 500, Washington, D.C. 20036, telephone 202-429-2290, email: nmigliaccio@masonlawdc.com, hereby appears as one of the counsel for Plaintiff, Richard D. Suchanek, III.



Dockets.Justia.com

DATED: January 29, 2007

THE MASON LAW FIRM, P.C.

/s/ ______________________
NICHOLAS A. MIGLIACCIO
1225 19th Street, N.W.
Suite 500
Washington, D.C. 20036
202-429-2290

**Alexander E Barnett**
One Pennsylvania Plaza
Suite 4632
New York, NY 10119
212-362-5770
Fax: 917-591-5227

**Andrew Kierstead**
1001 S.W. Fifth Avenue
Suite 1100
Portland, OR 97204
US
508-224-6246
Fax: 508-224-4356

**Gary E. Mason**
The Mason Law Firm, PC
1225 19th Street, NW
Suite 500
Washington, DC 20036
202-429-2290
Fax: 202-429-2294

**John C. Whitfield**
Whitfield & Cox PSC
29 East Center Street
Madisonville, KY 42431
270-821-0656
Fax: 270-825-1163

**Peter Wasylyk**
Law Offices of Peter Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non CM/ECF participants indicated on the attached Manual Notice List.

/s/ Nicholas A. Migliaccio
Nicholas A. Migliaccio
THE MASON LAW FIRM, P.C.
1225 19th Street, N.W.
Suite 500
Washington, D.C. 20036
202-429-2290
Email: nmigliaccio@masonlawdc.com

David L. Anderson
Pillsbury Winthrop Shaw Pittman, LLP
50 Fremont St
Post Office Box 7880
San Francisco, CA 94120-7880

John Beisner
O'Melveny & Myers LLP
555 13th St, N.W.
Suite 500 West
Washington, DC 20004-1109

David Blair-Loy
ACLU Foundation of San Diego/Imperial Counties
P.O. Box 87131
San Diego, CA 92138

David W. Carpenter
Sidley Austin Brown & Wood, LLP
Bank One Plaza
10 South Dearborn St
Chicago, Il 60600

Jodi W. Flowers
Motley Rice, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt Pleasand, SC 29465

R. James George
George & Donaldson, LLP
1100 Norwood Tower
114 West 7th Street
Austin, TX 78701

Harvey Grossman
Roger Bladwin Foundation of ACLU, Inc.
180 North Michigan Ave
Suite 2300
Chicago, Il 60601

Robert C. Hillard
Hillard & Munoz, LLP
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401

Joshua Karsh
Gessler Hughes Piers Resnick & Dym Ltd.
Three First National Plaza
70 West Madison St, Suite 4000
Chicago, Il 60602

David L. Lawson
Sidley Austin Brown & Wood
172 Eye St, N.W.
Washington, DC 20006

Roger L. Mandel
Stanley Mandel & Iola LLP
3100 Monticello Ave
Suite 750
Dallas, TX 75205

Randolph D. Moss
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
1875 Pennsylvania Ave, N.W.
Washington, DC 20006

Michael C. O'Malley
Siben & Siben, LLP
90 East Main St
Bayshore, NY 11706

Karl Olson
Levy, Ram & Olson, LLP
639 Front St
4th Floor
San Francisco, CA 94111

Mark Schlosberg
American Civil Liberties Union Fndt.
1663 Mission St
Suite 460
San Francisco, CA 94103

Christopher A. Slater
Slater & Ross
1 S.W. Columbia St
Suite 1850
Portland, OR 97258

Michael A. St. Pierre
Revens Revens & St, Pierre
946 Centerville Road
Warwick, RI 02886

Marc Ver Der Hout
Ver Der Hout & Brigagliano
180 Sutter St, 5th Floor
San Francisco, CA 94123

Nicholas Wagner
Law Offices of Wagner & Jones
1111 East Herndon
Suite 317
Fresno, CA 93720

Conrad S.P. Williams, III
St. Martin, Williams & Bourge
P.O. Box 2017
Houma, LA 70361

Martin Woodward
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue
Suite 750
Dallas, TX 75205