PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
Email: tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460
*Attorneys for Federal Defendants Sued in their Official Capacities and the Federal Intervenor-Defendants (United States of America, National Security Agency, President George W. Bush)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW** |
| | **STIPULATION RE: EXTENDING DEADLINE FOR REPLIES FOR MOTION TO STAY [Dkt. 67-69]; AND [PROPOSED] ORDER** |
| This Document Relates To: | Courtroom: 6, 17th Floor |
| ALL CASES | Judge: Hon. Vaughn R. Walker<br>Hearing: February 9, 2007 — 2:00 p.m. |



Dockets.Justia.com

## RECITALS

A. On November 7, 2006, the Government filed a Motion to Stay MDL Proceedings, Dkt. 67-69 ("Motion to Stay"). (As in the Joint Case Management Statement, Dkt. 61, "the Government" refers to the federal defendants sued in their official capacities in these actions and the federal intervenor-defendants (United States of America, National Securities Agency, President George W. Bush).)

B. With the approval of the Court, the parties entered into a stipulated briefing schedule of this motion on December 1, 2006 (Dkt. 82), which was subsequently modified at the request of Plaintiffs by stipulation (Dkt. 104) on January 5, 2007 (Dkt. 112).

C. The scheduled hearing on the Motion to Stay is set for February 9, 2007, at 2 p.m.

D. Plaintiffs filed their opposition to the Motion to Stay on January 17, 2007.

E. Replies in Support of the Motion to Stay are presently due on January 30, 2007.

F. The United States has requested two additional days to complete its reply due to the press of other business, which has included the (i) presentation of oral argument before the Judicial Panel for Multidistrict Litigation on January 25, 2007, regarding cases subject to conditional transfer orders 3 and 4 in MDL 1791 that may be transferred to this Court, (ii) preparation of filings in the United States Court of Appeals for the Sixth Circuit in connection with a hearing on January 31, 2007 in *ACLU v. NSA*, Nos. 06-2095, 06-2140 (6th Cir.), and (iii) a response to the Court's Order to Show Cause (Dkt. 76).

G. The revised due date for replies in support of the Motion to Stay would be the same as that already scheduled for a response to the Order to Show Cause and this stipulated extension does not seek to alter the date of the February 9, 2007 hearing.

## STIPULATION

Plaintiffs, through their Co-Lead Coordinating Counsel, the AT&T Defendants, the Verizon Defendants, the BellSouth Defendants and the Sprint Nextel Defendants (these groups of defendants are defined as they are in footnotes 3 through 6 of the Joint Case Management Statement, Dkt. 61, at 2) (collectively, the "Major Carriers"), through their respective attorneys

of record, and the Government, through their attorneys of record, hereby stipulate to the following schedule and request that the Court make this stipulation an order of the Court:

1. The Government and the Major Carriers shall e-file their replies on the Motion to Stay no later than 2:00 p.m. PST (5:00 p.m. EST) on February 1, 2007.

2. The Government and the Major Carriers do not object to Plaintiffs' e-filing by 2:00 p.m. PST (5:00 p.m. EST) on February 7, 2007 of a single sur-reply limited to responding to arguments, if any, in the replies that are based on the Notice of the Foreign Intelligence Surveillance Act Orders, which was filed on January 17, 2007.

DATED: January 29, 2007

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By: */s/ Alexander K. Haas*
Alexander K. Haas
Attorneys for United States of America, National Security Agency, President George W. Bush

//

//

//

//

//

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ALEXANDER K. HAAS, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed above and below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on January 29, 2007, in the City of Washington, District of Columbia.

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 7328
Washington, DC 20001
Telephone: (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By: *___/s/ Alexander K. Haas___*
Alexander K. Haas
Attorneys for United States of America, National Security Agency, President George W. Bush

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
LEE TIEN (148216)
KURT OPSAHL (191303)
KEVIN S. BANKSTON (217026)
CORYNNE MCSHERRY (221504)
JAMES S. TYRE (083117)
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS
HARVEY M. GROSSMAN, Legal Director
180 North Michigan Avenue, Suite 2300
Chicago, Illinois 60601-1287

By */s/ Cindy Cohn per G.O. 45*
Cindy Cohn
Co-Lead Coordinating Counsel for Plaintiffs

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
DAVID L. ANDERSON
JACOB R. SORENSEN
MARC H. AXELBAUM
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
SIDLEY AUSTIN LLP
DAVID W. CARPENTER
DAVID L. LAWSON
BRADFORD A. BERENSON
EDWARD R. McNICHOLAS
1501 K Street, N.W.
Washington, D.C. 20005

By */s/ Bruce A. Ericson per G.O. 45*
Bruce A. Ericson
Attorneys for the AT&T Defendants and the Cingular Defendants

WILMER, CUTLER, PICKERING, HALE & DORR LLP
JOHN A. ROGOVIN
RANDOLPH D. MOSS
SAMIR C. JAIN
BRIAN BOYNTON
BENJAMIN C. MIZER
1875 Pennsylvania Ave, NW
Washington, DC 20006
202-663-6083
Fax: 202-663-6363

By */s/ John Rogovin per G.O. 45*
John Rogovin
Attorneys for the Verizon Defendants

FARELLA BRAUN & MARTEL
DOUGLAS R. YOUNG
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94109
(415) 954-4438

ALSTON & BIRD LLP
MICHAEL P. KENNY
WILLIAM H. JORDAN
1201 W. Peachtree Street
Atlanta, Georgia 30309

(404) 881-7000

By *__/s/ William H. Jordan per G.O. 45__*
William H. Jordan
Attorneys for the BellSouth Defendants

BRENDAN V. SULLIVAN, JR.
JOHN G. KESTER
DANIEL D. WILLIAMS
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: 202-434-5000
Email: jkester@wc.com; ddwilliams@wc.com

By *__/s/ John G. Kester per G.O. 45__*
John G. Kester
Attorneys for the Sprint Defendants

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED.

Dated: January __, 2007.

______________________________________________

Hon. Vaughn R. Walker
United States District Chief Judge