**GEORGE & BROTHERS, L.L.P.**
R. JAMES GEORGE, JR.
Texas Bar No. 07810000
DOUGLAS BROTHERS
Texas Bar No. 03084500
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499-0094

Interim Class Counsel for the Cingular Subscriber Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Dkt. No. 06-1791-VRW<br><br>NOTICE OF APPEARANCE |

Lycos, Inc. v. Verizon Communications, Inc. Doc. 137



Dockets.Justia.com

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that **Gary L. Lewis**, in addition to R. James George, Jr., Douglas D. Brothers, all of George & Brothers, L.L.P., 1100 Norwood Tower, 714 W 7th Street, Austin, Texas 78701, telephone: (512) 495-1426, email rjgeorge@georgeandbrothers.com, hereby appear as Interim Class Counsel for the Cingular Subscriber Class.

DATED: January 29, 2007

**GEORGE & BROTHERS, L.L.P.**

/s/


R. James George, Jr.
State Bar No. 07810000
Douglas Brothers
State Bar No. 03084500
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499-0094


**INTERIM CLASS COUNSEL FOR THE CINGULAR SUBSCRIBER CLASS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2007, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the court using the CM/ECF system which will send notification of such filing to the email addresses noted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants with addresses indicated on the attached manual list.

/s/
R. James George, Jr.

**M:06-cv-1791 Notice will be electronically mailed to:**

Jessica Ashlee Albies Ashlee@AlbiesLaw.com

Timothy L. Alger timalger@quinnemanuel.com, albertvillamil@quinnemanuel.com

Sam Jonathan Alton salton@stoneleyton.com, usdc@stoneleyton.com

David L. Anderson ,

Marc H. Axelbaum marc.axelbaum@pillsburylaw.com

Sidney M Bach sbach@bellsouth.net

David L. Balser dbalser@mckennalong.com, kwade@mckennalong.com

Kevin Stuart Bankston bankston@eff.org

Alexander E Barnett abarnett@mas! onlawdc.com, mdicocco@masonlawdc.com

Timothy M. Bechtold tim@rossbachlaw.com

Bradford Allan Berenson bberenson@sidley.com, vshort@sidley.com

John David Blair-Loy dblairloy@aclusandiego.org

Brian Matthew Boynton brian.boynton@wilmerhale.com

Ann Brick abrick@aclunc.org, lcerri@aclunc.org

James J. Brosnahan jbrosnahan@mofo.com, bkeaton@mofo.com

D. Douglas Brothers dbrothers@georgeandbrothers.com, receptionist@georgeandbrothers.com

Thomas R. Burke thomasburke@dwt.com, natashamajorko@dwt! .com

Adam S. Caldwell adamcaldwell@dwt.com, tracyjohnson@dwt.com

David William Carpenter dcarpenter@sidley.com, efilingnotice@sidley.com

Myron Milton Cherry mcherry@cherry-law.com, jzolna@cherry-law.com; ucollins@cherry-law.com

Cindy Ann Cohn cindy@eff.org, rebecca@eff.org

Anthony Joseph Coppolino tony.coppolino@usdoj.gov,

Elena Maria DiMuzio Elena.DiMuzio@hellerehrman.com

Michael D. Donovan mdonovan@donovansearles.com

Elizabeth A. Drogula ldrogula@crblaw.com

Joseph Richard Dulle jdull! e@stoneleyton.com, usdc@stoneleyton.com

Jon B. Eisenberg jon@eandhlaw.com

Peter Jay Eliasberg peliasberg@aclu-sc.org, ereyes@aclu-sc.org

Derek John Emge derek@inthelaw.com

Bruce A. Ericson bruce.ericson@pillsburylaw.com

James M. Evangelista jme@classlaw.com, bkaltman@motleyrice.com; cmills@motleyrice.com

Val Patrick Exnicios vpexnicios@exnicioslaw.com, bsergi@exnicioslaw.com

Eric B. Fastiff efastiff@lchb.com, smowry@lchb.com

Mark D. Flanagan mark.flanagan@wilmerhale.com

Amy Coll! ins Fontenot &! nbsp afo ntenot@exnicioslaw.com

Robert D. Fram rfram@hewm.com, mawilliams@hewm.com; kim.sydorak@hellerehrman.com; audrey.michalski@hellerehrman.com

Jeff D Friedman JFriedman@lerachlaw.com

R. James George , Jr rjgeorge@georgeandbrothers.com, fjordan@georgeandbrothers.com

Jennifer Stisa Granick JENNIFER@LAW.STANFORD.EDU,

Terry Gross terry@grossbelsky.com, mara@grossbelsky.com

Harvey Michael Grossman hgrossman@aclu-il.org, rhughes@aclu-il.org

Alexander Kenneth Haas Alexander.Haas@usdoj.gov,

Zaha S Hassan ! zahahassan@comcast.net, zaha@uswest.net

Robert Carl Hilliard bobh@hilliardandmunoz.com, dee@hilliardandmunoz.com

Barry R. Himmelstein bhimmelstein@lchb.com

Eric A. Isaacson erici@lerachlaw.com

Samir Chandra Jain samir.jain@wilmerhale.com, alicia.hunt@wilmerhale.com

Lisa Robin Jaskol ljaskol@publiccounsel.org

Reed R. Kathrein reedk@lerachlaw.com, e_file_sf@lerachlaw.com; e_file_sd@lerachlaw.com

Michael P. Kenny mike.kenny@alston.com

John G. Kester jkester@wc.! com, ggreenman@wc.com; idelawala@wc.com

Craig Allen Kn! ot cknot@sidley.com, efilingnotice@sidley.com

Clinton Arthur Krislov clint@krislovlaw.com, ro@krislovlaw.com

Michael M. Markman mmarkman@hewm.com

Brian Martinez brianmartinez@mofo.com, mhowell@mofo.com

Gary E. Mason gmason@masonlawdc.com

Edward Robert McNicholas emcnicholas@sidley.com, vshort@sidley.com

Corynne McSherry corynne@eff.org

Gerald E Meunier gmeunier@gainsben.com, jwoods@gainsben.com

Nicholas A Migliaccio nmigliaccio@masonlawd! c.com, mdicocco@masonlawdc.com

Candace J. Morey cmorey@fenwick.com,

Maria V. Morris mariam@lerachlaw.com, e_file_sf@lerachlaw.com

Roger R. Myers roger.myers@hro.com, nancy.burnett@hro.com

Thomas Howard Nelson nelson@thnelson.com, thnelson@gmail.com

Karl Olson ko@lrolaw.com, amw@lrolaw.com

Kurt Opsahl kurt@eff.org

Renee S. Orleans renee.orleans@usdoj.gov,

Nicole A. Ozer nozer@aclunc.org, mpham@aclunc.org

Clare Pastore ! cpastore@aclu-sc.org, jbradberg@aclu-sc.org
!
Jaco b B. Perkinson jperkinson@jpclasslaw.com,

Laurence F. Pulgram lpulgram@fenwick.com, mburt@fenwick.com

Daniel John Richert daniel.richert@pillsburylaw.com, susan.hersom@pillsburylaw.com

Elizabeth I. Rogers elizabeth.rogers@wilmerhale.com, rebecca.mcnew@wilmerhale.com

John Andrew Rogovin john.rogovin@wilmerhale.com

Shana Eve Scarlett shanas@lerachlaw.com, e_file_sd@lerachlaw.com; e_file_sf@lerachlaw.com

Steven Edward Schwarz stevenschwarz23@yahoo.com

Eric Alan Shumsky eshumsky@sidley.com

W. Russell Sipes wrs@lgrslaw.com, sg@lgrslaw.com

Christopher Slater cslater@slaterross.com, mjross@slaterross.com

Michael W. Sobol msobol@lchb.com

Jacob R. Sorensen jake.sorensen@pillsburylaw.com

Christopher Leo Soriano csoriano@wolfblock.com

Michael Alan St. Pierre mikesp@rrsplaw.com

Lauren A Stern las@skchung.com

Andrew H Tannenbaum andrew.tannenbaum@usdoj.gov

Tze Lee Tien tien@eff.org, jason@eff.org; vkhall@aol.com! ; eff-mdl@eff.org

Theresa M. Traber ! , Esq tmt@tvlegal.com,

James Samuel Tyre jstyre@jstyre.com, jstyre@eff.org

Marc Van Der Hout ndca@vblaw.com

William Joel Vander Vliet joel@krislovlaw.com, ecf@krislovlaw.com

Bert Voorhees bv@tvlegal.com

James P. Walsh budwalsh@dwt.com, pamelabaron@dwt.com; allanpatterson@dwt.com

Joshua Graeme Whitaker joshuawhitaker@griffinwhitaker.com, griffinwhitaker@griffinwhitaker.com

Richard Roy Wiebe wiebe@pacbell.net,

Justin Isreal Woods jwoods@gainsben.com, dmar! tin@gainsben.com

Martin Darren Woodward mwoodward@smi-law.com

David J. Worley djw@classlaw.com, mda@classlaw.com

Shira R Yoshor shira.yoshor@bakerbotts.com

Matthew J. Zevin mzevin@smi-law.com

**M:06-cv-1791 Notice will be delivered by other means to:**

Bruce Ira Afran
Bruce Afran, Attorney at Law
10 Braeburn Drive
Princeton, NJ 08540

Ron Antosko

Stephen E. Arthur
Harrison & Moberly
135 North Pennylvania Street
Suite 2100
Indianapolis, IN 46204

Darrell Lee Barger
Hartline acus et all
800 N. Shoreline Blvd.
Suite 2000N
Corpus Christi, TX 78401

Todd C. Barnes
George & Sipes
156 East Market Street
Suite 600
Indianapolis, IN 46204

Raymond A. Basile
Harrison & Moberly
135 North Pennsylvania
Suite 2100
Indianapolis, IN 46204

Daniel J. Becka
Beigel Schy Lasky Rifkind Goldberg & Fertik Ltd
311 So Wacker Dr 65th Flr
Chicago, IL 60606

Marc Oliver Beem
Miller Shakman & Hamilton, LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

John Beisner
O'Melveny & Myers LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004-1109

Matthew Phineas Bergman
Law Office of Matthew Bergman
705 2nd Avenue
Suite 1601
Seattle, WA 98104

Steven K. Blackhurst
Ater Wynne Hewitt Dodson & Skerritt
222 S.W. Columbia Ste 1800
Portland, OR 97201-6618

Ari Y. Brown
Bergman & Frockt
705 Second Avenue
Suite 1601
Seattle, WA 98104

James M. Carlson
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

David R. Carpenter
Sidley Austin LLP
One South Dea! rborn St reet
Chicago, IL 60603

Edward Morgan Carstarphen , III
Ellis Carstearphen et all
5847 San Felipe
Suite 1900
Houston, TX 77057

Catherine J. Casey
DLA Piper rudnick Gray Cary US LLP
203 North LaSalle Street
#1900
Chicago, IL 60601

James E. Chadden, Sr

Kalea Seitz Clark
Wilmer Cutler Pickering Hale and Door LLC
1875 Pennsylvania Avenue NW
Washington, DC 20006

Amato A. DeLuca
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Nancy Scott Degan
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charle Avenue
Suite 3600
New Orleans, LA 70170

Emilie K. Edling
Stoel Rives, LLP 900 SW Fifth Avenue
Suite 2600
Portland, OR 97204

Tyrone C. Fahner
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Daniel Martin Feeney
Miller Shakman & Beem LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

Sheila Marie Finnegan
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Jodi W. Flowers
Motley Rice, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

F. Larkin Fore
Fore, Miller & Schwartz
200 S. Fifth Street
Suite 700N, First Trust Centre
Louisville, KY 40202-3204

Sarah M. Fore
Fore, Miller & Schwartz
200 S. Fifth Street
Suite 700N, First Trust Centre
Louisville, KY 40202-3204

Zachary J. Freeman
Miller Shakman & Beem LLP
180 N. La Salle Street
Suite 3600
Chicago, IL 60601

Susan A. Freiwald
USF School of LAW
2130 Fulton St
San Francisco, CA 94117

Albert L. Frevola , Jr
Gordon Hargrove & James
2400 East Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308-3092

Michael R. Fruehwald
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204-3535

Jason L. Fulk
Hoover Hull LLP
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

Andrea Marie Gacki
US Department of Justice
20 Massachusetts Avenue, NW
Room 7334
Washington, DC 20001

Daniel N. Gall
c/o! Luna Innocations
2851 Commerce STreet
Blacksburg, VA 24060

Linda S. George
Laudig George Rutherford & Sipes
156 East Market Street
Suite 600
Indianapolis, IN 46204
John Richard Gillespie
Broad & Cassel
100 SE 3rd Avenue
Suite 2700
One Financial Plaza
Fort Lauderdale, FL 33394

Cary Neal Goldberg
Law Offices of Cary N. Goldberg
30 North LaSalle Street
Suite 2300
Chicago, IL 60602

Steven Goldberg
American Bank Building
621 S.W. Morrison
Suite 1450
Portland, OR 97205

M. Norman Goldberger
Wolf Block Schorr and Solis-Cohen, LLP
1650 Arch Street
22nd Floor
Philadelphia, PA 19103

Edward Nelson Griffin
Griffin & Whitaker LLP
8730 Georgia Avenue
Suite LL100
Silver! Spring, MD 20910

Mark E. Guzzi
271 Providence Oaks Circle
Alpharetta, GA 30004

F. Thomas Hecht
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

William J. Heller
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102-0652

Amanda J. Hettinger
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

Charles F. Hinkle
Stoel Rives, LLP
900 SW Fifth Avenue
Suite 2600
Portland, OR 97204

Andrew W. Hull
Hoover Hull LLP
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

Anthony D. Irpino
Irpino Law Firm
365 Canal St! reet
22nd Floor
New Orleans, LA 70130

Joseph G. Jevic , III
St. Martin & Williams
4084 Highway 311
P.O. Box 2017
Houma, LA 70361-2017

Philip J. John , Jr
Baker & Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

C. J. Johnson
Kalkstein Law Firm
P.O. Box 8568
Missoula, MT 59807

Kelly Overstreet Johnson
215 S. Monroe Street
Suite 400
P.O. Box 11300
Tallahassee, FL 32302

Peter D. Keisler
United States Department of Justice
Assistant Attorney General
20 Massachusetts Avenue, NW
Room 7312
Washington, DC 20530

Andrew Kierstead
1001 S.W. Fifth Avenue
Suite 1100
Portland, OR 97204

Jonathan D. King DLA Piper Rudnick Gray
Cary US LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

Michael E. Kipling
Kipling Law Group PLLC
3601 Fremont Avenue N.
Suite 414
Seattle, WA 98103

Joseph R. Knight
Baker Botts LLP
98 San Jacinto Blvd.
Suite 1500
Austin, TX 78701-4039

Melanie G. Lagarde
St. Martin & Williams
4084 Highway 311
Houma, LA 70360

Stephen Laudig
2440 Campus Road, #429
Honolulu, HI 96822

David L. Lawson
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006

Roger L. Mandel
Stanley Mandel & Iola LLP
3100 Monticello ave
Suite 750
Dallas, TX 75205

Lori McAllister
Dykema Gossett PLLC
201 Townsend Street
Suite 900
Lansing, MI 48933

Howard A. Merten
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Donald A. Migliori
Motley Rice LLC
321 South Main Street
Providence, RI 02940

Benjamin C. Mizer
1875 Pennsylvania Ave., N.W.
Washington, DC 20006

Alice McKenzie Morical
Hoover Hull LLP
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

Randolph D. Moss
Wilmer, Cutler, Pickering, Hale & Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Michael C. O'Malley
Siben & Siben, LLP
90 East Main Street!
BayShore, NY 11706

Michele L. Odorizzi !
Mayer Brown Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603

Wendy Sangbee Park
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601

Robert J. Patterson
Watts Law Firm LLP
555 N. Carancahua Street
Twr II Bldg 14th Floor
Corpus Christi, TX 78401

Paul Lee Peyronnin
Baker donelson Bearman Caldwell &
Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

Michael James Philippi
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

Kathryn Potter

Jason S. Ritchie
Holland & Hart
P.O. Box 639
Billings, MT 59103

Harry Rosenberg
Phelps Dunbar, LLP
Canal Place
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534

Michael J. Ross
Slater Ross
1850 Benjamin Franklin Plaza
1 S.W. Columbia Street
Portland, OR 97258

William A. Rossbach
Rossbach & Whiston
401 North Washington Street
P.O. Box 8988
Missoula, MT 59807-8988

Alan Norris Salpeter
Mayer, Brown, Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603

Ronald P. Schiller
DLA Piper Rudnick Gray Cary US LLP
One Liberty Place
Suite 4900
1650 Market Street
Philadelphia, PA 19103

Mark Schlosberg
American Civil Liberties Union Fndt.
1663 Mission Street, Suite 460
San Francisco, CA 94103

Eric Schneider1730 South Federal Hwy.
#104
Delray Beach, FL 33483
Adam D. Schwartz
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601-7401

John D. Seiver
Cole Raywid & Braverman, LLP
1919 Pennsylvania Ave., N.W.
Suite 200
Washington, DC 20006

Donald A. Statland
Attorney at Law
55 West Monroe St
Ste 1200
Chicago, IL 60603

David H. Sternlieb
Shapiro & Sternlieb, LLC
800 Tennent Road
Manalapan, NJ 07726

A. David Stippler
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

Ted W. Stroud
Oade Stroud & Kleiman PC
200 Woodland Pass
P.O. Box 1296
East Lansing, MI 48826-1296

Brendan V. Sullivan
Williams & Connolly
725 12th St N.W.
Washington, DC 20005

Davis Wright Tremaine
Attorney at Law
101 California Street
Ste 3275
San Francisco, CA 94111

M. Stephen Turner
Broad & Cassel
215 South Monroe Street
Suite 400
P.O. Box 11300
Tallahassee, FL 32302

Marc Ver Der Hout
Ver Der Hout & Brigagliano
180 Sutter Street, 5th Floor
San Francisco, CA 94123

Nicholas Wagner
Law Offices of Wagner & Jones
1111 East Herndon, Suite 317
Fresno, CA 93720

Thomas P. Walsh
United States Attorney's Office NDIL
219 South Dearborn Street
Suite 500
Chicago, IL 60604

Peter Wasylyk
Law Offices of Pe! ter Wasylyk
1307 Chalkstone Avenue
Providence, RI 0290! 8

Mikal C. Watts
Watts Law Firm, LLP
Bank of America Plaza
300 Convent Street
Suite 100
San Antonio, TX 78205

Brian W. Welch
Bingham McHale, LLP
10 West Market Street
Market Tower, Suite 2700
Indianapolis, IN 46204

John C. Whitfield
Whitfield & Cox PSC
29 East Center Street
Madisonville, KY 42431

Conrad S.P. Williams , III
St. Martin, Williams & Bourque
P.O. Box 2017
Houma, LA 70361

Daniel D. Williams
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

Matthew A. Woolf
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

Anthony J. Zarillo, Jr
Courter, Kobert & Cohen, PC
1001 Route 517
Hackettstown, NJ 07840

Jacie C. Zolna
Myron M. Cherry & Associates
30 North LaSalle Street
Suite 2300
Chicago, IL 60602