1  PETER D. KEISLER
   Assistant Attorney General, Civil Division
2  CARL J. NICHOLS
   Deputy Assistant Attorney General
3  DOUGLAS N. LETTER
   Terrorism Litigation Counsel
4  JOSEPH H. HUNT
   Director, Federal Programs Branch
5  ANTHONY J. COPPOLINO
   Special Litigation Counsel
6  ANDREW H. TANNENBAUM
   ALEXANDER K. HAAS (SBN 220932)
7  Trial Attorneys
   Email: tony.coppolino@usdoj.gov
8  U.S. Department of Justice
   Civil Division, Federal Programs Branch
9  20 Massachusetts Avenue, NW, Rm. 6102
   Washington, D.C. 20001
10 Phone: (202) 514-4782
   Fax: (202) 616-8460
11 *Attorneys for Federal Defendants Sued in their Official Capacities
   and the Federal Intervenor-Defendants (United States of America,
12 National Security Agency, President George W. Bush)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW**<br><br>**STIPULATION RE: EXTENDING DEADLINE FOR REPLIES FOR MOTION TO STAY [Dkt. 67-69]; AND [PROPOSED] ORDER** |
| This Document Relates To:<br><br>ALL CASES | Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker<br>Hearing: February 9, 2007 — 2:00 p.m. |

## RECITALS

A.   On November 7, 2006, the Government filed a Motion to Stay MDL Proceedings, Dkt. 67-69 ("Motion to Stay"). (As in the Joint Case Management Statement, Dkt. 61, "the Government" refers to the federal defendants sued in their official capacities in these actions and the federal intervenor-defendants (United States of America, National Securities Agency, President George W. Bush).)

B.   With the approval of the Court, the parties entered into a stipulated briefing schedule of this motion on December 1, 2006 (Dkt. 82), which was subsequently modified at the request of Plaintiffs by stipulation (Dkt. 104) on January 5, 2007 (Dkt. 112).

C.   The scheduled hearing on the Motion to Stay is set for February 9, 2007, at 2 p.m.

D.   Plaintiffs filed their opposition to the Motion to Stay on January 17, 2007.

E.   Replies in Support of the Motion to Stay are presently due on January 30, 2007.

F.   The United States has requested two additional days to complete its reply due to the press of other business, which has included the (i) presentation of oral argument before the Judicial Panel for Multidistrict Litigation on January 25, 2007, regarding cases subject to conditional transfer orders 3 and 4 in MDL 1791 that may be transferred to this Court, (ii) preparation of filings in the United States Court of Appeals for the Sixth Circuit in connection with a hearing on January 31, 2007 in *ACLU v. NSA*, Nos. 06-2095, 06-2140 (6th Cir.), and (iii) a response to the Court's Order to Show Cause (Dkt. 76).

G.   The revised due date for replies in support of the Motion to Stay would be the same as that already scheduled for a response to the Order to Show Cause and this stipulated extension does not seek to alter the date of the February 9, 2007 hearing.

## STIPULATION

Plaintiffs, through their Co-Lead Coordinating Counsel, the AT&T Defendants, the Verizon Defendants, the BellSouth Defendants and the Sprint Nextel Defendants (these groups of defendants are defined as they are in footnotes 3 through 6 of the Joint Case Management Statement, Dkt. 61, at 2) (collectively, the "Major Carriers"), through their respective attorneys

of record, and the Government, through their attorneys of record, hereby stipulate to the following schedule and request that the Court make this stipulation an order of the Court:

1. The Government and the Major Carriers shall e-file their replies on the Motion to Stay no later than 2:00 p.m. PST (5:00 p.m. EST) on February 1, 2007.

2. The Government and the Major Carriers do not object to Plaintiffs' e-filing by 2:00 p.m. PST (5:00 p.m. EST) on ~~February 7, 2007~~ February 5, 2007 of a single sur-reply limited to responding to arguments, if any, in the replies that are based on the Notice of the Foreign Intelligence Surveillance Act Orders, which was filed on January 17, 2007.

DATED: January 29, 2007                Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By:    /s/ Alexander K. Haas
       Alexander K. Haas
Attorneys for United States of America, National Security Agency, President George W. Bush

//
//
//
//
//

No. M:06-cv-01791-VRW – STIPULATION RE: EXTENDING DEADLINE
FOR REPLIES FOR MOTION TO STAY [Dkt. 67-69]; AND [PROPOSED] ORDER    2

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, ALEXANDER K. HAAS, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed above and below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on January 29, 2007, in the City of Washington, District of Columbia.

>
> PETER D. KEISLER
> Assistant Attorney General, Civil Division
> CARL J. NICHOLS
> Deputy Assistant Attorney General
> DOUGLAS N. LETTER
> Terrorism Litigation Counsel
> JOSEPH H. HUNT
> Director, Federal Programs Branch
> ANTHONY J. COPPOLINO
> Special Litigation Counsel
> ANDREW H. TANNENBAUM
> ALEXANDER K. HAAS (SBN 220932)
> Trial Attorneys
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Rm. 7328
> Washington, DC 20001
> Telephone: (202) 514-4782 — Fax: (202) 616-8460
> Email: tony.coppolino@usdoj.gov
>
> By: ___/s/ Alexander K. Haas___
> Alexander K. Haas
> Attorneys for United States of America, National Security Agency, President George W. Bush
>
>
> ELECTRONIC FRONTIER FOUNDATION
> CINDY COHN (145997)
> LEE TIEN (148216)
> KURT OPSAHL (191303)
> KEVIN S. BANKSTON (217026)
> CORYNNE MCSHERRY (221504)
> JAMES S. TYRE (083117)
> 454 Shotwell Street
> San Francisco, CA 94110
> Telephone: 415/436-9333
> 415/436-9993 (fax)
>
> AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS
> HARVEY M. GROSSMAN, Legal Director
> 180 North Michigan Avenue, Suite 2300
> Chicago, Illinois 60601-1287

|   |   |
|---|---|
| 1 | By   */s/ Cindy Cohn per G.O. 45* |
| 2 | Cindy Cohn<br>Co-Lead Coordinating Counsel for Plaintiffs |

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
DAVID L. ANDERSON
JACOB R. SORENSEN
MARC H. AXELBAUM
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
SIDLEY AUSTIN LLP
DAVID W. CARPENTER
DAVID L. LAWSON
BRADFORD A. BERENSON
EDWARD R. McNICHOLAS
1501 K Street, N.W.
Washington, D.C. 20005

By   */s/ Bruce A. Ericson per G.O. 45*
Bruce A. Ericson
Attorneys for the AT&T Defendants and the Cingular Defendants


WILMER, CUTLER, PICKERING, HALE & DORR LLP
JOHN A. ROGOVIN
RANDOLPH D. MOSS
SAMIR C. JAIN
BRIAN BOYNTON
BENJAMIN C. MIZER
1875 Pennsylvania Ave, NW
Washington, DC 20006
202-663-6083
Fax: 202-663-6363

By   */s/ John Rogovin per G.O. 45*
John Rogovin
Attorneys for the Verizon Defendants


FARELLA BRAUN & MARTEL
DOUGLAS R. YOUNG
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94109
(415) 954-4438

ALSTON & BIRD LLP
MICHAEL P. KENNY
WILLIAM H. JORDAN
1201 W. Peachtree Street
Atlanta, Georgia 30309

|   |                                                                 |
|---|-----------------------------------------------------------------|
| 1 | (404) 881-7000                                                  |
| 2 | By  */s/ William H. Jordan per G.O. 45*                         |
|   | William H. Jordan                                               |
| 3 | Attorneys for the BellSouth Defendants                          |
| 5 | BRENDAN V. SULLIVAN, JR.                                        |
|   | JOHN G. KESTER                                                  |
|   | DANIEL D. WILLIAMS                                              |
| 6 | WILLIAMS & CONNOLLY LLP                                         |
|   | 725 Twelfth Street, NW                                          |
| 7 | Washington, DC 20005                                            |
|   | Telephone: 202-434-5000                                         |
| 8 | Email: jkester@wc.com; ddwilliams@wc.com                        |
| 9 | By  */s/ John G. Kester per G.O. 45*                            |
|   | John G. Kester                                                  |
| 10| Attorneys for the Sprint Defendants                             |

No. M:06-cv-01791-VRW – STIPULATION RE: EXTENDING DEADLINE
FOR REPLIES FOR MOTION TO STAY [Dkt. 67-69]; AND [PROPOSED] ORDER          5

1 **[PROPOSED] ORDER**

2     Pursuant to the foregoing stipulation, and good cause appearing,

3     IT IS SO ORDERED.

4 Dated: January 30, 2007.

*IT IS SO ORDERED AS MODIFIED*
*Judge Vaughn R Walker*

---

Hon.
United States District Court Judge