PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
DANIEL J. RICHERT #232208
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
DAVID LEE LAWSON (admitted *pro hac vice*)
ERIC A. SHUMSKY #206124
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for the AT&T Defendants,
the Cingular Defendants and the BellSouth Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Dkt. No. 06-1791-VRW<br><br>**SUBSTITUTION OF COUNSEL** |
| This Document Relates To:<br><br>06-5343-VRW<br>06-5485-VRW<br>06-5576-VRW<br>06-6253-VRW<br>07-0464-VRW | Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

TO THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants **BELLSOUTH CORP., BELLSOUTH TELECOMMUNICATIONS, INC.** and **BELLSOUTH COMMUNICATIONS SYSTEMS, LLC** (collectively "BellSouth") hereby substitute their counsel and attorneys of record in the above-referenced matters.

**FORMER ATTORNEYS**

FARELLA BRAUN + MARTEL LLP
DOUGLAS R. YOUNG
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94109
Telephone: (415) 954-4438

ALSTON & BIRD LLP
MICHAEL P. KENNY
WILLIAM H. JORDAN
1201 W. Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000

MAYER, BROWN, ROWE & MAW LLP
TYRONE FAHNER
SHEILA MARIE FINNEGAN
MICHELE L. ODORIZZI
ALAN NORRIS SALPETER
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600

are no longer counsel for BellSouth in these matters.

**SUBSTITUTE ATTORNEYS**

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
DAVID L. ANDERSON
JACOB R. SORENSEN
MARC H. AXELBAUM
DANIEL J. RICHERT
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

SIDLEY AUSTIN LLP
DAVID W. CARPENTER
BRADFORD A. BERENSON
EDWARD R. MCNICHOLAS
DAVID LEE LAWSON
ERIC A. SHUMSKY
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

now represent BellSouth in these matters.

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, MARC H. AXELBAUM, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on January 31, 2007, at San Francisco, California.

*/s/ Marc H. Axelbaum*

Dated: January 31, 2007.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
DAVID L. ANDERSON
JACOB R. SORENSEN
MARC H. AXELBAUM
DANIEL J. RICHERT
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

SIDLEY AUSTIN LLP
DAVID W. CARPENTER
DAVID L. LAWSON
BRADFORD A. BERENSON
EDWARD R. McNICHOLAS
ERIC A. SHUMSKY
1501 K Street, N.W.
Washington, D.C. 20005

By *[/s/ Marc H. Axelbaum]*
Marc H. Axelbaum

Attorneys for the AT&T Defendants,
the Cingular Defendants and the BellSouth
Defendants

FARELLA BRAUN + MARTEL LLP
DOUGLAS R. YOUNG
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94109
Telephone: (415) 954-4438

By *<u>/s/ Douglas R. Young</u>*
Douglas R. Young

Former Attorneys for the BellSouth Defendants

ALSTON & BIRD LLP
MICHAEL P. KENNY
WILLIAM H. JORDAN
1201 W. Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000

By *<u>/s/ William H. Jordan</u>*
William H. Jordan

Former Attorneys for the BellSouth Defendants

MAYER, BROWN, ROWE & MAW LLP
TYRONE FAHNER
SHEILA MARIE FINNEGAN
MICHELE L. ODORIZZI
ALAN NORRIS SALPETER
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600

By *<u>/s/ Alan Salpeter</u>*
Alan Salpeter

Former Attorneys for the BellSouth Defendants