PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
ERIC A. SHUMSKY #206164
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for the Cingular and BellSouth Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Dkt. No. 06-1791-VRW<br><br>**JOINDER OF CINGULAR AND BELLSOUTH DEFENDANTS IN SPRINT'S REPLY IN SUPPORT OF MOTION FOR STAY** |
| This Document Relates To:<br><br>ALL ACTIONS | Date: February 9, 2007<br>Time: 2:00 p.m.<br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

**CINGULAR WIRELESS LLC,** now known as **AT&T MOBILITY LLC, NEW CINGULAR WIRELESS SERVICES, INC.,** and **CINGULAR WIRELESS CORPORATION,** now known as **AT&T MOBILITY CORPORATION**,[1] as well as **BELLSOUTH CORP., BELLSOUTH TELECOMMUNICATIONS, INC.** and **BELLSOUTH COMMUNICATIONS SYSTEMS, LLC** (collectively, "Cingular and BellSouth") respectfully join the Reply in Support of Motion for Stay filed today by the Sprint defendants[2] ("Sprint Reply"). For the reasons stated therein and in the original Joinder of Sprint, Cingular and BellSouth (Dkt. 98) in the Motion of the United States for a Stay Pending Disposition of Interlocutory Appeal in *Hepting v. AT&T Corp.* (Dkt. 67), this Court should stay all proceedings in this MDL litigation pending the Ninth Circuit's review of this Court's Order of July 20, 2006 denying the motions of the United States and AT&T to dismiss the First Amended Complaint in *Hepting*.

Dated: February 1, 2007.

PILLSBURY WINTHROP
SHAW PITTMAN LLP
BRUCE A. ERICSON
DAVID L. ANDERSON
JACOB R. SORENSEN
MARC H. AXELBAUM
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

By /s/ Bruce A. Ericson
Bruce A. Ericson

SIDLEY AUSTIN LLP
DAVID W. CARPENTER*
BRADFORD A. BERENSON*
DAVID L. LAWSON*
EDWARD R. MCNICHOLAS*
ERIC A. SHUMSKY
1501 K Street, N.W.
Washington, DC 20005

* admitted *pro hac vice*

By /s/ Bradford A. Berenson
Bradford A. Berenson

Attorneys for the Cingular and BellSouth Defendants

---

[1] The name change for Cingular Wireless LLC to AT&T Mobility LLC was accepted and filed by the Delaware Secretary of State effective January 8, 2007. The name change for Cingular Wireless Corporation to AT&T Mobility Corporation was accepted and filed by the Delaware Secretary of State effective January 8, 2007.

[2] The Sprint Defendants include Sprint Nextel Corp., Sprint Communications Co. L.P., Sprint Spectrum L.P. and Nextel West Corp.