Lycos, Inc. v. Verizon Communications, Inc. Doc. 150

WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
M. Norman Goldberger
Christopher L. Soriano
mgoldberger@wolfblock.com
csoriano@wolfblock.com
1650 Arch Street, 22nd Floor
Philadelphia PA 19103
(215) 977-2000
(215) 405-2554 [fax]

Attorneys for Defendant, Comcast Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Cross et al. v. AT&T et al. | MDL Docket No. 06-1791 (VRW)<br><br>**DEFENDANT COMCAST CORPORATION'S RESPONSE TO THE ORDER TO SHOW CAUSE**<br><br>Date: 2/9/07<br>Time: 2:00 p.m.<br>Ctrm: 6 - 17th Floor |



Dockets.Justia.com

Defendant Comcast Corporation respectfully takes no position as to whether the *Hepting* order should apply to all cases and claims to which the Government asserts the state secrets privilege.

DATED: February 1, 2007

/s/Christopher L. Soriano
M. Norman Goldberger
Christopher L. Soriano
Wolf, Block, Schorr & Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103

## CERTIFICATE OF SERVICE

I, Christopher L. Soriano, hereby certify that on this 1st day of February 2007, I caused a copy of the within Defendant Comcast Corporation's Response to the Order to Show Cause to be filed with the Clerk through the Court's CM/ECF system, which will then send notice of this filing to every party registered therewith.

/s/Christopher L. Soriano
Christopher L. Soriano

Dated: February 1, 2007