PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  #76342
DAVID L. ANDERSON  #149604
JACOB R. SORENSEN  #209134
MARC H. AXELBAUM  #209855
DANIEL J. RICHERT #232208
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
DAVID LEE LAWSON (admitted *pro hac vice*)
ERIC A. SHUMSKY #206124
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8010
Facsimile:  (202) 736-8711

Attorneys for the AT&T Defendants
and the Cingular Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>All Consolidated Complaints | MDL Dkt. No. 06-1791-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER DEFERRING RESPONSES TO CONSOLIDATED COMPLAINTS**<br><br>[Civil L.R. 6-2, 7-1(5), 7-12]<br><br>Courtroom: 6, 17th Floor<br>Judge:      Hon. Vaughn R. Walker |

**RECITALS**

A. On November 17, 2006, this Court held an MDL Case Management Conference where, *inter alia*, the Court ordered Plaintiffs to file master consolidated complaints against various defendant groups. The Court, however, did not order responses to the consolidated complaints.

B. On January 16, 2007, Plaintiffs filed five consolidated complaints against several defendant groups. The first consolidated complaint (Dkt. 121) names as defendants AT&T Mobility LLC (formerly known as Cingular Wireless LLC); New Cingular Wireless Services, Inc.; and Cingular Wireless Corporation (collectively, "Cingular Defendants"). The second consolidated complaint (Dkt. 122) names as defendants TransWorld Network Corp. ("TransWorld"); Comcast Telecommunications, Inc. ("Comcast"); T-Mobile USA, Inc. ("T-Mobile"); and McLeodUSA Telecommunications Services, Inc. ("McLeod"). The third consolidated complaint (Dkt. 123) names as defendants Sprint Nextel Corporation; Sprint Communications Co. Ltd. Partnership; Nextel Communications, Inc.; Embarq Corporation; UCOM, Inc.; U.S. Telecom, Inc.; and Utelcom, Inc. (collectively, "Sprint Defendants"). The fourth consolidated complaint (Dkt. 124) names as defendants MCI Communications Services, Inc.; MCI, LLC; and Verizon Communications Inc. (and several subsidiaries of Verizon Communications Inc.) (collectively, "Verizon Defendants"). The fifth consolidated complaint (Dkt. 125) names as defendants BellSouth Communications, LLC; BellSouth Corp.; BellSouth Telecommunications, Inc. and AT&T Southeast (formerly known as BellSouth Corporation) (collectively, "BellSouth Defendants"). The Cingular Defendants, Comcast, Sprint Defendants, Verizon Defendants, and BellSouth Defendants are collectively referred to as the "Consolidated Defendants."[1]

---

[1] As stated in the Joint Case Management Statement in this MDL, "[p]ursuant to an agreement with the Plaintiffs in the *Dubois* case, Defendant Trans World Network Corp. has not responded to the complaint in *Dubois*, and counsel for Trans World has not entered an appearance in that case or in this proceeding." MDL Dkt. 61, at 3 n.7. As such, Trans World is not a party to this Stipulation. It is the understanding of Consolidated Defendants that Plaintiffs will soon be filing a notice of dismissal of Defendant McLeod from the second Consolidated Complaint.

1    C.   Plaintiffs and Consolidated Defendants seek to clarify when the
2  Consolidated Defendants must file responses to the consolidated complaints, and wish to
3  address the matter at the hearing currently scheduled for February 9, 2007.
4    D.   In furtherance of judicial economy, Plaintiffs and the Consolidated
5  Defendants agree that the Consolidated Defendants need not file responses to any of the
6  complaints before the Court clarifies when such responses will be due.

7                            **STIPULATION**

8    Plaintiffs and the Consolidated Defendants hereby stipulate as follows:
9    1.   At the hearing on the United States' motion for stay, currently scheduled for
10  February 9, 2007, the parties will seek direction from the Court regarding when the
11  Consolidated Defendants must respond to any of the complaints.
12    2.   The Consolidated Defendants need not respond to any of the complaints
13  until the Court sets a date for such responses.
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

1  **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2  I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I

3  have obtained the concurrence in the filing of this document from each of the other

4  signatories listed below.

5  I declare under penalty of perjury that the foregoing declaration is true and correct.

6  Executed on January 30, 2007, at San Francisco, California.

7
   /s/ Marc H. Axelbaum
8

9  Dated:  January 30, 2007.

10  PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON
11  DAVID L. ANDERSON
    JACOB R. SORENSEN
12  MARC H. AXELBAUM
    50 Fremont Street
13  Post Office Box 7880
    San Francisco, CA 94120-7880
14
    SIDLEY AUSTIN LLP
15  DAVID W. CARPENTER
    DAVID L. LAWSON
16  BRADFORD A. BERENSON
    EDWARD R. McNICHOLAS
17  1501 K Street, N.W.
    Washington, D.C. 20005
18
    By     /s/ Marc H. Axelbaum
19             Marc H. Axelbaum

20  Attorneys for the AT&T Defendants and the Cingular
    Defendants

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | ELECTRONIC FRONTIER FOUNDATION |
| | CINDY COHN (145997) |
| 2 | LEE TIEN (148216) |
| | KURT OPSAHL (191303) |
| 3 | KEVIN S. BANKSTON (217026) |
| | CORYNNE MCSHERRY (221504) |
| 4 | JAMES S. TYRE (083117) |
| | 454 Shotwell Street |
| 5 | San Francisco, CA 94110 |
| | Telephone: (415) 436-9333 |
| 6 | Fax: (415) 436-9993 |
| 7 | By _____/s/ *Cindy Cohn*_____ |
| | Cindy Cohn |
| 8 | Attorneys for AT&T Class Plaintiffs and Co-Chair of Plaintiffs' Executive Committee |
| 9 | |
| | WILMER CUTLER PICKERING HALE AND |
| 10 | DORR LLP |
| | JOHN A. ROGOVIN |
| 11 | RANDOLPH D. MOSS |
| | SAMIR C. JAIN |
| 12 | BRIAN M. BOYNTON |
| | BENJAMIN C. MIZER |
| 13 | 1875 Pennsylvania Ave, NW |
| | Washington, DC 20006 |
| 14 | Telephone: (202) 663-6000 |
| | Fax: (202) 663-6363 |
| 15 | |
| | By _____/s/ *John Rogovin*_____ |
| 16 | John Rogovin |
| | Attorneys for the Verizon Defendants |
| 17 | |
| | FARELLA BRAUN & MARTEL |
| 18 | DOUGLAS R. YOUNG |
| | Russ Building, 30th Floor |
| 19 | 235 Montgomery Street |
| | San Francisco, CA  94109 |
| 20 | Telephone: (415) 954-4438 |
| 21 | ALSTON & BIRD LLP |
| | MICHAEL P. KENNY |
| 22 | WILLIAM H. JORDAN |
| | 1201 W. Peachtree Street |
| 23 | Atlanta, Georgia 30309 |
| | Telephone: (404) 881-7000 |
| 24 | |
| | By _____/s/ *William H. Jordan*_____ |
| 25 | William H. Jordan |
| | Attorneys for the BellSouth Defendants |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | WILLIAMS & CONNOLLY LLP |
| | BRENDAN V. SULLIVAN, JR. |
| 2 | JOHN G. KESTER |
| | GILBERT O. GREENMAN |
| 3 | 725 Twelfth Street, NW |
| | Washington, DC 20005 |
| 4 | Telephone:  202-434-5000 |
| | Email: jkester@wc.com; ggreenman@wc.com |
| 5 | By _____ */s/ John G. Kester* _____ |
| | John G. Kester |
| 6 | Attorneys for the Sprint Defendants |
| | |
| 7 | WOLF, BLOCK SCHORR and SOLIS-COHEN LLP |
| | M. NORMAN GOLDBERGER |
| 8 | CHRISTOPHER L. SORIANO |
| | 1650 Arch Street, 22nd Floor |
| 9 | Philadelphia, PA 19103 |
| | Telephone: 215-977-2000 |
| 10 | Email: mgoldberger@wolfblock.com; |
| | csoriano@wolfblock.com |
| 11 | |
| | HOOVER HULL LLP |
| 12 | ANDREW W. HULL |
| | ALICE M. MORICAL |
| 13 | JASON L. FULK |
| | 111 Monument Circle, Suite 4400 |
| 14 | Indianapolis, IN 46244 |
| | Telephone: (317) 822-0294 |
| 15 | Email: awhull@hooverhull.com; |
| | amorical@hooverhull.com; jfulk@hooverhull.com |
| 16 | By _____ */s/ Christopher L. Soriano* _____ |
| | Christopher L. Soriano |
| 17 | Attorneys for Comcast |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  **[~~PROPOSED~~] ORDER**

2  Pursuant to the foregoing Stipulation, and good cause appearing, the Court orders

3  the following:

4  1. At the hearing on the United States' motion for stay, currently scheduled for

5  February 9, 2007, the Court will address when Defendants must respond to the complaints

6  filed against them.

7  2. No Defendants need respond to any complaints until the Court sets a date

8  such a response.

9  PURSUANT TO STIPULATION, IT IS SO ORDERED.

10  Dated: ~~January __, 2007~~.
    February 1, 2007

IT IS SO ORDERED

Hon. Judge Vaughn R Walker
United States District Chief Judge