**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE: February 9, 2007**

**COURTROOM DEPUTY:** Cora Klein **Court Reporter:** Connie Kuhl

**CASE NO. MDL No. 06-1791 VRW**

**TITLE: IN RE NATIONAL TRANSPORTATION AGENCY TELECOMM RECORDS**

**COUNSEL FOR PLAINTIFFS:**
Cindy Cohn, Kurt Opsahl
Barry Himmelstein
Richard Wiebe, Ann Brick
Laurence Pulgram
Steven Schwarz, Val Exnicios
Harvey Grossman - ACLU
Vincent Parrett, Gary Lewis
Jon Eisenberg - Al-Haramain Islamic Fdn

**COUNSEL FOR DEFENDANTS:**
Carl Nichols, Anthony Coppolino - USA
Brad Berenson, Edward McNichols,
Bruce Ericson, Marc Axelbaum - AT&T
John Kester - Sprint
John Rogovin, Samir Jain - Verizon
Christopher Soriano - Comcast

**PROCEEDINGS:** **1. OSC - If Hepting Order should apply to non-AT&T carriers**
**2. Motion for A Stay Pending Interlocutory Appeal (Hepting)**

**RESULTS:** The Court heard argument from counsel.
The Court took the matter(s) under-submission.
Court to issue written ruling.

Dockets.Justia.com