PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
Email: tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460
*Attorneys for Federal Defendants Sued in their Official Capacities and the Federal Intervenor-Defendants (United States of America, National Security Agency, President George W. Bush)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW** |
| This Document Relates To: | **UNITED STATES' NOTICE OF DECISION BY JUDICIAL PANEL** |
| ALL CASES | Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

The United States of America hereby provides notice to the parties and the Court that, on February 15, 2007, the Judicial Panel on Multidistrict Litigation ("Panel") issued an order transferring six additional cases to the Northern District of California for coordinated pretrial proceedings.[1] February 15, 2007 Transfer Order, *In re National Security Litigation*, MDL-1791

[1] The cases are *United States v. Rabner*, 06-cv-2683 (D.N.J.); *United States v. Gaw*, 06-cv-1132 (E.D. Mo.); *Clayton/Gaw v. AT&T*, 06-cv-4177 (W.D. Mo.); *United States v. Adams*, 06-cv-0097 (D. Me.); *United States v. Palermino*, 06-cv-1405 (D. Ct.); and *United States v. Volz*, 06-cv-188 (D. Vt.). The United States notified the respective courts and parties of the transfer.

(J.P.M.L.), attached as Exhibit A. In these cases, the United States challenges the authority of state officials to seek information from telecommunications carriers about alleged foreign intelligence activities of the United States on the grounds, *inter alia*, that such state demands are precluded by the Constitution and preempted by federal law. The Panel found "these six actions involve common questions of fact with the actions in this litigation previously centralized in the Northern District of California, and that transfer of the six actions to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses." *Id.* at 2.

Upon the transfer of these cases, the United States respectfully requests a status conference to determine the proper course for their expeditious resolution, including the possibility of consolidated briefing and oral argument. Unlike the other cases consolidated in these proceedings, the United States does not believe that these six cases should be stayed pending the appeal of *Hepting v. AT&T*, 439 F. Supp. 2d 974 (N.D. Cal. 2006), *appeal docketed* Nos. 06-80109, 80110 (9th Cir.).

DATED: February 16, 2007

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By: */s/ Alexander K. Haas*
Alexander K. Haas
Attorneys for United States of America, National Security Agency, President George W. Bush