Lycos, Inc. v. Verizon Communications, Inc. Doc. 166

Ronald L. Motley (SC Bar # RM-2730)
Jodi Westbrook Flowers (SC Bar # 66300)
Donald Migliori, (RI Bar # 4963;
MA Bar # 567562; and MN Bar # 0245951)
Vincent I. Parrett (CA Bar # 237563)
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9027
MDL1791@motleyrice.com

Interim Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To:<br><br>*Electron Tubes Inc. v. Verizon Communications, et al.*,<br>No. C-06-6433-VRW | MDL Docket No 06-1791 VRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker |



Dockets.Justia.com

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Electron Tubes, Inc. (”Plaintiff”) submits this Notice of Voluntary Dismissal to dismiss the defendants, Verizon Communications, Cellco Partnership, and the National Security Agency, without prejudice from *Electron Tubes, Inc. vs. Verizon Communications, et al.*, No. C-06-6433-VRW[1], currently consolidated under MDL Docket No. 06-1791-VRW in the United States District Court for the Northern District of California (San Francisco Division):

WHEREAS, in a Class Action Complaint filed on May 26, 2006, Plaintiff in the above-captioned action filed suit against Verizon Communications (“Verizon”), Cellco Partnership (“Cellco”), Sprint Nextel Corporation (“Sprint”), the National Security Agency (“NSA”) and Defendant Does 1 - 100; and

WHEREAS, on November 29, 2006, Plaintiff filed a “Notice of Voluntary Dismissal of Sprint/Nextel Corporation” in this action (Docket #80); and

WHEREAS, no defendant has Answered or otherwise responded to Plaintiff’s Complaint; and

Pursuant to F.R.C.P. 41(a)(1), Plaintiff in the above-referenced action, hereby voluntarily dismisses the defendants, Verizon Communications, Cellco Partnership, and the National Security Agency, without prejudice and without costs from *Electron Tubes, Inc. vs. Verizon Communications, et al.*, No. C-06-6433-VRW. As there are no other defendants currently active in this case, this case should thereby be dismissed.

---

[1] *Electron Tubes, Inc. vs. Verizon Communications, et al.* was originally filed in the United States District Court for the Southern District of New York, Case No. 06-CV-04048 (WHP), and was transferred to this Court on September 29, 2006.

Dated: February 16, 2007

/s/ Vincent I. Parrett
Ronald L. Motley (SC Bar #RM-2730)
Jodi Westbrook Flowers (SC Bar #66300)
Donald A. Migliori (RI Bar #4936;
MA Bar #567562; and MN Bar #0245951)
Vincent I. Parrett (CA Bar #237563)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9027
MDL1791@motleyrice.com

Interim Class Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

/s/ Vincent I. Parrett
Vincent I. Parrett
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9027
E-mail: MDL1791@motleyrice.com