DAVIS WRIGHT TREMAINE, LLP
THOMAS R. BURKE (CA State Bar No. 141930)
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
thomasburke@dwt.com

JOHN D. SEIVER
ADAM S. CALDWELL
ELIZABETH DROGULA
1919 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
Telephone: (202) 659-9750
Facsimile: (202) 452-0067
johnseiver@dwt.com
adamcaldwell@dwt.com
lizdrogula@dwt.com

Attorneys for BRIGHT HOUSE NETWORKS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>*Cross, et al v. AT&T Communications, et al.*<br><br>United States District Court for the Northern District of California San Francisco Division Case No. 3:06-CV-06222-VRW | MDL Dkt. No. 06-1791-VRW<br><br>Relates to Case No. 3:06-CV-06222-VRW<br><br>**STIPULATION OF DISMISSAL**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties

stipulate to the dismissal of Defendant Bright House Networks, LLC, without prejudice, in

1    the above-captioned matter.  Each party will bear its own costs and attorneys' fees.

2    January 11, 2007                    Respectfully submitted,

3                                        DAVIS WRIGHT TREMAINE, LLP

4

5                        By:   _____
                               Thomas R. Burke
6                              505 Montgomery Street, Suite 800
                               San Francisco, California  94111
7                              Telephone:  (415) 276-6500
                               Facsimile:  (415) 276-6599
8                              thomasburke@dwt.com

9
                               John D. Seiver
10                             Adam S. Caldwell
                               Elizabeth Drogula
11                             1919 Pennsylvania Avenue, NW, Suite 200
                               Washington, DC  20006
12                             Telephone:  (202) 659-9750
                               Facsimile:  (202) 452-0067
13                             adamcaldwell@dwt.com

14

15                             Attorneys for BRIGHT HOUSE NETWORKS, LLC

16

17
                         By:   _____
18                             Todd C. Barnes
                               W. Russell Sipes
19                             George & Sipes
                               156 E. Market Street, Suite 600
20                             Indianapolis, IN  46204
                               Telephone:  (317) 637-6071
21                             Facsimile:  (317) 685-6505
                               wrs@lgrslaw.com
22

23                             Attorneys for the Plaintiff

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2007, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

Tracy Johnson

# Mailing Information for a Case M:06-cv-01791-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Timothy L. Alger**
  timalger@quinnemanuel.com albertvillamil@quinnemanuel.com

- **Sam Jonathan Alton**
  salton@stoneleyton.com usdc@stoneleyton.com

- **David L. Anderson**

- **Marc H. Axelbaum**
  marc.axelbaum@pillsburylaw.com

- **Kevin Stuart Bankston**
  bankston@eff.org

- **Alexander E Barnett**
  abarnett@masonlawdc.com mdicocco@masonlawdc.com

- **Timothy M. Bechtold**
  tim@rossbachlaw.com

- **Bradford Allan Berenson**
  bberenson@sidley.com vshort@sidley.com

- **E. Garth Black**
  GBlack@cwclaw.com cwadia@cwclaw.com;clee@cwclaw.com

- **John David Blair-Loy**
  dblairloy@aclusandiego.org

- **Brian Matthew Boynton**
  brian.boynton@wilmerhale.com

- **Ann Brick**
  abrick@aclunc.org lcerri@aclunc.org

- **James J. Brosnahan**
  jbrosnahan@mofo.com bkeaton@mofo.com

- **D. Douglas Brothers**
  dbrothers@georgeandbrothers.com receptionist@georgeandbrothers.com

- **Thomas R. Burke**
  thomasburke@dwt.com natashamajorko@dwt.com

- **Adam S. Caldwell**
  adamcaldwell@dwt.com tracyjohnson@dwt.com

- **David William Carpenter**
  dcarpenter@sidley.com efilingnotice@sidley.com

- **Myron Milton Cherry**
  mcherry@cherry-law.com jzolna@cherry-law.com

- **Cindy Ann Cohn**
  cindy@eff.org rebecca@eff.org

- **Anthony Joseph Coppolino**
  tony.coppolino@usdoj.gov

- **Elena Maria DiMuzio**
  Elena.DiMuzio@hellerehrman.com

- **Elizabeth A. Drogula**
  ldrogula@crblaw.com

- **Joseph Richard Dulle**
  jdulle@stoneleyton.com usdc@stoneleyton.com

- **Jon B. Eisenberg**
  jon@eandhlaw.com

- **Peter Jay Eliasberg**
  peliasberg@aclu-sc.org ereyes@aclu-sc.org

- **Derek John Emge**
  derek@inthelaw.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **Val Patrick Exnicios**
  vpexnicios@exnicioslaw.com bsergi@exnicioslaw.com

- **Eric B. Fastiff**
  efastiff@lchb.com

- **James M. Finberg**
  JFinberg@altshulerberzon.com smendez@altshulerberzon.com

- **Mark D. Flanagan**
  mark.flanagan@wilmerhale.com

- **Amy Collins Fontenot**
  afontenot@exnicioslaw.com

- **Robert D. Fram**
  rfram@hewm.com
  mawilliams@hewm.com;kim.sydorak@hellerehrman.com;audrey.michalski@hellerehrman.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com

- **R. James George, Jr**
  rjgeorge@georgeandbrothers.com fjordan@georgeandbrothers.com

- **Jennifer Stisa Granick**
  JENNIFER@LAW.STANFORD.EDU

- **Terry Gross**
  terry@grossbelsky.com mara@grossbelsky.com

- **Harvey Michael Grossman**
  hgrossman@aclu-il.org rhughes@aclu-il.org

- **Alexander Kenneth Haas**
  Alexander.Haas@usdoj.gov

- **Robert Carl Hilliard**
  bobh@hilliardandmunoz.com dee@hilliardandmunoz.com

- **Barry R. Himmelstein**
  bhimmelstein@lchb.com

- **Eric A. Isaacson**
  erici@lerachlaw.com

- **Samir Chandra Jain**
  samir.jain@wilmerhale.com alicia.hunt@wilmerhale.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michael P. Kenny**
  mike.kenny@alston.com

- **John G. Kester**
  jkester@wc.com ggreenman@wc.com;idelawala@wc.com

- **Craig Allen Knot**
  cknot@sidley.com efilingnotice@sidley.com

- **Clinton Arthur Krislov**
  clint@krislovlaw.com ro@krislovlaw.com

- **Michael M. Markman**

mmarkman@hewm.com

- **Brian Martinez**
  brianmartinez@mofo.com

- **Gary E. Mason**
  gmason@masonlawdc.com

- **Edward Robert McNicholas**
  emcnicholas@sidley.com vshort@sidley.com

- **Corynne McSherry**
  corynne@eff.org

- **Gerald E Meunier**
  gmeunier@gainsben.com jwoods@gainsben.com

- **Candace J. Morey**
  cmorey@fenwick.com

- **Maria V. Morris**
  mariam@lerachlaw.com e_file_sf@lerachlaw.com

- **Roger R. Myers**
  roger.myers@hro.com adam.brezine@hro.com;nancy.burnett@hro.com

- **Karl Olson**
  ko@lrolaw.com amw@lrolaw.com

- **Kurt Opsahl**
  kurt@eff.org

- **Renee S. Orleans**
  renee.orleans@usdoj.gov

- **Nicole A. Ozer**
  nozer@aclunc.org mpham@aclunc.org

- **Clare Pastore**
  cpastore@aclu-sc.org jbradberg@aclu-sc.org

- **Jacob B. Perkinson**
  jperkinson@jpclasslaw.com

- **Laurence F. Pulgram**
  lpulgram@fenwick.com mburt@fenwick.com

- **Daniel John Richert**
  daniel.richert@pillsburylaw.com susan.hersom@pillsburylaw.com

- **Elizabeth I. Rogers**
  elizabeth.rogers@wilmerhale.com rebecca.mcnew@wilmerhale.com

- **John Andrew Rogovin**
  john.rogovin@wilmerhale.com

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Steven Edward Schwarz**
  stevenschwarz23@yahoo.com

- **Eric Alan Shumsky**
  eshumsky@sidley.com

- **W. Russell Sipes**
  wrs@lgrslaw.com sg@lgrslaw.com

- **Christopher Slater**
  cslater@slaterross.com mjross@slaterross.com

- **Michael W. Sobol**
  msobol@lchb.com

- **Jacob R. Sorensen**
  jake.sorensen@pillsburylaw.com

- **Christopher Leo Soriano**
  csoriano@wolfblock.com

- **Michael Alan St. Pierre**
  mikesp@rrsplaw.com

- **Lauren A Stern**
  las@skchung.com

- **Andrew H Tannenbaum**
  andrew.tannenbaum@usdoj.gov

- **Tze Lee Tien**
  tien@eff.org jason@eff.org;vkhall@aol.com;eff-mdl@eff.org

- **Theresa M. Traber, Esq**
  tmt@tvlegal.com

- **James Samuel Tyre**
  jstyre@jstyre.com jstyre@eff.org

- **Marc Van Der Hout**
  ndca@vblaw.com

- **William Joel Vander Vliet**
  joel@krislovlaw.com ecf@krislovlaw.com

- **Bert Voorhees**
  bv@tvlegal.com

- **James P. Walsh**
  budwalsh@dwt.com pamelabaron@dwt.com;allanpatterson@dwt.com

- **Joshua Graeme Whitaker**
  joshuawhitaker@griffinwhitaker.com griffinwhitaker@griffinwhitaker.com

- **Richard Roy Wiebe**
  wiebe@pacbell.net

- **Martin Darren Woodward**
  mwoodward@smi-law.com

- **Shira R Yoshor**
  shira.yoshor@bakerbotts.com

- **Matthew J. Zevin**
  mzevin@smi-law.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Bruce Ira Afran
Bruce Afran, Attorney at Law
10 Braeburn Drive
Princeton, NJ 08540

Jessica Ashlee Albies
Law Office of J. Ashlee Albies
621 SW Alder Street
Suite 621
Portland, OR 97205

Ron Antosko

Stephen E. Arthur
Harrison & Moberly
135 North Pennylvania Street
Suite 2100
Indianapolis, IN 46204

Sidney M. Bach
Sidney M. Back, Attorney at Law
5917 Constance Street
New Orleans, LA 70115
```

**Darrell Lee Barger**
Hartline acus et all
800 N. Shoreline Blvd.
Suite 2000N
Corpus Christi, TX 78401

**Todd C. Barnes**
George  & Sipes
156 East Market Street
Suite 600
Indianapolis, IN 46204

**Raymond A. Basile**
Harrison & Moberly
135 North Pennsylvania
Suite 2100
Indianapolis, IN 46204

**Daniel J. Becka**
Beigel Schy Lasky Rifkind Goldberg & Fertik Ltd
311 So Wacker Dr 65th Flr
Chicago, IL 60606

**Marc Oliver Beem**
Miller Shakman & Hamilton, LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

**John Beisner**
O'Melveny & Myers LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004-1109

**Matthew Phineas Bergman**
Law Office of Matthew Bergman
705 2nd Avenue
Suite 1601
Seattle, WA 98104

**Steven K. Blackhurst**
Ater Wynne Hewitt Dodson & Skerritt
222 S.W. Columbia Ste 1800
Portland, OR 97201-6618

**Ari Y. Brown**
Bergman & Frockt
705 Second Avenue
Suite 1601
Seattle, WA 98104

**James M. Carlson**
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

**David R. Carpenter**
Sidley Austin LLP
One South Dearborn Street

Chicago, IL 60603

**Edward Morgan Carstarphen, III**
Ellis Carstearphen et all
5847 San Felipe
Suite 1900
Houston, TX 77057

**Catherine J. Casey**
DLA Piper rudnick Gray Cary US LLP
203 North LaSalle Street
#1900
Chicago, IL 60601

**James E. Chadden, Sr**

**Kalea Seitz Clark**
Wilmer Cutler Pickering Hale and Door LLC
1875 Pennsylvania Avenue NW
Washington, DC 20006

**Amato A. DeLuca**
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

**Nancy Scott Degan**
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charle Avenue
Suite 3600
New Orleans, LA 70170

**Michael D. Donovan**
Law Offices of Michael D. Donovan
1608 Walnut Street
Suite 1400
Philadelphia, PA 19103

**Emilie K. Edling**
Stoel Rives, LLP
900 SW Fifth Avenue
Suite 2600
Portland, OR 97204

**Tyrone C. Fahner**
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

**Daniel Martin Feeney**
Miller Shakman & Beem LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

**Sheila Marie Finnegan**
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

**Jodi W. Flowers**
Motley Rice, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

**F. Larkin Fore**
Fore, Miller & Schwartz
200 S. Fifth Street
Suite 700N, First Trust Centre
Louisville, KY 40202-3204

**Sarah M. Fore**
Fore, Miller & Schwartz
200 S. Fifth Street
Suite 700N, First Trust Centre
Louisville, KY 40202-3204

**Zachary J. Freeman**
Miller Shakman & Beem LLP
180 N. La Salle Street
Suite 3600
Chicago, IL 60601

**Susan A. Freiwald**
USF School of LAW
2130 Fulton St
San Francisco, CA 94117

**Albert L. Frevola, Jr**
Gordon Hargrove & James
2400 East Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308-3092

**Michael R. Fruehwald**
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204-3535

**Jason L. Fulk**
Hoover Hull LLP
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

**Andrea Marie Gacki**
US Department of Justice
20 Massachusetts Avenue, NW
Room 7334
Washington, DC 20001

**Daniel N. Gall**
c/o Luna Innocations
2851 Commerce STreet
Blacksburg, VA 24060

**Linda S. George**
Laudig George Rutherford & Sipes

156 East Market Street
Suite 600
Indianapolis, IN 46204

**John Richard Gillespie**
Broad & Cassel
100 SE 3rd Avenue
Suite 2700
One Financial Plaza
Fort Lauderdale, FL 33394

**Cary Neal Goldberg**
Law Offices of Cary N. Goldberg
30 North LaSalle Street
Suite 2300
Chicago, IL 60602

**Steven Goldberg**
American Bank Building
621 S.W. Morrison
Suite 1450
Portland, OR 97205

**M. Norman Goldberger**
Wolf Block Schorr and Solis-Cohen, LLP
1650 Arch Street
22nd Floor
Philadelphia, PA 19103

**Edward Nelson Griffin**
Griffin Whitaker LLP
8730 Georgia Avenue
Suite LL100
Silver Spring, MD 20910

**Mark E. Guzzi**
271 Providence Oaks Circle
Alpharetta, GA 30004

**Zaha S Hassan**
Attorney at Law
14614 NW Seward Rd
Vancouver, WA 98685

**F. Thomas Hecht**
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

**William J. Heller**
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102-0652

**Amanda J. Hettinger**
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

**Charles F. Hinkle**
Stoel Rives, LLP
900 SW Fifth Avenue
Suite 2600
Portland, OR 97204

**Andrew W. Hull**
Hoover Hull LLP
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

**Anthony D. Irpino**
Irpino Law Firm
365 Canal Street
22nd Floor
New Orleans, LA 70130

**Lisa Robin Jaskol**
Horvitz & Levy LLP
15760 Ventura Blvd 18FL
Encino, CA 91436

**Joseph G. Jevic, III**
St. Martin & Williams
4084 Highway 311
P.O. Box 2017
Houma, LA 70361-2017

**Philip J. John, Jr**
Baker & Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

**C. J. Johnson**
Kalkstein Law Firm
P.O. Box 8568
Missoula, MT 59807

**Kelly Overstreet Johnson**
215 S. Monroe Street
Suite 400
P.O. Box 11300
Tallahassee, FL 32302

**Joshua Karsh**
Gessler Hughes Piers Resnick & Dym Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, IL 60602

**Peter D. Keisler**
United States Department of Justice
Assistant Attorney General
20 Massachusetts Avenue, NW
Room 7312
Washington, DC 20530

**Andrew Kierstead**
1001 S.W. Fifth Avenue
Suite 1100
Portland, OR 97204

**Jonathan D. King**
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

**Michael E. Kipling**
Kipling Law Group PLLC
3601 Fremont Avenue N.
Suite 414
Seattle, WA 98103

**Joseph R. Knight**
Baker Botts LLP
98 San Jacinto Blvd.
Suite 1500
Austin, TX 78701-4039

**Leondra Kruger**
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania NW Avenue
Washington, DC 20006-3642

**Melanie G. Lagarde**
St. Martin & Williams
4084 Highway 311
Houma, LA 70360

**Stephen Laudig**
2440 Campus Road, #429
Honolulu, HI 96822

**David L. Lawson**
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006

**Roger L. Mandel**
Stanley Mandel & Iola LLP
3100 Monticello ave
Suite 750
Dallas, TX 75205

**Lori McAllister**
Dykema Gossett PLLC
201 Townsend Street
Suite 900
Lansing, MI 48933

**Howard A. Merten**
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

**Donald A. Migliori**
Motley Rice LLC
321 South Main Street
Providence, RI 02940

**Benjamin C. Mizer**
1875 Pennsylvania Ave., N.W.
Washington, DC 20006

**Alice McKenzie Morical**
Hoover Hull LLP
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

**Randolph D. Moss**
Wilmer, Cutler, Pickering, Hale & Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

**Thomas H. Nelson**
Thomas H. Nelson & Associates
825 NE Multnomah
Suite 925
Portland, OR 97232

**Michael C. O'Malley**
Siben & Siben, LLP
90 East Main Street
BayShore, NY 11706

**Michele L. Odorizzi**
Mayer Brown Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603

**Wendy Sangbee Park**
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601

**Robert J. Patterson**
Watts Law Firm LLP
555 N. Carancahua Street
Twr II Bldg 14th Floor
Corpus Christi, TX 78401

**Paul Lee Peyronnin**
Baker donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

**Michael James Philippi**
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

**Jason S. Ritchie**
Holland & Hart
P.O. Box 639
Billings, MT 59103

**Harry Rosenberg**
Phelps Dunbar, LLP
Canal Place
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534

**Michael J. Ross**
Slater Ross
1850 Benjamin Franklin Plaza
1 S.W. Columbia Street
Portland, OR 97258

**William A. Rossbach**
Rossbach & Whiston
401 North Washington Street
P.O. Box 8988
Missoula, MT 59807-8988

**Alan Norris Salpeter**
Mayer, Brown, Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603

**Ronald P. Schiller**
DLA Piper Rudnick Gray Cary US LLP
One Liberty Place
Suite 4900
1650 Market Street
Philadelphia, PA 19103

**Mark Schlosberg**
American Civil Liberties Union Fndt.
1663 Mission Street, Suite 460
San Francisco, CA 94103

**Eric Schneider**
1730 South Federal Hwy. #104
Delray Beach, FL 33483

**Adam D. Schwartz**
Roger BaldwinFoundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601-7401

**John D. Seiver**
Cole Raywid & Braverman, LLP
1919 Pennsylvania Ave., N.W.
Suite 200
Washington, DC 20006

**Donald A. Statland**
Attorney at Law
55 West Monroe St

Ste 1200
Chicago, IL 60603

**David H. Sternlieb**
Shapiro & Sternlieb, LLC
800 Tennent Road
Manalapan, NJ 07726

**A. David Stippler**
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

**Ted W. Stroud**
Oade Stroud & Kleiman PC
200 Woodland Pass
P.O. Box 1296
East Lansing, MI 48826-1296

**Brendan V. Sullivan**
Williams & Connolly
725 12th St N.W.
Washington, DC 20005

**Davis Wright Tremaine**
Attorney at Law
101 California Street
Ste 3275
San Francisco, CA 94111

**M. Stephen Turner**
Broad & Cassel
215 South Monroe Street
Suite 400
P.O. Box 11300
Tallahassee, FL 32302

**Marc Ver Der Hout**
Ver Der Hout & Brigagliano
180 Sutter Street, 5th Floor
San Francisco, CA 94123

**Nicholas Wagner**
Law Offices of Wagner & Jones
1111 East Herndon, Suite 317
Fresno, CA 93720

**Thomas P. Walsh**
United States Attorney's Office NDIL
219 South Dearborn Street
Suite 500
Chicago, IL 60604

**Peter Wasylyk**
Law Offices of Peter Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

**Mikal C. Watts**

Watts Law Firm, LLP
Bank of America Plaza
300 Convent Street
Suite 100
San Antonio, TX 78205

**Brian W. Welch**
Bingham McHale, LLP
10 West Market Street
Market Tower, Suite 2700
Indianapolis, IN 46204

**John C. Whitfield**
Whitfield & Cox PSC
29 East Center Street
Madisonville, KY 42431

**Conrad S.P. Williams, III**
St. Martin, Williams & Bourque
P.O. Box 2017
Houma, LA 70361

**Daniel D. Williams**
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

**Matthew A. Woolf**
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

**Anthony J. Zarillo, Jr**
Courter, Kobert & Cohen, PC
1001 Route 517
Hackettstown, NJ 07840

**Jacie C. Zolna**
Myron M. Cherry & Associates
30 North LaSalle Street
Suite 2300
Chicago, IL 60602

1 DAVIS WRIGHT TREMAINE, LLP
  THOMAS R. BURKE (CA State Bar No. 141930)
2 505 Montgomery Street, Suite 800
  San Francisco, California 94111
3 Telephone: (415) 276-6500
4 Facsimile: (415) 276-6599
  thomasburke@dwt.com
5
6 JOHN D. SEIVER
  ADAM S. CALDWELL
7 ELIZABETH DROGULA
  1919 Pennsylvania Avenue, NW, Suite 200
8 Washington, DC 20006
  Telephone: (202) 659-9750
9 Facsimile: (202) 452-0067
  johnseiver@dwt.com
10 adamcaldwell@dwt.com
11 lizdrogula@dwt.com

12 Attorneys for BRIGHT HOUSE NETWORKS, LLC

13 **UNITED STATES DISTRICT COURT**

14 **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

15 In re:                                            MDL Dkt. No. 06-1791-VRW

16 NATIONAL SECURITY AGENCY                          Relates to Case No. 3:06-CV-06222-VRW
17 TELECOMMUNICATIONS RECORDS
   LITIGATION                                        [~~PROPOSED~~] ORDER
18

19 This Document Relates To:                         Courtroom: 6, 17th Floor
                                                     Judge:    Hon. Vaughn R. Walker
20 *Cross, et al v. AT&T Communications, et al.*

21
   United States District Court for the
22 Northern District of California
   San Francisco Division
23 Case No. 3:06-CV-06222-VRW

24

25        Pursuant to the Stipulation of Dismissal filed by the parties, and good cause

26 appearing, Bright House Networks, LLC is hereby dismissed without prejudice

27

28

1   from this action.  Each party will bear its own costs and attorneys' fees.

2

3        IT IS SO ORDERED.

4   ~~Dated: January ____, 2007.~~

5

6        Dated: February 16, 2007

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GRANTED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA