IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                          MDL  06-1791 VRW

NATIONAL SECURITY AGENCY                        ORDER
TELECOMMUNICATIONS RECORDS
LITIGATION

This Document Relates To:

ALL CASES
except <u>Al-Haramain v Bush, 07-109</u>

_____/

   Having considered the parties' motions and oral arguments, the court ORDERS:

   With respect to <u>Hepting v AT&T</u>, 06-672, the court imposes a limited stay. If plaintiffs propound a limited and targeted set of interrogatories (see, for example, the interrogatories propounded by plaintiffs in the <u>Terkel</u> matter, Doc #24, 06-2837-MFK), the court will entertain plaintiffs' motion to lift the stay for the purpose of requiring a response. Any such motion shall describe why the discovery will not moot the issues on interlocutory appeal to the Ninth Circuit. After consideration of said motion, the court will determine whether to call for opposition to be filed by defendants.

With respect to all other cases in MDL 1791, the court will enter an order staying proceedings pending resolution of the interlocutory appeal in <u>Hepting</u> <u>if</u> the parties stipulate to a stay. If in any case the parties fail to file a stipulation for stay on or before March 8, 2007, defendants shall answer or otherwise respond to the complaint in such case not later than March 29, 2007.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge