PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
ANDREW H. TANNENBAUM
andrew.tannenbaum@usdoj.gov
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8470
*Attorneys for Federal Defendants in their Official Capacities and Federal Intervenor-Defendants (United States of America, National Security Agency, President George W. Bush)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br><u>This Document Relates To</u>:<br><br>ALL ACTIONS | **No. M:06-cv-01791-VRW**<br><br>**NOTICE BY THE UNITED STATES OF LODGING OF CLASSIFIED DECLARATION OF LT. GEN. KEITH B. ALEXANDER**<br><br>Hon. Vaughn R. Walker |

**NOTICE BY THE UNITED STATES OF LODGING OF CLASSIFIED DECLARATION OF LT. GEN. KEITH B. ALEXANDER**

The United States hereby gives notice that, on February 22, 2007, the United States lodged with the Court Security Officer the classified Declaration of Lieutenant General Keith B. Alexander that was previously lodged in *ACLU v. NSA*, Nos. 06-2095, 06-2140 (6th Cir.). As indicated by counsel for the United States at the February 9, 2007 hearing, this declaration is submitted for the Court's *ex parte, in camera* review in order to provide the Court with further information regarding the orders of the Foreign Intelligence Surveillance Court issued on January 10, 2007. An unclassified version of this declaration has been filed on the public record in this MDL proceeding. *See* Docket No. 175-1 (2/22/07).

Dated: February 22, 2007

Respectfully submitted,


PETER D. KEISLER
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

*s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov

*s/ Andrew H. Tannenbaum*
ANDREW H. TANNENBAUM
andrew.tannenbaum@usdoj.gov
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/ (202) 514-4263
Fax: (202) 616-8470/ (202) 616-8202

*Attorneys for Federal Defendants in their Official Capacities and Federal Intervenor-Defendants (United*

*States of America, National Security Agency, President George W. Bush)*