1  Ronald L. Motley (SC Bar # RM-2730)
   Jodi Westbrook Flowers (SC Bar # 66300)
2  Donald Migliori, (RI Bar # 4963;
       MA Bar # 567562; and MN Bar # 0245951)
3  Vincent I. Parrett (CA Bar # 237563)
   **MOTLEY RICE LLC**
4  28 Bridgeside Boulevard
   P.O. Box 1792
5  Mount Pleasant, South Carolina 29465
   Telephone: (843) 216-9000
6  Facsimile:   (843) 216-9027
   MDL1791@motleyrice.com
7
   Interim Class Counsel
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        (San Francisco Division)

| | | |
|---|---|---|
| 12 | IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791 ) ) ) ) ) | MDL Docket No 06-1791 VRW |
| 13 | | **[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL** |
| 14 | This Document Relates To: ) ) | |
| 15 | *Electron Tubes Inc. v. Verizon Communications, et al.*, No. C-06-6433-VRW ) ) ) ) | Courtroom:  6, 17th Floor |
| 16 | | Judge:  The Hon. Vaughn R. Walker |

Plaintiff, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files this notice of dismissal without prejudice of Defendants Verizon Communications, Cellco Partnership, and the National Security Agency. As there are no other active defendants in this case, this case is hereby dismissed.

Dated this 22 day of February, 2007.

_____
Hon. Vaughn R. Walker



MDL Docket No.
M-06-01791-VRW    ORDER ON NOTICE OF VOLUNTARY DISMISSAL