Ronald L. Motley (SC Bar # RM-2730)
Jodi Westbrook Flowers (SC Bar # 66300)
Donald Migliori, (RI Bar # 4963;
MA Bar # 567562; and MN Bar # 0245951)
Vincent I. Parrett (CA Bar # 237563)
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9027
MDL1791@motleyrice.com

Interim Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To:<br><br>ALL CASES BROUGHT AGAINST DEFENDANTS TRANSWORLD NETWORK CORP., COMCAST TELECOMMUNICATIONS, INC., T-MOBILE USA, INC., AND MCLEODUSA TELECOMMUNICATIONS SERVICES, INC. | MDL Docket No 06-1791 VRW<br><br>**NOTICE OF DISMISSAL OF TRANSWORLD NETWORK CORP.**<br><br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker |



Dockets.Justia.com

The plaintiffs, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby file their Notice of Dismissal without prejudice of Defendant Transworld Network Corp.

Dated: February 28, 2007

/s/ Vincent I. Parrett
Ronald L. Motley (SC Bar #RM-2730)
Jodi Westbrook Flowers (SC Bar #66300)
Donald A. Migliori (RI Bar #4936;
MA Bar #567562; and MN Bar #0245951)
Vincent I. Parrett (CA Bar #237563)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9027
MDL1791@motleyrice.com

Interim Class Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

/s/ Vincent I. Parrett
Vincent I. Parrett
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9027
E-mail: MDL1791@motleyrice.com