Ronald L. Motley (SC Bar # RM-2730)
Jodi Westbrook Flowers (SC Bar # 66300)
Donald Migliori, (RI Bar # 4963;
    MA Bar # 567562; and MN Bar # 0245951)
Vincent I. Parrett (CA Bar # 237563)
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone:  (843) 216-9000
Facsimile:   (843) 216-9027
MDL1791@motleyrice.com

Interim Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To:<br><br>ALL CASES BROUGHT AGAINST DEFENDANTS TRANSWORLD NETWORK CORP., COMCAST TELECOMMUNICATIONS, INC., T-MOBILE USA, INC., AND MCLEODUSA TELECOMMUNICATIONS SERVICES, INC. | MDL Docket No 06-1791 VRW<br><br>**[~~PROPOSED~~] ORDER ON NOTICE OF DISMISSAL OF TRANSWORLD NETWORK CORP.**<br><br>Courtroom:   6, 17th Floor<br>Judge:          The Hon. Vaughn R. Walker |

1  Plaintiffs, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby file this notice of dismissal without prejudice of Defendant Transworld Network Corp.

Dated this <u>5th</u> day of <u>March</u>, 2007.

_____
Hon. Vaughn R. Walker



MDL Docket No.
M-06-01791-VRW    ORDER ON NOTICE OF DISMISSAL OF TRANSWORLD NETWORK CORP.