Lycos, Inc. v. Verizon Communications, Inc. Doc. 187

MCLU
MAINE CIVIL LIBERTIES UNION FOUNDATION

March 8, 2007

The Honorable Vaughn R. Walker
Chief Judge, United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re: *National Security Agency Telecommunications Records Litigation,* MDL Docket No. 06-1791-VRW, Case No. C 07 1323 VRW

Dear Chief Judge Walker:

We represent proposed intervenor-defendants in *United States v. Kurt Adams, et al.* (1:06-cv-00097-JAW), a case recently transferred to your court from the United States District Court for the District of Maine. The "Cowie et al." proposed intervenors[1] initiated the action at the Maine Public Utilities Commission that gave rise, ultimately, to the United States' suit against the MPUC. The other proposed intervenor is the Maine Public Advocate, an agency within the executive branch of the State of Maine responsible for representing the public in matters within the jurisdiction of the Maine Public Utilities Commission. We respectfully request that consideration of our clients' motion to intervene be added to the court's docket.

The "Cowie, et al." proposed intervenors moved to intervene in *US v. Adams* on September 19, 2006. (Docket 1:06-cv-00097-JAW Document Number ("Doc. No.") 9). The State of Maine defendants took no position on the intervention on October 6, 2006 (Doc. No. 13). The plaintiff United States opposed the intervention on October 10, 2006 (Doc. No. 13). The "Cowie, et al." proposed intervenors replied to their opposition on October 24, 2006 (Doc. No. 25).

The Maine Public Advocate moved to intervene on November 9, 2006 (Doc. No. 38). The State of Maine defendants took no position on the intervention on November 29, 2006 (Doc. No. 43). The United States opposed the intervention on November 30, 2006 (Doc. No. 44).

In a conference of counsel on November 8, 2006, Judge John A. Woodcock, Jr. stated that the court was disinclined to rule formally on intervenor status or delineate the scope of

[1] James Douglas Cowie, James W. Woodworth, David L. Cowie, Kristen A. Tyson, Paul G. Tyson, Paul Sarvis, Lou Solebello, Barbara Taylor, Christopher Branson, Gwethalyn M. Phillips, Sally Dobres, Harold Noel, Margaret Siegle, Maureen Dea, Ethan Strimling, John H. Donovan, Thomas Mundhenk, and Lisa Hicks.



Dockets.Justia.com

intervenor participation while the question of whether the transfer to your court remained unresolved. Nonetheless, Judge Woodcock permitted the proposed intervenors to file memoranda on the motions to dismiss filed by the defendants and the motion for summary judgment filed by the United States, subject to later determination as to whether the motions to intervene would be granted..

Since then, our clients have participated in briefing on the United States' Motion for Summary Judgment, as well as briefing and oral argument on the United States' Motion for a Preliminary Injunction and Defendant's Motion to Vacate the JPML Transfer Order. We have been actively engaged in strategy discussions with defendants and negotiations with the plaintiff. Our clients hope to continue to participate in the case and hope that you will act promptly to grant their Motion to Intervene and solidify their position in the case. We are prepared to submit any additional material you may require as you consider their pending motion to intervene, and to participate in oral argument on the motion should you require it.

Respectfully submitted,

/s/ William C. Black
William C. Black
Deputy Public Advocate
Public Advocate Office
112 State House Station
Augusta, ME 04333-0112
phone: (207) 287-2445

/s/ Zachary L. Heiden
Zachary L. Heiden
MCLU Foundation
401 Cumberland Ave., Ste. 105
Portland, ME 04101
*heiden@mclu.org*
phone: (207) 774-5444
fax: (207) 774-1103

/s/ Wayne R. Jortner
Wayne R. Jortner
Senior Counsel
Public Advocate Office
112 State House Station
Augusta, ME 04333-0112
phone (207) 287-2445

Attorneys for Proposed Intervenor-Defendant Maine Public Advocate

/s/ John M.R. Paterson
John M.R. Paterson
John G. Osborn
Ted A. Small
BERNSTEIN SHUR
100 Middle Street
Portland, ME 04101
Phone (207) 774-1200

Attorneys for Proposed Intervenor- Defendants James Douglas Cowie, et al.