PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
ANDREW H. TANNENBAUM
andrew.tannenbaum@usdoj.gov
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8470
*Attorneys for Federal Defendants in their Official Capacities and Federal Intervenor-Defendants (United States of America, National Security Agency, President George W. Bush)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br><u>This Document Relates To</u>:<br><br>ALL ACTIONS | **No. M:06-cv-01791-VRW**<br><br>**NOTICE BY THE UNITED STATES OF LODGING OF CLASSIFIED SUPPLEMENT IN SUPPORT OF UNITED STATES' ADMINISTRATIVE MOTION TO CHANGE TIME AND FOR A SCHEDULING ORDER**<br><br>Hon. Vaughn R. Walker |



Dockets.Justia.com

**NOTICE BY THE UNITED STATES OF LODGING OF CLASSIFIED SUPPLEMENT IN SUPPORT OF UNITED STATES' ADMINISTRATIVE MOTION TO CHANGE TIME AND FOR A SCHEDULING ORDER**

The United States hereby gives notice that on March 13, 2007, the United States lodged with the Court Security Officer—for the Court's *in camera*, *ex parte* review—a Classified Supplement in Support of the United States' Administrative Motion to Change Time and for a Scheduling Order.

Dated: March 13, 2007

Respectfully submitted,


PETER D. KEISLER
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

*s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov

*s/ Andrew H. Tannenbaum*
ANDREW H. TANNENBAUM
andrew.tannenbaum@usdoj.gov
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/ (202) 514-4263
Fax: (202) 616-8470/ (202) 616-8202

*Attorneys for Federal Defendants in their Official Capacities and Federal Intervenor-Defendants (United States of America, National Security Agency, President George W. Bush)*