1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE:                              MDL    06-1791 VRW

12   NATIONAL SECURITY AGENCY                    ORDER
     TELECOMMUNICATIONS RECORDS
13   LITIGATION

14
     This Document Relates To:
15
     <u>Al-Haramain Islamic Foundation,
16   Inc, et al v Bush, et al</u>, 07-109

17   _____/

18

19              On October 30, 2006, plaintiffs in <u>Al-Haramain Islamic

20   Foundation, Inc, et al v Bush, et al</u>, 07-109, moved for partial

21   summary judgment while the suit was pending before Judge King in

22   the District of Oregon.  See Doc #85, 06-274-KI.  On November 1,

23   2006, Judge King stayed responsive briefing on plaintiffs' motion

24   pending action by the Judicial Panel on Multidistrict Litigation

25   (JPML) in MDL-1791.  Doc #91, 06-274-KI.  The JPML has since

26   transferred the case to this court.  See Doc #1, 07-109.

27   //

28   //

1          Accordingly, the court sets the following briefing

2   schedule:  defendants' opposition to plaintiffs' motion for partial

3   summary judgment shall be filed on or before April 12, 2007, and

4   plaintiffs' reply, if any, is due April 19, 2007.  The court will

5   hear argument on plaintiffs' motion on May 3, 2007, at 2:00 pm, or

6   at such other time as they may arrange with the courtroom deputy,

7   Ms Cora Klein, 415-522-2039.

8

9          IT IS SO ORDERED.

10

11

12   VAUGHN R WALKER

13   United States District Chief Judge