Lycos, Inc. v. Verizon Communications, Inc. Doc. 200

# ATTACHMENT A

Dockets.Justia.com

# ATTACHMENT A

| Case Name | Case Nos. | Type of Case | | Remedies Sought | Claims Asserted | |
|---|---|---|---|---|---|---|
| | | Content | Records | | Federal | State |
| *Al-Haramain Islamic Foundation, Inc. v. Bush* | 3:07-cv-00109 VRW; C.A. No. 3:06-cv-00274 (D. Or.). | ☑ | ☐ | Declaratory; Injunctive; Damages; Punitives; Attorneys Fees; Costs | ☑ | ☐ |
| *Basinski v. Verizon Communications, Inc.* | 3:06-cv-06434-VRW; C.A. No. 1:06-cv-04169 (S.D.N.Y.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Attorney Fees; Costs | ☑ | ☐ |
| *Bissitt v. Verizon Communications, Inc.* | 3:06-cv-05066-VRW; C.A. No. 1:06-cv-00220 (D.R.I.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs | ☑ | ☐ |
| *Bready v. Verizon Maryland, Inc.* | 3:06-cv-06313-VRW; C.A. No. 1:06-cv-02185 (D. Md.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs | ☐ | ☑ |
| *Campbell v. AT&T Communications of California* | 3:06-cv-03596-VRW; C.A. No. 1:06-cv-02185 (N.D. Cal.). | ☐ | ☑ | Declaratory; Injunctive; Attorney Fees; Costs | ☐ | ☑ |
| *Center for Constitutional Rights v. Bush* | 3:07-cv-01115-VRW; C.A. No. 1:06-cv-00313 (S.D.N.Y.). | ☑ | ☐ | Declaratory; Injunctive; Attorney Fees; Costs | ☑ | ☐ |
| *Chulsky v. Cellco Partnership d/b/a Verizon Wireless* | 3:06-cv-06570-VRW; C.A. No. 2:06-cv-02530 (D.N.J.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs | ☐ | ☑ |
| *Clayton v. AT&T Communications of the Southwest, Inc.* | 3:07-cv-01187-VRW; C.A. No. 2:06-cv-04177 (W.D. Mo.). | ☐ | ☑ | Order to Compel Compliance with Subpoena | ☐ | ☑ |
| *Conner v. AT&T* | 3:06-cv-05576-VRW; C.A. No. 1:06-cv-00632 (E.D. Cal.). | ☑ | ☑ | Damages; Punitives; Attorney Fees; Costs; Disgorgement; Penalties; Interest; Restitution | ☑ | ☑ |
| *Crockett v. Verizon Wireless* | 3:06-cv-06254-VRW; C.A. No. 1:06-cv-00345 (D. Haw.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs | ☑ | ☑ |
| *Cross v. AT&T Communications, Inc.* | 3:06-cv-06222-VRW; C.A. No. 1:06-cv-00847 (S.D. Ind.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs | ☑ | ☐ |
| *Cross v. AT&T Communications, Inc.* | 3:06-cv-06224-VRW; C.A. No. 1:06-cv-00932 (S.D. Ind.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs | ☐ | ☑ |
| *Derosier v. Cingular Wireless, LLC* | 3:06-cv-06253-VRW; C.A. No. 2:06-cv-00917 (W.D. Wash.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Attorney Fees; Costs | ☑ | ☐ |

# ATTACHMENT A

| Case Name | Case Nos. | Type of Case | | Remedies Sought | Claims Asserted | |
|---|---|---|---|---|---|---|
| | | Content | Records | | Federal | State |
| *Dolberg v. AT&T Corp.* | 3:06-cv-05269-VRW; C.A. No. 9:06-cv-00078 (D. Mont.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Attorney Fees; Costs | ☑ | ☐ |
| *Dubois v. AT&T Corp.* | 3:06-cv-06387-VRW; C.A. No. 5:06-cv-00085 (W.D. Mich.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs | ☑ | ☑ |
| *Fortnash v. AT&T Corp.* | 3:06-cv-06385-VRW; C.A. No. 0:06-cv-60828 (S.D. Fla.). | ☐ | ☑ | Declaratory; Injunctive; Damages; Attorney Fees; Costs | ☑ | ☐ |
| *Fuller v. Verizon Communications, Inc.* | 3:06-cv-05267-VRW; C.A. No. 9:06-cv-00077 (D. Mont.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Attorney Fees; Costs | ☑ | ☐ |
| *Guzzi v. Bush* | 3:06-cv-06225-VRW; C.A. No. 1:06-cv-00136 (N.D. Ga.). | ☑ | ☐ | Declaratory; Injunctive; Attorney Fees; Costs | ☑ | ☐ |
| *Hardy v. AT&T Corp.* | 3:06-cv-06924-VRW; C.A. No. 2:06-cv-02853 (E.D. La.). | ☐ | ☑ | Declaratory; Injunctive; Damages; Attorney Fees; Costs | ☑ | ☐ |
| *Harrington v. AT&T Inc.* | 3:06-cv-05452-VRW; C.A. No. 1:06-cv-00374 (W.D. Tex.). | ☐ | ☑ | Injunctive; Damages; Punitives; Attorney Fees; Costs | ☑ | ☑ |
| *Hepting v. AT&T Corp.* | 3:06-cv-00672-VRW; C.A. No. 3:06-cv-00672 (N.D. Cal.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs; Disgorgement; Restitution | ☑ | ☑ |
| *Herron v. Verizon Global Networks, Inc.* | 3:06-cv-05343-VRW; C.A. No. 2:06-cv-02491 (E.D. La.). | ☐ | ☑ | Injunctive; Damages; Punitives; Attorney Fees; Costs | ☑ | ☐ |
| *Hines v. Verizon Northwest, Inc.* | 3:06-cv-05341-VRW; C.A. No. 3:06-cv-00694 (D. Or.). | ☐ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs; Interest | ☑ | ☐ |
| *Joll v. AT&T Corp.* | 3:06-cv-05485-VRW; C.A. No. 1:06-cv-02680 (N.D. Ill.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs; Restitution; Disgorgement | ☑ | ☑ |
| *Lebow v. BellSouth Corp.* | 3:07-cv-00464-VRW; C.A. No. 1:06-cv-01289 (N.D. Ga.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs | ☑ | ☑ |

# ATTACHMENT A

| Case Name | Case Nos. | Type of Case | | Remedies Sought | Claims Asserted | |
|---|---|---|---|---|---|---|
| | | Content | Records | | Federal | State |
| *Mahoney v. AT&T Communications, Inc.* | 3:06-cv-05065-VRW; C.A. No. 1:06-cv-00223 (D.R.I). | ☑ | ☑ | Declaratory; Injunctive; Damages; Attorney Fees; Costs | ☑ | ☐ |
| *Mahoney v. Verizon Communications, Inc.* | 3:06-cv-05064-VRW; C.A. No. 1:06-cv-00224 (D.R.I.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Attorney Fees; Costs | ☑ | ☐ |
| *Marck v. Verizon Communications, Inc.* | 3:06-cv-05063-VRW; C.A. No. 2:06-cv-02455 (E.D.N.Y.). | ☑ | ☑ | Declaratory; Damages; Attorney Fees; Costs | ☑ | ☑ |
| *Mayer v. Verizon Communications, Inc.* | No VRW Case No. yet; C.A. No. 1:06-cv-03650 (S.D.N.Y.). | ☐ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs | ☑ | ☐ |
| *Mink v. AT&T Communications of the Southwest, Inc.* | 3:06-cv-07934-VRW; C.A. No. 4:06-cv-01113 (E.D. Mo.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs | ☐ | ☑ |
| *Payne v. Verizon Communications, Inc.* | 3:06-cv-06435-VRW; C.A. No. 1:06-cv-04193 (S.D.N.Y.). | ☐ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs; Disgorgement | ☑ | ☑ |
| *Riordan v. Verizon Communications, Inc.* | 3:06-cv-03574-VRW; C.A. No. 3:06-cv-03574 (N.D. Cal.). | ☐ | ☑ | Declaratory; Injunctive; Attorney Fees; Costs | ☐ | ☑ |
| *Roche v. AT&T Corp.* | 3:07-cv-01243-VRW; C.A. No. 0:06-cv-04252 (D. Minn.). | ☐ | ☑ | Damages | ☑ | ☐ |
| *Roe v. AT&T Corp.* | 3:06-cv-03467-VRW; C.A. No. 3:06-cv-03467 (N.D. Cal.). | ☐ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs; Restitution | ☑ | ☑ |
| *Shubert v. Bush* | 3:07-cv-00693-VRW; C.A. No. 1:06-cv-02282 (E.D.N.Y.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs | ☑ | ☐ |
| *Solomon v. Verizon Communications, Inc.* | 3:06-cv-06388-VRW; C.A. No. 2:06-cv-02193 (E.D. Pa.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Attorney Fees; Costs | ☑ | ☐ |
| *Souder v. AT&T Corp.* | 3:06-cv-05267-VRW; C.A. No. 3:06-cv-01058 (S.D. Cal.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Attorney Fees; Costs | ☑ | ☐ |
| *Spielfogel-Landis v. MCI, LLC* | 3:06-cv-04221-VRW; C.A. No. 3:06-cv-04221 (N.D. Cal.). | ☐ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs; Restitution | ☑ | ☑ |

## ATTACHMENT A

| Case Name | Case Nos. | Type of Case | | Remedies Sought | Claims Asserted | |
|---|---|---|---|---|---|---|
| | | Content | Records | | Federal | State |
| *Suchanek v. Sprint Nextel Corp.* | 3:06-cv-06295-VRW; C.A. No. 1:06-cv-00071 (W.D. Ky.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Attorney Fees; Costs | ☑ | ☐ |
| *Terkel v. AT&T Corp.* | 3:06-cv-05340-VRW; C.A. No. 1:06-cv-02837 (N.D. Ill.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Attorney Fees; Costs | ☑ | ☐ |
| *Trevino v. AT&T Corp.* | 3:06-cv-05268-VRW; C.A. No. 2:06-cv-00209 (S.D. Tex.). | ☑ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs | ☑ | ☐ |
| *United States v. Adams* | 3:07-cv-01323-VRW; C.A. No. 1:06-cv-00097 (D. Me.). | ☑ | ☑ | Declaratory; Injunctive | ☑ | ☐ |
| *United States v. Gaw* | 3:07-cv-01242-VRW; 4:06-cv-01132 (E.D. Mo.). | ☐ | ☑ | Declaratory; Injunctive | ☑ | ☐ |
| *United States v. Palermino* | 3:07-cv-01326-VRW; C.A. No. 3:06-cv-001405 (D. Conn.). | ☐ | ☑ | Declaratory; Injunctive | ☑ | ☐ |
| *United States v. Rabner* | 3:07-cv-01324-VRW; C.A. No. 3:06-cv-02683 (D.N.J.). | ☐ | ☑ | Declaratory; Injunctive | ☑ | ☐ |
| *United States v. Volz* | 3:07-cv-01396-VRW; C.A. No. 2:06-cv-00188 (D. Vt.). | ☐ | ☑ | Declaratory; Injunctive | ☑ | ☐ |
| *Waxman v. AT&T Corp.* | 3:06-cv-06294 VRW; C.A. No. 1:06-cv-02900 (N.D. Ill.). | ☐ | ☑ | Declaratory; Injunctive; Damages; Punitives; Attorney Fees; Costs | ☑ | ☐ |