UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791 ) ) ) ) | MDL DOCKET No. 06-1791 VRW |
| This document relates to all actions. ) ) | |

## NOTICE OF CHANGE OF FIRM NAME

TO ALL PARTIES AND THEIR COUNSEL OR RECORD:

PLEASE TAKE NOTICE of counsel's new firm name and updated contact information:

Alexander E. Barnett (abarnett@masonlawdc.com)
The Mason Law Firm, LLP
1120 Avenue of the Americas
Suite 4019
New York, NY 10036
Telephone: 212-362-5770
Facsimile: 917-591-5227
www.masonlawdc.com

Gary E. Mason (gmason@masonlawdc.com)
THE MASON LAW FIRM, LLP
1225 19th Street, N.W.
Suite 500
Washington, DC 20036
Telephone: 202-429-2290
Facsimile: 202-429-2294
Website: www.masonlawdc.com

March 22, 2007

THE MASON LAW FIRM, LLP

/s/ Alexander E. Barnett
Alexander E. Barnett
The Mason Law Firm, LLP
1120 Avenue of the Americas
Suite 4019
New York, NY 10036