VIA FAX ORIGINAL

FILED MAR 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
07 MAR 14 PM 12:05
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS | MDL Docket No. 06-1791 VRW<br><br>[PROPOSED] ORDER RE: APPLICATION FOR ADMISSION *PRO HAC VICE* OF CHRISTINE VARNEY<br><br>Judge: Hon. Vaughn R. Walker |
| THE UNITED STATES OF AMERICA,<br>        Plaintiff,<br>v.<br>STUART RABNER, et al.,<br>        Defendants. | Civil Action No. C-07-1324 VRW<br><br>COPIES MAILED TO SUBMITTING COUNSEL |

The Court, having review the foregoing application, hereby GRANTS the Application for Admission *Pro Hac Vice* of Christine Varney in this action.

IT IS SO ORDERED.

DATED: 21 MAR 2007

_____
UNITED STATES DISTRICT JUDGE

[Proposed] Order Application for Pro Hac Vice –
Chrstine Varney
C-07-1324 VRW

WDC - 066983/000078 - 2473721 v1