VIA FAX

ORIGINAL

RECEIVED
07 MAR 14 PM 12:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS | MDL Docket No. 06-1791 VRW<br><br>**[PROPOSED] ORDER RE: APPLICATION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER R. ZAETTA**<br><br>**Judge: Hon. Vaughn R. Walker** |
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STUART RABNER, et al.,<br><br>    Defendants. | Civil Action No. 07-CV-1324 VRW<br><br>COPIES MAILED TO SUBMITTING COUNSEL |

The Court, having review the foregoing application, hereby GRANTS the Application for Admission *Pro Hac Vice* of Christopher R. Zaetta in this action.

IT IS SO ORDERED.

DATED: 21 MAR 2007

_____
UNITED STATES DISTRICT JUDGE

[Proposed] Order Application for Pro Hac Vice –
Christopher R. Zeatta
C-07-1324 VRW

\\\DC - 066983/000078 - 2473724 v1