VIA FAX

ORIGINAL

RECEIVED
07 MAR 14 PM 12: 05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

MAR 2 1 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS<br><br>———————————————————<br><br>THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STUART RABNER, et al.,<br><br>Defendants. | MDL Docket No. 06-1791 VRW<br><br>[PROPOSED] ORDER RE:<br>APPLICATION FOR ADMISSION *PRO HAC VICE* OF TY COBB<br><br>**Judge: Hon. Vaughn R. Walker**<br><br>Civil Action No. 07-CV-1324 VRW<br><br>COPIES MAILED TO SUBMITTING COUNSEL |

The Court, having review the foregoing application, hereby GRANTS the Application for

Admission *Pro Hac Vice* of Ty Cobb in this action.

IT IS SO ORDERED.

DATED: 2 1 MAR 2007

_____
UNITED STATES DISTRICT JUDGE

[Proposed] Order Application for Pro Hac Vice –
Ty Cob
C-07-1324 VRW

WDC - 066983/000078 - 2473720 v1