IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ORDER |

This Document Relates To:
ALL CASES
_____/

Having considered the government's administrative motion to change time, Doc #194, and plaintiffs' response, Doc #201, the court hereby sets the following schedule for cases asserting claims against the Verizon defendants.

| | |
|---|---|
| April 20, 2007 | Government's motion to dismiss or, in the alternative, for summary judgment and any assertion of the state secrets privilege |
| April 30, 2007 | Verizon defendants' motion to dismiss |
| May 24, 2007 | Plaintiffs' oppositions |
| June 7, 2007 | Reply briefs of the government and Verizon defendants |
| June 21, 2007 | Hearing on Verizon motions |

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge