IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION | MDL Docket No 06-1791 VRW<br><br>ORDER |
| This Document Relates To:<br>07-1187, 07-1242, 07-1323,<br>07-1324, 07-1326, 07-1396<br>_____/ | |

Having considered the state officials' administrative for a scheduling order, Doc #190, and the government's response, Doc #198, the court hereby sets the following schedule for the state cases, see Doc #165.

| | |
|---|---|
| April 5, 2007 | Reply briefs to dispositive motions pending in <u>United States v Palermino, et al</u>, 07-1326 and <u>United States v Volz, et al</u>, 07-1396 |
| April 26, 2007 | The government and state officials shall each file a consolidated brief addressing Ninth Circuit law and other issues not previously briefed |
| May 27, 2007 | The government and state officials shall each file a consolidated response to the supplemental briefing |
| June 14, 2007 | Hearing on dispostive motions in state cases |

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge