PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  #76342
DAVID L. ANDERSON  #149604
JACOB R. SORENSEN  #209134
MARC H. AXELBAUM  #209855
DANIEL J. RICHERT #232208
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
DAVID LEE LAWSON (admitted *pro hac vice*)
ERIC A. SHUMSKY #206124
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8010
Facsimile:  (202) 736-8711

Attorneys for the AT&T and Cingular Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>*United States v. Rabner*, No. 07-1324;<br>*United States v. Palermino*, No. 07-1326; and,<br>*United States v. Volz*, No. 07-1396. | MDL Dkt. No. 06-1791-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR AT&T AND CINGULAR DEFENDANTS TO RESPOND TO COMPLAINTS**<br><br>[Civil L.R. 6-2, 7-1(5), 7-12]<br><br>Courtroom: 6, 17th Floor<br>Judge:     Hon. Vaughn R. Walker |

Stipulation and [Proposed] Order to Extend Time
for AT&T and Cingular Defendants
to Respond to Complaints
MDL No. 06-1791-VRW

**RECITALS**

A. On February 21, 2007, the Judicial Panel on Multidistrict Litigation's order transferring *Clayton v. AT&T Communications of the Southwest, Inc.*, No. 07-1187; *United States v. Gaw*, No. 07-1242; *United States v. Rabner*, No. 07-1324; *United States v. Palermino*, No. 07-1326; *United States v. Volz*, No. 07-1396; and *United States v. Adams*, No. 07-1323 (the "Federal-State Cases") was entered on this Court's docket, at which point the transfer of those cases became effective. Dkt. 173.

B. As of the date of this Stipulation, the AT&T and Cingular Defendants (as defined in footnote 3 of the Joint Case Management Statement, Dkt. 61-1) have not answered or moved to dismiss the complaints brought by the United States in three of the Federal-State Cases, *i.e.*, *United States v. Rabner*, No. 07-1324; *United States v. Palermino*, No. 07-1326; and *United States v. Volz*, No. 07-1396.

C. On March 26, 2007, the Court entered an Order in the six Federal-State cases. Dkt. 219. This Order did not specify whether telecommunications carriers now must answer the complaints filed by the United States against them in these cases.

**STIPULATION**

The United States and the AT&T and Cingular Defendants hereby stipulate that the AT&T and Cingular Defendants need not answer or otherwise respond to the complaints in *United States v. Rabner*, No. 07-1324; *United States v. Palermino*, No. 07-1326; and *United States v. Volz*, No. 07-1396 until sixty days after this Court issues an order resolving the dispositive motions set for hearing by the Order of March 26, 2007.

//
//
//
//
//
//

2
Stipulation and [Proposed] Order to Extend Time
for AT&T and Cingular Defendants
to Respond to Complaints
MDL No. 06-1791-VRW

Dated: March 28, 2007.

    PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON
    DAVID L. ANDERSON
    JACOB R. SORENSEN
    MARC H. AXELBAUM
    DANIEL J. RICHERT
    50 Fremont Street
    Post Office Box 7880
    San Francisco, CA 94120-7880

    SIDLEY AUSTIN LLP
    DAVID W. CARPENTER
    DAVID L. LAWSON
    BRADFORD A. BERENSON
    EDWARD R. McNICHOLAS
    1501 K Street, N.W.
    Washington, D.C. 20005

    By   */s/ Marc H. Axelbaum*
            Marc H. Axelbaum

    Attorneys for the AT&T and Cingular Defendants

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, MARC H. AXELBAUM, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on March 28, 2007, at San Francisco, California.

    */s/ Marc H. Axelbaum*
    Marc H. Axelbaum

//

//

//

//

//

//

//

3

Stipulation and [Proposed] Order to Extend Time
for AT&T and Cingular Defendants
to Respond to Complaints
MDL No. 06-1791-VRW

Dated: March 28, 2007.

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Room 6102
Washington, DC 20001
Telephone: (202) 514-4782
Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By   */s/ Anthony J. Coppolino per G.O. 45*
         Anthony J. Coppolino
Attorneys for United States of America

4

Stipulation and [Proposed] Order to Extend Time
for AT&T and Cingular Defendants
to Respond to Complaints
MDL No. 06-1791-VRW

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

The AT&T and Cingular Defendants need not answer or otherwise respond to the complaints in *United States v. Rabner*, No. 07-1324; *United States v. Palermino*, No. 07-1326; and *United States v. Volz*, No. 07-1396 until sixty days after this Court issues an order resolving the dispositive motions set for hearing by the Order of March 26, 2007.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March __, 2007.

_____
Hon. Vaughn R. Walker
United States District Chief Judge

5

Stipulation and [Proposed] Order to Extend Time
for AT&T and Cingular Defendants
to Respond to Complaints
MDL No. 06-1791-VRW