Ronald L. Motley (SC Bar # RM-2730)
Jodi Westbrook Flowers (SC Bar # 66300)
Donald Migliori, (RI Bar # 4963;
    MA Bar # 567562; and MN Bar # 0245951)
Vincent I. Parrett (CA Bar # 237563)
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9027
MDL1791@motleyrice.com

Interim Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT AGAINST MCI DEFENDANTS AND/OR VERIZON DEFENDANTS | MDL Docket No 06-1791 VRW<br><br>**NOTICE OF DISMISSAL OF CELLCO PARTNERSHIP (DBA "VERIZON WIRELESS"); NYNEX CORPORATION; GTE WIRELESS, INC.; GTE WIRELESS OF THE SOUTH, INC.; NYNEX PCS, INC.; VERIZON WIRELESS OF THE EAST LP; VERIZON INTERNET SERVICES, INC.; BELL ATLANTIC ENTERTAINMENT AND INFORMATION SERVICES GROUP; VERIZON INTERNET SOLUTIONS, INC.; VERIZON TECHNOLOGY CORPORATION; AND VERIZON ADVANCED DATA, INC.**<br><br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker |

MDL Docket No.
M-06-01791-VRW    NOTICE OF DISMISSAL OF CELLCO PARTNERSHIP (DBA "VERIZON WIRELESS"), NYNEX CORPORATION, GTE WIRELESS, INC., GTE WIRELESS OF THE SOUTH, INC., NYNEX PCS, INC., VERIZON WIRELESS OF THE EAST LP, VERIZON INTERNET SERVICES, INC., BELL ATLANTIC ENTERNTAINMENT AND INFORMATION SERVICES GROUP, VERIZON INTERNET SOLUTIONS, INC., VERIZON TECHNOLOGY CORPORATION, AND VERIZON ADVANCED DATA, INC.

Dockets.Justia.com

The plaintiffs, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby file their Notice of Dismissal without prejudice of Defendants Cellco Partnership (dba "Verizon Wireless"); NYNEX Corporation; GTE Wireless, Inc.; GTE Wireless of the South, Inc.; NYNEX PCS, Inc.; Verizon Wireless of the East LP; Verizon Internet Services, Inc.; Bell Atlantic Entertainment and Information Services Group; Verizon Internet Solutions, Inc.; Verizon Technology Corporation; and Verizon Advanced Data, Inc.

Dated: March 30, 2007

/s/ Vincent I. Parrett_____
Ronald L. Motley (SC Bar #RM-2730)
Jodi Westbrook Flowers (SC Bar #66300)
Donald A. Migliori (RI Bar #4936;
 MA Bar #567562; and MN Bar #0245951)
Vincent I. Parrett (CA Bar #237563)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9027
MDL1791@motleyrice.com

Interim Class Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

>/s/ Vincent I. Parrett_____
>Vincent I. Parrett
>MOTLEY RICE LLC
>28 Bridgeside Boulevard
>P.O. Box 1792
>Mount Pleasant, SC 29465
>Telephone: (843) 216-9000
>Facsimile: (843) 216-9027
>E-mail: MDL1791@motleyrice.com

---

MDL Docket No.
M-06-01791-VRW    NOTICE OF DISMISSAL OF CELLCO PARTNERSHIP (DBA "VERIZON WIRELESS"), NYNEX CORPORATION, GTE WIRELESS, INC., GTE WIRELESS OF THE SOUTH, INC., NYNEX PCS, INC., VERIZON WIRELESS OF THE EAST LP, VERIZON INTERNET SERVICES, INC., BELL ATLANTIC ENTERNTAINMENT AND INFORMATION SERVICES GROUP, VERIZON INTERNET SOLUTIONS, INC., VERIZON TECHNOLOGY CORPORATION, AND VERIZON ADVANCED DATA, INC.