REED R. KATHREIN (139304)
JEFF D. FRIEDMAN (173886)
SHANA E. SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
425 Second Street, Suite 500
San Francisco, California 94107
Telephone: (415) 896-6300
Facsimile: (415) 896-6301
reed@hbsslaw.com
jfriedman@hbsslaw.com
shanas@hbsslaw.com

Attorneys for AT&T Class
Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791 ) ) ) ) | MDL DOCKET NO. 06-1791 VRW<br><br>NOTICE OF CHANGE OF ATTORNEY AFFILIATION |
| THIS DOCUMENTS RELATES TO ALL ACTIONS ) ) ) ) | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE of counsels' new firm name and updated contact information:

Reed R. Kathrein (reed@hbsslaw.com)
HAGENS BERMAN SOBOL SHAPIRO LLP
425 2nd St., Suite 500
San Francisco, CA 94107
Telephone: (415) 896-6300
Facsimile: (415) 896-6301
www.hagens-berman.com

| | |
|---|---|
| 1 | Jeffrey D. Friedman (jefff@hbsslaw.com) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | 425 2nd St., Suite 500 |
| | San Francisco, CA 94107 |
| 3 | Telephone: (415) 896-6300 |
| | Facsimile: (415) 896-6301 |
| 4 | www.hagens-berman.com |
| 5 | Shana E. Scarlett (shanas@hbsslaw.com) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 6 | 425 2nd St., Suite 500 |
| | San Francisco, CA 94107 |
| 7 | Telephone: (415) 896-6300 |
| | Facsimile: (415) 896-6301 |
| 8 | www.hagens-berman.com |

DATED this 2nd day of April, 2007.

HAGENS BERMAN SOBOL SHAPIRO LLP


By /s/ Reed R. Kathrein
   REED R. KATHREIN
Attorneys for Plaintiffs

425 Second Street, Suite 500
San Francisco, California 94107
Telephone: (415) 896-6300
Facsimile: (415) 896-6301

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF SERVICE** |
| 3 | I hereby certify that on April 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List. |

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

DATED this 2nd day of April, 2007.

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Reed R. Kathrein
   REED R. KATHREIN
Attorneys for Plaintiffs

425 Second Street, Suite 500
San Francisco, California 94107
Telephone: (415) 896-6300
Facsimile: (415) 896-6301