PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREA GACKI
RENEE ORLEANS
ANDREW H. TANNENBAUM
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
Fax:   (202) 616-8470
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>*Al-Haramain Islamic Foundation, Inc. et al. v. Bush, et al.*, 07-109 | **MDL 06-1791 VRW; 07-109 VRW**<br><br>**NOTICE OF ORDER BY COURT OF APPEALS GRANTING THE GOVERNMENT'S MOTION FOR A STAY PENDING APPEAL**<br><br>Hon. Vaughn R. Walker |

**NOTICE OF ORDER BY COURT OF APPEALS GRANTING THE GOVERNMENT'S MOTION FOR A STAY PENDING APPEAL**

Defendants hereby give notice of the attached Order, issued today by the United States Court of Appeals for the Ninth Circuit in *Al-Haramain Islamic Foundation, Inc. v. Bush*, No. 06-36083. As stated in the Order, the Court of Appeals granted the Government's motion for a stay of this Court's March 13, 2007 Order—which set a briefing and hearing schedule on Plaintiffs' motion for partial summary judgment—pending the current appeal in *Al-Haramain*.

Dated: April 4, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

   *s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov

   *s/ Andrew H. Tannenbaum*
ANDREA GACKI
RENEE ORLEANS
ANDREW H. TANNENBAUM
Trial Attorneys
andrew.tannenbaum@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/ (202) 514-4263
Fax:    (202) 616-8470/ (202) 616-8202

*Attorneys for Defendants*