1  Ronald L. Motley (SC Bar # RM-2730)
   Jodi Westbrook Flowers (SC Bar # 66300)
2  Donald Migliori, (RI Bar # 4963;
     MA Bar # 567562; and MN Bar # 0245951)
3  Vincent I. Parrett (CA Bar # 237563)
   **MOTLEY RICE LLC**
4  28 Bridgeside Boulevard
   P.O. Box 1792
5  Mount Pleasant, South Carolina 29465
   Telephone: (843) 216-9000
6  Facsimile: (843) 216-9027
   MDL1791@motleyrice.com
7
   Interim Class Counsel

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         (San Francisco Division)

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT AGAINST MCI DEFENDANTS AND/OR VERIZON DEFENDANTS | MDL Docket No 06-1791 VRW<br><br>**[PROPOSED] ORDER ON NOTICE OF DISMISSAL OF CELLCO PARTNERSHIP (DBA "VERIZON WIRELESS"); NYNEX CORPORATION; GTE WIRELESS, INC.; GTE WIRELESS OF THE SOUTH, INC.; NYNEX PCS, INC.; VERIZON WIRELESS OF THE EAST LP; VERIZON INTERNET SERVICES, INC.; BELL ATLANTIC ENTERTAINMENT AND INFORMATION SERVICES GROUP; VERIZON INTERNET SOLUTIONS, INC.; VERIZON TECHNOLOGY CORPORATION; AND VERIZON ADVANCED DATA, INC.**<br><br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker |

MDL Docket No.
M-06-01791-VRW    ORDER ON NOTICE OF DISMISSAL OF CELLCO PARTNERSHIP (DBA
"VERIZON WIRELESS"), NYNEX CORPORATION, GTE WIRELESS, INC.,
GTE WIRELESS OF THE SOUTH, INC., NYNEX PCS, INC., VERIZON
WIRELESS OF THE EAST LP, VERIZON INTERNET SERVICES, INC., BELL
ATLANTIC ENTERNTAINMENT AND INFORMATION SERVICES GROUP,
VERIZON INTERNET SOLUTIONS, INC., VERIZON TECHNOLOGY
CORPORATION, AND VERIZON ADVANCED DATA, INC.

Dockets.Justia.com

1  Plaintiffs, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby file this notice of dismissal without prejudice of Defendants Cellco Partnership (dba "Verizon Wireless"); NYNEX Corporation; GTE Wireless, Inc.; GTE Wireless of the South, Inc.; NYNEX PCS, Inc.; Verizon Wireless of the East LP; Verizon Internet Services, Inc.; Bell Atlantic Entertainment and Information Services Group; Verizon Internet Solutions, Inc.; Verizon Technology Corporation; and Verizon Advanced Data, Inc.

SO ORDERED.

Dated this __5th__ day of __April__, 2007.

_____
Hon. Vaughn R Walker

IT IS SO ORDERED
Judge Vaughn R Walker

MDL Docket No.
M-06-01791-VRW   ORDER ON NOTICE OF DISMISSAL OF CELLCO PARTNERSHIP (DBA "VERIZON WIRELESS"), NYNEX CORPORATION, GTE WIRELESS, INC., GTE WIRELESS OF THE SOUTH, INC., NYNEX PCS, INC., VERIZON WIRELESS OF THE EAST LP, VERIZON INTERNET SERVICES, INC., BELL ATLANTIC ENTERNTAINMENT AND INFORMATION SERVICES GROUP, VERIZON INTERNET SOLUTIONS, INC., VERIZON TECHNOLOGY CORPORATION, AND VERIZON ADVANCED DATA, INC.