MICHAEL N. DONOFRIO (VT Bar No. 4400)
Assistant Attorney General of Vermont
109 State Street
Montpelier, VT 05609-1001
Tel: (802) 828-3171
Fax: (802) 828-2154
E-mail: mdonofrio@atg.state.vt.us

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791 | MDL Docket No. 06-1791 VRW |
| This Document Relates To: | Relates to Case No. |
| <u>USA v. James Volz, et al.</u>, (D.Vt.) | 07-cv-1396-VRW |
| | Courtroom: 6, 17th Floor |
| | Judge: The Hon. Vaughn R. Walker |

### NOTICE OF SUBSTITUTION OF COUNSEL

NOW COMES Michael N. Donofrio, Assistant Attorney General, and hereby substitutes his appearance for that of Assistant Attorney General Timothy B. Tomasi on behalf of Defendants James Volz, David C. Coen, John D. Burke, and David O'Brien in their official capacities in the above-captioned case. Mr. Donofrio's contact information is as follows:

    Michael N. Donofrio, Assistant Attorney General
    Office of the Attorney General
    109 State Street
    Montpelier, VT 05609-1001
    phone: (802) 828-6906
    facsimile: (802) 828-2154
    email: mdonofrio@atg.state.vt.us

Dated: April 2, 2007            WILLIAM H. SORRELL
                                   ATTORNEY GENERAL

                       By:      */s/ Michael N. Donofrio*
                                   Michael N. Donofrio (VT Bar No. 4400)
                                   Assistant Attorney General
                                   State of Vermont

Notice of Substitution of Counsel
No. M-06-cv-1791-VRW