Gary E. Mason
Nicholas A. Migliaccio
**THE MASON LAW FIRM, PC**
1225 19th Street, NW Ste. 500
Washington, DC 20036
Tel: (202) 429-2290
Fax: (202) 429-2294
gmason@masonlawdc.com

John C. Whitfield
**WHITFIELD & COX, PC**
29 East Center Street
Madisonville, KY 42431
Tel: (270) 821-0656
Fax: (270) 825-1163
jcw@vci.net

Interim Class Counsel for Sprint Subscriber Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES BROUGHT AGAINST DEFENDANT EMBARQ CORPORATION | MDL Dkt. No. 06-1791 VRW<br><br>**NOTICE OF DISMISSAL OF EMBARQ CORPORATION**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

Plaintiffs, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby file this Notice of Dismissal to dismiss, without prejudice, Defendant EMBARQ Corporation from all cases, if any, in which it was named as a defendant.

Dated: April 6, 2007

                                              Gary E. Mason
                                              Nicholas A. Migliaccio
                                              **THE MASON LAW FIRM, PC**
                                              1225 19th Street, NW Ste. 500
                                              Washington, DC 20036
                                              Tel: (202) 429-2290
                                              Fax: (202) 429-2294
                                              gmason@masonlawdc.com

                                              John C. Whitfield
                                              **WHITFIELD & COX, PC**
                                              29 East Center Street
                                              Madisonville, KY 42431
                                              Tel: (270) 821-0656
                                              Fax: (270) 825-1163
                                              jcw@vci.net

                                              *Interim Class Counsel for Sprint Subscriber Class*

# CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Notice List.

 

Gary E. Mason
Nicholas A. Migliaccio
**THE MASON LAW FIRM, PC**
1225 19th Street, NW Ste. 500
Washington, DC 20036
Tel: (202) 429-2290
Fax: (202) 429-2294
gmason@masonlawdc.com