WILMER CUTLER PICKERING HALE
AND DORR LLP
John A. Rogovin       (*pro hac vice*)
Randolph D. Moss    (*pro hac vice*)
Samir C. Jain         # 181572
Brian M. Boynton    # 222193
Benjamin C. Mizer   (*pro hac vice*)
1875 Pennsylvania Ave, NW
Washington, DC 20006
Tel.: 202-663-6000
Fax: 202-663-6363
Email: john.rogovin@wilmerhale.com

William P. Barr
Randal S. Milch
Verizon Communications Inc.
One Verizon Way
VC43E043
Basking Ridge, NJ 07920
Tel. 908-559-1752
Fax 905-696-2136
Email: william.barr@verizon.com

Attorneys for Verizon Communications Inc.,
Verizon Global Networks Inc., Verizon Northwest
Inc., Verizon Maryland Inc., MCI, LLC, MCI
Communications Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL Docket No. 06-1791 VRW<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE* OF RANDAL S. MILCH; [PROPOSED] ORDER**<br><br>Judge:   Hon. Vaughn R. Walker |

I, Randal S. Milch, hereby apply for admission *pro hac vice* in this action pursuant to Civil L.R. 11-3. In support of this application, I certify that:

1. I am an active member in good standing of the bar of the District of Columbia Court

1

*Pro Hac Vice* Application of Randal S. Milch

of Appeals;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4 and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in this action. The name, address and telephone number of that attorney is:

>Mark D. Flanagan
>Wilmer Cutler Pickering Hale and Dorr LLP
>1117 California Avenue
>Palo Alto, CA 94304
>(650) 858-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2007

By /s/ Randal S. Milch
Randal S. Milch

Attorney for Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Maryland Inc., MCI, LLC, MCI Communications Services, Inc.

## [PROPOSED] ORDER

The Court, having reviewed the foregoing application, hereby GRANTS the Application for Admission *Pro Hac Vice* of Randal S. Milch in this action.

IT IS SO ORDERED.

Dated: _____    _____

Vaughn R. Walker
United States District Chief Judge