| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | MUNGER, TOLLES & OLSON LLP |
| John A. Rogovin    (pro hac vice) | Henry Weissmann   # 132418 |
| Randolph D. Moss   (pro hac vice) | Susan Szabo          # 155315 |
| Samir C. Jain       # 181572 | Aimee Feinberg     # 223309 |
| Brian M. Boynton  # 222193 | 355 South Grand Avenue |
| Benjamin C. Mizer  (pro hac vice) | 35th Floor |
| 1875 Pennsylvania Ave, NW | Los Angeles, CA 90071-1560 |
| Washington, DC 20006 | Tel.: 213-683-9100 |
| Tel.: 202-663-6000 | Fax: 213-683-5150 |
| Fax: 202-663-6363 | Email: Henry.Weissmann@mto.com |
| Email: john.rogovin@wilmerhale.com | |

William P. Barr
Randal S. Milch
Verizon Communications Inc.
One Verizon Way
VC43E043
Baskin Ridge, NJ 07920
Tel.: 908-559-1752
Fax: 908-696-2136
Email: william.barr@verizon.com

Attorneys for Verizon Communications Inc.,
Verizon Global Networks Inc., Verizon Northwest
Inc., Verizon Maryland Inc., MCI, LLC, MCI
Communications Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL Docket No. 06-1791 VRW<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR VERIZON**<br><br>Judge:   Hon. Vaughn R. Walker |

Notice of Appearance

1

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE that the following hereby appear in this action as additional counsel on behalf of Defendants Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Maryland Inc., MCI, LLC, and MCI Communications Services, Inc.

William P. Barr
Randal S. Milch
Verizon Communications Inc.
One Verizon Way
VC43E043
Baskin Ridge, NJ 07920
Tel.: 908-559-1752
Fax: 908-696-2136
william.barr@verizon.com
randal.s.milch@verizonbusiness.com

Henry Weissmann (State Bar No. 132418)
Susan Szabo (State Bar No. 155315)
Aimee Feinberg (State Bar No. 23309)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Tel.: 213-683-9100
Fax: 213-683-5150
Henry.Weissmann@mto.com
Susan.Szabo@mto.com
Aimee.Feinberg@mto.com

Respectfully submitted,

Dated: April 9, 2007

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: /s/ Brian M. Boynton
_____
Brian M. Boynton

Attorneys for Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Maryland Inc., MCI, LLC, MCI Communications Services, Inc.

Notice of Appearance