PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
ANDREW H. TANNENBAUM
Trial Attorney
andrew.tannenbaum@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
Fax:     (202) 616-8470
*Attorneys for Federal Defendants in their Official Capacities
and Federal Intervenor-Defendants (United States of America,
National Security Agency, President George W. Bush)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. M:06-cv-01791-VRW <br><br> **NOTICE BY THE UNITED STATES OF LODGING OF CLASSIFIED SUBMISSION** |
| This Document Relates To: | |
| ALL ACTIONS | Hon. Vaughn R. Walker |

**Notice of Lodging of Classified Submission**
**MDL No. 06-1791-VRW**

# NOTICE BY THE UNITED STATES OF LODGING OF CLASSIFIED SUBMISSION

The United States hereby gives notice that on April 9, 2007, the Government lodged with the Court Security Officer a classified submission in the above-captioned proceeding for the Court's *in camera*, *ex parte* review.

Dated: April 9, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

*s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov

*s/ Andrew H. Tannenbaum*
ANDREW H. TANNENBAUM
Trial Attorney
andrew.tannenbaum@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/ (202) 514-4263
Fax:    (202) 616-8470/ (202) 616-8202

*Attorneys for Federal Defendants in their Official Capacities and Federal Intervenor-Defendants (United States of America, National Security Agency, President George W. Bush)*

**Notice of Lodging of Classified Submission**
**MDL No. 06-1791-VRW**