PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  #76342
DAVID L. ANDERSON  #149604
JACOB R. SORENSEN  #209134
MARC H. AXELBAUM  #209855
DANIEL J. RICHERT  #232208
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
ERIC A. SHUMSKY #206164
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8010
Facsimile:  (202) 736-8711

Attorneys for AT&T Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELE-COMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>*Clayton, et al. v. AT&T Communications of the Southwest, Inc., et al.*, No. 07-1187 | MDL Dkt. No. 06-1791-VRW<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS AT&T COMMUNICATIONS OF SOUTHWEST, INC., ET AL. TO DISMISS PLAINTIFFS' APPLICATION TO COMPEL**<br><br>Courtroom:  6, 17th Floor<br>Judge:     Hon. Vaughn R. Walker |

On April 9, 2007, defendants **AT&T Communications of the Southwest, Inc., SBC Long Distance, LLC, SBC Advanced Solutions, Inc., TCG St. Louis Holdings, Inc. d/b/a TCG St. Louis, Southwestern Bell Telephone, L.P.,** and **TCG Kansas City, Inc.** moved pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiffs' First Amended Application to Compel Production of Documents and to Compel Witnesses to Appear and Answer Questions Upon Oral Examination (Dkt. 1-6, "Application") for failure to state a claim upon which relief can be granted ("Motion").

On June 14, 2007, Defendants' Motion came on for hearing before the Court, Hon. Vaughn R. Walker, United States District Chief Judge, presiding. Having considered Defendants' Motion, Plaintiffs' opposition thereto, Defendants' reply and the oral arguments by counsel for the parties, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Defendants' Motion is hereby GRANTED on the ground that Plaintiffs have failed to state a claim upon which relief can be granted;

2. Plaintiffs' Application is hereby DISMISSED with prejudice and without leave to amend.

Dated: _____  _____
Hon. Vaughn R. Walker
United States District Chief Judge