**HOGAN & HARTSON LLP**
Robert J. Benson (No. 155971)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4629
Fax: (310) 785-4601
rjbenson@hhlaw.com

Ty Cobb (admitted *pro hac vice*)
Christine Varney (admitted *pro hac vice*)
Christopher Zaetta (admitted *pro hac vice*)
555 13th Street, NW
Washington, D.C. 20004
Telephone: (202) 637-8874
Fax: (202) 637-5910
tcobb@hhlaw.com
cvarney@hhlaw.com
crzaetta@hhlaw.com

Attorneys for Defendant
Qwest Communications International Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY<br><br>―――――――――――――――<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STUART RABNER, et al.,<br><br>　　　　　　Defendants. | MDL Docket No. 06-1791 VRW<br><br>**STIPULATION**<br>**TO EXTEND TIME FOR**<br>**DEFENDANT QWEST**<br>**COMMUNICATIONS**<br>**INTERNATIONAL INC.**<br>**TO RESPOND TO COMPLAINT**<br><br>**Judge: Hon. Vaughn R. Walker**<br><br>Civil Action No. C-07-1324 VRW |

\\\LA - 066983/000078 - 344564 v1

1

Stipulation to Extend Time
for Defendant Qwest Communications International Inc. to
Respond to Complaint (Civ. No. C-07-1324-VRW)

Dockets.Justia.com

# RECITALS

A. On February 21, 2007, the Judicial Panel on Multidistrict Litigation's order transferring, among other cases, *United States v. Rabner*, No. 07-1324 (the "Rabner Litigation") was entered on this Court's docket. Dkt. 173.

B. Prior to the transfer of the Rabner Litigation, the New Jersey District Court entered an order extending the response date to the complaint for all defendants until thirty days after the date of the New Jersey court's decisions on the dispositive motions filed by the United States and the State of New Jersey defendants.

C. As of the date of this Stipulation, and consistent with the New Jersey District Court's order referenced above, defendant Qwest Communications International Inc. ("Qwest") has not answered or moved to dismiss the complaint brought by the United States in the Rabner Litigation.

D. On March 26, 2007, the Court entered a briefing schedule in the Rabner Litigation. Dkt. 219. The Order did not specify a date by which Qwest and the other defendants must respond to the complaint.

# STIPULATION

The United States and Qwest hereby stipulate that Qwest need not answer or otherwise respond to the complaint in the Rabner Litigation until sixty days after this Court issues an order resolving the dispositive motions set for hearing by the Order of March 26, 2007.

Dated: April 10, 2007

HOGAN & HARTSON LLP
Robert J. Benson (No. 155971)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4629
Fax: (310) 785-4601
rjbenson@hhlaw.com

Ty Cobb (admitted pro hac vice)
Christine Varney (admitted pro hac vice)
Christopher Zaetta (admitted pro hac vice)
555 13th Street, NW

2

Stipulation Extend Time
for Defendant Qwest Communications International Inc. to
Respond to Complaint (Civ. No. C-07-1324-VRW)

\\LA - 066983/000078 - 344564 v1

| | |
|---|---|
| 1 | Washington, D.C. 20004<br>Phone: (202) 637-8874 |
| 2 | Fax: (202) 637-5910<br>tcobb@hhlaw.com |
| 3 | cvarney@hhlaw.com<br>crzaetta@hhlaw.com |
| 4 | |
| 5 | By: /s/<br>Robert J. Benson |
| 6 | Attorneys for Defendant Qwest Communications<br>International Inc. |
| 7 | |

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B.

I, ROBERT J. BENSON, hereby declare pursuant to General Order 45, § X.B., that the signatory below has concurred to the filing of this document.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on April 10, 2007, at Los Angeles, California.

/s/
Robert J. Benson

Dated: April 10, 2007

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Room 6102
Washington, D.C. 20001
Telephone: (202) 514-4782
Fax: (202) 616-08460
Email:

By: /s/ per G.O. 45

Attorneys for United States of America

3

Stipulation Extend Time
for Defendant Qwest Communications International Inc. to
Respond to Complaint (Civ. No. C-07-1324-VRW)

\\\LA - 066983/000078 - 344564 v1