WILMER CUTLER PICKERING HALE AND DORR LLP
John A. Rogovin (pro hac vice)
Randolph D. Moss (pro hac vice)
Samir C. Jain # 181572
Brian M. Boynton # 222193
Benjamin C. Mizer (pro hac vice)
1875 Pennsylvania Ave, NW
Washington, DC 20006
Tel.: 202-663-6000
Fax: 202-663-6363
Email: john.rogovin@wilmerhale.com

MUNGER, TOLLES & OLSON LLP
Henry Weissmann # 132418
Susan Szabo # 155315
Aimee Feinberg # 223309
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Tel.: 213-683-9100
Fax: 213-683-5150
Email: Henry.Weissmann@mto.com

William P. Barr
Randal S. Milch
Verizon Communications Inc.
One Verizon Way
VC43E043
Basking Ridge, NJ 07920
Tel.: 908-559-1752
Fax: 908-696-2136
Email: william.barr@verizon.com

Attorneys for Verizon Communications Inc., Verizon Northwest Inc. and MCI Communications Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL NO. 06-1791 VRW<br><br>**STIPULATION REGARDING PAGE LIMITS FOR BRIEFING VERIZON'S MOTION TO DISMISS PLAINTIFFS' MASTER CONSOLIDATED COMPLAINT**<br><br>**[Civ. L.R. 7-12]**<br><br>Judge: Hon. Vaughn R. Walker |



Dockets.Justia.com

## RECITALS

A. On March 19, 2007, various Verizon defendants filed a motion for leave to file a 95-page brief in support of their Motion To Dismiss Plaintiffs' Master Consolidated Complaint ("Motion To Dismiss Master Complaint").

B. On March 21, 2007, the Verizon and MCI Plaintiffs opposed that motion, proposing that Verizon be allowed to file a brief of not more than 40 pages and requesting that they be granted the same number of pages for their opposition to the Motion To Dismiss Master Complaint as Verizon is permitted for the brief in support of the Motion.

C. On March 22, 2007, the moving Verizon defendants filed a reply indicating that they did not object to Plaintiffs receiving the same number of pages for their opposition to the Motion To Dismiss Master Complaint as Verizon is permitted for the brief in support of the Motion.

D. Counsel for the moving Verizon defendants and the Verizon and MCI Plaintiffs have had further discussions regarding Verizon's motion and wish to agree on page limitations without requiring the involvement of the Court.

## STIPULATION

Verizon Communications Inc., Verizon Northwest Inc., and MCI Communications Services, Inc. ("Verizon"),[1/] through their counsel, and the Verizon and MCI Plaintiffs, through Interim Class Counsel for the Verizon Class and Interim Class Counsel for the MCI Class, hereby stipulate to the following page limits and ask that the Court make this stipulation an order of the Court:

1. Verizon shall be permitted to file a brief not to exceed 50 pages in support of its Motion To Dismiss Master Complaint.

2. The Verizon and MCI Plaintiffs shall be permitted to file a brief not to exceed 50 pages in opposition to Verizon's Motion To Dismiss Master Complaint.

3. Verizon shall be permitted to file a reply brief not to exceed 30 pages in support of its Motion To Dismiss Master Complaint.

---

[1/] As noted in Verizon's original motion for leave to file a 95-page brief, Verizon Communications Inc., MCI, LLC, and Verizon Global Networks Inc. intend to file a separate motion to dismiss based on lack of personal jurisdiction.

Dated: April 10, 2007

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ John A. Rogovin

John A. Rogovin

Attorneys for Verizon Communications Inc., Verizon Northwest Inc., and MCI Communications Services, Inc.

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Barry R. Himmelstein

Barry R. Himmelstein

Interim Class Counsel for MCI Class

MOTLEY RICE, LLC

By: /s/ Jodi W. Flowers

Jodi W. Flowers

Interim Class Counsel for Verizon Class

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Barry R. Himmelstein and Jodi Flowers.

**~~[PROPOSED]~~ ORDER**

Pursuant to the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED

Dated: April 13, 2007




Vaughn R. Walker
United States District Judge