UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ) | MDL Docket No. 06-1791 VRW |
| ) | |
| ) | [PROPOSED] **ORDER TO EXTEND TIME FOR DEFENDANT QWEST COMMUNICATIONS INTERNATIONAL INC. TO RESPOND TO COMPLAINT** |
| NATIONAL SECURITY AGENCY ) | |
| ) | |
| ) | |
| _____ ) | |
| ) | **Judge: Hon. Vaughn R. Walker** |
| THE UNITED STATES OF AMERICA, ) | |
| ) | Civil Action No. C-07-1324 VRW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STUART RABNER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

///

///

///

1

[Proposed] Order to Extend Time
for Defendant Qwest Communications International Inc. to
Respond to Complaint (Civ. No. C-07-1324-VRW)

\\\LA - 066983/000078 - 344564 v1

dockets.Justia.com

1  Defendant Qwest Communications International Inc. need not answer or otherwise
2  respond to the complaint in <u>United States v. Rabner</u>, No. 07-1324 until sixty days after this Court
3  issues an order resolving the dispositive motions set for hearing by the Order of March 26, 2007.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 18, 2007

_____
Judge Vaughn R Walker
United States District Chief Judge

GRANTED

2

[Proposed] Order to Extend Time
for Defendant Qwest Communications International Inc. to
Respond to Complaint (Civ. No. C-07-1324-VRW)

\\\LA - 066983/000078 - 344564 v1