1  PETER D. KEISLER
   Assistant Attorney General, Civil Division
2  CARL J. NICHOLS
   Deputy Assistant Attorney General
3  DOUGLAS N. LETTER
   Terrorism Litigation Counsel
4  JOSEPH H. HUNT
   Director, Federal Programs Branch
5  ANTHONY J. COPPOLINO
   Special Litigation Counsel
6  ANDREW H. TANNENBAUM
   ALEXANDER K. HAAS (SBN 220932)
7  Trial Attorneys
   Email: tony.coppolino@usdoj.gov
8  U.S. Department of Justice
   Civil Division, Federal Programs Branch
9  20 Massachusetts Avenue, NW, Rm. 6102
   Washington, D.C. 20001
10 Phone: (202) 514-4782
   Fax: (202) 616-8460

*Attorneys for Federal Defendants Sued in their Official Capacities
and the Federal Intervenor-Defendants (United States of America,
National Security Agency, President George W. Bush)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>(1) All Actions Against the MCI and Verizon Defendants in the Master MCI and Verizon Consolidated Complaint, Dkt. 125; (2) *Chulsky* (MDL 06-06570)<br><br>except:<br><br>(3) *Bready* (MDL 06-06313) | **No. M:06-cv-01791-VRW**<br><br>**STIPULATION PERMITTING THE UNITED STATES TO INTERVENE; AND [PROPOSED] ORDER**<br><br>Judge:   Hon. Vaughn R. Walker<br><br>Date:   June 21, 2007 |

# RECITALS

A. On January 16, 2007, pursuant to this Court's case management order, the plaintiffs in suits against the Verizon and MCI defendants filed a Master Complaint [Dkt. 125]. In addition, there are several other cases against Verizon defendants not covered by the Master Complaint, such as *Riordan* (MDL 06-3574); *Bready* (MDL 06-06313); and *Chulsky* (MDL 06-06570).

B. This Court entered an Order [Dkt. 217] giving the United States until April 20, 2007, to file a "motion to dismiss or, in the alternative, for summary judgment and any assertion of the state secrets privilege" in the MCI and Verizon cases.

C. The United States intends to assert the state secrets privilege in each of these cases, and seeks intervention in order to seek the dismissal of these cases.

D. The United States requested the stipulation of all plaintiffs in the MCI and Verizon cases where the United States had not yet intervened,[1] as well as the stipulation of MCI's counsel and Verizon's counsel. With the exception of the *Bready* and *Riordan* plaintiffs, all MCI and Verizon parties have stipulated to the intervention of the United States. The United States' intervention in *Bready* is dealt with in a separate motion filed concurrently herewith.

# STIPULATION

The MCI and Verizon Plaintiffs, with the exception of those in *Bready* and *Riordan*, counsel for MCI defendants and counsel for Verizon defendants, and the United States, through their attorneys of record, hereby stipulate and request that the Court make this stipulation an order of the Court:

1. The United States shall be permitted to intervene in the above-referenced actions as a Defendant pursuant to Federal Rule of Civil Procedure 24.

---

[1] The United States moved to intervene in the *Riordan* case in August 2006, and that motion to intervene was granted on March 29, 2007, *see Riordan*, 05-cv-3574, Dkt. 64 (Mar. 29, 2007).

| | | |
|---|---|---|
| 1 | DATED: April 20, 2007 | Respectfully Submitted, |
| 2 | | |
| 3 | | PETER D. KEISLER |
| | | Assistant Attorney General, Civil Division |
| 4 | | CARL J. NICHOLS |
| | | Deputy Assistant Attorney General |
| 5 | | DOUGLAS N. LETTER |
| | | Terrorism Litigation Counsel |
| 6 | | JOSEPH H. HUNT |
| | | Director, Federal Programs Branch |
| 7 | | ANTHONY J. COPPOLINO |
| | | Special Litigation Counsel |
| 8 | | ANDREW H. TANNENBAUM |
| | | ALEXANDER K. HAAS (SBN 220932) |
| 9 | | Trial Attorneys |
| | | U.S. Department of Justice |
| 10 | | Civil Division, Federal Programs Branch |
| | | 20 Massachusetts Avenue, NW |
| 11 | | Washington, D.C. 20001 |
| | | Phone: (202) 514-4782 — Fax: (202) 616-8460 |
| 12 | | Email: tony.coppolino@usdoj.gov |

By: */s/ Alexander K. Haas*
    Alexander K. Haas

Attorneys for United States of America, National Security Agency, President George W. Bush

Elizabeth J. Cabraser (State Bar No. 083151)
Barry R. Himmelstein (State Bar No. 157736)
Michael W. Sobol (State Bar No. 194857)
Eric B. Fastiff (State Bar No. 182260)
Allison S. Elgart (State Bar No. 241901)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

By: */s/ Barry R. Himmelstein*

Barry R, Himmelstein
Interim Class Counsel for MCI Class

| | |
|---|---|
| 1 | Ronald L. Motley |
| | Jodi W. Flowers |
| 2 | Don Migliori |
| | Vincent Parrett (State Bar No. 237563) |
| 3 | MOTLEY RICE, LLC |
| | 28 Bridgeside Boulevard |
| 4 | P.O. Box 1792 |
| | Mount Pleasant, SC 29465 |
| 5 | Telephone: (843) 216-9000 |
| | Facsimile: (843) 216-9027 |
| 6 | |
| | By: */s/ Jodi W. Flowers* |
| 7 | |
| | Jodi W. Flowers |
| 8 | Interim Class Counsel for Verizon Class |
| 9 | SHAPIRO & STERNLIEB, LLC |
| | DAVID H. STERNLIEB |
| 10 | 800 Tennent Rd. |
| | Manalapan, NJ 07726 |
| 11 | (732) 617-8050 |
| 12 | By: */s/ David H. Sternlieb* |
| 13 | David H. Sternlieb |
| | Attorney for Chulsky Plaintiffs |
| 14 | |
| | WILMER, CUTLER, PICKERING, HALE & DORR LLP |
| 15 | JOHN A. ROGOVIN |
| | RANDOLPH D. MOSS |
| 16 | SAMIR C. JAIN |
| | BRIAN BOYNTON |
| 17 | BENJAMIN C. MIZER |
| | 1875 Pennsylvania Ave, NW |
| 18 | Washington, DC 20006 |
| | 202-663-6083 |
| 19 | Fax: 202-663-6363 |
| 20 | By: */s/ John Rogovin* |
| 21 | John Rogovin |
| | Attorneys for the MCI Defendants and Verizon Defendants |

No. M:06-cv-01791-VRW — - 3 - — STIPULATION PERMITTING THE UNITED STATES TO INTERVENE; AND [PROPOSED] ORDER

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ALEXANDER K. HAAS, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed above and below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on April 20, 2007, in the City of Washington, District of Columbia.

>PETER D. KEISLER
>Assistant Attorney General, Civil Division
>CARL J. NICHOLS
>Deputy Assistant Attorney General
>DOUGLAS N. LETTER
>Terrorism Litigation Counsel
>JOSEPH H. HUNT
>Director, Federal Programs Branch
>ANTHONY J. COPPOLINO
>Special Litigation Counsel
>ANDREW H. TANNENBAUM
>ALEXANDER K. HAAS (SBN 220932)
>Trial Attorneys
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, NW
>Washington, D.C. 20001
>Phone:   (202) 514-4782 — Fax: (202) 616-8460
>Email: tony.coppolino@usdoj.gov
>
>
>By:      */s/ Alexander K. Haas*
>            Alexander K. Haas
>
>Attorneys for United States of America, National Security Agency, President George W. Bush

Elizabeth J. Cabraser (State Bar No. 083151)
Barry R. Himmelstein (State Bar No. 157736)
Michael W. Sobol (State Bar No. 194857)
Eric B. Fastiff (State Bar No. 182260)
Allison S. Elgart (State Bar No. 241901)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008


By: */s/ Barry R. Himmelstein per G.O. 45*

Barry R, Himmelstein
Interim Class Counsel for MCI Class

Ronald L. Motley
Jodi W. Flowers
Don Migliori
Vincent Parrett (State Bar No. 237563)
MOTLEY RICE, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9027

By: */s/ Jodi W. Flowers per G.O. 45*

Jodi W. Flowers
Interim Class Counsel for Verizon Class

SHAPIRO & STERNLIEB, LLC
DAVID H. STERNLIEB
800 Tennent Rd.
Manalapan, NJ 07726
(732) 617-8050

By: */s/ David H. Sternlieb per G.O. 45*

David H. Sternlieb
Attorney for Chulsky Plaintiffs

| | |
|---|---|
| 1 | WILMER, CUTLER, PICKERING, HALE & DORR LLP |
| 2 | JOHN A. ROGOVIN<br>RANDOLPH D. MOSS |
| 3 | SAMIR C. JAIN<br>BRIAN BOYNTON |
| 4 | BENJAMIN C. MIZER<br>1875 Pennsylvania Ave, NW |
| 5 | Washington, DC 20006<br>202-663-6083 |
| 6 | Fax: 202-663-6363 |
| 7 | By:   */s/ John Rogovin per G.O. 45* |
| 8 | John Rogovin<br>Attorneys for the MCI Defendants and Verizon Defendants |

**[PROPOSED] ORDER**

Having considered the above stipulation to permit intervention by the United States pursuant to Federal Rule of Civil Procedure 24, the United States is allowed to intervene in the actions covered by the stipulation as a defendant.

IT IS SO ORDERED.

Dated: April __, 2007

_____
Hon. Vaughn R. Walker
United States District Chief Judge