PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
Email: tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460
*Attorneys for Federal Defendants Sued in their Official Capacities
and the Federal Intervenor-Defendants (United States of America,
National Security Agency, President George W. Bush)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW** |
| | **UNITED STATES' NOTICE OF LODGING OF *IN CAMERA, EX PARTE* MATERIAL** |
| This Document Relates To: | Judge: Hon. Vaughn R. Walker |
| (1) All Actions Against the MCI and Verizon Defendants in the Master MCI and Verizon Consolidated Complaint, Dkt. 125; (2) *Chulsky* (MDL 06-06570); (3) *Bready* (MDL 06-06313); (4) *Riordan* (MDL 06-03574). | Courtroom 6  Date: June 21, 2007; 2:00 p.m. |

No. M:06-cv-01791-VRW—UNITED STATES' NOTICE OF LODGING OF *IN CAMERA*, *EX PARTE* MATERIAL

# UNITED STATES'S NOTICE OF LODGING OF
# *IN CAMERA, EX PARTE* MATERIAL

Intervenor the United States of America hereby provides Notice of the submission, for the Court's *in camera*, *ex parte* consideration, of the following materials in support of the United States' assertion of the military and state secrets privilege and the United States' Motion to Dismiss Or, In The Alternative, For Summary Judgment:

The *In Camera*, *Ex Parte* Declaration of Mike McConnell, Director of National Intelligence.[1]

DATED: April 20, 2007

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

    */s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

    */s/ Alexander K. Haas*
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

---

[1] An unclassified declaration of Mike McConnell, Director of National Intelligence has been filed on the public record.