PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
Email: tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460
*Attorneys for Federal Defendants Sued in their Official Capacities and the Federal Intervenor-Defendants (United States of America, National Security Agency, President George W. Bush)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW** <br><br> **ADMINISTRATIVE MOTION FOR ENLARGEMENT OF PAGES BY THE UNITED STATES OF AMERICA** |
| This Document Relates To: <br><br> (1) All Actions Against the MCI and Verizon Defendants in the Master MCI and Verizon Consolidated Complaint, Dkt. 125; (2) *Chulsky* (MDL 06-06570); (3) *Bready* (MDL 06-06313); (4) *Riordan* (MDL 06-03574). | Judge: Hon. Vaughn R. Walker <br> Courtroom 6 <br> Date: June 21, 2007; 2:00 p.m. |

No. M:06-cv-01791-VRW—ADMINISTRATIVE MOTION FOR ENLARGEMENT OF PAGES BY THE UNITED STATES OF AMERICA

| | |
|---|---|
| 1 | Intervenor defendant United States of America hereby moves, pursuant to Civil L.R. 7- |
| 2 | 11, for an order of enlargement of the page limit for (1) the Memorandum of The United States |
| 3 | In Support of The Military And State Secrets Privilege And Motion To Dismiss or, In The |
| 4 | Alternative, For Summary Judgment, up to and including a total of 58 pages; and (2) for the |
| 5 | Classified Memorandum of The United States In Support of The Military And State Secrets |
| 6 | Privilege And Motion To Dismiss or, In The Alternative, For Summary Judgment, lodged *ex* |
| 7 | *parte* and *in camera*, for the length of that memorandum. The additional pages beyond the 25 |
| 8 | page limit for each memorandum are needed in order to inform the Court fully of the grounds |
| 9 | supporting dismissal of this matter based on the assertion of the military and state secrets |
| 10 | privilege and other specified statutory privileges. |
| 11 | The defendants do not oppose this motion. Interim class counsel for MCI opposes this |
| 12 | motion insofar as it seeks additional pages beyond 50 pages. Other counsel for the plaintiffs |
| 13 | have not stated whether they oppose or consent to this motion. |

DATED: April 20, 2007

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

　　*/s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

　　*/s/ Alexander K. Haas*
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov