```
 1  WILMER CUTLER PICKERING HALE
    AND DORR LLP
 2  John A. Rogovin     (pro hac vice)
    Randolph D. Moss    (pro hac vice)
 3  Samir C. Jain       # 181572
    Brian M. Boynton    # 222193
 4  Benjamin C. Mizer   (pro hac vice)
    1875 Pennsylvania Ave, NW
 5  Washington, DC 20006
    Tel.: 202-663-6000
 6  Fax:  202-663-6363
    Email: john.rogovin@wilmerhale.com
 7
    William P. Barr
 8  Randal S. Milch
    Verizon Communications Inc.
 9  One Verizon Way
    VC43E043
10  Basking Ridge, NJ 07920
    Tel. 908-559-1752
11  Fax 905-696-2136
    Email: william.barr@verizon.com
12
    Attorneys for Verizon Communications Inc.,
13  Verizon Global Networks Inc., Verizon Northwest
    Inc., Verizon Maryland Inc., MCI, LLC, MCI
14  Communications Services, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS<br>RECORDS LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL Docket No. 06-1791 VRW<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE* OF RANDAL S. MILCH; [PROPOSED] ORDER**<br><br>Judge: Hon. Vaughn R. Walker |

     I, Randal S. Milch, hereby apply for admission *pro hac vice* in this action pursuant to Civil L.R. 11-3. In support of this application, I certify that:

     1.    I am an active member in good standing of the bar of the District of Columbia Court

1

*Pro Hac Vice* Application of Randal S. Milch

1. of Appeals;
2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4 and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,
3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in this action. The name, address and telephone number of that attorney is:

> Mark D. Flanagan
> Wilmer Cutler Pickering Hale and Dorr LLP
> 1117 California Avenue
> Palo Alto, CA 94304
> (650) 858-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2007

By /s/ Randal S. Milch
    Randal S. Milch

Attorney for Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Maryland Inc., MCI, LLC, MCI Communications Services, Inc.

## [~~PROPOSED~~] ORDER

The Court, having reviewed the foregoing application, hereby GRANTS the Application for Admission *Pro Hac Vice* of Randal S. Milch in this action.

IT IS SO ORDERED.

Dated: 4/17/2007

GRANTED
Judge Vaughn R Walker

*Pro Hac Vice* Application of Randal S. Milch