1  PETER D. KEISLER
   Assistant Attorney General, Civil Division
2  CARL J. NICHOLS
   Deputy Assistant Attorney General
3  DOUGLAS N. LETTER
   Terrorism Litigation Counsel
4  JOSEPH H. HUNT
   Director, Federal Programs Branch
5  ANTHONY J. COPPOLINO
   Special Litigation Counsel
6  ANDREW H. TANNENBAUM
   ALEXANDER K. HAAS (SBN 220932)
7  Trial Attorneys
   Email: tony.coppolino@usdoj.gov
8  U.S. Department of Justice
   Civil Division, Federal Programs Branch
9  20 Massachusetts Avenue, NW, Rm. 6102
   Washington, D.C. 20001
10 Phone: (202) 514-4782
   Fax: (202) 616-8460
11
   *Attorneys for Federal Defendants Sued in their Official Capacities*
12 *and the Federal Intervenor-Defendants (United States of America,*
   *National Security Agency, President George W. Bush)*
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                      SAN FRANCISCO DIVISION

17  IN RE NATIONAL SECURITY            )  **No. M:06-cv-01791-VRW**
    AGENCY TELECOMMUNICATIONS          )
18  RECORDS LITIGATION                 )
                                       )  **STIPULATION PERMITTING THE UNITED**
19  This Document Relates To:          )  **STATES TO INTERVENE; AND [PROPOSED]**
                                       )  **ORDER**
20  (1) All Actions Against the MCI and )
    Verizon Defendants in the Master MCI )  Judge:   Hon. Vaughn R. Walker
21  and Verizon Consolidated Complaint, )
    Dkt. 125; (2) *Chulsky* (MDL 06-06570) )  Date:    June 21, 2007
22                                     )
    except:                            )
23                                     )
    (3) *Bready* (MDL 06-06313)        )
24                                     )

25

26

27

28

No. M:06-cv-01791-VRW                             STIPULATION PERMITTING THE UNITED STATES
                                      1          TO INTERVENE; AND [PROPOSED] ORDER

Dockets.Justia.com

**RECITALS**

A.      On January 16, 2007, pursuant to this Court's case management order, the plaintiffs in suits against the Verizon and MCI defendants filed a Master Complaint [Dkt. 125]. In addition, there are several other cases against Verizon defendants not covered by the Master Complaint, such as *Riordan* (MDL 06-3574); *Bready* (MDL 06-06313); and *Chulsky* (MDL 06-06570).

B.      This Court entered an Order [Dkt. 217] giving the United States until April 20, 2007, to file a "motion to dismiss or, in the alternative, for summary judgment and any assertion of the state secrets privilege" in the MCI and Verizon cases.

C.      The United States intends to assert the state secrets privilege in each of these cases, and seeks intervention in order to seek the dismissal of these cases.

D.      The United States requested the stipulation of all plaintiffs in the MCI and Verizon cases where the United States had not yet intervened,[1] as well as the stipulation of MCI's counsel and Verizon's counsel.  With the exception of the *Bready* and *Riordan* plaintiffs, all MCI and Verizon parties have stipulated to the intervention of the United States.  The United States' intervention in *Bready* is dealt with in a separate motion filed concurrently herewith.

**STIPULATION**

The MCI and Verizon Plaintiffs, with the exception of those in *Bready* and *Riordan*, counsel for MCI defendants and counsel for Verizon defendants, and the United States, through their attorneys of record, hereby stipulate and request that the Court make this stipulation an order of the Court:

1.      The United States shall be permitted to intervene in the above-referenced actions as a Defendant pursuant to Federal Rule of Civil Procedure 24.

---

[1] The United States moved to intervene in the *Riordan* case in August 2006, and that motion to intervene was granted on March 29, 2007, *see Riordan*, 05-cv-3574, Dkt. 64 (Mar. 29, 2007).

1    DATED:  April 20, 2007                    Respectfully Submitted,

2

3                                              PETER D. KEISLER
                                               Assistant Attorney General, Civil Division
4                                              CARL J. NICHOLS
                                               Deputy Assistant Attorney General
5                                              DOUGLAS N. LETTER
                                               Terrorism Litigation Counsel
6                                              JOSEPH H. HUNT
                                               Director, Federal Programs Branch
7                                              ANTHONY J. COPPOLINO
                                               Special Litigation Counsel
8                                              ANDREW H. TANNENBAUM
                                               ALEXANDER K. HAAS (SBN 220932)
9                                              Trial Attorneys
                                               U.S. Department of Justice
10                                             Civil Division, Federal Programs Branch
                                               20 Massachusetts Avenue, NW
11                                             Washington, D.C. 20001
                                               Phone:   (202) 514-4782 — Fax: (202) 616-8460
12                                             Email: tony.coppolino@usdoj.gov

13

14                                             By:     /s/ Alexander K. Haas
                                                        Alexander K. Haas
15
                                               Attorneys for United States of America, National Security
16                                             Agency, President George W. Bush

17                                             Elizabeth J. Cabraser (State Bar No. 083151)
                                               Barry R. Himmelstein (State Bar No. 157736)
18                                             Michael W. Sobol (State Bar No. 194857)
                                               Eric B. Fastiff (State Bar No. 182260)
19                                             Allison S. Elgart (State Bar No. 241901)
                                               LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
20                                             275 Battery Street, 30th Floor
                                               San Francisco, CA 94111-3339
21                                             Telephone: (415) 956-1000
                                               Facsimile: (415) 956-1008

22

23                                             By:     /s/ Barry R. Himmelstein

24
                                               Barry R, Himmelstein
25                                             Interim Class Counsel for MCI Class

26

27

28

1

2

Ronald L. Motley
Jodi W. Flowers
Don Migliori
Vincent Parrett (State Bar No. 237563)

3

MOTLEY RICE, LLC
28 Bridgeside Boulevard
P.O. Box 1792

4

Mount Pleasant, SC 29465
Telephone: (843) 216-9000

5

Facsimile: (843) 216-9027

6

By:   /s/ Jodi W. Flowers

7

Jodi W. Flowers

8

Interim Class Counsel for Verizon Class

9

SHAPIRO & STERNLIEB, LLC
DAVID H. STERNLIEB

10

800 Tennent Rd.
Manalapan, NJ 07726

11

(732) 617-8050

12

By:   /s/ David H. Sternlieb

13

David H. Sternlieb
Attorney for Chulsky Plaintiffs

14

WILMER, CUTLER, PICKERING, HALE & DORR LLP

15

JOHN A. ROGOVIN
RANDOLPH D. MOSS

16

SAMIR C. JAIN
BRIAN BOYNTON

17

BENJAMIN C. MIZER
1875 Pennsylvania Ave, NW

18

Washington, DC 20006
202-663-6083

19

Fax: 202-663-6363

20

By:   /s/ John Rogovin

21

John Rogovin
Attorneys for the MCI Defendants and Verizon Defendants

22

23

24

25

26

27

28

1    **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2

3          I, ALEXANDER K. HAAS, hereby declare pursuant to General Order 45, § X.B,

4    that I have obtained the concurrence in the filing of this document from each of the other

     signatories listed above and below.

5
                    I declare under penalty of perjury that the foregoing declaration is true and correct.

6
                    Executed on April 20, 2007, in the City of Washington, District of Columbia.

7
                                        PETER D. KEISLER
8                                       Assistant Attorney General, Civil Division
                                        CARL J. NICHOLS
9                                       Deputy Assistant Attorney General
                                        DOUGLAS N. LETTER
10                                      Terrorism Litigation Counsel
                                        JOSEPH H. HUNT
11                                      Director, Federal Programs Branch
                                        ANTHONY J. COPPOLINO
12                                      Special Litigation Counsel
                                        ANDREW H. TANNENBAUM
13                                      ALEXANDER K. HAAS (SBN 220932)
                                        Trial Attorneys
14                                      U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
15                                      20 Massachusetts Avenue, NW
                                        Washington, D.C. 20001
16                                      Phone:   (202) 514-4782 — Fax: (202) 616-8460
                                        Email: tony.coppolino@usdoj.gov
17

18
                                        By:    /s/ Alexander K. Haas
19                                                 Alexander K. Haas

20                                      Attorneys for United States of America, National Security
                                        Agency, President George W. Bush
21

22

23

24

25

26

27

28

No. M:06-cv-01791-VRW                    1        STIPULATION PERMITTING THE UNITED STATES
                                                  TO INTERVENE; AND [PROPOSED] ORDER

1  Elizabeth J. Cabraser (State Bar No. 083151)
   Barry R. Himmelstein (State Bar No. 157736)
2  Michael W. Sobol (State Bar No. 194857)
   Eric B. Fastiff (State Bar No. 182260)
3  Allison S. Elgart (State Bar No. 241901)
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
4  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
5  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
6

7
   By:    /s/ Barry R. Himmelstein per G.O. 45
8
   Barry R, Himmelstein
9  Interim Class Counsel for MCI Class

10 Ronald L. Motley
   Jodi W. Flowers
11 Don Migliori
   Vincent Parrett (State Bar No. 237563)
12 MOTLEY RICE, LLC
   28 Bridgeside Boulevard
13 P.O. Box 1792
   Mount Pleasant, SC 29465
14 Telephone: (843) 216-9000
   Facsimile: (843) 216-9027
15
   By:    /s/ Jodi W. Flowers per G.O. 45
16
   Jodi W. Flowers
17 Interim Class Counsel for Verizon Class

18 SHAPIRO & STERNLIEB, LLC
   DAVID H. STERNLIEB
19 800 Tennent Rd.
   Manalapan, NJ 07726
20 (732) 617-8050

21 By:    /s/ David H. Sternlieb per G.O. 45

22 David H. Sternlieb
   Attorney for Chulsky Plaintiffs
23

24

25

26

27

28

No. M:06-cv-01791-VRW     - 2 -     STIPULATION PERMITTING THE UNITED STATES
TO INTERVENE; AND [PROPOSED] ORDER

1

WILMER, CUTLER, PICKERING, HALE & DORR LLP
JOHN A. ROGOVIN

2

RANDOLPH D. MOSS
SAMIR C. JAIN

3

BRIAN BOYNTON
BENJAMIN C. MIZER

4

1875 Pennsylvania Ave, NW
Washington, DC 20006

5

202-663-6083
Fax: 202-663-6363

6

7

By: _ /s/ John Rogovin per G.O. 45_____

8

John Rogovin
Attorneys for the MCI Defendants and Verizon Defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION PERMITTING THE UNITED STATES
TO INTERVENE; AND [PROPOSED] ORDER

1          **[PROPOSED] ORDER**

2          Having considered the above stipulation to permit intervention by the United

3  States pursuant to Federal Rule of Civil Procedure 24, the United States is allowed to intervene in

4  the actions covered by the stipulation as a defendant.

5          IT IS SO ORDERED.

6  Dated:  April __, 2007
         24

7  _____

8                                    

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. M:06-cv-01791-VRW                          STIPULATION PERMITTING THE UNITED STATES
                                   1            TO INTERVENE; AND [PROPOSED] ORDER