| | |
|---|---|
| 1 | PETER D. KEISLER |
| | Assistant Attorney General, Civil Division |
| 2 | CARL J. NICHOLS |
| | Deputy Assistant Attorney General |
| 3 | DOUGLAS N. LETTER |
| | Terrorism Litigation Counsel |
| 4 | JOSEPH H. HUNT |
| | Director, Federal Programs Branch |
| 5 | ANTHONY J. COPPOLINO |
| | Special Litigation Counsel |
| 6 | RUPA BHATTACHARYYA (VA Bar 38877) |
| | ANDREW H. TANNENBAUM |
| 7 | ALEXANDER K. HAAS |
| | Trial Attorneys |
| 8 | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| 9 | 20 Massachusetts Avenue, NW |
| | Washington, D.C. 20001 |
| 10 | Phone: (202) 514-4136/(202) 514-4263/(202) 307-3937 |
| | Fax: (202) 616-8470/(202) 616-8202 |
| 11 | *Attorneys for Federal Defendants in their Official Capacities* |
| | *and Federal Intervenor-Defendants (United States of America,* |
| 12 | *National Security Agency, President George W. Bush)* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW**<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the Clerk is hereby asked to enter the appearance of Rupa Bhattacharyya, Senior Trial Counsel, United States Department of Justice, as counsel for the federal government defendants sued in their official capacity and the federal intervenor-defendants in these consolidated actions.

DATED: April 27, 2007          Respectfully Submitted,

                               PETER D. KEISLER
                               Assistant Attorney General, Civil Division

                               CARL J. NICHOLS
                               Deputy Assistant Attorney General

---

No. M:06 cv 01791 VRW    NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | DOUGLAS N. LETTER |
| | Terrorism Litigation Counsel |
| 2 | |
| | JOSEPH H. HUNT |
| 3 | Director, Federal Programs Branch |
| | |
| 4 | ANTHONY J. COPPOLINO |
| | Special Litigation Counsel |
| 5 | |
| | *s/ Rupa Bhattacharyya* |
| 6 | RUPA BHATTACHARYYA (VA #38877) |
| | ANDREW H. TANNENBAUM |
| 7 | ALEXANDER K. HAAS |
| | Trial Attorneys |
| 8 | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| 9 | 20 Massachusetts Avenue, NW |
| | Washington, D.C. 20001 |
| 10 | Phone: (202) 514-4136 |
| | Fax: (202) 318-7593 |
| 11 | Email: rupa.bhattacharyya@usdoj.gov |
| | |
| 12 | *Attorneys for Federal Defendants in* |
| | *their Official Capacities and Federal* |
| 13 | *Intervenor-Defendants (United States of* |
| | *America, National Security Agency,* |
| 14 | *President George W. Bush)* |