WILMER CUTLER PICKERING HALE
AND DORR LLP
John A. Rogovin      (pro hac vice)
Randolph D. Moss     (pro hac vice)
Samir C. Jain        # 181572
Brian M. Boynton     # 222193
Benjamin C. Mizer    (pro hac vice)
1875 Pennsylvania Ave, NW
Washington, DC  20006
Tel.: 202-663-6000
Fax:  202-663-6363
Email: john.rogovin@wilmerhale.com

Randal S. Milch      (pro hac vice)
Verizon Communications Inc.
One Verizon Way
VC43E043
Basking Ridge, NJ  07920
Tel.: 908-559-1752
Fax:  908-696-2136

MUNGER, TOLLES & OLSON LLP
Henry Weissmann    # 132418
Susan R. Szabo     # 155315
Aimee A. Feinberg  # 223309
355 South Grand Avenue
35th Floor
Los Angeles, CA  90071-1560
Tel.: 213-683-9100
Fax:  213-683-5150
Email: Henry.Weissmann@mto.com

Attorneys for Verizon Communications Inc. and
Verizon Maryland Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>06-3574, 06-6313, and 06-6570 | MDL NO. 06-1791 VRW<br><br>**VERIZON'S NOTICE OF MOTION AND MOTION TO DISMISS THE *CHULSKY*, *RIORDAN*, AND *BREADY* COMPLAINTS**<br><br>[Fed. R. Civ. P. 12(b)(6)]<br><br>Hearing Date: June 21, 2007<br>Time:         2:00 p.m.<br>Courtroom:    6 (17th floor)<br>Judge:        Hon. Vaughn R. Walker |

# NOTICE OF MOTION AND MOTION TO DISMISS

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 21, 2007, at 2:00 p.m., in the United States District Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, California, in Courtroom 6 (17th floor), the following Motion To Dismiss filed by Defendants Verizon Communications Inc. and Verizon Maryland Inc. will be heard.

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Verizon Communications Inc. and Verizon Maryland Inc. hereby move to dismiss the complaints filed against them in *Chulsky v. Cellco Partnership & Verizon Communications Inc.*, No. 06-6570 (N.D. Cal.), *Riordan v. Verizon Communications Inc.*, No. 3:06-cv-3574 (N.D. Cal.), and *Bready v. Verizon Maryland Inc.*, No. 06-6313 (N.D. Cal.), on the grounds that Plaintiffs have failed to state a claim upon which relief may be granted because (1) all of Plaintiffs' state law claims are preempted, (2) Plaintiffs' fraud claims in *Chulsky* are not plead with particularity, and (3) Plaintiffs' contract claims in *Chulsky* fail to identify the contracts at issue.[1]  This motion is based on this notice of motion and motion, the accompanying memorandum of law, all pleadings and records on file in these actions, and any other arguments presented to this Court at or before the hearing on this motion.

In addition to the grounds set forth above, these cases also should be dismissed in light of the invocation by the United States of the military and state secrets privilege, for the reasons explained in the Memorandum of the United States in Support of the Military and State Secrets Privilege and Motion To Dismiss or for Summary Judgment (Dkt. # 254).  Verizon Communications Inc. is separately seeking dismissal of the *Riordan* case (and others) for lack of personal jurisdiction.  If the Court were to grant that motion, it need not reach the grounds set forth in this motion for dismissal of *Riordan*.

---

[1]   Cellco Partnership d/b/a Verizon Wireless, which was initially named as a defendant in *Chulsky*, has been dismissed from the case.  *See* Order on Notice of Dismissal of Cellco Partnership (dba "Verizon Wireless") et al. (Apr. 5, 2007) (MDL Dkt. #230).

Dated: April 30, 2007

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

MUNGER, TOLLES & OLSON LLP

Randal S. Milch

By:  /s/ John A. Rogovin
_____
John A. Rogovin

Attorneys for Verizon Communications Inc. and Verizon Maryland Inc.