| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | MUNGER, TOLLES & OLSON LLP |
| John A. Rogovin (pro hac vice) | Henry Weissmann # 132418 |
| Randolph D. Moss (pro hac vice) | Susan R. Szabo # 155315 |
| Samir C. Jain # 181572 | Aimee A. Feinberg # 223309 |
| Brian M. Boynton # 222193 | 355 South Grand Avenue |
| Catherine M.A. Carroll (pro hac vice pending) | 35th Floor |
| Benjamin C. Mizer (pro hac vice) | Los Angeles, CA 90071-1560 |
| 1875 Pennsylvania Ave, NW | Tel.: 213-683-9100 |
| Washington, DC 20006 | Fax: 213-683-5150 |
| Tel.: 202-663-6000 | Email: Henry.Weissmann@mto.com |
| Fax: 202-663-6363 | |
| Email: john.rogovin@wilmerhale.com | |

Randal S. Milch (pro hac vice)
Verizon Communications Inc.
One Verizon Way
VC43E043
Basking Ridge, NJ 07920
Tel.: 908-559-1752
Fax: 908-696-2136

Attorneys for Verizon Communications Inc.,
Verizon Northwest Inc., Verizon Florida Inc., and
MCI Communications Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: <br><br> NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION <br><br> This Document Relates To: <br><br> All Actions Against the MCI and Verizon Defendants in the Master MCI and Verizon Consolidated Complaint, Dkt. 125 | MDL NO. 06-1791 VRW <br><br> **VERIZON'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' MASTER CONSOLIDATED COMPLAINT** <br><br> Hearing Date: June 21, 2007 <br> Time: 2:00 p.m. <br> Courtroom: 6 (17th floor) <br> Judge: Hon. Vaughn R. Walker |

# NOTICE OF MOTION AND MOTION TO DISMISS

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 21, 2007, at 2:00 p.m., in the United States District Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, California, in Courtroom 6 (17th floor), the following Motion To Dismiss filed by Defendants Verizon Communications Inc., Verizon Northwest Inc., Verizon Florida Inc., and MCI Communications Services, Inc. (hereinafter "Defendants") will be heard.

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants hereby move to dismiss the "Master Consolidated Complaint Against MCI Defendants and Verizon Defendants" (Dkt. # 125) in *In re National Security Agency Telecommunications Record Litigation*, MDL No. 06-1791 (VRW) (N.D. Cal.) (hereinafter "the Complaint"), based on the United States' invocation of the state secrets privilege (Dkt. # 254). In addition, the Complaint should be dismissed because it fails to state a claim upon which relief may be granted: (1) Plaintiffs fail to state claims under 18 U.S.C. §§ 2511, 2702(a)(1), 2702(a)(2), 2702(a)(3), and 47 U.S.C. § 605, because none of those statutory provisions prohibits the acts alleged. (2) Plaintiffs fail to plead facts to state a claim for unlawful "divulgence" of call records under 18 U.S.C. § 2702(a)(3). (3) The First Amendment to the Constitution prohibits the imposition of liability based on the alleged divulgence of call record information to the government in the circumstances alleged in the Complaint, and the statutes upon which plaintiffs base their claims must be construed as not imposing liability based on the facts alleged. (4) Plaintiffs' state-law claims are preempted by federal law. (5) Plaintiffs fail to state deception and breach-of-contract claims. (6) Plaintiff's claims against MCI are barred by the bankruptcy discharge.

This motion is based on this notice of motion and motion, the accompanying memorandum of law, all pleadings and records on file in these actions, and any other arguments presented to this Court at or before the hearing on this motion.

Dated: April 30, 2007

WILMER CUTLER PICKERING HALE AND DORR LLP

MUNGER, TOLLES & OLSON LLP

Randal S. Milch

By: /s/ John A. Rogovin
_____
John A. Rogovin

Attorneys for Verizon Communications Inc., Verizon Northwest Inc., Verizon Florida Inc., and MCI Communications Services, Inc.