1  PETER D. KEISLER
   Assistant Attorney General, Civil Division
2  CARL J. NICHOLS
   Deputy Assistant Attorney General
3  DOUGLAS N. LETTER
   Terrorism Litigation Counsel
4  JOSEPH H. HUNT
   Director, Federal Programs Branch
5  ANTHONY J. COPPOLINO
   Special Litigation Counsel
6  ANDREW H. TANNENBAUM
   ALEXANDER K. HAAS (SBN 220932)
7  Trial Attorneys
   Email: alexander.haas@usdoj.gov
8  U.S. Department of Justice
   Civil Division, Federal Programs Branch
9  20 Massachusetts Avenue, NW
   Washington, D.C. 20001
10 Phone: (202) 514-4782/(202) 307-3937
   Fax: (202) 616-8470/(202) 616-8202
11 *Attorneys for Federal Defendants Sued in their Official Capacities,
   the Federal Intervenor-Defendants (United States of America,*
12 *National Security Agency, President George W. Bush), and the
   United States of America as Plaintiff against state officials*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW**<br><br>**STIPULATION CLARIFYING DATE FOR RESPONSES IN SCHEDULING ORDER [Dkt. 219]; AND [PROPOSED] ORDER** |
| This Document Relates To:<br><br>*United States v. Rabner, et al.* (07-1324);<br>*United States v. Gaw, et al.* (07-1242);<br>*United States v. Adams, et al.* (07-1323);<br>*United States v. Palermino, et al.* (07-1326);<br>*United States v. Volz, et al.* (07-1396);<br>*Clayton, et al. v. AT&T Communications of the Southwest, Inc., et al.* (07-1187) | Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker<br>Hearing: June 14, 2007; 2 p.m. |

| | |
|---|---|
| 1 | **RECITALS** |
| 2 | A. On March 26, 2007, the Court entered a scheduling order directing the United |
| 3 | States and State Officials to engage in further briefing in the above-captioned "State Cases." |
| 4 | *See* Scheduling Order, Dkt. 219. |
| 5 | B. That Order directed the United States and State Officials to (i) complete any |
| 6 | outstanding briefing in the State Cases by April 5, 2007; (ii) file consolidated briefs addressing |
| 7 | Ninth Circuit law and other matters not previously addressed by April 26, 2007; and (iii) file |
| 8 | responses to the other side's consolidated brief by May 27, 2007. *See id.* |
| 9 | C. Because May 27, 2007, is a Sunday on a holiday weekend, the United States and |
| 10 | State Officials agreed to file the responses contemplated in the scheduling order on the previous |
| 11 | Friday, May 25, 2007. |
| 12 | D. Neither the United States, nor the State Officials has previously sought to modify |
| 13 | this Scheduling Order [Dkt. 219], and the requested modification does not seek to alter the date |
| 14 | of the June 14, 2007 hearing in these cases. |
| 15 | **STIPULATION** |
| 16 | The United States, through its attorneys of record, and the State Officials, through their |
| 17 | attorneys of record, hereby stipulate to the following modification of the schedule and request |
| 18 | that the Court make this stipulation an order of the Court: |
| 19 | 1. The United States and State Officials shall e-file their responses to the opposing |
| 20 | side's consolidated brief no later than May 25, 2007. |
| 21 | DATED: May 1, 2007     Respectfully Submitted, |

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By:     /s/ *Alexander K. Haas*
        Alexander K. Haas
Attorneys for United States of America, National
Security Agency, President George W. Bush


ROBERT CLAYTON, III
STEVE GAW
Commissioners, Missouri Public Service
Commission


By:   /s/ *Peggy A. Whipple*   per G.O. 45
Peggy A. Whipple
Missouri Bar No. 54758
peggy.whipple@psc.mo.gov
Jennifer Heintz
Missouri Bar No. 57128
jennifer.heintz@psc.mo.gov
P. O. Box 360
Jefferson City, MO 65102
Tel: (573) 526-6715 — Fax: (573) 751-9285


G. STEVEN ROWE
ATTORNEY GENERAL OF MAINE
State House Station 6
Augusta, Maine 04333

By:     /s/ *Linda J. Conti*   per G.O. 45
Linda J. Conti
Christopher C. Taub
Assistant Attorneys General


STUART RABNER
ATTORNEY GENERAL OF NEW JERSEY

By:     /s/ *Patrick DeAlmeida*   per G.O. 45
Patrick DeAlemeida
Assistant Attorney General
R. J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
Tel: (609) 292-8576

Anthony J. Palermino,
Donald W. Downes,
Jack R. Goldberg,
John W. Betkoski III,
Anne C. George,
Commissioners
Connecticut Department of Public
Utility Control

RICHARD BLUMENTHAL
ATTORNEY GENERAL
STATE OF CONNECTICUT

By:  */s/ Tatiana D. Eirmann    per G.O. 45*
Tatiana D. Eirmann
Assistant Attorney General
Federal Bar No. ct03398
10 Franklin Square
New Britain, CT 06051
Tel: (860) 827-2620 — Fax: (860) 827-2893


STATE OF VERMONT
WILLIAM H. SORRELL
ATTORNEY GENERAL

By:  */s/ Michael N. Donofrio   per G.O. 45*
Mark J. DiStefano
Michael N. Donofrio
Assistant Attorneys General
109 State Street
Montpelier, VT 05609
Tel: (802) 828-3171
Counsel for Defendants James Volz,
David C. Coen, John D. Burke, and
David O'Brien

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ALEXANDER K. HAAS, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed above and below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on May 1, 2007, in the City of Washington, District of Columbia.

        PETER D. KEISLER
        Assistant Attorney General, Civil Division
        CARL J. NICHOLS
        Deputy Assistant Attorney General
        DOUGLAS N. LETTER
        Terrorism Litigation Counsel
        JOSEPH H. HUNT
        Director, Federal Programs Branch
        ANTHONY J. COPPOLINO
        Special Litigation Counsel
        ANDREW H. TANNENBAUM
        ALEXANDER K. HAAS (SBN 220932)
        Trial Attorneys
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W., Rm. 7328
        Washington, DC 20001
        Telephone: (202) 514-4782 — Fax: (202) 616-8460
        Email: tony.coppolino@usdoj.gov

By:   */s/ Alexander K. Haas*
        Alexander K. Haas
Attorneys for United States of America, National Security Agency, President George W. Bush


        ROBERT CLAYTON, III
        STEVE GAW
        Commissioners, Missouri Public Service Commission

By:   */s/ Peggy A. Whipple  per G.O. 45*
Peggy A. Whipple
Missouri Bar No. 54758
peggy.whipple@psc.mo.gov
Jennifer Heintz
Missouri Bar No. 57128
jennifer.heintz@psc.mo.gov
P. O. Box 360
Jefferson City, MO 65102
Tel: (573) 526-6715 — Fax: (573) 751-9285

| | |
|---|---|
| 1 | G. STEVEN ROWE |
| | ATTORNEY GENERAL OF MAINE |
| 2 | State House Station 6 |
| | Augusta, Maine 04333 |
| 3 | |
| | By:   */s/ Linda J. Conti   per G.O. 45* |
| 4 | Linda J. Conti |
| | Christopher C. Taub |
| 5 | Assistant Attorneys General |
| 6 | |
| | STUART RABNER |
| 7 | ATTORNEY GENERAL OF NEW JERSEY |
| 8 | By:   */s/ Patrick DeAlmeida   per G.O. 45* |
| | Patrick DeAlemeida |
| 9 | Assistant Attorney General |
| | R. J. Hughes Justice Complex |
| 10 | 25 Market Street |
| | Trenton, NJ 08625 |
| 11 | Tel: (609) 292-8576 |
| 12 | |
| | Anthony J. Palermino, |
| 13 | Donald W. Downes, |
| | Jack R. Goldberg, |
| 14 | John W. Betkoski III, |
| | Anne C. George, |
| 15 | Commissioners |
| | Connecticut Department of Public Utility Control |
| 16 | |
| | RICHARD BLUMENTHAL, |
| 17 | ATTORNEY GENERAL OF CONNECTICUT |
| 18 | By:   */s/ Tatiana D. Eirmann   per G.O. 45* |
| | Tatiana D. Eirmann |
| 19 | Assistant Attorney General |
| | Federal Bar No. ct03398 |
| 20 | 10 Franklin Square |
| | New Britain, CT 06051 |
| 21 | Tel: (860) 827-2620 — Fax: (860) 827-2893 |
| 22 | |
| | WILLIAM H. SORRELL, |
| 23 | ATTORNEY GENERAL OF VERMONT |
| 24 | By:   */s/ Michael N. Donofrio   per G.O. 45* |
| | Mark J. DiStefano |
| 25 | Michael N. Donofrio |
| | Assistant Attorneys General |
| 26 | 109 State Street |
| | Montpelier, VT 05609 |
| 27 | Tel: (802) 828-3171 |
| | Counsel for Defendants James Volz, David C. |
| 28 | Coen, John D. Burke, and David O'Brien |

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED.

Dated: May __, 2007.

_____

Hon. Vaughn R. Walker
United States District Chief Judge