PEGGY A. WHIPPLE (MO 54758)
peggy.whipple@psc.mo.gov
Attorney for Missouri Public Service Commission
LINDA CONTI (ME 3638)
Linda.Conti@maine.gov
Assistant Attorney General of Maine
PATRICK DEALMEIDA
patrick.dealmeida@dol.lps.state.nj.us
Assistant Attorney General of New Jersey
TATIANA D. EIRMANN (CT 03398)
tatiana.eirmann@po.state.ct.us
Assistant Attorney General of Connecticut
MICHAEL DONOFRIO (VT 4400)
mdonofrio@atg.state.vt.us
Assistant Attorney General of Vermont

[Additional counsel for states appear on signature page.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791 | MDL Docket No. 06-1791 VRW |
| | Relates to Case Nos. |
| This Document Relates To: | |
| | 07-cv-1187-VRW |
| Robert Clayton, et al. v. AT&T Communications of the Southwest, Inc., et al., (W.D.Mo.) | 07-cv-1242-VRW 07-cv-1323-VRW 07-cv-1324-VRW |
| USA v. Steve Gaw, et al., (E.D.Mo.) | 07-cv-1326-VRW |
| USA v. Kurt Adams, et al., (D.Me.) | 07-cv-1396-VRW |
| USA v. Zulima V. Farber, et al., (D.N.J.) | |
| USA v. Anthony J. Palermino, et al., (D.Ct.) | |
| USA v. James Volz, et al., (D.Vt.) | **STATE OFFICIALS' CONSOLIDATED BRIEF OF NINTH CIRCUIT LAW IN FURTHER SUPPORT OF PENDING DISPOSITIVE MOTIONS** |
| | Date: June 14, 2007 Time 2:00 p.m. Courtroom: 6, 17th Floor Judge: The Hon. Vaughn R. Walker |

# TABLE OF AUTHORITIES
# ERRATA

**Cases:**

*Abbott Laboratories v. Gardner,* 387 U.S. 136 (1967)..............................................19

*Aetna Life Ins. Co. v. Haworth,* 300 U.S. 227 (1937)..........................................21, 22

*American-Arab Anti-Discrimination Comm. v. Thornburgh,* 970 F.2d 501
 (9th Cir. 1992)..............................................................................................................21

*Ass'n of Am. Med. Colls v. United States*, 217 F.3d 770
(9th Cir. 2000)........................................................................................................19, 20

*AT&T Corp. v. Iowa Utils. Bd.,* 525 U.S. 366 (1999)..................................................8

*Baker & Drake, Inc. v. Pub. Serv. Comm'n of Nev.,* 35 F.3d 1348
(9th Cir. 1994).........................................................................................................11, 12

*Boating Indus. Ass'ns. v. Marshall,* 601 F.2d 1376 (9th Cir. 1979)..........................23

*Califano v. Sanders*, 430 U.S. 99 (1977) .....................................................................19

*Cipollone v. Liggett Group, Inc.,* 505 U.S. 504 (1992) ............................................. 9

*Corr. Servs. Corp. v. Malesko,* 534 U.S. 61 (2001) ...................................................18

*Ctr. for Bio-Ethical Reform, Inc. v. City & County of Honolulu,*
455 F.3d 910 (9th Cir. 2006) .................................................................................11, 12

*FCC v. Pacifica Found.,* 438 U.S. 726 (1978) ............................................................21

*Fed. Reserve Bank of Boston v. Comm'r of Corps. and Taxation*,
499 F.2d 60 (1st Cir. 1974)............................................................................................15

*Franklin v. Massachusetts,* 505 U.S. 788 (1992)........................................................20

*Friends of the Earth, Inc. v. Laidlaw Envtl. Servs. (TOC), Inc.,*
528 U.S. 167 (2000)......................................................................................................23

*Gov't Employees Ins. Co. v. Dizol*, 133 F.3d 1220 (9th Cir. 1998)...........................16

*Hancock v. Train,* 426 U.S. 167 (1976)..................................................................11, 13

*Hepting v. AT&T Corp.,* 439 F. Supp. 2d 974 (N.D. Cal. 2006) ...............12, 13, 16

*Hisquierdo v. Hisquierdo*, 439 U.S. 572 (1979) ......................................................... 10, 11

*Incolza v. Fendi N. Am., Inc.*, 479 F.3d 1005 (9th Cir. 2007) ................................. 9, 10, 11

*Indus. Communications Sys., Inc. v. Pac. Tel. & Tel. Co.*,
505 F.2d 152 (9th Cir. 1974) ........................................................................................ 21

*Jones v. Rath Packing Co.,* 430 U.S. 519 (1977) ....................................................... 9, 10

*Kroske v. U.S. Bank Corp.*, 432 F.3d 976 (9th Cir. 2005) ............................................ 9

*League of Women Voters of Cal. v. Fed. Communications Comm'n*,
489 F. Supp. 517 (C.D. Cal. 1980) ............................................................................... 23

*Maryland Cas. Co. v. Pac. Coal & Oil Co.,* 312 U.S. 270 (1941) ............................. 22

*Middlesex County Ethics Committee v. Garden State Bar Association*,
457 U.S. 423 (1982) ...................................................................................................... 15

*Moore v. Charlotte-Mecklenburg Bd. Of Educ.,* 402 U.S. 47 (1971) ........................ 23

*Municipality of Anchorage v. United States,* 980 F.2d 1320 (9th Cir. 1992) ............ 19

*New Orleans Pub. Serv., Inc. v. Council of City of New Orleans,*
491 U.S. 350 (1989) ........................................................................................................ 8

*New York Times v. United States,* 403 U.S. 713 (1971) ........................................ 17, 18

*Pac. Gas & Elec. Co. v. California,* 350 F.3d 932 (9th Cir. 2003) ............................. 9

*Principal Life Ins. Co. v. Robinson,* 394 F.3d 665 (9th Cir. 2005) ........................... 19

*Public Affairs Associates v. Rickover,* 369 U.S. 111 (1962) ..................................... 16

*Sacks v. Office of Foreign Assets Control,* 466 F.3d 764 (9th Cir. 2006) ................ 23

*Skysign Int'l, Inc. v. City & County of Honolulu,* 276 F.3d 1109
(9th Cir. 2002) ........................................................................................................... 11, 12

*Smelt v. County of Orange,* 447 F.3d 673 (9th Cir. 2006) ......................................... 23

*Sosa v. Alverez-Machain,* 542 U.S. 692 (2004) ........................................................... 18

*Stewart v. M.M. & P. Pension Plan,* 608 F.2d 776 (9th Cir. 1979) ........................... 22

*Terkel v. AT&T,* 441 F. Supp. 2d 899 (N.D. Ill. 2006) ..............................................13

*The Coalition for a Healthy Cal. v. Fed. Communications Comm'n,*
87 F.3d 383 (9th Cir. 1996) .......................................................................................21

*Ting v. AT&T,* 319 F.3d 1126 (9th Cir. 2003) ...............................................9, 10, 11, 12

*Thomas v. Anchorage Equal Rights Comm'n,* 220 F.3d 1134
(9th Cir. 2000)............................................................................................................21

*TOPA Equities, Ltd. v. City of Los Angeles,* 342 F.3d 1065
(9th Cir. 2003)......................................................................................................10, 11

*Total TV v. Palmer Communications, Inc.,* 69 F.3d 298 (9th Cir. 1995) ...................11, 13

*United States v. Adams,* 2007 U.S. Dist. LEXIS 9351
(D. Me. Feb. 8, 2007)..............................................................................................2, 3

*United States v. Marchetti,* 466 F.2d 1309 (4th Cir. 1972) .......................................17, 18

*United States v. Mattson,* 600 F.2d 1294 (9th Cir. 1979) .........................................16, 17, 18

*United States v. Morros,* 268 F.3d 695 (9th Cir. 2001) ............................................15, 16

*United States v. Ohio,* 614 F.2d 101 (6th Cir. 1979) ..................................................15

*United States v. Solomon,* 563 F.2d 1121 (4th Cir. 1977) ........................................17, 18

*Volt Info. Science, Inc. v. Bd. of Trs. Of the Leland Stamford, Jr. Univer.,*
489 U.S. 468 (1989)..................................................................................................10

*W.E.B. DuBois Clubs of America v. Clark,* 389 U.S. 309 (1967)................................21

*Wilton v. Seven Falls Co.,* 515 U.S. 277 (1995) .........................................................16

*Winter v. Cal. Med. Review, Inc.,* 900 F.2d 1322 (9th Cir. 1990) ..............................19

*Younger v. Harris,* 401 U.S. 37 (1971).....................................................................15, 16

**Constitution and Statutes:**

18 U.S.C. § 798............................................................................................................12

28 U.S.C. § 1345..........................................................................................................19

47 U.S.C. § 201(b) .......................................................................................10, 12

50 U.S.C. § 402, Note ................................................................................12, 13, 14

50 U.S.C. § 403-1(i)(1) ..............................................................................12, 13, 14

Conn. Gen. Stat. § 16-1(4) and (25) ........................................................... 5

30 V.S.A. § 9 ..............................................................................................7, 16

30 V.S.A. § 206 ......................................................................................... 6

**Other Authorities:**

Executive Orders 12958 and 13292 ..........................................................12

Kevin Beck, Note, *The Ninth Circuit's Message to Nevada: You're
   Not Getting Any Younger,* 3 Nev. L.J. 592 (2003) ................................15

Niraj Warikoo, *ACLU: Companies Violated Privacy,* The Detroit Free
   Press, July 27, 2006 ..............................................................................14

James Risen, *Legislation Seeks to Ease Rules on Domestic Spying,*
   The New York Times, A13, April 14, 2007 ..........................................14

U.S. Department of Justice, Office of the Inspector General, *A Review
   of the Federal Bureau of Investigation's Use of National Security
   Letters*, March 2007, http://www.usdoj.gov/oig/special/s0703b/final.pdf ...........14

STATE OFFICIALS CONSOLIDATED          v          MDL NO. 06-1791-VRW
BRIEF OF NINTH CIRCUIT LAW