PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
Email: alexander.haas@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 307-3937
Fax: (202) 616-8470/(202) 616-8202
*Attorneys for Federal Defendants Sued in their Official Capacities,
the Federal Intervenor-Defendants (United States of America,
National Security Agency, President George W. Bush), and the
United States of America as Plaintiff against state officials*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>*United States v. Rabner, et al.* (07-1324);<br>*United States v. Gaw, et al.* (07-1242);<br>*United States v. Adams, et al.* (07-1323);<br>*United States v. Palermino, et al.* (07-1326);<br>*United States v. Volz, et al.* (07-1396);<br>*Clayton, et al. v. AT&T Communications of the Southwest, Inc., et al.* (07-1187) | **No. M:06-cv-01791-VRW**<br><br>**STIPULATION CLARIFYING DATE FOR RESPONSES IN SCHEDULING ORDER [Dkt. 219]; AND [PROPOSED] ORDER**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker<br>Hearing: June 14, 2007; 2 p.m. |

No. M:06-cv-01791-VRW – STIPULATION CLARIFYING DATE FOR RESPONSES IN SCHEDULING ORDER [Dkt. 219]; AND [PROPOSED] ORDER

## RECITALS

A. On March 26, 2007, the Court entered a scheduling order directing the United States and State Officials to engage in further briefing in the above-captioned "State Cases." *See* Scheduling Order, Dkt. 219.

B. That Order directed the United States and State Officials to (i) complete any outstanding briefing in the State Cases by April 5, 2007; (ii) file consolidated briefs addressing Ninth Circuit law and other matters not previously addressed by April 26, 2007; and (iii) file responses to the other side's consolidated brief by May 27, 2007. *See id.*

C. Because May 27, 2007, is a Sunday on a holiday weekend, the United States and State Officials agreed to file the responses contemplated in the scheduling order on the previous Friday, May 25, 2007.

D. Neither the United States, nor the State Officials has previously sought to modify this Scheduling Order [Dkt. 219], and the requested modification does not seek to alter the date of the June 14, 2007 hearing in these cases.

## STIPULATION

The United States, through its attorneys of record, and the State Officials, through their attorneys of record, hereby stipulate to the following modification of the schedule and request that the Court make this stipulation an order of the Court:

1. The United States and State Officials shall e-file their responses to the opposing side's consolidated brief no later than May 25, 2007.

DATED: May 1, 2007                          Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov


By:   */s/ Alexander K. Haas*
            Alexander K. Haas
Attorneys for United States of America, National
Security Agency, President George W. Bush


ROBERT CLAYTON, III
STEVE GAW
Commissioners, Missouri Public Service
Commission


By:   */s/ Peggy A. Whipple   per G.O. 45*
Peggy A. Whipple
Missouri Bar No. 54758
peggy.whipple@psc.mo.gov
Jennifer Heintz
Missouri Bar No. 57128
jennifer.heintz@psc.mo.gov
P. O. Box 360
Jefferson City, MO 65102
Tel: (573) 526-6715 — Fax: (573) 751-9285


G. STEVEN ROWE
ATTORNEY GENERAL OF MAINE
State House Station 6
Augusta, Maine 04333

By:   */s/ Linda J. Conti   per G.O. 45*
Linda J. Conti
Christopher C. Taub
Assistant Attorneys General


STUART RABNER
ATTORNEY GENERAL OF NEW
JERSEY

By:   */s/ Patrick DeAlmeida   per G.O. 45*
Patrick DeAlemeida
Assistant Attorney General
R. J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
Tel: (609) 292-8576

---

No. M:06-cv-01791-VRW – STIPULATION CLARIFYING DATE FOR RESPONSES IN SCHEDULING
ORDER [Dkt. 219]; AND [PROPOSED] ORDER                                                    2

Anthony J. Palermino,
Donald W. Downes,
Jack R. Goldberg,
John W. Betkoski III,
Anne C. George,
Commissioners
Connecticut Department of Public
Utility Control

RICHARD BLUMENTHAL
ATTORNEY GENERAL
STATE OF CONNECTICUT

By:   */s/ Tatiana D. Eirmann    per G.O. 45*
Tatiana D. Eirmann
Assistant Attorney General
Federal Bar No. ct03398
10 Franklin Square
New Britain, CT 06051
Tel: (860) 827-2620 — Fax: (860) 827-2893


STATE OF VERMONT
WILLIAM H. SORRELL
ATTORNEY GENERAL

By:   */s/ Michael N. Donofrio    per G.O. 45*
Mark J. DiStefano
Michael N. Donofrio
Assistant Attorneys General
109 State Street
Montpelier, VT 05609
Tel: (802) 828-3171
Counsel for Defendants James Volz,
David C. Coen, John D. Burke, and
David O'Brien

Case M:06-cv-01791-VRW   Document 277   Filed 05/01/2007   Page 5 of 7

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ALEXANDER K. HAAS, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed above and below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on May 1, 2007, in the City of Washington, District of Columbia.

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 7328
Washington, DC 20001
Telephone: (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By:   */s/ Alexander K. Haas*
        Alexander K. Haas
Attorneys for United States of America, National Security Agency, President George W. Bush


ROBERT CLAYTON, III
STEVE GAW
Commissioners, Missouri Public Service Commission

By:   */s/ Peggy A. Whipple   per G.O. 45*
Peggy A. Whipple
Missouri Bar No. 54758
peggy.whipple@psc.mo.gov
Jennifer Heintz
Missouri Bar No. 57128
jennifer.heintz@psc.mo.gov
P. O. Box 360
Jefferson City, MO 65102
Tel: (573) 526-6715 — Fax: (573) 751-9285

```
                                G. STEVEN ROWE
                                ATTORNEY GENERAL OF MAINE
                                State House Station 6
                                Augusta, Maine 04333

                                By:    /s/ Linda J. Conti   per G.O. 45
                                Linda J. Conti
                                Christopher C. Taub
                                Assistant Attorneys General


                                STUART RABNER
                                ATTORNEY GENERAL OF NEW JERSEY

                                By:    /s/ Patrick DeAlmeida   per G.O. 45
                                Patrick DeAlemeida
                                Assistant Attorney General
                                R. J. Hughes Justice Complex
                                25 Market Street
                                Trenton, NJ 08625
                                Tel: (609) 292-8576



                                Anthony J. Palermino,
                                Donald W. Downes,
                                Jack R. Goldberg,
                                John W. Betkoski III,
                                Anne C. George,
                                Commissioners
                                Connecticut Department of Public Utility Control

                                RICHARD BLUMENTHAL,
                                ATTORNEY GENERAL OF CONNECTICUT

                                By:    /s/ Tatiana D. Eirmann   per G.O. 45
                                Tatiana D. Eirmann
                                Assistant Attorney General
                                Federal Bar No. ct03398
                                10 Franklin Square
                                New Britain, CT 06051
                                Tel: (860) 827-2620 — Fax: (860) 827-2893



                                WILLIAM H. SORRELL,
                                ATTORNEY GENERAL OF VERMONT

                                By:    /s/ Michael N. Donofrio   per G.O. 45
                                Mark J. DiStefano
                                Michael N. Donofrio
                                Assistant Attorneys General
                                109 State Street
                                Montpelier, VT 05609
                                Tel: (802) 828-3171
                                Counsel for Defendants James Volz, David C.
                                Coen, John D. Burke, and David O'Brien
```

No. M:06-cv-01791-VRW – STIPULATION CLARIFYING DATE FOR RESPONSES IN SCHEDULING ORDER [Dkt. 219]; AND [PROPOSED] ORDER                                                                                5


# [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED.

Dated: May 4, 2007.



Hon. _____
Judge Vaughn R Walker

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA