1  WILMER CUTLER PICKERING HALE
   AND DORR LLP
2  John A. Rogovin      (pro hac vice)
   Randolph D. Moss     (pro hac vice)
3  Samir C. Jain        # 181572
   Brian M. Boynton     # 222193
4  Benjamin C. Mizer    (pro hac vice)
   1875 Pennsylvania Ave, NW
5  Washington, DC 20006
   Tel.: 202-663-6000
6  Fax: 202-663-6363
   Email: john.rogovin@wilmerhale.com
7
   Randal S. Milch      (pro hac vice)
8  Verizon Communications Inc.
   One Verizon Way
9  VC43E043
   Basking Ridge, NJ 07920
10 Tel.: 908-559-1752
   Fax: 908-696-2136
11

   MUNGER, TOLLES & OLSON LLP
   Henry Weissmann    # 132418
   Susan R. Szabo      # 155315
   Aimee A. Feinberg   # 223309
   355 South Grand Avenue
   35th Floor
   Los Angeles, CA 90071-1560
   Tel.: 213-683-9100
   Fax: 213-683-5150
   Email: Henry.Weissmann@mto.com

**FILED**

MAY 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12 Attorneys for Verizon Communications Inc.,
   Verizon Global Networks Inc., Verizon Northwest
13 Inc., Verizon Maryland Inc., Verizon Florida Inc.,
   MCI, LLC, and MCI Communications Services,
14 Inc.

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

                          SAN FRANCISCO DIVISION
18

19                                    )    MDL Docket No. 06-1791 VRW
                                      )
20  IN RE:                            )    **APPLICATION FOR ADMISSION *PRO***
                                      )    ***HAC VICE* OF CATHERINE M.A.**
21  NATIONAL SECURITY AGENCY          )    **CARROLL; [PROPOSED] ORDER**
    TELECOMMUNICATIONS                )
22  RECORDS LITIGATION                )    Judge:    Hon. Vaughn R. Walker
                                      )
23  This Document Relates To:         )
                                      )
24  ALL CASES                         )    COPIES MAILED TO SUBMITTING COUNSEL
                                      )
25  _____ )

26        I, Catherine M.A. Carroll, hereby apply for admission *pro hac vice* in this action pursuant to

27  Civil L.R. 11-3. In support of this application, I certify that:

28        1.    I am an active member in good standing of the bars of the District of Columbia, the

                                              1

*Pro Hac Vice* Application of Catherine M.A. Carroll

| | |
|---|---|
| 1 | Supreme Court of Virginia, the U.S. Court of Appeals for the D.C. Circuit, the U.S. |
| 2 | Court of Appeals for the Federal Circuit, and the U.S. Court of Appeals for the Ninth |
| 3 | Circuit; |
| 4 | 2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local |
| 5 | Rule 11-4 and to become familiar with the Local Rules and the Alternative Dispute |
| 6 | Resolution programs of this Court; and, |
| 7 | 3. An attorney who is a member of the bar of this Court in good standing and who |
| 8 | maintains an office within the State of California has been designated as co-counsel |
| 9 | in this action. The name, address and telephone number of that attorney is: |

Mark D. Flanagan
Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 858-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 30, 2007

By _____
Catherine M.A. Carroll

Attorney for Verizon Communications Inc., Verizon
Global Networks Inc., Verizon Northwest Inc., Verizon
Maryland Inc., Verizon Florida Inc., MCI, LLC, and MCI
Communications Services, Inc.

**[PROPOSED] ORDER**

The Court, having reviewed the foregoing application, hereby GRANTS the Application for

Admission *Pro Hac Vice* of Catherine M.A. Carroll in this action.

IT IS SO ORDERED.

Dated: _____

_____
Vaughn R. Walker
United States District Chief Judge

2