PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
RUPA BHATTACHARYYA
Senior Trial Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
Trial Attorneys
Email: tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460
*Attorneys for Federal Defendants
in their Official Capacities*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates Only To:<br><br>*Shubert v. Bush,*<br>**(Case No. 07-00693)** | **No. M:06-cv-01791-VRW**<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING AND HEARING SCHEDULE IN SHUBERT V. BUSH, CASE NO. 07-00693**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

No. M:06-cv-01791-VRW STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING AND HEARING SCHEDULE IN SHUBERT V. BUSH, CASE NO. 07-693

**RECITALS**

1. *Shubert v. Bush*, (Case No. 07-00693), is one of the actions pending in this multi-district litigation proceeding, transferred by order of the Judicial Panel on Multi-district Litigation from the United States District Court for the Eastern District of New York. This case has been brought against officials of the United States Government in both their official and individual capacities (including President Bush, former Deputy Director of National Intelligence Michael V. Hayden, NSA Director Keith B. Alexander; Attorney General Alberto Gonzales; and former Attorney General John Ashcroft) and challenges alleged intelligence activities of the National Security Agency. *See Shubert* Class Action Complaint, ¶¶ 9-13 and ¶¶ 104-107 (Fourth Cause of Action *Bivens/*Fourth Amendment Claims) (Docket for 07-693, No. 1, Part 1).

2. On March 20, 2007, the Court entered an Order setting a schedule for briefing and a hearing on a dispositive motion and any assertion of the military and state secrets privilege by the Government. *See* Docket No. 2 for 07-693. Under that schedule, the Government's state secrets privilege assertion and dispositive motion is due on May 18, 2007; Plaintiffs' opposition is due on June 29, 2007; the Government's reply is due on July 20; and a hearing is scheduled for August 16, 2007.

3. The Government and the *Shubert* Plaintiffs have reached agreement on and seek the Court's approval of a short extension of the current briefing and hearing schedule. Under the proposed revised schedule, the Government's opening brief would be due on May 25, 2007; Plaintiffs' opposition would be due on July 13, 2007; and the Government's reply would be due on August 3, 2007.

4. Finally, to provide 14 days between the conclusion of briefing and any hearing as required by Local Rule 7-3(c), and to accommodate the unavailability of Government counsel during the week of August 13-17, 2007, the Government and Plaintiffs propose that a hearing on the Government's dispositive motion be reset for Thursday, August 30, 2007 at 2 p.m., or as soon thereafter as the Court is available. This request to extend the hearing date complies with Local Rule 6-1(b) (stipulated request to extend hearing date must be filed no later than 10 days before the scheduled hearing).

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiffs, through their undersigned counsel, and the Government, through its |
| 3 | undersigned counsel, hereby stipulate to the following schedule and request that the Court make |
| 4 | this stipulation an order of the Court: |
| 5 | 1. On or before May 25, 2007, the Government will file a dispositive motion in |
| 6 | *Shubert v. Bush,* Case No. 07-693. |
| 7 | 2. On or before July 13, 2007, Plaintiffs in *Shubert* will file an opposition to the |
| 8 | Government's dispositive motion. |
| 9 | 3. On or before August 3, 2007, the Government will file a reply brief in support of |
| 10 | its dispositive motion. |
| 11 | 4. On August 30, 2007 at 2 p.m., or at another time thereafter convenient to the |
| 12 | Court, oral argument will be held on the Government's dispositive motion. |
| 13 | DATED: May 9, 2007           Respectfully Submitted, |
| 14 | PETER D. KEISLER |
|    | Assistant Attorney General, Civil Division |
| 15 | CARL J. NICHOLS |
|    | Deputy Assistant Attorney General |
| 16 | DOUGLAS N. LETTER |
|    | Terrorism Litigation Counsel |
| 17 | JOSEPH H. HUNT |
|    | Director, Federal Programs Branch |
| 18 | ANTHONY J. COPPOLINO |
|    | Special Litigation Counsel |
| 19 | RUPA BHATTACHARYYA |
|    | Senior Trial Counsel |
| 20 | ANDREW H. TANNENBAUM |
|    | ALEXANDER K. HAAS |
| 21 | Trial Attorneys |
|    | U.S. Department of Justice |
| 22 | Civil Division, Federal Programs Branch |
|    | 20 Massachusetts Avenue, NW |
| 23 | Washington, D.C. 20001 |
|    | Phone: (202) 514-4782 — Fax: (202) 616-8460 |
| 24 | Email: tony.coppolino@usdoj.gov |
| 25 | By:   */s Anthony J. Coppolino* |
|    |        Anthony J. Coppolino |
| 26 | |
|    | *Attorneys for Federal Defendants* |
| 27 | *in their Official Capacities* |
| 28 | |

# DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, ANTHONY J. COPPOLINO, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on May 9, 2007, in the City of Washington, District of Columbia.

>PETER D. KEISLER
>Assistant Attorney General, Civil Division
>CARL J. NICHOLS
>Deputy Assistant Attorney General
>DOUGLAS N. LETTER
>Terrorism Litigation Counsel
>JOSEPH H. HUNT
>Director, Federal Programs Branch
>ANTHONY J. COPPOLINO
>Special Litigation Counsel
>RUPA BHATTACHARYYA
>Senior Trial Counsel
>ANDREW H. TANNENBAUM
>ALEXANDER K. HAAS
>Trial Attorneys
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W., Rm. 7328
>Washington, DC 20001
>Telephone: (202) 514-4782 — Fax: (202) 616-8460
>Email: tony.coppolino@usdoj.gov
>
>By: ___*s/ Anthony J. Coppolino*___
>         Anthony J. Coppolino
>
>*Attorneys for Federal Defendants*
>*in their Official Capacities*
>
>EMERY CELLI BRINCKERHOFF
> & ABADY LLP
>545 Madison Avenue, 3rd Floor
>New York, NY 10022
>(212) 763-5000
>
>By: ___*/s Ilann M. Maazel*___
>         Matthew D. Brinckerhoff
>         Ilann M. Maazel
>
>Attorneys for Plaintiffs

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the foregoing stipulation, and good cause appearing, it is hereby ORDERED |
| 3 | that: |
| 4 | 1. On or before May 25, 2007, the Government will file a dispositive motion in |
| 5 | *Shubert v. Bush,* Case No. 07-693. |
| 6 | 2. On or before July 13, 2007, Plaintiffs in *Shubert* will file an opposition to the |
| 7 | Government's dispositive motion. |
| 8 | 3. On or before August 3, 2007, the Government will file a reply brief in support of |
| 9 | its dispositive motion. |
| 10 | 4. On August 30, 2007 at 2 p.m., or at another time thereafter convenient to the |
| 11 | Court, oral argument will be held on the Government's dispositive motion. |

IT IS SO ORDERED.

Dated: May __, 2007.

_____
Hon. Vaughn R. Walker
United States District Chief Judge