1   PETER D. KEISLER
    Assistant Attorney General, Civil Division
2   CARL J. NICHOLS
    Deputy Assistant Attorney General
3   DOUGLAS N. LETTER
    Terrorism Litigation Counsel
4   JOSEPH H. HUNT
    Director, Federal Programs Branch
5   ANTHONY J. COPPOLINO
    Special Litigation Counsel
6   RUPA BHATTACHARYYA
    Senior Trial Counsel
7   ANDREW H. TANNENBAUM
    ALEXANDER K. HAAS
8   Trial Attorneys
    Email: tony.coppolino@usdoj.gov
9   U.S. Department of Justice
    Civil Division, Federal Programs Branch
10  20 Massachusetts Avenue, NW, Rm. 6102
    Washington, D.C. 20001
11  Phone: (202) 514-4782
    Fax: (202) 616-8460
12  *Attorneys for Federal Defendants*
    *in their Official Capacities*

13

14                          **UNITED STATES DISTRICT COURT**

15                          **NORTHERN DISTRICT OF CALIFORNIA**

16                          **SAN FRANCISCO DIVISION**

17  IN RE NATIONAL SECURITY AGENCY      )   **No. M:06-cv-01791-VRW**
    TELECOMMUNICATIONS RECORDS          )
18  LITIGATION                          )   **STIPULATION AND ~~PROPOSED~~**
                                        )   **ORDER TO EXTEND BRIEFING AND**
19  _____)   **HEARING SCHEDULE IN**
                                        )   **SHUBERT V. BUSH, CASE NO.**
20  This Document Relates Only To:      )   **07-00693**
                                        )
21  *Shubert v. Bush,*                  )   Courtroom: 6, 17th Floor
    **(Case No. 07-00693)**             )   Judge: Hon. Vaughn R. Walker
22  _____)

23

24

25

26

27

28
    _____
    No. M:06-cv-01791-VRW STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING AND HEARING
    SCHEDULE IN <u>SHUBERT V. BUSH</u>, CASE NO. 07-693

Dockets.Justia.com

1

**RECITALS**

2     1.     *Shubert v. Bush*, (Case No. 07-00693), is one of the actions pending in this multi-

3 district litigation proceeding, transferred by order of the Judicial Panel on Multi-district

4 Litigation from the United States District Court for the Eastern District of New York. This case

5 has been brought against officials of the United States Government in both their official and

6 individual capacities (including President Bush, former Deputy Director of National Intelligence

7 Michael V. Hayden, NSA Director Keith B. Alexander; Attorney General Alberto Gonzales; and

8 former Attorney General John Ashcroft) and challenges alleged intelligence activities of the

9 National Security Agency. *See Shubert* Class Action Complaint, ¶¶ 9-13 and ¶¶ 104-107 (Fourth

10 Cause of Action *Bivens/*Fourth Amendment Claims) (Docket for 07-693, No. 1, Part 1).

11     2.     On March 20, 2007, the Court entered an Order setting a schedule for briefing and

12 a hearing on a dispositive motion and any assertion of the military and state secrets privilege by

13 the Government. *See* Docket No. 2 for 07-693. Under that schedule, the Government's state

14 secrets privilege assertion and dispositive motion is due on May 18, 2007; Plaintiffs' opposition

15 is due on June 29, 2007; the Government's reply is due on July 20; and a hearing is scheduled

16 for August 16, 2007.

17     3.     The Government and the *Shubert* Plaintiffs have reached agreement on and seek

18 the Court's approval of a short extension of the current briefing and hearing schedule. Under the

19 proposed revised schedule, the Government's opening brief would be due on May 25, 2007;

20 Plaintiffs' opposition would be due on July 13, 2007; and the Government's reply would be due

21 on August 3, 2007.

22     4.     Finally, to provide 14 days between the conclusion of briefing and any hearing as

23 required by Local Rule 7-3(c), and to accommodate the unavailability of Government counsel

24 during the week of August 13-17, 2007, the Government and Plaintiffs propose that a hearing on

25 the Government's dispositive motion be reset for Thursday, August 30, 2007 at 2 p.m., or as

26 soon thereafter as the Court is available. This request to extend the hearing date complies with

27 Local Rule 6-1(b) (stipulated request to extend hearing date must be filed no later than 10 days

28 before the scheduled hearing).

1

**STIPULATION**

2    Plaintiffs, through their undersigned counsel, and the Government, through its

3 undersigned counsel, hereby stipulate to the following schedule and request that the Court make

4 this stipulation an order of the Court:

5    1.    On or before May 25, 2007, the Government will file a dispositive motion in

6        *Shubert v. Bush,* Case No. 07-693.

7    2.    On or before July 13, 2007, Plaintiffs in *Shubert* will file an opposition to the

8        Government's dispositive motion.

9    3.    On or before August 3, 2007, the Government will file a reply brief in support of

10        its dispositive motion.

11    4.    On August 30, 2007 at 2 p.m., or at another time thereafter convenient to the

12        Court, oral argument will be held on the Government's dispositive motion.

13 DATED: May 9, 2007                 Respectfully Submitted,

14                         PETER D. KEISLER
                         Assistant Attorney General, Civil Division
15                         CARL J. NICHOLS
                         Deputy Assistant Attorney General
16                         DOUGLAS N. LETTER
                         Terrorism Litigation Counsel
17                         JOSEPH H. HUNT
                         Director, Federal Programs Branch
18                         ANTHONY J. COPPOLINO
                         Special Litigation Counsel
19                         RUPA BHATTACHARYYA
                         Senior Trial Counsel
20                         ANDREW H. TANNENBAUM
                         ALEXANDER K. HAAS
21                         Trial Attorneys
                         U.S. Department of Justice
22                         Civil Division, Federal Programs Branch
                         20 Massachusetts Avenue, NW
23                         Washington, D.C. 20001
                         Phone:  (202) 514-4782 — Fax: (202) 616-8460
24                         Email: tony.coppolino@usdoj.gov

25                         By:    */s Anthony J. Coppolino*
                                Anthony J. Coppolino
26
                         *Attorneys for Federal Defendants*
27                         *in their Official Capacities*

28

No. M:06-cv-01791-VRW STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING AND HEARING
SCHEDULE IN <u>SHUBERT V. BUSH</u>, CASE NO. 07-693                                    2

1    **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2         I, ANTHONY J. COPPOLINO, hereby declare pursuant to General Order 45, § X.B, that

3    I have obtained the concurrence in the filing of this document from each of the other signatories

4    listed below.

5         I declare under penalty of perjury that the foregoing declaration is true and correct.

6         Executed on May 9, 2007, in the City of Washington, District of Columbia.

7                                        PETER D. KEISLER
                                         Assistant Attorney General, Civil Division
8                                        CARL J. NICHOLS
                                         Deputy Assistant Attorney General
9                                        DOUGLAS N. LETTER
                                         Terrorism Litigation Counsel
10                                       JOSEPH H. HUNT
                                         Director, Federal Programs Branch
11                                       ANTHONY J. COPPOLINO
                                         Special Litigation Counsel
12                                       RUPA BHATTACHARYYA
                                         Senior Trial Counsel
13                                       ANDREW H. TANNENBAUM
                                         ALEXANDER K. HAAS
14                                       Trial Attorneys
                                         U.S. Department of Justice
15                                       Civil Division, Federal Programs Branch
                                         20 Massachusetts Avenue, N.W., Rm. 7328
16                                       Washington, DC 20001
                                         Telephone:  (202) 514-4782 — Fax: (202) 616-8460
17                                       Email: tony.coppolino@usdoj.gov

18                                       By:   ___*s/ Anthony J. Coppolino*___
                                                    Anthony J. Coppolino
19
                                         *Attorneys for Federal Defendants*
20                                       *in their Official Capacities*

21                                       EMERY CELLI BRINCKERHOFF
                                          & ABADY LLP
22                                       545 Madison Avenue, 3rd Floor
                                         New York, NY 10022
23                                       (212) 763-5000

24                                       By:   ___*/s Ilann M. Maazel*___
                                                    Matthew D. Brinckerhoff
25                                                  Ilann M. Maazel

26                                       Attorneys for Plaintiffs

27

28

1

**[~~PROPOSED~~] ORDER**

2      Pursuant to the foregoing stipulation, and good cause appearing, it is hereby ORDERED

3   that:

4      1.      On or before May 25, 2007, the Government will file a dispositive motion in

5              *Shubert v. Bush,* Case No. 07-693.

6      2.      On or before July 13, 2007, Plaintiffs in *Shubert* will file an opposition to the

7              Government's dispositive motion.

8      3.      On or before August 3, 2007, the Government will file a reply brief in support of

9              its dispositive motion.

10      4.      On August 30, 2007 at 2 p.m., or at another time thereafter convenient to the

11              Court, oral argument will be held on the Government's dispositive motion.

12

13      IT IS SO ORDERED.

14

Dated: May __11__, 2007.

15

16                                          _____
                                            Hon. Vaugh
17                                          United State



18

19

20

21

22

23

24

25

26

27

28