
1  PETER D. KEISLER
   Assistant Attorney General, Civil Division
2  CARL J. NICHOLS
   Deputy Assistant Attorney General
3  DOUGLAS N. LETTER
   Terrorism Litigation Counsel
4  JOSEPH H. HUNT
   Director, Federal Programs Branch
5  ANTHONY J. COPPOLINO
   Special Litigation Counsel
6  ANDREW H. TANNENBAUM
   ALEXANDER K. HAAS (SBN 220932)
7  Trial Attorneys
   Email: alexander.haas@usdoj.gov
8  U.S. Department of Justice
   Civil Division, Federal Programs Branch
9  20 Massachusetts Avenue, NW
   Washington, D.C. 20001
10 Phone: (202) 514-4782/(202) 307-3937
   Fax: (202) 616-8470/(202) 616-8202
11 *Attorneys for Federal Defendants Sued in their Official Capacities,*
   *the Federal Intervenor-Defendants (United States of America,*
12 *National Security Agency, President George W. Bush), and the*
   *United States of America as Plaintiff against state officials*

E-Filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. M:06-cv-01791-VRW<br><br>**STIPULATION FOR A ONE WEEK EXTENSION FOR THE UNITED STATES' AND STATE OFFICIALS' RESPONSES IN THE SCHEDULING ORDER [Dkt. 219]; AND [PROPOSED] ORDER** |
| This Document Relates To: | |
| *United States v. Rabner, et al.* (07-1324);<br>*United States v. Gaw, et al.* (07-1242);<br>*United States v. Adams, et al.* (07-1323);<br>*United States v. Palermino, et al.* (07-1326);<br>*United States v. Volz, et al.* (07-1396);<br>*Clayton, et al. v. AT&T Communications of the Southwest, Inc., et al.* (07-1187) | Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker<br>Hearing: June 21, 2007; 2 p.m. |

---

No. M:06-cv-01791-VRW—STIPULATION FOR A ONE WEEK EXTENSION FOR THE UNITED STATES' AND STATE OFFICIALS' RESPONSES IN THE SCHEDULING ORDER [Dkt. 219]; AND [PROPOSED] ORDER

## RECITALS

A. On March 26, 2007, the Court entered a scheduling order directing the United States and State Officials to engage in further briefing in the above-captioned "State Cases." *See* Scheduling Order, Dkt. 219.

B. That Order directed the United States and State Officials to (i) complete any outstanding briefing in the State Cases by April 5, 2007; (ii) file consolidated briefs addressing Ninth Circuit law and other matters not previously addressed by April 26, 2007; and (iii) file responses to the other side's consolidated brief by May 27, 2007. *See id.*

C. The Court later clarified the response date for the United States and State Officials would be May 25, 2007, because May 27, 2007, is a Sunday on a holiday weekend. *See* Order, Dkt. 280.

D. Undersigned counsel for the United States has been involved in drafting each of the United States' filings in the State Cases. Undersigned counsel for the United States suffered a death in the family—his grandfather—on May 19, 2007. Being the sole direct descendant, undersigned counsel has been occupied with memorial and other arrangements, including an out-of-state service later this week.

E. In light of the foregoing, undersigned counsel requested consent from the counsel for the State Officials that the filing date of the final response briefs for both the United States and State Officials be extended by one week, from May 25, 2007 to June 1, 2007, with the brief to be filed by Noon, Pacific Time. The State Officials consented to the requested extension.

F. Aside from seeking clarification of the response date, no party has previously sought to modify the Scheduling Order [Dkt. 219]. The requested extension does not seek to alter the hearing date in these State Cases, which is now set for June 21, 2007.

## STIPULATION

The United States, through its attorneys of record, and the State Officials, through their attorneys of record, hereby stipulate to the following extension of the briefing schedule and request that the Court make this stipulation an order of the Court:

No. M:06-cv-01791-VRW—STIPULATION FOR A ONE WEEK EXTENSION FOR THE UNITED STATES' AND STATE OFFICIALS' RESPONSES IN THE SCHEDULING ORDER [Dkt. 219]; AND [PROPOSED] ORDER                                                                                                                                                1

1.     The United States and State Officials shall e-file their responses to the opposing side's consolidated brief no later than June 1, 2007, at Noon, Pacific Time.

DATED: May 22, 2007            Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By:    /s/ *Alexander K. Haas*
         Alexander K. Haas
Attorneys for United States of America, National Security Agency, President George W. Bush


ROBERT CLAYTON, III
STEVE GAW
Commissioners, Missouri Public Service Commission

By:    /s/ *Peggy A. Whipple*  per G.O. 45
Peggy A. Whipple
Missouri Bar No. 54758
peggy.whipple@psc.mo.gov
Jennifer Heintz
Missouri Bar No. 57128
jennifer.heintz@psc.mo.gov
P. O. Box 360
Jefferson City, MO 65102
Tel: (573) 526-6715 — Fax: (573) 751-9285


G. STEVEN ROWE
ATTORNEY GENERAL OF MAINE
State House Station 6
Augusta, Maine 04333

By:    /s/ Linda J. Conti  per G.O. 45
Linda J. Conti
Christopher C. Taub
Assistant Attorneys General


STUART RABNER
ATTORNEY GENERAL OF NEW JERSEY

By:    /s/ Patrick DeAlmeida  per G.O. 45
Patrick DeAlemeida
Assistant Attorney General
R. J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
Tel: (609) 292-8576


Anthony J. Palermino, Donald W. Downes, Jack R. Goldberg, John W. Betkoski III, Anne C. George, Commissioners Connecticut Department of Public Utility Control

RICHARD BLUMENTHAL
ATTORNEY GENERAL
STATE OF CONNECTICUT

By:    /s/ Tatiana D. Eirmann  per G.O. 45
Tatiana D. Eirmann
Assistant Attorney General
Federal Bar No. ct03398
10 Franklin Square
New Britain, CT 06051
Tel: (860) 827-2620 — Fax: (860) 827-2893


STATE OF VERMONT
WILLIAM H. SORRELL
ATTORNEY GENERAL

By:    /s/ Michael N. Donofrio  per G.O. 45
Mark J. DiStefano
Michael N. Donofrio
Assistant Attorneys General
109 State Street
Montpelier, VT 05609
Tel: (802) 828-3171
Counsel for Defendants James Volz, David C. Coen, John D. Burke, and David O'Brien

---

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ALEXANDER K. HAAS, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed above and below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on May 22, 2007, in the City of Washington, District of Columbia.

>PETER D. KEISLER
>Assistant Attorney General, Civil Division
>CARL J. NICHOLS
>Deputy Assistant Attorney General
>DOUGLAS N. LETTER
>Terrorism Litigation Counsel
>JOSEPH H. HUNT
>Director, Federal Programs Branch
>ANTHONY J. COPPOLINO
>Special Litigation Counsel
>ANDREW H. TANNENBAUM
>ALEXANDER K. HAAS (SBN 220932)
>Trial Attorneys
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W., Rm. 7328
>Washington, DC 20001
>Telephone: (202) 514-4782 — Fax: (202) 616-8460
>Email: tony.coppolino@usdoj.gov
>
>By:   /s/ Alexander K. Haas
>         Alexander K. Haas
>Attorneys for United States of America, National Security Agency, President George W. Bush
>
>
>ROBERT CLAYTON, III
>STEVE GAW
>Commissioners, Missouri Public Service Commission
>
>By:   /s/ Peggy A. Whipple   per G.O. 45
>Peggy A. Whipple
>Missouri Bar No. 54758
>peggy.whipple@psc.mo.gov
>Jennifer Heintz
>Missouri Bar No. 57128
>P. O. Box 360
>Jefferson City, MO 65102
>Tel: (573) 526-6715 — Fax: (573) 751-9285

G. STEVEN ROWE
ATTORNEY GENERAL OF MAINE
State House Station 6
Augusta, Maine 04333

By:   /s/ Linda J. Conti   per G.O. 45
Linda J. Conti
Christopher C. Taub
Assistant Attorneys General


STUART RABNER
ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Patrick DeAlmeida   per G.O. 45
Patrick DeAlemeida
Assistant Attorney General
R. J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
Tel: (609) 292-8576


Anthony J. Palermino, Donald W. Downes, Jack R. Goldberg, John W. Betkoski III, Anne C. George, Commissioners Connecticut Department of Public Utility Control

RICHARD BLUMENTHAL,
ATTORNEY GENERAL OF CONNECTICUT

By:   /s/ Tatiana D. Eirmann   per G.O. 45
Tatiana D. Eirmann
Assistant Attorney General
Federal Bar No. ct03398
10 Franklin Square
New Britain, CT 06051
Tel: (860) 827-2620 — Fax: (860) 827-2893


WILLIAM H. SORRELL,
ATTORNEY GENERAL OF VERMONT

By:   /s/ Michael N. Donofrio   per G.O. 45
Mark J. DiStefano
Michael N. Donofrio
Assistant Attorneys General
109 State Street
Montpelier, VT 05609
Tel: (802) 828-3171
Counsel for Defendants James Volz, David C. Coen, John D. Burke, and David O'Brien

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED.

Dated: May 23 2007.

_____
For Hon. Vaughn R. Walker
United States District Chief Judge

---

No. M:06-cv-01791-VRW—STIPULATION FOR A ONE WEEK EXTENSION FOR THE UNITED STATES' AND STATE OFFICIALS' RESPONSES IN THE SCHEDULING ORDER [Dkt. 219]; AND [PROPOSED] ORDER                                                                                                                  6