| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON #76342 |
| 2 | DAVID L. ANDERSON #149604 |
| | JACOB R. SORENSEN #209134 |
| 3 | MARC H. AXELBAUM #209855 |
| | DANIEL J. RICHERT #232208 |
| 4 | 50 Fremont Street |
| | Post Office Box 7880 |
| 5 | San Francisco, CA 94120-7880 |
| | Telephone: (415) 983-1000 |
| 6 | Facsimile: (415) 983-1200 |
| 7 | |
| | SIDLEY AUSTIN LLP |
| 8 | DAVID W. CARPENTER (admitted *pro hac vice*) |
| | BRADFORD A. BERENSON (admitted *pro hac vice*) |
| 9 | EDWARD R. MCNICHOLAS (admitted *pro hac vice*) |
| | DAVID LEE LAWSON (admitted *pro hac vice*) |
| 10 | ERIC A. SHUMSKY #206124 |
| | 1501 K Street, N.W. |
| 11 | Washington, D.C. 20005 |
| | Telephone: (202) 736-8010 |
| 12 | Facsimile: (202) 736-8711 |
| 13 | Attorneys for the AT&T Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | MDL Dkt. No. 06-1791-VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS IN** *CLAYTON v. AT&T COMMUNICATIONS OF THE SOUTHWEST, INC., ET AL.* |
| This Document Relates To: | [Civil L.R. 6-1(a); 7-12] |
| *Clayton v. AT&T Communications of the Southwest, Inc., et al.*, No. 07-1187. | Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

Stipulation and [Proposed] Order re
Motion to Dismiss in *Clayton*, No. 07-1187
MDL No. 06-1791-VRW

Dockets.Justia.com

# RECITALS

A. The two Federal-State cases from Missouri, *Clayton v. AT&T Communications of the Southwest, Inc.*, No. 07-1187, and *United States v. Gaw*, No. 07-1242, both relate to the enforcement of subpoenas issued by Missouri Public Service Commissioners Robert Clayton and Steve Gaw. On March 30, 2007, this Court entered a scheduling order (MDL Dkt. 225) that placed the AT&T Defendants' Motion to Dismiss in *Clayton* ("Motion to Dismiss") on the same briefing and hearing schedule as the dispositive motions in *Gaw* and the other Federal-State cases, including *United States v. Rabner*, No. 07-1324; *United States v. Palermino*, No. 07-1326; *United States v. Volz*, No. 07-1396; and *United States v. Adams*, No. 07-1323.

B. Both the hearing date and the briefing schedule in the Federal-State cases have since changed.

C. The hearing date for the Federal-State cases has been changed from June 14, 2007 to June 21, 2007.

D. On May 23, 2007, this Court granted (MDL Dkt. 286) a one-week extension for the United States' and State Officials' responses in the Federal-State cases.

E. The parties in *Clayton* agree that the briefing schedule and hearing in *Clayton* should parallel that of the Federal-State cases. Accordingly, they jointly offer the following stipulation for the Court's consideration.

Stipulation and [Proposed] Order re
Motion to Dismiss in *Clayton*, No. 07-1187
MDL No. 06-1791-VRW

## STIPULATION

1. AT&T Defendants' reply in support of the Motion to Dismiss in *Clayton* shall be due on June 1, 2007.

2. The Motion to Dismiss the *Clayton* case is set for hearing on June 21, 2007, the same day set for hearing the dispositive motions in the other Federal-State cases.

Dated: May 24, 2007.

                             PILLSBURY WINTHROP SHAW PITTMAN LLP
                             BRUCE A. ERICSON
                             DAVID L. ANDERSON
                             JACOB R. SORENSEN
                             MARC H. AXELBAUM
                             DANIEL J. RICHERT
                             50 Fremont Street
                             Post Office Box 7880
                             San Francisco, CA 94120-7880

                             SIDLEY AUSTIN LLP
                             DAVID W. CARPENTER
                             DAVID L. LAWSON
                             BRADFORD A. BERENSON
                             EDWARD R. McNICHOLAS
                             1501 K Street, N.W.
                             Washington, D.C. 20005

                             By         */s/ Bruce A. Ericson*
                                               Bruce A. Ericson

                             *Attorneys for Defendants*

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on May 24, 2007, at San Francisco, California.

                             */s/ Bruce A. Ericson*
                             Bruce A. Ericson

- 3 -

Stipulation and [Proposed] Order re
Motion to Dismiss in *Clayton*, No. 07-1187
MDL No. 06-1791-VRW

| | |
|---|---|
| 1 | Dated: May 24, 2007. |

PEGGY A. WHIPPLE
JENNIFER HEINTZ
P. O. Box 360
Jefferson City, MO 65102
Tel: (573) 526-6715
Fax: (573) 751-9285

By       /s/ *Peggy A. Whipple per G.O. 45*
                Peggy A. Whipple

Attorneys for the Missouri Public Service Commission

//
//
//
//

- 4 -

Stipulation and [Proposed] Order re
Motion to Dismiss in *Clayton*, No. 07-1187
MDL No. 06-1791-VRW

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the foregoing Stipulation, and good cause appearing, the Court orders |
| 3 | the following: |
| 4 | Defendants in *Clayton* v. *AT&T Communications of the Southwest, Inc.*, No. 07- |
| 5 | 1187, may file a reply in support of their Motion to Dismiss the complaint by June 1, 2007. |
| 6 | The Motion shall be heard on June 21, 2007, the same day set for hearing the dispositive |
| 7 | motions in the other Federal-State cases. |
| 8 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 9 | Dated: May __, 2007. |

_____
Hon. Vaughn R. Walker
United States District Chief Judge

- 5 -

Stipulation and [Proposed] Order re
Motion to Dismiss in *Clayton*, No. 07-1187
MDL No. 06-1791-VRW