| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>John A. Rogovin    (pro hac vice)<br>Randolph D. Moss    (pro hac vice)<br>Samir C. Jain    # 181572<br>Brian M. Boynton    # 222193<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>Tel.: 202-663-6000<br>Fax: 202-663-6363<br>Email: john.rogovin@wilmerhale.com | MUNGER, TOLLES & OLSON LLP<br>Henry Weissmann    # 132418<br>Susan R. Szabo    # 155315<br>Aimee A. Feinberg    # 223309<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071-1560<br>Tel.: 213-683-9100<br>Fax: 213-683-5150<br>Email: Henry.Weissmann@mto.com |

Randal S. Milch    (pro hac vice)
Verizon Communications Inc.
One Verizon Way
VC43E043
Basking Ridge, NJ 07920
Tel.: 908-559-1752
Fax: 908-696-2136

Attorneys for Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Maryland Inc., Verizon Florida Inc., and MCI Communications Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL NO. 06-1791 VRW<br><br>**NOTICE OF ATTORNEY NO LONGER ASSOCIATED WITH CASE**<br><br>Judge:    Hon. Vaughn R. Walker |

TO THE COURT AND ALL PARTIES, PLEASE TAKE NOTICE THAT:

After today, May 25, 2007, Benjamin C. Mizer, counsel to the Verizon defendants, who was admitted *pro hac vice* on December 19, 2006, will no longer be associated with Wilmer Cutler Pickering Hale and Dorr LLP. Mr. Mizer therefore will no longer represent the Verizon defendants in this case. Wilmer Cutler Pickering Hale and Dorr LLP continues to represent the Verizon defendants.

Dated: May 25, 2007

WILMER CUTLER PICKERING HALE AND DORR LLP

MUNGER, TOLLES & OLSON LLP

Randal S. Milch

By: /s/ Brian M. Boynton
_____
Brian M. Boynton

Attorneys for Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Maryland Inc., Verizon Florida Inc., and MCI Communications Services, Inc.