PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
RUPA BHATTACHARYYA
Senior Trial Counsel
ANDREW H. TANNENBAUM
Trial Attorney
Email: tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460
*Attorneys for the United States of America and the Federal Defendants in their Official Capacities*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates Only To:<br><br>*Shubert v. Bush,*<br>**(Case No. 07-00693)** | **No. M:06-cv-01791-VRW**<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITS IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**<br><br>Date:        August 30, 2007<br>Courtroom:  6, 17th Floor<br>Time:        2 p.m.<br>Judge:       Hon. Vaughn R. Walker |

The United States and the official capacity Defendants, through their undersigned counsel, hereby move, pursuant to Civil L.R. 7-11, for an order enlarging the page limit for (1) the public Memorandum in Support of the State Secrets Privilege and Motion to Dismiss or For Summary Judgement by the United States and the Official Capacity Defendants, up to and including a total of 40 pages; and (2) the classified Memorandum in Support of the State Secrets Privilege and Motion to Dismiss or For Summary Judgement by the United States and the

---

MDL No. M:06-CV-01791-VRW and *Shubert v. Bush* (07-CV-00693-VRW) – DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITS IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Official Capacity Defendants that has been lodged for the Court's *in camera*, *ex parte* review, for the length of that memorandum. The additional pages beyond the 25 page limit for each memorandum are needed in order to inform the Court fully of the grounds supporting dismissal of this matter based on the assertion of the military and state secrets privilege and other specified statutory privileges.

Plaintiffs do not oppose the request to extend the page limits as to the publicly filed memorandum so long as, in turn, Plaintiffs are allowed up to 60 pages for any brief in opposition. The United States and official capacity Defendants do not object to allowing Plaintiffs up to 60 pages for their opposition brief.

A proposed order is attached hereto.

DATED: May 25, 2007  Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

*/s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

*/s/ Rupa Bhattacharyya*
RUPA BHATTACHARYYA
Senior Trial Counsel

*/s/ Andrew H. Tannenbaum*
ANDREW H. TANNENBAUM
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

MDL No. M:06-CV-01791-VRW and *Shubert v. Bush* (07-CV-00693-VRW) – DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITS IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT     2

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates Only To:<br><br>*Shubert v. Bush,*<br>**(Case No. 07-00693)** | No. M:06-cv-01791-VRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND PAGE LIMITS IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Vaughn R. Walker |

## [PROPOSED] ORDER

Upon consideration of the administrative motion of the United States and the official capacity Defendants to extend page limits in connection with Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, the record of this case, and good cause appearing, it is

HEREBY ORDERED THAT Defendants' motion to extend page limits shall be and hereby is GRANTED; and it is

FURTHER ORDERED THAT the page limit for the public Memorandum in Support of the State Secrets Privilege and Motion to Dismiss or For Summary Judgement by the United States and the Official Capacity Defendants shall be and is hereby extended to up to 40 pages; and it is

FURTHER ORDERED THAT the page limit for the classified Memorandum in Support of the State Secrets Privilege and Motion to Dismiss or For Summary Judgement by the United States and the Official Capacity Defendants, submitted for the Court's *in camera, ex parte* review, shall be and is hereby extended to the length of that memorandum; and it is

FURTHER ORDERED THAT the page limit for the Plaintiffs' Opposition to the Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, shall be and hereby is extended to up to 60 pages.

SO ORDERED:

DATE: _____

_____
The Honorable Vaughn R. Walker
Chief Judge, United States District Court
Northern District of California