PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
RUPA BHATTACHARYYA
Senior Trial Counsel
ANDREW H. TANNENBAUM
Trial Attorney
Email: tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460
*Attorneys for the United States of America and the Federal Defendants in their Official Capacities*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates Only To:<br><br>*Shubert v. Bush,*<br>**(Case No. 07-00693)** | **No. M:06-cv-01791-VRW**<br><br>**DEFENDANTS' NOTICE OF LODGING OF *IN CAMERA, EX PARTE* MATERIAL (CLASSIFIED DECLARATION OF KEITH B. ALEXANDER)**<br><br>Date: August 30, 2007<br>Courtroom: 6, 17th Floor<br>Time: 2 p.m.<br>Judge: Hon. Vaughn R. Walker |

The United States and official capacity Defendants, through their undersigned counsel, hereby provide notice of the submission, for the Court's *in camera*, *ex parte* consideration, of the following materials in support of the United States' assertion of the military and state secrets privilege and the Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment:

A classified Declaration of Lieutenant General Keith B. Alexander, Director, National

---

MDL No. M:06-CV-01791-VRW and *Shubert v. Bush* (07-CV-00693-VRW) – DEFENDANTS' NOTICE OF LODGING OF *IN CAMERA*, *EX PARTE* CLASSIFIED DECLARATION OF KEITH B. ALEXANDER, DIRECTOR, NATIONAL SECURITY AGENCY

Security Agency.[1]

DATED: May 25, 2007

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

    */s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

    */s/ Rupa Bhattacharyya*
RUPA BHATTACHARYYA
Senior Trial Counsel

    */s/ Andrew H. Tannenbaum*
ANDREW H. TANNENBAUM
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

---

[1] An unclassified declaration of Lieutenant General Keith B. Alexander, Director, National Security Agency, has been filed on the public record.