1   PETER D. KEISLER
    Assistant Attorney General, Civil Division
2   CARL J. NICHOLS
    Deputy Assistant Attorney General
3   DOUGLAS N. LETTER
    Terrorism Litigation Counsel
4   JOSEPH H. HUNT
    Director, Federal Programs Branch
5   ANTHONY J. COPPOLINO
    Special Litigation Counsel
6   ANDREW H. TANNENBAUM
    ALEXANDER K. HAAS (SBN 220932)
7   Trial Attorneys
    Email: tony.coppolino@usdoj.gov
8   U.S. Department of Justice
    Civil Division, Federal Programs Branch
9   20 Massachusetts Avenue, NW, Rm. 6102
    Washington, D.C. 20001
10  Phone: (202) 514-4782
    Fax: (202) 616-8460
11  *Attorneys for Federal Defendants Sued in their Official Capacities*
    *and the Federal Intervenor-Defendants (United States of America,*
12  *National Security Agency, President George W. Bush)*

13              **UNITED STATES DISTRICT COURT**

14           **NORTHERN DISTRICT OF CALIFORNIA**

15               **SAN FRANCISCO DIVISION**

16  IN RE NATIONAL SECURITY AGENCY          )   **No. M:06-cv-01791-VRW**
                                            )
17  TELECOMMUNICATIONS RECORDS              )   **STIPULATION CONTINUING**
    LITIGATION                              )   **HEARING ON UNITED STATES'**
18  _____  )   **MOTION TO INTERVENE IN *BREADY***
                                            )   **[Dkt. 252]; AND [PROPOSED] ORDER**
19                                          )
    This Document Relates To:               )
20                                          )   Judge: Hon. Vaughn R. Walker
    *Bready* (MDL 06-06313)                  )   Courtroom 6
21  _____  )   Date: June 21, 2007; 2:00 p.m.

22

23

24

25

26

27

28

Dockets.Justia.com

# RECITALS

A. On March 22, 2007, this Court granted the United States' motion to modify the schedule for the Verizon cases [Dkt. 217]. Pursuant to the terms of the Court's Order, on April 20, 2007, the United States invoked the state secrets privilege and filed a motion to dismiss and/or for summary judgment in the Verizon cases.

B. With the exception of *Bready*, the United States obtained the stipulation of the Verizon plaintiffs to its intervention in the Verizon cases. *See* Dkt. 251. With regard to *Bready*, the plaintiffs opposed the intervention of the United States and the United States therefore sought to intervene by motion. Dkt. 252. To conserve the resources of the parties and the Court, the United States noticed that motion for the same date as the hearing date for the Verizon cases, *i.e.*, June 21, 2007. *See id.*

C. Following the filing of disposition motions by the United States and Verizon Defendants, the plaintiffs in the Verizon cases sought additional time to oppose those motions and the parties stipulated to modify the briefing and hearing schedule in the Verizon cases with the hearing date to be moved from June 21, 2007 to August 30, 2007. *See* Dkt. 287. The Court has not yet entered an order approving this stipulation.

D. Pursuant to Local Rule 7.7(b), the United States seeks to modify the noticed hearing date for the motion to intervene in *Bready* to the same date as set forth in the stipulation concerning the Verizon cases (August 30, 2007), because the motion to intervene relates to the dispositive motions to be heard on that date. The other parties to *Bready* consent to this request.

E. This hearing date for the United States' motion to intervene in *Bready* has not previously been modified and considering that motion along with the other matters pertaining to the Verizon cases would promote judicial economy.

# STIPULATION

Pursuant to Local Rule 7.7(b), Plaintiffs in *Bready*, through their attorneys of record, the Government, through their attorneys of record, and the Defendants, through their attorneys of record, hereby stipulate to the following modification of the hearing date and request that the Court make this stipulation an order of the Court:

1.    The June 21, 2007 hearing date for the United States' motion to intervene in *Bready* [Dkt. 252] is hereby vacated and is reset for August 30, 2007 at 2:00 p.m.

DATED:  June 5, 2007                                Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone:  (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By:     */s/ Alexander K. Haas*
                Alexander K. Haas
Attorneys for United States of America, National
Security Agency, President George W. Bush

EDWARD GRIFFIN
JOSHUA GRAEME WHITAKER
Griffin Whitaker LLP
8730 Georgia Avenue
Suite LL100
Silver Spring, MD 20910

By:     */s/ Edward Griffin*
                Edward Griffin
Attorneys for Plaintiffs

JOHN ROGOVIN
SAMIR JAIN
WILMER CUTLER PICKERING HALE AND
DOOR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006-3642

By:     */s/ John Rogovin*
                John Rogovin
Attorneys for Defendants

//

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, ALEXANDER K. HAAS, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed above and below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on June 5, 2007 of Washington, District of Columbia.

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 7328
Washington, DC 20001
Telephone:  (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By:  ___/s/ Alexander K. Haas___
        Alexander K. Haas
Attorneys for United States of America, National Security Agency, President George W. Bush


EDWARD GRIFFIN
JOSHUA GRAEME WHITAKER
Griffin Whitaker LLP
8730 Georgia Avenue
Suite LL100
Silver Spring, MD 20910


By: :  ___/s/ Edward Griffin (G.O. 45)___
        Edward Griffin
Attorneys for Plaintiffs


JOHN ROGOVIN
SAMIR JAIN
WILMER CUTLER PICKERING HALE AND DOOR LLP

1875 Pennsylvania Avenue, NW
Washington, DC 20006-3642

By:   _/s/ John Rogovin (G.O. 45)_
            John Rogovin
Attorneys for Defendants

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED.

Dated: June __, 2007.

_____

Hon. Vaughn R. Walker
United States District Chief Judge

No. M:06-cv-01791-VRW—STIPULATION CONTINUING HEARING ON UNITED STATES' MOTION TO INTERVENE IN *BREADY* [Dkt. 252]; AND [PROPOSED] ORDER

5