PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
Email: tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460

*Attorneys for Federal Defendants Sued in their Official Capacities and the Federal Intervenor-Defendants (United States of America, National Security Agency, President George W. Bush)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW** <br><br> **STIPULATION CONTINUING HEARING ON UNITED STATES' MOTION TO INTERVENE IN *BREADY* [Dkt. 252]; AND [PROPOSED] ORDER** |
| This Document Relates To: <br><br> *Bready* (MDL 06-06313) | Judge: Hon. Vaughn R. Walker <br> Courtroom 6 <br> Date: June 21, 2007; 2:00 p.m. |

No. M:06-cv-01791-VRW—STIPULATION CONTINUING HEARING ON UNITED STATES' MOTION TO INTERVENE IN *BREADY* [Dkt. 252]; AND [PROPOSED] ORDER

**RECITALS**

A. On March 22, 2007, this Court granted the United States' motion to modify the schedule for the Verizon cases [Dkt. 217]. Pursuant to the terms of the Court's Order, on April 20, 2007, the United States invoked the state secrets privilege and filed a motion to dismiss and/or for summary judgment in the Verizon cases.

B. With the exception of *Bready*, the United States obtained the stipulation of the Verizon plaintiffs to its intervention in the Verizon cases. *See* Dkt. 251. With regard to *Bready*, the plaintiffs opposed the intervention of the United States and the United States therefore sought to intervene by motion. Dkt. 252. To conserve the resources of the parties and the Court, the United States noticed that motion for the same date as the hearing date for the Verizon cases, *i.e.*, June 21, 2007. *See id.*

C. Following the filing of disposition motions by the United States and Verizon Defendants, the plaintiffs in the Verizon cases sought additional time to oppose those motions and the parties stipulated to modify the briefing and hearing schedule in the Verizon cases with the hearing date to be moved from June 21, 2007 to August 30, 2007. *See* Dkt. 287. The Court has not yet entered an order approving this stipulation.

D. Pursuant to Local Rule 7.7(b), the United States seeks to modify the noticed hearing date for the motion to intervene in *Bready* to the same date as set forth in the stipulation concerning the Verizon cases (August 30, 2007), because the motion to intervene relates to the dispositive motions to be heard on that date. The other parties to *Bready* consent to this request.

E. This hearing date for the United States' motion to intervene in *Bready* has not previously been modified and considering that motion along with the other matters pertaining to the Verizon cases would promote judicial economy.

**STIPULATION**

Pursuant to Local Rule 7.7(b), Plaintiffs in *Bready*, through their attorneys of record, the Government, through their attorneys of record, and the Defendants, through their attorneys of record, hereby stipulate to the following modification of the hearing date and request that the Court make this stipulation an order of the Court:

1. The June 21, 2007 hearing date for the United States' motion to intervene in *Bready* [Dkt. 252] is hereby vacated and is reset for August 30, 2007 at 2:00 p.m.

DATED: June 5, 2007

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By: _/s/ Alexander K. Haas_
Alexander K. Haas
Attorneys for United States of America, National Security Agency, President George W. Bush


EDWARD GRIFFIN
JOSHUA GRAEME WHITAKER
Griffin Whitaker LLP
8730 Georgia Avenue
Suite LL100
Silver Spring, MD 20910

By: _/s/ Edward Griffin_
Edward Griffin
Attorneys for Plaintiffs


JOHN ROGOVIN
SAMIR JAIN
WILMER CUTLER PICKERING HALE AND DOOR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006-3642

By: _/s/ John Rogovin_
John Rogovin
Attorneys for Defendants

//

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ALEXANDER K. HAAS, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed above and below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on June 5, 2007 of Washington, District of Columbia.

        PETER D. KEISLER
        Assistant Attorney General, Civil Division
        CARL J. NICHOLS
        Deputy Assistant Attorney General
        DOUGLAS N. LETTER
        Terrorism Litigation Counsel
        JOSEPH H. HUNT
        Director, Federal Programs Branch
        ANTHONY J. COPPOLINO
        Special Litigation Counsel
        ANDREW H. TANNENBAUM
        ALEXANDER K. HAAS (SBN 220932)
        Trial Attorneys
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W., Rm. 7328
        Washington, DC 20001
        Telephone: (202) 514-4782 — Fax: (202) 616-8460
        Email: tony.coppolino@usdoj.gov

By:    */s/ Alexander K. Haas*
        Alexander K. Haas
Attorneys for United States of America, National Security Agency, President George W. Bush

        EDWARD GRIFFIN
        JOSHUA GRAEME WHITAKER
        Griffin Whitaker LLP
        8730 Georgia Avenue
        Suite LL100
        Silver Spring, MD 20910

By: :    */s/ Edward Griffin (G.O. 45)*
        Edward Griffin
Attorneys for Plaintiffs

        JOHN ROGOVIN
        SAMIR JAIN
        WILMER CUTLER PICKERING HALE AND DOOR LLP

1875 Pennsylvania Avenue, NW
Washington, DC 20006-3642


By: ___*/s/ John Rogovin (G.O. 45)*___
        John Rogovin
Attorneys for Defendants

1    **[PROPOSED]** ORDER

2    Pursuant to the foregoing stipulation, and good cause appearing,

3    IT IS SO ORDERED.

4    Dated: June __7__, 2007.

