LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB NO. 193416)
jkelly@fenwick.com
CANDACE MOREY (CSB NO. 233081)
cmorey@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

ANN BRICK (CSB NO. 65296)
NICOLE A. OZER (CSB NO. 228643)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (4150 255-8437

Attorneys for Plaintiffs,
Dennis P. Riordan, et al.

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION,<br><br>This Document Relates To:<br><br>06-3574, 06-6313, and 06-6570. | MDL No. 06-1791 VRW<br><br>**[PROPOSED] ORDER DENYING VERIZON'S MOTION TO DISMISS THE *CHULSKY*, *RIORDAN*, AND *BREADY* COMPLAINTS** |

On April 30, 2007, Defendants Verizon Communications Inc. and Verizon Maryland Inc. moved to dismiss the New Jersey, California, and Maryland state law claims asserted against them in *Chulsky v. Cellco Partnership & Verizon Commc'ns Inc.*, Case No. 06-

6570, *Riordan v. Verizon Commc'ns Inc.,* Case No. 06-3574, and *Bready v. Verizon Maryland Inc.,* Case No. 06-6313. Having considered the motion and supporting memorandum, the joint opposition of Plaintiffs, Verizon's reply memorandum, and the arguments of counsel,

IT IS HEREBY ORDERED

that the Motion to Dismiss the *Chulsky*, *Riordan*, and *Bready* complaints against Verizon Communications Inc. and Verizon Maryland Inc. is DENIED.

Dated: _____        _____
                              Vaughn R. Walker
                              United States District Chief Judge