1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON #76342
2   DAVID L. ANDERSON #149604
    JACOB R. SORENSEN #209134
3   MARC H. AXELBAUM #209855
    DANIEL J. RICHERT #232208
4   50 Fremont Street
    Post Office Box 7880
5   San Francisco, CA 94120-7880
    Telephone: (415) 983-1000
6   Facsimile: (415) 983-1200

7   SIDLEY AUSTIN LLP
8   DAVID W. CARPENTER (admitted *pro hac vice*)
    BRADFORD A. BERENSON (admitted *pro hac vice*)
9   EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
    DAVID LEE LAWSON (admitted *pro hac vice*)
10  ERIC A. SHUMSKY #206124
    1501 K Street, N.W.
11  Washington, D.C. 20005
    Telephone: (202) 736-8010
12  Facsimile: (202) 736-8711

13  Attorneys for the AT&T Defendants

14                  UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

18  In re:                                          MDL Dkt. No. 06-1791-VRW

19  NATIONAL SECURITY AGENCY                        **STIPULATION AND [PROPOSED]
    TELECOMMUNICATIONS RECORDS                      ORDER RE MOTION TO DISMISS IN
20  LITIGATION                                      *CLAYTON v. AT&T COMMUNICATIONS
                                                    OF THE SOUTHWEST, INC., ET AL.***

21

22  This Document Relates To:                       [Civil L.R. 6-1(a); 7-12]

23  *Clayton v. AT&T Communications of the          Courtroom:  6, 17th Floor
    Southwest, Inc., et al.*, No. 07-1187.          Judge:      Hon. Vaughn R. Walker

24

25

26

27
                                                               Stipulation and [Proposed] Order re
28                                                           Motion to Dismiss in *Clayton*, No. 07-1187
                                                                            MDL No. 06-1791-VRW

| | | |
|---|---|---|
| 1 | | **RECITALS** |
| 2 | A. | The two Federal-State cases from Missouri, *Clayton v. AT&T* |

*Communications of the Southwest, Inc.*, No. 07-1187, and *United States v. Gaw*, No. 07-1242, both relate to the enforcement of subpoenas issued by Missouri Public Service Commissioners Robert Clayton and Steve Gaw. On March 30, 2007, this Court entered a scheduling order (MDL Dkt. 225) that placed the AT&T Defendants' Motion to Dismiss in *Clayton* ("Motion to Dismiss") on the same briefing and hearing schedule as the dispositive motions in *Gaw* and the other Federal-State cases, including *United States v. Rabner*, No. 07-1324; *United States v. Palermino*, No. 07-1326; *United States v. Volz*, No. 07-1396; and *United States v. Adams*, No. 07-1323.

B. Both the hearing date and the briefing schedule in the Federal-State cases have since changed.

C. The hearing date for the Federal-State cases has been changed from June 14, 2007 to June 21, 2007.

D. On May 23, 2007, this Court granted (MDL Dkt. 286) a one-week extension for the United States' and State Officials' responses in the Federal-State cases.

E. The parties in *Clayton* agree that the briefing schedule and hearing in *Clayton* should parallel that of the Federal-State cases. Accordingly, they jointly offer the following stipulation for the Court's consideration.

- 2 -

Stipulation and [Proposed] Order re
Motion to Dismiss in *Clayton*, No. 07-1187
MDL No. 06-1791-VRW

# STIPULATION

1. AT&T Defendants' reply in support of the Motion to Dismiss in *Clayton* shall be due on June 1, 2007.

2. The Motion to Dismiss the *Clayton* case is set for hearing on June 21, 2007, the same day set for hearing the dispositive motions in the other Federal-State cases.

Dated: May 24, 2007.

> PILLSBURY WINTHROP SHAW PITTMAN LLP
> BRUCE A. ERICSON
> DAVID L. ANDERSON
> JACOB R. SORENSEN
> MARC H. AXELBAUM
> DANIEL J. RICHERT
> 50 Fremont Street
> Post Office Box 7880
> San Francisco, CA 94120-7880
>
> SIDLEY AUSTIN LLP
> DAVID W. CARPENTER
> DAVID L. LAWSON
> BRADFORD A. BERENSON
> EDWARD R. McNICHOLAS
> 1501 K Street, N.W.
> Washington, D.C. 20005
>
> By _____/s/ Bruce A. Ericson_____
> Bruce A. Ericson
>
> *Attorneys for Defendants*

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on May 24, 2007, at San Francisco, California.

_____/s/ Bruce A. Ericson_____
Bruce A. Ericson

- 3 -

Stipulation and [Proposed] Order re
Motion to Dismiss in *Clayton*, No. 07-1187
MDL No. 06-1791-VRW

| | | |
|---|---|---|
| 1 | Dated: May 24, 2007. | |
| 2 | | PEGGY A. WHIPPLE |
| | | JENNIFER HEINTZ |
| 3 | | P. O. Box 360 |
| | | Jefferson City, MO 65102 |
| 4 | | Tel: (573) 526-6715 |
| | | Fax: (573) 751-9285 |
| 5 | | |
| | | By _____/s/ *Peggy A. Whipple per G.O. 45*_____ |
| 6 | | Peggy A. Whipple |
| 7 | | Attorneys for the Missouri Public Service Commission |
| 8 | // | |
| 9 | // | |
| 10 | // | |
| 11 | // | |
| 12 | | |

- 4 -

Stipulation and [Proposed] Order re
Motion to Dismiss in *Clayton*, No. 07-1187
MDL No. 06-1791-VRW

1 [~~PROPOSED~~] ORDER

2 Pursuant to the foregoing Stipulation, and good cause appearing, the Court orders
3 the following:
4 Defendants in *Clayton* v. *AT&T Communications of the Southwest, Inc.*, No. 07-
5 1187, may file a reply in support of their Motion to Dismiss the complaint by June 1, 2007.
6 The Motion shall be heard on June 21, 2007, the same day set for hearing the dispositive
7 motions in the other Federal-State cases.
8 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
9 Dated: May __, 2007.

11 _____
12 Hon.
  United

*[Stamp: IT IS SO ORDERED / Judge Vaughn R Walker / 6/7/2007 / United States District Court, Northern District of California]*

- 5 -

Stipulation and [Proposed] Order re
Motion to Dismiss in *Clayton*, No. 07-1187
MDL No. 06-1791-VRW