PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
Email: tony.coppolino@usdoj.gov
ANDREW H. TANNENBAUM
Trial Attorney
Email: andrew.tannenbaum@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263
Fax: (202) 616-8460

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates Only To:<br><br>*Center for Constitutional Rights v. Bush*, (Case No. 07-1115) | **No. M:06-cv-01791-VRW**<br><br>**DEFENDANTS' NOTICE OF LODGING OF CLASSIFIED SUPPLEMENTAL MEMORANDUM FOR** *IN CAMERA, EX PARTE* **REVIEW**<br><br>Judge:　　Hon. Vaughn R. Walker<br>Date:　　August 9, 2007<br>Time:　　2 p.m.<br>Courtroom:　6, 17th Floor |

**Defendants' Notice of Lodging**
*Center for Constitutional Rights v. Bush* (07-CV-1115 VRW)
M:06-CV-1791-VRW

Defendants, through their undersigned counsel, hereby provide notice of the submission, for the Court's *in camera*, *ex parte* consideration, of the following materials in support of the United States' assertion of the military and state secrets privilege and motion to dismiss or, in the alternative, for summary judgment in this action:

The *In Camera*, *Ex Parte* Classified Supplemental Memorandum of the United States in Support of its Motion to Dismiss or, in the Alternative, for Summary Judgment (dated June 8, 2007).[1]

DATED: June 8, 2007

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

    */s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov

    */s/ Andrew H. Tannenbaum*
ANDREW H. TANNENBAUM
Trial Attorney
andrew.tannenbaum@usdoj.gov

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
         (202) 514-4263
Fax: (202) 616-8460

---

[1] An unclassified version of this document has been filed on the public record.

**Defendants' Notice of Lodging**
*Center for Constitutional Rights v. Bush* (07-CV-1115 VRW)
M:06-CV-1791-VRW

1