Zachary L. Heiden
Legal Director
MAINE CIVIL LIBERTIES UNION FOUNDATION
401 Cumberland Avenue
Portland, Maine 04101
Tel. 207-774-5444
Fax 207-774-1103
Email: heiden@mclu.org

John M.R. Paterson
BERNSTEIN SHUR
100 Middle Street
Portland, Maine 04101
Tel. 207-228-7212
Fax 207-774-1127
Email: jpaterson@bernsteinshur.com

*Counsel for Proposed Intervenors Douglas Cowie et al.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. M:06-cv-01791-VRW |
| This document relates to: | PROPOSED INTERVENORS' NOTICE REGARDING SUBMITTED MATTER |
| *USA v. Adams, et al.* D. Me. (07-1323) | Courtroom 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker |

Pursuant to Local Rule 7-13 the Proposed Intervenors Douglas Cowie et al. hereby provide this Notice Regarding their pending Motion to Intervene. The motion was filed with the U.S. District Court for the District of Maine, the transferor court, in September, 2006. The matter has been fully briefed and is awaiting a decision by this Court.

Oral argument on dispositive motions filed by Plaintiff and Defendants in this matter is scheduled for June 21, 2007 before this Court. Because Proposed Intervenors' motion has not yet been ruled upon, they have not been afforded an opportunity to participate in briefing of those dispositive motions. Accordingly, Proposed Intervenors respectfully request a ruling on their longstanding motions so that they might be heard with respect to the pending dispositive motions.

Dated: June 15, 2007

/s/ John M.R. Paterson
John M.R. Paterson
BERNSTEIN SHUR
100 Middle Street
Portland, ME 04101
Tel. 207-774-1200

/s/ Zachary L. Heiden
Zachary L. Heiden
Maine Civil Liberties Union Foundation
401 Cumberland Avenue
Portland, ME 04101
Tel. 207-774-5444

Attorneys for Proposed Intervenors

CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

Dated: June 15, 2007                           /s/John M.R. Paterson

Proposed Intervenors' Douglas Cowie et al.                MDL No. 06-cv-1791-VRW
Notice Regarding Submitted Matter