**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL  MINUTE ORDER**

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:**  June 21,  2007

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**     Kathy Wyatt

**CASE NO.**   MDL No. 06-1791  VRW

**TITLE**: **IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS**
          **RECORDS LITIGATION: Relates to: 07-1187, 07-1242, 07-1323, 07-1324,**
                              **07-1326, 07-1396**

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| USA: Carl Nichols, A. Haas, A Coppolino | State Defendants: Patrick DeAlmeida-New Jersey |
| AT&T: Brad Berenson, J Sorensen, | Peggy Whipple - State of Missouri |
|      P Venugopal | Christopher Taub - State of Maine PUC |
| Verizon: Steven Parrett | Tatiana Eirman - State of Connecticut |
| | Seth Klein - ACLU of Connecticut |
| | Michael Donofrio - State of Vermont |

**PROCEEDINGS:**     1. State defendants' motion to dismiss
                     2.  AT&T's motion to dismiss

**RESULTS:**          The Court heard argument from counsel.
                     The Court took the matter(s) under-submission.
                     Court to issue written ruling.