| | |
|---|---|
| 1 | RONALD L. MOTLEY |
| | rmotley@motelyrice.com |
| 2 | JODI W. FLOWERS |
| 3 | jflowers@motleyrice.om |
| | DONALD A. MIGLIORI |
| 4 | dmigliori@motleyrice.com |
| | VINCENT I. PARRETT (CSB NO. 237563) |
| 5 | vparrett@motleyrice.com |
| | MOTLEY RICE LLC |
| 6 | 28 Bridgeside Blvd. |
| 7 | P.O. Box 1792 |
| | Mt. Pleasant, SC 29465 |
| 8 | Telephone: (843) 216-9000 |
| | Facsimile: (843) 216-9450 |
| 9 | |
| 10 | Interim Class Counsel for Verizon Class |
| 11 | [Additional Counsel Appear on Signature Page |
| | Of Plaintiffs' Joint Opposition Brief] |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Docket No. 06-1791 (VRW) |
| ——————————————— | **DECLARATION OF VINCENT I. PARRETT IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION TO VERIZON'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| This Document Relates Only To: | |
| *Bissitt*, No. 06-220 (D.R.I.) | [Fed. R. Civ. P. 12(b)(2)] |
| *Conner*, No. 1:06-cv-632 (E.D. Cal.) | |
| *Fuller,* No. cv-06-77 (D. Mont.) | Date: August 30, 2007 |
| *Herron,* No. 06-2491 (D. La.) | Time: 2:00 p.m. |
| *Hines,* No. cv-06-694 (D. Ore.) | Courtroom: 6, 17th Floor |
| *Joll,* No. 1:06-cv-2680 (N.D. Ill.) | Judge: Hon. Vaughn R. Walker |
| *Mahoney*, No. 06-224 (D.R.I.) | |
| *Riordan,* No. 3:06-cv-3574 (N.D. Cal.) | |
| *Spielfogel-Landis,* No. 3:06-cv-4221 (N.D. Cal.) | |

DECLARATION OF VINCENT I. PARRETT IN SUPPORT OF JOINT OPPOSITION TO VERIZON'S MOTION TO DISMISS FOR LACK OF PERSONAL JURSIDICTION

1

MDL Docket No. 06-1791 VRW

I, VINCENT I. PARRETT, declare and state:

1. I am a member in good standing of the State Bar of California, and admitted to practice in this district. I am an associate in the law firm of MOTLEY RICE LLC, which has been appointed as Interim Class Counsel for the Verizon Class in this multidistrict litigation proceeding. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2. Attached hereto are true and correct copies of the following documents:

| No. | Exhibit |
|---|---|
| 1 | Verizon Communications, Inc., Company Profile, available at http://investor.verizon.com/profile/index.aspx |
| 2 | Verizon Communications, Inc., Form 10-K for the year ended December 31, 2006, available at: http://investor.verizon.com/sec/sec_frame.aspx?FilingID=5002107 |
| 3 | Verizon Press Release, May 26, 2006, Thousand Oaks, CA, available at: http://newscenter.verizon.com/press-releases/verizon/2006/page.jsp?itemID=29670492 |
| 4 | Verizon Press Release, December 20, 2006, Oxnard, CA, available at: http://newscenter.verizon.com/press-releases/verizon/2006/growth-in-demand-for-1.html |
| 5 | Verizon Press Release, March 8, 2007, Thousand Oaks, CA, available at: http://newscenter.verizon.com/press-releases/verizon/2007/new-tv-choice-for-hundreds-of.html |
| 6 | Verizon Press Release, March 22, 2007, Long Beach, CA, available at: http://newscenter.verizon.com/press-releases/verizon/2007/verizon-offers-the-fastest.html |
| 7 | Verizon Press Release, March 23, 2007, Long Beach, CA, available at: http://newscenter.verizon.com/press-releases/verizon/2007/consumers-win-as-verizon.html |
| 8 | Verizon Recruitment Event Schedule, available at: https://www22.verizon.com/about/careers/calendar.html |
| 9 | Verizon Press Release, May 3, 2006, Everett, WA; Appointment of David Valdez as Senior VP for Verizon West, territory covers Montana http://newscenter.verizon.com/press-releases/verizon/2006/page.jsp?itemID=29670881 |
| 10 | Verizon Press Release, April 5, 2006, Beaverton, OR, available at: http://newscenter.verizon.com/press-releases/verizon/2006/page.jsp?itemID=29671185 |
| 11 | Verizon Press Release, December 4, 2006, Beaverton, OR, available at: http://newscenter.verizon.com/press-releases/verizon/2006/verizon-boosts-broadband-4.html |
| 12 | Verizon Press Release, February 19, 2007, Beaverton, OR, available at: http://newscenter.verizon.com/press-releases/verizon/2007/verizon-to-expand-its-2.html |
| 13 | Verizon Press Release, April 17, 2007, Beaverton, OR, available at: http://newscenter.verizon.com/press-releases/verizon/2007/oregon-consumers-win-as.html |

| 14 | Verizon Press Release, May 17, 2007, Beaverton OR, available at: http://newscenter.verizon.com/press-releases/verizon/2007/tv-choice-and-competition-4.html |
|---|---|
| 15 | Verizon Press Release, September 5, 2006, Bloomington, IL, available at: http://newscenter.verizon.com/press-releases/verizon/2006/verizon-expands-high-speed.html |
| 16 | Verizon Press Release, December 20, 2006, Bloomington, IL, available at: http://newscenter.verizon.com/press-releases/verizon/2006/verizons-high-speed-internet.html |
| 17 | Verizon Press Release, February 13, 2007, Bloomington IL, available at: http://newscenter.verizon.com/press-releases/verizon/2007/verizon-introduces-new.html |
| 18 | Verizon Press Release, September 12, 2006, Providence, RI, available at: http://newscenter.verizon.com/press-releases/verizon/2006/verizons-new-slimmed-down.html |
| 19 | Verizon Press Release, December 18, 2006, Boston, MA, available at: http://newscenter.verizon.com/press-releases/verizon/2006/verizon-accelerates-internet.html |
| 20 | Verizon Press Release, December 20, 2006, Warwick, RI, available at: http://newscenter.verizon.com/press-releases/verizon/2006/verizon-receives-dpuc.html |
| 21 | Verizon Press Release, March 8, 2007, Providence, RI, available at: http://newscenter.verizon.com/press-releases/verizon/2007/choice-and-competition-for-tv.html |
| 22 | Verizon Press Release, May 7, 2007, New York; fiber optic services launched in PA, DE, MD, VA, MA, RI, CA, TX, IN, and OR, available at: http://newscenter.verizon.com/press-releases/verizon/2007/verizon-service-packages-help.html |
| 23 | California Secretary of State Reports on VCI Lobbying Activity, 2001-2008, available at: http://cal-access.ss.ca.gov/lobbying/employers/Detail.aspx?id=1146823&view=activity&session=2001 (2001-2002 VCI lobbying activity in California) (Exhibit 23a) http://cal-access.ss.ca.gov/lobbying/employers/Detail.aspx?id=1146823&view=activity&session=2003 (2003-2004 VCI lobbying activity in California) (Exhibit 23b) http://cal-access.ss.ca.gov/lobbying/employers/Detail.aspx?id=1146823&view=activity&session=2005 (2005-2006 VCI lobbying activity in California) (Exhibit 23c) http://cal-access.ss.ca.gov/lobbying/employers/Detail.aspx?id=1146823&view=activity&session=2007 (2007-2008 VCI lobbying activity in California) (Exhibit 23d) |
| 24 | Lobbying Disclosure Information Manual, California Fair Political Practices Commission, available at: http://www.fppc.ca.gov/manuals/7-05lobbymanual.pdf |
| 25 | Article from *The Oregonian;* "Lobbyists Connect At Legislature," available at: http://www.oregonlive.com/news/oregonian/index.ssf?/base/news/1181008552316820.xml&coll=7 |

DECLARATION OF VINCENT I. PARRETT IN SUPPORT
OF JOINT OPPOSITION TO VERIZON'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURSIDICTION

3

MDL Docket No. 06-1791 VRW

| 26 | Corporate filing by Verizon Communications Inc. with California Secretary of State, December 20, 1999, available at: http://kepler.sos.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C2204934 |
|----|---|
| 27 | Verizon Press Release, May 12, 2006, *Verizon Issues Statement on NSA and Privacy Protection*, available at http://newscenter.verizon.com/press-releases/verizon/2006/page.jsp?itemID=29670741 |
| 28 | Verizon Press Release, May 16, 2006, *Verizon Issues Statement on NSA Media Coverage,* May 16, 2006, available at http://newscenter.verizon.com/proactive/newsroom/release.btml?id=93450 |
| 29 | Corporate filing of Verizon Global Networks with Louisiana Secretary of State, available at http://www.sos.louisiana.gov/cgibin?rqstyp=crpdtlC&rqsdta=35493945F. |
| 30 | Corporate filing by Verizon Communications Inc. with Louisiana Secretary of State, Nov. 3, 2000, available at http://www.sos.louisiana.gov/cgibin?rqstyp=crpdtlC&rqsdta=34868256F |
| 31 | Corporate filing by Bell Atlantic Corp. with Louisiana Secretary of State, Jan. 5, 1994, available at http://www.sos.louisiana.gov/cgibin?rqstyp=crpdtlC&rqsdta=34130760F |
| 32 | Corporate filing by Bell Atlantic Communications with Louisiana Secretary of State, May 24, 1996, available at http://www.sos.louisiana.gov/cgibin?rqstyp=crpdtlC&rqsdta=34528033F |
| 33 | Corporate filings by Verizon Communications Inc. (including by its predecessor Verizon, Inc.) with Oregon Secretary of State, December 14, 1999, March 20, 2000, and November 2, 2000. |
| 34 | California Secretary of State Report on MCI Lobbying Activity, 2003-2004 |
| 35 | California Secretary of State Report on MCI Lobbying Activity, 2005-2006 |
| 36 | Corporate filing by MCI on its Payments To Lobbying Firms *et al.* in California from April 1, 2005 through June 30, 2005 |
| 37 | Corporate filing by MCI on its Payments To Lobbying Firms *et al.* in California from July 1, 2005 through September 30, 2005 |
| 38 | Corporate filing by MCI on its Payments To Lobbying Firms *et al.* in California from July 1, 2004 through September 30, 2004 |
| 39 | Corporate filing by MCI on its Payments To Lobbying Firms *et al.* in California from January 1, 2004 through March, 31, 2004 |
| 40 | Corporate filing by MCI on its Payments To Lobbying Firms *et al.* in California from April 1, 2004 through June 30, 2004 |
| 41 | Corporate filing by MCI on its Payments To Lobbying Firms *et al.* in California from October 1, 2004 through December 31, 2004 |

3. Filed concurrently is the Declaration of Jennifer L. Kelly, Esq., demonstrating that, from California, Ms. Kelly could enter into a continuing contract for Verizon residential local and long distance telephone services in Los Angeles, using nothing but the website of Verizon Communications Inc. ("VCI"). www.verizon.com. Ms. Kelly's declaration

also demonstrates that there was no indication at any point in the process of contracting for Verizon telephone services to be provided in Los Angeles, via the VCI website, that the customer would be contracting with any entity other than VCI.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 22nd day of June, 2007, at Mount Pleasant, South Carolina.

 /s/ *Vincent I. Parrett*
Vincent I. Parrett

Interim Class counsel for Verizon Class