RONALD L. MOTLEY
rmotley@motelyrice.com
JODI W. FLOWERS
jflowers@motleyrice.om
DONALD A. MIGLIORI
dmigliori@motleyrice.com
VINCENT I. PARRETT (CSB NO. 237563)
vparrett@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

Interim Class Counsel for Verizon Class

[Additional Counsel Appear on Signature Page
Of Plaintiffs' Joint Opposition Brief]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Docket No. 06-1791 (VRW) |
| ——————————————— | **DECLARATION OF JENNIFER L. KELLY IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION TO VERIZON'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| This Document Relates Only To: | |
| *Bissitt*, No. 06-220 (D.R.I.) | [Fed. R. Civ. P. 12(b)(2)] |
| *Conner*, No. 1:06-cv-632 (E.D. Cal.) | |
| *Fuller,* No. cv-06-77 (D. Mont.) | Date: August 30, 2007 |
| *Herron,* No. 06-2491 (D. La.) | Time: 2:00 p.m. |
| *Hines,* No. cv-06-694 (D. Ore.) | Courtroom: 6, 17th Floor |
| *Joll,* No. 1:06-cv-2680 (N.D. Ill.) | Judge: Hon. Vaughn R. Walker |
| *Mahoney*, No. 06-224 (D.R.I.) | |
| *Riordan,* No. 3:06-cv-3574 (N.D. Cal.) | |
| *Spielfogel-Landis,* No. 3:06-cv-4221 (N.D. Cal.) | |

DECLARATION OF JENNIFER L. KELLY IN SUPPORT OF JOINT OPPOSITION TO VERIZON'S MOTION TO DISMISS FOR LACK OF PERSONAL JURSIDICTION         1         MDL Docket No. 06-1791 VRW

Dockets.Justia.com

I, JENNIFER L. KELLY, declare and state:

1. I am a member in good standing of the State Bar of California, and admitted to practice in this district. I am an associate in the law firm of Fenwick & West LLP, which represents Plaintiffs in *Riordan et al v. Verizon Communications Inc.*, No. 3:06-cv-3574 (N.D. Cal.). I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of portions of a web session I completed online on June 13, 2007 via Verizon Communication Inc.'s ("VCI") website, located on the Internet at www.verizon.com. I was in San Francisco, California when I conducted this web session. It records my attempt to place an order for a Verizon phone line and regional and long distance telephone services to be provided by Verizon at a residential location in Los Angeles, California. As the web session indicates, during the ordering process I was provided with a proposed telephone number in the "310" area code, a "new service activation date" of June 14, 2007, and a list of all charges that would be associated with my proposed order. While I did not actually complete the order, as the web session records indicate, it appears that all I would have had to have done to complete the order was to click the "submit" button at the top of the web page, and the requested services would be activated the next day. At no point during the process of my attempting to contract for these services via VCI's website was there any indication that I would be contracting with any entity other than VCI. Nor did I receive any subsequent communication from VCI or any subsidiary in connection with this proposed order.

3. My personal information (contact telephone number and email address) have been redacted from the filed version of Exhibit A for privacy reasons.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 22nd day of June, 2007, at San Francisco, California.

/s/ *Jennifer L. Kelly*
Jennifer L. Kelly

Counsel for *Riordan* Plaintiffs