| | |
|---|---|
| 1 | RONALD L. MOTLEY |
| | rmotley@motelyrice.com |
| 2 | JODI W. FLOWERS |
| | jflowers@motleyrice.om |
| 3 | DONALD A. MIGLIORI |
| | dmigliori@motleyrice.com |
| 4 | VINCENT I. PARRETT (CSB NO. 237563) |
| 5 | vparrett@motleyrice.com |
| | MOTLEY RICE LLC |
| 6 | 28 Bridgeside Blvd. |
| | P.O. Box 1792 |
| 7 | Mt. Pleasant, SC 29465 |
| 8 | Telephone: (843) 216-9000 |
| | Facsimile: (843) 216-9450 |
| 9 | |
| 10 | Interim Class Counsel for Verizon Class |
| 11 | [Additional Counsel Appear on Signature Page |
| 12 | Of Plaintiffs' Joint Opposition Brief] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Docket No. 06-1791 (VRW) |
| ──────────────────────────── | **SUPPLEMENTAL DECLARATION OF VINCENT I. PARRETT IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION TO VERIZON'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| This Document Relates Only To: | |
| *Bissitt*, No. 06-220 (D.R.I.) | |
| *Conner*, No. 1:06-cv-632 (E.D. Cal.) | [Fed. R. Civ. P. 12(b)(2)] |
| *Fuller,* No. cv-06-77 (D. Mont.) | |
| *Herron,* No. 06-2491 (D. La.) | Date: August 30, 2007 |
| *Hines,* No. cv-06-694 (D. Ore.) | Time: 2:00 p.m. |
| *Joll,* No. 1:06-cv-2680 (N.D. Ill.) | Courtroom: 6, 17th Floor |
| *Mahoney*, No. 06-224 (D.R.I.) | Judge: Hon. Vaughn R. Walker |
| *Riordan,* No. 3:06-cv-3574 (N.D. Cal.) | |
| *Spielfogel-Landis,* No. 3:06-cv-4221 (N.D. Cal.) | |

SUPP. DECL. OF VINCENT I. PARRETT IN SUPPORT OF JOINT OPPOSITION TO VERIZON'S MOTION TO DISMISS FOR LACK OF PERSONAL JURSIDICTION          1          MDL Docket No. 06-1791 VRW

Dockets.Justia.com

I, VINCENT I. PARRETT, declare and state:

1. I am a member in good standing of the State Bar of California, and admitted to practice in this district. I am an associate in the law firm of MOTLEY RICE LLC, which has been appointed as Interim Class Counsel for the Verizon Class in this multidistrict litigation proceeding. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2. Attached hereto is a true and correct copy of the following document, which was and is intended to be submitted as an Exhibit to the Declaration of Vincent I. Parrett, filed on June 22, 2007, at 06 MDL 1791 Docket No. 314, in Support of Plaintiffs' Joint Opposition to Verizon's Motion to Dismiss for Lack of Personal Jurisdiction:

| No. | Exhibit |
|-----|---------|
| 23e | Official Reports for Lobbyist Employer filed by VCI with California Secretary of State showing VCI's payments to Lobbyists *et al.* in California for first quarter of 2001, 2003, 2005, 2007 |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 24th day of June, 2007, at Mount Pleasant, South Carolina.

/s/ *Vincent I. Parrett*
Vincent I. Parrett

Interim Class counsel for Verizon Class

SUPP. DECL. OF VINCENT I. PARRETT IN SUPPORT OF
JOINT OPPOSITION TO VERIZON'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURSIDICTION

2

MDL Docket No. 06-1791 VRW