REED R. KATHREIN (139304)
JEFF D. FRIEDMAN (173886)
SHANA E. SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
jeff@hbsslaw.com
shanas@hbsslaw.com

Attorneys for AT&T Class Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791, | ) ) ) ) | MDL DOCKET NO. M:06-cv-01791 VRW |
| | ) | NOTICE OF CHANGE OF ADDRESS |
| | ) ) | |
| THIS DOCUMENTS RELATES TO ALL ACTIONS | ) ) ) | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE effective June 18, 2007, of counsel's updated address and contact information:

> Reed R. Kathrein
> Jeff D. Friedman
> Shana E. Scarlett
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile:  (510) 725-3001
> reed@hbsslaw.com
> jefff@hbsslaw.com
> shanas@hbsslaw.com

DATED this 27th day of June, 2007.

> HAGENS BERMAN SOBOL SHAPIRO LLP
>
> By /s/ Reed R. Kathrein
>     Reed R. Kathrein
>
> Jeff D. Friedman
> Shana E. Scarlett
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone:  (510) 725-3000
> Facsimile:  (510) 725-3001
> reed@hbsslaw.com
> jefff@hbsslaw.com
> shanas@hbsslaw.com
>
> Attorneys for AT&T Class Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List.


  /s/ Reed R. Kathrein
REED R. KATHREIN

# Mailing Information for a Case M:06-cv-01791-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jessica Ashlee Albies**
  Ashlee@AlbiesLaw.com

- **Timothy L. Alger**
  timalger@quinnemanuel.com,albertvillamil@quinnemanuel.com

- **Sam Jonathan Alton**
  salton@stoneleyton.com,usdc@stoneleyton.com

- **Marc H. Axelbaum**
  marc.axelbaum@pillsburylaw.com

- **Sidney M Bach**
  sbach@bellsouth.net

- **David L. Balser**
  dbalser@mckennalong.com,kwade@mckennalong.com

- **Kevin Stuart Bankston**
  bankston@eff.org

- **Peter T. Barbur**
  pbarbur@cravath.com,managing_attorneys_office@cravath.com

- **Alexander E Barnett**
  abarnett@masonlawdc.com,jdevito@masonlawdc.com

- **Timothy M. Bechtold**
  tim@rossbachlaw.com

- **Robert John Benson**
  RJBenson@hhlaw.com

- **Bradford Allan Berenson**
  bberenson@sidley.com,vshort@sidley.com

- **Rupa Bhattacharyya**
  rupa.bhattacharyya@usdoj.gov

- **John David Blair-Loy**
  dblairloy@aclusandiego.org

- **Wayne T. Boulton**
  wboulton@snlaw.net

- **Brian Matthew Boynton**
  brian.boynton@wilmerhale.com

- **Christopher B. Branson**
  cbranson@mpmlaw.com,greoch@mpmlaw.com

- **Ann Brick**
  abrick@aclunc.org,kneri@aclunc.org,lcerri@aclunc.org

- **Matthew Delmont Brinckerhoff**
  mbrinckerhoff@ecbalaw.com,ijohnson@ecbalaw.com

- **James J. Brosnahan**
  jbrosnahan@mofo.com,bkeaton@mofo.com

- **D. Douglas Brothers**
  dbrothers@georgeandbrothers.com,receptionist@georgeandbrothers.com

- **Thomas R. Burke**
  thomasburke@dwt.com,natashamajorko@dwt.com

- **Adam S. Caldwell**
  adamcaldwell@dwt.com,tracyjohnson@dwt.com

- **David William Carpenter**
  dcarpenter@sidley.com,efilingnotice@sidley.com

- **Ronald Kevin Chen**
  ronald.chen@advocate.state.nj.us,maritza.rodriguez@advocate.state.nj.us

- **Myron Milton Cherry**
  mcherry@cherry-law.com,jzolna@cherry-law.com,ucollins@cherry-law.com

- **Cindy Ann Cohn**
  cindy@eff.org,lety@eff.org,rebecca@eff.org

- **Linda J Conti**
  linda.conti@maine.gov

- **Anthony Joseph Coppolino**
  tony.coppolino@usdoj.gov

- **Elena Maria DiMuzio**
  Elena.DiMuzio@hellerehrman.com

- **Michael Nicholas Donofrio**
  mdonofrio@atg.state.vt.us

- **Michael D. Donovan**
  mdonovan@donovansearles.com

- **Elizabeth A. Drogula**
  ldrogula@crblaw.com

- **Joseph Richard Dulle**
  jdulle@stoneleyton.com,usdc@stoneleyton.com

- **Tatiana Damianova Eirmann**

tatiana.eirmann@po.state.ct.us

- **Jon B. Eisenberg**
  jon@eandhlaw.com

- **Peter Jay Eliasberg**
  peliasberg@aclu-sc.org,ereyes@aclu-sc.org

- **Derek John Emge**
  derek@inthelaw.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **James M. Evangelista**
  jme@classlaw.com,cmills@motleyrice.com,bkaltman@motleyrice.com

- **Val Patrick Exnicios**
  vpexnicios@exnicioslaw.com,bsergi@exnicioslaw.com

- **Eric B. Fastiff**
  efastiff@lchb.com,smowry@lchb.com,nmenard@lchb.com

- **Aimee Athena Feinberg**
  Aimee.Feinberg@mto.com,Susan.Ahmadi@mto.com,Belinda.Morales@mto.com

- **Mark D. Flanagan**
  mark.flanagan@wilmerhale.com

- **Amy Collins Fontenot**
  afontenot@exnicioslaw.com

- **Robert D. Fram**
  rfram@hewm.com,mawilliams@hewm.com,audrey.michalski@hellerehrman.com,kim.sydorak@hellerehrma

- **Jeff D Friedman**
  jefff@hbsslaw.com,nancyq@hbsslaw.com

- **R. James George , Jr**
  rjgeorge@georgeandbrothers.com,fjordan@georgeandbrothers.com

- **Jennifer Stisa Granick**
  JENNIFER@LAW.STANFORD.EDU

- **Edward Nelson Griffin**
  edwardgriffin@griffinwhitaker.com

- **Terry Gross**
  terry@grossbelsky.com,mara@grossbelsky.com

- **Harvey Michael Grossman**
  hgrossman@aclu-il.org,rhughes@aclu-il.org

- **Alexander Kenneth Haas**
  Alexander.Haas@usdoj.gov

- **Zaha S Hassan**
  zahahassan@comcast.net,zaha@uswest.net

- **Zachary Lee Heiden**
  heiden@mclu.org

- **Robert Carl Hilliard**
  bobh@hilliardandmunoz.com,dee@hilliardandmunoz.com

- **Barry R. Himmelstein**
  bhimmelstein@lchb.com

- **Eric A. Isaacson**
  erici@lerachlaw.com

- **Samir Chandra Jain**
  samir.jain@wilmerhale.com,alicia.hunt@wilmerhale.com

- **Lisa Robin Jaskol**
  ljaskol@publiccounsel.org

- **Shayana Devendra Kadidal**
  kadidal@ccr-ny.org

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michael P. Kenny**
  mike.kenny@alston.com

- **John G. Kester**
  jkester@wc.com,ggreenman@wc.com,idelawala@wc.com

- **Craig Allen Knot**
  cknot@sidley.com,efilingnotice@sidley.com

- **Clinton Arthur Krislov**
  clint@krislovlaw.com,ro@krislovlaw.com

- **Ilann Margalit Maazel**
  imaazel@ecbalaw.com,ijohnson@ecbalaw.com

- **Michael Myles Markman**
  mmarkman@hewm.com

- **Brian Martinez**
  brianmartinez@mofo.com

- **Gary E. Mason**
  gmason@masonlawdc.com,mdicocco@masonlawdc.com,nmigliaccio@masonlawdc.com,dsolen@masonlawd

- **Edward Robert McNicholas**
  emcnicholas@sidley.com,vshort@sidley.com

- **Corynne McSherry**

corynne@eff.org,lety@eff.org

- **Gerald E Meunier**
  gmeunier@gainsben.com,jwoods@gainsben.com

- **Nicholas A Migliaccio**
  nmigliaccio@masonlawdc.com,mdicocco@masonlawdc.com

- **Candace J. Morey**
  cmorey@fenwick.com

- **Maria V. Morris**
  mariam@lerachlaw.com,e_file_sf@lerachlaw.com

- **Roger Rex Myers**
  roger.myers@hro.com,nancy.burnett@hro.com

- **Thomas Howard Nelson**
  nelson@thnelson.com,thnelson@gmail.com

- **Karl Olson**
  ko@lrolaw.com,amw@lrolaw.com

- **Kurt Bradford Opsahl**
  kurt@eff.org

- **Renee S. Orleans**
  renee.orleans@usdoj.gov

- **Nicole A. Ozer**
  nozer@aclunc.org,mpham@aclunc.org

- **Vincent Ian Parrett**
  vparrett@motleyrice.com,MDL1791@motleyrice.com

- **Clare Iris Pastore**
  cpastore@aclu-sc.org,jbradberg@aclu-sc.org

- **John M.R. Paterson**
  jpaterson@bernsteinshur.com,jsmith@bernsteinshur.com

- **Jacob B. Perkinson**
  jperkinson@jpclasslaw.com

- **Laurence F. Pulgram**
  lpulgram@fenwick.com,rlopez@fenwick.com

- **Daniel John Richert**
  daniel.richert@pillsburylaw.com,susan.hersom@pillsburylaw.com

- **Elizabeth I. Rogers**
  elizabeth.rogers@wilmerhale.com,rebecca.mcnew@wilmerhale.com

- **John Andrew Rogovin**
  john.rogovin@wilmerhale.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,nancyq@hbsslaw.com

- **Andrew M. Schatz**
  firm@snlaw.net

- **Steven Edward Schwarz**
  stevenschwarz23@yahoo.com

- **Eric Alan Shumsky**
  eshumsky@sidley.com

- **W. Russell Sipes**
  wrs@lgrslaw.com,sg@lgrslaw.com

- **Christopher Slater**
  cslater@slaterross.com,mjross@slaterross.com

- **Michael W. Sobol**
  msobol@lchb.com

- **Jacob R. Sorensen**
  jake.sorensen@pillsburylaw.com

- **Christopher Leo Soriano**
  csoriano@wolfblock.com

- **Michael Alan St. Pierre**
  mikesp@rrsplaw.com

- **Donald A. Statland**
  dastaxlaw@dstatland.com

- **Lauren A Stern**
  las@skchung.com

- **Andrew H Tannenbaum**
  andrew.tannenbaum@usdoj.gov

- **Christopher C Taub**
  Christopher.C.Taub@maine.gov

- **Tze Lee Tien**
  tien@eff.org,vkhall@aol.com,eff-mdl@eff.org,jason@eff.org

- **Theresa M. Traber , Esq**
  tmt@tvlegal.com

- **James Samuel Tyre**
  jstyre@jstyre.com,jstyre@eff.org

- **William Lynch Vallee , Jr**
  william.vallee@ct.gov

- **Marc Van Der Hout**

ndca@vblaw.com

- **William Joel Vander Vliet**
  joel@krislovlaw.com,ecf@krislovlaw.com

- **Bert Voorhees**
  bv@tvlegal.com

- **Nicholas John Paul Wagner**
  rchavez@wagnerjones.com

- **James P. Walsh**
  budwalsh@dwt.com,pamelabaron@dwt.com,michellefife@dwt.com

- **Peggy Ann Whipple**
  peggy.whipple@psc.mo.gov,rosemary.robinson@psc.mo.gov

- **Joshua Graeme Whitaker**
  joshuawhitaker@griffinwhitaker.com,griffinwhitaker@griffinwhitaker.com

- **Richard Roy Wiebe**
  wiebe@pacbell.net

- **Justin Isreal Woods**
  jwoods@gainsben.com,dmartin@gainsben.com

- **Martin Darren Woodward**
  mwoodward@smi-law.com

- **David J. Worley**
  djw@classlaw.com,mda@classlaw.com

- **Shira R Yoshor**
  shira.yoshor@bakerbotts.com

- **Christopher Robert Zaetta**
  crzaetta@hhlaw.com

- **Matthew J. Zevin**
  mzevin@smi-law.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your
mouse to select and copy this list into your word processing program in order to create notices or labels for these
recipients.

```
Brian Hugh Adler
Bader Stillman & Adler PL
6100 West Atlantic Blvd.
Margate, FL 33063

Bruce Ira Afran
Bruce Afran, Attorney at Law
10 Braeburn Drive
```

Princeton, NJ 08540

**Al-Haramain Islamic Foundation, Inc.**
Eisenberg and Hancock, LLP
1970 Broadway Street
Suite 1200
Oakland, CA 94612

**All Plaintiffs**
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

**Amici Law Professors**
Stanford Center for Internet and Society
Cyberlaw Clinic
559 Nathan Abbott Way
stanford, CA 94305

**David L. Anderson**
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

**Ron Antosko**
,

**Stephen E. Arthur**
Harrison & Moberly
135 North Pennylvania Street
Suite 2100
Indianapolis, IN 46204

**Michael Avery**
National Lawyer's Guild
120 Tremont Street
Boston, MA 92108

**Thomas Erik Bailey**
Briggs & Morgan, PA
80 South 8th Street
Suite 2200
Minneapolis, MN 55402

**Darrell Lee Barger**
Hartline acus et all
800 N. Shoreline Blvd.
Suite 2000N
Corpus Christi, TX 78401

**Todd C. Barnes**
George  & Sipes
156 East Market Street
Suite 600
Indianapolis, IN 46204

**William P. Barr**
Verizon Communications, Inc.
One Verizon Way
VC43E043
Baskin Ridge, NJ 07920

**Raymond A. Basile**
Harrison & Moberly
135 North Pennsylvania
Suite 2100
Indianapolis, IN 46204

**Daniel J. Becka**

Beigel Schy Lasky Rifkind Goldberg & Fertik Ltd
311 So Wacker Dr 65th Flr
Chicago, IL 60606

**Marc Oliver Beem**
Miller Shakman & Hamilton, LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

**R. Jeffrey Behm**
Sheehey Furlong & Behm PC
P.O. Box 66
Burlington, VT 05402-0066

**John Beisner**
O'Melveny & Myers LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004-1109

**Wendell Belew**
Eisenberg and Hancock, LLP
1970 Broadway
Suite 1200
Oakland, CA 94612

**Matthew Phineas Bergman**
Law Office of Matthew Bergman
705 2nd Avenue
Suite 1601
Seattle, WA 98104

**William C. Black**
Maine Public Advocate Office
112 State House Station
Augusta, ME 04333-0112

**Steven K. Blackhurst**
Ater Wynne Hewitt Dodson & Skerritt
222 S.W. Columbia Ste 1800
Portland, OR 97201-6618

**Ari Y. Brown**
Bergman & Frockt
705 Second Avenue
Suite 1601
Seattle, WA 98104

**Michael L. Burak**
Burak Anderson & Melloni PLC
30 Main St P.O. Box 787
Burlington, VT 05402-0787

**Andrew M. Carlson**
Briggs & Morgan, PA
80 S 8th Street
Suite 2200
Minneapolis, MN 55402

**James M. Carlson**
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

**David R. Carpenter**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**Catherine M.A. Carroll**
WilmerCutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006

**Edward Morgan Carstarphen**                                    **, III**
Ellis Carstearphen et all
5847 San Felipe
Suite 1900
Houston, TX 77057

**Catherine J. Casey**
DLA Piper rudnick Gray Cary US LLP
203 North LaSalle Street
#1900
Chicago, IL 60601

**Center for Constitutional Rights**
666 Broadway
7th Floor
New York, NY 10012

**James E. Chadden, Sr**
,

**Kalea Seitz Clark**
Wilmer Cutler Pickering Hale and Door LLC
1875 Pennsylvania Avenue NW
Washington, DC 20006

**Ty Cobb**
Hogan & Hartson LLP
553 13th Street NW
Washington, DC 20004

**David Cole**
Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, DC 20001

**Ronald Marc Daignault**
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022

**Patrick DeAlmeida**
Office of the NJ Attorney General
P.O. Box 112
Trenton, NJ 08625

**Amato A. DeLuca**
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

**Nancy Scott Degan**
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charle Avenue
Suite 3600
New Orleans, LA 70170

**Robert Jude Demento**
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

**Mark J. DiStefano**
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609-1001

**Irene E. Dowdy**
Office of the US Attorney
402 East State Street
Suite 430
Trenton, NJ 08608

**Michael P. Drescher**
Office of the US Attorney
P.O. Box 570
Burlington, VT 05402-0570

**Emilie K. Edling**
Stoel Rives, LLP
900 SW Fifth Avenue
Suite 2600
Portland, OR 97204

**Tyrone C. Fahner**
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

**Daniel Martin Feeney**
Miller Shakman & Beem LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601

**Sheila Marie Finnegan**
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

**Richard C. Fipphen**
Verizon Communications, Inc. - NYC
140 W. Street
Room 2707
New York, NY 10007

**Jodi W. Flowers**
Motley Rice, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

**Robert B. Flynn**
Tyler, Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910

**F. Larkin Fore**
Fore, Miller & Schwartz
200 S. Fifth Street
Suite 700N, First Trust Centre
Louisville, KY 40202-3204

**Sarah M. Fore**
Fore, Miller & Schwartz
200 S. Fifth Street
Suite 700N, First Trust Centre
Louisville, KY 40202-3204

**Zachary J. Freeman**
Miller Shakman & Beem LLP
180 N. La Salle Street
Suite 3600
Chicago, IL 60601

**Susan Freiwald**
University of San Francisco School of Law
2130 Fulton Street
San Francisco, CA 94117

**Susan A. Freiwald**
USF School of LAW
2130 Fulton St
San Francisco, CA 94117

**Albert L. Frevola**                                       **, Jr**
Gordon Hargrove & James
2400 East Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308-3092

**Michael R. Fruehwald**
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204-3535

**Jason L. Fulk**
Hoover Hull LLP
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

**Andrea Marie Gacki**
US Department of Justice
20 Massachusetts Avenue, NW
Room 7334
Washington, DC 20001

**Daniel N. Gall**
c/o Luna Innocations
2851 Commerce STreet
Blacksburg, VA 24060

**Terence J. Gallagher**
Day Pitney LLP-Stmfd-CT
One Canterbury Green
Stamford, CT 06901-2047

**Linda S. George**
Laudig George Rutherford & Sipes
156 East Market Street
Suite 600
Indianapolis, IN 46204

**Asim Ghafoor**
Eisenberg and Hancock, LLP
1970 Broadway
Suite 1200
Oakland, CA 94612

**John Richard Gillespie**
Broad & Cassel
100 SE 3rd Avenue
Suite 2700
One Financial Plaza
Fort Lauderdale, FL 33394

**Cary Neal Goldberg**
Law Offices of Cary N. Goldberg
30 North LaSalle Street
Suite 2300
Chicago, IL 60602

**Steven Goldberg**

American Bank Building
621 S.W. Morrison
Suite 1450
Portland, OR 97205

**M. Norman Goldberger**
Wolf Block Schorr and Solis-Cohen, LLP
1650 Arch Street
22nd Floor
Philadelphia, PA 19103

**William Goodman**
Center for Constitutional Rights
666 Broadway
7th Floor
New York, NY 10012

**David Usher Gourevitch**
Law Office of David Gourevitch P.C.
228 East 45th Street
17th Floor
New York, NY 10022

**Mark E. Guzzi**
271 Providence Oaks Circle
Alpharetta, GA 30004

**Jonathan L. Hafetz**
Brennan Center for Justice
161 Avenue of the Americas
12th Floor
New York, NY 10013

**John G. Haines**
Attorney General's Office
10 Franklin Sq.
New Britain, CT 06051

**F. Thomas Hecht**
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

**William J. Heller**
McCarter & English LLP
4 Gateway Center
100 Mulberry Street
Newark, NJ 07102

**William J. Heller**
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102-0652

**Amanda J. Hettinger**
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

**William D. Hewitt**
Pierce Atwood LLP
One Monument Square
Portland, ME 04101-1110

**Stephen B. Higgins**
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101-1693

**Charles F. Hinkle**
Stoel Rives, LLP
900 SW Fifth Avenue
Suite 2600
Portland, OR 97204

**Andrew W. Hull**
Hoover Hull LLP
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

**Anthony D. Irpino**
Irpino Law Firm
365 Canal Street
22nd Floor
New Orleans, LA 70130

**Joseph G. Jevic** , III
St. Martin & Williams
4084 Highway 311
P.O. Box 2017
Houma, LA 70361-2017

**Philip J. John** , Jr
Baker & Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

**C. J. Johnson**
Kalkstein Law Firm
P.O. Box 8568
Missoula, MT 59807

**Kelly Overstreet Johnson**
215 S. Monroe Street
Suite 400
P.O. Box 11300
Tallahassee, FL 32302

**Wayne R. Jortner**
Maine Public Advocate Office
112 State House Station
Augusta, ME 04333-0112

**Peter D. Keisler**
United States Department of Justice
Assistant Attorney General
20 Massachusetts Avenue, NW
Room 7312
Washington, DC 20530

**Andrew S. Kierstead**
Attorney at Law
1001 S.W. Fifth Avenue
Suite 1100
Portland, OR 97204

**Jonathan D. King**
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street
#1900
Chicago, IL 60601-1293

**Michael E. Kipling**
Kipling Law Group PLLC
3601 Fremont Avenue N.

Suite 414
Seattle, WA 98103

**Jennifer Alison Klear**
Drinker, Biddle & Reath, LLP
140 Broadway, 39th Floor
New York,, NY 10005

**Seth R. Klein**
Schatz & Nobel, P.C.
One Corporate Center
20 Center Street
Suite 1700
Hartford, CT 06103

**Joseph R. Knight**
Baker Botts LLP
98 San Jacinto Blvd.
Suite 1500
Austin, TX 78701-4039

**Peter B. LaFond**
6 State House Station
Augusta, ME 04333-0006

**Melanie G. Lagarde**
St. Martin & Williams
4084 Highway 311
Houma, LA 70360

**Stephen Laudig**
2440 Campus Road, #429
Honolulu, HI 96822

**David L. Lawson**
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006

**Lawrence S. Lustberg**
Gibbons Del Deo Gregginer & Vecchione
One Riverfront Plaza
Newark, NJ 07102-5497

**Roger L. Mandel**
Stanley Mandel & Iola LLP
3100 Monticello ave
Suite 750
Dallas, TX 75205

**Carl J. Mayer**
66 Witherspoon Street
Suite 414
Princeton, NJ 08542

**Lori McAllister**
Dykema Gossett PLLC
201 Townsend Street
Suite 900
Lansing, MI 48933

**John F. Medler**                                    **, Jr**
Southwestern Bell Telephone Company
One Bell Center, Room 3558
St. Louis, MO 63101

**Howard A. Merten**
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

**Robert J. Metzler**                                        , II
Tyler Cooper & Alcorn - Htdf
Cityplace - 35th Floor
185 Asylum Street
Hartford, CT 06103-3488

**Donald A. Migliori**
Motley Rice LLC
321 South Main Street
Providence, RI 02940

**Randal S. Milch**
Verizon Communications Inc.
One Verizon Way
VC43E043
Baskin Ridge, NJ 07920

**Benjamin C. Mizer**
1875 Pennsylvania Ave., N.W.
Washington, DC 20006

**Alice McKenzie Morical**
Hoover Hull LLP
111 Monument Circle
Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

**Randolph D. Moss**
Wilmer, Cutler, Pickering, Hale & Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

**Carl J. Nichols**
US Department of Justice
950 Pennsylvania Avenue, NW
Room 3141
Washington, DC 20530

**Michael C. O'Malley**
Siben & Siben, LLP
90 East Main Street
BayShore, NY 11706

**Michele L. Odorizzi**
Mayer Brown Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603

**Wendy Sangbee Park**
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601

**Robert J. Patterson**
Watts Law Firm LLP
555 N. Carancahua Street
Twr II Bldg 14th Floor
Corpus Christi, TX 78401

**Paul Lee Peyronnin**
Baker donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

**Michael James Philippi**
Ungaretti & Harris LLP

3500 Three First National Plaza
Chicago, IL 60602

**Kathryn Potter**
,

**Michael Ratner**
Center for Constitutional Rights
666 Broadway
7th Floor
New York, NY 10012

**Renee Colette Redman**
American Civil Liberties Unon
32 Grand Street
Hartford, CT 06106

**Eric A. Reicher**
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005-5901

**Jason S. Ritchie**
Holland & Hart
P.O. Box 639
Billings, MT 59103

**Harry Rosenberg**
Phelps Dunbar, LLP
Canal Place
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534

**Sharon B. Rosenberg**
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

**Michael J. Ross**
Slater Ross
1850 Benjamin Franklin Plaza
1 S.W. Columbia Street
Portland, OR 97258

**William A. Rossbach**
Rossbach & Whiston
401 North Washington Street
P.O. Box 8988
Missoula, MT 59807-8988

**Alan Norris Salpeter**
Mayer, Brown, Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603

**Vera Mary Scanlon**
Beldock Levine & Hoffman LLP
99 Park Avenue, 16th Floor
New York, NY 10016

**Ronald P. Schiller**
DLA Piper Rudnick Gray Cary US LLP
One Liberty Place
Suite 4900
1650 Market Street
Philadelphia, PA 19103

**Mark Schlosberg**
American Civil Liberties Union Fndt.

1663 Mission Street, Suite 460
San Francisco, CA 94103

**Eric Schneider**
1730 South Federal Hwy. #104
Delray Beach, FL 33483

**Adam D. Schwartz**
Roger BaldwinFoundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601-7401

**John D. Seiver**
Cole Raywid & Braverman, LLP
1919 Pennsylvania Ave., N.W.
Suite 200
Washington, DC 20006

**Victoria S. Shin**
U.S. Attorney's Office - NH
157 Church Street, 23rd Floor
New Haven, CT 06510

**Vanessa Dawn Sloat-Rogers**
Gordon Hargrove & James, P.A.
2400 E. Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308

**Susan J. Steele**
United States Atttorney's Office
970 Br4oad Street
Suite 700
Newark, NJ 07102

**David H. Sternlieb**
Shapiro & Sternlieb, LLC
800 Tennent Road
Manalapan, NJ 07726

**A. David Stippler**
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

**Ted W. Stroud**
Oade Stroud & Kleiman PC
200 Woodland Pass
P.O. Box 1296
East Lansing, MI 48826-1296

**Brendan V. Sullivan**
Williams & Connolly
725 12th St N.W.
Washington, DC 20005

**Susan Rochelle Szabo**
Munger Tolles & Olson
355 S Grand Ave 35th Fl
Los Angeles, CA 90071

**Davis Wright Tremaine**
Attorney at Law
101 California Street
Ste 3275
San Francisco, CA 94111

**M. Stephen Turner**

```
Broad & Cassel
215 South Monroe Street
Suite 400
P.O. Box 11300
Tallahassee, FL 32302
```

**Stanley A. Twardy**                                          **, Jr**
```
Day Pitney LLP-Stmfd-CT
One Canterbury Green
Stamford, CT 06901-2047
```

**Timothy Alfred Valliere**
```
Bushell & Valliere, LLP
60 East 42nd Street
Suite 2925
New York, NY 10165
```

**Christine Varney**
```
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
```

**Marc Ver Der Hout**
```
Ver Der Hout & Brigagliano
180 Sutter Street, 5th Floor
San Francisco, CA 94123
```

**Thomas P. Walsh**
```
United States Attorney's Office NDIL
219 South Dearborn Street
Suite 500
Chicago, IL 60604
```

**Peter Wasylyk**
```
Law Offices of Peter Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908
```

**Mikal C. Watts**
```
Watts Law Firm, LLP
Tower II Bldg, 14th Floor
555 North Carancahua Street
Corpus Christi, TX 78478
```

**Henry Weissmann**
```
Munger Tolles & Olson LLP
560 Mission St.
27th Floor
San Francisco, CA 94105-2907
```

**Brian W. Welch**
```
Bingham McHale, LLP
10 West Market Street
Market Tower, Suite 2700
Indianapolis, IN 46204
```

**John C. Whitfield**
```
Whitfield & Cox PSC
29 East Center Street
Madisonville, KY 42431
```

**Conrad S.P. Williams**                                          **, III**
```
St. Martin, Williams & Bourque
P.O. Box 2017
Houma, LA 70361
```

**Daniel D. Williams**
```
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
```

**Matthew A. Woolf**
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

**Anthony J. Zarillo**                                        **, Jr**
Courter, Kobert & Cohen, PC
1001 Route 517
Hackettstown, NJ 07840

**Jacie C. Zolna**
Myron M. Cherry & Associates
30 North LaSalle Street
Suite 2300
Chicago, IL 60602

**Peter H. zamore**
Sheehey Furlong & Behm P.C.
P.O. Box 66
Burlington, VT 05402-0066