Shayana Kadidal
Michael Ratner
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317
Phone: (212) 614-6438
Fax: (212) 614-6499
Email: kadidal@ccr-ny.org

David Cole
c/o Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Phone:(202) 662-9078

Michael Avery
J. Ashlee Albies
NATIONAL LAWYERS GUILD
c/o Suffolk Law School
120 Tremont Street
Boston, MA 02108
Phone: (617) 573-8551

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates Only to:<br>*Center for Constitutional Rights v. Bush*, (Case No. 07-1115) | **No. M:06-cv-01791-VRW**<br><br>**STIPULATION TO ALTER BRIEFING SCHEDULE in** *Center for Constitutional Rights v. Bush (07-1115)*<br><br>Judge: Hon. Vaughn R. Walker<br>Date: August 9, 2007<br>Time: 2 p.m.<br>Courtroom: 6, 17th Floor |

# STIPULATION

By order of this Court, Plaintiffs' supplemental brief was due today. However, this morning the United States Court of Appeals for the Sixth Circuit issued a very lengthy opinion in *ACLU v. NSA*, Nos. 06-2095/2140 (July 6, 2007). In order to allow Plaintiffs' counsel to fully brief any responses to the new opinion without the need for any further additional submission to the Court, counsel for Plaintiffs and Defendants have agreed to mutually extend the deadlines for their respective remaining supplemental briefs by one business day.

Therefore, the Plaintiffs and Defendants in the *CCR* action, through their undersigned counsel, hereby stipulate to the following schedule and request that the Court make this stipulation an order of the Court:

1. Plaintiffs in *CCR* will file their own supplemental points and authorities in support of their position on the pending motions, including their response to Defendants' supplemental brief, and any response to the opinion of the Sixth Circuit in *ACLU v. NSA*, Nos. 06-2095/2140 (July 6, 2007), by Monday, July 9, 2007.

2. Defendants will file a reply brief by Friday, July 20, 2007.

The time and date set for oral argument on the pending motions (August 9, 2007, at 2 p.m.) shall remain unchanged.

DATED: July 6, 2007                    Respectfully Submitted,

      /s/Shayana Kadidal
Shayana Kadidal
Michael Ratner
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317
Phone: (212) 614-6438
Fax: (212) 614-6499
Email: kadidal@ccr-ny.org

David Cole
c/o Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Phone:(202) 662-9078

Michael Avery
J. Ashlee Albies
NATIONAL LAWYERS GUILD
c/o Suffolk Law School
120 Tremont Street
Boston, MA 02108
Phone: (617) 573-8551

*Attorneys for Plaintiffs*

# DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, SHAYANA KADIDAL, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2007, in the City of New York, New York.

By: *s/ Shayana Kadidal*
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317
(212) 614-6438
*Attorneys for Plaintiffs*

By: *s/ Anthony J. Coppolino*
Anthony J. Coppolino
Special Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 7328
Washington, DC 20001
(202) 514-4782
*Attorneys for Federal Defendants*
*in their Official Capacities*