PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
Email: tony.coppolino@usdoj.gov
ANDREW H. TANNENBAUM
Trial Attorney
Email: andrew.tannenbaum@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263
Fax: (202) 616-8460

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW** <br><br> **DEFENDANTS' NOTICE OF FILINGS RELATED TO UPCOMING HEARING** |
| This Document Relates Only To: <br><br> *Center for Constitutional Rights v. Bush*, (Case No. 07-1115) | Judge: Hon. Vaughn R. Walker <br> Date: August 9, 2007 <br> Time: 2 p.m. <br> Courtroom: 6, 17th Floor |

**Defendants' Notice of Filings Related to Upcoming Hearing**
*Center for Constitutional Rights v. Bush* (07-CV-1115 VRW)
M:06-CV-1791-VRW

For the convenience of the Court, Defendants hereby attach the following unclassified documents, which are related to the upcoming hearing in this matter and were submitted by Defendants to the United States District Court for the Southern District of New York prior to the transfer of this case:

1. Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment.

2. Defendants' Motion to Stay Consideration of Plaintiffs' Motion for Summary Judgment.

3. Defendants' Memorandum of Points and Authorities in Support of the United States' Assertion of the Military and State Secrets Privilege; Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment; and Defendants' Motion to Stay Consideration of Plaintiffs' Motion for Summary Judgment.

4. Defendants' Reply in Support of Motion to Dismiss or, in the Alternative, for Summary Judgment.

5. Public Declaration of John D. Negroponte, Director of National Intelligence.

6. Public Declaration of Major General Richard J. Quirk, Signals Intelligence Director, National Security Agency.

7. Defendants' Notice of Lodging of *In Camera*, *Ex Parte* Material. Specifically, the classified materials referenced in this Notice and lodged were:

    a. *In Camera, Ex Parte* Classified Memorandum of Points and Authorities in Support of the United States' Assertion of the Military and State Secrets Privilege; Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment; and Defendants' Motion to Stay Consideration of Plaintiffs' Motion for Summary Judgment.

    b. *In Camera, Ex Parte*, Classified Declaration of John D. Negroponte, Director of National Intelligence.

    c. *In Camera*, *Ex Parte*, Classified Declaration of Major General Richard J. Quirk, Signals Intelligence Director, National Security Agency.

Subsequent to the transfer of this case, Defendants also submitted the following, which are reflected on the dockets in this Court but are reattached here for the Court's convenience:

8. Defendants' Supplemental Memorandum in Support of Motion to Dismiss or for Summary Judgment.

9. Defendants' Notice of Lodging of Classified Supplemental Memorandum for *In Camera*, *Ex Parte* Review.

10. Defendants' Notice of Lodging of Classified Declaration of Lt. Gen. Keith B. Alexander, Director, National Security Agency, for *In Camera*, *Ex Parte* Review.

**Defendants' Notice of Filings Related to Upcoming Hearing**
*Center for Constitutional Rights v. Bush* (07-CV-1115 VRW)
M:06-CV-1791-VRW

1

11-13. Three Notices of Prior Lodging explaining, for the sake of clarity, that Defendants lodged the classified material identified in item 7 above prior to the transfer of this case.[1]

Defendants also note that, pursuant to the stipulation entered by the Court (and any subsequent modification thereof), Defendants will file a reply to Plaintiffs' forthcoming supplemental submission.

Finally, Defendants submit, as item number 14, the attached transcript of the oral argument held on the above motions in the Southern District of New York on September 5, 2006.

DATED: July 9, 2007

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

   */s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov

   */s/ Andrew H. Tannenbaum*
ANDREW H. TANNENBAUM
Trial Attorney
andrew.tannenbaum@usdoj.gov

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
         (202) 514-4263
Fax:   (202) 616-8460

---

[1] All classified materials submitted in this case, either before or after the transfer from the Southern District of New York, were lodged with the Court Security Officer and are available for the Court's *in camera*, *ex parte* review upon request.

**Defendants' Notice of Filings Related to Upcoming Hearing**
*Center for Constitutional Rights v. Bush* (07-CV-1115 VRW)
M:06-CV-1791-VRW

2