Shayana Kadidal
Michael Ratner
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317
Phone: (212) 614-6438
Fax: (212) 614-6499
Email: kadidal@ccr-ny.org

David Cole
c/o Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 662-9078

Michael Avery
J. Ashlee Albies
NATIONAL LAWYERS GUILD
c/o Suffolk Law School
120 Tremont Street
Boston, MA 02108
Phone: (617) 573-8551

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates Only to:<br>*Center for Constitutional Rights v. Bush*,<br>(Case No. 07-1115) | **No. M:06-cv-01791-VRW**<br><br>**PLAINTIFFS' NOTICE OF FILINGS RELATED TO UPCOMING HEARING**<br><br>Judge: Hon. Vaughn R. Walker<br>Date: August 9, 2007<br>Time: 2 p.m.<br>Courtroom: 6, 17th Floor |

07-CV-1115 VRW     Notice of Prior Filings

For the convenience of the Court, Plaintiffs hereby attach the following documents related to the upcoming hearing in this matter, all of which were submitted by Plaintiffs to the United States District Court for the Southern District of New York prior to the transfer of this case:

1. Plaintiffs' Complaint [Docket No. 1]
2. Plaintiffs' Motion for Summary Judgment [Dkt. No. 5]
3. Memorandum in Support of Motion for Summary Judgment [Dkt. No. 6]
4. Aff. of William Goodman in Supp't of Mot'n for Summary Judgment [Dkt. No. 9]
5. Plaintiffs' Opposition to Defendants' Motion to Dismiss [Dkt. No. 56]
6. Affirmation of Professor Stephen Gillers [Dkt. No. 58]
7. Supplemental Affirmation of William Goodman [Dkt. No. 59]
8. Affirmation of Rachel Meeropol [Dkt. No. 60]
9. Affirmation of Maria Couri LaHood [Dkt. No. 61]
10. Plaintiffs' Reply Memorandum in Support of Summary Judgment [Dkt. No. 74]

In addition, the following eight amicus briefs were submitted by various parties while the case was before the Southern District:

11. Amicus brief of business leaders [Dkt. No. 14]
12. Amicus brief of NAACP and other organizations [Dkt. No. 18]
13. Amicus brief of Ass'n of the Bar of the City of New York (in support of Plaintiffs' motion for Summary Judgment) [Dkt. No. 22]
14. Amicus brief of 72 Members of Congress [Dkt. No. 37]
15. Amicus brief of Washington Legal Foundation [Dkt. No. 44]
16. Amicus brief of Ass'n of the Bar of the City of New York (re. state secrets privilege) [Dkt. No. 53]
17. Amicus brief of Dr. Louis Fisher and Dr. William Weaver [Dkt. No. 54-1]
18. Amicus brief of professors of legal ethics *et al.* [Dkt. No. 63-1]

| | |
|---|---|
| 1 | Defendants have already filed before this Court a similar notice attaching the transcript of the oral |
| 2 | argument held before Judge Lynch of the Southern District on September 5, 2006. |

                                        Respectfully submitted,


                                          /s/Shayana Kadidal
                                        Shayana Kadidal
                                        Michael Ratner
                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        666 Broadway, 7th Floor
                                        New York, NY  10012-2317
                                        (212) 614-6438

                                        David Cole
                                        (CCR Cooperating Counsel)
                                        c/o Georgetown University Law Center
                                        600 New Jersey Avenue, N.W.
                                        Washington, D.C.  20001
                                        (202) 662-9078

                                        Michael Avery
                                        J. Ashlee Albies
                                        NATIONAL LAWYERS GUILD
                                        c/o Suffolk Law School
                                        120 Tremont Street
                                        Boston, MA  02108
                                        (617) 573-8551

                                        *Attorneys for Plaintiffs*

July 21, 2007