PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
RUPA BHATTACHARYYA
Senior Trial Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
Trial Attorneys
Email: tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460

*Attorneys for the Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW**<br><br>STIPULATION ON PAGE LIMITS; ~~PROPOSED~~ ORDER<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |
| This Document Relates Only To:<br><br>*Center for Constitutional Rights v. Bush*,<br>(Case No. 07-cv-1115) | |

**Stipulation and Proposed Order to Set Page Limits** (M:06-CV-1791-VRW)
*Center for Constitutional Rights v. Bush* (07-CV-1115-VRW)

**RECITAL**

The parties seek the Court's approval of modest page limit extensions in connection with the supplemental briefs submitted to the Court in this action (*Center for Constitutional Rights v. Bush*, Case No. 07-CV-1115) in support of the parties' pending dispositive motions. The parties believe the additional pages they respectively request are needed to inform the Court fully of the parties' position on the significant issues raised in this case.

**STIPULATION**

A. Plaintiffs request, and the Defendants consent, that the page limit on Plaintiffs' Supplemental Memorandum filed on July 9, 2007 (Dkt. No. 13) (07-CV-1115) be extended to the length of that memorandum (26 pages of text).

B. Defendants request, and the Plaintiffs consent, that the page limit on Defendants' Supplemental Reply Memorandum filed on July 20, 2007, be extended to 20 pages of text.

DATED: July 20, 2007              Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone:   (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By:     */s Anthony J. Coppolino*
              Anthony J. Coppolino

*Attorneys for Defendants*

1 **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2 I, ANTHONY J. COPPOLINO, hereby declare pursuant to General Order 45, § X.B, that

3 I have obtained the concurrence in the filing of this document from each of the other signatories

4 listed below.

5 I declare under penalty of perjury that the foregoing declaration is true and correct.

6 Executed on July 20, 2007, in the City of Washington, District of Columbia.

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone:   (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By:   *s/ Anthony J. Coppolino*
          Anthony J. Coppolino

*Attorneys for Defendants*


By:   *s/ Shayana Kadidal*
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317
(212) 614-6438

*Attorney for Plaintiffs*

1 | **[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, it is hereby ORDERED that:

1. The page limit on Plaintiffs' Supplemental Memorandum filed on July 9, 2007 (Dkt. No. 13) (07-cv-1115) shall be extended to the length of that memorandum (26 pages of text).

2. The page limit on Defendants' Supplemental Reply Memorandum filed on July 20, 2007 shall be extended to 20 pages.

IT IS SO ORDERED.

Dated: __July 24__, 2007.



_____
Hon. Vaughn R. Walker
United States District Judge

**Stipulation and Proposed Order to Set Page Limits**(M:06-CV-1791-VRW)
*Center for Constitutional Rights v. Bush* (07-CV-1115-VRW)   3