| | |
|---|---|
| 1 | PETER D. KEISLER |
|  | Assistant Attorney General, Civil Division |
| 2 | CARL J. NICHOLS |
|  | Deputy Assistant Attorney General |
| 3 | JOSEPH H. HUNT |
|  | Director, Federal Programs Branch |
| 4 | ANTHONY J. COPPOLINO |
|  | Special Litigation Counsel |
| 5 | tony.coppolino@usdoj.gov |
|  | ANDREW H. TANNENBAUM |
| 6 | Trial Attorney |
|  | andrew.tannenbaum@usdoj.gov |
| 7 | U.S. Department of Justice |
|  | Civil Division, Federal Programs Branch |
| 8 | 20 Massachusetts Avenue, NW |
|  | Washington, D.C. 20001 |
| 9 | Phone: (202) 514-4782 |
|  | Fax:     (202) 616-8470 |
| 10 | *Attorneys for the United States of America* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. M:06-cv-01791-VRW |
| _____ | **NOTICE OF LODGING BY THE UNITED STATES OF CLASSIFIED REPLY MEMORANDUM** |
| <u>This Document Relates To</u>: |  |
| (1) All Actions Against the *MCI* and *Verizon* Defendants in the Master MCI and Verizon Consolidated Complaint, Dkt. 125; (2) *Bready v. Verizon Maryland* (06-06313); (3) *Chulsky v. Cellco Partnership d/b/a/ Verizon Wireless* (06-06570); (4) *Riordan v. Verizon Communications* (06-03574). | Hon. Vaughn R. Walker<br>Date:  August 30, 2007<br>Time:  2:00 p.m.<br>Courtroom:  6 |

**Notice of Lodging of Classified Reply Memorandum**
**MDL No. 06-1791-VRW**

**NOTICE BY THE UNITED STATES OF LODGING OF CLASSIFIED REPLY MEMORANDUM**

The United States hereby gives notice that on August 3, 2007, the Government lodged with the Court Security Officer the Classified Reply Memorandum of the United States in Support of the State Secrets Privilege and Motion to Dismiss or, in the Alternative, for Summary Judgment, in the above-captioned proceeding for the Court's *in camera*, *ex parte* review.

Dated: August 3, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

  *s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov

  *s/ Andrew H. Tannenbaum*
ANDREW H. TANNENBAUM
Trial Attorney
andrew.tannenbaum@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/ (202) 514-4263
Fax:    (202) 616-8470/ (202) 616-8202

*Attorneys for the United States of America*

**Notice of Lodging of Classified Reply Memorandum**
**MDL No. 06-1791-VRW**