1  PETER D. KEISLER
   Assistant Attorney General, Civil Division
2  CARL J. NICHOLS
   Deputy Assistant Attorney General
3  JOSEPH H. HUNT
   Director, Federal Programs Branch
4  ANTHONY J. COPPOLINO
   Special Litigation Counsel
5  ANDREW H. TANNENBAUM
   Trial Attorney
6  Email: tony.coppolino@usdoj.gov
   U.S. Department of Justice
7  Civil Division, Federal Programs Branch
   20 Massachusetts Avenue, NW, Rm. 6102
8  Washington, D.C. 20001
   Phone: (202) 514-4782
9  Fax: (202) 616-8460
   *Attorneys for the United States of America*

10

11                  **UNITED STATES DISTRICT COURT**

12                  **NORTHERN DISTRICT OF CALIFORNIA**

13                  **SAN FRANCISCO DIVISION**

14  )                              **No. M:06-cv-01791-VRW**
    )
    IN RE NATIONAL SECURITY AGENCY   )
15  TELECOMMUNICATIONS RECORDS      )    **ADMINISTRATIVE MOTION FOR**
    LITIGATION                      )    **ENLARGEMENT OF PAGES FOR**
16                                  )    **REPLY BRIEF BY THE UNITED**
    _____   )    **STATES OF AMERICA**
17                                  )
    This Document Relates To:       )    Hon. Vaughn R. Walker
18                                  )    Date:   August 30, 2007
    (1) All Actions Against the *MCI* and *Verizon*   )    Time:   2:00 p.m.
19  Defendants in the Master MCI and Verizon   )    Courtroom:  6
    Consolidated Complaint, Dkt. 125; (2) *Bready*   )
20  *v. Verizon Maryland* (06-06313); (3) *Chulsky v.*   )
    *Cellco Partnership d/b/a/ Verizon Wireless* (06-   )
21  06570); (4) *Riordan v. Verizon Communications*   )
    (06-03574).                     )
22  _____

23

24

25

26

27

28

_____

No. M:06-cv-01791-VRW—ADMINISTRATIVE MOTION FOR ENLARGEMENT OF REPLY PAGES BY THE
UNITED STATES OF AMERICA

Intervenor Defendant United States of America hereby moves, pursuant to Civil L.R. 7-11, for an order of enlargement of the page limit for (1) the unclassified Reply Memorandum of the United States in Support of the State Secrets Privilege and Motion to Dismiss or, in the Alternative, for Summary Judgment, to include a total of 46 pages; and (2) the classified Reply Memorandum of the United States in Support of the State Secrets Privilege and Motion to Dismiss or, in the Alternative, for Summary Judgment, lodged *ex parte* and *in camera*, for the length of that memorandum. The additional pages beyond the 25-page limit for each memorandum are needed in order to inform the Court fully of the grounds supporting dismissal of this matter based on the assertion of the military and state secrets privilege and other specified statutory privileges in response to Plaintiffs' 54-page opposition brief (Dkt. No. 315).

The Verizon and MCI Defendants do not oppose this motion. Counsel for the Plaintiffs have not yet respond to the Government's request for their position on this motion and, thus, may oppose the motion.

DATED: August 3, 2007

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

_____*s/ Anthony J. Coppolino*_____
ANTHONY J. COPPOLINO
Special Litigation Counsel

_____*s/ Andrew H. Tannenbaum*_____
ANDREW H. TANNENBAUM
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov