| | |
|---|---|
| WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>John A. Rogovin (*pro hac vice*)<br>Randolph D. Moss (*pro hac vice*)<br>Samir C. Jain   SBN 181572<br>Brian M. Boynton   SBN 222193<br>Catherine M.A. Carroll (*pro hac vice*)<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>Fax: (202) 663-6363<br>Email: john.rogovin@wilmerhale.com<br><br>Randal S. Milch (*pro hac vice*)<br>Verizon Communications Inc.<br>One Verizon Way, VC 43E043<br>Basking Ridge, NJ 07920<br>Telephone: (908) 559-1752<br>Fax: (908) 696-2136 | MUNGER, TOLLES & OLSON LLP<br>Henry Weissmann   SBN 132418<br>Susan R. Szabo   SBN 155315<br>Aimee A. Feinberg   SBN 223309<br>355 South Grand Avenue, Suite 3500<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>Email: Henry.Weissmann@mto.com |

Attorneys for Verizon Communications Inc.,
Verizon Northwest Inc., Verizon Florida Inc.,
and MCI Communications Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION<br><br>This Document Relates To:<br><br>All Actions Against the MCI and Verizon Defendants in the Master MCI and Verizon Consolidated Complaint, Dkt. 125 | MDL NO. 06-1791 VRW<br><br>**SECOND REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date: August 30, 2007<br>Time: 2:00 p.m.<br>Courtroom: 6 (17th floor)<br>Judge: Hon. Vaughn R. Walker |

| | |
|---|---|
| 1 | Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants Verizon |
| 2 | Communications Inc., Verizon Northwest Inc., Verizon Florida Inc., and MCI Communications |
| 3 | Services, Inc. hereby request that the Court take judicial notice of the document attached as |
| 4 | Exhibit 1 entitled Telecommunications Information Privacy Policy. The document can be found |
| 5 | at http://consumer.mci.com/customer_service/info_and_answers/#3. |

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants Verizon Communications Inc., Verizon Northwest Inc., Verizon Florida Inc., and MCI Communications Services, Inc. hereby request that the Court take judicial notice of the document attached as Exhibit 1 entitled Telecommunications Information Privacy Policy. The document can be found at http://consumer.mci.com/customer_service/info_and_answers/#3.

The Court may take judicial notice of the document because plaintiffs allude to it in their opposition to defendants' motion to dismiss. *See* Dkt. 319, at 48 (asserting that plaintiffs "have sufficiently alleged the material terms of MCI's privacy policies"). The accuracy of MCI's privacy policy attached hereto "cannot reasonably be questioned." Fed. R. Evid. 201(b). Accordingly, under the "'incorporation by reference' doctrine," the Court may "take into account documents 'whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading.'" *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (citation omitted). This doctrine applies when "the plaintiff's claim depends on the contents of a document, the defendant attaches the document to its motion to dismiss, and the parties do not dispute the authenticity of the document, even though the plaintiff does not explicitly allege the contents of that document in the complaint." *Id*. Because the Complaint's breach of contract claim depends on the contents of MCI's privacy policy, and because the authenticity of that document is not subject to dispute, the Court can and should take judicial notice of the attached document. In addition, the attached document is subject to judicial notice because it is published on the Internet. *Caldwell v. Caldwell*, No. C 05-4166 PJH, 2006 WL 618511, at *4 (N.D. Cal. Mar. 13, 2006) ("as a general matter, websites and their contents may be proper subjects for judicial notice").

1 | Dated: August 3, 2007
2 | WILMER CUTLER PICKERING HALE AND DORR LLP
3 |
4 | MUNGER, TOLLES & OLSON LLP
5 | Randal S. Milch
6 | By: /s/ John A. Rogovin
7 | _____
    John A. Rogovin
8 |
9 | Attorneys for Verizon Communications Inc., Verizon Northwest Inc., Verizon Florida Inc., and MCI Communications Services, Inc.