## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

## VAUGHN R. WALKER
United States District Chief Judge

**DATE:** August 9, 2007

**COURTROOM DEPUTY:** Cora Klein           **Court Reporter:** Kathy Powell

**CASE NO.** MDL NO. 06-1791 VRW

**TITLE:** IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATION RECORD LITIGATION
**This relates to: C07-1115 Center for Constitutional Rights et al v George Bush et al**

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Michael Avery, Shane Kadidal | Anthony Coppolino |
| Cindy Cohn, Ashlee Albies | Andrew Tannenbaum |

**PROCEEDINGS:**   1. United States' Motion to Dismiss
                   2. United States' Motion for Summary Judgment

**RESULTS:**   The Court heard argument from counsel.
              The Court submitted the matter(s).
              Court to issue written ruling.