IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Docket No 06-1791 VRW<br><br>ORDER |
| This Document Relates To:<br>07-1324, 07-1326, 07-1396 / | |

The United States and the AT&T and Cingular defendants have submitted for court approval a stipulation to continue the date by which said defendants must respond to the complaints in the above-referenced actions brought by the United States.

In lieu of approving the stipulation, the court now orders that the AT&T and Cingular defendants need not respond to the complaints in these three cases until further order of the court.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge