| | |
|---|---|
| Laurence F. Pulgram (CSB No. 115163) | |
| lpulgram@fenwick.com | |
| Candace Morey (CSB No. 233081) | |
| cmorey@fenwick.com | |
| FENWICK & WEST LLP | |
| 555 California Street, 12th Floor | |
| San Francisco, CA 94104 | |
| Telephone: (415) 875-2300 | |
| Facsimile: (415) 281-1350 | |

Ann Brick (CSB No. 65296)
abrick@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (4150 255-8437

Attorneys for Plaintiffs in
Dennis P. Riordan, *et al.*

Barry R. Himmelstein (CSB No. 157736)
bhimmelstein@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

Interim Class Counsel for MCI Class

Vincent I. Parrett (CSB No. 237563)
vparrett@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Boulevard
P. O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

Interim Class Counsel for
Verizon Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | MDL No. 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, | **PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE AND SUPPLEMENTAL AUTHORITIES FOR THE MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT BY THE UNITED STATES OF AMERICA AND VERIZON** |
| This Document Relates To: | |
| (1) All Class Actions Against MCI and Verizon Defendants in the Master MCI and Verizon Consolidated Complaint, Dkt. 125; (2) *Bready v. Verizon Maryland* (06-6313); (3) *Chulsky v. Cellco Partnership & Verizon Communications Inc.* (06-6570); and (4) *Riordan v. Verizon Communications Inc.* (06-3574) | |
| | Date: August 30, 2007 |
| | Time: 2:00 p.m. |
| | Courtroom: 6, 17th Floor |
| | Judge: Hon. Vaughn R. Walker |

Dockets.Justia.com

| | |
|---|---|
| Jennifer L. Kelly (CSB No. 193416) <br> jkelly@fenwick.com <br> Aaron K. Perzanowski (CSB No. 244921) <br> aperzanowski@fenwick.com <br> FENWICK & WEST LLP <br> 555 California Street, 12th Floor <br> San Francisco, CA 94104 <br> Telephone: (415) 875-2300 <br> Facsimile: (415) 281-1350 <br><br> Peter J. Eliasberg (CSB No. 189110) <br> peliasberg@aclu-sc.org <br> Peter Bibring (CSB No. 223981) <br> pbibring@aclu-sc.org <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF SOUTHERN <br> CALIFORNIA <br> 1616 Beverly Boulevard <br> Los Angeles, CA 90026 <br> Telephone: (213) 977-9500 <br> Facsimile: (213) 250-3919 <br><br> Nicole A. Ozer (CSB No. 228643) <br> nozer@aclunc.org <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF NORTHERN <br> CALIFORNIA <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> Telephone: (415) 621-2493 <br> Facsimile: (4150 255-8437 <br><br> Attorneys for Plaintiffs in <br> Dennis P. Riordan, *et al.* <br><br><br> Ronald L. Motley <br> rmotley@motleyrice.com <br> Jodi W. Flowers <br> jflowers@motleyrice.com <br> Don Migliori <br> dmigliori@motleyrice.com <br> Justin B. Kaplan <br> jkaplan@motleyrice.com <br> MOTLEY RICE LLC <br> 28 Bridgeside Boulevard <br> P. O. Box 1792 <br> Mount Pleasant, SC 29465 <br> Telephone: (843) 216-9000 <br> Facsimile: (843) 216-9440 <br><br> Interim Class Counsel for <br> Verizon Class | Elizabeth Cabraser (CSB No. 83151) <br> ecabraser@lchb.com <br> Eric B. Fastiff (CSB No. 182260) <br> efastiff@lchb.com <br> Allison Elgart (CSB No. 241901) <br> aelgart@lchb.com <br> LIEFF, CABRASER, HEIMANN & <br> BERNSTEIN, LLP <br> 275 Battery Street, 30th Floor <br> San Francisco, CA 94111-3339 <br> Telephone: 415-956-1000 <br> Facsimile: 415-956-1008 (fax) <br><br> Interim Class Counsel for MCI Class <br><br> Joshua Graeme Whitaker <br> (Appearing pursuant to MDL Rule 1.4 [U.S. <br> Dist. Ct. for the Dist. of Md. Bar No. 16457]) <br> joshuawhitaker@griffinwhitaker.com <br> Edward Nelson Griffin <br> (Appearing pursuant to MDL Rule 1.4 [U.S. <br> Dist. Ct. for the Dist. of Md. Bar No. 16435]) <br> edwardgriffin@griffinwhitaker.com <br> GRIFFIN WHITAKER LLP <br> 8730 Georgia Avenue Suite LL100 <br> Silver Spring, MD 20910 <br> Telephone: (301) 587-3345 <br> Facsimile: (888) 367-0383 <br><br><br><br> Attorneys for Plaintiffs <br> Christopher Bready, *et al*. <br><br><br> David H. Sternlieb <br> dsternlieb@shapirosternlieb.com <br> Gary S. Shapiro <br> gshapiro@shapirosternlieb.com <br> (Appearing pursuant to MDL Rule 1.4) (U.S. <br> Dist. Ct. for the Dist. of N.J.) <br> SHAPIRO & STERNLIEB, LLC <br> Attorneys At Law <br> 800 Tennent Road <br> Manalapan, New Jersey 07726 <br> Telephone: (732) 617-8050 <br> Facsimile: (732) 617-8060 <br><br><br><br><br> Counsel for <br> Plaintiffs Glen Chulsky, *et al*. |

PLAINTIFFS' MISCELLANEOUS
ADMINISTRATIVE REQUEST FOR LEAVE TO            MDL NO. 06-1791 VRW
FILE SUPPLEMENTAL REQUEST

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 7-11, Plaintiffs request an order from this Court permitting |
| 2 | them to file Plaintiffs' Supplemental Request for Judicial Notice and Supplemental Authorities |
| 3 | for the Motions to Dismiss or, in the Alternative, for Summary Judgment by the United States of |
| 4 | America and Verizon. |

Plaintiffs seek to file this Supplemental Request in order to apprise this Court of judicially noticeable factual developments that have occurred since the filing, on June 22, 2007, of Plaintiffs' Joint Opposition to the Motions to Dismiss filed by the United States and Verizon.

Specifically, Plaintiffs seek to provide the Court with:

- relevant testimony by Attorney General Alberto Gonzalez dated July 24, 2007;
- a letter from Attorney General Gonzalez to Senate Judiciary Committee Chair Patrick J. Leahy dated August 1, 2007;
- a letter from Director of National Intelligence John M. McConnell to Senator Arlen Specter, Ranking Minority Member of the Senate Judiciary Committee, dated July 31, 2007;
- relevant testimony by FBI Director Robert Mueller to the House Judiciary Committee dated July 26, 2007; and
- a transcript of the Journal Editorial Report's televised interview with the Ranking Minority Member of the House Select Intelligence dated August 6, 2007.

These public disclosures by government officials bear directly on the arguments advanced by Plaintiffs, as well as the United States and Verizon, regarding whether the facts contained in these materials are state secrets.

In addition, Plaintiffs seek to address two opinions recently issued by the Sixth and D.C. Circuit Courts of Appeal addressing the state secrets privilege, both of which were issued after the filing of Plaintiffs' Joint Opposition. *See In re Sealed Case*, 2007 WL 2067029 (D.C. Cir. Released July 20, 2007); *ACLU v. NSA*, 2007 WL 1952370, *68 (6th Cir. July 6, 2007). The Government's Reply Brief has extensively discussed these cases, and, in fairness, Plaintiffs' request leave to submit their response. *See* Government Reply Brief at 4, 12, 28 & n. 18, 29, 32, 33.

PLAINTIFFS' MISCELLANEOUS
ADMINISTRATIVE REQUEST FOR LEAVE TO -1- MDL NO. 06-1791 VRW
FILE SUPPLEMENTAL REQUEST

Plaintiffs have attached their proposed Supplemental Request as Exhibit A. Verizon and the United States do not oppose this Miscellaneous Administrative Request. See Stipulation to Plaintiffs' Miscellaneous Administrative Request.

Dated: August 20, 2007

Respectfully,

FENWICK & WEST LLP

By: /s/ Laurence F. Pulgram
Laurence F. Pulgram

Attorneys for Plaintiffs
Dennis P. Riordan, *et al.*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By: /s/ Ann Brick
Ann Brick

Attorneys for Plaintiffs
Dennis P. Riordan, *et al.*

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Barry R. Himmelstein
Barry R. Himmelstein

Interim Class Counsel for MCI Class

MOTLEY RICE LLC

By: /s/ Vincent I. Parrett
Vincent I. Parrett

Interim Class Counsel for Verizon Class

GRIFFIN WHITAKER LLP

By: <u>    /s/ Joshua Graeme Whitaker    </u>
        Joshua Graeme Whitaker

Attorneys for Plaintiffs
Christopher Bready, *et al.*

SHAPIRO & STERNLIEB, LLC

By: <u>    /s/ David H. Sternlieb    </u>
        David H. Sternlieb

Attorneys for Plaintiffs
Glen Chulsky, *et al.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Laurence F. Pulgram, Ann Brick, Vincent I. Parrett, Joshua Graeme Whitaker, and David H. Sternlieb.

724697.1