Laurence F. Pulgram (CSB No. 115163)
lpulgram@fenwick.com
Candace Morey (CSB No. 233081)
cmorey@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Ann Brick (CSB No. 65296)
abrick@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (4150 255-8437

Attorneys for Plaintiffs in
Dennis P. Riordan, *et al.*

Barry R. Himmelstein (CSB No. 157736)
bhimmelstein@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

Interim Class Counsel for MCI Class

Vincent I. Parrett (CSB No. 237563)
vparrett@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Boulevard
P. O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

Interim Class Counsel for
Verizon Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: <br><br> NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, <br><br> This Document Relates To: <br><br> (1) All Class Actions Against MCI and Verizon Defendants in the Master MCI and Verizon Consolidated Complaint, Dkt. 125; <br> (2) *Bready v. Verizon Maryland* (06-6313); <br> (3) *Chulsky v. Cellco Partnership & Verizon Communications Inc.* (06-6570); and <br> (4) *Riordan v. Verizon Communications Inc.* (06-3574) | MDL No. 06-1791 VRW <br><br> **STIPULATION TO PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE AND SUPPLEMENTAL AUTHORITIES** <br><br> Date: August 30, 2007 <br> Time: 2:00 p.m. <br> Courtroom: 6, 17th Floor <br> Judge: Hon. Vaughn R. Walker |

STIPULATION TO PLAINTIFFS'
MISCELLANEOUS ADMINISTRATIVE
REQUEST

MDL NO. 06-1791 VRW

| | |
|---|---|
| Jennifer L. Kelly (CSB No. 193416)<br>jkelly@fenwick.com<br>Aaron K. Perzanowski (CSB No. 244921)<br>aperzanowski@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone:     (415) 875-2300<br>Facsimile:      (415) 281-1350<br><br>Peter J. Eliasberg (CSB No. 189110)<br>peliasberg@aclu-sc.org<br>Peter Bibring (CSB No. 223981)<br>pbibring@aclu-sc.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA<br>1616 Beverly Boulevard<br>Los Angeles, CA 90026<br>Telephone: (213) 977-9500<br>Facsimile: (213) 250-3919<br><br>Nicole A. Ozer (CSB No. 228643)<br>nozer@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA  94111<br>Telephone:  (415) 621-2493<br>Facsimile:  (4150 255-8437<br><br>Attorneys for Plaintiffs in<br>Dennis P. Riordan, *et al.*<br><br><br>Ronald L. Motley<br>rmotley@motleyrice.com<br>Jodi W. Flowers<br>jflowers@motleyrice.com<br>Don Migliori<br>dmigliori@motleyrice.com<br>Justin B. Kaplan<br>jkaplan@motleyrice.com<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>P. O. Box 1792<br>Mount Pleasant, SC  29465<br>Telephone:  (843) 216-9000<br>Facsimile:   (843) 216-9440<br><br>Interim Class Counsel for<br>Verizon Class | Elizabeth Cabraser (CSB No. 83151)<br>ecabraser@lchb.com<br>Eric B. Fastiff (CSB No. 182260)<br>efastiff@lchb.com<br>Allison Elgart (CSB No. 241901)<br>aelgart@lchb.com<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415-956-1000<br>Facsimile: 415-956-1008 (fax)<br><br>Interim Class Counsel for MCI Class<br><br>Joshua Graeme Whitaker<br>(Appearing pursuant to MDL Rule 1.4 [U.S. Dist. Ct. for the Dist. of Md. Bar No. 16457])<br>joshuawhitaker@griffinwhitaker.com<br>Edward Nelson Griffin<br>(Appearing pursuant to MDL Rule 1.4 [U.S. Dist. Ct. for the Dist. of Md. Bar No. 16435])<br>edwardgriffin@griffinwhitaker.com<br>GRIFFIN WHITAKER LLP<br>8730 Georgia Avenue Suite LL100<br>Silver Spring, MD  20910<br>Telephone:  (301) 587-3345<br>Facsimile:  (888) 367-0383<br><br><br><br>Attorneys for Plaintiffs<br>Christopher Bready, *et al*.<br><br><br>David H. Sternlieb<br>dsternlieb@shapirosternlieb.com<br>Gary S. Shapiro<br>gshapiro@shapirosternlieb.com<br>(Appearing pursuant to MDL Rule 1.4) (U.S. Dist. Ct. for the Dist. of N.J.)<br>SHAPIRO & STERNLIEB, LLC<br>Attorneys At Law<br>800 Tennent Road<br>Manalapan, New Jersey 07726<br>Telephone:  (732) 617-8050<br>Facsimile:  (732) 617-8060<br><br><br><br>Counsel for<br>Plaintiffs Glen Chulsky, *et al*. |

Pursuat to Local Rules 7-11 and 7-12, the parties, by and through their counsel, stipulate to Plaintiffs' Miscellaneous Administrative Request for Leave to File Supplemental Request for Judicial Notice and Supplemental Authorities for the Motions to Dismiss or, in the Alternative, for Summary Judgment by the United States of America and Verizon; the parties also stipulate to any responsive filing offered by the United States or Verizon.

**IT IS SO STIPULATED.**

Dated: August 20, 2007

Respectfully,

FENWICK & WEST LLP

By: /s/ Laurence F. Pulgram
Laurence F. Pulgram

Attorneys for Plaintiffs
Dennis P. Riordan, *et al.*

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA

By: /s/ Ann Brick
Ann Brick

Attorneys for Plaintiffs
Dennis P. Riordan, *et al.*

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP

By: /s/ Barry R. Himmelstein
Barry R. Himmelstein

Interim Class Counsel for MCI Class

| | |
|---|---|
| 1 | MOTLEY RICE LLC |
| 2 | |
| 3 | By: /s/ Vincent I. Parrett |
|   | Vincent I. Parrett |
| 4 | Interim Class Counsel for Verizon Class |
| 5 | GRIFFIN WHITAKER LLP |
| 6 | |
| 7 | By: /s/ Joshua Graeme Whitaker |
|   | Joshua Graeme Whitaker |
| 8 | |
| 9 | Attorneys for Plaintiffs |
|   | Christopher Bready, *et al.* |
| 10 | SHAPIRO & STERNLIEB, LLC |
| 11 | |
| 12 | By: /s/ David H. Sternlieb |
|   | David H. Sternlieb |
| 13 | |
| 14 | Attorneys for Plaintiffs |
|   | Glen Chulsky, *et al.* |
| 15 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 16 | |
| 17 | By: /s/ Samir C. Jain |
|   | Samir C. Jain |
| 18 | |
| 19 | Attorneys for Verizon Communications Inc., Verizon Northwest Inc., Verizon Florida Inc., and MCI Communications Services, Inc. |
| 20 | |
| 21 | U.S. DEPARTMENT OF JUSTICE |
| 22 | |
| 23 | By: /s/ Carl J. Nichols |
|   | Carl J. Nichols |
| 24 | Attorneys for United States of America |

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Laurence F. Pulgram, Ann Brick, Vincent I. Parrett, Joshua

Graeme Whitaker, David H. Sternlieb, Samir C. Jain, and Carl J. Nichols.

724702.1