1  Laurence F. Pulgram (CSB No. 115163)
   lpulgram@fenwick.com
2  Candace Morey (CSB No. 233081)
   cmorey@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA 94104
   Telephone:  (415) 875-2300
5  Facsimile:  (415) 281-1350

6  Ann Brick (CSB No. 65296)
   abrick@aclunc.org
7  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN CALIFORNIA
8  39 Drumm Street
   San Francisco, CA 94111
9  Telephone: (415) 621-2493
   Facsimile: (4150 255-8437
10
   Attorneys for Plaintiffs in
11 Dennis P. Riordan, *et al.*
                                                      Vincent I. Parrett (CSB No. 237563)
                                                      vparrett@motleyrice.com
12 Barry R. Himmelstein (CSB No. 157736)              MOTLEY RICE LLC
   bhimmelstein@lchb.com                              28 Bridgeside Boulevard
13 LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP          P. O. Box 1792
   275 Battery Street, 30th Floor                    Mount Pleasant, SC 29465
14 San Francisco, CA 94111-3339                       Telephone: (843) 216-9000
   Telephone: 415-956-1000                           Facsimile:  (843) 216-9440
15 Facsimile:  415-956-1008
                                                      Interim Class Counsel for
16 Interim Class Counsel for MCI Class                Verizon Class

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                           SAN FRANCISCO DIVISION

| | |
|---|---|
| 20 IN RE: | MDL No. 06-1791 VRW |
| 21 NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS** |
| 22 LITIGATION, | **ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL** |
| 23 This Document Relates To: | **REQUEST FOR JUDICIAL NOTICE AND SUPPLEMENTAL AUTHORITIES** |
| 24 (1) All Class Actions Against MCI and Verizon Defendants in the Master MCI and | |
| 25 Verizon Consolidated Complaint, Dkt. 125; (2) *Bready v. Verizon Maryland* (06-6313); | Date:      August 30, 2007 Time:      2:00 p.m. Courtroom: 6, 17th Floor |
| 26 (3) *Chulsky v. Cellco Partnership & Verizon Communications Inc.* (06-6570); and | Judge:     Hon. Vaughn R. Walker |
| 27 (4) *Riordan v. Verizon Communications Inc.* (06-3574) | |
| 28 | |

| | |
|---|---|
| Jennifer L. Kelly (CSB No. 193416)<br>jkelly@fenwick.com<br>Aaron K. Perzanowski (CSB No. 244921)<br>aperzanowski@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br><br>Peter J. Eliasberg (CSB No. 189110)<br>peliasberg@aclu-sc.org<br>Peter Bibring (CSB No. 223981)<br>pbibring@aclu-sc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SOUTHERN<br>CALIFORNIA<br>1616 Beverly Boulevard<br>Los Angeles, CA 90026<br>Telephone: (213) 977-9500<br>Facsimile: (213) 250-3919<br><br>Nicole A. Ozer (CSB No. 228643)<br>nozer@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (4150 255-8437<br><br>Attorneys for Plaintiffs in<br>Dennis P. Riordan, *et al.*<br><br><br>Ronald L. Motley<br>rmotley@motleyrice.com<br>Jodi W. Flowers<br>jflowers@motleyrice.com<br>Don Migliori<br>dmigliori@motleyrice.com<br>Justin B. Kaplan<br>jkaplan@motleyrice.com<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>P. O. Box 1792<br>Mount Pleasant, SC 29465<br>Telephone: (843) 216-9000<br>Facsimile: (843) 216-9440<br><br>Interim Class Counsel for<br>Verizon Class | Elizabeth Cabraser (CSB No. 83151)<br>ecabraser@lchb.com<br>Eric B. Fastiff (CSB No. 182260)<br>efastiff@lchb.com<br>Allison Elgart (CSB No. 241901)<br>aelgart@lchb.com<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415-956-1000<br>Facsimile: 415-956-1008 (fax)<br><br>Interim Class Counsel for MCI Class<br><br>Joshua Graeme Whitaker<br>(Appearing pursuant to MDL Rule 1.4 [U.S.<br>Dist. Ct. for the Dist. of Md. Bar No. 16457])<br>joshuawhitaker@griffinwhitaker.com<br>Edward Nelson Griffin<br>(Appearing pursuant to MDL Rule 1.4 [U.S.<br>Dist. Ct. for the Dist. of Md. Bar No. 16435])<br>edwardgriffin@griffinwhitaker.com<br>GRIFFIN WHITAKER LLP<br>8730 Georgia Avenue Suite LL100<br>Silver Spring, MD 20910<br>Telephone: (301) 587-3345<br>Facsimile: (888) 367-0383<br><br><br><br><br><br>Attorneys for Plaintiffs<br>Christopher Bready, *et al*.<br><br><br>David H. Sternlieb<br>dsternlieb@shapirosternlieb.com<br>Gary S. Shapiro<br>gshapiro@shapirosternlieb.com<br>(Appearing pursuant to MDL Rule 1.4) (U.S.<br>Dist. Ct. for the Dist. of N.J.)<br>SHAPIRO & STERNLIEB, LLC<br>Attorneys At Law<br>800 Tennent Road<br>Manalapan, New Jersey 07726<br>Telephone: (732) 617-8050<br>Facsimile: (732) 617-8060<br><br><br><br><br>Counsel for<br>Plaintiffs Glen Chulsky, *et al*. |

1       The Court, having reviewed Plaintiffs' Miscellaneous Administrative Request for Leave to File Supplemental Request for Judicial Notice and Supplemental Authorities for the Motions to Dismiss or, in the Alternative, for Summary Judgment by the United States of America and Verizon, and for good cause shown,

      Plaintiffs' Miscellaneous Administrative Request is GRANTED.  Plaintiffs may file the proposed supplemental materials.

**IT IS SO ORDERED.**

Dated: August \_\_\_\_, 2007

_____
The Honorable Vaughn R. Walker
United States District Court Judge

724703.1