Elizabeth Cabraser (CSB No. 83151)
ecabraser@lchb.com
Barry R. Himmelstein (CSB No. 157736)
bhimmelstein@lchb.com
Eric B. Fastiff (CSB No. 182260)
efastiff@lchb.com
Allison Elgart (CSB No. 241901)
aelgart@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

Interim Class Counsel for MCI Class

Vincent I. Parrett (CSB No. 237563)
vparrett@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Boulevard
P. O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

Interim Class Counsel for Verizon Class

Laurence F. Pulgram (CSB No. 115163)
lpulgram@fenwick.com
Candace Morey (CSB No. 233081)
cmorey@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Ann Brick (CSB No. 65296)
abrick@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (4150 255-8437

Attorneys for Plaintiffs Dennis P. Riordan, *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: <br><br> NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, <br><br> This Document Relates To: <br><br> (1) All Class Actions Against MCI and Verizon Defendants in the Master MCI and Verizon Consolidated Complaint, Dkt. 125; <br> (2) *Bready v. Verizon Maryland* (06-6313); <br> (3) *Chulsky v. Cellco Partnership & Verizon Communications Inc.* (06-6570); and <br> (4) *Riordan v. Verizon Communications Inc.* (06-3574) | MDL No. 06-1791 VRW <br><br> **PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SECOND SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE FOR THE MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT BY THE UNITED STATES OF AMERICA AND VERIZON** <br><br> Date: August 30, 2007 <br> Time: 2:00 p.m. <br> Courtroom: 6, 17th Floor <br> Judge: Hon. Vaughn R. Walker |

| | |
|---|---|
| Peter J. Eliasberg (CSB No. 189110) <br> peliasberg@aclu-sc.org <br> Peter Bibring (CSB No. 223981) <br> pbibring@aclu-sc.org <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF SOUTHERN <br> CALIFORNIA <br> 1616 Beverly Boulevard <br> Los Angeles, CA 90026 <br> Telephone: (213) 977-9500 <br> Facsimile: (213) 250-3919 | Joshua Graeme Whitaker <br> (Appearing pursuant to MDL Rule 1.4 [U.S. Dist. Ct. for the Dist. of Md. Bar No. 16457]) <br> joshuawhitaker@griffinwhitaker.com <br> Edward Nelson Griffin <br> (Appearing pursuant to MDL Rule 1.4 [U.S. Dist. Ct. for the Dist. of Md. Bar No. 16435]) <br> edwardgriffin@griffinwhitaker.com <br> GRIFFIN WHITAKER LLP <br> 8730 Georgia Avenue Suite LL100 <br> Silver Spring, MD 20910 <br> Telephone: (301) 587-3345 <br> Facsimile: (888) 367-0383 |
| | Attorneys for Plaintiffs Christopher Bready, *et al*. |
| Jennifer L. Kelly (CSB No. 193416) <br> jkelly@fenwick.com <br> Aaron K. Perzanowski (CSB No. 244921) <br> aperzanowski@fenwick.com <br> FENWICK & WEST LLP <br> 555 California Street, 12th Floor <br> San Francisco, CA 94104 <br> Telephone: (415) 875-2300 <br> Facsimile: (415) 281-1350 | Ronald L. Motley <br> rmotley@motleyrice.com <br> Jodi W. Flowers <br> jflowers@motleyrice.com <br> Don Migliori <br> dmigliori@motleyrice.com <br> Justin B. Kaplan <br> jkaplan@motleyrice.com <br> MOTLEY RICE LLC <br> 28 Bridgeside Blvd., P. O. Box 1792 <br> Mount Pleasant, SC 29465 <br> Telephone: (843) 216-9000 <br> Facsimile: (843) 216-9440 |
| | Interim Class Counsel for Verizon Class |
| Nicole A. Ozer (CSB No. 228643) <br> nozer@aclunc.org <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF NORTHERN <br> CALIFORNIA <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> Telephone: (415) 621-2493 <br> Facsimile: (4150 255-8437 <br><br> Attorneys for Plaintiffs in <br> Dennis P. Riordan, *et al.* | David H. Sternlieb <br> dsternlieb@shapirosternlieb.com <br> Gary S. Shapiro <br> gshapiro@shapirosternlieb.com <br> (Appearing pursuant to MDL Rule 1.4) (U.S. Dist. Ct. for the Dist. of N.J.) <br> SHAPIRO & STERNLIEB, LLC <br> Attorneys At Law <br> 800 Tennent Road <br> Manalapan, New Jersey 07726 <br> Telephone: (732) 617-8050 <br> Facsimile: (732) 617-8060 <br><br> Counsel for Plaintiffs Glen Chulsky, *et al*. |

Pursuant to Civil Local Rule 7-11, Plaintiffs request an order from this Court permitting them to file Plaintiffs' Second Supplemental Request for Judicial Notice for the Motions to Dismiss or, in the Alternative, for Summary Judgment by the United States of America and Verizon. Plaintiffs seek to file this Second Supplemental Request in order to

apprise this Court of further judicially noticeable factual developments that have occurred since the filing, on June 22, 2007, of Plaintiffs' Joint Opposition to the Motions to Dismiss filed by the United States and Verizon.

Specifically, Plaintiffs seek to provide the Court with relevant statements by Director of National Intelligence John M. McConnell during an interview with Chris Roberts of the *El Paso Times* published on August 22, 2007. These public statements by the nation's highest intelligence official bear directly on the alleged secrecy of the warrantless surveillance program(s) at issue in this litigation.

Plaintiffs have attached their proposed Supplemental Request as Exhibit E. Verizon and the United States do not oppose this Miscellaneous Administrative Request. *See* Stipulation to Plaintiffs' Miscellaneous Administrative Request.

Dated: August 27, 2007  Respectfully,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Barry R. Himmelstein
Barry R. Himmelsetin

Class Counsel for MCI Class

FENWICK & WEST LLP

By: /s/ Laurence F. Pulgram
Laurence F. Pulgram

Attorneys for Plaintiffs Dennis P. Riordan, *et al.*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By: /s/ Ann Brick
Ann Brick

Attorneys for Plaintiffs Dennis P. Riordan, *et al.*

| | |
|---|---|
| 1 | MOTLEY RICE LLC |
| 2 | |
| 3 | By: /s/ Vincent I. Parrett<br>Vincent I. Parrett |
| 4 | Interim Class Counsel for Verizon Class |
| 5 | GRIFFIN WHITAKER LLP |
| 6 | |
| 7 | By: /s/ Joshua Graeme Whitaker<br>Joshua Graeme Whitaker |
| 8 | Attorneys for Plaintiffs Christopher Bready, *et al.* |
| 9 | SHAPIRO & STERNLIEB, LLC |
| 10 | |
| 11 | By: /s/ David H. Sternlieb<br>David H. Sternlieb |
| 12 | Attorneys for Plaintiffs Glen Chulsky, *et al.* |

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Laurence F. Pulgram, Ann Brick, Vincent I. Parrett, Joshua Graeme Whitaker, and David H. Sternlieb.