Elizabeth Cabraser (CSB No. 83151)
ecabraser@lchb.com
Barry R. Himmelstein (CSB No. 157736)
bhimmelstein@lchb.com
Eric B. Fastiff (CSB No. 182260)
efastiff@lchb.com
Allison Elgart (CSB No. 241901)
aelgart@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

Interim Class Counsel for MCI Class

Vincent I. Parrett (CSB No. 237563)
vparrett@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Boulevard
P. O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

Interim Class Counsel for Verizon Class

Laurence F. Pulgram (CSB No. 115163)
lpulgram@fenwick.com
Candace Morey (CSB No. 233081)
cmorey@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Ann Brick (CSB No. 65296)
abrick@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (4150 255-8437

Attorneys for Plaintiffs Dennis P. Riordan, *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: <br><br> NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, <br><br> This Document Relates To: <br><br> (1) All Class Actions Against MCI and Verizon Defendants in the Master MCI and Verizon Consolidated Complaint, Dkt. 125; <br> (2) *Bready v. Verizon Maryland* (06-6313); <br> (3) *Chulsky v. Cellco Partnership & Verizon Communications Inc.* (06-6570); and <br> (4) *Riordan v. Verizon Communications Inc.* (06-3574) | MDL No. 06-1791 VRW <br><br> **STIPULATION TO PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SECOND SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE FOR THE MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT BY THE UNITED STATES OF AMERICA AND VERIZON** <br><br> Date: August 30, 2007 <br> Time: 2:00 p.m. <br> Courtroom: 6, 17th Floor <br> Judge: Hon. Vaughn R. Walker |

| | |
|---|---|
| Peter J. Eliasberg (CSB No. 189110)<br>peliasberg@aclu-sc.org<br>Peter Bibring (CSB No. 223981)<br>pbibring@aclu-sc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SOUTHERN<br>CALIFORNIA<br>1616 Beverly Boulevard<br>Los Angeles, CA 90026<br>Telephone: (213) 977-9500<br>Facsimile: (213) 250-3919 | Joshua Graeme Whitaker<br>(Appearing pursuant to MDL Rule 1.4 [U.S. Dist. Ct. for the Dist. of Md. Bar No. 16457])<br>joshuawhitaker@griffinwhitaker.com<br>Edward Nelson Griffin<br>(Appearing pursuant to MDL Rule 1.4 [U.S. Dist. Ct. for the Dist. of Md. Bar No. 16435])<br>edwardgriffin@griffinwhitaker.com<br>GRIFFIN WHITAKER LLP<br>8730 Georgia Avenue Suite LL100<br>Silver Spring, MD 20910<br>Telephone: (301) 587-3345<br>Facsimile: (888) 367-0383 |
| | Attorneys for Plaintiffs Christopher Bready, *et al*. |
| Jennifer L. Kelly (CSB No. 193416)<br>jkelly@fenwick.com<br>Aaron K. Perzanowski (CSB No. 244921)<br>aperzanowski@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350 | Ronald L. Motley<br>rmotley@motleyrice.com<br>Jodi W. Flowers<br>jflowers@motleyrice.com<br>Don Migliori<br>dmigliori@motleyrice.com<br>Justin B. Kaplan<br>jkaplan@motleyrice.com<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd., P. O. Box 1792<br>Mount Pleasant, SC 29465<br>Telephone: (843) 216-9000<br>Facsimile: (843) 216-9440 |
| | Interim Class Counsel for Verizon Class |
| Nicole A. Ozer (CSB No. 228643)<br>nozer@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (4150 255-8437<br><br>Attorneys for Plaintiffs<br>Dennis P. Riordan, *et al.* | David H. Sternlieb<br>dsternlieb@shapirosternlieb.com<br>Gary S. Shapiro<br>gshapiro@shapirosternlieb.com<br>(Appearing pursuant to MDL Rule 1.4) (U.S. Dist. Ct. for the Dist. of N.J.)<br>SHAPIRO & STERNLIEB, LLC<br>Attorneys At Law<br>800 Tennent Road<br>Manalapan, New Jersey 07726<br>Telephone: (732) 617-8050<br>Facsimile: (732) 617-8060<br><br>Counsel for Plaintiffs Glen Chulsky, *et al*. |

Pursuant to Local Rules 7-11 and 7-12, the parties, by and through their counsel, stipulate to Plaintiffs' Miscellaneous Administrative Request for Leave to File Second Supplemental Request for Judicial Notice for the Motions to Dismiss or, in the Alternative, for Summary Judgment by the United States of America and Verizon; the parties also stipulate the

parties also stipulate that the United States and/or Verizon Defendants may file a response prior to the hearing on the motions of similar length to Plaintiffs' first supplemental submission (Dkt. 356) and the forthcoming second supplemental submission.

**IT IS SO STIPULATED.**

Dated: August 27, 2007        Respectfully,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:        /s/ Barry R. Himmelstein
               Barry R. Himmelsetin

Class Counsel for MCI Class

FENWICK & WEST LLP

By:    /s/ Laurence F. Pulgram
              Laurence F. Pulgram

Attorneys for Plaintiffs Dennis P. Riordan, *et al.*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By:    /s/ Ann Brick
              Ann Brick

Attorneys for Plaintiffs Dennis P. Riordan, *et al.*

MOTLEY RICE LLC

By:    /s/ Vincent I. Parrett
              Vincent I. Parrett

Interim Class Counsel for Verizon Class

GRIFFIN WHITAKER LLP

By:    /s/ Joshua Graeme Whitaker
              Joshua Graeme Whitaker

Attorneys for Plaintiffs Christopher Bready, *et al.*

SHAPIRO & STERNLIEB, LLC

By: /s/ David H. Sternlieb
David H. Sternlieb

Attorneys for Plaintiffs Glen Chulsky, *et al.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Laurence F. Pulgram, Ann Brick, Vincent I. Parrett, Joshua Graeme Whitaker, Samir C. Jain, and Carl J. Nichols.