IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ORDER |

This Document Relates To:

<u>Bready et al v Verizon Maryland, Inc</u>, C 06-6313

_____/

At the August 30, 2007, the court heard argument on the motion by the United States to intervene in <u>Bready et al v Verizon Maryland, Inc</u>, C 06-6313 (MDL Doc # 252). On the record at the hearing, the court granted said motion. The remaining motions addressed by the parties at the hearing remain under submission.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge