# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

## VAUGHN R. WALKER
United States District Chief Judge

**DATE:** August 30, 2007

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:** Kathy Powell

**CASE NO.** MDL NO. 06-1791 VRW

**TITLE:** IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION
This relates to : C06-3574, C06-6313, C06-6570 and C07-0693

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Laurence Pulgram, Ann Brick | Anthony Coppolino, Carl Nichols, Andrew Tannenbaum, |
| Barry Himmelstein, Cindy Cohn | Rupa Bhattacharya |
| Allison Elgart | Randolph Moss, Randall Milch, Henry Weissman - Verizon |
|  | John Rogovin.  Gilbert Greenman - Sprint |
|  | Joshua Whitaker - Bready |
|  | Ilann Maazel - Shubert |

**PROCEEDINGS:**

1. Verizon's Motion to Dismiss for Lack of Personal Jurisdiction
2. Verizon's Motion toDismiss Complaint in Chulsky, Riordan and Bready
3. Verizon's Motion to Dismiss Plaintiffs Master Complaint.
4. United States' Motion to Dismiss Complaints on State Secrets Grounds (Chulsky, Riordan, Bready)
4. United States' Motion to Dismiss in Shubert
5. United States' Motion to Intervene  - granted

**RESULTS:**

    The Court heard argument from counsel.
    The Court took the matter(s) under-submission.
    Court to issue written ruling.