**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: | MDL 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ORDER |

This Document Relates To:

<u>Center for Constitutional Rights v Bush</u>, C 07-1115

_____/

    Plaintiffs have filed a motion to supplement their complaint in <u>Center for Constitutional Rights v Bush</u>, C 07-1115 (MDL Doc # 347). Any opposition to said motion shall be filed on or before September 28, 2007 and shall not exceed fifteen (15) pages. A reply not to exceed seven (7) pages may be filed on or before October 5, 2007.

    This matter will be submitted on the papers without a hearing absent further order of the court.

    IT IS SO ORDERED.

                                                       VAUGHN R WALKER
                                                     United States District Chief Judge