**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:** | **MDL Docket No 06-1791 VRW** |
| **NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION** | **ORDER** |
| **This Document Relates To:** | |
| **ALL CASES** | |
| _____/ | |

**PRACTICE AND PROCEDURE ORDER UPON
TRANSFER PURSUANT TO § 1407(a)(REVISED)**

1) This order shall govern the practice and procedure in those actions transferred to this court by the Judicial Panel on Multidistrict Litigation (MDL Panel) pursuant to its order of August 9, 2006, as well as all related actions originally filed in this court or transferred or removed to this court. This order shall also govern the practice and procedure in any tag-along actions transferred to this court by the MDL Panel pursuant to Rule 12 of the Rules of Procedure of the MDL Panel subsequent to the filing of the final transfer order by the clerk of this court and any related actions subsequently filed, transferred or removed to this court.

2) The actions described in paragraph 1 of this order are consolidated for pretrial purposes.

3) All pleadings and submissions in these actions shall be e-filed both in the master docket and in the individual case docket(s) of any individual case(s) to which the submission pertains. All submissions filed in these actions shall bear the identification "MDL Docket No 06-1791 VRW," and when such a submission relates to all of these actions, the "MDL Docket No 06-1791 VRW" shall be followed by the notation "ALL CASES." If a submission does not relate to all of these actions, the docket number of the individual action or actions assigned by the clerk of this court shall follow "MDL Docket No 06-1791 VRW." Parties shall comply with the standing order for the undersigned judge pertaining to chambers copies (¶ 1.4). The chambers copy of each document e-filed in these cases must clearly indicate the docket number assigned by the electronic case filing system to each such document.

4) Any submission which is to be filed in any of these actions shall be filed only with the clerk of this court and not with the transferor district court.

5) Any orders including protective orders previously entered by this court or any transferor district court shall remain in full force and effect unless modified by this court upon application.

6) Permission to file briefs in excess of the page limits set forth in Rule 7 of the Local Rules will not be routinely granted in these cases. Stipulations allowing oversized briefs will not be approved unless submitted at least five (5) court days before the first brief addressed in the stipulation is due.

7) All parties are to make best efforts to resolve scheduling and other procedural issues by conferring with opposing counsel in the case(s) before contacting the court.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge