ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To:<br><br>ALL CASES except AL HARAMAIN v. BUSH and CCR v. BUSH | MDL Docket No 06-1791 VRW<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR ORDER TO PRESERVE EVIDENCE**<br><br>Judge: The Hon. Vaughn R. Walker<br>Date: October 25, 2007<br>Time: 2:00 p.m.<br>Courtroom: 6, 17th Floor |

No. M-06-01791-VRW     PLAINTIFFS' MOTION FOR PRESERVATION ORDER

| | | |
|---|---|---|
| 1 | TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD | |
| 2 | PLEASE TAKE NOTICE that on October 25, 2007, at 2:00 p.m. in Courtroom 6 of the above captioned Court, located at 450 Golden Gate Ave., 17th Floor, San Francisco, California, Plaintiffs will, and hereby do, move the Court for an order requiring all parties to preserve documents that they know, or reasonably should know, are relevant to the above titled action. | |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on October 25, 2007, at 2:00 p.m. in Courtroom 6 of the above captioned Court, located at 450 Golden Gate Ave., 17th Floor, San Francisco, California, Plaintiffs will, and hereby do, move the Court for an order requiring all parties to preserve documents that they know, or reasonably should know, are relevant to the above titled action.

Plaintiffs seek to prevent parties from altering or destroying such information during the pendency of this action. This motion is based on this notice of motion and motion, memorandum of points and authorities, the declarations, exhibits, evidence filed in support thereof, the pleadings and papers filed in this action, and oral arguments of counsel.

DATED: September 10, 2007

ELECTRONIC FRONTIER FOUNDATION

By       /s/
    Cindy A. Cohn, Esq. (SBN 145997)
    Lee Tien, Esq. (SBN 148216)
    Kurt Opsahl, Esq. (SBN 191303)
    Kevin S. Bankston, Esq. (SBN 217026)
    Corynne McSherry, Esq. (SBN 221504)
    James S. Tyre, Esq. (SBN 083117)
    454 Shotwell Street
    San Francisco, CA 94110
    Telephone:   (415) 436-9333 x108
    Facsimile:   (415) 436-9993

ATTORNEYS FOR AT&T CLASS PLAINTIFFS AND CO-CHAIR OF PLAINTIFFS' EXECUTIVE COMMITTEE

Additional Plaintiffs' Counsel on Executive Committee and Liaison Counsel:

| ROGER BALDWIN FOUNDATION OF ACLU | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
|---|---|
| HARVEY GROSSMAN | ELIZABETH J. CABRASER |
| ADAM SCHWARTZ | BARRY R. HIMMELSTEIN |
| 180 North Michigan Avenue | ERIC B. FASTIFF |
| Suite 2300 | 275 Battery Street, 30th Floor |
| Chicago, IL 60601 | San Francisco, CA 94111-3339 |
| Telephone: (312) 201-9740 | Telephone: (415) 956-1000 |
| Facsimile: (312) 201-9760 | Facsimile: (415) 956-1008 |

| | |
|---|---|
| PLAINTIFFS' COUNSEL FOR AT&T SUBSCRIBER CLASS AND CO-CHAIR OF PLAINTIFFS' EXECUTIVE COMMITTEE | PLAINTIFFS' COUNSEL FOR MCI SUBSCRIBER CLASS |
| MOTLEY RICE LLC<br>RONALD MOTLEY<br>DONALD MIGLIORI<br>JODI WESTBROOK FLOWERS<br>JUSTIN KAPLAN<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465<br>Telephone: (843) 216-9163<br>Facsimile: (843) 216-9680 | GEORGE & BROTHERS, L.L.P.<br>R. JAMES GEORGE, JR.<br>DOUGLAS BROTHERS<br>1100 Norwood Tower<br>114 W. 7th Street<br>Austin, Texas 78701<br>Telephone: (512) 495-1400<br>Facsimile: (512) 499-0094 |
| PLAINTIFFS' COUNSEL FOR VERIZON SUBSCRIBER CLASS AND MISCELLANEOUS SUBSCRIBER CLASSES | PLAINTIFFS' COUNSEL FOR CINGULAR SUBSCRIBER CLASS |
| THE MASON LAW FIRM, PC<br>GARY E. MASON<br>NICHOLAS A. MIGLIACCIO<br>1225 19th St., NW, Ste. 500<br>Washington, DC 20036<br>Telephone: (202) 429-2290<br>Facsimile: (202) 429-2294 | MAYER LAW GROUP<br>CARL J. MAYER<br>66 Witherspoon Street, Suite 414<br>Princeton, New Jersey 08542<br>Telephone: (609) 921-8025<br>Facsimile: (609) 921-6964 |
| PLAINTIFFS' COUNSEL FOR SPRINT SUBSCRIBER CLASS | PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS |
| BRUCE I AFRAN, ESQ.<br>10 Braeburn Drive<br>Princeton, NJ 08540<br>609-924-2075 | LISKA, EXNICIOS & NUNGESSER<br>ATTORNEYS-AT-LAW<br>VAL PATRICK EXNICIOS<br>One Canal Place, Suite 2290<br>365 Canal Street<br>New Orleans, LA 70130<br>Telephone: (504) 410-9611<br>Facsimile: (504) 410-9937 |
| PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS | PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS |

| | |
|---|---|
| 1 | KRISLOV & ASSOCIATES, LTD.<br>CLINTON A. KRISLOV<br>20 North Wacker Drive<br>Suite 1350<br>Chicago, IL 60606<br>Telephone: (312) 606-0500<br>Facsimile: (312) 606-0207<br><br>PLAINTIFFS' COUNSEL FOR<br>BELLSOUTH SUBSCRIBER CLASS | THE LAW OFFICES OF STEVEN E. SCHWARZ, ESQ.<br>STEVEN E. SCHWARZ<br>2461 W. Foster Ave., #1W<br>Chicago, IL 60625<br>Telephone: (773) 837-6134<br><br>PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

By /s/
Cindy A. Cohn, Esq. (SBN.145997)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993
cindy@eff.org