WILMER CUTLER PICKERING HALE
AND DORR LLP
John A. Rogovin          (pro hac vice)
Randolph D. Moss       (pro hac vice)
Samir C. Jain          # 181572
Brian M. Boynton       #222193
Catherine M.A. Carroll        (pro hac vice)
1875 Pennsylvania Ave, NW
Washington, DC  20006
Tel.:  202-663-6000
Fax:   202-663-6363
Email:  john.rogovin@wilmerhale.com

Attorneys for Verizon Communications Inc. and
MCI, LLC

MOTLEY RICE LLC
Ronald L. Motley
Jodi W. Flowers
Donald Migliori
Justin B. Kaplan
Vincent I. Parrett       # 237563
28 Bridgeside Boulevard
P.O. Box. 1792
Mt. Pleasant, SC  29465
Tel.:  843-216-9000
Fax:  843-216-9440
Email:  vparrett@motleyrice.com

Interim Class Counsel for Verizon Class

[Additional Counsel Appear On Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS<br>RECORDS LITIGATION<br><br>This Document Relates To:<br><br>No. 06-220 (D.R.I.)/3:06-cv-5066<br>    (N.D. Cal.)<br>No. 1:06-cv-632 (E.D. Cal.)/3:06-cv-<br>    5576 (N.D. Cal.)<br>No. cv-06-77 (D. Mont.)/3:06-cv-5267<br>    (N.D. Cal.)<br>No. 06-2491 (D. La.)/3:06-cv-5343<br>    (N.D. Cal.)<br>No. cv-06-694 (D. Ore.)/3:06-cv-5341<br>    (N.D. Cal.)<br>No. 1:06-cv-2680 (N.D. Ill.)/3:06-cv-<br>    5485 (N.D. Cal.)<br>No. 06-224 (D.R.I.)/3:06-cv-5064<br>    (N.D. Cal.)<br>No. 3:06-cv-3574 (N.D. Cal.)<br>No. 3:06-cv-4221 (N.D. Cal.) | MDL NO. 06-1791 VRW<br><br>**JOINT NOTICE REGARDING<br>VERIZON'S MOTION TO DISMISS FOR<br>LACK OF PERSONAL JURISDICTION** |

1

Joint Notice Regarding Verizon's Mot. To Dismiss For Lack of Personal Jur.          MDL No. 06:1791-VRW

Dockets.Justia.com

1    At the August 30, 2007 hearing, the Court asked the parties to confer in an attempt to resolve

2    the pending motion to dismiss for lack of personal jurisdiction filed by Verizon Communications

3    Inc. ("VCI") and MCI, LLC (Dkt. # 268) and to report the results of those discussions to the Court

4    within two weeks.  The parties have conferred as requested and hereby report the results of their

5    discussions.

6        In order to promote the most efficient handling of these cases, the parties have agreed that

7    they do not object to the Court deferring a decision on the pending motion to dismiss for lack of

8    personal jurisdiction.  The parties further agree that by reaching this agreement VCI and MCI, LLC

9    have not waived their personal jurisdiction objections, any delay in deciding the personal jurisdiction

10   motion as a result of this agreement shall not be asserted or held to prejudice those objections, and

11   by reaching this agreement none of the parties has waived any of the arguments presented in the

12   briefing in connection with the pending motion to dismiss for lack of personal jurisdiction.  The

13   parties further agree that by reaching this agreement, Plaintiffs have not waived whatever rights to

14   amend their complaints to add additional or substitute parties in the future that they otherwise would

15   have, and that delay in deciding the personal jurisdictional motion as a result of this agreement shall

16   not be asserted or held to prejudice any such amendments.  The parties undertake that, if any party

17   subsequently concludes that it is no longer appropriate to defer resolution of the motion to dismiss,

18   that party will promptly notify the other parties and then the Court.[1]

19       For the reasons set forth in their joint opposition papers, (Dkt. # 313, 314, 317, 318, 321),

20   Plaintiffs maintain that personal jurisdiction exists over VCI and MCI, LLC.  As such, Plaintiffs are

21   not prepared to withdraw their claims against VCI and MCI, LLC in the states at issue in the motion

22   to dismiss even if (direct or indirect) subsidiaries of VCI and MCI, LLC that are subject to personal

23   jurisdiction in those states are named in place of VCI and MCI, LLC.  VCI and MCI, LLC, in turn,

24   continue to assert that they are not subject to personal jurisdiction in the states at issue for the

25   reasons set forth in the briefs and declarations in support of their motion to dismiss (Dkt. # 268, 269,

26

27   _____
     [1] Note that Verizon Global Networks has withdrawn its motion to dismiss *Herron v. Verizon Global
     Networks*, No. 06-2491 (D. La.), for lack of personal jurisdiction, and instead joined Verizon's
28   pending motion to dismiss the Master Complaint on the merits.  Reply brief, Dkt. # 338 at p. 2.

Joint Notice Regarding Verizon's Mot. To Dismiss For Lack of Personal Jur.                MDL No. 06:1791-VRW

1  269-2, 338, 338-2).  That said, the parties agree that the Court need not decide this pending motion

2  at this time.

3                                                         Respectfully submitted,

    Dated:      September 12, 2007

4                                                         WILMER CUTLER PICKERING HALE AND
                                                          DORR LLP

5
                                                          MUNGER, TOLLES & OLSON LLP
6
                                                          Randal S. Milch
7
                                                          By:  /s/ John A. Rogovin
8                                                         _____
                                                               John A. Rogovin
9
                                                          Attorneys for Verizon Communications Inc. and
10                                                        MCI, LLC

11
                                                          MOTLEY RICE LLC
12
                                                          By:  /s/  Vincent I. Parrett
13                                                        _____
                                                               Vincent I. Parrett
14
                                                          Interim Class Counsel for Verizon Class
15

16                                                        LIEFF, CABRASER, HEIMANN &
                                                          BERNSTEIN, LLP
17
                                                          By:  /s/  Barry R. Himmelstein
18                                                        _____
                                                               Barry R. Himmelstein
19
                                                          Interim Class Counsel for MCI Class
20

21                                                        FENWICK & WEST LLP

22                                                        By:  /s/  Laurence F. Pulgram
                                                          _____
23                                                             Laurence F. Pulgram

24                                                        Counsel for *Riordan* Plaintiffs

25

26        Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this

27  document has been obtained from Barry R. Himmelstein, Vincent I. Parrett, and Laurence F.

28  Pulgram.

3