ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional Attorneys listed on last page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To:<br><br>ALL CASES except AL HARAMAIN v. BUSH 07-0109; CENTER FOR CONSTITUTIONAL RIGHTS v. BUSH 07-1115; UNITED STATES V. FARBER, ET AL 07-1324; UNITED STATES V. ADAMS, ET. AL. 07-1323; UNITED STATES V. PALERMINO, ET AL, 07-1326; UNITED STATES V. VOLZ, ET AL, 07-1396 | MDL Docket No 06-1791 VRW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF CINDY A. COHN IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER TO PRESERVE EVIDENCE**<br><br>Date: October 25, 2007<br>Time: 2:00 p.m.<br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker |

1.      I am an attorney of record for plaintiffs in this action and a member of good Standing of the California State Bar, and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2.      Attached hereto as Exhibit A is a true and correct copy of an email I received from Tony Coppolino on August 2, 2007.

3.      Attached hereto as Exhibit B is a true and correct copy of an email message I sent to opposing counsel on July 13, 2007.

4.      Attached hereto as Exhibit C is a true and correct copy of an email I received from Tony Coppolino on June 29, 2007.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct of my personal knowledge. Executed this 20th day of September, 2007, in San Francisco, California.

/s/
Cindy A. Cohn

| | |
|---|---|
| ROGER BALDWIN FOUNDATION OF ACLU<br>HARVEY GROSSMAN<br>ADAM SCHWARTZ<br>180 North Michigan Avenue<br>Suite 2300<br>Chicago, IL 60601<br>Telephone: (312) 201-9740<br>Facsimile: (312) 201-9760<br><br>PLAINTIFFS' COUNSEL FOR AT&T SUBSCRIBER CLASS AND CO-CHAIR OF PLAINTIFFS' EXECUTIVE COMMITTEE<br><br>MOTLEY RICE LLC<br>RONALD MOTLEY<br>DONALD MIGLIORI<br>JODI WESTBROOK FLOWERS<br>JUSTIN KAPLAN<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465<br>Telephone: (843) 216-9163<br>Facsimile: (843) 216-9680<br><br>PLAINTIFFS' COUNSEL FOR VERIZON SUBSCRIBER CLASS AND MISCELLANEOUS SUBSCRIBER CLASSES<br><br>THE MASON LAW FIRM, PC<br>GARY E. MASON<br>NICHOLAS A. MIGLIACCIO<br>1225 19th St., NW, Ste. 500<br>Washington, DC 20036<br>Telephone: (202) 429-2290<br>Facsimile: (202) 429-2294<br><br>PLAINTIFFS' COUNSEL FOR SPRINT SUBSCRIBER CLASS<br><br>BRUCE I AFRAN, ESQ.<br>10 Braeburn Drive<br>Princeton, NJ 08540<br>609-924-2075<br><br>PLAINTIFFS' COUNSEL FOR | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>ELIZABETH J. CABRASER<br>BARRY R. HIMMELSTEIN<br>ERIC B. FASTIFF<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>PLAINTIFFS' COUNSEL FOR MCI SUBSCRIBER CLASS<br><br>GEORGE & BROTHERS, L.L.P.<br>R. JAMES GEORGE, JR.<br>DOUGLAS BROTHERS<br>1100 Norwood Tower<br>114 W. 7th Street<br>Austin, Texas 78701<br>Telephone: (512) 495-1400<br>Facsimile: (512) 499-0094<br><br>PLAINTIFFS' COUNSEL FOR CINGULAR SUBSCRIBER CLASS<br><br>MAYER LAW GROUP<br>CARL J. MAYER<br>66 Witherspoon Street, Suite 414<br>Princeton, New Jersey 08542<br>Telephone: (609) 921-8025<br>Facsimile: (609) 921-6964<br><br>PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS<br><br>LISKA, EXNICIOS & NUNGESSER ATTORNEYS-AT-LAW<br>VAL PATRICK EXNICIOS<br>One Canal Place, Suite 2290<br>365 Canal Street<br>New Orleans, LA 70130 |

| | |
|---|---|
| 1  BELLSOUTH SUBSCRIBER CLASS | Telephone: (504) 410-9611 |
| 2 | Facsimile: (504) 410-9937 |
| 3 | PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS |
| 4  KRISLOV & ASSOCIATES, LTD. | THE LAW OFFICES OF STEVEN E. |
| 5  CLINTON A. KRISLOV | SCHWARZ, ESQ. |
|    20 North Wacker Drive | STEVEN E. SCHWARZ |
| 6  Suite 1350 | 2461 W. Foster Ave., #1W |
|    Chicago, IL 60606 | Chicago, IL 60625 |
| 7  Telephone: (312) 606-0500 | Telephone: (773) 837-6134 |
| 8  Facsimile: (312) 606-0207 | PLAINTIFFS' COUNSEL FOR BELLSOUTH |
| 9  PLAINTIFFS' COUNSEL FOR | SUBSCRIBER CLASS |
|    BELLSOUTH SUBSCRIBER CLASS | |
| 10 | |
|    ROGER BALDWIN FOUNDATION OF | LIEFF, CABRASER, HEIMANN & |
| 11 ACLU | BERNSTEIN, LLP |
|    HARVEY GROSSMAN | ELIZABETH J. CABRASER |
| 12 ADAM SCHWARTZ | BARRY R. HIMMELSTEIN |
|    180 North Michigan Avenue | ERIC B. FASTIFF |
| 13 Suite 2300 | 275 Battery Street, 30th Floor |
| 14 Chicago, IL 60601 | San Francisco, CA 94111-3339 |
|    Telephone: (312) 201-9740 | Telephone: (415) 956-1000 |
| 15 Facsimile: (312) 201-9760 | Facsimile: (415) 956-1008 |
| 16 PLAINTIFFS' COUNSEL FOR AT&T | PLAINTIFFS' COUNSEL FOR MCI |
|    SUBSCRIBER CLASS AND CO-CHAIR OF | SUBSCRIBER CLASS |
| 17 PLAINTIFFS' EXECUTIVE COMMITTEE | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

By   /s/
Cindy A. Cohn, Esq. (SBN.145997)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993
cindy@eff.org