| | |
|---|---|
| 1 | ELECTRONIC FRONTIER FOUNDATION<br>CINDY COHN (145997) |
| 2 | cindy@eff.org<br>LEE TIEN (148216) |
| 3 | tien@eff.org<br>KURT OPSAHL (191303) |
| 4 | kurt@eff.org<br>KEVIN S. BANKSTON (217026) |
| 5 | bankston@eff.org<br>CORYNNE MCSHERRY (221504) |
| 6 | corynne@eff.org<br>JAMES S. TYRE (083117) |
| 7 | jstyre@eff.org<br>454 Shotwell Street |
| 8 | San Francisco, CA 94110<br>Telephone: 415/436-9333 |
| 9 | 415/436-9993 (fax) |
| 10 | Attorneys for AT&T Class Plaintiffs and Co-Chair of Plaintiffs' Executive Committee |
| 11 | |
| 12 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791 | ) ) ) ) | MDL Docket No 06-1791 VRW<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATION** |
| This Document Relates To:<br><br>HEPTING, et al. v. AT&T CORP., et al. (Dkt No. 06-0672) | ) ) ) ) ) | Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker |

No. 3-06-0672-VRW        STIPULATION

dockets.Justia.com

# RECITALS

A. Plaintiffs and Defendant AT&T Corp. ("AT&T") previously agreed to file public redacted versions of certain documents under seal in this matter. *See, e.g.*, Docket Entries 147 and 277.

B. Plaintiffs and AT&T have now come to further agreement on making additional information publicly available in this Court's docket.

# STIPULATION

1. Plaintiffs and AT&T, by and through their respective attorneys of record, hereby stipulate that the following documents may be unsealed in this Court's docket:

   a. Declaration of Mark Klein (Dkt. No. 230)
   b. Declaration of Mark Klein (Dkt. No. 230), Exh. A, pp. 1, 4, Exh. B, pp. 6, 20, and Exh. C, pp. 1, 3, 45-6
   c. Declaration of J. Scott Marcus (Dkt. No. 231)
   d. Declaration of J. Scott Marcus (Dkt. No. 231), Exh. L-P and Exh. U

2. Plaintiffs and AT&T further stipulate that Plaintiffs may file public versions, or in some cases public redacted versions, of the documents identified in paragraph 1 above and attached hereto as Exhibits 1-4, with this Court.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED: September 25, 2007 | ELECTRONIC FRONTIER FOUNDATION |
| 4 | | |
| 5 | | By       */s/ Cindy A. Cohn* <br> Cindy A. Cohn, Esq. (SBN 145997) <br> Lee Tien, Esq. (SBN 148216) |
| 6 | | Kurt Opsahl, Esq. (SBN 191303) <br> Kevin S. Bankston, Esq. (SBN 217026) |
| 7 | | Corynne McSherry, Esq. (SBN 221504) <br> James S. Tyre, Esq. (SBN 083117) |
| 8 | | 454 Shotwell Street <br> San Francisco, CA 94110 |
| 9 | | Telephone: (415) 436-9333 x108 <br> Facsimile: (415) 436-9993 |
| 10 | | |
| 11 | | ATTORNEYS FOR AT&T CLASS PLAINTIFFS AND CO-CHAIR OF PLAINTIFFS' EXECUTIVE COMMITTEE |
| 12 | | |
| 13 | | Additional Plaintiffs' Counsel on Executive Committee and Liaison Counsel: |
| 14 | | |
| 15 | DATED: September 25, 2007 | By       */s/ Jacob R. Sorensen* |
| 16 | | Bruce A. Ericson <br> David L. Anderson |
| 17 | | Jacob R. Sorensen <br> Marc H. Axelbaum |
| 18 | | PILLSBURY WINTRHOP SHAW PITTMAN LLP |
| 19 | | 50 Fremont Street <br> Post Office Box 7880 |
| 20 | | San Francisco, CA 94120-7880 |
| 21 | | David W. Carpenter <br> Bradford A. Berenson |
| 22 | | David L. Lawson <br> Edward L. McNicholas |
| 23 | | SIDLEY AUSTIN LLP <br> 1501 K Street, N.W. |
| 24 | | Washington, DC 2005 |
| 25 | | ATTORNEYS FOR AT&T CORP. and AT&T INC. |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| ROGER BALDWIN FOUNDATION OF ACLU<br>HARVEY GROSSMAN<br>ADAM SCHWARTZ<br>180 North Michigan Avenue<br>Suite 2300<br>Chicago, IL 60601<br>Telephone: (312) 201-9740<br>Facsimile: (312) 201-9760<br><br>PLAINTIFFS' COUNSEL FOR AT&T SUBSCRIBER CLASS AND CO-CHAIR OF PLAINTIFFS' EXECUTIVE COMMITTEE<br><br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>REED R. KATHREIN<br>JEFF D. FRIEDMAN<br>SHANA E. SCARLETT<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534<br><br>ATTORNEYS FOR AT&T CLASS PLAINTIFFS AND PLAINTIFFS' LIAISON COUNSEL<br><br>MOTLEY RICE LLC<br>RONALD MOTLEY<br>DONALD MIGLIORI<br>JODI WESTBROOK FLOWERS<br>JUSTIN KAPLAN<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465<br>Telephone: (843) 216-9163<br>Facsimile: (843) 216-9680<br><br>PLAINTIFFS' COUNSEL FOR VERIZON SUBSCRIBER CLASS AND MISCELLANEOUS SUBSCRIBER CLASSES | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>ERIC ALAN ISAACSON<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br><br>ATTORNEYS FOR AT&T CLASS PLAINTIFFS AND PLAINTIFFS' LIAISON COUNSEL<br><br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>ELIZABETH J. CABRASER<br>BARRY R. HIMMELSTEIN<br>MICHAEL W. SOBOL<br>ERIC B. FASTIFF<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>PLAINTIFFS' COUNSEL FOR MCI SUBSCRIBER CLASS<br><br>GEORGE & BROTHERS, L.L.P.<br>R. JAMES GEORGE, JR.<br>DOUGLAS BROTHERS<br>1100 Norwood Tower<br>114 W. 7th Street<br>Austin, Texas 78701<br>Telephone: (512) 495-1400<br>Facsimile: (512) 499-0094<br><br>PLAINTIFFS' COUNSEL FOR CINGULAR SUBSCRIBER CLASS | |

| | |
|---|---|
| THE MASON LAW FIRM, PC<br>GARY E. MASON<br>NICHOLAS A. MIGLIACCIO<br>1225 19th St., NW, Ste. 500<br>Washington, DC 20036<br>Telephone: (202) 429-2290<br>Facsimile: (202) 429-2294<br><br>PLAINTIFFS' COUNSEL FOR SPRINT SUBSCRIBER CLASS | MAYER LAW GROUP<br>CARL J. MAYER<br>66 Witherspoon Street, Suite 414<br>Princeton, New Jersey 08542<br>Telephone: (609) 921-8025<br>Facsimile: (609) 921-6964<br><br>PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS |
| BRUCE I AFRAN, ESQ.<br>10 Braeburn Drive<br>Princeton, NJ 08540<br>609-924-2075<br><br>PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS | LISKA, EXNICIOS & NUNGESSER<br>ATTORNEYS-AT-LAW<br>VAL PATRICK EXNICIOS<br>One Canal Place, Suite 2290<br>365 Canal Street<br>New Orleans, LA 70130<br>Telephone: (504) 410-9611<br>Facsimile: (504) 410-9937<br><br>PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS |
| KRISLOV & ASSOCIATES, LTD.<br>CLINTON A. KRISLOV<br>W. JOEL VANDER VLIET<br>20 North Wacker Drive<br>Suite 1350<br>Chicago, IL 60606<br>Telephone: (312) 606-0500<br>Facsimile: (312) 606-0207<br><br>PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS | THE LAW OFFICES OF STEVEN E. SCHWARZ, ESQ.<br>STEVEN E. SCHWARZ<br>2461 W. Foster Ave., #1W<br>Chicago, IL 60625<br>Telephone: (773) 837-6134<br><br>PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

By _____*/s/ Cindy A. Cohn*_____
Cindy A. Cohn, Esq. (SBN.145997)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993
cindy@eff.org