IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION<br><br>This Document Relates To:<br><br>06-5066; 06-5576; 06-5267; 06-5343;<br>06-5341; 06-5485; 06-5064; 06-3574;<br>06-4221<br>_____/ | MDL Docket No C 06-1791 VRW<br><br>ORDER |

In view of the parties' agreement as set forth in the joint notice at docket number 372, the clerk is directed to terminate the motion to dismiss for lack of personal jurisdiction at docket number 268 without prejudice to renewal upon request of the moving parties.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge