1    PETER D. KEISLER
      Assistant Attorney General
2    CARL J. NICHOLS
      Deputy Assistant Attorney General
3    JOSEPH H. HUNT
      Director, Federal Programs Branch
4    ANTHONY J. COPPOLINO
      Special Litigation Counsel
5    ALEXANDER K. HAAS (SBN 220932)
      Trial Attorney
6    U.S. Department of Justice
      Civil Division
7    Federal Programs Branch
      20 Massachusetts Avenue, NW
8    Washington, D.C. 20001
      Phone: (202) 514-4782
9    Fax:    (202) 616-8470

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW** |
| | **UNITED STATES' NOTICE OF LODGING OF *IN CAMERA, EX PARTE* MATERIAL** |
| This Document Relates To: | Judge: Hon. Vaughn R. Walker |
| ALL CASES except *Al-Haramain v. Bush* (07-109); *CCR v. Bush* (07-1115); *United States v. Farber* (07-1324); *United States v. Adams* (07-1323); *United States v. Palermino* (07-1326); *United States v. Volz* (07-1396); | Date:      November 15, 2007<br>Time:      2 p.m.<br>Courtroom:   6 - 17th Floor |

No. M:06-cv-01791-VRW—UNITED STATES' NOTICE OF LODGING OF *IN CAMERA, EX PARTE* MATERIAL

# UNITED STATES'S NOTICE OF LODGING OF
# *IN CAMERA, EX PARTE* MATERIAL

Intervenor the United States of America hereby provides Notice of the submission, for the Court's *in camera*, *ex parte* consideration, of the following materials in support of the United States' Opposition to Plaintiffs' Motion for an Order to Preserve Evidence:

1. United States' Classified *In Camera*, *Ex Parte* Supplemental Memorandum in Opposition to Plaintiffs' Motion for an Order to Preserve Evidence;[1] and

2. Classified *In Camera*, *Ex Parte* Declaration of a Senior NSA Official.

DATED: October 25, 2007

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

    */s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

    */s/ Alexander K. Haas*
ALEXANDER K. HAAS  (SBN 220932)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone:   (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

*Attorneys for the United States*

---

[1] An unclassified memorandum in opposition to Plaintiffs' motion has been filed on the public record.