PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  #76342
DAVID L. ANDERSON  #149604
JACOB R. SORENSEN  #209134
MARC H. AXELBAUM  #209855
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
ERIC A. SHUMSKY #206164
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8010
Facsimile:  (202) 736-8711

Attorneys for the AT&T, Cingular and BellSouth Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br><br>This Document Relates To:<br><br>ALL ACTIONS except *Al-Haramain v. Bush* (07-109); *CCR v. Bush* (07-1115); *United States v. Farber* (07-1324); *United States v. Adams* (07-1323); *United States v. Palermino* (07-1326); *United States v. Volz* (07-1396); *United States v. Gaw* (07-1242); *Clayton, et al. v. AT&T Communications of the Southwest* (07-1187) | MDL Dkt. No. 06-1791-VRW<br><br>**JOINDER OF AT&T, CINGULAR AND BELLSOUTH DEFENDANTS IN UNITED STATES' OPPOSITION TO PLAINTIFFS' MOTION FOR AN ORDER TO PRESERVE EVIDENCE (Dkt. 386)**<br><br>Date:      November 15, 2007<br>Time:      2:00 p.m.<br>Courtroom: 6, 17th Floor<br>Judge:     Hon. Vaughn R. Walker |

700849226v1

AT&T, Cingular and BellSouth Defs' Joinder in
USG's Opp. to Mot. for Order to Preserve Evidence
MDL No. 06-1791-VRW

| | |
|---|---|
| 1 | The AT&T, Cingular and BellSouth Defendants (as defined in footnotes 3 and 5 of |
| 2 | the Joint Case Management Statement, Dkt. 61-1) respectfully join the United States' |
| 3 | Opposition to Plaintiffs' Motion for an Order to Preserve Evidence ("Opposition," Dkt. |
| 4 | 386). For the reasons stated in the Opposition, this Court should deny Plaintiffs' Motion |
| 5 | for Order to Preserve Evidence (Dkt. 373). |
| 6 | Dated: October 25, 2007. |

| | | |
|---|---|---|
| 7 | PILLSBURY WINTHROP | SIDLEY AUSTIN LLP |
|   |   SHAW PITTMAN LLP | DAVID W. CARPENTER* |
| 8 | BRUCE A. ERICSON | BRADFORD A. BERENSON* |
|   | DAVID L. ANDERSON | DAVID L. LAWSON* |
| 9 | JACOB R. SORENSEN | EDWARD R. MCNICHOLAS* |
|   | MARC H. AXELBAUM | ERIC A. SHUMSKY |
| 10 | 50 Fremont Street | 1501 K Street, N.W. |
|   | Post Office Box 7880 | Washington, DC 20005 |
| 11 | San Francisco, CA 94120-7880 | |
|   | | * admitted *pro hac vice* |
| 12 | | |
| 13 | By   /s/ Bruce A. Ericson | By   /s/ Bradford A. Berenson |
|   |     Bruce A. Ericson |     Bradford A. Berenson |
| 14 | | |
| 15 | Attorneys for the AT&T, Cingular and BellSouth Defendants |

700849226v1

AT&T, Cingular and BellSouth Defs' Joinder in
USG's Opp. to Mot. for Order to Preserve Evidence
MDL No. 06-1791-VRW