1 | BRENDAN V. SULLIVAN, JR.
JOHN G. KESTER
2 | GILBERT O. GREENMAN
WILLIAMS & CONNOLLY LLP
3 | 725 Twelfth Street, N.W.
Washington, D.C. 20005
4 | Tel.: (202) 434-5000
Fax: (202) 434-5029
5 | jkester@wc.com
ggreenman@wc.com
6 |
Attorneys for Sprint Nextel Corp.,
7 | Sprint Communications Co. L.P.,
Sprint Spectrum L.P. and
8 | Nextel West Corp.

IN THE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

-- San Francisco Division --

| | |
|---|---|
| In re: | MDL Dkt. No. 06-1791-VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | SPRINT'S JOINDER IN UNITED STATES' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO PRESERVE EVIDENCE |
| This document relates to: | Date: November 15, 2007 |
| Nos. C-06-6222-VRW; | Time: 2:00 p.m. |
| C-06-6224-VRW; | Courtroom: 6, 17th Floor |
| C-06-6254-VRW; | Judge: Hon. Vaughn R. Walker |
| C-06-6295-VRW; | |
| C-07-0464-VRW | |

The Sprint defendants[1] join the United States' Opposition to Plaintiffs' Motion for Order To Preserve Evidence (Dkt. 386). For the reasons stated in the government's opposition, this Court should deny Plaintiffs' Motion for Order To Preserve Evidence (Dkt. 373).

By so joining, Sprint makes no express or implied admission regarding the existence of evidence relevant to the allegations in these proceedings.

Respectfully submitted,

/s/ *John G. Kester*

BRENDAN V. SULLIVAN, JR.
JOHN G. KESTER
GILBERT O. GREENMAN

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029
jkester@wc.com
ggreenman@wc.com

Attorneys for Sprint Nextel Corp., Sprint Communications Co. L.P, Sprint Spectrum L.P. and Nextel West Corp.

October 25, 2007

---

[1] The Sprint defendants are Sprint Nextel Corp., Sprint Communications Co. L.P., Sprint Spectrum L.P. and Nextel West Corp.

- 2 -

Sprint's Joinder in United States'
Opposition to Plaintiffs' Motion
for Order To Preserve Evidence
MDL Dkt. No. 06-1791-VRW