Ilann M. Maazel
Matthew D. Brinckerhoff
Kennisha Austin
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
Telephone: (212) 763-5000
Facsimile: (212) 763-5001

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>VIRGINIA SHUBERT, NOHA ARAFA, SARAH DRANOFF and HILARY BOTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against –<br><br>GEORGE W. BUSH, MICHAEL V. HAYDEN, KEITH B. ALEXANDER, ALBERTO GONZALES, JOHN ASHCROFT, UNITED STATES OF AMERICA, and JOHN/JANE DOES #1-100 (07-693) | MDL Docket No. 06-1791 (VRW)<br><br>NOTICE OF MANUAL FILING |

**Regarding:** Response of Plaintiffs to the Court's Order of November 6, 2007 Concerning Document Preservation

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

For information on retrieving this filing directly from the court, please see the court's

Dockets.Justia.

main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

_____ Voluminous Document (PDF file size larger than efiling system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description): _____

_____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

__X__ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

_____ Other (description):_____

Dated: December 14, 2007
       New York, New York

Respectfully Submitted,

EMERY CELLI BRINCKERHOFF
& ABADY LLP

By: /s/
Ilann M. Maazel
Matthew D. Brinckerhoff
Kennisha Austin

*Attorneys for Plaintiffs*

75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000