BRENDAN V. SULLIVAN, JR.
JOHN G. KESTER
GILBERT GREENMAN
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029
jkester@wc.com
ggreenman@wc.com

Attorneys for Sprint Nextel Corp.,
Sprint Communications Co. L.P.,
Sprint Spectrum L.P. and
Nextel West Corp.

IN THE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

-- San Francisco Division --

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This document relates to:<br><br>Nos. C-06-6222-VRW;<br>C-06-6224-VRW;<br>C-06-6254-VRW;<br>C-06-6295-VRW;<br>C-07-0464-VRW | MDL Dkt. No. 06-1791-VRW<br><br>MANUAL FILING NOTIFICATION<br><br><br><br>Judge: Hon. Vaughn R. Walker |

**MANUAL FILING NOTIFICATION**

Regarding: Sprint's Statement in Response to the Court's Interim Order on Preservation of Documents

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

|   |   |
|---|---|
| 1 | If you are a participant on this case, this filing will be |
| 2 | served in hard copy shortly. |
| 3 | For information on retrieving this filing directly from the |
| 4 | court, please see the court's main web site at |
| 5 | http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). |
| 6 | This filing was not efiled for the following reason: |
| 7 | _____ Voluminous Document (PDF file size larger than efiling |
| 8 | system allowances) |
| 9 | _____ Unable to Scan Documents |
| 10 | _____ Physical object (description):_____ |
| 11 | _____ Non Graphical/Textual Computer File (audio, video, etc.) |
| 12 | on CD or other media |
| 13 | X _____ Item Under Seal |
| 14 | _____ Conformance with the Judicial Conference Privacy Policy |
| 15 | (General Order 53) |
| 16 | _____ Other (description):_____ |
| 17 |   |
| 18 | Respectfully submitted, |
| 19 | _____ /s/ John G. Kester _____ |
| 20 | BRENDAN V. SULLIVAN, JR. |
| 21 | JOHN G. KESTER<br>GILBERT GREENMAN |
| 22 | WILLIAMS & CONNOLLY LLP |
| 23 | 725 Twelfth Street, N.W.<br>Washington, D.C. 20005 |
| 24 | Tel.: (202) 434-5000<br>Fax: (202) 434-5029 |
| 25 | jkester@wc.com<br>ggreenman@wc.com |
| 26 | Attorneys for Sprint Nextel Corp., |
| 27 | Sprint Communications Co. L.P,<br>Sprint Spectrum L.P. and Nextel |
| 28 | West Corp. |
|   | December 14, 2007 |

**CERTIFICATE OF SERVICE**

On the 14th day of December, 2007, Sprint's Statement in Response to the Court's Interim Order on Preservation of Documents was served via email on the following counsel:

Cindy Cohn
Electronic Frontier Foundation
cindy@eff.org
    Co-Chair Of Plaintiff's Executive Committee

Harvey Grossman
Roger Baldwin Foundation of ACLU
hgrossman@aclu-il.org
    Co-Chair of Plaintiffs' Executive Committee

Gary E. Mason
Nicholas A. Migliaccio
The Mason Law Firm, P.C.
gmason@masonlawdc.com
nmigliaccio@masonlawdc.com
    Plaintiffs' Counsel for Sprint Subscriber Class

Anothony Coppolino
tony.coppolino@usdoj.gov
    Special Litigation Counsel for the United States

John Rogovin
Wilmer Cutler Pickering Hale & Dorr LLP
john.rogovin@wilmerhale.com
    Attorney for Verizon Communications Inc., Verizon Global Networks Inc., and MCI, LLC

Bradford Allan Berenson
Sidley Austin LLP
bberenson@sidley.com
    Attorney for the AT&T Defendants

                                        /s/ Jonathan Kravis
                                        Jonathan Kravis

December 14, 2007