RONALD L. MOTLEY
rmotley@motelyrice.com
JODI W. FLOWERS
jflowers@motleyrice.om
DONALD A. MIGLIORI
dmigliori@motleyrice.com
VINCENT I. PARRETT (CSB NO. 237563)
vparrett@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Interim Class Counsel for Plaintiff Verizon Subscribers*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION** ──────────────────────────── **This Document Relates To:** **ALL CASES** ──────────────────────────── | **MDL Docket No. 06-1791 (VRW)** **NOTICE OF MANUAL FILING** |

## MANUAL FILING NOTIFICATION

**Regarding**: **DECLARATION OF JODI WESTBROOK FLOWERS IN COMPLIANCE WITH PERSERVATION ORDER**, filed on behalf of Plaintiff Verizon subscribers in response to the Court's November 6, 2007 Preservation Order.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

| | |
|---|---|
| 1 | This filing was not e-filed for the following reason(s): |
| 2 | ____ Voluminous Document (PDF file size larger than the e-filing system allows) |
| 3 | ____ Unable to Scan Documents |
| 4 | ____ Physical Object (description) |
| 5 | ____ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media |
| 6 | __X__ **Item Under Seal** |
| 7 | ____ Conformance with the Judicial Conference Privacy Policy (General Order 53) |
| 8 | ____ Other (description) |

Dated: December 14, 2007
      Mt. Pleasant, South Carolina

Respectfully submitted,

By: */s/ Vincent I. Parrett*
Vincent I. Parrett (CSB NO. 237563)
MOTLEY RICE LLC
*Interim Class Counsel*
*for Plaintiff Verizon Subscribers*

28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, South Carolina 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
vparrett@motleyrice.com