1
2   Ann Brick (CSB No. 65296)
    abrick@aclunc.org
3   Nicole A. Ozer (CSB No. 228643)
    nozer@aclunc.org
    AMERICAN CIVIL LIBERTIES UNION
4   FOUNDATION OF NORTHERN CALIFORNIA
    39 Drumm Street
5   San Francisco, CA 94111
    Telephone: (415) 621-2493
6   Facsimile: (4150 255-8437

7   Laurence F. Pulgram (CSB No. 115163)
    lpulgram@fenwick.com
8   Jennifer L. Kelly (CSB No. 193416)
    jkelly@fenwick.com
9   Candace Morey (CSB No. 233081)
    cmorey@fenwick.com
10  Aaron K. Perzanowski (CSB No. 244921)
    aperzanowski@fenwick.com
11  FENWICK & WEST LLP
    555 California Street, 12th Floor
12  San Francisco, CA 94104
    Telephone:    (415) 875-2300
13  Facsimile:    (415) 281-1350

14  Attorneys for Plaintiffs in
    Riordan and Campbell, *et al.*          .

15  *Additional counsel listed on following page*

16

17

18              UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20               SAN FRANCISCO DIVISION

21  | IN RE: | MDL No. 06-1791 VRW |
    |---|---|
22  | NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. C-06-3574 VRW<br>No. C-06-3596 VRW |
23  | | |
    | ——————————————————— | **DECLARATION OF ANN BRICK IN COMPLIANCE WITH PRESERVATION ORDER DATED NOVEMBER 6. 2007** |
24  | This Document Relates To: | |
25  | (1) *Riordan v. Verizon Communications, Inc.*, C-06-3574 VRW | **MANUAL FILING NOTIFICATION** |
26  | | |
27  | (2) *Campbell v. AT&T*, C-06-3596 VRW | |

28

1

2   Peter J. Eliasberg (CSB No. 189110)
    peliasberg@aclu-sc.org
3   Peter Bibring (CSB No. 223981)
    pbibring@aclu-sc.org
4   AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF SOUTHERN
    CALIFORNIA
5   1616 Beverly Boulevard
    Los Angeles, CA 90026
6   Telephone: (213) 977-9500
    Facsimile: (213) 250-3919
7

8   David Blair-Loy (No. 229235)
    dblairloy@aclusandiego.org
9   AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF SAN
    DIEGO/IMPERIAL COUNTIES
10  P.O. Box 87131
    San Diego, CA 92138
11  Telephone: 619/232-2121
    Facsimile: 619/232-0036

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ANN BRICK IN                          MDL No. 06-1791 VRW
COMPLIANCE WITH PRESERVATION                         No. C-06-3574 VRW
ORDER DATED NOVEMBER 6. 2007                         No. C-06-3596 VRW

MANUAL FILING NOTIFICATION

Regarding: DECLARATION OF ANN BRICK IN COMPLIANCE WITH PRESERVATION
ORDER DATED NOVEMBER 6, 2007

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's
office.  For information on retrieving this filing directly from the court, please see the court's
main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).


This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

 [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____


By:       /s/ Ann Brick

_____

Ann Brick

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 621-2493
Facsimile:  (4150 255-8437

DECLARATION OF ANN BRICK IN
COMPLIANCE WITH PRESERVATION
ORDER DATED NOVEMBER 6. 2007

MDL No. 06-1791 VRW
No. C-06-3574 VRW
No. C-06-3596 VRW