| | |
|---|---|
| 1 | Ann Brick (CSB No. 65296) |
| 2 | abrick@aclunc.org<br>Nicole A. Ozer (CSB No. 228643) |
| 3 | nozer@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION |
| 4 | FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street |
| 5 | San Francisco, CA 94111<br>Telephone: (415) 621-2493 |
| 6 | Facsimile: (4150 255-8437 |
| 7 | Laurence F. Pulgram (CSB No. 115163) |
| 8 | lpulgram@fenwick.com<br>Jennifer L. Kelly (CSB No. 193416) |
| 9 | jkelly@fenwick.com<br>Candace Morey (CSB No. 233081) |
| 10 | cmorey@fenwick.com<br>Aaron K. Perzanowski (CSB No. 244921) |
| 11 | aperzanowski@fenwick.com<br>FENWICK & WEST LLP |
| 12 | 555 California Street, 12th Floor<br>San Francisco, CA 94104 |
| 13 | Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350 |
| 14 | Attorneys for Plaintiffs in<br>Riordan and Campbell, *et al.* |
| 15 | *Additional counsel listed on following page* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>――――――――――――――――――<br>This Document Relates To:<br><br>(1) *Riordan v. Verizon Communications, Inc.*, C-06-3574 VRW<br><br>(2) *Campbell v. AT&T*, C-06-3596 VRW | MDL No. 06-1791 VRW<br><br>No. C-06-3574 VRW<br>No. C-06-3596 VRW<br><br>**DECLARATION OF ANN BRICK IN COMPLIANCE WITH PRESERVATION ORDER DATED NOVEMBER 6. 2007**<br><br>**MANUAL FILING NOTIFICATION** |

Peter J. Eliasberg (CSB No. 189110)
peliasberg@aclu-sc.org
Peter Bibring (CSB No. 223981)
pbibring@aclu-sc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1616 Beverly Boulevard
Los Angeles, CA 90026
Telephone: (213) 977-9500
Facsimile: (213) 250-3919

David Blair-Loy (No. 229235)
dblairloy@aclusandiego.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SAN
DIEGO/IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138
Telephone: 619/232-2121
Facsimile: 619/232-0036

DECLARATION OF ANN BRICK IN
COMPLIANCE WITH PRESERVATION
ORDER DATED NOVEMBER 6. 2007

MDL No. 06-1791 VRW
No. C-06-3574 VRW
No. C-06-3596 VRW

| | |
|---|---|
| 1 | MANUAL FILING NOTIFICATION |
| 2 | Regarding: DECLARATION OF ANN BRICK IN COMPLIANCE WITH PRESERVATION |
| 3 | ORDER DATED NOVEMBER 6, 2007 |
| 4 | This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's |
| 5 | office. For information on retrieving this filing directly from the court, please see the court's |
| 6 | main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). |
| 7 | |
| 8 | This filing was not efiled for the following reason(s): |
| 9 | [_] Voluminous Document (PDF file size larger than the efiling system allows) |
| 10 | [_] Unable to Scan Documents |
| 11 | [_] Physical Object (description): _____ |
| 12 | [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media |
| 13 | [X] Item Under Seal |
| 14 | [_] Conformance with the Judicial Conference Privacy Policy (General Order 53). |
| 15 | [_] Other (description): _____ |

By: /s/ Ann Brick

_____

Ann Brick

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (4150 255-8437

DECLARATION OF ANN BRICK IN
COMPLIANCE WITH PRESERVATION
ORDER DATED NOVEMBER 6. 2007

MDL No. 06-1791 VRW
No. C-06-3574 VRW
No. C-06-3596 VRW