1  STEVEN E. SCHWARZ
   Stevenschwarz23@yahoo.com
2  THE LAW OFFICES OF
   STEVEN E. SCHWARZ, ESQ.
3  2461 W. Foster Ave., #1W
4  Chicago, IL 60625
   Telephone: (773) 837-6134
5  Facsimile: (773) 837-6134
   *Co-Interim Class Counsel for Plaintiff BellSouth Subscribers*
6  *Additional Interim Counsel Appear on Signature Page*

7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br>_____<br>**This Document Relates To:**<br>**ALL CASES**<br>_____ | MDL Docket No. 06-1791 (VRW)<br><br>NOTICE OF MANUAL FILING |

### MANUAL FILING NOTIFICATION

**Regarding: DECLARATION OF STEVEN E. SCHWARZ IN COMPLIANCE WITH PRESERVATION ORDER,** filed on December 14, 2007, on behalf of Plaintiff BellSouth subscribers in response to the Court's November 6, 2007 Preservation Order.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____ Voluminous Document (PDF file size larger than the e-filing system allows)

_____ Unable to Scan Documents

_____ Physical Object (description)

---

DECLARATION OF JODI WESTBROOK FLOWERS IN COMPLIANCE WITH PRESERVATION ORDER     1     MDL Docket No. 06-1791 VRW

\_\_\_\_\_ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**  X   ** **Item Under Seal**

\_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)

\_\_\_\_\_ Other (description)

Dated:  December 15, 2007  
       Chicago, Illinois

Respectfully submitted,

By:  \_\_/s/ Steven E. Schwarz_____  
Steven E. Schwarz, Esq.  
2461 W. Foster Ave., #1W  
Chicago, IL 60625  
Telephone:  (773) 837-6134  
Facsimile:  (773) 837-6134

CO-INTERIM CLASS COUNSEL FOR PLAINTIFF BELLSOUTH SUBSCRIBERS

Additional Co-Interim Class Counsel for Plaintiff BellSouth Subscribers:

KRISLOV & ASSOCIATES, LTD.  
CLINTON A. KRISLOV  
W. JOEL VANDER VLIET  
20 North Wacker Drive  
Suite 1350  
Chicago, IL 60606  
Telephone:  (312) 606-0500  
Facsimile:  (312) 606-0207

LISKA, EXNICIOS & NUNGESSER  
ATTORNEYS-AT-LAW  
VAL PATRICK EXNICIOS  
One Canal Place, Suite 2290  
365 Canal Street  
New Orleans, LA 70130  
Telephone:  (504) 410-9611  
Facsimile:  (504) 410-9937

BRUCE  I. AFRAN, ESQ.  
10 Braeburn Drive  
Princeton, NJ 08540  
Telephone:  (609) 924-2075

MAYER LAW GROUP  
CARL J. MAYER  
66 Witherspoon Street, Suite 414  
Princeton, NJ 08542  
Telephone:  (609) 921-8025  
Facsimile:  (609) 921-6964