**HOGAN & HARTSON LLP**
Robert J. Benson  (No. 155971)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone:  (310) 785-4629
Fax:  (310) 785-4601
rjbenson@hhlaw.com

Ty Cobb (admitted *pro hac vice*)
Christine Varney (admitted *pro hac vice*)
Christopher Zaetta (admitted *pro hac vice*)
555 13th Street, NW
Washington, D.C. 20004
Telephone:  (202) 637-8874
Fax:  (202) 637-5910
tcobb@hhlaw.com
cvarney@hhlaw.com
crzaetta@hhlaw.com

Attorneys for Defendant
Qwest Communications International Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | MDL Docket No. 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **MANUAL FILING NOTIFICATION** |
| UNITED STATES OF AMERICA, | **Judge:  Hon. Vaughn R. Walker** |
| Plaintiff, | Civil Action No. C-07-1324 VRW |
| v. | |
| STUART RABNER, et al., | |
| Defendants. | |

# MANUAL FILING NOTIFICATION

**Regarding:** **CERTIFICATION PURSUANT TO NOVEMBER 6 ORDER**, filed on December 14, 2007, on behalf of defendant Qwest Communications International Inc. in response to the Court's November 6, 2007 Preservation Order.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____Voluminous Document (PDF file size larger than the e-filing system allows)

_____Unable to Scan Documents

_____Physical Object (description)

_____Non-Graphic/Text Computer File (+audio, video, etc.) on CD or other media

\_\_X\_\_Item Under Seal

_____Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____Other (description)

| Dated: December 17, 2007 | _____/s/_____ |
|---|---|
| | HOGAN & HARTSON LLP |
| | Robert J. Benson (No. 155971) |
| | 1999 Avenue of the Stars |
| | Suite 1400 |
| | Los Angeles, CA 90067 |
| | Phone: (310) 785-4629 |
| | Fax: (310) 785-4601 |
| | rjbenson@hhlaw.com |
| | |
| | Ty Cobb (admitted pro hac vice) |
| | Christine Varney (admitted pro hac vice) |
| | Christopher Zaetta (admitted pro hac vice) |
| | 555 13th Street, NW |
| | Washington, D.C. 20004 |
| | Phone: (202) 637-8874 |
| | Fax: (202) 637-5910 |
| | tcobb@hhlaw.com |
| | cvarney@hhlaw.com |
| | crzaetta@hhlaw.com |
| | |
| | Attorneys for Defendant Qwest Communications International Inc. |