| | |
|---|---|
| 1 | THE MASON LAW FIRM, LLP |
| | Gary E. Mason |
| 2 | Nicholas A. Migliaccio |
| | 1225 19th Street, N.W., Suite 500 |
| 3 | Washington, DC 20036 |
| | Telephone: (202) 429-2290 |
| 4 | Facsimile: (202) 429-2294 |
| 5 | |
| 6 | WHITFIELD & COX, P.S.C. |
| | John C. Whitfield |
| 7 | 29 East Center Street |
| | Madisonville, KY 42431 |
| 8 | Telephone: (270) 825-1163 |
| | Facsimile: (270) 821-0656 |
| 9 | *Interim Counsel for Plaintiff Sprint Subscribers* |

**UNITED STATES DISTRICT COURT**

**NOTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE:** | **MDL Docket No. 06-1791 (VRW)** |
| **NATIONAL SECURITY AGENCY TELECOMUNICATIONS RECORDS LITIGATION** | **NOTICE OF MANUAL FILING** |
| **This Document Relates To:** | |
| **ALL CASES** | |

**Regarding: <u>DECLARATION OF GARY E. MASON IN COMPLIANCE WITH PRESERVATION ORDER,</u>** filed on behalf of Plaintiff Sprint subscribers in response to the Court's November 6, 2007 Preservation Order.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Item Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

_____

Dated: December 17, 2007     By:     /s/ Gary E. Mason
THE MASON LAW FIRM, LLP.
1225 19th Street, NW, Suite 500
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

John C. Whitfield
WHITFIELD & COX, P.S.C.
29 East Center Street
Madisonville, KY 42431
Telephone: (415) 982-1776
Facsimile: (415) 576-1776

*Interim Class Counsel for Plaintiff Sprint Subscribers*