UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

08 JAN 18 PM 4: 13

| AL-HARAMAIN ISLAMIC FOUNDATION, INC., an Oregon Nonprofit Corporation; et al., <br><br> Plaintiffs - Appellees, <br><br> V. <br><br> GEORGE W. BUSH, President of the Unites States, et al, <br><br> Defendant - Appellant. | No. 06-36083 <br> D.C. No. MDL-CV-06-1791-VRW <br><br> **JUDGMENT** |

Appeal from the United States District Court for the Northern District of California (San Francisco).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Northern District of California (San Francisco) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REVERSED, REMANDED**.

Filed and entered 11/16/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 16 2008

by: Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
06-36083 Al-Haramain Islamic, et al v. Bush

| | |
|---|---|
| AL-HARAMAIN ISLAMIC FOUNDATION, INC., an Oregon Nonprofit Corporation<br>    Plaintiff - Appellee | Lisa R. Jaskol, Esq.<br>818/995-0800<br>[COR LD NTC ret]<br>HORVITZ & LEVY, LLP<br>15760 Ventura Blvd.<br>Encino, CA 91436<br><br>Jon B. Eisenberg, Esq.<br>510-452-2581<br>Suite 1200<br>[NTC]<br>Jon B. Eisenberg, Esq.<br>(See above)<br>[NTC]<br>Jon B. Eisenberg, Esq.<br>(See above)<br>[COR LD NTC ret]<br>1970 Broadway<br>Oakland, CA 94612<br><br>Thomas H. Nelson, Esq.<br>FAX 503/622-1438<br>503/622-3123<br>[COR LD NTC ret]<br>THOMAS H. NELSON & ASSOCIATES<br>24525 E Welches Rd.<br>P.O. Box 1211<br>Welches, OR 97067<br><br>Steven Goldberg, Esq.<br>FAX 503/238-7501<br>503/445-4622<br>Suite 300<br>[COR LD NTC ret]<br>Jessica Ashlee Albies<br>FAX 503/238-7501<br>503/963-3751<br>Suite 300<br>[COR LD NTC ret]<br>205 S.E. Spokane Street<br>Portland, OR 97202 |
| WENDELL BELEW, a U.S. Citizen and Attorney at Law<br>    Plaintiff - Appellee | Lisa R. Jaskol, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Jon Eisenberg<br>FAX        818<br>818/995-0800<br>18th Floor<br>[COR LD NTC ret]<br>HORVITZ & LEVY, LLP<br>15760 Ventura Blvd.<br>Encino, CA 91436 |

INTERNAL USE ONLY: Proceedings include all events.
06-36083 Al-Haramain Islamic, et al v. Bush

|  |  |
|---|---|
|  | Thomas H. Nelson, Esq.<br>(See above)<br>[COR LD NTC ret] |
|  | Steven Goldberg, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Jessica Ashlee Albies<br>(See above)<br>[COR LD NTC ret] |
| ASIM GHAFOOR, a U.S. Citizen<br>and Attorney at Law<br>    Plaintiff - Appellee | Lisa R. Jaskol, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Jon Eisenberg<br>(See above)<br>[COR LD NTC ret] |
|  | Thomas H. Nelson, Esq.<br>(See above)<br>[COR LD NTC ret] |
|  | Steven Goldberg, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Jessica Ashlee Albies<br>(See above)<br>[COR LD NTC ret] |
| v. |  |
| GEORGE W. BUSH, President of<br>the Unites States, et al<br>    Defendant - Appellant | Thomas M. Bondy, Esq.<br>FAX 202/307-2551<br>202/514-4825<br>Rm. 7264<br>[NTC]<br>Thomas M. Bondy, Esq.<br>(See above)<br>[COR LD NTC gov]<br>Anthony A. Yang, Esq.<br>202/514-4821<br>Rm. 7264<br>[COR LD NTC gov]<br>Douglas N. Letter, Esq.<br>FAX 202/514-8151<br>202/514-3602<br>Rm. 7264<br>[COR LD NTC ret]<br>DOJ - U.S. DEPARTMENT OF<br>JUSTICE<br>Civil Division/Appellate Staff<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |

INTERNAL USE ONLY: Proceedings include all events.
06-36083 Al-Haramain Islamic, et al v. Bush

                                        Peter D. Keisler, Acting Atty
                                        General
                                        [COR LD NTC gov]
                                        Street Address
                                        City,
                                        Country

-------------------------

| | |
|---|---|
| NATIONAL SECURITY AGENCY<br>    Amicus | Jonathan M. Freiman<br>203/777-7650<br>[COR LD NTC ret]<br>YALE LAW SCHOOL<br>PO BOX 208215<br>New Haven, CT 06520 |
| PROJECT ON GOVERNMENT<br>OVERSIGHT<br>    Amicus | Jonathan M. Freiman<br>(See above)<br>[COR LD NTC ret] |
| PROJECT ON GOVERNMENT SECRECY<br>    Amicus | Jonathan M. Freiman<br>(See above)<br>[COR LD NTC ret] |
| PUBLIC CITIZEN<br>    Amicus | Jonathan M. Freiman<br>(See above)<br>[COR LD NTC ret] |
| THE RITHERFORD INSTITUTE<br>    Amicus | Jonathan M. Freiman<br>(See above)<br>[COR LD NTC ret] |