**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

Richard W. Wieking                         www.cand.uscourts.gov                         General Court Number
Clerk                                                                                                                    415.522.2000

January 22, 2008

CASE NUMBER:   **CV MDL 06-01791 VRW**
CASE TITLE:   Al-Haramain Islamic Foundation, Inc. **-v-** George W. Bush
DATE MANDATE FILED:   1/22/2008

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                Sincerely,

                RICHARD W. WIEKING, Clerk

                */s/ Gwen S. Agid*

                by:  Gwen Agid
                Case Systems Administrator

Distribution:   CIVIL        -        Counsel of Record

                CRIMINAL  -        Counsel of Record
                                      U.S. Marshal (Copy of Mandate)
                                      U.S. Probation Office

NDC App-16