**Jon B. Eisenberg, California Bar No. 88278** (jon@eandhlaw.com)
**William N. Hancock, California Bar No. 104501** (bill@eandhlaw.com)
**Eisenberg & Hancock LLP**
1970 Broadway, Suite 1200 • Oakland, CA 94612
510.452.258l - Fax 510.452.3277

**Steven Goldberg, Oregon Bar No. 75134** (steven@stevengoldberglaw.com)
River Park Center, Suite 300 • 205 SE Spokane St.• Portland, OR 97202
503.445-4622 - Fax 503.238.7501

**Thomas H. Nelson, Oregon Bar No. 78315** (nelson@thnelson.com)
P.O. Box 1211, 24525 E. Welches Road • Welches, OR 97067
503.622.3123 - Fax: 503.622.1438

**Zaha S. Hassan, California Bar No. 184696** (zahahassan@comcast.net)
7180 Hazel Fern Rd.• Portland, OR 97224
360.213.9737 - Fax 866.399.5575

**J. Ashlee Albies, Oregon Bar No. 05184** (ashlee@sstcr.com)
Steenson, Schumann, Tewksbury, Creighton & Rose, PC
815 SW Second Ave, Portland OR 97204
503.221.1792 - Fax 503.223.1516

**Lisa R. Jaskol, California Bar No. 138769** (ljaskol@earthlink.net)
610 S. Ardmore Ave.• Los Angeles, CA 90005
213.385.2977 - Fax 213.385.9089

**Attorney for Plaintiffs Al-Haramain Islamic Foundation, Inc., Wendell Belew and Asim Ghafoor**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AL-HARAMAIN ISLAMIC FOUNDATION, INC.**, *et al.*,       ) ) ) Plaintiffs,  ) v.  ) ) **GEORGE W. BUSH**, *et al.*,  ) ) Defendants.  ) | MDL Docket No. 06-1791 VRW<br>Civil Case No. 07-0109 VRW<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PAGE 1- NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 3-11, notice is hereby given of a change of business address for Plaintiffs' attorney J. Ashlee Albies, from 205 SE Spokane St., Ste. 300, Portland, OR 97202 to:

                    J. Ashlee Albies
Steenson, Schumann, Tewksbury, Creighton, & Rose, PC
              815 S.W. 2nd, Suite 500
            Portland, Oregon 97204
     Telephone: 503-221-1792  Fax: 503-223-1516
                ashlee@sstcr.com

Dated:  February 11, 2008.

                                                  s/ J. Ashlee Albies
                                        J. Ashlee Albies, OSB # 05184
                                        503.221.1792
                                        Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify on February 11, 2008, I served the foregoing NOTICE OF CHANGE OF ADDRESS upon the all interested parties registered for e-filing in the case *Al-Haramain Islamic Foundation, Inc., et al. v. Bush, et al.*, Civil Case No.07-0109 VRW, MDL Docket No. 06-1791 VRW, by electronic mail via the Court CM/ECF electronic filing system.

DATED: February 11, 2008.

                                            s/ J. Ashlee Albies
                                            J. Ashlee Albies, OSB # 05184
                                            Of Attorneys for Plaintiff