IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No 06-1791 VRW |
| NATIONAL SECURITY AGENCY | ORDER |
| TELECOMMUNICATIONS RECORDS | |
| LITIGATION | |

_____/

      The administrative motions at docket numbers 294, 342, 353 and 360 are hereby GRANTED nunc pro tunc as of the date each such motion was filed.

      IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge