JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
ALEXANDER K. HAAS
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
Fax:    (202) 616-8460

*Attorneys for the Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Solely Relates To:<br><br>*Al-Haramain Islamic Foundation et al.*<br>   *v. Bush, et al.* (07-CV-109-VRW) | No. M:06-CV-01791-VRW<br><br>**DEFENDANTS' NOTICE OF LODGING OF IN CAMERA, EX PARTE SUBMISSION IN *Al-Haramain Islamic Foundation et al. v. Bush et al.***<br><br>Date: April 23, 2008<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor<br>Honorable Vaughn R. Walker |

    Defendants hereby provide notice that they have lodged with court security officers for the Court's *In Camera, Ex Parte* review the following materials in further support of Defendants' Second Motion to Dismiss Or, In the Alternative, For Summary Judgment:

    Classified Supplemental Memorandum in Support of Defendants' Second Motion To Dismiss Or For Summary Judgment.

    Defendants have also resubmitted for the convenience of the Court the classified

---

**United States' Notice of Lodging of *In Camera, Ex Parte* Submission**
***Al-Haramain Islamic Foundation et al. v. Bush et al.* (07-CV-109-VRW) (MDL No. 06-1791-VRW)**

Declarations of the Director of National Intelligence and the Director of the National Security Agency in support of the state secrets and statutory privilege assertions previously submitted in this case for the Court's *in camera*, *ex parte* review.

| | |
|---|---|
| March 14, 2008 | Respectfully Submitted, |
| | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| | CARL J. NICHOLS<br>Deputy Assistant Attorney General |
| | DOUGLAS N. LETTER<br>Terrorism Litigation Counsel |
| | JOSEPH H. HUNT<br>Branch Director |
| | *s/ Anthony J. Coppolino*<br>ANTHONY J. COPPOLINO<br>Special Litigation Counsel<br>tony.coppolino@usdoj.gov |
| | *s/ Alexander K. Haas*<br>ALEXANDER K. HAAS<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, D.C. 20001<br>Phone: (202) 514-4782<br>Fax:   (202) 616-8460 |
| | *Attorneys for the Defendants* |