1  ELECTRONIC FRONTIER FOUNDATION
   CINDY COHN (145997)
2  cindy@eff.org
   LEE TIEN (148216)
3  tien@eff.org
   KURT OPSAHL (191303)
4  kurt@eff.org
   KEVIN S. BANKSTON (217026)
5  bankston@eff.org
   CORYNNE MCSHERRY (221504)
6  corynne@eff.org
   JAMES S. TYRE (083117)
7  jstyre@eff.org
   454 Shotwell Street
8  San Francisco, CA 94110
   Telephone: 415/436-9333
9  415/436-9993 (fax)

10 Attorneys for Plaintiffs (co-lead Coordinating
   Counsel for Plaintiffs)
11
   [Additional counsel appear on signature page.]
12

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791 | MDL Docket No 06-1791 VRW  **CLASS ACTION**  [PROPOSED] **REVISED PRACTICE AND PROCEDURE ORDER** |
| This Document Relates To:  ALL CASES | Courtroom: 6, 17th Floor  Judge: The Hon. Vaughn R. Walker |

---

No. M-06-01791-VRW      [PROPOSED] REVISED PRACTICE AND PROCEDURE ORDER

Dockets.Justia.com

1  Based upon joint request from the parties in this action during the Case Management
2  Conference on February 7, 2008, Paragraph 3 of the Practice and Procedure Order issued by the
3  Court on September 10, 2007 (Docket #370), shall be revised as follows:
4  3) All pleadings and submissions in these actions shall be e-filed in the master docket
5  (M:06-cv-1791-VRW) and in the dockets for the individual case(s) to which the submission
6  pertains, except that for matters relating to three or more cases in the docket, submission in the
7  master docket is sufficient and separate submissions in the underlying case dockets is not required.
8  All submission filed in these actions shall bear the identification "MDL Docket No. 06-1791
9  VRW," and when such a submission relates to all of these actions, the "MDL Docket No 06-1791
10  VRW" shall be followed by the notation "ALL CASES."  If a submission does not relate to all of
11  these actions, the docket number of the individual action or actions assigned by the clerk of this
12  court shall follow "MDL Docket No 06-1791 VRW."  Parties shall comply with the standing order
13  for the undersigned judge pertaining to chambers copies (¶1.4).  The chambers copy of each
14  document e-filed in these cases must clearly indicate the docket number assigned by the electronic
15  case filing system to each such document.
16  The Practice and Procedure Order (Docket #370) shall otherwise remain the same.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: March 24, 2008

_____
THE HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT CHIEF JUDGE

Approved as to form and content:

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)

No. M-06-01791-VRW   [PROPOSED] REVISED PRACTICE AND PROCEDURE
ORDER