**Jon B. Eisenberg**, California Bar No. 88278 (jon@eandhlaw.com)
**William N. Hancock**, California Bar No. 104501 (bill@eandhlaw.com)
**Eisenberg & Hancock LLP**
1970 Broadway, Suite 1200 • Oakland, CA 94612
510.452.2581 – Fax 510.452.3277

**Steven Goldberg**, Oregon Bar No. 75134 (steven@stevengoldberglaw.com)
River Park Center, Suite 300 • 205 SE Spokane St.• Portland, OR 97202
503.445-4622 – Fax 503.238.7501

**Thomas H. Nelson**, Oregon Bar No. 78315 (nelson@thnelson.com)
P.O. Box 1211, 24525 E. Welches Road • Welches, OR 97067
503.622.3123 - Fax: 503.622.1438

**Zaha S. Hassan**, California Bar No. 184696 (zahahassan@comcast.net)
8101 N.E. Parkway Drive, Suite F-2.• Vancouver, WA 98662
360.213.9737 - Fax 866.399.5575

**J. Ashlee Albies**, Oregon Bar No. 05184 (ashlee@sstcr.com)
**Steenson, Schumann, Tewksbury, Creighton and Rose, PC**
815 S.W. Second Ave., Suite 500 • Portland, OR 97204
503.221.1792 – Fax 503.223.1516

**Lisa R. Jaskol**, California Bar No. 138769 (ljaskol@earthlink.net)
610 S. Ardmore Ave.• Los Angeles, CA 90005
213.385.2977 – Fax 213.385.9089

**Attorneys for Plaintiffs Al-Haramain Islamic Foundation, Inc., Wendell Belew and Asim Ghafoor**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates Solely To:<br><br>*Al-Haramain Islamic Foundation, Inc., et al. v. Bush, et al.* (C07-CV-0109-VRW) | MDL Docket No. 06-1791 VRW<br><br>**DECLARATION OF JON B. EISENBERG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' SECOND MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br><br>*Al-Haramain Islamic Foundation, Inc., et al., v. Bush, et al.* |

Page 1- DECL OF JON B. EISENBERG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' SECOND MOTION TO DISMISS, ETC.
MDL DOCKET NO. 06-1791 VRW

| | |
|---|---|
|1| I, Jon B. Eisenberg, am one of the attorneys for plaintiffs in this action. I have personal knowledge of the matters attested to in this declaration, and I am legally competent to testify to the matters stated herein. I make this declaration in support of plaintiffs' opposition to Defendants' Second Motion To Dismiss Or, In The Alternative, For Summary Judgment.|

I, Jon B. Eisenberg, am one of the attorneys for plaintiffs in this action. I have personal knowledge of the matters attested to in this declaration, and I am legally competent to testify to the matters stated herein. I make this declaration in support of plaintiffs' opposition to Defendants' Second Motion To Dismiss Or, In The Alternative, For Summary Judgment.

The following exhibits A through D and I through K attached to this declaration are statements of the defendants, or their agents, set forth in public documents; the following Exhibits E through H attached to this declaration are excerpts from Senate and House reports on the Foreign Intelligence Surveillance Act (FISA):

| Exhibit | Title/Description |
|---|---|
| Exhibit A | Excerpts from transcript of testimony by Former Deputy Attorney General James B. Comey, Senate Judiciary Committee, May 15, 2007. |
| Exhibit B | Written Questions to Former Deputy Attorney General James B. Comey Submitted by Senator Patrick Leahy, May 22, 2007. |
| Exhibit C | Excerpts from transcript of testimony by FBI Director Robert Mueller, House Committee on the Judiciary, July 26, 2007. |
| Exhibit D | Excerpts from transcript of testimony by Director of National Intelligence Mike McConnell and Director of National Security Agency Keith Alexander, Senate Select Committee on Intelligence, May 1, 2007. |
| Exhibit E | Excerpts from H. REP. NO. 95-1283(I) (1978). |
| Exhibit F | Excerpts from S. REP. NO. 95-604(I) (1977). |
| Exhibit G | Excerpts from H. CONF. REP. NO. 95-1720 (1978). |
| Exhibit H | Excerpts from S. REP. 95-701 (1978). |
| Exhibit I | U.S. Department of Justice, *Legal Authorities Supporting the Activities of the National Security Agency Described by the President* (Jan. 19, 2006), *available at* http://www.usdoj.gov/opa/whitepaperonnsalegalauthorities.pdf. |
| Exhibit J | Excerpt from Press Conference of the President (Dec. 19, 2005), *available at* http://www.whitehouse.gov/news/releases/2005/12/20051219-2.html. |
| Exhibit K | Letter from Attorney General Alberto R. Gonzales to Senator Patrick Leahy (Jan. 17, 2007). |

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of March, 2008.

*/s/ Jon B. Eisenberg*
Jon B. Eisenberg

Page 2- DECL OF JON B. EISENBERG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' SECOND MOTION TO DISMISS, ETC.
MDL DOCKET NO. 06-1791 VRW