JAMES M. EVANGELISTA
jevangelista@pageperry.com
DAVID J. WORLEY
dworley@pageperry.com
PAGE PERRY, LLC
1040 Crown Pointe Parkway
Suite 1050
Atlanta, Georgia 30338
Telephone: (770) 673-0047
Facsimile: (770) 673-0120
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Docket No. 06-1791 ( VRW) <br> Civil Case No. 07-0109 VRW |
| This Document Relates to: | NOTICE OF CHANGE OF FIRM AFFILIATION |
| RABBI STEVEN LEBROW, STEVEN BRUNING, CATHY BRUNING, JONNIE STARKEY, BRIAN BRADLEY, BARRY KALTMAN, AND MEREDITH KALTMAN, individually and on behalf Of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BELLSOUTH CORPORATION, CINGULAR WIRELESS LLC, CELLCO PARTNERSHIP (d/b/a VERIZON WIRELESS), SPRINT NEXTEL CORPORATION, and DOES 1-100, <br><br> Defendants, and <br><br> NATIONAL SECURITY AGENCY, <br><br> Nominal Defendant. | |

Lycos, Inc. v. Verizon Communications, Inc.    Doc. 439

Dockets.Justia.com

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that counsel for plaintiffs in the above-captioned matter, JAMES M. EVANGELISTA and DAVID WORLEY, formerly with Motley Rice LLC, have changed their law firm affiliation. Please direct all future pleadings and correspondence to them at the address shown below and revise your Service List accordingly:

PAGE PERRY, LLC
1040 Crown Pointe Parkway
Suite 1050
Atlanta, Georgia 30338
Telephone: 770-673-0047
Facsimile: 770-673-0120

Dated: April 1, 2008.

/s/ James M. Evangelista
James M. Evangelista
David Worley
Attorney for Plaintiffs

PAGE PERRY, LLC
1040 Crown Pointe Parkway
Suite 1050
Atlanta, Georgia 30338
Telephone: 770-673-0047
Facsimile: 770-673-0120

## CERTIFICATE OF SERVICE

I hereby certify on April 1, 2008, I served the foregoing NOTICE OF CHANGE OF FIRM AFFILIATION upon the all interested parties registered for e-filing in the MDL Docket No. 06-1791 VRW, by electronic mail via the Court CM/ECF electronic filing system.

DATED: April 1, 2008

/s/ James M. Evangelista
James M. Evangelista
David J. Worley
Attorney for Plaintiffs

PAGE PERRY, LLC
1040 Crown Pointe Parkway
Suite 1050
Atlanta, Georgia 30338
Telephone: 770-673-0047
Facsimile: 770-673-0120