ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (CSB No.145997)
cindy@eff.org
LEE TIEN (CSB No. 148216)
KURT OPSAHL (CSB No. 191303)
KEVIN S. BANKSTON (CSB No. 217026)
CORYNNE MCSHERRY (CSB No. 221504)
JAMES S. TYRE (CSB No. 083117)
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE (CSB No. 121156)
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

FENWICK & WEST LLP
LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER KELLY (CSB No. 193416)
CANDACE MOREY (CSB No. 233081)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Amici

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To:<br><br>Al-Haramain Islamic Foundation, et al.,<br><br>v.<br><br>Bush, et al. (07-CV-109-VRW) | MDL Docket No 06-1791 VRW<br><br>**DECLARATION OF JENNIFER L. KELLY IN SUPPORT OF** *AMICI CURIAE* **MEMORANDUM OF MDL PLAINTIFFS ADDRESSING THE APPLICATION OF THE PROTOCOL OF SECTION 1806(F), TITLE 50 U.S.C., TO CIVIL ACTIONS FOR UNLAWFUL ELECTRONIC SURVEILLANCE**<br><br>Date: April 23, 2008<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker |

-1-

DECLARATION OF JENNIFER KELLY ISO *AMICI CURIAE* MEMORANDUM OF MDL PLAINTIFFS ADDRESSING THE APPLICATION OF § 1806(F) TO CIVIL ACTIONS

No. M-06-01791-VRW

Dockets.Justia.com

I, JENNIFER L. KELLY, declare and state:

1. I am a member in good standing of the State Bar of California, and admitted to practice in this District. I am an associate in the law firm of Fenwick & West LLP, which represents Plaintiffs in *Riordan v. Verizon Commc'ns Inc.*, No. 3:06-cv-3574 (N.D. Cal.) and *Campbell v. AT&T*, No. 3:06-cv-03596 (N.D. Cal). I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2. Attached hereto are true and correct copies of the following documents:

| No. | Exhibit |
|---|---|
| 1 | Christopher H. Pyle, *CONUS Intelligence: The Army Watches Civilian Politics*, Wash. Monthly, January 1970, at 4, *reprinted in* 116 Cong. Rec. 2227 (1970) |
| 2 | 116 Cong. Rec. 26329 (1970) (Statement of Sen. Sam Ervin, Chairman Subcomm. on Constitutional Rights, S. Comm. on the Judiciary) |
| 3 | Memorandum for the File: CIA Matters, James A. Wilderotter, Assoc. Dep. Atty. Gen. (Jan. 3, 1975) |
| 4 | Seymour Hersh, *Huge C.I.A. Operation Reported in U.S. Against Antiwar Forces, Other Dissidents in Nixon Years*, N.Y. Times, Dec. 21, 1974, at 1 |
| 5 | S. Select Comm. to Study Governmental Operations with Respect to Intelligence Activities, Book II: *Intelligence Activities and the Rights of Americans*, S. Rep. No. 94-755 (1976) (excerpts) |
| 6 | S. Select Comm. to Study Governmental Operations with Respect to Intelligence Activities, Book III: *Supplementary Detailed Staff Reports on Intelligence Activities and the Rights of Americans*, S. Rep. No. 94-755 (1976) (excerpts) |
| 7 | S. Rep. No. 95-604(I) (1978), *reprinted in* 1978 U.S.C.C.A.N. 3904 (excerpts) |
| 8 | Brief of *Amicus Curiae* of People for the American Way Foundation in Support of Plaintiffs-Appellees, *Hepting v. AT&T*, Nos. 06-17132, 06-17137 (9th Cir., filed May 3, 2007) |
| 9 | S. Rep. No. 94-1035 (1976) (excerpts) |
| 10 | Peter Swire, *The System of Foreign Intelligence Surveillance Law*, 72 Geo Wash. L. Rev. 306 (2004) |
| 11 | *Electronic Surveillance for National Security Purposes, Hearings Before the Subcomm. on Criminal Laws and Procedures and Constitutional Rights of the S. Comm. on the Judiciary*, 93rd Cong. (1974) (excerpts) |
| 12 | H.R. Rep. No. 95-1283 (1978) (excerpts) |
| 13 | *Foreign Intelligence Surveillance Act of 1977, Hearings on S. 1566 Before the Subcomm. on Criminal Laws and Procedures of the Senate Comm. on the Judiciary 95th Cong.* (1977) |
| 14 | H.R. Rep. No. 95-1720 (1978) (Conf. Rep.)*, reprinted in* 1978 U.S.C.C.A.N. 4048 (excerpts) |
| 15 | S. Rep. No. 95-701 (1978), *reprinted in* 1978 U.S.C.C.A.N. 3973 (excerpts) |

-2-

DECLARATION OF JENNIFER KELLY ISO *AMICI CURIAE* MEMORANDUM OF MDL PLAINTIFFS ADDRESSING THE APPLICATION OF § 1806(F) TO CIVIL ACTIONS

No. M-06-01791-VRW

| No. | Exhibit |
|-----|---------|
| 16 | S. 1566, 95th Cong. (as reported by S. Select Comm. on Intelligence, Mar. 14, 1978) |
| 17 | 124 Cong. Rec. 28427-28432 (1978) (S. 1566, as reported by House, September 7, 1978) |
| 18 | S. Rep. No. 110-209 (2007) (excerpts) |
| 19 | Siobhan Gorman, *NSA's Domestic Spying Grows as Agency Sweeps Up Data*, Wall St. J., Mar. 10, 2008, p. A1 |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 7th day of April, 2008, at San Francisco, California.

/s/ JENNIFER L. KELLY
JENNIFER L. KELLY

Counsel for Amici and
Counsel for *Riordan* and *Campbell* Plaintiffs

-3-

DECLARATION OF JENNIFER KELLY ISO *AMICI CURIAE* MEMORANDUM OF MDL PLAINTIFFS ADDRESSING THE APPLICATION OF § 1806(F) TO CIVIL ACTIONS    No. M-06-01791-VRW