RONALD L. MOTLEY
rmotley@motleyrice.com
JODI W. FLOWERS
jflowers@motleyrice.com
DONALD A. MIGLIORI
dmigliori@motleyrice.com
VINCENT I. PARRETT (CSB NO. 237563)
vparrett@motleyrice.com
KIMBERLY B. BADEN (CSB NO. 207731)
kbarone@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
*Interim Class Counsel for Plaintiff Verizon Subscribers*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION** | **MDL Docket No. 06-1791 (VRW)** <br> **NOTICE OF APPEARANCE** |
| **This Document Relates To:** <br> **ALL CASES** | |

    Please take notice that the Clerk is hereby asked to enter the appearance of Kimberly B. Baden as counsel for the Verizon Subscriber Plaintiffs set forth in the Master Consolidated Complaint against Verizon Defendants at MDL 06-1791 (VRW) Docket No. 125.

DATED: April 21, 2008      Respectfully submitted,

    Mt. Pleasant, South Carolina

By: /s/ Kimberly B. Baden
Kimberly B. Baden (CSB NO. 207731)
MOTLEY RICE LLC

*Interim Class Counsel for Plaintiff Verizon Subscribers*

28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, South Carolina 29465
Telephone: (843) 216-9265
Facsimile: (843) 216-9440
kbarone@motleyrice.com