PETER ELIASBERG (No. 189110)
CLARE PASTORE (No. 135933)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: 213/977-9500
Facsimile: 213/250-5297
peliasberg@aclu-sc.org
cpastore@aclu-sc.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791 | M-06-01791-VRW<br><br>**Notice of Change of Address**<br><br>Judge: Hon. Vaughn R. Walker<br>Courtroom: 6 |

Pursuant to Local Rule 3-11, the undersigned attorneys of record in this action hereby notify the court of change of address to:

> ACLU Foundation of Southern California
> 1313 W. 8th Street
> Los Angeles, CA 90017

This office has also changed its facsimile number to: 213/977-5297. All other information is unchanged.

DATED: April , 2008  Respectfully submitted,

_____
BY: Peter Eliasberg

_____
BY: Clare Pastore
ACLU Foundation of Southern California
Attorneys for Plaintiffs