# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

## VAUGHN R. WALKER
United States District Chief Judge

**DATE:** April 23, 2008

**COURTROOM DEPUTY:** Cora Klein   **Court Reporter:** Kathy Powell

**MDL NO. 06-1791 In re NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION**

**This relates to: C07-0109 VRW Al-Haramain Islamic Fdn Inc et al v George W Bush et al**

**COUNSEL FOR PLAINTIFF:**
Jon Eisenberg
Steven Goldberg
Cindy Kohn, Richard Wiebe

**COUNSEL FOR DEFENDANT:**
Anthony Coppolino
Henry Weissman

**PROCEEDINGS:**
1. FISA Rule 1806(f) Issue.
2. Govt's Motion to Dismiss/Motion for SJ
3. Pla's Motion for Extension of Time to Serve Summons and Complaint

**RESULTS:**
The Court heard argument from counsel.
The Court took the matter(s) under-submission.
Court to issue written ruling.