R. James George, Jr.
Texas Bar No. 07810000
Douglas Brothers
Texas Bar No. 03084500
**GEORGE & BROTHERS, L.L.P.**
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499-0094
rjgeorge@georgeandbrothers.com
INTERIM CLASS COUNSEL
FOR CINGULAR SUBSCRIBER CLASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>06-5452-VRW<br>06-6222-VRW<br>06-6224-VRW<br>06-6253-VRW<br>06-6254-VRW<br>06-6570-VRW<br>07-0464-VRW<br>07-2538-VRW | MDL Dkt. No. 06-1791-VRW<br><br>**STIPULATION REGARDING FIRST AMENDED MASTER COMPLAINT AGAINST CINGULAR**<br><br>[Civil L.R. 6-2, 7-1(5), 7-12]<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

RECITALS

A. On November 17, 2006, this Court held a MDL Case Management Conference where, *inter alia*, it was ordered that Plaintiffs would file master consolidated complaints against various defendant groups including against the Cingular Entities.

B. On January 16, 2007, the Plaintiffs filed consolidated complaints against the Cingular Entities.

C. In furtherance of judicial economy, the plaintiffs' counsel for the subscribers to the Cingular Wireless LLC (now known as AT&T Mobility LLC), New Cingular Wireless Services, Inc., and Cingular Wireless Corporation (now known as AT&T Mobility Corporation) (collectively, the "Cingular Entities"), and the Cingular Entities stipulated to stay all proceedings against the Cingular Entities pending the final adjudication of all appeals of the *Hepting* Ruling, including disposition of any petition for certiorari to the United States Supreme Court, without any prejudice to the rights of any party. This Court granted the stay on February 22, 2007.

D. Plaintiffs' counsel for the subscribers to the Cingular Entities wishes to file a First Amended Consolidated Master Complaint against the Cingular Entities purely for the administrative purposes of dismissing one of the class representatives who no longer wishes to be a class representative, and explicitly incorporating claims brought in *Jacobs et al. v. AT&T Corp. et al.*, (MDL Case No. 07-2538). *Jacobs* was transferred to this Court subsequent to the filing of the consolidated complaint and this Court's issuance of a stay. Counsel for the Cingular Entities does not object to the filing of this amended complaint.

## STIPULATION

The plaintiffs' counsel for the subscribers to the Cingular Entities and the Cingular Entities hereby stipulate as follows:

1. Should it please the Court, the stay ordered by the Court be temporarily lifted for the sole purpose of the filing of the First Amended Consolidated Master Complaint against the Cingular Entities in order to dismiss Brian Bradley as a class representative and, for the sake of efficiency and judicial administration, to incorporate claims against Cingular Entities brought in *Jacobs et al. v. AT&T Corp. et al.*, (MDL Case No. 07-2538).

2. Notwithstanding the filing of a First Amended Consolidated Master Complaint against the Cingular Entities, the stipulated stay granted on February 22, 2007 will otherwise remain in effect.

//

- 2 -

Stipulation Regarding First Am. Complaint
MDL No. 06-1791-VRW

1  //

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, R. JAMES GEORGE, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on July 3, 2008, at Austin, Texas.

/s/ R. James George, Jr.

Dated: July 3, 2008.

GEORGE & BROTHERS
R. JAMES GEORGE, JR.
D. DOUGLAS BROTHERS
1100 Norwood Tower
114 W. 7th Street
Austin, TX 78701
Tel: (592) 495-1400
Fax: (592) 499-0094

By _____/s/ R. James George, Jr._____
R. James George Jr.
Interim Class Counsel for the Cingular Subscriber Class

| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | BRUCE A. ERICSON |
| 3 | JACOB R. SORENSEN |
|   | MARC H. AXELBAUM |
|   | DANIEL J. RICHERT |
| 4 | 50 Fremont Street |
|   | Post Office Box 7880 |
| 5 | San Francisco, CA 94120-7880 |
| 6 | SIDLEY AUSTIN LLP |
|   | DAVID W. CARPENTER |
| 7 | DAVID L. LAWSON |
|   | BRADFORD A. BERENSON |
| 8 | EDWARD R. McNICHOLAS |
|   | 1501 K Street, N.W. |
| 9 | Washington, D.C. 20005 |
| 10 | By _____*/s/ Bruce A. Ericson per G.O. 45*_____ |
|    | Bruce A. Ericson |
| 11 | Attorneys for the Cingular Defendants |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, the Court orders the following:

1. The stay ordered by this Court on February 22, 2007 be temporarily lifted for the sole purpose of the filing of the First Amended Consolidated Master Complaint against the Cingular Entities in order to dismiss Brian Bradley as a class representative and, for the sake of efficiency and judicial administration, to incorporate claims against Cingular Entities brought in *Jacobs et al. v. AT&T Corp. et al.*, (MDL Case No. 07-2538).

2. Notwithstanding the filing of a First Amended Consolidated Master Complaint against the Cingular Entities, the stay entered into on February 22, 2007 will remain in effect for all other purposes.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July ___, 2008.

_____
Hon. Vaughn R. Walker
United States District Chief Judge