R. James George, Jr.
Texas Bar No. 07810000
Douglas Brothers
Texas Bar No. 03084500
**GEORGE & BROTHERS, L.L.P.**
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499-0094
rjgeorge@georgeandbrothers.com
INTERIM CLASS COUNSEL
FOR CINGULAR SUBSCRIBER CLASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| IN RE NATIONAL SECURITY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>06-5452-VRW<br>06-6222-VRW<br>06-6224-VRW<br>06-6253-VRW<br>06-6254-VRW<br>06-6570-VRW<br>07-0464-VRW<br>07-2538-VRW | MDL Docket No. 06-1791 (VRW)<br><br>**CERTIFICATE OF SERVICE**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

**CERTIFICATE OF SERVICE**

Doc. 456

I hereby certify that on July 3, 2008, I served the **Stipulation Regarding First Amended Master Complaint Against Cingular** and the **First Amended Master Complaint Against Defendants AT&T Mobility LLC (f/k/a Cingular Wireless, L.L.C.), Cingular Wireless Corp., and New Cingular Wireless Services, Inc.** upon all interested parties registered for e-filing in the MDL Docket No. 06-1791 VRW, by electronic mail via the Court'S CM/ECF

electronic filing system.

Dated: July 3, 2008

/s/ R. James George, Jr.
R. James George, Jr
Texas Bar No. 07810000
Douglas Brothers
Texas Bar No. 03084500
**GEORGE & BROTHERS, L.L.P.**
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499-0094
rjgeorge@georgeandbrothers.com
INTERIM CLASS COUNSEL
FOR CINGULAR SUBSCRIBER CLASS