IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION<br><hr>This order pertains to:<br>Al-Haramain Islamic Foundation et al v Bush et al (C-07-0109 VRW),<br>_____/ | MDL Docket No 06-1791 VRW<br><br>ORDER |

  This order corrects typographical errors in the order filed July 2, 2008 in this matter (Doc #452/33). On page 4:27-28, the words "sensitive compartmented" should be substituted for "sealed compartmentalized" in the original order.

  IT IS SO ORDERED.

           /s/ Vaughn R Walker
           _____
           VAUGHN R WALKER
           United States District Chief Judge