| | |
|---|---|
| 1 | **Jon B. Eisenberg, California Bar No. 88278** (jon@eandhlaw.com) |
| | **William N. Hancock, California Bar No. 104501** (bill@eandhlaw.com) |
| 2 | **Eisenberg & Hancock LLP** |
| | 1970 Broadway, Suite 1200 • Oakland, CA 94612 |
| 3 | 510.452.258l – Fax 510.452.3277 |
| 4 | **Steven Goldberg, Oregon Bar No. 75134** (steven@stevengoldberglaw.com) |
| | River Park Center, Suite 300 • 205 SE Spokane St.• Portland, OR 97202 |
| 5 | 503.445.4622 – Fax 503.238.7501 |
| 6 | **Thomas H. Nelson, Oregon Bar No. 78315** (nelson@thnelson.com) |
| | P.O. Box 1211, 24525 E. Welches Road • Welches, OR 97067 |
| 7 | 503.622.3123 - Fax: 503.622.1438 |
| 8 | **Zaha S. Hassan, California Bar No. 184696** (zahahassan@comcast.net) |
| | 8101 N.E. Parkway Drive, Suite F-2 • Vancouver, WA 98662 |
| 9 | 360.213.9737 - Fax 866.399.5575 |
| 10 | **J. Ashlee Albies, Oregon Bar No. 05184** (ashlee@sstcr.com) |
| | **Steenson, Schumann, Tewksbury, Creighton and Rose, PC** |
| 11 | 815 S.W. Second Ave., Suite 500 • Portland, OR 97204 |
| | 503.221.1792 – Fax 503.223.1516 |
| 12 | |
| 13 | **Lisa R. Jaskol, California Bar No. 138769** (ljaskol@earthlink.net) |
| | 610 S. Ardmore Ave.• Los Angeles, CA 90005 |
| | 213.385.2977 – Fax 213.385.9089 |

Attorneys for Al-Haramain Islamic Foundation, Inc., Wendell Belew and Asim Ghafoor

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION** | MDL Docket No. 06-1791<br><br>**PROOF OF SERVICE** |
| This Document Relates Solely To: | |
| *Al-Haramain Islamic Foundation, Inc., et al. v. Bush, et al.* (C07-CV-0109-VRW) | |
| **AL-HARAMAIN ISLAMIC FOUNDATION, INC.**, an Oregon Nonprofit Corporation; **WENDELL BELEW**, a U.S. Citizen and Attorney at Law; **ASIM GHAFOOR**, a U.S. Citizen and Attorney at Law, | |
| Plaintiffs, | |
| vs. | |
| **GEORGE W. BUSH**, President of the United States; **NATIONAL SECURITY** | |

---

MDL DOCKET NO. 06-1791 VRW • PROOF OF SERVICE

| | |
|---|---|
| **AGENCY and KEITH B. ALEXANDER,** its Director; **OFFICE OF FOREIGN ASSETS CONTROL,** an office of the United States Treasury, and **ADAM J. SZUBIN,** its Director; **FEDERAL BUREAU OF INVESTIGATION** and **ROBERT S. MUELLER III,** its Director, in his official and personal capacities. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

# CERTIFICATE OF SERVICE

**RE:** **In Re National Secrurity Agency Telecommunications Records Litigation**
      **MDL Docket No. 06-1791 VRW**

    I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is Eisenberg and Hancock, LLP, 180 Montgomery Street, Suite 2200, San Francisco, CA, 94104. On July 29, 2008, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **FIRST AMENDED COMPLAINT**

___    **Facsimile** transmission from (415) 544-0201 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

___    **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at San Francisco, California.

XX    **By ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in In Re National Security Agency Telecommunications Records Litigation, Docket Number M:06-cv-01791 VRW, and *Al-Haramain Islamic Foundation, Inc., et al. v. Bush, et al.*, Docket Number C07-CV-0109-VRW.

XX    **FedEx**, overnight delivery to:

| | |
|---|---|
| Marcus Meeks, Esq.<br>Department of Justice, Civil Division<br>Torts Branch<br>1425 New York Ave., Suite 8200<br>Washington, D.C. 20005 | Attorneys for Defendant Robert S. Mueller III |

| | |
|---|---|
| 1 | I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at San Francisco, California that same day in the ordinary course of business. |
| 2 | |
| 3 | |
| 4 | I declare under penalty of perjury that the foregoing is true and correct. Executed on July 29, 2008 at San Francisco, California. |
| 5 | |
| 6 | /s/ Mary B. Cunniff<br>MARY B. CUNNIFF |