1  MARY H. MASON, D.C. Bar No. 427461
   Senior Trial Counsel (mary.mason@usdoj.gov)
2
3  J. MARCUS MEEKS, D.C. Bar No. 472072
   Trial Attorney (marcus.meeks@usdoj.gov)
4  United States Department of Justice
   Civil Division, Torts Branch
5  P.O. Box 7146, Ben Franklin Sta.
   Washington, DC 20044
6  ph: 202-616-4176  fax: 202-616-4314

7  *Attorneys for Defendant Robert S. Mueller, III in his Individual Capacity*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>MDL Docket No. 06-1791 VRW<br><br>This Document Solely Relates To:<br><br>*Al-Haramain Islamic Foundation, Inc., et al. v. Bush, et al.* (07-CV-109-VRW) | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT ROBERT S. MUELLER, III IN HIS INDIVIDUAL CAPACITY** |

The undersigned counsel hereby enter their appearance as counsel of record in this action on behalf of Defendant Robert S. Mueller, III, in his individual capacity. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon the following:

> Mary H. Mason
> Senior Trial Counsel
> Civil Division, Torts Branch
> United States Department of Justice
> P.O. Box 7146, Ben Franklin Sta.
> Washington, D.C.  20044
> Ph.: 202-616-4123, Fax: 202-616-4314
> E-mail: mary.mason@usdoj.gov;

*Al-Haramain v. Bush* (MDL 06-1791-VRW) -  Notice of Appearance of Counsel for Defendant Robert Mueller III, In his Individual Capacity                                                                                                                     1

J. Marcus Meeks
Trial Attorney
Civil Division, Torts Branch
United States Department of Justice
P.O. Box 7146, Ben Franklin Sta.
Washington, D.C. 20044
Ph.: 202-616-4176, Fax: 202-616-4314
E-mail: marcus.meeks@usdoj.gov.

DATED: July 30, 2008          Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General, Civil Division

TIMOTHY P. GARREN
Director, Torts Branch

  *s/ Mary H. Mason*
MARY H. MASON
Senior Trial Counsel

  *s/ J. Marcus Meeks*
J. MARCUS MEEKS
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch

*Counsel for Defendant Robert S. Mueller, III in his individual capacity*