| | |
|---|---|
| 1 | GREGORY G. KATSAS<br>Assistant Attorney General, Civil Division |
| 2 | CARL J. NICHOLS<br>Principal Deputy Associate Attorney General |
| 3 | JOHN C. O'QUINN<br>Deputy Assistant Attorney General |
| 4 | DOUGLAS N. LETTER<br>Terrorism Litigation Counsel |
| 5 | JOSEPH H. HUNT<br>Director, Federal Programs Branch |
| 6 | ANTHONY J. COPPOLINO<br>Special Litigation Counsel |
| 7 | ALEXANDER K. HAAS (SBN 220932)<br>Trial Attorney |
| 8 | U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| 9 | 20 Massachusetts Avenue, NW, Rm. 6102<br>Washington, D.C. 20001 |
| 10 | Phone: (202) 514-4782—Fax: (202) 616-8460 |
| 11 | *Attorneys for Government Defendants*<br>*in their Official Capacities* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. M:06-cv-01791-VRW<br><br>**STIPULATION TO EXTEND TIME FOR GOVERNMENT DEFENDANTS TO RESPOND TO AMENDED COMPLAINT**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |
| This Document Solely Relates To:<br><br>*Al-Haramain Islamic Foundation et al.*<br>    *v. Bush*, *et al*. (07-CV-109-VRW) | |

Pursuant to Local Rule 6.1(a), the parties hereby stipulate and agree as follows to an extension of time for the Defendants in this action sued in their official capacity (hereafter "defendants" or "Government defendants") to respond to Plaintiffs' Amended Complaint filed on July 29, 2008.[1]

---

[1] The time in which the only defendant sued in his personal capacity (FBI Director Robert Mueller) would respond to the Amended Complaint is addressed by separate stipulation. *See* Dkt. 39 (07-CV-109-VRW).

**Stipulation to Extend Time for Government Defendants to Respond to Amended Complaint in *Al-Haramain v. Bush* (07-CV-109-VRW) (M:06-CV-01791-VRW)**    1

**RECITALS**

1. On July 2, 2008, this Court entered an order dismissing plaintiffs' claims under the Foreign Intelligence Surveillance Act ("FISA") without prejudice and with the right to file an amended complaint within 30 days of that order. *See* Dkt. 33 (07-CV-109-VRW), Order in *Al-Haramain Islamic Foundation et al. v. Bush et al.* (July 2, 2008) at 56.

2. On July 29, 2008, plaintiffs filed an amended complaint pursuant to the Court's July 2 Order. *See* Dkt. 35 (07-CV-109-VRW) (July 29, 2008).

3. The plaintiffs and Government defendants are conferring on a joint case management report that will set forth their views and any differences on further proceedings.

4. In the meantime, the parties agree that the Government defendants' response to the amended complaint should be deferred until a schedule for further proceedings is set by stipulation or by the Court upon review of a joint case management report and, in any event, would not be due before September 11, 2008.

**STIPULATION**

Pursuant to Local Rule 6.1(a), the parties hereby stipulate that the Government defendants' response to the amended complaint is deferred until a schedule for further proceedings is set by stipulation or by the Court upon review of a joint case management report and, in any event, would not be due before September 11, 2008.

DATED: July 31, 2008                Respectfully Submitted,

| FOR PLAINTIFFS | FOR GOVERNMENT DEFENDANTS |
|---|---|
| Jon B. Eisenberg, California Bar 88278 (jon@eandhlaw.com) William N. Hancock, California Bar 104501 (bill@eandhlaw.com) Eisenberg & Hancock LLP 1970 Broadway, Suite 1200 Oakland, CA 94612 510.452.258l – Fax 510.452.3277 | GREGORY G. KATSAS Assistant Attorney General, Civil Division  CARL J. NICHOLS Principal Deputy Associate Attorney General  JOHN C. O'QUINN Deputy Assistant Attorney General |

| FOR PLAINTIFFS<br>(*continued*) | FOR GOVERNMENT DEFENDANTS<br>(*continued*) |
|---|---|
| Steven Goldberg, Oregon Bar 75134<br>(steven@stevengoldberglaw.com)<br>River Park Center, Suite 300<br>205 SE Spokane St.<br>Portland, OR 97202<br>503.445.4622 – Fax 503.238.7501<br><br>Thomas H. Nelson, Oregon Bar 78315<br>(nelson@thnelson.com)<br>P.O. Box 1211, 24525 E. Welches Road<br>Welches, OR 97067<br>503.622.3123 - Fax: 503.622.1438<br><br>Zaha S. Hassan, California Bar 184696<br>(zahahassan@comcast.net)<br>8101 N.E. Parkway Drive, Suite F-2<br>Vancouver, WA 98662<br>360.213.9737 - Fax 866.399.5575<br><br>J. Ashlee Albies, Oregon Bar 05184<br>(ashlee@sstcr.com)<br>Steenson, Schumann, Tewksbury, Creighton and Rose, PC<br>815 S.W. Second Ave., Suite 500<br>Portland, OR 97204<br>503.221.1792 – Fax 503.223.1516<br><br>Lisa R. Jaskol, California Bar No. 138769<br>(ljaskol@earthlink.net)<br>610 S. Ardmore Ave.<br>Los Angeles, CA 90005<br>213.385.2977 – Fax 213.385.9089<br><br>By: *s/ Jon B. Eisenberg* per G.O. 45<br>Jon B. Eisenberg<br>(jon@eandhlaw.com)<br><br>*Counsel for Plaintiffs Al-Haramain Islamic Foundation, Inc., Wendell Belew, and Asim Ghafoor* | DOUGLAS N. LETTER<br>Terrorism Litigation Counsel<br><br>JOSEPH H. HUNT<br>Director, Federal Programs Branch<br><br>ANTHONY J. COPPOLINO<br>Special Litigation Counsel<br><br>ALEXANDER K. HAAS (SBN 220932)<br>Trial Attorney<br><br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW, Rm. 6102<br>Washington, D.C. 20001<br>Phone: (202) 514-4782/Fax: (202) 616-8460<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>By: *s/ Anthony J. Coppolino*<br>Anthony J. Coppolino<br>(tony.coppolino@usdoj.gov)<br><br>*Attorneys for Government Defendants in their Official Capacities* |

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ANTHONY J. COPPOLINO, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on July 31, 2008, in the City of Washington, District of Columbia.

GREGORY G. KATSAS
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Principal Deputy Associate Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Special Litigation Counsel

ALEXANDER K. HAAS (SBN 220932)
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 6102
Washington, DC 20001
Telephone: (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By: *s/ Anthony J. Coppolino*
Anthony J. Coppolino

*Attorneys for Government Defendants
in their Official Capacities*

By: *s/ Jon B. Eisenberg* per G.O. 45
Jon B. Eisenberg, Calif. Bar No. 88278
William N. Hancock, Calif. Bar No. 104501
Steven Goldberg, Ore. Bar No. 75134
Thomas H. Nelson, Oregon Bar No. 78315
Zaha S. Hassan, Calif. Bar No. 184696
J. Ashlee Albies, Ore. Bar No. 05184
Lisa Jaskol, Calif. Bar No. 138769

*Attorneys for Plaintiffs Al-Haramain Islamic Foundation, Inc., Wendell Belew, and Asim Ghafoor*

---

**Stipulation to Extend Time for Government Defendants to Respond to Amended Complaint in *Al-Haramain v. Bush* (07-CV-109-VRW) (M:06-CV-01791-VRW)** 5