Jon B. Eisenberg, California Bar No. 88278 (jon@eandhlaw.com)
William N. Hancock, California Bar No. 104501 (bill@eandhlaw.com)
Eisenberg & Hancock LLP
1970 Broadway, Suite 1200 • Oakland, CA 94612
510.452.2581 – Fax 510.452.3277

Steven Goldberg, Oregon Bar No. 75134 (steven@stevengoldberglaw.com)
River Park Center, Suite 300 • 205 SE Spokane St.• Portland, OR 97202
503.445.4622 – Fax 503.238.7501

Thomas H. Nelson, Oregon Bar No. 78315 (nelson@thnelson.com)
P.O. Box 1211, 24525 E. Welches Road • Welches, OR 97067
503.622.3123 - Fax: 503.622.1438

Zaha S. Hassan, California Bar No. 184696 (zahahassan@comcast.net)
8101 N.E. Parkway Drive, Suite F-2 • Vancouver, WA 98662
360.213.9737 - Fax 866.399.5575

J. Ashlee Albies, Oregon Bar No. 05184 (ashlee@sstcr.com)
Steenson, Schumann, Tewksbury, Creighton and Rose, PC
815 S.W. Second Ave., Suite 500 • Portland, OR 97204
503.221.1792 – Fax 503.223.1516

Lisa R. Jaskol, California Bar No. 138769 (ljaskol@earthlink.net)
610 S. Ardmore Ave.• Los Angeles, CA 90005
213.385.2977 – Fax 213.385.9089

Attorneys for Al-Haramain Islamic Foundation, Inc., Wendell Belew and Asim Ghafoor

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION ———————————————————— This Document Relates Solely To: *Al-Haramain Islamic Foundation, Inc., et al. v. Bush, et al.* (C07-CV-0109-VRW) AL-HARAMAIN ISLAMIC FOUNDATION, INC., an Oregon Nonprofit Corporation; WENDELL BELEW, a U.S. Citizen and Attorney at Law; ASIM GHAFOOR, a U.S. Citizen and Attorney at Law,           Plaintiffs, vs. GEORGE W. BUSH, President of the United States; NATIONAL SECURITY | MDL Docket No. 06-1791  **ACCEPTANCE OF SERVICE** |

MDL DOCKET NO. 06-1791 VRW • ACCEPTANCE OF SERVICE

AGENCY and **KEITH B. ALEXANDER**,   )
its Director; **OFFICE OF FOREIGN**   )
**ASSETS CONTROL**, an office of the   )
United States Treasury, and **ADAM J.**   )
**SZUBIN**, its Director; **FEDERAL**   )
**BUREAU OF INVESTIGATION** and   )
**ROBERT S. MUELLER III**, its Director,   )
in his official and personal capacities.   )
   )
              Defendants.   )

The undersigned attorney hereby acknowledges receipt, on July 30 , 2008, in Washington D.C., of the Summons and First Amended Complaint to defendant Robert S. Mueller III, Director of the Federal Bureau of Investigation, in his personal capacity, and is authorized to and hereby accepts service of process thereof by and on behalf of defendant Mueller in his personal capacity. Defendant Mueller will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

Dated this 30th day of July , 2008.

J. Marcus Meeks
Trial Attorney, Department of Justice, Civil Division
Constitutional and Specialized Tort Litigation

---

# CERTIFICATE OF SERVICE

**RE:** **In Re Secrurity Agency Telecommunications Records Litigation**
**MDL Docket No. 06-1791 VRW**

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is Eisenberg and Hancock, LLP, 180 Montgomery Street, Suite 2200, San Francisco, CA, 94104. On July 29, 2008, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

• **ACCEPTANCE OF SERVICE**

___  **Facsimile** transmission from (415) 544-0201 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

___  **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at San Francisco, California.

XX  **By ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in In Re National Security Agency Telecommunications Records Litigation, Docket Number M:06-cv-01791 VRW, and *Al-Haramain Islamic Foundation, Inc., et al. v. Bush, et al.*, Docket Number C07-CV-0109-VRW.

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at San Francisco, California that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 30, 2008 at San Francisco, California.

_____/s/ Mary B. Cunniff_____
MARY B. CUNNIFF