| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>Randolph D. Moss (pro hac vice)<br>Samir C. Jain         # 181572<br>Brian M. Boynton     # 222193<br>Catherine M.A. Carroll (pro hac vice)<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>Tel.: 202-663-6000<br>Fax: 202-663-6363<br>Email: Randolph.Moss@wilmerhale.com | MUNGER, TOLLES & OLSON LLP<br>Henry Weissmann    # 132418<br>Susan R. Szabo         # 155315<br>Aimee A. Feinberg    # 223309<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071-1560<br>Tel.: 213-683-9100<br>Fax: 213-683-5150<br>Email: Henry.Weissmann@mto.com |

Randal S. Milch       (pro hac vice)
Verizon Communications Inc.
One Verizon Way
VC43E043
Basking Ridge, NJ 07920
Tel.: 908-559-1752
Fax: 908-696-2136

Attorneys for Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Maryland Inc., Verizon Florida Inc., MCI Communications Services, Inc. and MCI, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>All Actions Against the MCI and Verizon Defendants<br><br>06-6434 VRW, 06-5066 VRW,<br>06-6313 VRW, 06-6570 VRW,<br>06-5576 VRW, 06-6254 VRW,<br>06-6222 VRW, 06-6224 VRW,<br>06-6387 VRW, 06-5267 VRW,<br>06-5343 VRW, 06-5341 VRW,<br>06-5485 VRW, 06-5064 VRW,<br>06-5063 VRW, 07-2029 VRW,<br>06-6435 VRW, 06-3574 VRW,<br>06-6388 VRW, 06-4221 VRW,<br>07-2538 VRW, 07-1323 VRW,<br>07-1324 VRW, 07-1326 VRW,<br>07-1396 VRW | MDL NO. 06-1791 VRW<br><br>**NOTICE OF ATTORNEY NO LONGER ASSOCIATED WITH CASE**<br><br>Judge: Hon. Vaughn R. Walker |

1

Notice of Attorney No Longer Associated With Case                                                                                                 MDL NO. 06-1791-VRW

Dockets.Justia.com

TO THE COURT AND ALL PARTIES, PLEASE TAKE NOTICE THAT:

After today, September 5, 2008, John A. Rogovin, counsel to the Verizon defendants, will no longer be associated with Wilmer Cutler Pickering Hale and Dorr LLP. Mr. Rogovin therefore will no longer represent the Verizon defendants in this action or any of the underlying cases consolidated in this proceeding.

Dated: September 5, 2008

WILMER CUTLER PICKERING HALE AND DORR LLP

MUNGER, TOLLES & OLSON LLP

Randal S. Milch

By: /s/ Brian M. Boynton
_____
Brian M. Boynton

Attorneys for Verizon Communications Inc., Verizon Global Networks Inc., Verizon Northwest Inc., Verizon Maryland Inc., Verizon Florida Inc., MCI Communications Services, Inc. and MCI, LLC