GREGORY G. KATSAS
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Principal Deputy Associate Attorney General
JOHN C. O'QUINN
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ALEXANDER K. HAAS
PAUL G. FREEBORNE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION <br><br> This Document Relates To: <br> ALL CLAIMS AGAINST ELECTRONIC COMMUNICATION SERVICE PROVIDER DEFENDANTS (including *AT&T, MCI/Verizon, Sprint/Nextel, Cingular Wireless/AT&T Mobility,* and *BellSouth* Defendants) including in: <br> 06-00672 06-05268 06-06253 06-07934 <br> 06-03467 06-05269 06-06295 07-00464 <br> 06-03596 06-05340 06-06294 07-01243 <br> 06-04221 06-05341 06-06313 07-02029 <br> 06-03574 06-05343 06-06388 07-02538 <br> 06-05067 06-05452 06-06385 <br> 06-05063 06-05485 06-06387 <br> 06-05064 06-05576 06-06435 <br> 06-05065 06-06222 06-06434 <br> 06-05066 06-06224 06-06924 <br> 06-05267 06-06254 06-06570; and <br> Master *MCI/Verizon* Compl. (Dkt. 125); <br> Master *Sprint* Compl. (Dkt. 124); Master *BellSouth* Complaint (Dkt. 126); Master *Cingular* Amended Complaint (Dkt. 455) | No. M:06-cv-01791-VRW <br><br> **UNITED STATES' NOTICE OF LODGING OF CLASSIFIED** *IN CAMERA*, *EX PARTE* **CERTIFICATION OF THE ATTORNEY GENERAL OF THE UNITED STATES** <br><br> Date:      December 2, 2008 <br> Time:     10 a.m. <br> Courtroom:   6, 17th Floor <br><br> Chief Judge Vaughn R. Walker |

**United States' Notice of Lodging of *In Camera*, *Ex Parte* Material (MDL No. 06-CV-1791-VRW)**     1

**UNITED STATES' NOTICE OF LODGING OF CLASSIFIED *IN CAMERA*, *EX PARTE* CERTIFICATION OF THE ATTORNEY GENERAL OF THE UNITED STATES**

The United States of America hereby provides notice that the classified *in camera*, *ex parte* certification of Michael B. Mukasey, Attorney General of the United States, filed in support of the United States' Motion to Dismiss Or, In The Alternative, For Summary Judgment is being lodged for secure storage and for secure transmission to the Court with the United States Department of Justice, Litigation Security Group, 20 Massachusetts Avenue, N.W., 5th Floor, Washington, D.C., (202) 514-9016.[1]

September 19, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

CARL J. NICHOLS
Principal Deputy Associate Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

　*s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

　*s/ Alexander K. Haas*
ALEXANDER K. HAAS

　*s/ Paul G. Freeborne*
PAUL FREEBORNE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

*Attorneys for the United States*

---

[1] A public certification of Michael B. Mukasey, Attorney General of the United States of America, has been filed on the public record.