| | |
|---|---|
| 1 | [THE NAMES, ADDRESSES AND TELEPHONE NUMBERS OF ALL COUNSEL WHO HAVE SIGNED THIS JOINT STATEMENT ARE LISTED ON THE SIGNATURE PAGES] |
| 2 | |
| 3 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791 | MDL Docket No 06-1791 VRW |
| This Document Relates To All Cases Except | **STIPULATION AND [PROPOSED] ORDER RE BRIEF LENGTH ON DEFENDANTS MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |
| *Al-Haramain Islamic Foundation, Inc. v. Bush*, No. 07-00109 | |
| *Center for Constitutional Rights v. Bush*, No. 07-01115 | Courtroom: 6, 17th Floor |
| *Guzzi v. Bush*, No. 06-06225 | Judge: The Hon. Vaughn R. Walker |
| *Shubert v. Bush*, No. 07-00693 | Date: December 2, 2008 |
| *United States v. Adams*, No. 07-01323 | Time: 10:00 a.m. |
| *United States v. Clayton*, No. 07-01242 | |
| *United States v. Palermino*, No. 07-01326 | |
| *United States v. Rabner*, No. 07-01324 | |
| *United States v. Volz*, No. 07-01396 | |

During the Case Management Conference held in this case on September 12, 2008, the Court set a briefing schedule and page limits for briefs for Defendants Motion to Dismiss or, in the Alternative, for Summary Judgment, limiting each side to 85 pages of briefs in total.

The Schedule provided that the Government's opening brief be no more than 25 pages, Plaintiffs opposing brief be no more than 40 pages, the Government's reply be no more than 30 pages, the Carriers' joint brief be no more than 30 pages and the Plaintiffs response to the Carriers' brief be no more than 45 pages.

Because of the length and complexity of the arguments Plaintiffs wish to raise in opposition, they have asked Defendants and the carriers to agree to allow them to "swap" 10 pages

MDL No. 06-1791-VRW     STIPULATION AND [PROPOSED] ORDER RE BRIEF LENGTH ON DEFENDANTS MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Dockets.Justia.com

from their final brief and add them to their opposition brief. Defendants have agreed to this in exchange for Plaintiffs' agreement that the Government be allowed to add five pages to their reply brief, noting that the Government did not use all 25 pages it was allowed for its opening brief. Plaintiffs have agreed to this change.

This stipulation does not change the overall number of pages to be filed by any party.

Accordingly, the parties stipulate to the following page limits for the remaining briefs:

1. Plaintiffs' Opposition: 50 pages
2. Government Reply: 35 pages
3. Carrier Brief: 30 pages
4. Plaintiffs' Response to Carrier Brief: 35 pages.

DATED: September 24, 2008

ELECTRONIC FRONTIER FOUNDATION

By     /s/
Cindy A. Cohn, Esq. (SBN 145997)
Lee Tien, Esq. (SBN 148216)
Kurt Opsahl, Esq. (SBN 191303)
Kevin S. Bankston, Esq. (SBN 217026)
Corynne McSherry, Esq. (SBN 221504)
James S. Tyre, Esq. (SBN 083117)
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993

ATTORNEYS FOR AT&T CLASS PLAINTIFFS AND CO-CHAIR OF PLAINTIFFS' EXECUTIVE COMMITTEE

| | |
|---|---|
| Dated: September 24, 2008 | Respectfully submitted, |
| **FOR THE UNITED STATES** | **FOR THE DEFENDANTS** |
| GREGORY G. KATSAS<br>Assistant Attorney General, Civil Division | WILMER CUTLER PICKERING<br>   HALE AND DORR LLP |
| CARL J. NICHOLS<br>Principal Deputy Associate Attorney<br>General | RANDOLPH D. MOSS*<br>SAMIR C. JAIN<br>BRIAN M. BOYNTON<br>1875 Pennsylvania Ave, N.W. |
| JOHN C O'QUINN<br>Deputy Assistant Attorney General | Washington, D.C. 20006<br>202-663-6000 |
| DOUGLAS N. LETTER<br>Terrorism Litigation Counsel | Fax: 202-663-6363 |
| JOSEPH H. HUNT<br>Director, Federal Programs Branch | MUNGER, TOLLES & OLSON LLP<br>HENRY WEISSMANN<br>SUSAN R. SZABO |
| ANTHONY J. COPPOLINO<br>Special Litigation Counsel | AIMEE A. FEINBERG<br>355 South Grand Avenue |
| ALEXANDER K. HAAS (SBN 220932)<br>PAUL G. FREEBORNE<br>Trial Attorneys | 35th Floor<br>Los Angeles, CA 90071-1560<br>213-683-9100<br>Fax: 213-683-5150 |
| U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Rm. 6102<br>Washington, D.C. 20001<br>202-514-5782<br>Fax: 202-616-8460 | |
| By:    /s/<br>      Anthony J. Coppolino | By:    /s/<br>      Randolph D. Moss |
| *Attorneys for the United States* | *Attorneys for the Verizon Defendants* |

| | |
|---|---|
| **FOR THE DEFENDANTS** | **FOR THE DEFENDANTS** |
| WILLIAMS & CONNOLLY LLP<br>BRENDAN V. SULLIVAN, JR.<br>JOHN G. KESTER<br>GILBERT GREENMAN<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>202-434-5000 | SIDLEY AUSTIN LLP<br>DAVID W. CARPENTER*<br>BRADFORD A. BERENSON*<br>DAVID L. LAWSON*<br>EDWARD R. MCNICHOLAS*<br>ERIC A. SHUMSKY<br>1501 K Street, N.W.<br>Washington, DC 20005 |
| By: _____/s/_____<br>     John G. Kester<br><br>*Attorneys for the Sprint Defendants* | PILLSBURY WINTHROP<br>SHAW PITTMAN LLP<br>BRUCE A. ERICSON<br>JACOB R. SORENSEN<br>MARC H. AXELBAUM<br>DANIEL J. RICHERT<br>50 Fremont Street<br>Post Office Box 7880<br>San Francisco, CA 94120-7880<br><br>By: _____/s/_____<br>     Bradford A. Berenson<br><br>*Attorneys for the AT&T, Cingular, and BellSouth Defendants* |

## **ORDER**

Based upon the stipulation provided above, the following shall be the page limits for the remaining briefs:

1. Plaintiffs' Opposition: 50 pages

2. Government Reply: 35 pages

3. Carrier Brief: 30 pages

4. Plaintiffs' Response to Carrier Brief: 35 pages.

Dated:                                     By:_____
                                                The Honorable Vaughn Walker
                                                United States District Court