In re National Security Agency Telecommunications Records Litigation    Doc. 473

Case M:06-cv-01791-VRW   Case3:06-cv-01791-VRW   Document473   Document473   Filed09/30/2008   Filed09/30/2008   Page1 of 4   Page1 of 4

1
2
3   [THE NAMES, ADDRESSES AND
    TELEPHONE NUMBERS OF ALL
    COUNSEL WHO HAVE SIGNED
    THIS JOINT STATEMENT ARE
    LISTED ON THE SIGNATURE PAGES]

4

5                    UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   IN RE NATIONAL SECURITY AGENCY            )   MDL Docket No 06-1791 VRW
    TELECOMMUNICATIONS RECORDS                )
9   LITIGATION, MDL No. 1791                  )   **STIPULATION AND [PROPOSED]**
                                              )   **ORDER RE BRIEF LENGTH ON**
10  This Document Relates To All Cases Except )   **DEFENDANTS MOTION TO DISMISS**
                                              )   **OR, IN THE ALTERNATIVE, FOR**
11      *Al-Haramain Islamic Foundation, Inc. v.* )   **SUMMARY JUDGMENT**
            *Bush*, No. 07-00109              )
12      *Center for Constitutional Rights v. Bush*, )
            No. 07-01115                      )   Courtroom:   6, 17th Floor
13      *Guzzi v. Bush*, No. 06-06225         )   Judge:       The Hon. Vaughn R. Walker
        *Shubert v. Bush*, No. 07-00693       )   Date:        December 2, 2008
14      *United States v. Adams*, No. 07-01323 )  Time:        10:00 a.m.
        *United States v. Clayton*, No. 07-01242 )
15      *United States v. Palermino*, No. 07- )
            01326                             )
16      *United States v. Rabner*, No. 07-01324 )
        *United States v. Volz*, No. 07-01396 )
17                                            )

18

19       During the Case Management Conference held in this case on September 12, 2008, the

20  Court set a briefing schedule and page limits for briefs for Defendants Motion to Dismiss or, in the

21  Alternative, for Summary Judgment, limiting each side to 85 pages of briefs in total.

22       The Schedule provided that the Government's opening brief be no more than 25 pages,

23  Plaintiffs opposing brief be no more than 40 pages, the Government's reply be no more than 30

24  pages, the Carriers' joint brief be no more than 30 pages and the Plaintiffs response to the Carriers'

25  brief be no more than 45 pages.

26       Because of the length and complexity of the arguments Plaintiffs wish to raise in

27  opposition, they have asked Defendants and the carriers to agree to allow them to "swap" 10 pages

28

MDL No. 06-1791-    STIPULATION AND [PROPOSED] ORDER RE BRIEF LENGTH
VRW                 ON DEFENDANTS MOTION TO DISMISS OR, IN THE
                    ALTERNATIVE, FOR SUMMARY JUDGMENT

Dockets.Justia.com

from their final brief and add them to their opposition brief. Defendants have agreed to this in exchange for Plaintiffs' agreement that the Government be allowed to add five pages to their reply brief, noting that the Government did not use all 25 pages it was allowed for its opening brief. Plaintiffs have agreed to this change.

This stipulation does not change the overall number of pages to be filed by any party.

Accordingly, the parties stipulate to the following page limits for the remaining briefs:

1. Plaintiffs' Opposition: 50 pages
2. Government Reply: 35 pages
3. Carrier Brief: 30 pages
4. Plaintiffs' Response to Carrier Brief: 35 pages.

DATED: September 24, 2008

ELECTRONIC FRONTIER FOUNDATION

By _____/s/_____
Cindy A. Cohn, Esq. (SBN 145997)
Lee Tien, Esq. (SBN 148216)
Kurt Opsahl, Esq. (SBN 191303)
Kevin S. Bankston, Esq. (SBN 217026)
Corynne McSherry, Esq. (SBN 221504)
James S. Tyre, Esq. (SBN 083117)
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333 x108
Facsimile:   (415) 436-9993

ATTORNEYS FOR AT&T CLASS PLAINTIFFS AND CO-CHAIR OF PLAINTIFFS' EXECUTIVE COMMITTEE

-1-
MDL No. 06-1791-VRW   STIPULATION AND [PROPOSED] ORDER RE BRIEF LENGTH ON DEFENDANTS MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Dated: September 24, 2008　　　　　　　　Respectfully submitted,

**FOR THE UNITED STATES**　　　　　　**FOR THE DEFENDANTS**

GREGORY G. KATSAS
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Principal Deputy Associate Attorney General

JOHN C O'QUINN
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Special Litigation Counsel

ALEXANDER K. HAAS (SBN 220932)
PAUL G. FREEBORNE
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Rm. 6102
Washington, D.C. 20001
202-514-5782
Fax: 202-616-8460

WILMER CUTLER PICKERING
　HALE AND DORR LLP
RANDOLPH D. MOSS*
SAMIR C. JAIN
BRIAN M. BOYNTON
1875 Pennsylvania Ave, N.W.
Washington, D.C. 20006
202-663-6000
Fax: 202-663-6363

MUNGER, TOLLES & OLSON LLP
HENRY WEISSMANN
SUSAN R. SZABO
AIMEE A. FEINBERG
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
213-683-9100
Fax: 213-683-5150

By: _____/s/_____　　　　　　　　By: _____/s/_____
　　　Anthony J. Coppolino　　　　　　　　　Randolph D. Moss

*Attorneys for the United States*　　　*Attorneys for the Verizon Defendants*

-2-

MDL No. 06-1791-VRW　STIPULATION AND [PROPOSED] ORDER RE BRIEF LENGTH ON DEFENDANTS MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

| | |
|---|---|
| **FOR THE DEFENDANTS** | **FOR THE DEFENDANTS** |
| WILLIAMS & CONNOLLY LLP<br>BRENDAN V. SULLIVAN, JR.<br>JOHN G. KESTER<br>GILBERT GREENMAN<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>202-434-5000 | SIDLEY AUSTIN LLP<br>DAVID W. CARPENTER*<br>BRADFORD A. BERENSON*<br>DAVID L. LAWSON*<br>EDWARD R. MCNICHOLAS*<br>ERIC A. SHUMSKY<br>1501 K Street, N.W.<br>Washington, DC 20005 |
| By: _____/s/_____<br>      John G. Kester<br><br>*Attorneys for the Sprint Defendants* | PILLSBURY WINTHROP<br>SHAW PITTMAN LLP<br>BRUCE A. ERICSON<br>JACOB R. SORENSEN<br>MARC H. AXELBAUM<br>DANIEL J. RICHERT<br>50 Fremont Street<br>Post Office Box 7880<br>San Francisco, CA 94120-7880 |
| | By: _____/s/_____<br>      Bradford A. Berenson<br><br>*Attorneys for the AT&T, Cingular, and*<br>*BellSouth Defendants* |

## ORDER

Based upon the stipulation provided above, the following shall be the page limits for the remaining briefs:

1. Plaintiffs' Opposition: 50 pages
2. Government Reply: 35 pages
3. Carrier Brief: 30 pages
4. Plaintiffs' Response to Carrier Brief: 35 pages.

Dated: 9/30/2008

By: _____
The Honorable Vaughn Walker
United States District

IT IS SO ORDERED
Judge Vaughn R Walker

-3-

MDL No. 06-1791-VRW    STIPULATION AND [PROPOSED] ORDER RE BRIEF LENGTH ON DEFENDANTS MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT