William J. Heller
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Attorneys for Defendant Verizon Communications, Inc.
 f/k/a Callco Partnership*

Of Counsel:
Aimee Athena Feinberg
MUNGER, TOLLES & OLSON
560 Mission St., 27th Fl.
San Francisco, CA 94110
(415) 512-4025

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## DISTRICT OF SAN FRANCISCO

| | |
|---|---|
| IN RE: <br><br> NATIONAL SECURITY AGENCY <br> TELECOMMUNICATION RECORDS <br> LITIGATION | ) <br> ) **MDL No. 06-1791 VRW** <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL
## FROM ELECTRONIC NOTIFICATION SERVICE LIST

TO THE CLERK:

Please withdraw the appearance of William J. Heller on behalf of Defendant Verizon Communications, Inc. f/k/a Callco Partnership in this action.

ME1 7752351v.1

Please remove William J. Heller (wheller@mccrter.com), from the Court's electronic notification list for this matter.

Dated: October 1, 2008

By: <u>S/William J. Heller</u>
William J. Heller
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Attorneys for Defendant Verizon Communications, Inc.
f/k/a Callco Partnership*

Of Counsel:
Aimee Athena Feinberg
MUNGER, TOLLES & OLSON
560 Mission St., 27th Fl.
San Francisco, CA 94110
 (415) 512-4025

2

ME1 7752351v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2008, I caused a copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ELECTRONIC NOTIFICATION SERVICE LIST to be served upon all counsel of record by operation of the Court's electronic filing system.

By:     s/William J. Heller
              William J. Heller

3

ME1 7752351v.1