**ORIGINAL**


FILED
08 OCT 16 PM 3:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re National Security Agency Telecommunications Records Litigation, MDL No. 1791 **PLAINTIFF(S)** v. **DEFENDANT(S)** | CASE NUMBER: MDL Docket No. 06-1791 VRW **NOTICE OF MANUAL FILING** |

**PLEASE TAKE NOTICE:**

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order No. 46 the following document(s) or item(s) will be manually filed.

**List Documents:**
Voluminous evidence filed in support of Plaintiffs' Opposition to Motion of the United States Seeking to Apply FISAA/ 802 (50 U.S.C. § 1885a) to Dismiss These Actions

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))
☐ Other

**Reason:**

☐ Under Seal
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

October 16, 2008
Date

Attorney Name  KURT OPSAHL
Plaintiffs
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)   NOTICE OF MANUAL FILING

Dockets.Justia.com