**ORIGINAL**

FILED
08 OCT 16 PM 3:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. CINDY COHN (CSB No. 145997)
   cindy@eff.org
2. LEE TIEN (CSB No. 148216)
   KURT OPSAHL (CSB No. 191303)
3. KEVIN S. BANKSTON (CSB No. 217026)
   CORYNNE MCSHERRY (CSB No. 221504)
4. JAMES S. TYRE (CSB No. 83117)
   ELECTRONIC FRONTIER FOUNDATION
5. 454 Shotwell Street
   San Francisco, CA 94110
6. Telephone: (415) 436-9333
   Facsimile: (415) 436-9993

Counsel For AT&T Class Plaintiffs And
Co-Lead Coordinating Counsel

RICHARD R. WIEBE (CSB No. 121156)
LAW OFFICE OF RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

ARAM ANTARAMIAN
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone: (510) 841-2369

Counsel For AT&T Class Plaintiffs
[Additional Counsel On Signature Page]

HARVEY GROSSMAN
ADAM SCHWARTZ
ROGER BALDWIN FOUNDATION OF ACLU
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 201-9760

Counsel For AT&T Class Plaintiffs And
Co-Lead Coordinating Counsel

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791 | MDL Docket No 06-1791 VRW<br><br>**PROOF OF SERVICE BY FEDERAL EXPRESS** |
| This Document Relates To All Cases Except: *Al-Haramain Islamic Foundation, Inc. v. Bush*, No. 07-0109; *Center for Constitutional Rights v. Bush*, No. 07-1115; *Guzzi v. Bush*, No. 06-06225; *Shubert v. Bush*, No. 07-0693; *Clayton v. AT&T Commc'ns of the Southwest*, No. 07-1187; *U. S. v. Adams*, No. 07-1323; *U. S. v. Clayton*, No. 07-1242; *U. S. v. Palermino*, No. 07-1326; *U. S. v. Rabner*, No. 07-1324; *U. S. v. Volz*, No. 07-1396 | Date: December 2, 2008<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker |

785984.1
No. M-06-01791-VRW     PROOF OF SERVICE BY FEDERAL EXPRESS

| | |
|---|---|
| 1 | I, Ramil Calip, declare: |
| 2 | I am employed in San Francisco County, California. I am over the age of eighteen |
| 3 | years and not a party to the within-entitled action. My business address is Embarcadero Center |
| 4 | West, 275 Battery Street, 30th Floor, San Francisco, California 94111-3339. |
| 5 | I am readily familiar with Lieff, Cabraser, Heimann & Bernstein's practice for |
| 6 | collection and processing of documents for service by FedEx, and that practice is that the |
| 7 | documents are delivered in-hand to an authorized FedEx agent the same day as the date listed on |
| 8 | this Proof of Service. |
| 9 | On October 16, 2008, I served a copy of the within document(s): |

1) **NOTICE OF MANUAL FILING;**

2) **EVIDENCE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION OF THE UNITED STATES SEEKING TO APPLY FISAAA § 802 (50U.S.C. § 1885A) TO DISMISS THESE ACTIONS; and this**

3) **PROOF OF SERVICE VIA FEDERAL EXPRESS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed FedEx envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| Bruce A. Ericson<br>Pillsbury Winthrop Shaw Pittman LLP<br>50 Fremont St.<br>Post Office Box 7880<br>San Francisco, CA 94120-7880 | Henry Weissmann<br>Munger Tolles & Olson LLP<br>355 S. Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071-1560 |
|---|---|

785984.1
No. M-06-01791-VRW                    -1-          PROOF OF SERVICE BY FEDERAL EXPRESS

| 1 | John G. Kester<br>Williams & Connolly LLP<br>725 12th Street, NW<br>Washington, DC 20005 | Anthony Joseph Coppolino<br>U.S. Department of Justice, Civil Divisi<br>20 Massachusetts Avenue, N.W. Room 6102<br>Washington, DC 20530 |
|---|---|---|

Executed on October 16, 2008, at San Francisco, California.

_____
Ramil Calip