UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To All Cases Except: *Al-Haramain Islamic Foundation, Inc. v. Bush*, No. 07-0109; *Center for Constitutional Rights v. Bush*, No. 07-1115; *Guzzi v. Bush*, No. 06-06225; *Shubert v. Bush*, No. 07-0693; *Clayton v. AT&T Commc'ns of the Southwest*, No. 07-1187; *U. S. v. Adams*, No. 07-1323; *U. S. v. Clayton*, No. 07-1242; *U. S. v. Palermino*, No. 07-1326; *U. S. v. Rabner*, No. 07-1324; *U. S. v. Volz*, No. 07-1396 | MDL Docket No 06-1791 VRW<br><br>[PROPOSED] ORDER |

IT IS HEREBY ORDERED THAT the Motion for Leave to File Brief on Behalf of Amicus Curiae Brennan Center for Justice, is GRANTED — *brief not to exceed 20 pages*.

Dated: OCT 2 4 2008

United States Chief Judge Vaughn R. Walker

---

MDL No. 06-1791 VRW
*Motion for Leave to File Brief by Amicus Curiae Brennan Center for Justice*