United States District Court
For the Northern District of California

1

2

3

4

5  IN THE UNITED STATES DISTRICT COURT

6  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8  IN RE:                               MDL Docket No 06-1791 VRW

9  NATIONAL SECURITY AGENCY             ORDER
   TELECOMMUNICATIONS RECORDS
10 LITIGATION

11

12 _____

   This document relates to:
13

14
   UNITED STATES v ADAMS, C 07-1323
15
                                    /
16

17

18        For good cause shown, the motion of proposed intervenors

19 Douglas Cowie et al pursuant to Rule 24(b) of the Federal Rules of

20 Civil Procedure (MDL Doc #___/Doc # 11) is hereby GRANTED.

21 Intervenors are directed to review and follow the practice and

22 procedure order at docket number 370 of the MDL docket as revised

23 by the order at docket number 434.

24

25        IT IS SO ORDERED.

26

27 _____

28 VAUGHN R WALKER
   United States District Chief Judge