KARI E. HONG (CA SBN 220252)
Law Offices of Kari E. Hong
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: 510.384.4524
Facsimile: 510.228.0344
Email: kari@honglawfirm.com

AZIZ HUQ (NY SBN 4079877)
Brennan Center for Justice at NYU School of Law
161 Avenue of the Americas, 12th Floor
New York, NY 10013
T: 212.998.6289
F: 212.995.4550
Email: aziz.huq@nyu.edu

*Attorneys for Proposed Amicus Curiae*
*Brennan Center for Justice*

FILED

08 OCT 28 AM 10: 11

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To All Cases Except: *Al-Haramain Islamic Foundation, Inc. v. Bush*, No. 07-0109; *Center for Constitutional Rights v. Bush*, No. 07-1115; *Guzzi v. Bush*, No. 06-06225; *Shubert v. Bush*, No. 07-0693; *Clayton v. AT&T Commc'ns of the Southwest*, No. 07-1187; *U. S. v. Adams*, No. 07-1323; *U. S. v. Clayton*, No. 07-1242; *U. S. v. Palermino*, No. 07-1326; *U. S. v. Rabner*, No. 07-1324; *U. S. v. Volz*, No. 07-1396 | MDL Docket No 06-1791 VRW<br><br>**APPLICATION FOR *PRO HAC VICE* ADMISSION FOR ATTORNEY AZIZ HUQ; [PROPOSED] ORDER** |

Pursuant to Civil L.R. 11-3, Aziz Huq, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Brennan Center for Justice in the above-entitled action.

In support of the application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, telephone number, facsimile number, and e-mail address of that attorney is:

> Kari E. Hong (CA SBN 220252)
> Law Offices of Kari E. Hong
> 1300 Clay Street, Suite 600
> Oakland, CA 94612
> Telephone: 510.384-4524
> Facsimile: 510.228-0344
> Email: kari@honglawfirm.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 24, 2008                    /s/ Aziz Huq

*Attorney for Proposed Amicus Curiae*
*Brennan Center for Justice*