UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To All Cases Except:<br>*Al-Haramain Islamic Foundation, Inc. v. Bush* (07-109)*; Center for Constitutional Rights v. Bush* (07-01115); *Guzzi v. Bush* (06-6225); *Shubert v. Bush* (07-693); *Clayton v. AT&T Commc'ns of the Southwest* (07-1187); *United States v. Adams* (07-01323*)*; *United States v. Clayton* (07-01242); *United States v. Palermino* (07-1326); *United States v. Rabner* (07-01324); *United States v. Volz* (07-01396) | MDL Dkt. No. 06-1791-VRW<br><br>[PROPOSED] ORDER |

Good cause appearing, the Motion of Amici Curiae Law Professors Steven G. Calabresi, Don Doernberg, Richard D. Freer, Stephen B. Presser, Robert J. Pushaw, Ronald D. Rotunda, Stephen F. Smith, Michael E. Solimine, William W. Van Alstyne, and Howard M. Wasserman for leave to file a brief in support of (1) the constitutionality of § 802 of the Foreign Intelligence Surveillance Act of 1978 Amendments Act Of 2008, and (2) the Motion of the United States to Dismiss or, in the Alternative, for Summary Judgment (Dkt. 469), is hereby GRANTED.

IT IS SO ORDERED.

Dated: November 6, 2008

_____
Hon. Vaughn R. Walker
United States District Judge

- 4 -   Mot. of Amici Curiae Law Professors for Leave to File Brief in Supp. Govt's Mot. to Dismiss
MDL No. 06-1791-VRW

Dockets.Justia.com