LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No.127667)
BRIAN H. CHUN (State Bar No. 215417)
100 Spear Street #600
San Francisco, CA 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
Email: skumagai@lkclaw.com

HOWARD M. WASSERMAN
Florida International University College of Law
University Park, RDB 2065
Miami, Florida 33199
Telephone: (305) 348-7482
Facsimile: (786) 417-2433
Email: howard.wasserman@fiu.edu

Attorneys for Amici Curiae Law Professors Steven G. Calabresi, Don Doernberg, Richard D. Freer, Stephen B. Presser, Robert J. Pushaw, Ronald D. Rotunda, Stephen F. Smith, Michael E. Solimine, William W. Van Alstyne, and Howard M. Wasserman

FILED
08 NOV -5 PM 3:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To All Cases Except:<br>*Al-Haramain Islamic Foundation, Inc. v. Bush* (07-109); *Center for Constitutional Rights v. Bush* (07-01115); *Guzzi v. Bush* (06-6225); *Shubert v. Bush* (07-693); *Clayton v. AT&T Commc'ns of the Southwest* (07-1187); *United States v. Adams* (07-01323); *United States v. Clayton* (07-01242); *United States v. Palermino* (07-1326); *United States v. Rabner* (07-01324); *United States v. Volz* (07-01396) | MDL Dkt. No. 06-1791-VRW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY HOWARD M. WASSERMAN *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, HOWARD M. WASSERMAN, an active member in good standing

of the bar of the State of Illinois (Illinois Attorney Registration No. 6244083) and admitted to practice before the United States District Court for the Northern District of Illinois and the United States Court of Appeals, for the Third Circuit and the Seventh Circuit, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Steven G. Calabresi, Don Doernberg, Richard D. Freer, Stephen B. Presser, Robert J. Pushaw, Ronald D. Rotunda, Stephen F. Smith, Michael E. Solimine, William W. Van Alstyne, and Howard M. Wasserman (collectively, "Amici Curiae Law Professors") in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Susan T. Kumagai (SBN 127667)
> Lafayette & Kumagai LLP
> 100 Spear Street, #600
> San Francisco, CA 94105
> Telephone: (415) 357-4600

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 5, 2008

By _____
HOWARD WASSERMAN

APPLICATION FOR ADMISSION OF ATTORNEY HOWARD M. WASSERMAN PRO HAC VICE
(MDL Dkt. No. 06-1791-VRW)