IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION | MDL Docket No 06-1791 VRW<br><br>ORDER |
| This Document Relates To All Cases Except:<br><br>Al-Haramain Islamic Foundation, Inc v Bush, No C 07-0109; Center for Constitutional Rights v Bush, No C 07-1115; Guzzi v Bush, No C 06-6225; Shubert v Bush, No C 07-0693; United States v Adams, No C 07-1323; United States v Clayton, No C 07-1242; United States v Palermino, No C 07-1326; United States v Rabner, No 07-01324; United States v Volz, No 07-1396 | |

Plaintiffs herein have filed an unopposed request (Doc #514) to modify the subject matters of their forthcoming "response to carrier brief" from what is specified in the stipulation and order dated September 24, 2008 (Doc #471). Any party may devote its briefs in this matter to any subject or subjects so long as the previously-ordered page limits are observed.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge