Robert J. Patterson
State Bar No. 15604500
Federal ID. No. 748
Mikal C. Watts
State Bar No. 20981820
Federal ID No. 12419
Watts Law Firm, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

Attorneys for Plaintiffs

FILED
NOV 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICAIONS RECORDS LITIGATION, MDL No. 1791<br><br>Plaintiffs,<br><br>vs.<br><br>This Document Relates To: *Mary J. Trevino, Ron Antosko, and James E. Chadden, Sr. on Behalf of Themselves and All Others Similarly Situated vs. AT&T, Corp. and AT&T, Inc.* No. 2:06-CV-00209 | MDL Docket No. 06-1791-VRW<br><br>**PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE** |

### PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MARY J. TREVINO, RON ANTOSKO, and JAMES E. CHADDEN, SR., on Behalf of Themselves and All Others Similarly Situated, "Plaintiffs". Plaintiffs move this

- 1 -
PLAINITFFS' MOTION TO DISMISS WITHOUT PREJUDICE

Court for an order dismissing this case against Defendants, AT&T CORP., and AT&T, INC., and in support thereof would show:

Plaintiffs are Mary J. Trevino, Ron Antosko and James E. Chadden, Sr. on Behalf of Themselves and All Others Similarly Situated. Defendants are AT&T CORP., and AT&T INC. Plaintiffs no longer desire to prosecute their suit, as filed, against Defendants.

WHEREFORE, Plaintiffs request this Court to enter an order dismissing this suit without prejudice, that each party will bear its own costs incurred.

RESPECTFULLY SUBMITTED,

_____
Robert J. Patterson
State Bar No. 15604500
Federal ID. No. 748
Mikal C. Watts
State Bar No. 20981820
Federal ID No. 12419
Watts Law Firm, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478
(361) 887-0500
(361) 887-0055 [Fax]
bpatterson@wattslawfirm.com
mcwatts@wattslawfirm.com

Robert C. Hilliard
Hilliard & Munoz, LLP
719 S. Shoreline, Ste. 500
Corpus Christi, TX 78401
(361) 882-1612
(361) 882-3015 [Fax]
bobh@hilliardandmunoz.com

Darrell Barger
Hartline, Dacus, Barger, Dreyer & Kern, LLP
One Shoreline Plaza
800 N. Shoreline Blvd., Ste. 2000 North
Corpus Christi, TX 78401
dbarger@hdbdk.com

- 2 -

| | |
|---|---|
| 1 | |
| 2 | Edward M. Carstarphen |
| | Ellis, Carstarphen, Dougherty & Goldenthal |
| 3 | 5847 San Felipe, Ste. 1900 |
| | Houston, TX 77057 |
| 4 | emc@ecdglaw.com |

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 10TH day of November, 2008.

_____
Robert J. Patterson

- 3 -

**PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE**