Robert J. Patterson
State Bar No. 15604500
Federal ID. No. 748
Mikal C. Watts
State Bar No. 20981820
Federal ID No. 12419
Watts Law Firm, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

Attorneys for Plaintiffs

RECEIVED
NOV 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICAIONS RECORDS LITIGATION, MDL No. 1791<br><br>Plaintiffs,<br><br>vs.<br><br>This Document Relates To: *Mary J. Trevino, Ron Antosko, and James E. Chadden, Sr. on Behalf of Themselves and All Others Similarly Situated vs. AT&T, Corp. and AT&T, Inc.* No. 2:06-CV-00209 | MDL Docket No. 06-1791-VRW<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE** |

**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITHOUT PRJUDICE**

On this day, came on to be considered Plaintiffs' Motion to Dismiss without Prejudice Defendants, AT&T CORP., and AT&T, INC. in the above-referenced action, and this Court finds that the motion should be GRANTED.

- 1 -

**PLAINITFFS' MOTION TO DISMISS WITHOUT PREJUDICE**

| | |
|---|---|
| 1 | IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendants in the |
| 2 | above-referenced action are hereby dismissed without prejudice. |
| 3 | |
| 4 | |
| 5 | SIGNED this _____ day of _____, 2008. |

SIGNED this _____ day of _____, 2008.

_____
JUDGE PRESIDING

**PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE**