```
 1  LAFAYETTE & KUMAGAI LLP
    SUSAN T. KUMAGAI (State Bar No.127667)
 2  BRIAN H. CHUN (State Bar No. 215417)
    100 Spear Street #600
 3  San Francisco, CA  94105
    Telephone: (415) 357-4600
 4  Facsimile: (415) 357-4605
    Email: skumagai@lkclaw.com
 5
    HOWARD M. WASSERMAN
 6  Florida International University College of Law
    University Park, RDB 2065
 7  Miami, Florida 33199
    Telephone: (305) 348-7482
 8  Facsimile: (786) 417-2433
    Email: howard.wasserman@fiu.edu
 9
    Attorneys for Amici Curiae Law Professors Steven G. Calabresi,
10  Don Doernberg, Richard D. Freer, Stephen B. Presser,
    Robert J. Pushaw, Ronald D. Rotunda, Stephen F. Smith,
11  Michael E. Solimine, William W. Van Alstyne, and
    Howard M. Wasserman
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To All Cases Except:<br>*Al-Haramain Islamic Foundation, Inc. v. Bush* (07-109); *Center for Constitutional Rights v. Bush* (07-01115); *Guzzi v. Bush* (06-6225); *Shubert v. Bush* (07-693); *Clayton v. AT&T Commc'ns of the Southwest* (07-1187); *United States v. Adams* (07-01323); *United States v. Clayton* (07-01242); *United States v. Palermino* (07-1326); *United States v. Rabner* (07-01324); *United States v. Volz* (07-01396) | MDL Dkt. No. 06-1791-VRW<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY HOWARD M. WASSERMAN *PRO HAC VICE* |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY HOWARD M. WASSERMAN PRO HAC VICE (MDL Dkt. No. 06-1791-VRW)

1    Howard M. Wasserman, an active member in good standing of the bar of the State of
2    Illinois (Illinois Attorney Registration No. 6244083) and admitted to practice before the United
3    States District Court for the Northern District of Illinois and the United States Court of Appeals,
4    for the Third Circuit and Seventh Circuit, and whose business address and telephone number is:

> Howard M. Wasserman
> Florida International University College of Law
> University Park, RDB 2065
> Miami, Florida 33199
> Telephone: (305) 348-7482

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Steven G. Calabresi, Don Doernberg, Richard D. Freer, Stephen B. Presser, Robert J. Pushaw, Ronald D. Rotunda, Stephen F. Smith, Michael E. Solimine, William W. Van Alstyne, and Howard M. Wasserman (collectively, "Amici Curiae Law Professors");

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November __19__, 2008



_____
Hon. Vaughn R. Walker
United States Chief District Judge

GRANTED
Judge Vaughn R Walker

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY HOWARD M. WASSERMAN PRO HAC VICE (MDL Dkt. No. 06-1791-VRW)