Lycos, Inc. v. Verizon Communications, Inc. Doc. 522

| | |
|---|---|
| 1 | ROBERT D. FRAM (Bar No. 126750) |
| | rfram@cov.com |
| 2 | MICHAEL M. MARKMAN (Bar No. 191388) |
| | mmarkman@cov.com |
| 3 | COVINGTON & BURLING LLP |
| | One Front Street |
| 4 | San Francisco, CA  94111 |
| | Telephone:     (415) 591-6000 |
| 5 | Facsimile:      (415) 591-6091 |

Attorneys Formerly Representing Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: MDL-06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATION RECORDS LITIGATION | **NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ELECTRONIC NOTIFICATION SERVICE LIST** |

NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM ELECTRONIC NOTIFICATION SERVICE LIST
CASE NO.: MDL No. 06-1791 VRW

Dockets.Justia.com

| | |
|---|---|
| 1 | TO THE CLERK OF THE COURT: |
| 2 | PLEASE TAKE NOTICE that Robert D. Fram, Michael M. Markman, Samuel F. Ernst, and |
| 3 | Nathan Shafroth, formerly with the law firm of Heller Ehrman withdrew as counsel for Plaintiffs on |
| 4 | September 30, 2008. *See* Exhibit A hereto. |
| 5 | Please remove Robert D. Fram, Michael M. Markman, Samuel F. Ernst, and Nathan |
| 6 | Shafroth from the Court's electronic notification list for this matter. |
| 7 | DATED: November 20, 2008     COVINGTON & BURLING LLP |

By /s/ Robert D. Fram
ROBERT D. FRAM
Former Attorney for Plaintiffs Tash Heptng, et al.

1

NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM ELECTRONIC NOTIFICATION SERVICE LIST
CASE NO.: MDL No. 06-1791 VRW