Karl Olson (SBN 104760)
Erica L. Craven (SBN 199918)
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415-433-4949
Facsimile: 415-433-7311

Attorneys for Intervenors *Los Angeles Times*, The Associated Press,
*San Jose Mercury News*, and *USA Today*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ) <br> ) <br> NATIONAL SECURITY AGENCY ) <br> TELECOMMUNICATIONS RECORDS ) <br> LITIGATION ) <br> ) <br> ) <br> This Document Relates To: ) <br> ) <br> ALL CASES ) <br> ) <br> ) | MDL Docket No. 06-1791 VRW <br> [ALL CASES] <br><br> **MEDIA INTERVENORS' JOINDER** <br><br> Date: December 2, 2008 <br> Time: 10:00 a.m. <br> Place: Courtroom 6, 17th Floor |

The *Los Angeles Times*, *USA Today*, The Associated Press, and the *San Jose Mercury News* ("media intervenors") hereby join in pages 31-36 of the Corrected MDL Plaintiffs' Opposition to Motion of the United States Seeking to Apply 50 U.S.C. Section 1885a to Dismiss These Actions, Document 483 filed October 17, 2008, and in the First Amendment section of the plaintiffs' Reply Brief, Section IV, "The Secrecy Provisions of Section 802 Are Unconstitutional," pages 22-25 of the plaintiffs' Reply Brief filed on November 20, 2008. Media

intervenors do not request the opportunity to present oral argument at the December 2, 2008 hearing. The court granted Media's Motion to Intervene on February 20, 2007, Document 171 at pages 3-4.

Dated: November 20, 2008

LEVY, RAM & OLSON

By: ___*Karl Olson*___
Karl Olson (SBN 104760)
Ko@lrolaw.com
LEVY, RAM & OLSON
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415-433-4949
Facsimile: 415-433-7311

Attorneys for Intervenors *Los Angeles Times*, The Associated Press, *San Jose Mercury News*, and *USA Today*