IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION,<br><br>This relates to:<br>MDL Telecom Carriers Cases including<br>Hepting V AT&T (06-0672 VRW).<br><br>Al-Haramain et al v George Bush (07-0109 VRW).<br>_____ / | **MDL No.  06-1791  VRW**<br><br>**CLERK'S NOTICE** re December 2, 2008<br><br>Hearing Schedule |

TO ALL PARTIES AND COUNSEL OF RECORD;

YOU ARE NOTIFIED THAT the Court has set the following schedule:

**December 2, 2008 - Hearing at 10:00 a.m.**

**MDL Telecom Carrier Cases (including Hepting v AT&T (06-0672 VRW)**

1. Govt's motion to dismiss or for Summary Judgment.

**December 2, 2008 - Hearing at 2:00 p.m.**

**Al-Haramain et al v George Bush (07-0109 VRW)**

1. Govt's motion to dismiss or for Summary Judgment.

2. Plaintiffs' Motion for Discovery under FISA Section 1806(f).

Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Dated: November 24, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*

Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker