Karl Olson (SBN 104760)
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415-433-4949
Facsimile: 415-433-7311

Attorneys for Intervenor *New York Times*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL Docket No. 06-1791 VRW<br>[ALL CASES]<br><br>**INTERVENOR *NEW YORK TIMES'* JOINDER**<br><br>Date: December 2, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 6, 17th Floor |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | *The New York Times* hereby requests to join in pages 31-36 of the Corrected MDL |
| 2 | Plaintiffs' Opposition to Motion of the United States Seeking to Apply 50 U.S.C. Section 1885a |
| 3 | to Dismiss These Actions, Document 483 filed October 17, 2008, and in the First Amendment |
| 4 | section of the plaintiffs' Reply Brief, Section IV, "The Secrecy Provisions of Section 802 Are |
| 5 | Unconstitutional," pages 22-25 of the plaintiffs' Reply Brief filed on November 20, 2008. |
| 6 | Intervenor *New York Times* does not request the opportunity to present oral argument at the |
| 7 | December 2, 2008 hearing. The court granted other Media's Motion to Intervene on February |
| 8 | 20, 2007, Document 171 at pages 3-4. |

Dated: November 25, 2008                                    LEVY, RAM & OLSON

By: ___***Karl Olson***___
Karl Olson (SBN 104760)
Ko@lrolaw.com
LEVY, RAM & OLSON
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415-433-4949
Facsimile: 415-433-7311

Attorneys for Intervenor *New York Times*

*F:\Docs\1064-02\Pleadings\Joinder-NY Times.wpd*