IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ORDER |

This order pertains to:

Mary J Trevino, Ron Antosko and James E Chadden, Sr v AT&T Corp and AT&T Inc, C 06-5268

/

    Plaintiffs herein have submitted a request for voluntary dismissal without prejudice of their claims against defendants AT&T Corp and AT&T Inc on the ground that they "no longer desire to prosecute their suit, as filed, against defendants." MDL Doc #518.

    Good cause appearing, the motion for voluntary dismissal is GRANTED under the authority of FRCP 41(a)(2).

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge