## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

## VAUGHN R. WALKER
United States District Chief Judge

**DATE:** December 2, 2008

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:** Sahar McVickar

**MDL NO. 06-1791   VRW   IN RE NATIONAL SECURITY AGENCY
                                    TELECOMMUNICATIONS RECORDS LITIGATION**

**This relates to:**

**C07-0109 Al Haramain Foundation et al v George Bush et al**

ATTORNEYS:
| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| Jon Eisenberg | Anthony Coppolino |
| Steven Goldberg | Carl Nichols |

PROCEEDINGS:

2:00 PM. Hearing

1. Motion to Dismiss filed by USA.
2. Motion for Summary Judgment filed by USA.
3. Motion to Discover or Obtain Material Relating to Electronic Surveillance under FISA Section 1806(f) filed by Plaintiffs.

RESULT:

The court heard argument from counsel.
The matter has been submitted.
The court to issue written order.