IN RE: NATIONAL SECURITY AGENCY TELECOMMUNICATIONS
RECORDS LITIGATION

MOHAMED ABDULLAH WARSAME, MOVANT
JONATHAN LEE RICHES, MOVANT
ELECTRONIC FRONTIER FOUNDATION, MOVANT

MDL DOCKET: 06- 1791 VRW

FILED
DEC - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MOTION FOR RECONSIDERATION & CLARIFICATION
MOTION TO INTERVENE AS PLAINTIFFS UNDER RULE 24(A)2. 24(B)

COMES NOW, THE INTERVENORS, PLAINTIFF'S, MOHAMED ABDULLAH WARSAME; JONATHAN LEE RICHES; ELECTRONIC FRONTIER FOUNDATION, MOVES THIS COURT TO INTERVENE IN THIS LITIGATION UNDER FED. R CIV P. RULE 24(A)2 AS A UNCONDITIONAL MATTER OF RIGHT. ZUBER V. ALLEN, UNDER RULE 24(B)- PERMISSIVE INTERVENTION. INTERVENORS HAVE A VESTED INTEREST IN THIS LITIGATION. DEFENDANT'S ILLEGALLY WIRETAPPED INTERVENORS PHONES UNDER FISA. JONATHAN LEE RICHES' CIVIL RIGHTS AND PRIVACY WERE VIOLATED BY DEFENDANTS WHO SOLD TELEPHONE CALLS OF HIM TO CNN, WHO THEN FEATURED RICHES IN A PROGRAM TITLED CNN PRESENTS "HOW TO ROB A BANK". INTERVENORS HAVE DOCUMENTS, EXHIBITS, AND NEWLY DISCOVERED EVIDENCE RELATING TO THIS LITIGATION AND CAN BE REACHED BELOW. INTERVENORS PRAY THIS COURT WILL GRANT THEIR MOTIONS FOR RELIEF.

RESPECTFULLY,

12-3-08

MOHAMED ABDULLAH WARSAME
ELECTRONIC FRONTIER FOUNDATION
813 S. 2ND ST
MONMOUTH, IL 61462
202-456-1414

JONATHAN LEE RICHES
#40948-018
FCI WILLIAMSBURG
PO BOX 340
SALTERS, S.C. 29590
843-387-9400

Name: JONATHAN LEE RICHES
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
02 DEC 2008 PM 1 L

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CLERK OF COURT
BURTON U.S. COURTHOUSE
450 GOLDEN GATE AVE
SAN FRANCISCO, CALIFORNIA 94102



RECEIVED
DEC 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FCI/SCP WILLIAMSBURG
P O BOX 220
SALTERS, SC 29590
Date: 12/21/8

The enclosed letter was processed through special mail procedures for forwarding to you. The letter was neither opened nor inspected. If the writer raises a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, return the enclosure to the above address

_____
Mail Room Officer