

December 10, 2008

The Hon. Vaughn R. Walker
Chief Judge
United States District Court
 for the Northern District of California
Courtroom 6
450 Golden Gate Avenue, 17th Floor
San Francisco, CA 94102

Re: *In Re NSA Telecomm. Records Litig.*, MDL Docket No. 06-1791 VRW

Dear Judge Walker:

We are writing with respect to the Motion to Intervene, Docket No. 533, filed by Jonathan Lee Riches.[1] The motion states that the movants are Mr. Riches, Mohamed Abdullah Warsame and the Electronic Frontier Foundation.

The Electronic Frontier Foundation is not affiliated with Mr. Riches or Mr. Warsame, is not a movant, and takes no position on this motion.

Respectfully submitted,

ELECTRONIC FRONTIER
FOUNDATION

CINDY A. COHN
Legal Director

---

[1] *See generally* http://en.wikipedia.org/wiki/Jonathan_Lee_Riches

454 Shotwell Street • San Francisco, CA 94110 USA
+1 415 436 9333    +1 415 436 9993    www.eff.org    information@eff.org