IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL No. C 06-1791 VRW |
| This Document Relates To: | **CLERK'S NOTICE** |
| United States v Rabner et al (07-1324)<br>United States v Gaw et al (07-1242)<br>United States v Adams et al (07-1323)<br>United States v Palermino et al (07-1326)<br>United States v Volz et al (07-1396)<br>Clayton et al v AT&T (07-1187) | |

YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on the United States Motion for Summary Judgment on the telecommunication carrier cases listed above for **April 1, 2009 at 10:30 a.m.** Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: January 5, 2009

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*

Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker
Email: cora_delfin-klein@cand.uscourts.gov