GREGORY G. KATSAS
Assistant Attorney General, Civil Division
JOHN C. O'QUINN
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ALEXANDER K. HAAS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the Government Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Solely Relates To:<br><br>*Al-Haramain Islamic Foundation et al. v. Bush, et al.* (07-CV-109-VRW) | No. M:06-CV-01791-VRW<br><br>**GOVERNMENT DEFENDANTS' NOTICE OF FILING CORRESPONDENCE**<br><br>Honorable Vaughn R. Walker |

PLEASE TAKE NOTICE that on January 19, 2009, the Government Defendants filed the attached correspondence pursuant to the Court's Order of January 5, 2009 (Dkt. 57) (07-cv-109-VRW).

Dated: January 19, 2009        Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General, Civil Division

JOHN C. O'QUINN
Deputy Assistant Attorney General

---

**Government Defendants' Notice of Filing Correspondence**
*Al-Haramain v. Bush* **(07-cv-109-VRW) (MDL06-cv-1791-VRW)**

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

*s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

ALEXANDER K. HAAS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

*Attorneys for the Government Defendants*



**U.S. Department of Justice**
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Rm. 6102
Washington, DC 20530

---

Anthony J. Coppolino
Special Litigation Counsel

Tel: 202-514-4782 — Fax: 202-616-8460
Email: tony.coppolino@usdoj.gov

January 19, 2009

By E-Filing

Chief Judge Vaughn R. Walker
United States District Court
  for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

     Re:    January 5, 2009 Order (Dkt. 57) in *Al-Haramain v. Bush*, 07-cv-109

Dear Chief Judge Walker:

     In the Court's January 5, 2009 Order, the Court ordered that within 14 days of the Order, the defendants "shall arrange for the court security officer/security specialist assigned to this case in the Litigation Security Section of the Department of Justice to make the Sealed Document available for the court's *in camera* review" and that if "the Sealed Document has been included in any previous classified filing in this matter, defendants shall so indicate in a letter to the court." *See Al-Haramain v. Bush*, Slip Op. at 24. The Sealed Document at issue in this case has been lodged previously in this action with the appropriate court security officers.

                           Sincerely,

                          *s/ Anthony J. Coppolino*

                      ANTHONY J. COPPOLINO
                      Special Litigation Counsel