Zachary L. Heiden
heiden@mclu.org
Maine Civil Liberties Union Foundation

John M.R. Paterson
jpaterson@bernsteinshur.com

Christopher B. Branson
cbb@mpmlaw.com
ATTORNEYS FOR INTERVENORS JAMES DOUGLAS COWIE ET AL.

William Vallee
William.Vallee@ct.gov
ATTORNEY FOR INTERVENOR
STATE OF CONNECTICUT OFFICE OF CONSUMER COUNSEL

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791 | MDL Docket No. 06-1791 VRW |
| This Document Relates To: <u>Robert Clayton, et al. v. AT&T, Communications of the Southwest, Inc., et al.</u>, (W.D. Mo.), <u>USA v. Clayton, et al.</u>, (E.D. Mo.), <u>USA v. Kurt Adams, et al.</u>, (D. Me.), <u>USA v. Zulima V. Farber, et al.</u>, (D. N.J.), <u>USA v. Anthony J. Palermino, et al.</u>, (D. Ct.), <u>USA v. James Volz, et al.</u>, (D. Vt.). | **INTERVENORS' MOTION IN SUPPORT OF STATE OFFICIALS' EX PARTE MOTION FOR CONTINUANCE**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker<br>Hearing: April 1, 2009 |

INTERVENORS James Douglas Cowie et al. and the Connecticut Office of Consumer Counsel hereby state their support for the State Officials' Ex Parte Motion For Continuance (Document Number 543), filed with this Court on January 15, 2009. Like the State Officials, Intervenors believe that the Court and the parties will benefit from the clarification of legal

concerns that will likely accompany the Court's ruling on the pending dispositive motions in the private plaintiff cases. In the event that this Court should hold that §802 of FISAA is unconstitutional, such ruling could have an impact on the government's pending Motion for Summary Judgment in these cases. Intervenors therefore fully and unequivocally support the State Officials' Motion and request that the Court continue briefing and oral arguments in the state cases until the Court has ruled on the pending dispositive motions in the private plaintiff cases.

Dated: January 26, 2009

/s/ Zachary L. Heiden
Zachary L. Heiden
Maine Civil Liberties Union Foundation
401 Cumberland Avenue, Suite 105
Portland, Maine 04101
(207) 774-5444
heiden@mclu.org

John M.R. Paterson
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
(207) 774-1200
jpaterson@bernsteinshur.com

Christopher B. Branson
Murray Plumb & Murray
75 Pearl Street
P.O. Box 9785
Portland, Maine 04104

Attorneys for Intervenors
James Cowie, et al.

/s/ William Vallee

William Vallee
State of Connecticut
Office of Consumer Counsel
10 Franklin Square
New Britain, CT 06051
(860) 827-2905
William.Vallee@ct.gov

Attorney for Intervenor
Connecticut Office of Consumer Counsel