IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION<br><hr>This document relates to:<br>ALL CASES<br>_____/ | MDL Docket No 06-1791 VRW<br><br>ORDER |

     Mohamed Abdullah Warsame and Jonathan Lee Riches have moved to intervene in this litigation. Doc #533. The paper they have filed seeking leave to intervene also purports to seek intervention on behalf of the Electronic Frontier Foundation (EFF), which is already an active participant in this litigation. EFF has filed a letter denying any affiliation with Warsame and/or Riches. Doc #534.

     In support of their motion, Warsame and Riches assert: "Intervenors have a vested interest in this litigation. Defendant's [sic] illegally wiretapped intervenors [sic] phones under FISA. [Riches'] civil rights and privacy were violated by defendants who sold telephone calls of him to CNN, who then

featured Riches in a program entitled CNN presents 'How to Rob a Bank.'" Doc # 533. These allegations concern matters remote from the subject matter of the instant multi-district litigation and are not an appropriate basis for intervention under the federal rules.

The motion to intervene at docket number 533 is therefore DENIED.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge