United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ORDER |
| This Document Relates To: | |
| <u>Center for Constitutional Rights v Bush</u>, C 07-1115 | |
| _____/ | |

      Plaintiffs filed a motion to supplement their complaint in <u>Center for Constitutional Rights v Bush</u>, C 07-1115 (MDL Doc # 347). The motion sought to add causes of action to challenge the constitutionality of the Protect America Act (PAA), Pub L 110-55, 121 Stat 552 (2007). The PAA expired by its own terms in February 2008. The PAA was not reauthorized, but rather was replaced by the FISA Amendments Act of 2008, Pub L No 110-261, 122 Stat 2436 (FISAAA), enacted July 10, 2008. See Report of the Senate Select Committee on Intelligence to accompany Senate Bill 2248 (SSCI Report), S Rep No 110-209, 110th Cong, 1st Sess (2007) at 2, 5.

Accordingly, plaintiffs' motion to supplement their complaint is hereby denied as moot.

IT IS SO ORDERED.

*[signature]*

VAUGHN R WALKER
United States District Chief Judge