IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                          MDL Docket No 06-1791 VRW

NATIONAL SECURITY AGENCY                        ORDER
TELECOMMUNICATIONS RECORDS
LITIGATION
_____

This Document Relates To:

United States v Adams, No C
07-1323; United States v Clayton,
No C 07-1242; United States v
Palermino, No C 07-1326; United
States v Rabner, No 07-01324;
United States v Volz, No 07-1396
_____/

        The motion by state officials for a continuance (Doc #543)
of the hearing date and related briefing schedule for the motion by
the United States to dismiss these actions (Doc #536) is DENIED.
Briefs shall be filed in accordance with the local rules except that
two additional briefs will be permitted per the schedule below:

| Brief | Due date |
|---|---|
| State officials' opposition | March 11 |
| United States' reply AND telecommunication carriers' brief | March 18 |
| State officials' surreply | March 25 |

        IT IS SO ORDERED.


_____
VAUGHN R WALKER
United States District Chief Judge