| | |
|---|---|
| 1 | MICHAEL F. HERTZ |
| | Acting Assistant Attorney General |
| 2 | DOUGLAS N. LETTER |
| | Terrorism Litigation Counsel |
| 3 | JOSEPH H. HUNT |
| | Director, Federal Programs Branch |
| 4 | ANTHONY J. COPPOLINO |
| | Special Litigation Counsel |
| 5 | ALEXANDER K. HAAS |
| | Trial Attorney |
| 6 | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| 7 | 20 Massachusetts Avenue, NW, Rm. 6102 |
| | Washington, D.C. 20001 |
| 8 | Phone: (202) 514-4782—Fax: (202) 616-8460 |

*Attorneys for the Government Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION <br><br> This Document Solely Relates To: <br><br> *Al-Haramain Islamic Foundation et al.* *v. Obama*, *et al.*  (07-CV-109-VRW) | No. M:06-CV-01791-VRW <br><br> **GOVERNMENT DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO SUBMIT REPORT ON DECLASSIFICATION REVIEW** <br><br> Honorable Vaughn R. Walker <br><br> Local Rule 7-11 |

In its Order of January 5, 2009, the Court directed the Government Defendants to "review the Sealed Document and their classified submissions to date in this litigation and determine whether the Sealed Document and/or any of defendants' classified submissions may be declassified, take all necessary steps to declassify those that they have determined may be declassified and, no later than forty-five (45) days from the date of this order, serve and file a report of the outcome of that review." *See* Dkt. 57 at 24-25. The report ordered by the Court is due today (February 19, 2009). The Government moves unopposed for an extension of time to

---

**Government Defendants' Unopposed Administrative Motion to Extend Time to Submit Report on Declassification Review** *Al-Haramain et al. v. Obama et al.* **(07-cv-109-VRW) (MDL06-cv-1791-VRW)**

complete its submission to the Court by no later than February 27, 2009.

The declassification review process ordered by the Court began immediately and is near completion. The Government can report today, as we indicated in a filing made on February 11, 2009, that we expect the relevant information at issue in the privilege assertion to remain classified. *See* Government Defendants' Reply in Support of Motion to Stay Proceedings Pending Appeal and for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) (Dkt. 70) at 13, n.11. The Government anticipated being prepared to file on time, but additional review and consultation is required to complete the forthcoming submission to the Court.

No prejudice will result from the requested extension. Plaintiffs' counsel has advised the undersigned that the plaintiffs do not oppose this motion. In addition, by Order dated February 13, 2009, the Court directed the Government to inform the Court by February 27, 2009, how it intends to comply with the January 5 Order, *see* Dkt. 71 at 3, and the Government requests that the due date for the declassification report be extended to that date as well.

For the foregoing reasons, the Government respectfully requests that the Court grant a brief extension of time to February 27, 2009, for the Government to submit the declassification review report ordered by the Court on January 5, 2009. A proposed Order is attached hereto.

Dated: February 19, 2009

Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

 *s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel
Email: tony.coppolino@usdoj.gov

ALEXANDER K. HAAS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001

**Government Defendants' Unopposed Administrative Motion to Extend Time to Submit Report on Declassification Review** *Al-Haramain et al. v. Obama et al.* **(07-cv-109-VRW) (MDL06-cv-1791-VRW)** -2-

Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the Government Defendants*

**Government Defendants' Unopposed Administrative Motion to Extend Time to Submit Report on Declassification Review** *Al-Haramain et al. v. Obama et al.* **(07-cv-109-VRW) (MDL06-cv-1791-VRW)**   -3-