**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:** | **MDL Docket No 06-1791 VRW** |
| **NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION** | **ORDER** |

This document relates to:

McMurray v Verizon Communications, Inc, No C 09-0131
_____/

     The United States has filed an administrative motion (Doc #557) asking the court to treat McMurray v Verizon Communications, Inc, No C 09-0131, a case transferred to this court by the Judicial Panel on Multidistrict Litigation after the United States' motion to dismiss (Doc #469) had been briefed, argued and submitted for decision, as subject to dismissal under that motion. The United States has not otherwise responded to the McMurray complaint. Plaintiffs in the McMurray action oppose the motion.

     Upon careful consideration of the parties' arguments, the court finds that plaintiffs have suggested a compromise that

affords adequate process while promoting efficient adjudication of the merits: to deny the United States' administrative motion but to allow the United States more time to respond to the McMurray complaint. Accordingly, the court now orders as follows:

    1. The United States' administrative motion at docket number 557 of the Master docket is DENIED.

    2. The United States shall have until April 3, 2009 to plead or otherwise respond to the complaint in this individual action.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge