IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION<br><br>This order pertains to:<br>Al-Haramain Islamic Foundation et al v Bush et al (C-07-0109 VRW), / | MDL Docket No 06-1791 VRW<br><br>ORDER |

The United States is hereby directed, in its submission to the court in compliance with the court's order dated February 13, 2009 (Doc #562/71), to address the points made in plaintiffs' supplemental case management statement filed on February 18, 2009 (Doc #563/72) regarding "the Court's authority to decide whether plaintiffs' counsel have a 'need to know' some or all of the classified information filed with the Court in this case." Doc #563/72 at 2:4-5.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge