1    MICHAEL F. HERTZ
     Acting Assistant Attorney General
2    DOUGLAS N. LETTER
     Terrorism Litigation Counsel
3    JOSEPH H. HUNT
     Director, Federal Programs Branch
4    ANTHONY J. COPPOLINO
     Special Litigation Counsel
5    ALEXANDER K. HAAS
     Trial Attorney
6    U.S. Department of Justice
     Civil Division, Federal Programs Branch
7    20 Massachusetts Avenue, NW, Rm. 6102
     Washington, D.C. 20001
8    Phone: (202) 514-4782—Fax: (202) 616-8460

9    *Attorneys for the Government Defendants*

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12                                    )  No. M:06-CV-01791-VRW
     IN RE NATIONAL SECURITY AGENCY   )
13   TELECOMMUNICATIONS RECORDS       )  **GOVERNMENT DEFENDANTS'**
     LITIGATION                       )  **UNOPPOSED ADMINISTRATIVE**
14                                    )  **MOTION TO EXTEND TIME**
     This Document Solely Relates To: )  **TO SUBMIT REPORT ON**
15                                    )  **DECLASSIFICATION REVIEW**
     *Al-Haramain Islamic Foundation et al.* )
16        *v. Obama, et al.*  (07-CV-109-VRW) )
                                      )
17                                    )  Honorable Vaughn R. Walker
                                      )
18                                    )  Local Rule 7-11
                                      )
19                                    )
                                      )
20
              In its Order of January 5, 2009, the Court directed the Government Defendants to
21
     "review the Sealed Document and their classified submissions to date in this litigation and
22
     determine whether the Sealed Document and/or any of defendants' classified submissions may
23
     be declassified, take all necessary steps to declassify those that they have determined may be
24
     declassified and, no later than forty-five (45) days from the date of this order, serve and file a
25
     report of the outcome of that review."  *See* Dkt. 57 at 24-25.  The report ordered by the Court is
26
     due today (February 19, 2009).  The Government moves unopposed for an extension of time to
27

28   _____
     **Government Defendants' Unopposed Administrative Motion to Extend Time to Submit Report on
     Declassification Review** *Al-Haramain et al. v. Obama et al.* **(07-cv-109-VRW) (MDL06-cv-1791-VRW)**

complete its submission to the Court by no later than February 27, 2009.

The declassification review process ordered by the Court began immediately and is near completion.  The Government can report today, as we indicated in a filing made on February 11, 2009, that we expect the relevant information at issue in the privilege assertion to remain classified.  *See* Government Defendants' Reply in Support of Motion to Stay Proceedings Pending Appeal and for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) (Dkt. 70) at 13, n.11.  The Government anticipated being prepared to file on time, but additional review and consultation is required to complete the forthcoming submission to the Court.

No prejudice will result from the requested extension.  Plaintiffs' counsel has advised the undersigned that the plaintiffs do not oppose this motion.  In addition, by Order dated February 13, 2009, the Court directed the Government to inform the Court by February 27, 2009, how it intends to comply with the January 5 Order, *see* Dkt. 71 at 3, and the Government requests that the due date for the declassification report be extended to that date as well.

For the foregoing reasons, the Government respectfully requests that the Court grant a brief extension of time to February 27, 2009, for the Government to submit the declassification review report ordered by the Court on January 5, 2009.  A proposed Order is attached hereto.

Dated: February 19, 2009                    Respectfully Submitted,

                                            MICHAEL F. HERTZ
                                            Acting Assistant Attorney General

                                            DOUGLAS N. LETTER
                                            Terrorism Litigation Counsel

                                            JOSEPH H. HUNT
                                            Director, Federal Programs Branch

                                             *s/ Anthony J. Coppolino*
                                            ANTHONY J. COPPOLINO
                                            Special Litigation Counsel
                                            Email: tony.coppolino@usdoj.gov

                                            ALEXANDER K. HAAS
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Avenue, NW, Rm. 6102
                                            Washington, D.C. 20001

Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the Government Defendants*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3    **UNITED STATES DISTRICT COURT**

4    **NORTHERN DISTRICT OF CALIFORNIA**

5    IN RE NATIONAL SECURITY AGENCY )    No. M:06-CV-01791-VRW
     TELECOMMUNICATIONS RECORDS )
6    LITIGATION )    [PROPOSED] **ORDER GRANTING**
                                        )    **GOVERNMENT DEFENDANTS'**
                                        )    **UNOPPOSED ADMINISTRATIVE**
7    This Document Solely Relates To:   )    **MOTION TO EXTEND TIME**
                                        )    **TO SUBMIT REPORT ON**
8    Al-Haramain Islamic Foundation et al. )    **DECLASSIFICATION REVIEW**
          v. Obama, et al. (07-CV-109-VRW) )
9                                       )
                                        )
10                                      )    Honorable Vaughn R. Walker
                                        )
11                                      )
                                        )
12                                      )

13          The Government Defendants' unopposed motion for an extension of time to submit a

14   report on the declassification review previously ordered by the Court, *see* Order dated January 5,

15   2009 (Dkt. 57) at 24-25, shall be and hereby is GRANTED, and the required report shall be due

16   by no later than February 27, 2009.

17

18   SO ORDERED:

19

20   DATE: ___February 20, 2009___

21                                    Chief J

22

23

24

25

26

27

28   **[Proposed] Order Granting Government Defendants' Unopposed Administrative Motion to Extend Time to Submit Report on Declassification Review**
     *Al-Haramain et al. v. Obama et al.* **(07-cv-109-VRW) (MDL06-cv-1791-VRW)**