Lycos, Inc. v. Verizon Communications, Inc. Doc. 568

JENNIFER L. HEINTZ (MO Bar No. 57128)
Attorney for Missouri Public Service Commission
200 Madison Street
P.O. Box 360
Jefferson City, MO 65102
Tel: (573) 751-8701
Fax: (573) 526-6969
E-mail: jennifer.heintz@psc.mo.gov

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791 | MDL Docket No. 06-1791 VRW |
| This Document Relates To: | Relates to Case Nos. |
| Robert Clayton, et al. v. AT&T Communications of the Southwest, Inc., et al., (W.D.Mo.) | 07-cv-1187-VRW |
| USA v. Clayton, et al., (E.D.Mo.) | 07-cv-1242-VRW |
| | Courtroom: 6, 17th Floor |
| | Judge: The Hon. Vaughn R. Walker |

## NOTICE OF SUBSTITUTION OF COUNSEL

**NOW COMES** Jennifer L. Heintz, attorney for the Missouri Public Service Commission, and hereby substitutes her appearance for that of attorney Peggy A. Whipple on behalf of Plaintiff Robert Clayton, et al. in Case No. 07-cv-1187-VRW and on behalf of Defendant Clayton, et al. in Case No. 07-cv-1242-VRW in his official capacity in the above-captioned cases. Ms. Heintz' contact information is as follows:

NOTICE OF SUBSTITUTION OF
COUNSEL

Docket No. 06-1791-VRW
Relates to: Case No. 07-cv-1187-VRW
Case No. 07-cv-1242-VRW

Dockets.Justia.com

Jennifer L. Heintz
Attorney for Missouri Public Service Commission
200 Madison Street
P.O. Box 360
Jefferson City, MO 65102
Tel: (573) 751-8701
Fax: (573) 526-6969
E-mail: jennifer.heintz@psc.mo.gov

Dated: 2-20-09               Respectfully submitted,

**/s/ Jennifer L. Heintz**
Jennifer L. Heintz
Missouri Bar No. 57128
P. O. Box 360
Jefferson City, MO 65102
Tel: (573) 751-8701
Fax: (573) 526-6969
jennifer.heintz@psc.mo.gov
Attorney for Missouri Public Service Commission