MICHAEL F. HERTZ
Acting Assistant Attorney General, Civil Division
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ALEXANDER K. HAAS
PAUL G. FREEBORNE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION ) ) ) ) | No. M:06-cv-01791-VRW |
| This Document Relates To: ) ALL CASES ) ) ) ) | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Renée S. Orleans is currently with another branch of the Civil Division of the U.S. Department of Justice and hereby withdraws her appearance on behalf of the United States as counsel in this matter.

February 23, 2009                    Respectfully Submitted,

                                     MICHAEL F. HERTZ
                                     Acting Assistant Attorney General

                                     DOUGLAS N. LETTER
                                     Terrorism Litigation Counsel

                                     JOSEPH H. HUNT
                                     Director, Federal Programs Branch

                                     ANTHONY J. COPPOLINO
                                     Special Litigation Counsel

**Withdrawal of Appearance (MDL No. 06-CV-1791-VRW)**

| | |
|---|---|
| 1 | ALEXANDER K. HAAS |
| 2 | PAUL G. FREEBORNE |
| 3 | _/s/ Renée S. Orleans_ |
| 4 | Trial Attorney |
| | U.S. Department of Justice |
| 5 | Civil Division |
| | Phone: (202) 514-4505 |
| 6 | Email: renee.orleans@usdoj.gov |
| 7 | *Attorneys for the United States* |


ALEXANDER K. HAAS
PAUL G. FREEBORNE

   */s/ Renée S. Orleans*
Trial Attorney
U.S. Department of Justice
Civil Division
Phone: (202) 514-4505
Email: renee.orleans@usdoj.gov

*Attorneys for the United States*