Lycos, Inc. v. Verizon Communications, Inc. Doc. 570

MICHAEL F. HERTZ
Acting Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ALEXANDER K. HAAS (SBN 220932)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW** |
| This Document Relates To:<br><br>*United States v. Rabner, et al.* (07-1324);<br>*United States v. Gaw, et al.* (07-1242);<br>*United States v. Adams, et al.* (07-1323);<br>*United States v. Palermino, et al.* (07-1326);<br>*United States v. Volz, et al.* (07-1396);<br>*Clayton, et al. v. AT&T Communications of the Southwest, Inc., et al.* (07-1187) | **STIPULATION AND PROPOSED ORDER TO RESET BRIEFING AND HEARING SCHEDULE**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker<br>Hearing: April 1, 2009 |

**RECITALS**

1. On December 23, 2008, United States filed an eight-page motion for summary judgment in the above-captioned state cases pursuant to Section 803 of the FISA Amendments Act, 50 U.S.C. § 1885b. The United States noticed that motion for March 26, 2009, and the Court subsequently reset the hearing for April 1, 2009. *See* Dkt. 539 in 06-cv-01791.

2. The state officials sought to defer all briefing on the United States' motion, *see* Dkt. 543 in 06-cv-01791, until the Court issued a ruling on separate issues concerning Section 802 of the FISA Amendments Act, *see* 50 U.S.C. § 1885a. The United States opposed this request, *see* Dkt. 549 in 06-cv-01791.

3. After the Court denied the requested deferral of briefing, *see* Dkt. 558 in 06-cv-



Dockets.Justia.com

01791, the United States again approached the state officials to suggest a modification of briefing and hearing schedule.

4. Consistent with the terms of the minute order that set the April 1, 2009 Hearing, the United States, state officials, and telecommunication carrier defendants in the state cases have reached agreement on and seek the Court's approval of a modified schedule for the state cases and submit this stipulation and proposed order. Under the proposed schedule: (i) the opposition to the United States' motion would be filed by March 20, 2009; (ii) the United States would reply by April 9, 2009; (iii) the telecommunication carrier defendants may respond to the United States' motion and any response thereto by April 9, 2009; and (iv) a sur-reply could be filed by April 23, 2009.

5. Under this schedule, the parties ask that the current hearing be reset to May 7, 2009, which is currently indicated as an open hearing date on the Court's website, or as soon thereafter as is convenient for the Court.

**STIPULATION**

The United States, state officials, and telecommunication carrier defendants, through their undersigned counsel, hereby stipulate to the following schedule, and request that the Court make this stipulation an order of the Court:

| | |
|---|---|
| March 20, 2009 | Opposition to the United States' motion for summary judgment in the State Cases |
| April 9, 2009 | United States replies in support of its motion |
| | Telecommunication carrier defendants respond to the United States' motion and any responses thereto |
| April 23, 2009 | Sur-reply of the state officials |
| May 7, 2009 | Hearing on the United States' motion |

DATED: February 24, 2009

Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel

*/s/ Alexander K. Haas*
ALEXANDER K. HAAS (SBN 220932)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 7142
Washington, D.C. 20001
Phone: (202) 305-9334—Fax: (202) 616-8460
Email: alexander.haas@usdoj.gov
*Attorneys for the United States of America*

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ALEXANDER K. HAAS, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on February 24, 2009, in the City of Washington, District of Columbia.

MICHAEL F. HERTZ
Acting Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel

*/s/ Alexander K. Haas*
ALEXANDER K. HAAS (SBN 220932)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 7142
Washington, D.C. 20001
Phone: (202) 305-9334—Fax: (202) 616-8460
Email: alexander.haas@usdoj.gov
*Attorneys for the United States of America*

ROBERT CLAYTON, III
STEVE GAW
Commissioners, Missouri Public Service Commission

By: */s/ Jennifer Heintz per G.O. 45*
Jennifer Heintz
Missouri Bar No. 57128
jennifer.heintz@psc.mo.gov
P. O. Box 360
Jefferson City, MO 65102
Tel: (573) 526-6715 — Fax: (573) 751-9285

G. STEVEN ROWE
ATTORNEY GENERAL OF MAINE
State House Station 6
Augusta, Maine 04333

By: */s/ Linda J. Conti per G.O. 45*
Linda J. Conti
Christopher C. Taub
Assistant Attorneys General

STUART RABNER
ATTORNEY GENERAL OF NEW JERSEY

By: *__/s/ Megan Lewis per G.O. 45__*
Megan Lewis
Assistant Attorney General
R. J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
Tel: (609) 292-8576

Anthony J. Palermino,
Donald W. Downes,
Jack R. Goldberg,
John W. Betkoski III,
Anne C. George,
Commissioners
Connecticut Department of Public Utility Control

RICHARD BLUMENTHAL
ATTORNEY GENERAL
STATE OF CONNECTICUT

By: *__/s/ Tatiana D. Eirmann per G.O. 45__*
Tatiana D. Eirmann
Assistant Attorney General
Federal Bar No. ct03398
10 Franklin Square
New Britain, CT 06051
Tel: (860) 827-2620 — Fax: (860) 827-2893

STATE OF VERMONT
WILLIAM H. SORRELL
ATTORNEY GENERAL

By: *__/s/ Michael N. Donofrio per G.O. 45__*
Mark J. DiStefano
Michael N. Donofrio
Assistant Attorneys General
109 State Street
Montpelier, VT 05609
Tel: (802) 828-3171
Counsel for Defendants James Volz, David C. Coen, John D. Burke, and David O'Brien

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
JACOB R. SORENSEN
MARC H. AXELBAUM
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
SIDLEY AUSTIN LLP
DAVID W. CARPENTER
DAVID L. LAWSON
BRADFORD A. BERENSON
EDWARD R. McNICHOLAS
1501 K Street, N.W.
Washington, D.C. 20005

By *__/s/ Edward R. McNicholas per G.O. 45__*
Edward R. McNicholas
Attorneys for the AT&T Defendants and the Cingular Defendants

WILMER, CUTLER, PICKERING, HALE & DORR LLP
RANDOLPH D. MOSS
SAMIR C. JAIN
BRIAN BOYNTON
BENJAMIN C. MIZER
1875 Pennsylvania Ave, NW
Washington, DC 20006
202-663-6083
Fax: 202-663-6363

By *__/s/ Brian Boynton per G.O. 45__*
Brian Boynton
Attorneys for the Verizon Defendants

HOGAN & HARTSON LLP
Robert J. Benson (No. 155971)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4629—Fax: (310) 785-4601
rjbenson@hhlaw.com
Ty Cobb (admitted pro hac vice)
Christine Varney (admitted pro hac vice)
Christopher Zaetta (admitted pro hac vice)
555 13th Street, NW
Washington, D.C. 20004
Telephone: (202) 637-8874—Fax: (202) 637-5910

By *__/s/ Christopher Zaetta G.O. 45__*
Christopher Zaetta
Attorneys for the Qwest Defendants

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, it is hereby ORDERED that:

| | |
|---|---|
| March 20, 2009 | Opposition to the United States' motion for summary judgment in the State Cases |
| April 9, 2009 | United States replies in support of its motion |
| | Telecommunication carrier defendants respond to the United States' motion and any responses thereto |
| April 23, 2009 | Sur-reply of the state officials |
| May 7, 2009 | Hearing on the United States' motion |

IT IS SO ORDERED.

Dated: ________, 2009.

__________________________________________
Hon. Vaughn R. Walker
United States District Chief Judge