MICHAEL F. HERTZ
Acting Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ALEXANDER K. HAAS (SBN 220932)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW** |
| | **STIPULATION AND ~~PROPOSED~~ ORDER TO RESET BRIEFING AND HEARING SCHEDULE** |
| This Document Relates To: | |
| *United States v. Rabner, et al.* (07-1324); *United States v. Gaw, et al.* (07-1242); *United States v. Adams, et al.* (07-1323); *United States v. Palermino, et al.* (07-1326); *United States v. Volz, et al.* (07-1396); *Clayton, et al. v. AT&T Communications of the Southwest, Inc., et al.* (07-1187) | Courtroom: 6, 17th Floor Judge: Hon. Vaughn R. Walker Hearing: April 1, 2009 |

## RECITALS

1.      On December 23, 2008, United States filed an eight-page motion for summary judgment in the above-captioned state cases pursuant to Section 803 of the FISA Amendments Act, 50 U.S.C. § 1885b.  The United States noticed that motion for March 26, 2009, and the Court subsequently reset the hearing for April 1, 2009.  *See* Dkt. 539 in 06-cv-01791.

2.      The state officials sought to defer all briefing on the United States' motion, *see* Dkt. 543 in 06-cv-01791, until the Court issued a ruling on separate issues concerning Section 802 of the FISA Amendments Act, *see* 50 U.S.C. § 1885a.  The United States opposed this request, *see* Dkt. 549 in 06-cv-01791.

3.      After the Court denied the requested deferral of briefing, *see* Dkt. 558 in 06-cv-

Dockets.Justia.com

1   01791, the United States again approached the state officials to suggest a modification of briefing

2   and hearing schedule.

3       4.      Consistent with the terms of the minute order that set the April 1, 2009 Hearing,

4   the United States, state officials, and telecommunication carrier defendants in the state cases have

5   reached agreement on and seek the Court's approval of a modified schedule for the state cases

6   and submit this stipulation and proposed order.  Under the proposed schedule:  (i) the opposition

7   to the United States' motion would be filed by March 20, 2009; (ii) the United States would reply

8   by April 9, 2009; (iii) the telecommunication carrier defendants may respond to the United

9   States' motion and any response thereto by April 9, 2009; and (iv) a sur-reply could be filed by

10  April 23, 2009.

11      5.      Under this schedule, the parties ask that the current hearing be reset to May 7,

12  2009, which is currently indicated as an open hearing date on the Court's website, or as soon

13  thereafter as is convenient for the Court.

## STIPULATION

15      The United States, state officials, and telecommunication carrier defendants, through their

16  undersigned counsel, hereby stipulate to the following schedule, and request that the Court make

17  this stipulation an order of the Court:

| March 20, 2009 | Opposition to the United States' motion for summary judgment in the State Cases |
| April 9, 2009 | United States replies in support of its motion |
| | Telecommunication carrier defendants respond to the United States' motion and any responses thereto |
| April 23, 2009 | Sur-reply of the state officials |
| May 7, 2009 | Hearing on the United States' motion |

DATED: February 24, 2009                    Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel

_____/s/ Alexander K. Haas_____
ALEXANDER K. HAAS (SBN 220932)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 7142
Washington, D.C. 20001
Phone: (202) 305-9334—Fax: (202) 616-8460
Email: alexander.haas@usdoj.gov
*Attorneys for the United States of America*

# [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, and good cause appearing, it is hereby ORDERED that:

| March 20, 2009 | Opposition to the United States' motion for summary judgment in the State Cases |
| April 9, 2009 | United States replies in support of its motion |
| | Telecommunication carrier defendants respond to the United States' motion and any responses thereto |
| April 23, 2009 | Sur-reply of the state officials |
| May 7, 2009 | Hearing on the United States' motion |

IT IS SO ORDERED.

Dated: _____, 2009.



IT IS SO ORDERED

Judge Vaughn R Walker

_____

United States District Chief Judge