| | |
|---|---|
| 1 | SIDLEY AUSTIN LLP | WILMER CUTLER PICKERING HALE AND DORR |

SIDLEY AUSTIN LLP
David W. Carpenter*
Bradford A. Berenson*
David L. Lawson*
Edward R. McNicholas*
Eric A. Shumsky  #206164
1501 K Street, N.W.
Washington, DC  20005
Tel: (202) 736-8000
Fax: (202) 736-8711
bberenson@sidley.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
Bruce A. Ericson  #76342
Jacob R. Sorensen  #209134
Marc H. Axelbaum  #209855
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120
Tel.: (415) 983-1000
Fax: (415) 983-1200
bruce.ericson@pillsburylaw.com

Attorneys for the AT&T Defendants

WILMER CUTLER PICKERING HALE AND DORR
LLP
Randolph D. Moss*
Samir C. Jain  # 181572
Brian M. Boynton  # 222193
Catherine M.A. Carroll*
1875 Pennsylvania Ave, N.W.
Washington, DC  20006
Tel.: (202) 663-6000
Fax:  (202) 663-6363
randolph.moss@wilmerhale.com

MUNGER, TOLLES & OLSON LLP
Henry Weissmann # 132418
Susan R. Szabo  # 155315
Aimee A. Feinberg  # 223309
355 South Grand Avenue
35th Floor
Los Angeles, CA  90071
Tel.: (213) 683-9100
Fax:  (213) 683-5150
henry.weissmann@mto.com

Attorneys for the Verizon Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>*McMurray v. Verizon Communications, Inc., et al.*, No. 09-cv-0131-VRW | MDL Dkt. No. 06-1791-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSE DATE FOR THE TELECOMMUNICATION CARRIERS**<br><br>[Civil L.R. 6-1(b); 7-12]<br><br>Courtroom: 6, 17th Floor<br>Judge:      Hon. Vaughn R. Walker |

**RECITALS**

2    A.    On July 10, 2008, Plaintiffs Rev. Joe McMurray, et al. ("*McMurray* Plaintiffs"), filed

3    a complaint against Defendants Cellco Partnership; Verizon Communications Inc. ("Verizon");

4    BellSouth Corporation, AT&T Corporation, and AT&T Inc. (collectively, "the AT&T Defendants");

5    George W. Bush, "individually in his executive capacity and as representative of the United States

6    of America," and the National Security Agency (collectively, the "Government Defendants") in the

7    United States District Court for the Southern District of New York.  *See McMurray v. Verizon*

8    *Communications, Inc., et al.*, No. 08-cv-006264 (S.D.N.Y.).

9    B.    On December 19, 2008, the Judicial Panel on Multidistrict Litigation transferred

10    *McMurray* to this MDL.

11    C.    On January 21, 2009, this Court approved (a) the parties' joint stipulation providing

12    that no defendant need answer or otherwise respond to the complaint in *McMurray* until March 19,

13    2009, and (b) Plaintiffs' dismissal without prejudice of Defendant Cellco Partnership from the

14    action.  *See* Dkt. No. 550 in 06-cv-01791.

15    D.    On February 6, 2009, the United States filed an administrative motion to treat

16    McMurray as subject to the United States' pending motion to dismiss all cases against the

17    telecommunication carrier defendants pursuant to § 802 of the Foreign Intelligence Surveillance Act

18    of 1978 Amendments Act of 2008, Pub. L. No. 110-261, 122 Stat. 2436 ("FISAAA" or "Act").  See

19    Dkt. No. 557 in 06-cv-01791.  The Plaintiffs opposed this motion.  See Dkt. 561.

20    E.    On February 19, 2009, this Court denied the United States' administrative motion and

21    provided that the "United States shall have until April 3, 2009 to plead or otherwise respond to the

22    complaint in this individual action."  Dkt. No. 565 in 06-cv-01791.

23    F.    The parties believe that it will promote efficiency if Verizon and the AT&T

24    Defendants (collectively the "Telecommunication Carrier Defendants") are granted the same

25    extension of time within which to answer or otherwise respond to the complaint in *McMurray*.

26    G.    Neither Plaintiffs nor Defendants intend this stipulation to waive any procedural or

27    substantive defenses, rights or objections, including, but not limited to, the right to challenge

28    personal jurisdiction over any particular Defendant.

## STIPULATION

1. The Telecommunication Carrier Defendants, the Government Defendants, and the McMurray Plaintiffs, through their undersigned counsel, hereby stipulate that the Telecommunication Carrier Defendants shall have until April 3, 2009 to file an answer or otherwise respond to the complaint in McMurray v. Verizon Communication, Inc., et al., No. 09-cv-0131-VRW.

2. By entering into this Stipulation, neither Plaintiffs nor Defendants waive any procedural or substantive defenses, rights or objections, including, but not limited to, the right to challenge personal jurisdiction over any particular Defendant.

Dated: February 27, 2009.

SIDLEY AUSTIN LLP
DAVID W. CARPENTER
DAVID L. LAWSON
BRADFORD A. BERENSON
EDWARD R. McNICHOLAS
1501 K Street, N.W.
Washington, D.C. 20005

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
DAVID L. ANDERSON
JACOB R. SORENSEN
MARC H. AXELBAUM
DANIEL J. RICHERT
50 Fremont Street
San Francisco, CA 94120-7880

By _____ */s/ Marc H. Axelbaum* _____
                      Marc H. Axelbaum

*Attorneys for the AT&T Defendants*

\\

\\

\\

\\

\\

\\

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, MARC H. AXELBAUM, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on February 27, 2009, at San Francisco, CA.

*/s/ Marc H. Axelbaum*
Marc H. Axelbaum

WILMER CUTLER PICKERING HALE
   AND DORR LLP
Randolph D. Moss   (pro hac vice)
Samir C. Jain     # 181572
Brian M. Boynton   # 222193
Catherine M.A. Carroll  (pro hac vice)
1875 Pennsylvania Ave, N.W.
Washington, DC  20006
Tel.:  (202) 663-6000
Fax:  (202) 663-6363
randolph.moss@wilmerhale.com

By: */s/ Samir C. Jain per G.O. 45*
    Samir C. Jain

MUNGER, TOLLES & OLSON LLP
Henry Weissmann   # 132418
Susan R. Szabo    # 155315
Aimee A. Feinberg   # 223309
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
Tel.:  (213) 683-9100
Fax:  (213) 683-5150
henry.weissmann@mto.com

*Attorneys for Verizon*

By: */s/ Bruce I. Afran per G.O. 45*
    Bruce I. Afran

BRUCE I. AFRAN, Esq.
10 Braeburn Drive
Princeton, NJ 08540
Telephone: (609) 924-2075

MAYER LAW GROUP, LLC
CARL J. MAYER
66 Witherspoon Street, Suite 414

1    Princeton, NJ 08542
     Telephone: (609) 921-8025
2    Facsimile: (609) 921-6964

3
     THE LAW OFFICES OF STEVEN E.
4    SCHWARZ, ESQ., LLC
     Steven E. Schwarz, Esq.
5    2461 W. Foster Ave., #1W
     Chicago, IL 60625
6    Telephone: (773) 837-6134
     Facsimile: (773) 837-6134
7

8    *Attorneys for the* McMurray *Plaintiffs*

9
     By:  */s/ Paul G. Freeborne per G.O. 45*
10        Paul G. Freeborne

11   MICHAEL F. HERTZ
     Acting Assistant Attorney General
12   DOUGLAS N. LETTER
     Terrorism Litigation Counsel
13   JOSEPH H. HUNT
     Director, Federal Programs Branch
14   ANTHONY J. COPPOLINO
     Special Litigation Counsel
15   PAUL G. FREEBORNE
     Trial Attorney
16   United States Department of Justice
     Civil Division, Federal Programs Branch
17   20 Massachusetts Avenue, NW, Rm. 7142
     Washington, D.C. 20001
18   Phone: (202) 305-9334—Fax: (202) 616-8460
     Email: alexander.haas@usdoj.gov
19

20   *Attorneys for the United States of America*

21

22

23

24

25

26

27

28

1 **[PROPOSED] ORDER**

2       Pursuant to the foregoing Stipulation, and good cause appearing, the Court

3 ORDERS the following:

4       The Telecommunication Carrier Defendants shall have until April 3, 2009 to file an

5 answer or otherwise respond to the complaint in *McMurray v. Verizon Communication*,

6 Inc., et al., No. 09-cv-0131-VRW.  By entering into this Stipulation, neither Plaintiffs nor

7 Defendants waive any procedural or substantive defenses, rights or objections, including,

8 but not limited to, the right to challenge personal jurisdiction over any particular Defendant.

9       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10       Dated: _____ ___, 2009.

11

12                        _____

                                 Hon. Vaughn R. Walker

13                                  United States District Chief Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28