MICHAEL F. HERTZ
Acting Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ALEXANDER K. HAAS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the Government Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Solely Relates To:<br><br>*Al-Haramain Islamic Foundation et al.<br>   v. Obama*, *et al*.  (07-CV-109-VRW) | No. M:06-CV-01791-VRW<br><br>**GOVERNMENT DEFENDANTS' REPORT ON DECLASSIFICATION REVIEW**<br><br>Honorable Vaughn R. Walker |

In its Order of January 5, 2009, the Court directed the Government Defendants to "review the Sealed Document and their classified submissions to date in this litigation and determine whether the Sealed Document and/or any of defendants' classified submissions may be declassified, take all necessary steps to declassify those that they have determined may be declassified and, no later than forty-five (45) days from the date of this order, serve and file a

**Government Defendants' Report on Declassification Review**
*Al-Haramain et al. v. Obama et al*. **(07-cv-109-VRW) (MDL06-cv-1791-VRW)**

report of the outcome of that review." *See* Dkt. 57 at 24-25.[1] The Government hereby reports, as set forth in the attached public declarations, that the classified information at issue in this case remains classified and is not subject to declassification under Executive Order ("E.O.") 12,958, 60 Fed. Reg. 19,825 (Apr. 17, 1995), as amended by E. O. 13,292, 68 Fed. Reg. 15,315 (Mar. 25, 2003). *See* Declaration of John F. Hackett, Office of the Director of National Intelligence; Declaration of Joseph J. Brand, National Security Agency. The Government has also lodged classified declarations, solely for *in camera*, *ex parte* review, from these declarants and from Government counsel further addressing this declassification review. *See* Notices of Lodging Classified Declarations for *In Camera*, *Ex Parte* review of (i) John F. Hackett, Office of the Director of National Intelligence; (ii) Joseph J. Brand, National Security Agency; (iii) Anthony J. Coppolino, Department of Justice, Civil Division; (iv) Andrea M. Gacki, Department of the Treasury, Office of Foreign Assets Control. The Government's *ex parte, in camera* classified submissions also address an inaccuracy contained in a prior submission by the Government, the details of which involve classified information that cannot be set forth on the public record. The matter does not alter the current classification determination submitted herewith.

Dated: February 27, 2009          Respectfully Submitted,

                                       MICHAEL F. HERTZ
                                       Acting Assistant Attorney General

                                       DOUGLAS N. LETTER
                                       Terrorism Litigation Counsel

                                       JOSEPH H. HUNT
                                       Director, Federal Programs Branch

                                       *s/ Anthony J. Coppolino*
                                       ANTHONY J. COPPOLINO
                                       Special Litigation Counsel

                                       ALEXANDER K. HAAS
                                       Trial Attorney
                                       U.S. Department of Justice
                                       Civil Division, Federal Programs Branch
                                       20 Massachusetts Avenue, NW, Rm. 6102

---

[1] The Court granted a one week extension by Order dated February 20, 2009. *See* Dkt. 76.

Washington, D.C. 20001  
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the Government Defendants*