| | |
|---|---|
| 1 | MICHAEL F. HERTZ |
| | Acting Assistant Attorney General |
| 2 | DOUGLAS N. LETTER |
| | Terrorism Litigation Counsel |
| 3 | JOSEPH H. HUNT |
| | Director, Federal Programs Branch |
| 4 | ANTHONY J. COPPOLINO |
| | Special Litigation Counsel |
| 5 | ALEXANDER K. HAAS |
| | Trial Attorney |
| 6 | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| 7 | 20 Massachusetts Avenue, NW, Rm. 6102 |
| | Washington, D.C. 20001 |
| 8 | Phone: (202) 514-4782—Fax: (202) 616-8460 |

*Attorneys for the Government Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. M:06-CV-01791-VRW |
| | **GOVERNMENT DEFENDANTS' NOTICE OF LODGING OF IN CAMERA, EX PARTE CLASSIFIED DECLARATION OF JOSEPH J. BRAND, NATIONAL SECURITY AGENCY** |
| This Document Solely Relates To: | |
| *Al-Haramain Islamic Foundation et al. v. Obama, et al.* (07-CV-109-VRW) | |
| | Honorable Vaughn R. Walker |

The Government Defendants hereby provide notice that the Classified Declaration of Joseph J. Brand of the National Security Agency, dated February 27, 2009, is being lodged with court security officers solely for the Court's *in camera, ex parte* review.

Dated: February 27, 2009         Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

**Government Defendants' Notice of Lodging of Classified Declaration of Joseph J. Brand**
*Al-Haramain Islamic Foundation et al. v. Obama et al.* **(07-CV-109-VRW) (MDL No. 06-1791-VRW)**

JOSEPH H. HUNT
Director, Federal Programs Branch

 _s/ Anthony J. Coppolino_
ANTHONY J. COPPOLINO
Special Litigation Counsel

ALEXANDER K. HAAS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the Government Defendants*