MICHAEL F. HERTZ
Acting Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ALEXANDER K. HAAS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the Government Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Solely Relates To:<br><br>*Al-Haramain Islamic Foundation et al.*<br>*v. Obama, et al.* (07-CV-109-VRW) | No. M:06-CV-01791-VRW<br><br>**GOVERNMENT DEFENDANTS' NOTICE OF LODGING OF IN CAMERA, EX PARTE CLASSIFIED DECLARATION OF ANTHONY J. COPPOLINO, DEPARTMENT OF JUSTICE**<br><br>Honorable Vaughn R. Walker |

The Government Defendants hereby provide notice that the Classified Declaration of Anthony J. Coppolino of the Department of Justice, dated February 27, 2009, is being lodged with court security officers solely for the Court's *in camera, ex parte* review.

Dated: February 27, 2009        Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

Government Defendants' Notice of Lodging of Classified Declaration of Anthony J. Coppolino
*Al-Haramain Islamic Foundation et al. v. Obama et al.* (07-CV-109-VRW) (MDL No. 06-1791-VRW)

JOSEPH H. HUNT
Director, Federal Programs Branch

*s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

ALEXANDER K. HAAS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the Government Defendants*