| | |
|---|---|
| SIDLEY AUSTIN LLP<br>David W. Carpenter*<br>Bradford A. Berenson*<br>David L. Lawson*<br>Edward R. McNicholas*<br>Eric A. Shumsky  #206164<br>1501 K Street, N.W.<br>Washington, DC  20005<br>Tel: (202) 736-8000<br>Fax: (202) 736-8711<br>bberenson@sidley.com | WILMER CUTLER PICKERING HALE AND DORR LLP<br>Randolph D. Moss*<br>Samir C. Jain  # 181572<br>Brian M. Boynton  # 222193<br>Catherine M.A. Carroll*<br>1875 Pennsylvania Ave, N.W.<br>Washington, DC  20006<br>Tel.:  (202) 663-6000<br>Fax:   (202) 663-6363<br>randolph.moss@wilmerhale.com |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Bruce A. Ericson  #76342<br>Jacob R. Sorensen  #209134<br>Marc H. Axelbaum  #209855<br>50 Fremont Street<br>Post Office Box 7880<br>San Francisco, CA  94120<br>Tel.: (415) 983-1000<br>Fax: (415) 983-1200<br>bruce.ericson@pillsburylaw.com | MUNGER, TOLLES & OLSON LLP<br>Henry Weissmann  # 132418<br>Susan R. Szabo  # 155315<br>Aimee A. Feinberg  # 223309<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, CA  90071<br>Tel.:  (213) 683-9100<br>Fax:  (213) 683-5150<br>henry.weissmann@mto.com |
| Attorneys for the AT&T Defendants | Attorneys for the Verizon Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>*McMurray v. Verizon Communications, Inc., et al.*, No. 09-cv-0131-VRW | MDL Dkt. No. 06-1791-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSE DATE FOR THE TELECOMMUNICATION CARRIERS**<br><br>[Civil L.R. 6-1(b); 7-12]<br><br>Courtroom:  6, 17th Floor<br>Judge:       Hon. Vaughn R. Walker |

**RECITALS**

A. On July 10, 2008, Plaintiffs Rev. Joe McMurray, et al. ("*McMurray* Plaintiffs"), filed a complaint against Defendants Cellco Partnership; Verizon Communications Inc. ("Verizon"); BellSouth Corporation, AT&T Corporation, and AT&T Inc. (collectively, "the AT&T Defendants"); George W. Bush, "individually in his executive capacity and as representative of the United States of America," and the National Security Agency (collectively, the "Government Defendants") in the United States District Court for the Southern District of New York. *See McMurray v. Verizon Communications, Inc., et al.*, No. 08-cv-006264 (S.D.N.Y.).

B. On December 19, 2008, the Judicial Panel on Multidistrict Litigation transferred *McMurray* to this MDL.

C. On January 21, 2009, this Court approved (a) the parties' joint stipulation providing that no defendant need answer or otherwise respond to the complaint in *McMurray* until March 19, 2009, and (b) Plaintiffs' dismissal without prejudice of Defendant Cellco Partnership from the action. *See* Dkt. No. 550 in 06-cv-01791.

D. On February 6, 2009, the United States filed an administrative motion to treat McMurray as subject to the United States' pending motion to dismiss all cases against the telecommunication carrier defendants pursuant to § 802 of the Foreign Intelligence Surveillance Act of 1978 Amendments Act of 2008, Pub. L. No. 110-261, 122 Stat. 2436 ("FISAAA" or "Act"). See Dkt. No. 557 in 06-cv-01791. The Plaintiffs opposed this motion. See Dkt. 561.

E. On February 19, 2009, this Court denied the United States' administrative motion and provided that the "United States shall have until April 3, 2009 to plead or otherwise respond to the complaint in this individual action." Dkt. No. 565 in 06-cv-01791.

F. The parties believe that it will promote efficiency if Verizon and the AT&T Defendants (collectively the "Telecommunication Carrier Defendants") are granted the same extension of time within which to answer or otherwise respond to the complaint in *McMurray*.

G. Neither Plaintiffs nor Defendants intend this stipulation to waive any procedural or substantive defenses, rights or objections, including, but not limited to, the right to challenge personal jurisdiction over any particular Defendant.

|    |                                                                                                       |
|----|-------------------------------------------------------------------------------------------------------|
| 1  | **STIPULATION**                                                                                       |
| 2  | 1.  The Telecommunication Carrier Defendants, the Government Defendants, and the                      |
| 3  | McMurray Plaintiffs, through their undersigned counsel, hereby stipulate that the                     |
| 4  | Telecommunication Carrier Defendants shall have until April 3, 2009 to file an answer or otherwise    |
| 5  | respond to the complaint in McMurray v. Verizon Communication, Inc., et al., No. 09-cv-0131-          |
| 6  | VRW.                                                                                                  |
| 7  | 2.  By entering into this Stipulation, neither Plaintiffs nor Defendants waive any                    |
| 8  | procedural or substantive defenses, rights or objections, including, but not limited to, the right to |
| 9  | challenge personal jurisdiction over any particular Defendant.                                        |
| 10 | Dated: February 27, 2009.                                                                             |

```
11                          SIDLEY AUSTIN LLP
                            DAVID W. CARPENTER
12                          DAVID L. LAWSON
                            BRADFORD A. BERENSON
13                          EDWARD R. McNICHOLAS
                            1501 K Street, N.W.
14                          Washington, D.C. 20005

15                          PILLSBURY WINTHROP SHAW PITTMAN LLP
                            BRUCE A. ERICSON
16                          DAVID L. ANDERSON
                            JACOB R. SORENSEN
17                          MARC H. AXELBAUM
                            DANIEL J. RICHERT
18                          50 Fremont Street
                            San Francisco, CA 94120-7880
19

20                          By         /s/ Marc H. Axelbaum
                                        Marc H. Axelbaum
21
                            Attorneys for the AT&T Defendants
22

23   \\

24   \\

25   \\

26   \\

27   \\

28   \\
```

1         **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2     I, MARC H. AXELBAUM, hereby declare pursuant to General Order 45, § X.B, that I have

3 obtained the concurrence in the filing of this document from the other signatories listed below.

4     I declare under penalty of perjury that the foregoing declaration is true and correct.

5     Executed on February 27, 2009, at San Francisco, CA.

6                         */s/ Marc H. Axelbaum*
                        Marc H. Axelbaum

7

8                         WILMER CUTLER PICKERING HALE
                          AND DORR LLP

9                         Randolph D. Moss   (pro hac vice)
                        Samir C. Jain      # 181572
                        Brian M. Boynton   # 222193

10                       Catherine M.A. Carroll  (pro hac vice)
                        1875 Pennsylvania Ave, N.W.

11                       Washington, DC  20006
                        Tel.:  (202) 663-6000

12                       Fax:   (202) 663-6363
                      randolph.moss@wilmerhale.com

13

14                    By: */s/ Samir C. Jain per G.O. 45*
                          Samir C. Jain

15                       MUNGER, TOLLES & OLSON LLP
                      Henry Weissmann     # 132418

16                       Susan R. Szabo      # 155315
                      Aimee A. Feinberg   # 223309

17                       355 South Grand Avenue, 35th Floor
                      Los Angeles, CA  90071

18                       Tel.:  (213) 683-9100
                      Fax:  (213) 683-5150

19                       henry.weissmann@mto.com

20                       *Attorneys for Verizon*

21

22                    By: */s/ Bruce I. Afran per G.O. 45*
                          Bruce I. Afran

23

24                       BRUCE I. AFRAN, Esq.
                      10 Braeburn Drive

25                       Princeton, NJ 08540
                      Telephone: (609) 924-2075

26

27                       MAYER LAW GROUP, LLC
                      CARL J. MAYER

28                       66 Witherspoon Street, Suite 414

|   |   |
|---|---|
| 1 | Princeton, NJ 08542 |
| 2 | Telephone: (609) 921-8025 |
|   | Facsimile: (609) 921-6964 |
| 3 |   |
|   | THE LAW OFFICES OF STEVEN E. |
| 4 | SCHWARZ, ESQ., LLC |
|   | Steven E. Schwarz, Esq. |
| 5 | 2461 W. Foster Ave., #1W |
|   | Chicago, IL 60625 |
| 6 | Telephone: (773) 837-6134 |
| 7 | Facsimile: (773) 837-6134 |
| 8 | *Attorneys for the* McMurray *Plaintiffs* |
| 9 |   |
|   | By: */s/ Paul G. Freeborne per G.O. 45* |
| 10 |      Paul G. Freeborne |
| 11 | MICHAEL F. HERTZ |
| 12 | Acting Assistant Attorney General |
|   | DOUGLAS N. LETTER |
| 13 | Terrorism Litigation Counsel |
|   | JOSEPH H. HUNT |
| 14 | Director, Federal Programs Branch |
|   | ANTHONY J. COPPOLINO |
| 15 | Special Litigation Counsel |
|   | PAUL G. FREEBORNE |
| 16 | Trial Attorney |
| 17 | United States Department of Justice |
|   | Civil Division, Federal Programs Branch |
| 18 | 20 Massachusetts Avenue, NW, Rm. 7142 |
| 19 | Washington, D.C. 20001 |
|   | Phone: (202) 305-9334—Fax: (202) 616-8460 |
| 20 | Email: alexander.haas@usdoj.gov |
| 21 | *Attorneys for the United States of America* |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

Stipulation And [Proposed] Order Extending Response Date For The Telecommunication Carriers
MDL No. 06-1791-VRW                                                                                          5

1  **[PROPOSED] ORDER**

2  Pursuant to the foregoing Stipulation, and good cause appearing, the Court

3  ORDERS the following:

4  The Telecommunication Carrier Defendants shall have until April 3, 2009 to file an

5  answer or otherwise respond to the complaint in *McMurray v. Verizon Communication*,

6  Inc., et al., No. 09-cv-0131-VRW.  By entering into this Stipulation, neither Plaintiffs nor

7  Defendants waive any procedural or substantive defenses, rights or objections, including,

8  but not limited to, the right to challenge personal jurisdiction over any particular Defendant.

9  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10  Dated: __March 10___, 2009.

12  _____
Hon. Vaughn R. Walker
United States District Judge

IT IS SO ORDERED
Judge Vaughn R Walker