| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON  #76342 |
| 2 | JACOB R. SORENSEN  #209134 |
| | MARC H. AXELBAUM  #209855 |
| 3 | 50 Fremont Street |
| | Post Office Box 7880 |
| 4 | San Francisco, CA  94120-7880 |
| | Telephone: (415) 983-1000 |
| 5 | Facsimile: (415) 983-1200 |
| 6 | |
| | SIDLEY AUSTIN LLP |
| 7 | DAVID W. CARPENTER (admitted *pro hac vice*) |
| | BRADFORD A. BERENSON (admitted *pro hac vice*) |
| 8 | EDWARD R. MCNICHOLAS (admitted *pro hac vice*) |
| | DAVID LEE LAWSON (admitted *pro hac vice*) |
| 9 | ERIC A. SHUMSKY #206124 |
| | 1501 K Street, N.W. |
| 10 | Washington, D.C.  20005 |
| | Telephone:  (202) 736-8010 |
| 11 | Facsimile:  (202) 736-8711 |
| 12 | Attorneys for Specially Appearing Defendants |
| | AT&T Inc. and BellSouth Corporation |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br><br>This Document Relates To:<br><br>*McMurray v. Verizon Communications, Inc., et al.*, No. 09-cv-0131-VRW | MDL Dkt. No. 06-1791-VRW<br><br>**[PROPOSED] ORDER GRANTING THE MOTION OF SPECIALLY APPEARING DEFENDANTS AT&T INC. AND BELLSOUTH CORPORATION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>Courtroom:  6, 17th Floor<br>Judge:       Hon. Vaughn R. Walker |

1    On March 16, 2009, specially appearing defendants AT&T Inc. and BellSouth Corporation moved pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure to dismiss the Complaint (Dkt. 1) filed by Rev. Joe McMurray et al. ("plaintiffs") for lack of personal jurisdiction.

On May 14, 2009, the motion duly came on for hearing before the Court, the Hon. Vaughn R. Walker, United States District Chief Judge, presiding. Having considered AT&T Inc. and BellSouth's motion, plaintiffs' opposition thereto, defendants' reply brief, and the oral arguments presented by counsel for the parties, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The motion is hereby GRANTED on the ground that the Court has neither general nor specific jurisdiction over either AT&T Inc. or BellSouth Corporation, as both defendants lack the requisite contacts with the jurisdiction in which the complaint was filed.

2. Accordingly, the Complaint (Dkt. 1) is hereby DISMISSED as to defendants AT&T Inc. and BellSouth Corporation.

Dated:_____    _____
Hon. Vaughn R. Walker
United States District Chief Judge

[Proposed] Order Granting
AT&T Inc. and Bellsouth Corporation's
Motion to Dismiss
MDL No. 06-1791-VRW