| | |
|---|---|
| SIDLEY AUSTIN LLP<br>David W. Carpenter*<br>Bradford A. Berenson*<br>David L. Lawson*<br>Edward R. McNicholas*<br>Eric A. Shumsky  #206164<br>1501 K Street, N.W.<br>Washington, DC  20005<br>Tel: (202) 736-8000<br>Fax: (202) 736-8711<br>bberenson@sidley.com | WILMER CUTLER PICKERING HALE AND DORR LLP<br>Randolph D. Moss*<br>Samir C. Jain  # 181572<br>Brian M. Boynton  # 222193<br>Catherine M.A. Carroll*<br>1875 Pennsylvania Ave, N.W.<br>Washington, DC  20006<br>Tel.:  (202) 663-6000<br>Fax:   (202) 663-6363<br>randolph.moss@wilmerhale.com |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Bruce A. Ericson  #76342<br>Jacob R. Sorensen  #209134<br>Marc H. Axelbaum  #209855<br>50 Fremont Street<br>Post Office Box 7880<br>San Francisco, CA  94120<br>Tel.: (415) 983-1000<br>Fax: (415) 983-1200<br>bruce.ericson@pillsburylaw.com | MUNGER, TOLLES & OLSON LLP<br>Henry Weissmann  # 132418<br>Susan R. Szabo  # 155315<br>Aimee A. Feinberg  # 223309<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071<br>Tel.:  (213) 683-9100<br>Fax:  (213) 683-5150<br>henry.weissmann@mto.com |
| Attorneys for AT&T Corp. and specially appearing defendants AT&T Inc. and BellSouth Corporation | Attorneys for Verizon Communications Inc.<br><br>* admitted pro hac vice |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br><br>This Document Relates To:<br><br>*McMurray v. Verizon Communications, Inc., et al.*, No. 09-cv-0131-VRW | MDL Dkt. No. 06-1791-VRW<br><br>**[PROPOSED] ORDER GRANTING THE MOTION TO DISMISS OF TELECOMMUNICATIONS CARRIER DEFENDANTS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**<br><br>Courtroom:    6, 17th Floor<br>Judge:         Hon. Vaughn R. Walker |

1        On March 16, 2009, defendants Verizon Communications Inc. and AT&T Corp., and specially appearing defendants AT&T Inc. and BellSouth Corporation (collectively "carrier defendants"), moved pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Complaint (Dkt. 1) filed by Rev. Joe McMurray et al. ("plaintiffs").

On May 14, 2009, this motion duly came on for hearing before the Court, Hon. Vaughn R. Walker, United States District Chief Judge, presiding. Having considered defendants' motion, plaintiffs' opposition thereto, defendants' reply brief, and the oral arguments presented by counsel for the parties, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The motion is hereby GRANTED on the ground that plaintiffs' Complaint does not state a claim for relief.

2. Accordingly, the Complaint (Dkt. 1) is hereby DISMISSED with prejudice.

Dated:_____
                                                                Hon. Vaughn R. Walker
                                                                United States District Chief Judge