In re National Security Agency Telecommunications Records Litigation                                      Doc. 593

| | |
|---|---|
| 1 | CINDY COHN (SBN 145997) |
| | LEE TIEN |
| 2 | KURT OPSAHL |
| | KEVIN S. BANKSTON |
| 3 | CORYNNE MCSHERRY |
| | JAMES S. TYRE |
| 4 | ELECTRONIC FRONTIER FOUNDATION |
| | 454 Shotwell Street |
| 5 | San Francisco, CA 94110 |
| | Telephone: (415) 436-9333 |
| 6 | Facsimile: (415) 436-9993 |
| 7 | Counsel For Plaintiffs TASH HEPTING, GREGORY |
| | HICKS, CAROLYN JEWEL, and ERIK KNUTZEN |
| 8 | and for the AT&T Plaintiff Class; |
| | Co-Lead Coordinating Counsel |
| 9 | |
| | RICHARD R. WIEBE (SBN 121156) |
| 10 | LAW OFFICE OF RICHARD R. WIEBE |
| | 425 California Street, Suite 2025 |
| 11 | San Francisco, CA 94104 |
| | Telephone: (415) 433-3200 |
| 12 | Facsimile: (415) 433-6382 |
| 13 | Counsel for Plaintiffs TASH HEPTING, GREGORY |
| | HICKS, CAROLYN JEWEL, and ERIK KNUTZEN |
| 14 | and for the AT&T Plaintiff Class |
| 15 | ARAM ANTARAMIAN (SBN 239070) |
| | LAW OFFICE OF ARAM ANTARAMIAN |
| 16 | 1714 Blake Street |
| | Berkeley, CA 94703 |
| 17 | Telephone: (510) 841-2369 |
| 18 | Counsel For Plaintiffs TASH HEPTING, GREGORY |
| | HICKS, CAROLYN JEWEL, and ERIK KNUTZEN |
| 19 | and for the AT&T Plaintiff Class |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791 | ) ) ) ) | MDL Docket No. 06-1791 VRW |
| <u>This Document Relates To</u>: Hepting v. AT&T Corp., No. No. C-06-0672-VRW. | ) ) ) ) | **HEPTING V. AT&T CORP. PLAINTIFFS' ASSOCIATION OF ATTORNEY** |
| | ) ) ) ) | Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker |

No. M-06-01791-VRW     HEPTING v. AT&T PLAINTIFFS' ASSOCIATION OF ATTORNEY

Dockets.Justia.com

| | |
|---|---|
| 1 | The undersigned associates Thomas E. Moore III (SBN 115104) and the law firm of The |
| 2 | Moore Law Group, 228 Hamilton Avenue, 3d Floor, Palo Alto, CA 94301, phone (650) 798-5352, |
| 3 | fax (650) 798-5001, email tmoore@moorelawteam.com, as counsel in *Hepting et al. v. AT&T* |
| 4 | *Corp. et al.*, No. C-06-0672-VRW, for Plaintiffs TASH HEPTING, GREGORY HICKS, |
| 5 | CAROLYN JEWEL, and ERIK KNUTZEN and for the Plaintiff Class. Please include Mr. Moore |
| 6 | on all proofs of service, correspondence and other communications. |

DATED: March 19, 2009              Respectfully submitted,

                                         /s/   Cindy A. Cohn
                                           Cindy A. Cohn
ELECTRONIC FRONTIER FOUNDATION

ELECTRONIC FRONTIER FOUNDATION
CINDY A. COHN, ESQ.
LEE TIEN, ESQ.
KURT OPSAHL, ESQ.
KEVIN S. BANKSTON, ESQ.
CORYNNE MCSHERRY, ESQ.
JAMES S. TYRE, ESQ.
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

COUNSEL FOR PLAINTIFFS TASH
HEPTING, GREGORY HICKS, CAROLYN
JEWEL, ERIK KNUTZEN AND FOR THE
AT&T CLASS PLAINTIFFS; CO-CHAIR OF
PLAINTIFFS' EXECUTIVE COMMITTEE

I, Thomas E. Moore III, certify under penalty of perjury under the laws of the United States that I have the concurrence of the above signatory to file this document electronically with the Court.

Dated: Marcy 20, 2009

                                       By:     /s/   Thomas E. Moore III
                                                           Thomas E. Moore III