| SIDLEY AUSTIN LLP | WILMER CUTLER PICKERING | WILLIAMS & CONNOLLY LLP |
|---|---|---|
| David W. Carpenter* | HALE AND DORR LLP | Brendan V. Sullivan, Jr.* |
| Bradford A. Berenson* | Randolph D. Moss* | John G. Kester |
| David L. Lawson* | Samir C. Jain # 181572 | Gilbert Greenman |
| Edward R. McNicholas* | Brian M. Boynton # 222193 | 725 Twelfth Street, N.W. |
| Eric A. Shumsky #206164 | Catherine M.A. Carroll* | Washington, DC 20005 |
| 1501 K Street, N.W. | 1875 Pennsylvania Ave, N.W. | Tel.: (202) 434-5000 |
| Washington, DC 20005 | Washington, DC 20006 | Fax: (202) 434-5029 |
| Tel: (202) 736-8000 | Tel.: (202) 663-6000 | jkester@wc.com |
| Fax: (202) 736-8711 | Fax: (202) 663-6363 | |
| bberenson@sidley.com | randolph.moss@wilmerhale.com | Attorneys for Sprint Nextel Corporation |

| PILLSBURY WINTHROP | MUNGER, TOLLES & OLSON | HOGAN & HARTSON LLP |
|---|---|---|
| SHAW PITTMAN LLP | LLP | Robert J. Benson # 155971 |
| Bruce A. Ericson #76342 | Henry Weissmann # 132418 | 1999 Avenue of the Stars |
| Jacob R. Sorensen #209134 | Susan R. Szabo # 155315 | Los Angeles, CA 90067 |
| Marc H. Axelbaum #209855 | Aimee A. Feinberg # 223309 | Tel.: (310) 785-4629 |
| 50 Fremont Street | 355 South Grand Avenue | Fax: (310) 785-4601 |
| Post Office Box 7880 | 35th Floor | rjbenson@hhlaw.com |
| San Francisco, CA 94120 | Los Angeles, CA 90071 | |
| Tel.: (415) 983-1000 | Tel.: (213) 683-9100 | Ty Cobb* |
| Fax: (415) 983-1200 | Fax: (213) 683-5150 | Christopher Zaetta* |
| bruce.ericson@pillsburylaw.com | henry.weissmann@mto.com | 555 13th Street, NW |
| | | Washington, D.C. 20004 |
| | | Tel.: (202) 637-8874 |
| | | Fax: (202) 637-5910 |
| | | tcobb@hhlaw.com |

| Attorneys for the AT&T Defendants | Attorneys for the Verizon Defendants | Attorneys for Qwest Communications International Inc. |

\* admitted pro hac vice

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | MDL Dkt. No. 06-1791-VRW |
| NATIONAL SECURITY AGENCY TELE-COMMUNICATIONS RECORDS LITIGATION | **TELECOMMUNICATIONS CARRIER DEFENDANTS' STATEMENT OF NON-OPPOSITION TO THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT, DKT. 536** |
| This Document Relates To: *United States v. Rabner* (07-1324); *United States v. Clayton* (07-1242); *United States v. Adams* (07-1323); *United States v. Palermino* (07-1326); *United States v. Volz* (07-1396); *Clayton v. AT&T Communications of the Southwest* (07-1187) | Date: May 7, 2009<br>Time: 10:30 a.m.<br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

Pursuant to Local Rule 7-3(b) and this Court's order of February 26, 2009, *see* Dkt. 574, the AT&T defendants,[1] Qwest Communications International Inc., Sprint Nextel Corporation,[2] and the Verizon defendants[3] state that they do not oppose the United States' Motion for Summary Judgment (Dkt. 536) filed in the six cases noted above. For the reasons explained by the United States, § 803 of the Foreign Intelligence Surveillance Act (FISA) (added by the FISA Amendments Act of 2008, Pub. L. No. 110-261, 122 Stat. 2436 (July 10, 2008)) preempts the state investigations at issue in these cases. Accordingly, this Court should grant the United States' motion for summary judgment.

Dated:  April 9, 2009

Respectfully submitted,

SIDLEY AUSTIN LLP
David W. Carpenter     (pro hac vice)
Bradford A. Berenson  (pro hac vice)
David L. Lawson         (pro hac vice)
Edward R. McNicholas (pro hac vice)
Eric A. Shumsky         #206164
1501 K Street, N.W.
Washington, DC  20005
Tel: (202) 736-8010
Fax: (202) 736-8711
bberenson@sidley.com

By: /s/ Bradford A. Berenson
_____
Bradford A. Berenson

PILLSBURY WINTHROP SHAW
   PITTMAN LLP
Bruce A. Ericson        #76342

---

[1] Various telecommunications carriers were named as defendants in the six lawsuits at issue here. As the Court will recall, in five of the cases the United States sued to terminate the state investigations and to enjoin telecommunications carriers from cooperating with the same; the sixth case (*Clayton v. AT&T Communications of the Southwest*) is a subpoena enforcement action brought by one Commissioner of the Missouri Public Utilities Commission against several AT&T entities.

The "AT&T defendants" are AT&T Corp. (named in *United States v. Palermino* and *United States v. Rabner*); Southern Telecommunications Corp. d/b/a AT&T Connecticut, and The Woodbury Telephone Co. d/b/a AT&T Woodbury (named in *Palermino*); AT&T Communications of the Southwest, Inc., SBC Long Distance, L.L.C., SBC Advanced Solutions, Inc., TCG St. Louis Holdings, Inc. d/b/a TCG St. Louis, Southwestern Bell Telephone L.P., TCG Kansas City, Inc. (named in *United States v. Clayton*); Cingular Wireless LLC (named in *Rabner*); and AT&T Communications of New England, Inc. (named in *United States v. Volz*).

[2] Qwest Communications International Inc. and Sprint Nextel Corporation are only named as defendants in one of the six cases, i.e., *Rabner*. The remaining five cases do not include any Qwest or Sprint entities as parties.

[3] The "Verizon defendants" are Verizon Communications Inc., Verizon New England Inc., and Verizon New York Inc.

Jacob R. Sorensen    #209134
Marc H. Axelbaum    #209855
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120
Tel.: (415) 983-1000
Fax: (415) 983-1200
bruce.ericson@pillsburylaw.com

Attorneys for the AT&T Defendants


WILMER CUTLER PICKERING HALE
   AND DORR LLP
Randolph D. Moss    (pro hac vice)
Samir C. Jain    # 181572
Brian M. Boynton    # 222193
Catherine M.A. Carroll    (pro hac vice)
1875 Pennsylvania Ave, N.W.
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
randolph.moss@wilmerhale.com

By: /s/ Randolph D. Moss
   _____
     Randolph D. Moss

MUNGER, TOLLES & OLSON LLP
Henry Weissmann    # 132418
Susan R. Szabo    # 155315
Aimee A. Feinberg    # 223309
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100
Fax: (213) 683-5150
henry.weissmann@mto.com

Attorneys for the Verizon Defendants

WILLIAMS & CONNOLLY LLP
Brendan V. Sullivan, Jr.    (pro hac vice)
John G. Kester
Gilbert Greenman    (pro hac vice)
725 Twelfth Street, N.W.
Washington, DC 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029
jkester@wc.com

By: /s/ John G. Kester
   _____
     John G. Kester

Attorneys for Sprint Defendants

HOGAN & HARTSON LLP
Robert J. Benson  # 155971
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel.:  (310) 785-4629
Fax:  (310) 785-4601
rjbenson@hhlaw.com

Ty Cobb (pro hac vice)
Christopher Zaetta (pro hac vice)
555 13th Street, NW
Washington, D.C. 20004
Tel.:  (202) 637-8874
Fax:  (202) 637-5910
tcobb@hhlaw.com


By:  /s/ Christopher Zaetta
    _____
       Christopher Zaetta

Attorneys for Qwest Communications International Inc.

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, Marc H. Axelbaum, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on April 9, 2009, at San Francisco, California.

By: /s/ Marc H. Axelbaum
_____
Marc H. Axelbaum

Attorney for the AT&T Defendants