| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| | RONALD M. DAIGNAULT |
| 2 | 180 Maiden Lane |
| | New York, NY 10038-4982 |
| 3 | Telephone: (212) 806-5400 |
| | Facsimile: (212) 806-6006 |
| 4 | . |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re National Security Agency Telecommunications Records Litigation | Case No. M:06-CV-01791-VRW <br><br> NOTICE OF WITHDRAWAL AS COUNSEL |

TO THE HONORABLE VAUGHN R. WALKER:

It recently came to my attention that I am listed as counsel of record for movant's Roland Algrant, Adam Kanzer, Michael Kieschnick, Joe Sibilia, Peter Strugatz, and Mal Warwick. Apparently, due to an error unknown to me, I was added to this case on February 23, 2007. I do not represent the above listed parties, nor am I involved in this case in any manner whatsoever.

Accordingly, please remove me from all service lists.

Dated: April 15, 2009　　　　　　　　　　　　STROOCK & STROOCK & LAVAN LLP
　　　　　　　　　　　　　　　　　　　　　　　RONALD M. DAIGNAULT


　　　　　　　　　　　　　　　　　　　　By: *s/ Ronald M.Daignault*
　　　　　　　　　　　　　　　　　　　　　　　Ronald M. Daignault

NOTICE OF WITHDRAWAL AS COUNSEL