BRUCE I. AFRAN
CARL J. MAYER
STEVEN E. SCHWARZ

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Docket No. 06-1791 (VRW) |
| | STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE ON GOVERNMENT'S AND TELECOMMUNICATION CARRIER DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT |
| This Document Relates To: | |
| *McMurray v. Verizon Comm., Inc.*, No. 09-cv-0131-VRW | |
| | [CIVIL L.R. 7-11] |
| | Chief Judge Vaughn R. Walker |

**Stipulation and [Proposed] Order Regarding Hearing Date and Briefing Schedule on Government's and Telecommunication Carrier Defendants' Motions to Dismiss Plaintiffs' Complaint,** *McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

1

**RECITAL**

On March 13, 2009, the Government Defendants filed a Motion to Dismiss Plaintiffs' Complaint in 09-cv-0131-VRW and noticed the motion for oral argument on May 14, 2009. Dkt. No. 11 in 09-cv-0131-VRW. On March 16, 2009, the Carrier Defendants filed Motions to Dismiss Plaintiffs' Complaint and also noticed their motions for May 14, 2009. Dkt. No. 12, 16 in 09-cv-0131-VRW.

**STIPULATION**

1. The *McMurray* Plaintiffs, the Government Defendants, and the Carrier Defendants in 09-cv-0131-VRW, through their undersigned counsel, hereby request:

    a. That the *McMurray* Plaintiffs' briefs in response to the pending motions shall be filed on or before May 7, 2009;

    b. That the Government Defendants' and the Carrier Defendants' briefs in reply shall be filed on or before May 21, 2009; and

    c. That the Government Defendants' and the Carrier Defendants' Motions to Dismiss be heard on June 3, 2009 at 10:30 a.m.

2. By entering into this Stipulation, neither Plaintiffs nor Defendants waive any procedural or substantive defenses, rights or objections, including, but not limited to, the right to challenge personal jurisdiction over any particular Defendant.

April 15, 2009                                    Respectfully submitted,

                                                  BRUCE I. AFRAN, Esq.
                                                  10 Braeburn Drive
                                                  Princeton, NJ 08540
                                                  Telephone: (609) 924-2075

**Stipulation and [Proposed] Order Regarding Hearing Date and Briefing Schedule on Government's and Telecommunication Carrier Defendants' Motions to Dismiss Plaintiffs' Complaint,** *McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

MAYER LAW GROUP, LLC
CARL J. MAYER
66 Witherspoon Street, Suite 414
Princeton, NJ 08542
Telephone: (609) 921-8025
Facsimile: (609) 921-6964


  /s/ Steven E. Schwarz
Steven E. Schwarz
THE LAW OFFICES OF STEVEN E. SCHWARZ, ESQ., LLC
2461 W. Foster Ave., #1W
Chicago, IL 60625
Telephone: (773) 837-6134
Facsimile: (773) 837-6134

*Attorneys for the Plaintiffs*

**Stipulation and [Proposed] Order Regarding Hearing Date and Briefing Schedule on Government's and Telecommunication Carrier Defendants' Motions to Dismiss Plaintiffs' Complaint,** *McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

# DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B.

I, STEVEN E. SCHWARZ, hereby declare pursuant to General Order 45, § X.B., that I have obtained the concurrence in the filing of this document from the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on April 15, 2009, at Chicago, IL.

    /s/ Steven E. Schwarz
Steven E. Schwarz
The Law Offices of Steven E. Schwarz
2461 W. Foster Ave., #1W
Chicago, IL 60625

PAUL G. FREEBORNE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 6108
Washington, D.C. 20001
Phone: (202) 353-0543
Fax: (202) 616-8460
Email: paul.freeborne@usdoj.gov

By /s/ Paul G. Freeborne
   Paul G. Freeborne
*Attorney for the Government Defendants*

ANTHONY J. COPPOLINO
Special Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6102
Washington, D.C. 20530
Tel: (202) 514-4782
Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By /s/ Anthony J. Coppolino
   Anthony J. Coppolino
*Attorney for the Government Defendants*

**Stipulation and [Proposed] Order Regarding Hearing Date and Briefing Schedule on Government's and Telecommunication Carrier Defendants' Motions to Dismiss Plaintiffs' Complaint,** *McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
JACOB R. SORENSEN
MARC H. AXELBAUM
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

SIDLEY AUSTIN LLP
DAVID W. CARPENTER
DAVID L. LAWSON
BRADFORD A. BERENSON
EDWARD R. McNICHOLAS
1501 K Street, N.W.
Washington, D.C. 20005


By /s/ Marc H. Axelbaum
    Marc H. Axelbaum
*Attorneys for Defendants BellSouth Corporation, AT&T Corp., and Specially Appearing Defendant AT&T Inc. and BellSouth Corp.*

WILMER CUTLER PICKERING HALE
AND DORR LLP
Randolph D. Moss *(pro hac vice)*
Samir C. Jain # 181572
Brian M. Boynton # 222193
Catherine M.A. Carroll *(pro hac vice)*
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: Randolph.moss@wilmerhale.com

MUNGER, TOLLES & OLSON LLP
Henry Weissmann # 132418
Susan R. Szabo # 155315
Aimee A. Feinberg # 223309
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100
Fax: (213) 683-5150
Email: henry.weissmann@mto.com

**Stipulation and [Proposed] Order Regarding Hearing Date and Briefing Schedule on Government's and Telecommunication Carrier Defendants' Motions to Dismiss Plaintiffs' Complaint,** *McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

By: /s/ Randolph D. Moss
Randolph D. Moss
*Attorneys for Verizon Communications Inc. and Cellco Partnership*

**Stipulation and [Proposed] Order Regarding Hearing Date and Briefing Schedule on Government's and Telecommunication Carrier Defendants' Motions to Dismiss Plaintiffs' Complaint,** *McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

# [PROPOSED] ORDER

It is hereby **ORDERED** that oral argument on the Government's and the Carrier Defendants' Motions to Dismiss (Dkt. No. 11-17) shall be heard on June 3, 2009 at 10:30 a.m. It is also **ORDERED** that Plaintiffs' oppositions to such motions shall be due on or before May 7, 2009, and that the Government's and Carrier Defendants' replies shall be due on or before May 21, 2009.

IT IS SO ORDERED,

Dated: _____, 2009

_____
Hon. Vaughn R. Walker
United States District Chief Judge

**S**tipulation and [Proposed] Order Regarding Hearing Date and Briefing Schedule on Government's and Telecommunication Carrier Defendants' Motions to Dismiss Plaintiffs' Complaint, *McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

7