1  BRUCE I. AFRAN
2  CARL J. MAYER
   STEVEN E. SCHWARZ
3
   Attorneys for the Plaintiffs
4

5              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
6              **SAN FRANCISCO DIVISION**

7  | | |
   |---|---|
8  | **IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION** | MDL Docket No. 06-1791 (VRW) |
9  | | **STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE ON GOVERNMENT'S AND TELECOMMUNICATION CARRIER DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT** |
10 | **This Document Relates To:** | |
11 | *McMurray v. Verizon Comm., Inc.,* No. 09-cv-0131-VRW | |
12 | | [CIVIL L.R. 7-11] |
13 | | Chief Judge Vaughn R. Walker |

(([PROPOSED] is shown struck through))

27  **Stipulation and [Proposed] Order Regarding Hearing Date and Briefing Schedule on Government's and Telecommunication Carrier Defendants' Motions to Dismiss Plaintiffs' Complaint,** *McMurray, et al. v.*
28  *Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

1

**RECITAL**

On March 13, 2009, the Government Defendants filed a Motion to Dismiss Plaintiffs' Complaint in 09-cv-0131-VRW and noticed the motion for oral argument on May 14, 2009. Dkt. No. 11 in 09-cv-0131-VRW. On March 16, 2009, the Carrier Defendants filed Motions to Dismiss Plaintiffs' Complaint and also noticed their motions for May 14, 2009. Dkt. No. 12, 16 in 09-cv-0131-VRW.

**STIPULATION**

1. The *McMurray* Plaintiffs, the Government Defendants, and the Carrier Defendants in 09-cv-0131-VRW, through their undersigned counsel, hereby request:

   a. That the *McMurray* Plaintiffs' briefs in response to the pending motions shall be filed on or before May 7, 2009;

   b. That the Government Defendants' and the Carrier Defendants' briefs in reply shall be filed on or before May 21, 2009; and

   c. That the Government Defendants' and the Carrier Defendants' Motions to Dismiss be heard on June 3, 2009 at 10:30 a.m.

2. By entering into this Stipulation, neither Plaintiffs nor Defendants waive any procedural or substantive defenses, rights or objections, including, but not limited to, the right to challenge personal jurisdiction over any particular Defendant.

April 15, 2009                                    Respectfully submitted,

                                                  BRUCE I. AFRAN, Esq.
                                                  10 Braeburn Drive
                                                  Princeton, NJ 08540
                                                  Telephone: (609) 924-2075

**Stipulation and [Proposed] Order Regarding Hearing Date and Briefing Schedule on Government's and Telecommunication Carrier Defendants' Motions to Dismiss Plaintiffs' Complaint,** *McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

# [~~PROPOSED~~] ORDER

It is hereby **ORDERED** that oral argument on the Government's and the Carrier Defendants' Motions to Dismiss (Dkt. No. 11-17) shall be heard on June 3, 2009 at 10:30 a.m. It is also **ORDERED** that Plaintiffs' oppositions to such motions shall be due on or before May 7, 2009, and that the Government's and Carrier Defendants' replies shall be due on or before May 21, 2009.

IT IS SO ORDERED,

Dated: _____ , 2009



_____
Hon. Vaughn R Walker
United States District Chief Judge

**S**tipulation and [Proposed] Order Regarding Hearing Date and Briefing Schedule on Government's and Telecommunication Carrier Defendants' Motions to Dismiss Plaintiffs' Complaint, *McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**