MEGAN LEWIS (ML3429)
Megan.Lewis@dol.lps.state.nj.us
Assistant Attorney General of New Jersey

MICHAEL DONOFRIO (VT 4400)
mdonofrio@atg.state.vt.us
Assistant Attorney General of Vermont

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Docket No. M:06-cv-1791-VRW |
| This Document Relates To: | **VERMONT'S AND NEW JERSEY'S ADMINISTRATIVE MOTION TO APPEAR VIA TELEPHONE** |
| *Clayton, et al. v. AT&T Communications of the Southwest, et al.* (W.D. Mo. 07-1187) | [Civil L.R. 7-11] |
| *United States v. Clayton, et al.* (E.D. Mo. 07-1242) | Courtroom: 6, 17th Floor |
| *United States v. Reishus, et al.* (D. Me. 07-1323) | Judge: Hon. Vaughn R. Walker |
| *United States v. Farber, et al.* (D. N.J. 07-1324) | |
| *United States v. Palermino, et al.* (D. Conn. 07-1326) | |
| *United States v. Volz, et al.* (D. Vt. 07-1396) | |

VERMONT'S AND NEW JERSEY'S
ADMINISTRATIVE MOTION
TO APPEAR VIA TELEPHONE

MDL Docket No. 06-1791-VRW
Relates to: Case No. 07-cv-1187-VRW
Case No. 07-cv-1242-VRW
Case No. 07-cv-1323-VRW
Case No. 07-cv-1324-VRW
Case No. 07-cv-1326-VRW
Case No. 07-cv-1396-VRW

Pursuant to Local Civil Rule 7-11, the undersigned counsel for the State Officials named as defendants in *United States v. Volz, et al.* (D. Vt. 07-1396) [the "Vermont Officials"] and *United States v. Farber, et al.* (D. N.J. 07-1324) [the "New Jersey Officials"] respectfully request the Court's permission to appear via telephone at the hearing on the United States' motion for summary judgment (*see* Doc. No. 536) scheduled for 10:30 a.m. Pacific time on Thursday, May 7, 2009.

The undersigned counsel have attempted to obtain budgetary approval to travel to San Francisco and appear in person, but were not successful. Thus, the only way for the undersigned to participate in the hearing and represent their clients' interests is to appear by telephone.

Counsel for the Vermont Officials can be reached at the following numbers:

> Assistant Attorney General Michael Donofrio
> Direct office line: (802) 828-6906
> Cellular (as a back-up): (917) 232-5363

Counsel for the New Jersey Officials can be reached at the following numbers:

> Assistant Attorney General Megan Lewis
> Direct office line: (973) 648-4518
> Cellular (as a back-up): (609) 273-1254

## **CONCLUSION**

For the foregoing reasons, the undersigned respectfully request the Court's permission to attend the May 7, 2009 hearing in this matter by telephone.

VERMONT AND NEW JERSEY'S
ADMINISTRATIVE MOTION
TO APPEAR VIA TELEPHONE

MDL Docket No. 06-1791-VRW
Relates to: Case No. 07-cv-1187-VRW
Case No. 07-cv-1242-VRW
Case No. 07-cv-1323-VRW
Case No. 07-cv-1324-VRW
Case No. 07-cv-1326-VRW
Case No. 07-cv-1396-VRW

2

DATED: April 29, 2009                    Respectfully submitted,

                                         WILLIAM H. SORRELL
                                         ATTORNEY GENERAL OF VERMONT

                                      By: */s/ Michael N. Donofrio*
                                         Michael N. Donofrio (VT 4400)
                                         mdonofrio@atg.state.vt.us
                                         Assistant Attorney General
                                         109 State Street
                                         Montpelier, VT  05609
                                         Tel: (802) 828-3171
                                         Fax: (802) 828-1500
                                         Counsel for Defendants Volz,
                                         Coen, Burke, and O'Brien

VERMONT AND NEW JERSEY'S                                MDL Docket No. 06-1791-VRW
ADMINISTRATIVE MOTION                          Relates to:  Case No. 07-cv-1187-VRW
TO APPEAR VIA TELEPHONE                                     Case No. 07-cv-1242-VRW
                                                            Case No. 07-cv-1323-VRW
                                                            Case No. 07-cv-1324-VRW
                                                            Case No. 07-cv-1326-VRW
                                                            Case No. 07-cv-1396-VRW
                             3

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, MICHAEL N. DONOFRIO, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below. I declare under penalty of perjury that the foregoing declaration is true and correct.

April 29, 2009  /s/ Michael N. Donofrio
Montpelier, Vermont  Michael N. Donofrio


STUART RABNER
ATTORNEY GENERAL OF NEW
JERSEY

By: /s/ Megan Lewis
Megan Lewis
Assistant Attorney General
R. J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
Tel: (609) 292-8576
Fax: (609)777-3120
Counsel for Defendants Farber, Ricketts
and O'Donnell

VERMONT AND NEW JERSEY'S
ADMINISTRATIVE MOTION
TO APPEAR VIA TELEPHONE

MDL Docket No. 06-1791-VRW
Relates to: Case No. 07-cv-1187-VRW
Case No. 07-cv-1242-VRW
Case No. 07-cv-1323-VRW
Case No. 07-cv-1324-VRW
Case No. 07-cv-1326-VRW
Case No. 07-cv-1396-VRW

4