1 | **HOGAN & HARTSON LLP**
Robert J. Benson (No. 155971)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4629
Fax: (310) 785-4601
rjbenson@hhlaw.com

Ty Cobb (admitted *pro hac vice*)
Christopher Zaetta (admitted *pro hac vice*)
555 13th Street, NW
Washington, D.C. 20004
Telephone: (202) 637-8874
Fax: (202) 637-5910
tcobb@hhlaw.com
crzaetta@hhlaw.com

Attorneys for Defendant
Qwest Communications International Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | MDL Docket No. 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS | **WITHDRAWAL OF APPEARANCE** |
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **Judge: Hon. Vaughn R. Walker** |
| STUART RABNER, et al., | Civil Action No. C-07-1324 VRW |
| Defendants. | |

\\\DC - 066983/000078 - 2890345 v1

| | |
|---|---|
| 1 | Please take notice that Christine Varney is no longer counsel of record for |
| 2 | defendant Qwest Communications International Inc. in the above-captioned case. Please |
| 3 | withdraw Ms. Varney's notice of appearance. |

Please take notice that Christine Varney is no longer counsel of record for defendant Qwest Communications International Inc. in the above-captioned case. Please withdraw Ms. Varney's notice of appearance.

Dated: April 29, 2009

> HOGAN & HARTSON LLP
> Robert J. Benson (No. 155971)
> 1999 Avenue of the Stars
> Suite 1400
> Los Angeles, CA 90067
> Phone: (310) 785-4629
> Fax: (310) 785-4601
> rjbenson@hhlaw.com
>
> Ty Cobb (admitted pro hac vice)
> Christopher Zaetta (admitted pro hac vice)
> 555 13th Street, NW
> Washington, D.C. 20004
> Phone: (202) 637-8874
> Fax: (202) 637-5910
> tcobb@hhlaw.com
> crzaetta@hhlaw.com
>
> By: _____/s/_____
>         Christopher R. Zaetta
>
> Attorneys for Defendant Qwest Communications
> International Inc.

\\\DC - 066983/000078 - 2890345 v1