1  MICHAEL F. HERTZ
   Acting Assistant Attorney General
2  DOUGLAS N. LETTER
   Terrorism Litigation Counsel
3  JOSEPH H. HUNT
   Director, Federal Programs Branch
4  VINCENT M. GARVEY
   Deputy Branch Director
5  ANTHONY J. COPPOLINO
   Special Litigation Counsel
6  ALEXANDER K. HAAS
   Trial Attorney
7  U.S. Department of Justice
   Civil Division, Federal Programs Branch
8  20 Massachusetts Avenue, NW, Rm. 6102
   Washington, D.C. 20001
9  Phone: (202) 514-4782—Fax: (202) 616-8460

10 *Attorneys for the Government Defendants*

11              **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13               **SAN FRANCISCO DIVISION**

14                                        )   No. M:06-CV-01791-VRW
   IN RE NATIONAL SECURITY AGENCY        )
15 TELECOMMUNICATIONS RECORDS            )   **STIPULATION TO EXTEND**
   LITIGATION                            )   **RESPONSE DATE IN**
16                                        )   **ORDER OF APRIL 17, 2009**
   This Document Solely Relates To:      )   **[DKT. 84] AND PROPOSED ORDER**
17                                        )
   *Al-Haramain Islamic Foundation et al.*  )   [Civil L.R. 6-1(b); 6-2; 7-12]
18    *v. Obama, et al.* (07-CV-109-VRW)  )
                                          )   Courtroom:   6, 17th Floor
19                                        )   Judge:       Hon. Vaughn R. Walker
                                          )
20                                        )
                                          )
21                                        )

22         Pursuant to Local Rule 6.1(b), the parties, through their undersigned counsel, hereby

23 stipulate to an extension of the response date set forth in the Court's Order of April 17, 2009

24 (Dkt. 84 in 07-cv-109-VRW) from May 8, 2009 to May 15, 2009.

25                            **RECITALS**

26         1.    On April 17, 2009, the Court issued an order directing the parties to meet and

27 confer regarding the entry of an appropriate protective order in this action concerning classified

28 _____
   **Stipulation to Extend Response Date in Order of April 17, 2009 [Dkt. 84]**
   ***Al-Haramain v. Obama*** **(07-cv-109-VRW) (MDL06-cv-1791-VRW)**                        -1-

Dockets.Justia.com

information and to either submit a stipulated order by May 8, 2009, or, if the parties are unable to agree on all terms, to jointly submit a document containing all agreed terms together with a document setting forth the terms about which they are unable to reach agreement and the respective positions of the parties with regard to each such term. *See* Order, April 17, 2009 (Dkt. 84 in 07-cv-109-VRW).

2.      Plaintiffs forwarded their proposed draft protective order to the Government Defendants on April 24, 2009.

3.      The Government Defendants require additional time to complete internal deliberations on its position in response to the Court's Order, confer with the plaintiffs regarding the Government's position, and prepare the Government's response under the Order.

4.      In addition, the undersigned counsel for the Government (Mr. Coppolino) is currently scheduled to be before the Court in San Francisco on May 7, 2009, for a hearing on a separate matter in this MDL proceeding (the Government's motion for summary judgement in actions concerning various state government investigations, *see* Dkt. 536 (Government's motion) and Dkt. 574 (setting hearing for May 7, 2009) in MDL 06-cv-1791-VRW).

5.      No prior modifications of the response date in the Court's April 17 Order have been sought or entered.  L.R. 6-2(a)(2).

6.      The requested time modification would have no other impact on the schedule of this case.  L.R. 6-2(a)(3).

## STIPULATION

Pursuant to L.R. 6.1(b), the parties, through their undersigned counsel, hereby stipulate and agree to a one-week extension of the response date set by the Court in its April 17 Order from May 8, 2009 to May 15, 2009.

DATED: April 30, 2009          Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

ANTHONY J. COPPOLINO
Special Litigation Counsel

ALEXANDER K. HAAS
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460


By:    _s/ Anthony J. Coppolino_
    Anthony J. Coppolino

*Attorneys for the Government Defendants*

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, ANTHONY J. COPPOLINO, hereby declare that, pursuant to General Order 45, § X.B, I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on April 30, 2009, in the City of Washington, District of Columbia.

                   *s/ Anthony J. Coppolino*
                   ANTHONY J. COPPOLINO
                   Special Litigation Counsel
                   U.S. Department of Justice
                   Civil Division, Federal Programs Branch
                   20 Massachusetts Avenue, NW, Rm. 6102
                   Washington, D.C. 20001
                   Phone: (202) 514-4782—Fax: (202) 616-8460
                   (tony.coppolino@usdojgov)

SIGNATORY PER G.O. 45:

                   By:   *s/ Steven Goldberg*  per G.O. 45
                   Steven Goldberg, Oregon Bar No. 75134
                   River Park Center, Suite 300
                   205 SE Spokane St.
                   Portland, OR 97202
                   503.445.4622 - Fax 503.238.7501
                   (steven@stevengoldberglaw.com)

# [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby orders that the response date set forth in the Court's Order of April 17, 2009 [Dkt. 84] shall be and hereby is extended to May 15, 2009.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____ ____, 2009

_____
Hon. Vaughn R. Walker
United States District Chief Judge