IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION<br>_____<br><br>This Document Relates To:<br><br>Clayton v AT&T Communications of the Southwest, No C 07-1187; United States v Reishus, No C 07-1323; United States v Clayton, No C 07-1242; United States v Farber, No 07-01324; United States v Palermino, No C 07-1326; United States v Volz, No 07-1396<br>_____/ | MDL Docket No 06-1791 VRW<br><br>ORDER |

The unopposed administrative motion by for the states of Vermont and New Jersey to appear by telephone at the May 7, 2009 hearing is hereby GRANTED. The clerk will contact counsel for these parties by telephone immediately before the hearing.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge