Zachary L. Heiden
Maine Civil Liberties Union Foundation
401 Cumberland Ave.
Portland, Maine 04101
(207)774-5444

John M.R. Paterson
Bernstein Shur
100 Middle Street
Portland, Maine 04101
(207)774-1299

Christopher B. Branson
Murray Plumb & Murray
75 Pearl Street
Portland, Maine 04101
(207)773-5651

Attorneys for Intervenors James Douglas Cowie, et al.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To:<br><u>USA v. Kurt Adams, et al.</u>, (D. Me.), | MDL Docket No. 06-1791 VRW<br><br>**INTERVENORS' REQUEST TO PARTICIPATE IN ORAL ARGUMENT VIA TELEPHONE**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker<br>Hearing: May 7, 2009, 10:30 am PST |

Pursuant to Local Civil Rule 7-11, the undersigned counsel for Intervenor-Defendants

James Douglas Cowie, et al, in *United States v. Reishus, et al.* (D. Me. 07-1323) respectfully

request the Court's permission to appear and participate via telephone at the hearing on the United States' motion for summary judgment (*see* Doc. No. 536) scheduled for 10:30 a.m. Pacific time on Thursday, May 7, 2009.

The undersigned counsel has undertaken representation in this case pro bono, and they cannot afford to travel to California from Maine. Counsel for the Intervenors expects that all oral argument for the defendants will be undertaken by counsel for the State defendants. Counsel for the Intervenors intends to participate in the hearing only to respond to specific questions by the Court.

Counsel can be reached at the following number:

>John M.R. Paterson, Esq.
>Zachary L. Heiden, Esq.
>Direct office line: (207) 228-7212
>Cellular (as a back-up): (207) 776-3995

For the foregoing reasons, the undersigned respectfully request the Court's permission to attend the May 7, 2009 hearing in this matter by telephone.

Dated: May 4, 2009  /s/ Zachary L. Heiden
Zachary L. Heiden
Maine Civil Liberties Union Foundation
401 Cumberland Avenue, Suite 105
Portland, Maine 04101
(207) 774-5444
heiden@mclu.org

John M.R. Paterson
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
(207) 774-1200
jpaterson@bernsteinshur.com

Christopher B. Branson
Murray Plumb & Murray
75 Pearl Street
P.O. Box 9785
Portland, Maine 04104

Attorneys for Intervenors
James Cowie, et al.