IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ORDER |

This Document Relates To:

<u>United States v Reishus</u>, No C 07-1323

/

       The administrative motion by counsel for intervenor James D Cowie to appear by telephone at the May 7, 2009 hearing is hereby GRANTED. The clerk will contact counsel for Mr Cowie by telephone immediately before the hearing.

       IT IS SO ORDERED.

                                  VAUGHN R WALKER
                                  United States District Chief Judge