BRUCE I. AFRAN
CARL J. MAYER
STEVEN E. SCHWARZ

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION** _____ **This Document Relates To:** *McMurray v. Verizon Comm., Inc.,* **No. 09-cv-0131-VRW** _____ | **MDL Docket No. 06-1791 (VRW)** *McMURRAY* **PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS** [CIVIL L.R. 7-11] Chief Judge Vaughn R. Walker |

*McMurray* Plaintiffs' Administrative Motion for Extension of Time to Respond to Motions to Dismiss, *McMurray, et al. v. Verizon, et al.,* 09-cv-0131-VRW (MDL 06-cv-1791-VRW).

1

The *McMurray* Plaintiffs, through their undersigned attorneys, respectfully request a short extension of two court days from May 7, 2009 until May 11, 2009 to submit their briefs in response to the Government Defendants' (Dkt. No. 583) and Carrier Defendants' (Dkt. No. 588) Motions to Dismiss. In support thereof, the undersigned attorneys certify that additional time is needed to respond; that this is their first non-stipulated request for an extension of time; and that this motion is not brought for purposes of undue delay or any other improper purpose.

The *McMurray* Plaintiffs have no objection to an extension of equal duration from May 21, 2009 until May 26, 2009 for the Government and Carrier Defendants to submit their reply briefs.

Dated: May 7, 2009
       Princeton, New Jersey

Respectfully submitted,

By: __/s/ Bruce I. Afran_____
BRUCE I. AFRAN, Esq.
10 Braeburn Drive
Princeton, NJ 08540
Telephone: (609) 924-2075

*Attorney for the Plaintiffs*

MAYER LAW GROUP, LLC
CARL J. MAYER
66 Witherspoon Street, Suite 414
Princeton, NJ 08542
Telephone: (609) 921-8025
Facsimile: (609) 921-6964

THE LAW OFFICES OF STEVEN E. SCHWARZ, ESQ., LLC
Steven E. Schwarz, Esq.
2461 W. Foster Ave., #1W
Chicago, IL 60625
Telephone: (773) 837-6134
Facsimile: (773) 837-6134

*Attorneys for the Plaintiffs*

*McMurray* **Plaintiffs' Administrative Motion for Extension of Time to Respond to Motions to Dismiss,** *McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

2

# [PROPOSED] ORDER

It is hereby **ORDERED** that the *McMurray* Plaintiffs' responses to the Government and Carrier Defendants' Motions to Dismiss (Dkt. No. 583, 588) shall be submitted on or before May 11, 2009. It is also **ORDERED** that the Government and Carrier Defendants' briefs in reply shall be submitted on or before May 26, 2009.

IT IS SO ORDERED,

Dated: _____ , 2009

                                        Hon. Vaughn R. Walker
                                        United States District Chief Judge

*McMurray* **Plaintiffs' Administrative Motion for Extension of Time to Respond to Motions to Dismiss,** *McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

3

## **CERTIFICATE OF SERVICE**

I, Steven E. Schwarz, an attorney, hereby certify that, on this 7th day of May, 2009, I electronically filed and served the foregoing Administrative Motion for Extension of time to respond to Motions to Dismiss in the above-captioned case using the CM/ECF system which will send via electronic mail copies to all attorneys who are registered users of that system.

By: /s/ Steven E. Schwarz
Steven E. Schwarz

*McMurray* **Plaintiffs' Administrative Motion for Extension of Time to Respond to Motions to Dismiss,** *McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**