BRUCE I. AFRAN
CARL J. MAYER
STEVEN E. SCHWARZ

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION** | **MDL Docket No. 06-1791 (VRW)** |
| | ***McMURRAY* PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS** |
| **This Document Relates To:** | |
| *McMurray v. Verizon Comm., Inc.,* **No. 09-cv-0131-VRW** | [CIVIL L.R. 7-11] |
| | Chief Judge Vaughn R. Walker |

*McMurray* Plaintiffs' Administrative Motion for Extension of Time to Respond to Motions to Dismiss, *McMurray, et al. v. Verizon, et al.,* 09-cv-0131-VRW (MDL 06-cv-1791-VRW).

1

The *McMurray* Plaintiffs, through their undersigned attorneys, respectfully request a short extension of two court days from May 7, 2009 until May 11, 2009 to submit their briefs in response to the Government Defendants' (Dkt. No. 583) and Carrier Defendants' (Dkt. No. 588) Motions to Dismiss. In support thereof, the undersigned attorneys certify that additional time is needed to respond; that this is their first non-stipulated request for an extension of time; and that this motion is not brought for purposes of undue delay or any other improper purpose.

The *McMurray* Plaintiffs have no objection to an extension of equal duration from May 21, 2009 until May 26, 2009 for the Government and Carrier Defendants to submit their reply briefs.

Dated: May 7, 2009　　　　　　　　　　　　　　Respectfully submitted,
　　　　　Princeton, New Jersey

　　　　　　　　　　　　　　　　　　　　　　　By: __/s/ Bruce I. Afran_____
　　　　　　　　　　　　　　　　　　　　　　　BRUCE I. AFRAN, Esq.
　　　　　　　　　　　　　　　　　　　　　　　10 Braeburn Drive
　　　　　　　　　　　　　　　　　　　　　　　Princeton, NJ 08540
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (609) 924-2075

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiffs*

　　　　　　　　　　　　　　　　　　　　　　　MAYER LAW GROUP, LLC
　　　　　　　　　　　　　　　　　　　　　　　CARL J. MAYER
　　　　　　　　　　　　　　　　　　　　　　　66 Witherspoon Street, Suite 414
　　　　　　　　　　　　　　　　　　　　　　　Princeton, NJ 08542
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (609) 921-8025
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (609) 921-6964

　　　　　　　　　　　　　　　　　　　　　　　THE LAW OFFICES OF STEVEN E.
　　　　　　　　　　　　　　　　　　　　　　　SCHWARZ, ESQ., LLC
　　　　　　　　　　　　　　　　　　　　　　　Steven E. Schwarz, Esq.
　　　　　　　　　　　　　　　　　　　　　　　2461 W. Foster Ave., #1W
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60625
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (773) 837-6134
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (773) 837-6134

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiffs*

*McMurray* **Plaintiffs' Administrative Motion for Extension of Time to Respond to Motions to Dismiss,** *McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

# [PROPOSED] ORDER

It is hereby **ORDERED** that the *McMurray* Plaintiffs' responses to the Government and Carrier Defendants' Motions to Dismiss (Dkt. No. 583, 588) shall be submitted on or before May 11, 2009. It is also **ORDERED** that the Government and Carrier Defendants' briefs in reply shall be submitted on or before May 26, 2009.

IT IS SO ORDERED,

Dated: _____ , 2009

_____
Hon. Vaughn R. Walker
United States District Chief Judge

*McMurray* **Plaintiffs' Administrative Motion for Extension of Time to Respond to Motions to Dismiss,**
*McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

# **CERTIFICATE OF SERVICE**

I, Steven E. Schwarz, an attorney, hereby certify that, on this 7th day of May, 2009, I electronically filed and served the foregoing Administrative Motion for Extension of time to respond to Motions to Dismiss in the above-captioned case using the CM/ECF system which will send via electronic mail copies to all attorneys who are registered users of that system.

By: /s/ Steven E. Schwarz
Steven E. Schwarz

*McMurray* **Plaintiffs' Administrative Motion for Extension of Time to Respond to Motions to Dismiss,** *McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**