IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATE: <u>May 7, 2009</u> | Courtroom Deputy:<u>Cora Klein</u> |
| | Court Reporter:<u>Sahar McVickar</u> |
| In re:<br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, | MDL Docket No. 06-1791 VRW |
| This Document Relates to:<br>C07-1324 USA v Rabner et al<br>C07-1242 USA v Gaw et al<br>C07-1323 USA v Adams et al<br>C07-1326 USA v Palermino et al<br>C07-1396 USA v Volz et al<br>C07-1187 Clayton v AT&T et al | CIVIL MINUTE ORDER |

**Appearances:**

| | |
|---|---|
| Anthony Coppolino - DOJ | Christopher Taub - Maine |
| Alexander Haas - DOJ | Tatiana Eirmann - Connecticut |
| Bruce Ericson - AT&T entities | Jennifer Heintz -Missouri PSC |
| Eric Shumsky - AT&T entities | Eric Dearmont - Missouri PSC |
| Samir Jain - Verizon entities | Michael Donofrio -Vermont |
| John G Kester - Sprint Nextel | Megan Lewis - New Jersey |
| Chris Zaetta - Qwest | Zachary Heiden and John Paterson -intervenors |

**PROCEEDINGS:**

1. United States' Motion for Summary Judgment in State cases, doc no 536 in C06-1791.

2. AT&T's motion to dismiss Application to Compel, doc no 22 in C07-1187.

3. The court heard argument from counsel.

4. The court submitted the matters, the court to issue written ruling.