MICHAEL F. HERTZ
Acting Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
PAUL G. FREEBORNE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the Government Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION <br><br> This Document Relates To: <br><br> *McMurray et al. v. Verizon Comm., Inc. et al.*, No. 09-cv-0131-VRW | No. M:06-cv-01791-VRW <br><br> **GOVERNMENT DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO EXTEND TIME** <br><br> Date: June 3, 2009 <br> Time: 10:30 a.m. <br> Courtroom: 6, 17th Floor <br><br> Chief Judge Vaughn R. |

    The Government Defendants do not oppose plaintiffs' requested extension to May 11, 2009 to respond to the Government Defendants' and telecommunication carrier defendants' motions to dismiss this action, but request that the Court not change the current hearing date of June 3, 2009.

    Plaintiffs' motion for an extension of time did not comply with the local rules. Plaintiffs did not confer with the defendants on a stipulation concerning their requested extension in advance of their motion, as required by Local Rule 6-3(a)(2), nor did they file a declaration in accord with L.R. 6-3(a) & 7-11(a). We recognize that circumstances may arise at the last minute

**Government Defendants' Response to Plaintiffs' Motion to Extend Time**
*McMurray et al. v. Verizon Comm. Inc. et al.*, 09-cv-0131-VRW (MDL 06-cv1791-VRW).

which require counsel to seek additional time and, thus, do not object to the requested extension. However, no further extensions should be permitted for plaintiffs' oppositions. The Government's motion to dismiss was filed on March 13, 2009. *See* Dkt. 11. That motion was only 8 pages long and addressed a question of law raised by the plaintiffs' complaint—a Fifth Amendment "takings" challenge to Section 802 of the Foreign Intelligence Surveillance Act. *See id*. The carrier defendants' motion to dismiss was filed on March 16, 2009, and likewise was only 8 pages long. *See* Dkt. 16. Plaintiffs thus have had ample time to address these short motions.[1]

In addition, because the Court is not otherwise available from June 10 through June 26, 2009, the Government respectfully requests that the Court not change the currently scheduled June 3 hearing date. *See* Dkt. 19. Plaintiffs' extension motion and proposed alteration to the briefing schedule (under which the Government and carrier defendants' respective replies would be due on May 26, 2009) would reduce the 14-day period under the local rules for the Court's review of the parties' submission prior to the June 3 hearing. If necessary to maintain the June 3 hearing date, the Government and carrier defendants' would file their replies on May 22, 2009 (just one day beyond the current May 21 reply date.)

## CONCLUSION

For the foregoing reasons, the Government requests that, if the Court grants plaintiffs' requested extension, it not change the hearing date of June 3, 2009, and, if necessary to maintain that hearing date, permit the Government and carrier defendants to file their respective replies on May 22, 2009, to avoid further intrusion on the Court's review time that will result from the plaintiffs' belated motion to extend time.

The undersigned counsel for the Government has conferred with counsel for the carrier defendants in this action who have indicated that they agree with the position set forth in this response.

---

[1] Plaintiffs filed an opposition to the carrier defendants' separate motion to dismiss for lack of jurisdiction. *See* Dkt. 20.

**Government Defendants' Response to Plaintiffs' Motion to Extend Time**
*McMurray et al. v. Verizon Comm. Inc. et al.*, **09-cv-0131-VRW (MDL 06-cv1791-VRW)**. 2

May 8, 2009                          Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

 *s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

PAUL G. FREEBORNE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

*Attorneys for the Government Defendants*