1   BRUCE I. AFRAN
    CARL J. MAYER
2   STEVEN E. SCHWARZ

3
    Attorneys for the Plaintiffs
4

5                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
6                       **SAN FRANCISCO DIVISION**

7   **IN RE NATIONAL SECURITY**              **MDL Docket No. 06-1791 (VRW)**
8   **AGENCY TELECOMMUNICATIONS**
    **RECORDS LITIGATION**                   ***McMURRAY* PLAINTIFFS'**
                                             **ADMINISTRATIVE MOTION FOR**
9   ─────────────────────────────           **EXTENSION OF TIME TO RESPOND TO**
                                             **MOTIONS TO DISMISS**
10  **This Document Relates To:**

11  ***McMurray v. Verizon Comm., Inc.,* No.**   [CIVIL L.R. 7-11]
    **09-cv-0131-VRW**
12                                           Chief Judge Vaughn R. Walker

13  ─────────────────────────────

14

15

16

17

18

19

20

21

22

23

24

25

26

27
    ***McMurray* Plaintiffs' Administrative Motion for Extension of Time to Respond to Motions to Dismiss,**
28  ***McMurray, et al. v. Verizon, et al.,* 09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

                                                                                        1

Dockets.Justia.com

1    The *McMurray* Plaintiffs, through their undersigned attorneys, respectfully request a

2   short extension of two court days from May 7, 2009 until May 11, 2009 to submit their briefs in

3   response to the Government Defendants' (Dkt. No. 583) and Carrier Defendants' (Dkt. No. 588)

4   Motions to Dismiss.  In support thereof, the undersigned attorneys certify that additional time is

5   needed to respond; that this is their first non-stipulated request for an extension of time; and that

6   this motion is not brought for purposes of undue delay or any other improper purpose.

7    The *McMurray* Plaintiffs have no objection to an extension of equal duration from May

8   21, 2009 until May 26, 2009 for the Government and Carrier Defendants to submit their reply

9   briefs.

10

11   Dated:  May 7, 2009                          Respectfully submitted,
              Princeton, New Jersey

12

13                                               By:  __/s/ Bruce I. Afran_____
                                                 BRUCE I. AFRAN, Esq.

14                                               10 Braeburn Drive
                                                 Princeton, NJ 08540

15                                               Telephone:  (609) 924-2075

16                                               *Attorney for the Plaintiffs*

17                                               MAYER LAW GROUP, LLC
                                                 CARL J. MAYER

18                                               66 Witherspoon Street, Suite 414
                                                 Princeton, NJ 08542

19                                               Telephone:  (609) 921-8025

20                                               Facsimile:  (609) 921-6964

21                                               THE LAW OFFICES OF STEVEN E.
                                                 SCHWARZ, ESQ., LLC

22                                               Steven E. Schwarz, Esq.

23                                               2461 W. Foster Ave., #1W
                                                 Chicago, IL 60625

24                                               Telephone:  (773) 837-6134
                                                 Facsimile:  (773) 837-6134

25

26                                               *Attorneys for the Plaintiffs*

27   *McMurray* **Plaintiffs' Administrative Motion for Extension of Time to Respond to Motions to Dismiss,**
     *McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**~~[PROPOSED]~~ ORDER**

It is hereby **ORDERED** that the *McMurray* Plaintiffs' responses to the Government and

Carrier Defendants' Motions to Dismiss (Dkt. No. 583, 588) shall be submitted on or before May

11, 2009.  It is also **ORDERED** that the Government and Carrier Defendants' briefs in reply

shall be submitted on or before ~~May 26, 2009.~~  May 22, 2009.

IT IS SO ORDERED,

Dated: _____ May 8 _____ , 2009



Hon. V_____ _____ker
United States District Chief Judge

*McMurray* **Plaintiffs' Administrative Motion for Extension of Time to Respond to Motions to Dismiss,**
*McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

3

1

**CERTIFICATE OF SERVICE**

2

I, Steven E. Schwarz, an attorney, hereby certify that, on this 7th day of May, 2009, I

3

electronically filed and served the foregoing Administrative Motion for Extension of time to

4

respond to Motions to Dismiss in the above-captioned case using the CM/ECF system which will

5

send via electronic mail copies to all attorneys who are registered users of that system.

6

7

By:  /s/ Steven E. Schwarz

8

Steven E. Schwarz

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

*McMurray* **Plaintiffs' Administrative Motion for Extension of Time to Respond to Motions to Dismiss,**
*McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

28

4