1  BRUCE I. AFRAN
   CARL J. MAYER
2  STEVEN E. SCHWARZ
3
   Attorneys for the Plaintiffs
4

5                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
6                        **SAN FRANCISCO DIVISION**

7
| **IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION** | **MDL Docket No. 06-1791 (VRW)** |
|---|---|
|  | **NOTICE OF FILING OF CORRECTED *McMURRAY* PLAINTIFFS' RESPONSE TO GOVERNMENT DEFENDANTS' (DKT. NO. 583) AND TELECOM DEFENDANTS' (DKT. NO. 588) MOTIONS TO DISMISS.** |
| **This Document Relates To:** | |
| *McMurray v. Verizon Comm., Inc.,* No. 09-cv-0131-VRW | [CIVIL L.R. 7-11] |
|  | Chief Judge Vaughn R. Walker |

PLEASE TAKE NOTICE of the filing of a corrected version of the McMurray Plaintiffs' Response to the Government and Telecom Defendants' Motions to Dismiss, which was filed on May 11, 2009 without the table of contents and table of authorities required under Civil L.R. 7-4 and which appears as Docket No. 619 in the MDL Docket and Docket No. 25 in the McMurray Docket. The corrected version now filed contains the required tables; corrects four typographical errors on page 20 of the brief; and corrects a reference to "the Protect America Act" on page 21 to "the FAA".

---

**Notice of Filing of Corrected *McMurray* Plaintiffs' Response to Government Defendants' (Dkt. No. 583) and Telecom Defendants' (Dkt. No. 588) Motions to Dismiss,** *McMurray, et al. v. Verizon, et al.,* **09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

| | | |
|---|---|---|
| 1 | Dated: May 12, 2009<br>Chicago, Illinois | Respectfully submitted, |
| 2 | | BRUCE I. AFRAN, Esq. |
| 3 | | 10 Braeburn Drive<br>Princeton, NJ 08540 |
| 4 | | Telephone: (609) 924-2075 |
| 5 | | MAYER LAW GROUP, LLC<br>CARL J. MAYER |
| 6 | | 66 Witherspoon Street, Suite 414<br>Princeton, NJ 08542 |
| 7 | | Telephone: (609) 921-8025 |
| 8 | | Facsimile: (609) 921-6964 |
| 9 | | |
| 10 | | By:  /s/ Steven E. Schwarz<br>THE LAW OFFICES OF STEVEN E. |
| 11 | | SCHWARZ, ESQ., LLC<br>Steven E. Schwarz, Esq. |
| 12 | | 2461 W. Foster Ave., #1W<br>Chicago, IL 60625 |
| 13 | | Telephone: (773) 837-6134<br>Facsimile: (773) 837-6134 |
| 14 | | |
| 15 | | *Attorneys for the Plaintiffs* |

**Notice of Filing of Corrected *McMurray* Plaintiffs' Response to Government Defendants' (Dkt. No. 583) and Telecom Defendants' (Dkt. No. 588) Motions to Dismiss, *McMurray, et al. v. Verizon, et al.,* 09-cv-0131-VRW (MDL 06-cv-1791-VRW).**

# **CERTIFICATE OF SERVICE**

I, Steven E. Schwarz, an attorney, hereby certify that, on this 12th day of May, 2009, I electronically filed and served the foregoing Notice of Filing of Corrected *McMurray* Plaintiffs' Response to Government Defendants' and Telecom Defendants' Motions to Dismiss in the above-captioned case using the CM/ECF system which will send via electronic mail copies to all attorneys who are registered users of that system.

By: /s/ Steven E. Schwarz
      Steven E. Schwarz

**Notice of Filing of Corrected *McMurray* Plaintiffs' Response to Government Defendants' (Dkt. No. 583) and Telecom Defendants' (Dkt. No. 588) Motions to Dismiss, *McMurray, et al. v. Verizon, et al.,* 09-cv-0131-VRW (MDL 06-cv-1791-VRW).**