| | | |
|---|---|---|
| 1 | SIDLEY AUSTIN LLP | BRUCE I. AFRAN, Esq. |
|  | David W. Carpenter* | 10 Braeburn Drive |
| 2 | Bradford A. Berenson* | Princeton, NJ 08540 |
|  | David L. Lawson* | Telephone: (609) 924-2075 |
| 3 | Edward R. McNicholas* |  |
|  | Eric A. Shumsky  #206164 | MAYER LAW GROUP, LLC |
| 4 | 1501 K Street, N.W. | Carl J. Mayer |
|  | Washington, DC  20005 | 66 Witherspoon Street, Suite 414 |
| 5 | Tel: (202) 736-8000 | Princeton, NJ 08542 |
|  | Fax: (202) 736-8711 | Telephone: (609) 921-8025 |
| 6 | bberenson@sidley.com | Facsimile: (609) 921-6964 |
| 7 | PILLSBURY WINTHROP SHAW PITTMAN LLP | THE LAW OFFICES OF STEVEN E. SCHWARZ, ESQ., LLC |
|  | Bruce A. Ericson   #76342 |  |
| 8 | Jacob R. Sorensen  #209134 | Steven E. Schwarz, Esq. |
|  | Marc H. Axelbaum  #209855 | 2461 W. Foster Ave., #1W |
| 9 | 50 Fremont Street | Chicago, IL 60625 |
|  | Post Office Box 7880 | Telephone: (773) 837-6134 |
| 10 | San Francisco, CA  94120 | Facsimile: (773) 837-6134 |
|  | Tel.: (415) 983-1000 | Attorneys for the Plaintiffs |
| 11 | Fax: (415) 983-1200 |  |
|  | bruce.ericson@pillsburylaw.com |  |
| 12 |  |  |
|  | Attorneys for Specially Appearing Defendants AT&T Inc. and BellSouth Corporation |  |
| 13 |  | * admitted pro hac vice |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | MDL Dkt. No. 06-1791-VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **JOINT STIPULATION REGARDING AT&T INC. & BELLSOUTH CORP.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; [PROPOSED] ORDER** |
|  | Date:        June 3, 2009 |
|  | Time:        10:30 a.m. |
|  | Courtroom:   6, 17th Floor |
|  | Judge:       Hon. Vaughn R. Walker |
| This Document Relates To: |  |
| *McMurray v. Verizon Communications, Inc., et al.*, No. 09-cv-0131-VRW |  |

Joint Stipulation and [Proposed] Order Regarding
AT&T Inc. and BellSouth Corporation's
Motion to Dismiss Amended Complaint
MDL No. 06-1791-VRW

Dockets.Justia.com

## RECITALS

A. AT&T Defendants have filed two motions to dismiss plaintiffs' Complaint (Dkt. 1), both of which currently are pending.

B. On March 16, 2009, telecommunication carrier defendants, including AT&T Inc. and BellSouth Corporation, moved to dismiss the plaintiffs' Complaint for failure to state a claim upon which relief can be granted. *See* Mot. to Dismiss under Fed. R. Civ. P. 12(b)(6) (Dkt. 588). That same day, Specially Appearing Defendants AT&T Inc. and BellSouth Corporation moved to dismiss the plaintiffs' Complaint for lack of personal jurisdiction. *See* Mot. to Dismiss Under Fed. R. Civ. P. 12(b)(2) (Dkt. 584).

C. Both motions are currently scheduled to be heard on June 3, 2009. This stipulation concerns the latter motion, Docket Item No. 584.

D. On May 7, 2009, plaintiffs filed a "Response to AT&T Inc. and BellSouth Corporations' Motion to Dismiss for Lack of Jurisdiction" (Dkt. 613). In it, they principally argued that, just as this Court "administratively terminated" without prejudice other motions to dismiss for lack of personal jurisdiction that previously were filed in this MDL (Dkt. 379), the Court should take similar action here.

## STIPULATION

Plaintiffs and Specially Appearing Defendants hereby stipulate as follows:

A. In order to promote the efficient handling of this matter, the parties have agreed they do not object to the Court taking the pending motion to dismiss for lack of personal jurisdiction (Dkt. 584) off of the Court's argument calendar and deferring a decision on it.

B. The parties further agree that by reaching this agreement AT&T Inc. and BellSouth Corporation have not waived their personal jurisdiction objections, that any delay in deciding the personal jurisdiction motion as a result of this agreement shall not be asserted or held to prejudice those objections, and that by reaching this agreement no party has waived any argument presented in the briefing in connection with the pending motion

1

1 to dismiss for lack of personal jurisdiction. In addition, because of the filing of this stipula-
2 tion AT&T Inc. and BellSouth Corporation have not filed their reply brief in support of
3 their motion to dismiss, and the parties agree that AT&T Inc. and BellSouth Corporation
4 retain their right to do so when the motion is restored to this Court's argument calendar.

    D.   The parties further agree that by reaching this agreement, plaintiffs have not waived whatever rights to amend their complaints to add additional or substitute parties in the future that they otherwise would have, and that delay in deciding the personal jurisdictional motion as a result of this agreement shall not be asserted or held to prejudice any such amendments.

    E.   The parties undertake that, if any party subsequently concludes that it is no longer appropriate to defer resolution of the motion to dismiss, that party will promptly notify the other parties and then the Court.

Respectfully submitted,

Dated: May 13, 2009

SIDLEY AUSTIN LLP
David W. Carpenter    (pro hac vice)
Bradford A. Berenson  (pro hac vice)
David L. Lawson       (pro hac vice)
Edward R. McNicholas  (pro hac vice)
Eric A. Shumsky       #206164
1501 K Street, N.W.
Washington, DC  20005
Tel: (202) 736-8010
Fax: (202) 736-8711
bberenson@sidley.com

By: /s/ Bradford A. Berenson
       Bradford A. Berenson

PILLSBURY WINTHROP SHAW
   PITTMAN LLP
Bruce A. Ericson      #76342
Jacob R. Sorensen     #209134
Marc H. Axelbaum      #209855
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120
Tel.: (415) 983-1000
Fax: (415) 983-1200
bruce.ericson@pillsburylaw.com

2

Joint Stipulation and [Proposed] Order Regarding
AT&T Inc. and BellSouth Corporation's
Motion to Dismiss Amended Complaint
MDL No. 06-1791-VRW

Attorneys for Specially Appearing Defendants
AT&T Inc. and BellSouth Corporation

THE LAW OFFICES OF STEVEN E.
SCHWARZ, ESQ., LLC
Steven E. Schwarz, Esq.
2461 W. Foster Ave., #1W
Chicago, IL 60625
Telephone: (773) 837-6134
Facsimile: (773) 837-6134
By: /s/ Steven E. Schwarz
       Steven E. Schwarz

BRUCE I. AFRAN, Esq.
10 Braeburn Drive
Princeton, NJ 08540
Telephone: (609) 924-2075

MAYER LAW GROUP, LLC
Carl J. Mayer
66 Witherspoon Street, Suite 414
Princeton, NJ 08542
Telephone: (609) 921-8025
Facsimile: (609) 921-6964

Attorneys for the Plaintiffs

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, Marc H. Axelbaum, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on May 13, 2009, at San Francisco, California.

By: /s/ Marc H. Axelbaum
       Marc H. Axelbaum

Attorney for Specially Appearing Defendants AT&T Inc. and BellSouth Corporation

3

Joint Stipulation and [Proposed] Order Regarding
AT&T Inc. and BellSouth Corporation's
Motion to Dismiss Amended Complaint
MDL No. 06-1791-VRW

# [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, the Court ORDERS the following:

A. The motion of Specially Appearing Defendants AT&T Inc. and BellSouth Corporation to dismiss for lack of personal jurisdiction (Dkt. 584) is hereby taken off of the Court's June 3, 2009 argument calendar.

B. If any party subsequently concludes that it is no longer appropriate to defer resolution of the motion to dismiss, that party will promptly notify the other parties and then the Court.

C. By reaching the foregoing Stipulation:

    (1) Specially Appearing Defendants AT&T Inc. and BellSouth Corporation have not waived their personal jurisdiction objections;

    (2) any delay in deciding the personal jurisdiction motion as a result of the foregoing Stipulation shall not be asserted or held to prejudice those objections;

    (3) no party has waived any argument presented in the briefing in connection with the pending motion;

    (4) Specially Appearing Defendants AT&T Inc. and BellSouth Corporation retain their right to file a reply brief in support of the motion if and when it is restored to this Court's argument calendar;

    (5) Plaintiffs have not waived whatever rights to amend their complaints to add additional or substitute parties in the future that they otherwise would have; and

//
//
//
//
//
//

Joint Stipulation and [Proposed] Order Regarding
AT&T Inc. and BellSouth Corporation's
Motion to Dismiss Amended Complaint
MDL No. 06-1791-VRW

| | |
|---|---|
| 1 | (6) any delay in deciding the personal jurisdictional motion as a result of the |
| 2 | foregoing Stipulation shall not be asserted or held to prejudice any such amend- |
| 3 | ments. |
| 4 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 5 | Dated: _____, 2009. |

_____
Hon. Vaughn R. Walker
United States District Chief Judge

5

Joint Stipulation and [Proposed] Order Regarding
AT&T Inc. and BellSouth Corporation's
Motion to Dismiss Amended Complaint
MDL No. 06-1791-VRW