**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No 06-1791 VRW |
| NATIONAL SECURITY AGENCY | ORDER |
| TELECOMMUNICATIONS RECORDS | |
| LITIGATION | |

This document relates to:

<u>Shubert et al v Bush et al,</u> No
C 07-0693

_____/

          On May 5, 2009, the plaintiffs herein submitted to the

court a letter advising the court of the Ninth Circuit's April 28,

2009 opinion in <u>Mohamed v Jeppesen Dataplan, Inc</u>, No 08-15693.  Doc

#25/MDL Doc #610.  Referring to the instant case, the letter notes

that "[t]he government moved to dismiss the entire case on state

secrets grounds in May 25, 2007 [sic] and oral argument on the

motion took place on August 30, 2007."  The letter makes no

reference to the fact that the motion in question, MDL Doc #295,

was terminated by order of the court on March 31, 2008 with express

leave granted to the moving party to "petition the court to reopen

these motions if the circumstances so warrant."  Doc #438.

To date, the United States has not petitioned the court to reopen the motion to dismiss this case.  Should the United States ever do so, it is directed to address in its petition the applicability of the Ninth Circuit's opinion in <u>Mohamed v Jeppesen Dataplan</u>.

IT IS SO ORDERED.

<u>VAUGHN R WALKER</u>
VAUGHN R WALKER
United States District Chief Judge