MICHAEL F. HERTZ
Acting Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
ALEXANDER K. HAAS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Phone: (202) 305-9334—Fax: (202) 305-3138

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>*United States v. Rabner, et al.* (07-1324);<br>*United States v. Gaw, et al.* (07-1242);<br>*United States v. Adams, et al.* (07-1323);<br>*United States v. Palermino, et al.* (07-1326);<br>*United States v. Volz, et al.* (07-1396);<br>*Clayton, et al. v. AT&T Communications of the Southwest, Inc., et al.* (07-1187) | No. M:06-cv-01791-VRW<br><br>**UNITED STATES' NOTICE OF FILING MATERIALS CITED AT MAY 7, 2009 HEARING**<br><br>Chief Judge Vaughn R. Walker |

At the hearing in the above-referenced actions on May 7, 2009, counsel for the United States cited and handed up to the Court correspondence from the Vermont Department of Public Service and the Court directed that these letters be filed. *See* Attachment #1.

Also at the May 7 hearing, counsel for the United States referred to interrogatories served by the Connecticut Department of Public Utility Control at issue in the *Palermino* action. Those interrogatories are submitted at Attachment #2 along with responses and objections by telecommunication carriers (without voluminous attachments referred to therein). Undersigned

counsel contacted counsel for the Connecticut state defendants concerning this submission and was advised that Connecticut does not object to this filing.

Dated: May 15, 2009

Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

    */s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

    */s/ Alexander K. Haas*
ALEXANDER K. HAAS (SBN 220932)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 7142
Washington, D.C. 20001
Phone: (202) 305-9334—Fax: (202) 305-3138
Email: alexander.haas@usdoj.gov
*Attorneys for the United States of America*