1   SIDLEY AUSTIN LLP                    BRUCE I. AFRAN, Esq.
    David W. Carpenter*                  10 Braeburn Drive
2   Bradford A. Berenson*               Princeton, NJ 08540
    David L. Lawson*                     Telephone: (609) 924-2075
3   Edward R. McNicholas*
    Eric A. Shumsky  #206164            MAYER LAW GROUP, LLC
4   1501 K Street, N.W.                  Carl J. Mayer
    Washington, DC  20005               66 Witherspoon Street, Suite 414
5   Tel: (202) 736-8000                 Princeton, NJ 08542
    Fax: (202) 736-8711                 Telephone: (609) 921-8025
6   bberenson@sidley.com                Facsimile: (609) 921-6964

7   PILLSBURY WINTHROP SHAW PITTMAN LLP   THE LAW OFFICES OF STEVEN E.
    Bruce A. Ericson  #76342             SCHWARZ, ESQ., LLC
8   Jacob R. Sorensen  #209134          Steven E. Schwarz, Esq.
    Marc H. Axelbaum  #209855           2461 W. Foster Ave., #1W
9   50 Fremont Street                    Chicago, IL 60625
    Post Office Box 7880                 Telephone: (773) 837-6134
10  San Francisco, CA  94120            Facsimile: (773) 837-6134
    Tel.: (415) 983-1000                 Attorneys for the Plaintiffs
11  Fax: (415) 983-1200
    bruce.ericson@pillsburylaw.com

12  Attorneys for Specially Appearing Defendants
13  AT&T Inc. and BellSouth Corporation    * admitted pro hac vice

14                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
15                    SAN FRANCISCO DIVISION

16  In re:                              MDL Dkt. No. 06-1791-VRW

17  NATIONAL SECURITY AGENCY            **JOINT STIPULATION REGARDING
    TELECOMMUNICATIONS RECORDS           AT&T INC. & BELLSOUTH CORP.'S
18  LITIGATION                           MOTION TO DISMISS FOR LACK OF
                                         PERSONAL JURISDICTION;
19                                       [PROPOSED] ORDER**

20
                                         Date:      June 3, 2009
21                                       Time:      10:30 a.m.
                                         Courtroom: 6, 17th Floor
22                                       Judge:     Hon. Vaughn R. Walker

23  This Document Relates To:

24  *McMurray v. Verizon Communications, Inc., et
    al.*, No. 09-cv-0131-VRW
25

26

27

28
                                        Joint Stipulation and [Proposed] Order Regarding
                                        AT&T Inc. and BellSouth Corporation's
                                        Motion to Dismiss Amended Complaint
                                        MDL No. 06-1791-VRW

                                        Dockets.Justia.com

1          **RECITALS**

2          A.      AT&T Defendants have filed two motions to dismiss plaintiffs' Complaint

3   (Dkt. 1), both of which currently are pending.

4          B.      On March 16, 2009, telecommunication carrier defendants, including AT&T

5   Inc. and BellSouth Corporation, moved to dismiss the plaintiffs' Complaint for failure to

6   state a claim upon which relief can be granted.  *See* Mot. to Dismiss under Fed. R. Civ. P.

7   12(b)(6) (Dkt. 588).  That same day, Specially Appearing Defendants AT&T Inc. and Bell-

8   South Corporation moved to dismiss the plaintiffs' Complaint for lack of personal jurisdic-

9   tion.  *See* Mot. to Dismiss Under Fed. R. Civ. P. 12(b)(2) (Dkt. 584).

10         C.      Both motions are currently scheduled to be heard on June 3, 2009.  This

11  stipulation concerns the latter motion, Docket Item No. 584.

12         D.      On May 7, 2009, plaintiffs filed a "Response to AT&T Inc. and BellSouth

13  Corporations' Motion to Dismiss for Lack of Jurisdiction" (Dkt. 613).  In it, they princi-

14  pally argued that, just as this Court "administratively terminated" without prejudice other

15  motions to dismiss for lack of personal jurisdiction that previously were filed in this MDL

16  (Dkt. 379), the Court should take similar action here.

17         **STIPULATION**

18         Plaintiffs and Specially Appearing Defendants hereby stipulate as follows:

19         A.      In order to promote the efficient handling of this matter, the parties have

20  agreed they do not object to the Court taking the pending motion to dismiss for lack of per-

21  sonal jurisdiction (Dkt. 584) off of the Court's argument calendar and deferring a decision

22  on it.

23         B.      The parties further agree that by reaching this agreement AT&T Inc. and

24  BellSouth Corporation have not waived their personal jurisdiction objections, that any delay

25  in deciding the personal jurisdiction motion as a result of this agreement shall not be as-

26  serted or held to prejudice those objections, and that by reaching this agreement no party

27  has waived any argument presented in the briefing in connection with the pending motion

28

1

1    to dismiss for lack of personal jurisdiction.  In addition, because of the filing of this stipula-

2    tion AT&T Inc. and BellSouth Corporation have not filed their reply brief in support of

3    their motion to dismiss, and the parties agree that AT&T Inc. and BellSouth Corporation

4    retain their right to do so when the motion is restored to this Court's argument calendar.

5          D.     The parties further agree that by reaching this agreement, plaintiffs have not

6    waived whatever rights to amend their complaints to add additional or substitute parties in

7    the future that they otherwise would have, and that delay in deciding the personal jurisdic-

8    tional motion as a result of this agreement shall not be asserted or held to prejudice any

9    such amendments.

10         E.     The parties undertake that, if any party subsequently concludes that it is no

11   longer appropriate to defer resolution of the motion to dismiss, that party will promptly no-

12   tify the other parties and then the Court.

13                                    Respectfully submitted,

14   Dated:     May 13, 2009

15                                    SIDLEY AUSTIN LLP
                                      David W. Carpenter    (pro hac vice)
                                      Bradford A. Berenson  (pro hac vice)
16                                    David L. Lawson       (pro hac vice)
                                      Edward R. McNicholas (pro hac vice)
17                                    Eric A. Shumsky        #206164
                                      1501 K Street, N.W.
18                                    Washington, DC  20005
                                      Tel: (202) 736-8010
19                                    Fax: (202) 736-8711
                                      bberenson@sidley.com
20
                                      By: /s/ Bradford A. Berenson
21                                        Bradford A. Berenson

22                                    PILLSBURY WINTHROP SHAW
                                         PITTMAN LLP
23                                    Bruce A. Ericson      #76342
                                      Jacob R. Sorensen     #209134
24                                    Marc H. Axelbaum      #209855
                                      50 Fremont Street
25                                    Post Office Box 7880
                                      San Francisco, CA  94120
26                                    Tel.: (415) 983-1000
                                      Fax: (415) 983-1200
27                                    bruce.ericson@pillsburylaw.com

28
                                    2

1    Attorneys for Specially Appearing Defendants
     AT&T Inc. and BellSouth Corporation

2

3    THE LAW OFFICES OF STEVEN E.
     SCHWARZ, ESQ., LLC

4    Steven E. Schwarz, Esq.
     2461 W. Foster Ave., #1W

5    Chicago, IL 60625
     Telephone: (773) 837-6134

6    Facsimile: (773) 837-6134
     By: /s/ Steven E. Schwarz

7          Steven E. Schwarz

8    BRUCE I. AFRAN, Esq.
     10 Braeburn Drive

9    Princeton, NJ 08540
     Telephone: (609) 924-2075

10

11   MAYER LAW GROUP, LLC
     Carl J. Mayer

12   66 Witherspoon Street, Suite 414
     Princeton, NJ 08542

13   Telephone: (609) 921-8025
     Facsimile: (609) 921-6964

14   Attorneys for the Plaintiffs

15

16   **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

17        I, Marc H. Axelbaum, hereby declare pursuant to General Order 45, § X.B, that I

18   have obtained the concurrence in the filing of this document from the signatories listed

19   above.

20        I declare under penalty of perjury that the foregoing declaration is true and correct.

21        Executed on May 13, 2009, at San Francisco, California.

22

23                                     By: /s/ Marc H. Axelbaum
                                           Marc H. Axelbaum

24

25                                     Attorney for Specially Appearing De-
                                       fendants AT&T Inc. and BellSouth

26                                     Corporation

27

28
                                       3

1 ~~[PROPOSED]~~ **ORDER**

2     Pursuant to the foregoing Stipulation, and good cause appearing, the Court

3 ORDERS the following:

4     A.     The motion of Specially Appearing Defendants AT&T Inc. and BellSouth

5 Corporation to dismiss for lack of personal jurisdiction (Dkt. 584) is hereby taken off of the

6 Court's June 3, 2009 argument calendar.

7     B.     If any party subsequently concludes that it is no longer appropriate to defer

8 resolution of the motion to dismiss, that party will promptly notify the other parties and

9 then the Court.

10     C.     By reaching the foregoing Stipulation:

11         (1) Specially Appearing Defendants AT&T Inc. and BellSouth Corporation

12         have not waived their personal jurisdiction objections;

13         (2) any delay in deciding the personal jurisdiction motion as a result of the

14         foregoing Stipulation shall not be asserted or held to prejudice those objections;

15         (3) no party has waived any argument presented in the briefing in connection

16         with the pending motion;

17         (4) Specially Appearing Defendants AT&T Inc. and BellSouth Corporation

18         retain their right to file a reply brief in support of the motion if and when it is re-

19         stored to this Court's argument calendar;

20         (5) Plaintiffs have not waived whatever rights to amend their complaints to

21         add additional or substitute parties in the future that they otherwise would have; and

22 //

23 //

24 //

25 //

26 //

27 //

28

4

1    (6) any delay in deciding the personal jurisdictional motion as a result of the

2    foregoing Stipulation shall not be asserted or held to prejudice any such amend-

3    ments.

4    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5    Dated: ___May 15___, 2009.

6

7    _____

8    Hon. Vaughn R. Walker
     United States Distr...

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5