IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION<br>_____<br><br>This Document Relates To:<br><br><u>Clayton et al v AT&T Communications of the Southwest, Inc, et al</u>, C 07-1187; <u>United States v Clayton</u>, C 07-1242; <u>United States v Reishus</u>, C 07-1323; <u>United States v Farber</u>, C 07-1324; <u>United States v Palermino, et al</u>, C 07-1326; <u>United States v Volz, et al</u>, C 07-1396<br>_____/ | MDL Docket No 06-1791 VRW<br><br>ORDER |

At the motion hearing in these cases held May 7, 2009, the court asked counsel for the United States to file, after the hearing, certain documents referred to during the hearing. RT (Doc #621) at 23. On May 15, the United States electronically filed the documents. On May 19, a chambers copy was delivered to the court.

The chambers copy is not in compliance either with the practice and procedure order applicable to all cases in the instant Multi-District Litigation matter (Doc #370 ¶3) or with paragraph 1.4 of the standing orders applicable to all cases assigned to the undersigned judge. Accordingly, counsel for the United States is

directed to submit forthwith a replacement chambers copy that
complies with these orders.  Counsel is hereby admonished to comply
with the aforementioned orders in all respects going forward.

    IT IS SO ORDERED.


VAUGHN R WALKER
United States District Chief Judge