| | |
|---|---|
| CINDY COHN | HARVEY GROSSMAN |
| LEE TIEN | ADAM SCHWARTZ |
| KURT OPSAHL | ROGER BALDWIN FOUNDATION OF ACLU |
| KEVIN S. BANKSTON | 180 North Michigan Avenue |
| CORYNNE MCSHERRY | Suite 2300 |
| JAMES S. TYRE | Chicago, IL 60601 |
| ELECTRONIC FRONTIER FOUNDATION | Telephone: (312) 201-9740 |
| 454 Shotwell Street | Facsimile: (312) 201-9760 |
| San Francisco, CA 94110 | |
| Telephone: (415) 436-9333 | Counsel For AT&T Class Plaintiffs And |
| Facsimile: (415) 436-9993 | Co-Lead Coordinating Counsel |

Counsel For AT&T Class Plaintiffs And
Co-Lead Coordinating Counsel

[Additional Counsel on Last Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791 <br><br> This Document Relates To: All Cases Except: *Al-Haramain Islamic Foundation, Inc. v. Bush*, No. 07-0109; *Center for Constitutional Rights v. Bush*, No. 07-1115; *Guzzi v. Bush*, No. 06-06225; *Shubert v. Bush*, No. 07-0693; *Clayton v. AT&T Commc'ns of the Southwest*, No. 07-1187; *U.S. v. Adams*, No. 07-1323; *U.S. v. Clayton*, No. 07-1242; *U.S. v. Palermino*, No. 07-1326; *U.S. v. Rabner*, No. 07-1324; *U.S. v. Volz*, No. 07-1396 | MDL Docket No. 06-1791 VRW <br><br> **MDL PLAINTIFFS' STATEMENT OF RECENT DECISION RE MOTION BY THE UNITED STATES SEEKING TO APPLY 50 U.S.C. § 1885a TO DISMISS THESE ACTIONS** <br><br> Courtroom: 6, 17th Floor <br> Judge: The Hon. Vaughn R. Walker |

No. M-06-01791-VRW  MDL PLAINTIFFS' STATEMENT OF RECENT DECISION
RE MOTION BY THE UNITED STATES SEEKING TO APPLY 50 U.S.C.
§ 1885A TO DISMISS THESE ACTIONS

Dockets.Justia.com

1    The recent decision of the Ninth Circuit in *Ileto v. Glock*, No. 06-56872 (9th Cir. May 11,
2    2009) (attached hereto as Exhibit A) bears on two aspects of the government's pending motion to
3    apply section 802 of the Foreign Intelligence Surveillance Act of 1978 ("FISA"), 50 U.S.C.
4    § 1885a, to dismiss the pending MDL actions against the telecommunications carriers. *Ileto*
5    addressed the same statute prohibiting lawsuits against gun manufacturers (15 U.S.C. § 7902) that
6    the Second Circuit addressed in *City of New York v. Beretta*, 524 F.3d 384, 395 (2d Cir. 2008) and
7    which the government and the carriers rely on here. Consistent with plaintiffs' position (Pltffs.
8    Reply [MDL Dkt No. 524] at 11), the Ninth Circuit held that the gun manufacturers' immunity
9    statute did not violate the separation of powers because Congress left no discretion in the statute's
10   application but "set[] forth a new legal standard . . . to be applied to all cases." This is unlike
11   section 802's abdication of unlimited and standardless discretion to the Executive. Slip op. at 5571;
12   *see also ibid*. (gun statute "applies generally to all cases, both pending and future").

13          *Ileto* also held the following, consistent with plaintiffs' position (Pltffs. Opp. [MDL Dkt
14   No. 483] at 22-31; Pltffs. Reply at 16-22): *First*, a cause of action is a protected property interest
15   for purposes of procedural due process. Slip op. at 5575-76. *Second*, any change in the law
16   depriving the plaintiff of a cause of action requires a " '*legislative*' " determination, something that
17   has not occurred here because it is the Executive, not Congress, that has decided to take away
18   plaintiffs' causes of action. *Id*. at 5576-77 (emphasis original). *Third*, even where Congress makes
19   such a decision to change the governing law and deprive a plaintiff of a cause of action, procedural
20   due process requires that the plaintiff be afforded an adequate opportunity to be heard fully as to
21   whether the law properly applies to his or her case. *Id*. at 5575-77. Plaintiffs here have been denied
22   the procedures that due process guarantees both because plaintiffs have not been afforded adequate
23   notice, discovery, and an evidentiary hearing and because this Court may only review the Attorney
24   General's certification under the substantial evidence standard and cannot decide de novo whether
25   subsections (a)(1) through (a)(5) of section 802 have been satisfied.

26   DATED: May 26, 2009                         Respectfully submitted,
                                                     */s/Cindy A. Cohn*
27                                               ─────────────────────
                                                 Cindy A. Cohn
28                                               ELECTRONIC FRONTIER FOUNDATION

-1-

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA<br>ANN BRICK<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br><br>COUNSEL FOR PLAINTIFFS IN *CAMPBELL v. AT&T* AND *RIORDAN v. VERIZON COMMUNICATIONS INC*.<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA<br>PETER J. ELIASBERG<br>1313 West Eighth St.<br>Los Angeles, CA 90026<br><br>Telephone: (213) 977-9500<br>Facsimile: (213) 977-5299<br><br>COUNSEL FOR PLAINTIFFS IN *CAMPBELL v. AT&T* AND *RIORDAN v. VERIZON COMMUNICATIONS INC*.<br><br>MOTLEY RICE LLC<br>RONALD MOTLEY<br>DONALD MIGLIORI<br>JODI WESTBROOK FLOWERS<br>VINCENT I. PARRETT<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465<br>Telephone: (843) 216-9000<br>Facsimile: (843) 216-9450<br><br>PLAINTIFFS' COUNSEL FOR VERIZON SUBSCRIBER CLASS<br><br>THE MASON LAW FIRM, PC<br>GARY E. MASON<br>NICHOLAS A. MIGLIACCIO<br>1225 19th St., NW, Ste. 500<br>Washington, DC 20036<br>Telephone: (202) 429-2290<br>Facsimile: (202) 429-2294<br><br>PLAINTIFFS' COUNSEL FOR SPRINT SUBSCRIBER CLASS | LAW OFFICE OF RICHARD R. WIEBE<br>RICHARD R. WIEBE<br>425 California Street<br>Suite 2025<br>San Francisco, CA 94104<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br><br>COUNSEL FOR AT&T CLASS PLAINTIFFS<br><br>THE MOORE LAW GROUP<br>THOMAS E. MOORE III<br>228 Hamilton Avenue, 3rd Floor<br>Palo Alto, CA 94301<br><br>COUNSEL FOR AT&T CLASS PLAINTIFFS<br><br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>ELIZABETH J. CABRASER<br>BARRY R. HIMMELSTEIN<br>ERIC B. FASTIFF<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>PLAINTIFFS' COUNSEL FOR MCI SUBSCRIBER CLASS<br><br>LISKA, EXNICIOS & NUNGESSER ATTORNEYS-AT-LAW<br>VAL PATRICK EXNICIOS<br>One Canal Place, Suite 2290<br>365 Canal Street<br>New Orleans, LA 70130<br>Telephone: (504) 410-9611<br>Facsimile: (504) 410-9937<br><br>PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS<br><br>MAYER LAW GROUP LLC<br>CARL J. MAYER<br>66 Witherspoon Street, Suite 414<br>Princeton, New Jersey 08542<br>Telephone: (609) 921-8025<br>Facsimile: (609) 921-6964<br><br>PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS |

-2-

No. M-06-01791-VRW   MDL PLAINTIFFS' STATEMENT OF RECENT DECISION
RE MOTION BY THE UNITED STATES SEEKING TO APPLY 50 U.S.C.
§ 1885a TO DISMISS THESE ACTIONS

| | |
|---|---|
| FENWICK & WEST LLP<br>LAURENCE F. PULGRAM<br>JENNIFER KELLY<br>CANDACE MOREY<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br><br>COUNSEL FOR PLAINTIFFS IN<br>*CAMPBELL v. AT&T* AND *RIORDAN v. VERIZON COMMUNICATIONS INC*.<br><br>BRUCE I AFRAN, ESQ.<br>10 Braeburn Drive<br>Princeton, NJ 08540<br>609-924-2075<br><br>PLAINTIFFS' COUNSEL FOR<br>BELLSOUTH SUBSCRIBER CLASS<br><br>GEORGE & BROTHERS, L.L.P.<br>R. JAMES GEORGE, JR.<br>DOUGLAS BROTHERS<br>1100 Norwood Tower<br>114 W. 7th Street<br>Austin, Texas 78701<br>Telephone: (512) 495-1400<br>Facsimile: (512) 499-0094<br><br>PLAINTIFFS' COUNSEL FOR CINGULAR SUBSCRIBER CLASS | THE LAW OFFICES OF STEVEN E. SCHWARZ, ESQ.<br>STEVEN E. SCHWARZ<br>2461 W. Foster Ave., #1W<br>Chicago, IL 60625<br>Telephone: (773) 837-6134<br><br>PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS<br><br>KRISLOV & ASSOCIATES, LTD.<br>CLINTON A. KRISLOV<br>20 North Wacker Drive<br>Suite 1350<br>Chicago, IL 60606<br>Telephone: (312) 606-0500<br>Facsimile: (312) 606-0207<br><br>PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS |

-3-

No. M-06-01791-VRW   MDL Plaintiffs' Statement Of Recent Decision
Re Motion By The United States Seeking To Apply 50 U.S.C.
§ 1885a To Dismiss These Actions