**Jon B. Eisenberg, California Bar No. 88278** (jon@eandhlaw.com)
**William N. Hancock, California Bar No. 104501** (bill@eandhlaw.com)
**Eisenberg & Hancock LLP**
1970 Broadway, Suite 1200 • Oakland, CA 94612
510.452.258l – Fax 510.452.3277

**Steven Goldberg, Oregon Bar No. 75134** (steven@stevengoldberglaw.com)
River Park Center, Suite 300 • 205 SE Spokane St.• Portland, OR 97202
503.445-4622 – Fax 503.238.7501

**Thomas H. Nelson, Oregon Bar No. 78315** (nelson@thnelson.com)
P.O. Box 1211, 24525 E. Welches Road • Welches, OR 97067
503.622.3123 - Fax: 503.622.1438

**Zaha S. Hassan, California Bar No. 184696** (zahahassan@comcast.net)
8101 N.E. Parkway Drive, Suite F-2.• Vancouver, WA 98662
360.213.9737 - Fax 866.399.5575

**J. Ashlee Albies, Oregon Bar No. 05184** (ashlee@sstcr.com)
**Steenson, Schumann, Tewksbury, Creighton and Rose, PC**
815 S.W. Second Ave., Suite 500 • Portland, OR 97204
503.221.1792 – Fax 503.223.1516

**Lisa R. Jaskol, California Bar No. 138769** (ljaskol@earthlink.net)
610 S. Ardmore Ave.• Los Angeles, CA 90005
213.385.2977 – Fax 213.385.9089

Attorneys for Plaintiffs Al-Haramain Islamic Foundation, Inc., Wendell Belew and Asim Ghafoor

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates Solely To:<br>*Al-Haramain Islamic Foundation, Inc., et al. v. Obama, et al.* (C07-CV-0109-VRW)<br><br>AL-HARAMAIN ISLAMIC FOUNDATION, INC., et al.,<br>               Plaintiffs,<br>  vs.<br>BARACK H. OBAMA, President of the United States, et al.,<br>               Defendants. | MDL Docket No. 06-1791 VRW<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE**<br><br>[Civil L.R. 7-11]<br><br>Chief Judge Vaughn R. Walker |

Plaintiffs move this Court for an Order permitting plaintiffs' counsel, Steven Goldberg, to appear by telephone at the oral argument scheduled for 2:00 p.m. on June 3, 2009 on the Court's

Order to Show Cause issued on May 22, 2009.

Mr. Goldberg will be on vacation that week, out of state, but would like to be allowed to appear by telephone at the following number: **(971) 409-2918.**

Oral argument will be conducted by Jon Eisenberg.

## **CERTIFICATION**

On May 28, 2009, counsel for the government indicated no objection to this Motion.

RESPECTFULLY SUBMITTED this 29th day of May, 2009.

/s/ Steven Goldberg
Steven Goldberg, Ore. Bar No. 75134
Of Attorneys for Plaintiffs