1 BRUCE I. AFRAN
2 CARL J. MAYER
STEVEN E. SCHWARZ
3
Attorneys for the Plaintiffs
4

5 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
6 **SAN FRANCISCO DIVISION**

7
| **IN RE NATIONAL SECURITY** | **MDL Docket No. 06-1791 (VRW)** |
| **AGENCY TELECOMMUNICATIONS** | **ORDER GRANTING** |
| **RECORDS LITIGATION** | **PLAINTIFFS' ADMINISTRATIVE** |
|  | **MOTION TO APPEAR BY TELEPHONE** |
| **This Document Relates To:** | [CIVIL L.R. 7-11] |
| *McMurray v. Verizon Comm., Inc.,* **No.** | Chief Judge Vaughn R. Walker |
| **09-cv-0131-VRW** | |

PLAINTIFFS' ADMINISTRATIVE MOTION TO APPEAR
BY TELEPHONE. *MCMURRAY, ET AL. V. VERIZON*            1            MDL Docket No. 06-1791 VRW
*COMMUNICATIONS, INC., ET AL.*, 09-CV-131.

# [PROPOSED] ORDER

The administrative motion by plaintiffs for Bruce I. Afran to appear on their behalf by telephone at the June 3, 2009 hearing is hereby GRANTED. Brian Boynton is also granted leave to appear on behalf of defendant Verizon Communications Inc. by telephone and Eric A. Shumsky is granted leave to appear by telephone on behalf of the AT&T and BellSouth defendants. The clerk will contact these three attorneys by telephone immediately before the hearing.

IT IS SO ORDERED,

Dated: _____ , 2009

_____
Hon. Vaughn R. Walker
United States District Chief Judge