1 | **Jon B. Eisenberg, California Bar No. 88278** (jon@eandhlaw.com)
**William N. Hancock, California Bar No. 104501** (bill@eandhlaw.com)
2 | **Eisenberg & Hancock LLP**
1970 Broadway, Suite 1200 • Oakland, CA  94612
3 | 510.452.258l – Fax 510.452.3277

4 | **Steven Goldberg, Oregon Bar No. 75134** (steven@stevengoldberglaw.com)
River Park Center, Suite 300 • 205 SE Spokane St.• Portland, OR 97202
5 | 503.445-4622 – Fax 503.238.7501

6 | **Thomas H. Nelson, Oregon Bar No. 78315** (nelson@thnelson.com)
P.O. Box 1211, 24525 E. Welches Road • Welches, OR 97067
7 | 503.622.3123 - Fax: 503.622.1438

8 | **Zaha S. Hassan, California Bar No. 184696** (zahahassan@comcast.net)
8101 N.E. Parkway Drive, Suite F-2.• Vancouver, WA 98662
9 | 360.213.9737 - Fax 866.399.5575

10 | **J. Ashlee Albies, Oregon Bar No. 05184** (ashlee@sstcr.com)
**Steenson, Schumann, Tewksbury, Creighton and Rose, PC**
11 | 815 S.W. Second Ave., Suite 500 • Portland, OR 97204
503.221.1792 – Fax 503.223.1516
12 |
**Lisa R. Jaskol, California Bar No. 138769** (ljaskol@earthlink.net)
13 | 610 S. Ardmore Ave.• Los Angeles, CA 90005
213.385.2977 – Fax 213.385.9089
14 |
**Attorneys for Plaintiffs Al-Haramain Islamic Foundation, Inc., Wendell Belew and Asim Ghafoor**
15 |

16 | **IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17 |

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Docket No. 06-1791 VRW |
| This Document Relates Solely To: | **PLAINTIFFS' ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE** |
| *Al-Haramain Islamic Foundation, Inc., et al. v. Obama, et al.* (C07-CV-0109-VRW) | [Civil L.R. 7-11]  Chief Judge Vaughn R. Walker |
| A L - H A R A M A I N   I S L A M I C FOUNDATION, INC., et al., | |
| Plaintiffs, | |
| vs. | |
| BARACK H. OBAMA, President of the United States, et al., | |
| Defendants. | |

28 |   Plaintiffs move this Court for an Order permitting plaintiffs' counsel, Steven Goldberg, to appear by telephone at the oral argument scheduled for 2:00 p.m. on June 3, 2009 on the Court's

1  Order to Show Cause issued on May 22, 2009.

2      Mr. Goldberg will be on vacation that week, out of state, but would like to be allowed to

3  appear by telephone at the following number: **(971) 409-2918.**

4      Oral argument will be conducted by Jon Eisenberg.

## CERTIFICATION

6  On May 28, 2009, counsel for the government indicated no objection to this Motion.

7      RESPECTFULLY SUBMITTED this 29th day of May, 2009.

/s/ Steven Goldberg
Steven Goldberg, Ore. Bar No. 75134
Of Attorneys for Plaintiffs



IT IS SO ORDERED

Judge Vaughn R Walker