# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

### VAUGHN R. WALKER
United States District Chief Judge

**DATE:** June 3, 2009

**COURTROOM DEPUTY:** Cora Klein       **Court Reporter:** Sahar McVickar

**MASTER CASE:** MDL 06-1791 IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION

**This hearing relates to:**
C 09-0131 VRW McMurray et al v Verizon Communications Inc USA, AT&T, et al

**COUNSEL FOR PLAINTIFF:**
Bruce Afran (by telephone)
Steven Schwarz, Carl Mayer (on the phone)

**COUNSEL FOR DEFENDANT:**
Federal Def: Anthony Coppolino, T Stinson
Verizon: Brian Boynton, R Moss (by phone)
AT&T: Eric Shumsky (by phone)

Counsel for All Plaintiffs in the Master Docket: Cindy Cohn, Vincent Parrett

**PROCEEDINGS:**
1. Govt's Motion to Dismiss (doc 11).
2. Tel Carriers' Motion to Dismiss (doc 16)

**RESULTS:**
The Court heard argument from counsel.
The court invite the parties to simultaneous submission of memoranda re the Court's order in section 802 cases filed today, by no later than 6/19/2009. Upon the filing of the memoranda, the matter will stand submitted.