# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

### VAUGHN R. WALKER
United States District Chief Judge

**DATE:** June 3, 2009

**COURTROOM DEPUTY:** Cora Klein       **Court Reporter:** Sahar McVickar

**MASTER CASE:** MDL 06-1791 IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION

**This hearing relates to:**
C 07-0109 VRW Al Haramain Islamic Foundation et al v George Bush et al

**COUNSEL FOR PLAINTIFF:**
Jon Eisenberg
J Ashlee Albies, William Hancock
Thomas Nelson
Steven Goldberg (on the phone)

**COUNSEL FOR DEFENDANT:**
Anthony Coppolino
Timothy Stinson

**PROCEEDINGS:**
Order to Show Cause Hearing.

**RESULTS:**
The Court heard argument from counsel.
Plaintiff shall file a motion for summary judgment.
Hearing is set for 9/1/09 at 10:00 am.