CINDY COHN (SBN 145997)
cindy@eff.org
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
CORYNNE MCSHERRY
JAMES S. TYRE
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Counsel For AT&T Class Plaintiffs And
Co-Lead Coordinating Counsel

RICHARD R. WIEBE (SBN 121156)
LAW OFFICE OF RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200

Counsel for AT&T Class Plaintiffs

HARVEY GROSSMAN
ADAM SCHWARTZ
ROGER BALDWIN FOUNDATION OF ACLU
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 201-9760

Counsel For AT&T Class Plaintiffs And
Co-Lead Coordinating Counsel

ANN BRICK
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Counsel for Plaintiffs in *Campbell v. AT&T* and *Riordan v. Verizon Communications Inc.*

[Additional Counsel on Last Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791

This Document Relates To: All Cases Except: *Al-Haramain Islamic Foundation, Inc. v. Bush*, No. 07-0109; *Center for Constitutional Rights v. Bush*, No. 07-1115; *Guzzi v. Bush*, No. 06-06225; *Shubert v. Bush*, No. 07-0693; *Clayton v. AT&T Commc'ns of the Southwest*, No. 07-1187; *U.S. v. Adams*, No. 07-1323; *U.S. v. Clayton*, No. 07-1242; *U.S. v. Palermino*, No. 07-1326; *U.S. v. Rabner*, No. 07-1324; *U.S. v. Volz*, No. 07-1396; *McMurray v. Verizon Communications, Inc.* No. 09-0131 (McMurray II); *McMurray, et al. v. Verizon Comm., Inc., et al.*, No 07-02029 (McMurray I); *BellSouth Master Complaint* (Dkt No. 126); *Joll, et al. v. AT&T Corp., et al.*, No. 06-5485

MDL Docket No. 06-1791 VRW

**CLASS ACTION**

**NOTICE THAT CERTAIN MDL PLAINTIFFS DECLINE TO AMEND COMPLAINTS**

Courtroom: 6, 17th Floor
Judge: Hon. Vaughn R. Walker


Dockets.Justia.com

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the specific MDL Plaintiffs identified above hereby decline to amend their complaints notwithstanding leave to do so under the Court's Order dated June 3, 2009.

DATED: July 1, 2009

ELECTRONIC FRONTIER FOUNDATION

By /s/

Cindy A. Cohn, Esq. (SBN 145997)
Lee Tien, Esq. (SBN 148216)
Kurt Opsahl, Esq. (SBN 191303)
Kevin S. Bankston, Esq. (SBN 217026)
Corynne McSherry, Esq. (SBN 221504)
James S. Tyre, Esq. (SBN 083117)
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993

ATTORNEYS FOR AT&T CLASS PLAINTIFFS AND CO-CHAIR OF PLAINTIFFS' EXECUTIVE COMMITTEE
Additional Plaintiffs' Counsel on Executive Committee and Liaison Counsel:

ARAM ANTARAMIAN
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone: (510) 841-2369

Counsel For AT&T Class Plaintiffs

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA
PETER J. ELIASBERG
1313 West Eighth St.
Los Angeles, CA 90026

Telephone: (213) 977-9500
Facsimile: (213) 977-5299

COUNSEL FOR PLAINTIFFS IN *CAMPBELL v. AT&T* AND *RIORDAN v. VERIZON COMMUNICATIONS INC.*

FENWICK & WEST LLP
LAURENCE F. PULGRAM
JENNIFER KELLY
CANDACE MOREY
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

COUNSEL FOR PLAINTIFFS IN *CAMPBELL v. AT&T* AND *RIORDAN v. VERIZON COMMUNICATIONS INC.*

THE MASON LAW FIRM, PC
GARY E. MASON
NICHOLAS A. MIGLIACCIO
1225 19th St., NW, Ste. 500
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
PLAINTIFFS' COUNSEL FOR SPRINT SUBSCRIBER CLASS

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ELIZABETH J. CABRASER
BARRY R. HIMMELSTEIN
ERIC B. FASTIFF
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
PLAINTIFFS' COUNSEL FOR MCI SUBSCRIBER CLASS

MOTLEY RICE LLC
Ronald L. Motley
Donald A. Migliori
Jodi Westbrook Flowers
Vincent I. Parrett
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
PLAINTIFFS' COUNSEL FOR VERIZON SUBSCRIBER CLASS

THOMAS E. MOORE III
THE MOORE LAW GROUP
228 Hamilton Ave., 3d Floor
Palo Alto, CA 94301
Telephone: (650) 798-5352

Counsel For AT&T Class Plaintiffs

GEORGE & BROTHERS, L.L.P.
R. JAMES GEORGE, JR.
DOUGLAS BROTHERS
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499-0094
PLAINTIFFS' COUNSEL FOR CINGULAR SUBSCRIBER CLASS

I, Thomas E. Moore III, certify under penalty of perjury under the laws of the United States that I have the concurrence of the above signatory to file this document electronically with the Court.

Dated: July 1, 2009

By: ____________/s/______________
Thomas E. Moore III