BRUCE I. AFRAN
CARL J. MAYER
STEVEN E. SCHWARZ

Attorneys for the Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION**

**This Document Relates To:**

***McMurray v. Verizon Comm., Inc., et al.*, No. 07-cv-2029-VRW**

**BellSouth Master Complaint. (Dkt. No. 126)**

**MDL Docket No. 06-1791 (VRW)**

**NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

[CIVIL L.R. 7-9]

Chief Judge Vaughn R. Walker

## NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 17, 2009, plaintiffs in the two above-captioned actions filed a motion for leave to file a motion for reconsideration. (MDL Dkt. No. 648). Pursuant to Civil L.R. 7-9(d), "Unless otherwise ordered by the assigned Judge, no response need be filed and no hearing will be held concerning a motion for leave to file a motion to reconsider." Because the Court's CM/ECF system required the entry of a hearing date at the time of the filing of the motion, the motion was set for the first available date of September 3, 2009 at 10:00 a.m., before the Honorable Vaughn R. Walker, United States District Chief Judge, in Courtroom 6, 17th floor, 450 Golden Gate Avenue, San Francisco.



Dockets.Justia.com

Dated: July 7, 2009
Chicago, Illinois

Respectfully submitted,

By: __/s/ Steven E. Schwarz________
Steven E. Schwarz

THE LAW OFFICES OF STEVEN E. SCHWARZ, ESQ., LLC
Steven E. Schwarz, Esq.
2461 W. Foster Ave., #1W
Chicago, IL 60625
Telephone: (773) 837-6134
Facsimile: (773) 837-6134

*Attorney for the Plaintiffs*

BRUCE I. AFRAN, Esq.
10 Braeburn Drive
Princeton, NJ 08540
Telephone: (609) 924-2075

MAYER LAW GROUP, LLC
CARL J. MAYER
66 Witherspoon Street, Suite 414
Princeton, NJ 08542
Telephone: (609) 921-8025
Facsimile: (609) 921-6964

*Attorneys for the Plaintiffs*

# CERTIFICATE OF SERVICE

I, Steven E. Schwarz, an attorney, hereby certify that, on this 7th day of July, 2009, I electronically filed and served the foregoing Notice of Motion for Leave to File Motion for Reconsideration using the CM/ECF system which will send via electronic mail copies to all attorneys who are registered users of that system.

By: /s/ Steven E. Schwarz
Steven E. Schwarz