**Jon B. Eisenberg, California Bar No. 88278** (jon@eandhlaw.com)
**William N. Hancock, California Bar No. 104501** (bill@eandhlaw.com)
**Eisenberg & Hancock LLP**
1970 Broadway, Suite 1200 • Oakland, CA 94612
510.452.2581 – Fax 510.452.3277

**Steven Goldberg, Oregon Bar No. 75134** (steven@stevengoldberglaw.com)
River Park Center, Suite 300 • 205 SE Spokane St.• Portland, OR 97202
503.445-4622 – Fax 503.238.7501

**Thomas H. Nelson, Oregon Bar No. 78315** (nelson@thnelson.com)
P.O. Box 1211, 24525 E. Welches Road • Welches, OR 97067
503.622.3123 - Fax: 503.622.1438

**Zaha S. Hassan, California Bar No. 184696** (zahahassan@comcast.net)
8101 N.E. Parkway Drive, Suite F-2.• Vancouver, WA 98662
360.213.9737 - Fax 866.399.5575

**J. Ashlee Albies, Oregon Bar No. 05184** (ashlee@sstcr.com)
**Steenson, Schumann, Tewksbury, Creighton and Rose, PC**
815 S.W. Second Ave., Suite 500 • Portland, OR 97204
503.221.1792 – Fax 503.223.1516

**Lisa R. Jaskol, California Bar No. 138769** (ljaskol@earthlink.net)
610 S. Ardmore Ave.• Los Angeles, CA 90005
213.385.2977 – Fax 213.385.9089

**Attorneys for Plaintiffs Al-Haramain Islamic Foundation, Inc., Wendell Belew and Asim Ghafoor**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION**<br><br><u>This Document Relates Solely To:</u><br><br>*Al-Haramain Islamic Foundation, Inc., et al. v. Obama, et al.* (C07-CV-0109-VRW)<br><br>**AL-HARAMAIN ISLAMIC FOUNDATION, INC., et al.,**<br><br>Plaintiffs,<br>vs.<br><br>**BARACK H. OBAMA, President of the United States, et al.,**<br><br>Defendants. | MDL Docket No. 06-1791 VRW<br><br>**DECLARATION OF JON B. EISENBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: Tuesday, September 1, 2009<br>Time: 10:00 a.m.<br>Court: Courtroom 6, 17th Floor<br>Honorable Vaughn R. Walker |



Dockets.Justia.com

I, Jon B. Eisenberg, am one of the attorneys for plaintiffs in this action. I have personal knowledge of the matters attested to in this declaration, and I am legally competent to testify to the matters stated herein. I make this declaration in support of plaintiffs' Motion For Partial Summary Judgment.

The following exhibits A through AA attached to this declaration are true and correct copies or transcripts of public statements or documents made and executed by the defendants or their agents; exhibit BB is a copy of a brief in other litigation, attached hereto for the Court's convenience:

| **Exhibit** | **Title/Description** |
|---|---|
| Exhibit A | President's Radio Address, December 17, 2005 |
| Exhibit B | Excerpt from Press Conference of the President, December 19, 2005 |
| Exhibit C | Excerpts from Press Briefing by Attorney General Alberto Gonzales and General Michael Hayden, December 19, 2005 |
| Exhibit D | Excerpts from Responses to Questions for Lt. General Keith B. Alexander from Senate Judiciary Committee, December 19, 2006 |
| Exhibit E | Excerpts from U.S. Department of Justice, *Legal Authorities Supporting the Activities of the National Security Agency Described by the President* (Jan. 19, 2006) |
| Exhibit F | Excerpts from Interview with John Yoo, *Frontline*, July 5, 2008 |
| Exhibit G | Excerpts from transcript of testimony by Former Deputy Attorney General James B. Comey, Senate Judiciary Committee, May 15, 2007 |
| Exhibit H | Answers to Written Questions to Former Deputy Attorney General James B. Comey Submitted by Senator Patrick Leahy, May 22, 2007 |
| Exhibit I | Excerpts from transcript of testimony by FBI Director Robert Mueller, House Judiciary Committee, July 26, 2007 |
| Exhibit J | Testimony of Gary M. Bald, Senate Caucus on International Narcotics Control, March 4, 2004 |
| Exhibit K | Press Release, Treasury Department, February 19, 2004 |
| Exhibit L | Testimony of John S. Pistole, Senate Committee on Banking, Housing and Urban Affairs, September 25, 2003 |
| Exhibit M | Excerpts from testimony of R. Richard Newcomb, House Financial Services Subcommittee on Oversight and Investigations, June 16, 2004 |

| | |
|---|---|
| Exhibit N | Letter from R. Richard Newcomb to Lynne Bernabei, April 23, 2004 |
| Exhibit O | Letter from R. Richard Newcomb to Lynne Bernebei, July 23, 2004 |
| Exhibit P | Press Release, Treasury Department, September 9, 2004 |
| Exhibit Q | Supplemental Declaration of Frances R. Hourihan, May 10, 2006 |
| Exhibit R | Letter from Adam J. Szubin to Lynne Bernabei and Thomas Nelson, February 6, 2008 |
| Exhibit S | Speech by John S. Pistole to American Bankers Association/American Bar Association Money Laundering Enforcement Conference, October 22, 2007 |
| Exhibit T | Excerpts from Brief for Appellants [defendants] in Ninth Circuit Court of Appeals, June 6, 2007 |
| Exhibit U | Excerpts from Government's Memorandum In Support Of Pretrial Detention, *United States v. Sedaghaty*, August 21, 2007 |
| Exhibit V | Testimony of General Michael V. Hayden, Senate Judiciary Committee, July 26, 2006 |
| Exhibit W | Excerpts from testimony of Mike McConnell, Senate Select Committee on Intelligence, May 1, 2007 |
| Exhibit X | Excerpts from testimony of Mike McConnell and Kenneth Wainstein, House Select Intelligence Committee, September 20, 2007 |
| Exhibit Y | Excerpts from transcript of hearing, *American Civil Liberties Union v. National Security Agency*, June 12, 2006 |
| Exhibit Z | Excerpts from memorandum of Howard Mendelsohn to Adam J. Szubin regarding redesignation of Al-Haramain Islamic Foundation, February 6, 2008 |
| Exhibit AA | Legal Authorities Supporting the Activities of the National Security Agency Described by the President ("White Paper"), January 19, 2006 |
| Exhibit BB | Brief for Amici Curiae Center for National Security Studies and the Constitution Project, *ACLU v. NSA*, 493 F.3d 644 (6th Cir. 2007), 2006 WL 4055623 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of July, 2009

Jon B. Eisenberg