SIDLEY AUSTIN LLP
David W. Carpenter*
Bradford A. Berenson*
David L. Lawson*
Edward R. McNicholas*
Eric A. Shumsky #206164
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8711
bberenson@sidley.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Randolph D. Moss*
Samir C. Jain # 181572
Brian M. Boynton # 222193
Catherine M.A. Carroll*
1875 Pennsylvania Ave, N.W.
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
randolph.moss@wilmerhale.com

WILLIAMS & CONNOLLY LLP
Brendan V. Sullivan, Jr. *
John G. Kester
Gilbert Greenman*
725 Twelfth Street, N.W.
Washington, DC 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029
jkester@wc.com

Attorneys for the Sprint Defendants

* admitted pro hac vice

PILLSBURY WINTHROP SHAW PITTMAN LLP
Bruce A. Ericson #76342
Jacob R. Sorensen #209134
Marc H. Axelbaum #209855
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120
Tel.: (415) 983-1000
Fax: (415) 983-1200
bruce.ericson@pillsburylaw.com

Attorneys for the AT&T, BellSouth, and Cingular Defendants

MUNGER, TOLLES & OLSON LLP
Henry Weissmann # 132418
Susan R. Szabo # 155315
Aimee A. Feinberg # 223309
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100
Fax: (213) 683-5150
henry.weissmann@mto.com

Attorneys for the Verizon Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Dkt. No. 06-1791 VRW |
| This Document Relates To All Cases Except: | **NOTICE OF PROPOSED JUDGMENT** |
| | Courtroom: 6, 17th Floor |
| *Al-Haramain Islamic Foundation, Inc. v. Bush*, No. 07-cv-0109; *Center for Constitutional Rights v. Bush*, No. 07-cv-1115; *Guzzi v. Bush*, No. 06-cv-6225; *Shubert v. Bush*, No. 07-cv-0693; *Clayton v. AT&T Communications of the Southwest, Inc.*, No. 07-cv-1187; *United* | Chief Judge Vaughn R. Walker |



Dockets.Justia.com

*States v. Clayton*, No. 07-cv-1242; )
*United States v. Adams*, No. 07-cv-1323; )
*United States v. Farber*, No. 07-cv-1324; )
*United States v. Palermino*, No. 07-cv-1326; *United States v. Volz*, No. 07-cv-1396; *McMurray v. Verizon Communications*, No. 07-cv-2029 (McMurray I); *McMurray v. Verizon Communications*, No. 09-cv-0131 (McMurray II) )

The telecommunications carrier defendants hereby provide notice of their filing of a proposed judgment in the above-captioned cases. In the Court's June 3, 2009 Order granting the United States' motion to dismiss, the Court granted plaintiffs leave to amend their master consolidated complaints in a manner consistent with the Court's order within 30 days of the date of the Court's order. Dkt. 639. On July 1, 2009, certain of the MDL plaintiffs filed a notice declining to amend their complaints. Dkt. 651. The time has now passed for the remaining plaintiffs to amend their complaints, and they have not done so. No other reason appearing why final judgment should not be entered, the telecommunications carriers submit the attached proposed judgment. As reflected in the captions of this notice and the proposed judgment, the judgment therefore applies to all civil actions in the MDL against the carrier defendants except the state-federal cases, in which the Court granted summary judgment for the United States on June 3, 2009 (*see* Dkt. 640) and entered judgment on June 15, 2009; *McMurray I*, which is subject to a pending motion for reconsideration[1]; and *McMurray II*, in which the parties have filed supplemental memoranda advising the Court what issues remain to be decided, *see* Dkts. 649, 650. It also does not apply to the actions against only government defendants.

Respectfully submitted,

Dated: July 10, 2009

SIDLEY AUSTIN LLP

[1] On June 17, 2009, the *McMurray I* plaintiffs moved for leave to file a motion for reconsideration of this Court's June 3, 2009 Order (Dkt. 639) dismissing the claims brought by individuals against telecommunications companies. Dkt. 648. If the Court does not grant relief to the *McMurray I* plaintiffs, the defendants respectfully request that the Court enter judgment in that action as well.

David W. Carpenter (pro hac vice)
Bradford A. Berenson (pro hac vice)
David L. Lawson (pro hac vice)
Edward R. McNicholas (pro hac vice)
Eric A. Shumsky #206164
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8711
bberenson@sidley.com

By: /s/ Bradford A. Berenson
Bradford A. Berenson

PILLSBURY WINTHROP SHAW PITTMAN LLP
Bruce A. Ericson #76342
Jacob R. Sorensen #209134
Marc H. Axelbaum #209855
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120
Tel.: (415) 983-1000
Fax: (415) 983-1200
bruce.ericson@pillsburylaw.com

Attorneys for the AT&T, BellSouth, and Cingular Defendants

WILMER CUTLER PICKERING HALE AND DORR LLP
Randolph D. Moss (pro hac vice)
Samir C. Jain # 181572
Brian M. Boynton # 222193
Catherine M.A. Carroll (pro hac vice)
1875 Pennsylvania Ave, N.W.
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
randolph.moss@wilmerhale.com

By: /s/ Randolph D. Moss
Randolph D. Moss

MUNGER, TOLLES & OLSON LLP
Henry Weissmann # 132418
Susan R. Szabo # 155315
Aimee A. Feinberg # 223309

355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100
Fax: (213) 683-5150
henry.weissmann@mto.com

Attorneys for Verizon Communications Inc.

WILLIAMS & CONNOLLY LLP
Brendan V. Sullivan, Jr. (pro hac vice)
John G. Kester
Gilbert Greenman (pro hac vice)
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029
jkester@wc.com

By: /s/ John G. Kester
John G. Kester

Attorneys for Sprint Defendants

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, Marc H. Axelbaum, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct. Executed on July 10, 2009, at San Francisco, California.

By: /s/ Marc H. Axelbaum
Marc H. Axelbaum
Attorney for the AT&T, BellSouth, and Cingular Defendants

## CERTIFICATE OF SERVICE

I, Marc H. Axelbaum, an attorney, hereby certify that, on this 10th day of July, 2009, I electronically filed and served the foregoing Notice of Proposed Judgment and Proposed Judgment using the CM/ECF system which will send via electronic mail copies to all attorneys who are registered users of that system.

By: /s/ Marc H. Axelbaum
Marc H. Axelbaum