In re National Security Agency Telecommunications Records Litigation Doc. 659


**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To All Cases Except:<br><br>*Al-Haramain Islamic Foundation, Inc. v. Bush*, No. 07-cv-0109; *Center for Constitutional Rights v. Bush*, No. 07-cv-1115; *Guzzi v. Bush*, No. 06-cv-6225; *Shubert v. Bush*, No. 07-cv-0693; *Clayton v. AT&T Communications of the Southwest, Inc.*, No. 07-cv-1187; *United States v. Clayton*, No. 07-cv-1242; *United States v. Adams*, No. 07-cv-1323; *United States v. Farber*, No. 07-cv-1324; *United States v. Palermino*, No. 07-cv-1326; *United States v. Volz*, No. 07-cv-1396; *McMurray v. Verizon Communications*, No. 07-cv-2029 (McMurray I); *McMurray v. Verizon Communications*, No. 09-cv-0131 (McMurray II) | MDL No. 06-1791 VRW<br><br>**[PROPOSED] JUDGMENT**<br><br>Courtroom: 6, 17th Floor<br><br>Chief Judge Vaughn R. Walker |

XX – Decision by the Court. These actions came to hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, in accordance with the Court's Order of June 3, 2009, all of the above-captioned cases are hereby dismissed with prejudice and Judgment is hereby entered in favor of all defendants in all of the above-captioned cases.

Richard W. Wieking
Clerk of Court



Dockets.Justia.com

ENTERED: __________________ By: ____________________________