MICHAEL F. HERTZ
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
MARCIA BERMAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the Government Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW** |
| | **STIPULATION TO MODIFY AND EXTEND THE CURRENT SCHEDULE** |
| This Document Solely Relates To: | Date: September 1, 2009<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor |
| *Al-Haramain Islamic Foundation of Oregon, et al. v. Obama, et al.* (07-cv-109-VRW) | Chief Judge Vaughn R. Walker |

Pursuant to Local Rule 6.1, the parties, through their undersigned counsel, hereby stipulate to and seek the Court's approval of a modification to the current briefing and hearing schedule for plaintiffs' motion for partial summary judgment as set forth in the Court's Order of July 2, 2009 (Dkt. 98 in 07-cv-109-VRW).

**RECITALS**

1. After a hearing in this action on June 3, 2009, the Court directed the plaintiffs to file a motion for summary judgment and set a hearing on plaintiffs' motion for September 1, 2009. *See* June 5, 2009 Order, Dkt. 96. The Court directed that plaintiffs' motion must be based on



Dockets.Justia.com

non-classified evidence and that if "defendants rely upon Sealed Document or other classified evidence in response, the court will enter a protective order and produce such classified evidence" to certain of plaintiffs' counsel. *Id.* at 2.

2. On July 2, 2009, the Court approved the parties' stipulated briefing schedule giving: (i) plaintiffs until July 10, 2009 to file a motion for summary judgment; (ii) defendants until August 5, 2009 to oppose the motion; and (iii) plaintiffs until August 19, 2009 to reply.

3. Plaintiffs filed a partial motion for summary judgment on July 9, 2009. *See* Dkt. 99.

4. Counsel for the Government Defendants has conferred with counsel for plaintiffs and sought agreement on a short two-week extension of the briefing schedule and a modification of the hearing date due to the press of business and other scheduling conflicts arising after the plaintiffs filed their motion.[1] To facilitate this agreement, counsel for Government Defendants advised plaintiffs' counsel that the Government does not presently anticipate submitting classified information in support of the Government's position in response to plaintiffs' motion or with any cross motion.

5. No prior modifications of the briefing schedule or hearing with regard to plaintiffs' instant motion for partial summary judgment have been sought or entered. L.R. 6-2(a)(2).

6. The requested time modification would adjust the time for the Government's response (or any cross motion), Plaintiffs' reply (or any opposition), and the hearing date, but would have no other impact on the schedule in this case. L.R. 6-2(a)(3).

7. The parties request that the Court change the hearing date on the matter from

---

[1] Counsel for the Government advised plaintiffs that the Government's response time was impacted by the need for Government counsel to present oral argument in two matters on July 15, 2009 (before this Court in the *Jewel* action) and July 22, 2009 (in another action), as well as other business and personal commitments.

Tuesday, September 1, 2009 to Friday, September 25, 2009 at 10:00 am.[2]

**STIPULATION**

Pursuant to L.R. 6.1, the parties, through their undersigned counsel, hereby stipulate and agree to the following modification to the briefing schedule and hearing on plaintiffs' partial motion for summary judgment, and request that the Court enter the proposed order below as an order of the Court.

1. The Government Defendants' response to plaintiffs' partial motion for summary judgment (and any cross motion) is due on August 20, 2009.

2. Plaintiffs' reply in support of their motion (and opposition to any cross motion) is due on September 8, 2009.

3. If the Government Defendants file a cross motion, any reply in support thereof would be due on September 14, 2009.

4. The matter will be heard on Friday, September 25, 2009 at 10:00 a.m.

DATED: July 31, 2009

Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

*s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

MARCIA BERMAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102

---

[2] We note this is not the Court's usual day to hear motions, but seek the Court's approval of a Friday hearing in this case to accommodate the parties' pre-existing schedules.

Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the Government Defendants*

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ANTHONY J. COPPOLINO, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on July 31, 2009, in the City of Washington, District of Columbia.

MICHAEL F. HERTZ
Acting Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
MARCIA BERMAN
Trial Attorney

By: *s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the Government Defendants*

By: *s/ Jon B. Eisenberg* per G.O. 45
JON B. EISENBERG
California Bar No. 88278 (jon@eandhlaw.com)
Eisenberg & Hancock LLP
1970 Broadway, Suite 1200 • Oakland, CA 94612
510.452.258l – Fax 510.452.3277

Counsel for Plaintiffs Al-Haramain Islamic Foundation, Inc., Wendell Belew, and Asim Ghafoor

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, it is hereby ORDERED that:

1. The Government Defendants' response to plaintiffs' partial motion for summary judgment (and any cross motion) is due on August 20, 2009.

2. Plaintiffs' reply in support of their motion (and opposition to any cross motion) is due on September 8, 2009.

3. If the Government Defendants file a cross motion, any reply in support thereof would be due on September 14, 2009.

4. The matter will be heard on Friday, September 25, 2009 at 10:00 a.m.

IT IS SO ORDERED.

Dated: ___________, 2009.

_______________________________________
Hon. Vaughn R. Walker
United States District Chief Judge