FILED
09 AUG -3 AM 11:49

LAW OFFICES OF
WAGNER & JONES LLP
Nicholas Wagner, SBN 109455
Andrew B. Jones, SBN 076915
1111 East Herndon, Suite 317
Fresno, California 93720
Telephone: 559/4491-800
Facsimile: 559/449-0749

FILE BY FAX

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>*Conner & Scroggins v. AT&T Communications, et al.*, No. 06-05576 | MDL Docket No. 06-1791 VRW<br><br>**CLASS ACTIONS**<br><br>**NOTICE OF APPEAL OF PLAINTIFFS AND ACTION**<br><br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker |



Dockets.Justia.com

Please take notice that all plaintiffs in this action, hereby appeal to thc United States Court of Appeals for the Ninth Circuit from the district court's Order dated June 3, 2009, granting the United States' motion for dismissal under Section 802 of FISA (50 U.S.C. § 1885a), pursuant to Section 802(f) (50 U.S.C. § 1885a(f)), and from the district court's judgment[s] dismissing plaintiffs' actions entered on July 21 , 2009.

DATED: July 21 2009

LAW OFFICES OF
WAGNER & JONES LLP

By ______________________

Nicholas Wagner, Attorney for Plaintiffs

PROOF OF SERVICE
(Code Civ. Proc. §§ 1013a, 2015.5)

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno; I am over the age of 18 years and not a party to the within above-entitled cause; my business address is 1111 East Herndon, Suite 317, Fresno, California 93720.

I served the within document described as **NOTICE OF APPEAL OF PLAINTIFFS AND ACTION** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Please see attached list.

[✓] **(BY MAIL)** placing the envelopes for collection and mailing on the date and at my address shown above following our ordinary business practices. I am completely familiar with Wagner & Jones' practice of collection and processing correspondence for mailing pursuant to which the envelopes would be deposited with the United States Postal Service the same day in the ordinary course of business.

[ ] **(BY OVERNIGHT MAIL SERVICE)** by placing the envelope for collection following our ordinary business practices for collection and processing correspondence for mailing by express or overnight mail.

[ ] **(BY FACSIMILE)** In addition to service by mail as set forth above, the person(s) by whose name an asterisk is affixed, was also forwarded a copy of said documents by facsimile.

[] **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 31, 2009, at Fresno, California.

Renee Chavez

ROGER BALDWIN FOUNDATION OF ACLU
HARVEY GROSSMAN
ADAM SCHWARTZ
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 201-9760

COUNSEL FOR AT&T CLASS PLAINTIFFS AND CO-CHAIR OF PLAINTIFFS' EXECUTIVE COMMITTEE

ANN BRICK
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

COUNSEL FOR PLAINTIFFS IN *CAMPBELL v. AT&T* AND *RIORDAN v. VERIZON COMMUNICATIONS INC.*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA
PETER J. ELIASBERG
1313 West Eighth St.
Los Angeles, CA 90026

Telephone: (213) 977-9500
Facsimile: (213) 977-5299

COUNSEL FOR PLAINTIFFS IN *CAMPBELL v. AT&T* AND *RIORDAN v. VERIZON COMMUNICATIONS INC.*

FENWICK & WEST LLP
LAURENCE F. PULGRAM
JENNIFER KELLY
CANDACE MOREY
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

COUNSEL FOR PLAINTIFFS IN *CAMPBELL v. AT&T* AND *RIORDAN v. VERIZON COMMUNICATIONS INC.*

ELECTRONIC FRONTIER FOUNDATION
CINDY A. COHN, ESQ.
LEE TIEN, ESQ.
KURT OPSAHL, ESQ.
KEVIN S. BANKSTON, ESQ.
CORYNNE MCSHERRY, ESQ.
JAMES S. TYRE, ESQ.
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

COUNSEL FOR AT&T CLASS PLAINTIFFS AND CO-CHAIR OF PLAINTIFFS' EXECUTIVE COMMITTEE

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE
425 California Street
Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

COUNSEL FOR AT&T CLASS PLAINTIFFS

THE MOORE LAW GROUP
THOMAS E. MOORE III
228 Hamilton Ave., 3d Fl.
Palo Alto, CA 94301
Telephone: (650) 798-5352
Facsimile: (650) 798-5001

COUNSEL FOR AT&T CLASS PLAINTIFFS

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ELIZABETH J. CABRASER
BARRY R. HIMMELSTEIN
ERIC B. FASTIFF
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

PLAINTIFFS' COUNSEL FOR MCI SUBSCRIBER CLASS

LISKA, EXNICIOS & NUNGESSER ATTORNEYS-AT-LAW
VAL PATRICK EXNICIOS
One Canal Place, Suite 2290
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 410-9611

MOTLEY RICE LLC
RONALD MOTLEY
DONALD MIGLIORI
JODI WESTBROOK FLOWERS
VINCENT I. PARRETT
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

PLAINTIFFS' COUNSEL FOR VERIZON SUBSCRIBER CLASS

THE MASON LAW FIRM, PC
GARY E. MASON
NICHOLAS A. MIGLIACCIO
1225 19th St., NW, Ste. 500
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

PLAINTIFFS' COUNSEL FOR SPRINT SUBSCRIBER CLASS

PAGE PERRY LLC
JAMES M. EVANGELISTA
1040 Crown Pointe Parkway
Suite 1050
Atlanta, GA 30338
Telephone: (770) 673-0047
Facsimile: (770) 673-0120

COUNSEL FOR PLAINTIFFS IN *LEBOW v. BELLSOUTH*

BRUCE I AFRAN, ESQ.
10 Braeburn Drive
Princeton, NJ 08540
609-924-2075
PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS

GERALD E. MEUNIER
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

COUNSEL FOR PLAINTIFFS IN *HARDY v. AT&T CORP.*

Facsimile: (504) 410-9937

PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS

MAYER LAW GROUP LLC
CARL J. MAYER
66 Witherspoon Street, Suite 414
Princeton, New Jersey 08542
Telephone: (609) 921-8025
Facsimile: (609) 921-6964

PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS

THE LAW OFFICES OF STEVEN E. SCHWARZ, ESQ.
STEVEN E. SCHWARZ
2461 W. Foster Ave., #1W
Chicago, IL 60625
Telephone: (773) 837-6134

PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS

KRISLOV & ASSOCIATES, LTD.
CLINTON A. KRISLOV
20 North Wacker Drive
Suite 1350
Chicago, IL 60606
Telephone: (312) 606-0500
Facsimile: (312) 606-0207

PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS

GRIFFIN WHITAKER LLC
JOSHUA G. WHITAKER
7474 Greenway Center Drive
Suite 550
Greenbelt, MD 20770

COUNSEL FOR PLAINTIFFS IN *BREADY v. VERIZON MARYLAND, INC.*

BRIAN HUGH ADLER
BADER STILLMAN & ADLER PL
6100 West Atlantic Blvd.
Margate, FL 33063
Telephone: (954) 971-3399
Facsimile: (954) 979-3101

COUNSEL FOR PLAINTIFFS IN *JACOBS v. AT&T CORP.*