[Counsel listed on subsequent pages]

FILED
JUL 31 PM 1:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791

This Document Relates To: All Cases Except: *Al-Haramain Islamic Foundation, Inc. v. Bush*, No. 07-0109; *Center for Constitutional Rights v. Bush*, No. 07-1115; *Guzzi v. Bush*, No. 06-06225; *Shubert v. Bush*, No. 07-0693; *Clayton v. AT&T Commc'ns of the Southwest*, No. 07-1187; *U.S. v. Adams*, No. 07-1323; *U.S. v. Clayton*, No. 07-1242; *U.S. v. Palermino*, No. 07-1326; *U.S. v. Rabner*, No. 07-1324; *U.S. v. Volz*, No. 07-1396; *McMurray v. Verizon Communications, Inc.* No. 09-0131; *Conner. v. Scroggins*, No. 06-05576; *Derosier v. Cingular Wireless LCC et al.*, No. 06-06253; *Payne v. Verizon Communic'ns, Inc.*. No. 06-06435; *Electron Tubes, Inc. v. Verizon Communications*, No. 06-06433; *Trevino et al v. AT&T Communications of the Southwest, Inc.*, No. 06-05268; *U.S. v. Maine PUC*, No. 07-01323; *U.S. v. Gaw*, No. 07-01242; *U.S. v. O'Donnell*, No. 07-01324; *Marck, et al. v. Verizon Communications, Inc.*, No. 06-05063

MDL Docket No. 06-1791 VRW

**CLASS ACTIONS**

**JOINT NOTICE OF APPEAL OF DESIGNATED PLAINTIFFS AND ACTIONS**

Courtroom: 6, 17th Floor
Judge: The Hon. Vaughn R. Walker



Dockets.Justia.com

Please take notice that all plaintiffs in the actions designated below, and each of them, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the district court's Order dated June 3, 2009, granting the United States' motion for dismissal under Section 802 of FISA (50 U.S.C. § 1885a), pursuant to Section 802(f) (50 U.S.C. § 1885a(f)), and from the district court's judgment[s] dismissing plaintiffs' actions entered on July 21 , 2009.

This Notice applies to all plaintiffs in the following actions:

| **Action** | | **Plaintiffs And Appellants** |
|---|---|---|
| *Hepting, et al. v. AT&T Corp., et al.*, N.D. Cal. No. 06-00672 | | All plaintiffs, including Tash Hepting, Gregory Hicks, Carolyn Jewel and Erik Knutzen, on behalf of themselves and the AT&T Plaintiff Class |

DATED: July 30, 2009

ELECTRONIC FRONTIER FOUNDATION

By ______________________

Cindy A. Cohn

Attorneys for all plaintiffs in *Hepting, et al. v. AT&T Corp., et al.*, N.D. Cal. No. 06-00672

| | | |
|---|---|---|
| *Basinski et al. v. Verizon Communications, Inc.*, S.D.N.Y. No. 06-4169, N.D. Cal. 06-06434 | | All plaintiffs, including Sean Basinski and Gina Migliaccio |

DATED: July 29 2009

THE MASON LAW FIRM

By ______________________

Gary E. Mason

Attorneys for all plaintiffs in *Basinski et al. v. Verizon Communications, Inc.*, S.D.N.Y. No. 06-4169, N.D. Cal. 06-06434.

| | | |
|---|---|---|
| *Suchanek v. Sprint Nextel Corp.*, W.D. Ken. No. 06-71, N.D. Cal. No. 06-06295 | | All plaintiffs, including Richard D. Suchanek III. |

DATED: July 29, 2009

THE MASON LAW FIRM, LLP

By ______________________

Gary E. Mason

Attorneys for all plaintiffs in *Suchanek v. Sprint Nextel Corp.*, W.D. Ken. No. 1:06-71, N.D. Cal. No. 06-06295.

| | | |
|---|---|---|
| *Bissitt, et al. v. Verizon Communications, Inc., Bellsouth Corp.*, D. R.I., No. 06-220, N.D. Cal. No. 06-05066 | | All plaintiffs, including Charles F. Bissitt, Sandra Bissitt, George Hayek, III, June Matrumalo, Gerard Thibeault, Arthur Bouchard, Maryann Bouchard, Aldo Caparco, Janice Caparco, Jenna Caparco, Rose Deluca, Nicole Mirabella, Patricia Pothier, Paul Pothier, Marshall Votta, Vincent Matrumalo, Paula Matrumalo, Jennifer Thomas, Christine Douquette and Maryann Klaczynski. |

DATED: July 14, 2009

REVENS, REVENS & ST. PIERRE

By [signature]

Michael A. St. Pierre
Attorneys for all plaintiffs in *Bissett, et al. v. Verizon Communications, Inc., Bellsouth Corp.*, D. R.I., No. 06-220, N.D. Cal. No. 06-05066

| | | |
|---|---|---|
| *Bready, et al. v. Verizon Maryland, Inc., Verizon,* D. Md. No. 06-2185, N.D. Cal. No. 06-06313 | | All plaintiffs, including Christopher Bready, Anne Bready, Kyu Chun Kim, Jenet Artis, Claudis Artis, David Beverly, Jr. |

DATED: July 20, 2009

GRIFFIN WHITAKER LLP

By ______________________

Joshua G. Whitaker

Attorneys for all plaintiffs in *Bready, et al. v. Verizon Maryland,* D. Md. No. 06-2185, N.D. Cal. No. 06-06313

| | | |
|---|---|---|
| *Campbell, et al. v. AT&T Communications of California, AT&T Corp., AT&T Inc.*, N.D. Cal. No. 06-03596 | | All plaintiffs, including Tom Campbell, George Main, Dennis P. Riordan, Margaret Russell, Robert Scheer, Peter Sussman, Richard Belzer, Marc Cooper, Stephen J. Mather, Sandra Richards, Curren Warf, American Civil Liberties Union of Northern California, ACLU of Southern California, American Civil Liberties Union of San Diego/Imperial Counties |

DATED: July 28, 2009

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

By

Ann Brick
American Civil Liberties Union Foundation of Northern California, Inc.

Peter Eliasberg
American Civil Liberties Union Foundation of Southern California

Attorneys for all plaintiffs in *Campbell, et al. v. AT&T Communications of California, AT&T Corp., AT&T Inc.*, N.D. Cal. No. 06-03596

| | | |
|---|---|---|
| *Riordan, et al. v. Verizon Communications, Inc.*, N.D. Cal. No. 06-03574 | | All plaintiffs, including Dennis P. Riordan, Edward Gerard de Bonis, Robert S. Gerstein, Rod Gorney, Robert Jacobson, Vincent J. Maniscalco, Carol Sobel, American Civil Liberties Union of Northern California, ACLU of Southern California, American Civil Liberties Union of San Diego/Impreial Counties |

DATED: July 28, 2009

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

By

Ann Brick
American Civil Liberties Union Foundation of Northern California, Inc.

Peter Eliasberg
American Civil Liberties Union Foundation of Southern California

Attorneys for all plaintiffs in *Riordan, et al. v. Verizon Communications, Inc.*, N.D. Cal. No. 06-03574

| | | |
|---|---|---|
| *Chulsky, et al. v Cellco Partnership, AT&T, Inc., Verizon Communications, Inc.*, D. N.J. No. 06-2530, N.D. Cal. No. 06-06570 | | All plaintiffs, including Glen Chulsky, Alejandro Trombley, Samuel Fisher, Omar Moreno, Stephen Ternlund, Paul Robilotti, Alan Toly Sapoznik |

DATED: July 28, 2009

MOTLEY RICE, LLC

By ______________________

Jodi W. Flowers
Vincent I. Parrett

Attorneys for all plaintiffs in *Chulsky, et al. v Cellco Partnership, AT&T, Inc., Verizon Communications, Inc.*, D. N.J. No. 06-2530, N.D. Cal. No. 06-06570

| | | |
|---|---|---|
| *Crockett, et al. v. Hawaiian Telcom, Inc., Nextel West Corp., AT&T, Inc.*, D. Hawaii. No. 06-0345, N.D. Cal. 06-06254 | | All plaintiffs, including Charmaine Crockett, A. Joris Watland, Anakalia Kaluna, Kim Coco Iwamoto, William R. Massey |

DATED: July 28, 2009

MOTLEY RICE, LLC

By ______________________

Jodi W. Flowers
Vincent I. Parrett

Attorneys for all plaintiffs in *Crockett, et al. v. Hawaiian Telcom, Inc., Nextel West Corp., AT&T, Inc.*, D. Hawaii. No. 06-0345, N.D. Cal. 06-06254

| | | |
|---|---|---|
| *Cross, et al. v. AT&T Communications, Inc, AT&T Corp., AT&T Teleholdings, Inc., AT&T, Inc., Bright House Networks, LLC, Indiana Bell Telephone Company Inc., MCI Communications Services, Inc., Nextel West Corp., Sprint Communications Co., LP, Sprint Spectrum LP, TDS Communications Solutions, Inc.,* S.D. Ind.. No. 06-0847, N.D. Cal. No. 06-06222 | | All plaintiffs, including Travis Cross, John Elder, Gabriel Fileppelli, Sam Goldstein, Healing Arts Center, David Kadlec, The Libertarian Party of Indiana, Tim Peterson, Carolyn W. Rader, Sam Goldstein Insurance Agency, Inc., Sean Sheppard |

DATED: July 28, 2009

MOTLEY RICE, LLC

By [signature]

Jodi W. Flowers
Vincent I. Parrett

Attorneys for all plaintiffs in *Cross, et al. v. AT&T Communications, Inc, AT&T Corp., AT&T Teleholdings, Inc., AT&T, Inc., Bright House Networks, LLC, Indiana Bell Telephone Company Inc., MCI Communications Services, Inc., Nextel West Corp., Sprint Communications Co., LP, Sprint Spectrum LP, TDS Communications Solutions, Inc.*, S.D. Ind.. No. 06-0847, N.D. Cal. No. 06-06222

| | | |
|---|---|---|
| *Dubois, et al. v. AT&T Corp., Charter Communications, LLC, MCI Worldcom Communications, Inc.*, W.D. Mich. No. 06-0085, N.D. Cal. No. 06-06387 | | All plaintiffs, including Christopher Yowtz, Rebecca Yowtz, Joan DuBois |

DATED: July 29, 2009

MOTLEY RICE, LLC

By [signature]

Jodi W. Flowers
Vincent I. Parrett

Attorneys for all plaintiffs in *Dubois, et al. v. AT&T Corp., Charter Communications, LLC, MCI Worldcom Communications, Inc.*, W.D. Mich. No. 06-0085, N.D. Cal. No. 06-06387

| | | |
|---|---|---|
| *Cross, et al. v. AT&T Communications, Inc, AT&T Corp., AT&T Teleholdings, Inc., AT&T, Inc., Bright House Networks, LLC, Indiana Bell Telephone Company Inc., MCI Communications Services, Inc., Nextel West Corp., Sprint Communications Co., LP, Sprint Spectrum LP, TDS Communications Solutions, Inc.*, S.D. Ind.. No. 06-0932, N.D. Cal. No. 06-06224 | | All plaintiffs, including Travis Cross, John Elder, Gabriel Fileppelli, Sam Goldstein, Healing Arts Center, David Kadlec, The Libertarian Party of Indiana, Tim Peterson, Carolyn W. Rader, Sam Goldstein Insurance Agency, Inc., Sean Sheppard |

DATED: July 28, 2009

MOTLEY RICE, LLC

By ______________________

Jodi W. Flowers
Vincent I. Parrett

Attorneys for all plaintiffs in *Cross, et al. v. AT&T Communications, Inc, AT&T Corp., AT&T Teleholdings, Inc., AT&T, Inc., Bright House Networks, LLC, Indiana Bell Telephone Company Inc., MCI Communications Services, Inc., Nextel West Corp., Sprint Communications Co., LP, Sprint Spectrum LP, TDS Communications Solutions, Inc.*, S.D. Ind.. No. 06-0847, N.D. Cal. No. 06-06222

| | | |
|---|---|---|
| *Pat Mahoney v. Verizon*, D. R.I. No. 1:06-224, N.D. Cal. No. 06-5065 | | Pat Mahoney |

DATED: July 22, 2009

STANLEY MANDEL & IOLA LLP

By [signature]

Roger L. Mandel

Attorneys for plaintiff Pat Mahoney in *Pat Mahoney v. Verizon*, D. R.I. No. 1:06-224, N.D. Cal. No. 06-5065

| | | |
|---|---|---|
| *Pam Mahoney v. AT&T*, D. R.I. No. 1:06-223, N.D. Cal. No. 06-5064 | | Pam Mahoney |

DATED: July 22, 2009

STANLEY MANDEL & IOLA LLP

By [signature]

Roger L. Mandel

Attorneys for all plaintiff Pam Mahoney in *Pam Mahoney v. AT&T*, D. R.I. No. 1:06-223, N.D. Cal. No. 06-5064

| | | |
|---|---|---|
| *Solomon v. Verizon*, E.D. Pa. No. 2:06-2193, N.D. Cal. 06-6388 | | Mark P. Solomon |

DATED: July 22, 2009

STANLEY MANDEL & IOLA LLP

By [signature]

Roger L. Mandel

Attorneys for all plaintiffs in Mark P. Solomon in *Mark P. Solomon. v. Verizon*, E.D. Pa. No. 2:06-2193, N.D. Cal. 06-6388

| | | |
|---|---|---|
| *Fuller. v. Verizon, Verizon Wireless,* D. Mont. No. 9:06-77, N.D. Cal. No. 06-5267 | | Rhea Fuller |

DATED: July 22, 2009

STANLEY MANDEL & IOLA LLP

By [signature]

Roger L. Mandel

Attorneys for all plaintiff Rhea Fuller in *Rhea Fuller, et al. v. Verizon, Verizon Wireless,* D. Mont. No. 9:06-77, N.D. Cal. No. 06-5267

| | | |
|---|---|---|
| *Souder v. AT&T Inc, AT&T Corp*, S.D. Cal. No. 3:06-1058, N.D. Cal. No. 06-5067 | | Shelly D. Souder |

DATED: July 22, 2009

STANLEY MANDEL & IOLA LLP

By ______________________

Roger L. Mandel

Attorneys for plaintiff Shelly D. Souder in *Shelly D. Souder v. AT&T Inc, AT&T Corp*, S.D. Cal. No. 3:06-1058, N.D. Cal. 06-5067

| | | |
|---|---|---|
| *Dolberg v. AT&T Corp, AT&T Inc.*, D.Mont. No. 06-78, N.D. Cal. No. 06-5269 | | Steve Dolberg |

DATED: July 24, 2009

STANLEY MANDEL & IOLA LLP

By ______________________

Roger L. Mandel

Attorneys for all plaintiff Steve Dolberg in *Steve v. AT&T Corp, AT&T Inc.*, D.Mont. No. 06-78, N.D. Cal. No. 06-5269

| | | |
|---|---|---|
| *Fortnash. v. AT&T Corp.*, S.D. Fla. No. 06-828, N.D. Cal. No. 06-06385 | | Theresa Fortnash |

DATED: July 30, 2009

BROAD AND CASSEL

By [signature]

M. Stephen Turner

Attorneys for plaintiff Theresa Fortnash in *Fortnash v. AT&T Corp.*, S.D. Fla. No. 06-828, N.D. Cal. No. 06-06385

| | | |
|---|---|---|
| *Hardy. v. AT&T Corp*, E.D. La. No. 06-2852, N.D. Cal. No. 06-06924 | | D. Clive Hardy |

DATED: July 30 2009

By *Gerald E. Meunier*

Gerald E. Meunier

Attorneys for all plaintiffs in *Hardy, et al. v. AT&T Corp*, E.D. La. No. 2:06-2852

| | | |
|---|---|---|
| *Harrington, et al. v. AT&T Inc., AT&T Corp., AT&T Operations, Inc, New Cingular Wireless Services, Inc.*, W.D. Tex. No. 06-374, N.D. Cal. No. 06-05452 | | All plaintiffs, including James C. Harrington, Richard A. Grigg, Louis Black, The Austin Chronicle, and Michael Kentor |

DATED: July 28, 2009

GEORGE & BROTHERS, LLP

By ______________________
R. James George

Attorneys for all plaintiffs in *Harrington, et al. v. AT&T Inc., AT&T Corp., AT&T Operations, Inc, New Cingular Wireless Services, Inc.*, W.D. Tex. No. 06-374, N.D. Cal. No. 06-05452

| | | |
|---|---|---|
| *Herron, et al. v. Verizon Global Networks, Inc., AT&T Corp., AT&T Co., Bellsouth Communications Systems, LLC, and Bellsouth Telecommunications, Inc.*, E.D. La. No. 06-2491, N.D. Cal. No. 06-05343 | | All plaintiffs, including Tina Herron and Brandy Sergi |

DATED: July 28, 2009

By ______________________

Val Patrick Exnicios

Attorneys for all plaintiffs in *Herron, et al. v. Verizon Global Networks, Inc., AT&T Corp., AT&T Co., Bellsouth Communications Systems, LLC, and Bellsouth Telecommunications, Inc.*, E.D. La. No. 06-2491, N.D. Cal. No. 06-05343

| | | |
|---|---|---|
| *Hines, et al. v Verizon Communications, Inc., Verizon Northwest, Inc., D. Ore.* No. 06-0694, N.D. Cal. No. 06-05341 | | All plaintiffs, including Darryl Hines, Alex Klabacka, and Jana Klabacka |

DATED: July 29, 2009

SLATER ROSS

By ______________________

Christopher A. Slater

Attorneys for all plaintiffs in *Hines, et al. v Verizon Communications, Inc., Verizon Northwest, Inc., D. Ore.* No. 06-0694, N.D. Cal. No. 06-05341

| | | |
|---|---|---|
| *Jacobs, et al. v. AT&T Corp., Bellsouth Telecommunications, Inc., Cingular Wireless, LLC, Verizon Communications, Inc., Verizon Florida, Inc.*, S.D. Fla. No. 07-60365, N.D. Cal. No. 07-02538 | | All plaintiffs, including Howard Jacobs, Laurence Kornblum, and Kathleen Miller |

DATED: July 30, 2009

BADER, STILLMAN & ADLER, PL

By ______________________

Brian H. Adler

Attorneys for all plaintiffs in *Jacobs, et al. v. AT&T Corp., Bellsouth Telecommunications, Inc., Cingular Wireless, LLC, Verizon Communications, Inc., Verizon Florida, Inc.*, S.D. Fla. No. 07-60365, N.D. Cal. No. 07-02538

| | | |
|---|---|---|
| *Mink v. AT&T Communications of the Southwest, Inc., Southwestern Bell Telephone, L.P. and SBC Long Distance, LLC*, E.D. Mo., No. 06-1113, N.D. Cal. No. 06-07934 | | All plaintiffs, including Claudia Mink |

DATED: July 30, 2009

STONE, LEYTON & GERSHMAN, P.C.

By ______________________

Sam J. Alton
Joseph R. Dulle

Attorneys for all plaintiffs in *Mink v. AT&T Communications of the Southwest, Inc., Southwestern Bell Telephone, L.P. and SBC Long Distance, LLC*, E.D. Mo., No. 06-1113, N.D. Cal. No. 06-07934