[Counsel listed on subsequent pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br>This Document Relates To:<br><br>**All Cases Except**: *Al-Haramain Islamic Foundation, Inc. v. Bush*, No. 07-0109; *Center for Constitutional Rights v. Bush*, No. 07-1115; *Guzzi v. Bush*, No. 06-06225; *Shubert v. Bush*, No. 07-0693; *Clayton v. AT&T Commc'ns of the Southwest*, No. 07-1187; *U.S. v. Adams*, No. 07-1323; *U.S. v. Clayton*, No. 07-1242; *U.S. v. Palermino*, No. 07-1326; *U.S. v. Rabner*, No. 07-1324; *U.S. v. Volz*, No. 07-1396; *McMurray v. Verizon Communications, Inc.* No. 09-0131; *Conner v. Scroggins,* No. 06-05576; *Derosier v. Cingular Wireless LCC et al.,* No. 06-06253; *Payne v. Verizon Communic'ns, Inc.*. No. 06-06435; *Electron Tubes, Inc. v. Verizon Communications,* No. 06-06433; *Trevino et al v. AT&T Communications of the Southwest, Inc.,* No. 06-05268; *U.S. v. Maine PUC,* No. 07-01323; *U.S. v. Gaw*, No. 07-01242; *U.S. v. O'Donnell,* No. 07-01324; *Marck, et al. v. Verizon Communications, Inc.,* No. 06-05063 | MDL Docket No. 06-1791 VRW<br><br>**CLASS ACTIONS**<br><br>**NOTICE OF DESIGNATION OF PREVIOUSLY-PREPARED TRANSCRIPTS**<br><br>Judge: The Hon. Vaughn R. Walker<br><br>Notice of Appeal filed July 31, 2009<br><br>United States Court of Appeals for the Ninth Circuit Case Nos. 09-16676, 09-16677, 09-16679, 09-16682, 09-16683, 09-16684, 09-16685, 09-16686, 09-16687, 09-16688, 09-16690, 09-16691, 09-16692, 09-16693, 09-16694, 09-16696, 09-16697, 09-16698, 09-16700, 09-16701, 09-16702, 09-16704, 09-16706, 09-16707, 09-16708, 09-16709, 09-16710, 09-16712, 09-16713, 09-16717, 09-16719, 09-16720, 09-16723<br>**(Consolidated on Appeal)** |


Dockets.Justia.com

Please take notice that pursuant to Federal Rule of Appellate Procedure 10(b) and Ninth Circuit Rule 10-3, plaintiffs-appellants hereby designate the following transcripts, previously prepared by the court reporter and on file in the district court, for use in this appeal:

September 12, 2008 Hearing (Dkt. No. 512 in Case No. M-06-1791 VRW)

December 2, 2008 Hearing (Dkt. No. 532 in Case No. M-06-1791 VRW).

DATED: August 31, 2009

Respectfully submitted,

*/s/ Richard R. Wiebe*

Richard R. Wiebe

LAW OFFICE OF RICHARD R. WIEBE

ROGER BALDWIN FOUNDATION OF ACLU
HARVEY GROSSMAN
ADAM SCHWARTZ
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 201-9760

COUNSEL FOR AT&T CLASS PLAINTIFFS AND CO-CHAIR OF PLAINTIFFS' EXECUTIVE COMMITTEE, COUNSEL FOR PLAINTIFFS IN *TERKEL v. AT&T*

ANN BRICK
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

COUNSEL FOR PLAINTIFFS IN *CAMPBELL v. AT&T* AND *RIORDAN v. VERIZON COMMUNICATIONS INC.*

MOTLEY RICE LLC
RONALD MOTLEY
DONALD MIGLIORI
JODI WESTBROOK FLOWERS
VINCENT I. PARRETT
28 Bridgeside Boulevard

ELECTRONIC FRONTIER FOUNDATION
CINDY A. COHN, ESQ.
LEE TIEN, ESQ.
KURT OPSAHL, ESQ.
KEVIN S. BANKSTON, ESQ.
CORYNNE MCSHERRY, ESQ.
JAMES S. TYRE, ESQ.
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

COUNSEL FOR AT&T CLASS PLAINTIFFS AND CO-CHAIR OF PLAINTIFFS' EXECUTIVE COMMITTEE, COUNSEL FOR PLAINTIFFS IN *HEPTING, ET AL. v. AT&T CORP., ET AL.*

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE
425 California Street
Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

COUNSEL FOR PLAINTIFFS IN *HEPTING, ET AL. v. AT&T CORP., ET AL.*

THE MOORE LAW GROUP
THOMAS E. MOORE III
228 Hamilton Ave., 3d Fl.
Palo Alto, CA 94301
Telephone: (650) 798-5352
Facsimile: (650) 798-5001

P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

PLAINTIFFS' COUNSEL FOR VERIZON SUBSCRIBER CLASS

GEORGE & BROTHERS, LLP
R. JAMES GEORGE
D. DOUGLAS BROTHERS
1100 Norwood Tower
114 West 7th Street
Austin, TX 78701
Telephone: (512) 495-1400
Facsimile (512) 499-0094

COUNSEL FOR PLAINTIFFS IN *HARRINGTON V. AT&T INC.*

THE MASON LAW FIRM, PC
GARY E. MASON
NICHOLAS A. MIGLIACCIO
1225 19th St., NW, Ste. 500
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

PLAINTIFFS' COUNSEL FOR SPRINT SUBSCRIBER CLASS

BRUCE I AFRAN, ESQ.
10 Braeburn Drive
Princeton, NJ 08540
609-924-2075

PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS

KRISLOV & ASSOCIATES, LTD.
CLINTON A. KRISLOV
20 North Wacker Drive
Suite 1350
Chicago, IL 60606
Telephone: (312) 606-0500
Facsimile: (312) 606-0207

PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS

COUNSEL FOR PLAINTIFFS IN *HEPTING, ET AL. v. AT&T CORP., ET AL.*

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ELIZABETH J. CABRASER
BARRY R. HIMMELSTEIN
ERIC B. FASTIFF
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

PLAINTIFFS' COUNSEL FOR MCI SUBSCRIBER CLASS

LISKA, EXNICIOS & NUNGESSER
ATTORNEYS-AT-LAW
VAL PATRICK EXNICIOS
One Canal Place, Suite 2290
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 410-9611
Facsimile: (504) 410-9937

PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS

MAYER LAW GROUP LLC
CARL J. MAYER
66 Witherspoon Street, Suite 414
Princeton, New Jersey 08542
Telephone: (609) 921-8025
Facsimile: (609) 921-6964

PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS

THE LAW OFFICES OF STEVEN E. SCHWARZ, ESQ.
STEVEN E. SCHWARZ
2461 W. Foster Ave., #1W
Chicago, IL 60625
Telephone: (773) 837-6134

PLAINTIFFS' COUNSEL FOR BELLSOUTH SUBSCRIBER CLASS