BETH BRINKMANN
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
PAUL E. AHERN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6102
Washington, DC 20001
Tel: (202) 514-4782
Fax: (202) 616-8460
tony.coppolino@usdoj.gov

*Attorneys for the Government Defendants in Their Official Capacities*

MATTHEW D. BRINCKERHOFF
ILANN M. MAAZEL

EMERY CELLI BRINCKERHOFF & ABADY LLP

75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Tel: 212-763-5000
Fax: 212-763-5001

imaazel@ecbalaw.com

*Attorneys for the Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

VIRGINIA SHUBERT, *et al.*,

*Plaintiffs*,

v.

UNITED STATES OF AMERICA, *et al.*,

*Defendants.*

Case No. C:07-cv-693-VRW

**SECOND STIPULATION TO EXTEND TIME TO RENEW MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**

Courtroom: 6, 17th Floor
Judge: Hon. Vaughn R. Walker



Dockets.Justia.com

Pursuant to Local Rule 6-2, the parties hereby stipulate to a further extension of time for the Government Defendants to renew their motion to dismiss and for summary judgment, and to adjust the briefing schedule on that motion accordingly, but not the scheduled hearing date.

**RECITALS**

1. On September 10, 2009, the parties agreed to and the Court adopted a briefing schedule for Government Defendants to renew their dispositive motion based on the Government's assertion of the state secrets privilege. (Dkt. 31).

2. On October 7, 2009, the Court approved a stipulation requested by the Government to modify that schedule under which the Government Defendants' renewed motion is presently due October 20, 2009; plaintiffs' opposition is due November 24, 2009; and Government Defendants' reply is due December 4, 2009. A hearing for that motion is scheduled for December 15, 2009. (Dkt. 33).

3. On September 23, 2009, the Attorney General of the United States issued a revised policy pertaining to the review of agency requests to invoke the state secrets privilege in litigation (the "state secrets policy"). *See* Memorandum from the Attorney General, *Policies and Procedures Governing Invocation of the State Secrets Privilege* 1 (Sept. 23, 2009) (Exhibit 1). The new policy applies to new assertions of the state secrets privilege made after October 1, 2009. *Id.* at 1. Under the policy, a proposed invocation of the state secrets privilege in litigation requires several stages of review, including ultimately by the Attorney General. *Id.* at 2-3.

4. The Government's forthcoming motion may be accompanied by a new assertion of the state secrets privilege by the current Director of National Intelligence and, since it is now after October 1, 2009, such an assertion is subject to Department of Justice review under the new policy. The Government requires an additional week to complete those deliberations, including any review by the Attorney General.

5. In addition, subsequent to the prior scheduling stipulation, counsel for the Government was advised that the Director of National Intelligence will be unavailable during the week of October 19, 2009, to complete his review of the matter, including any privilege assertion.

6. The Government therefore requires an additional week to complete the review of its forthcoming submission by senior officials, including the Attorney General of the United States and the Director of National Intelligence.

7. Accordingly, the parties have stipulated and agreed to, and seek the Court's approval of, a revised briefing schedule under which the Government Defendants' renewed dispositive motion would be due no later than October 27, 2009; plaintiffs' opposition to that motion would be due no later than December 2, 2009; and the Government Defendants' reply would be due on December 8, 2009.

8. The parties propose no change in the currently scheduled date for the hearing on the Government Defendants' motion (December 15, 2009). A proposed order is attached.

**STIPULATION**

Pursuant to Local Rule 6-2, the parties hereby stipulate that: the Government Defendants' renewed dispositive motion would be due no later than October 27, 2009; the plaintiffs' opposition to that motion would be due no later than December 2, 2009; and the Government Defendants' reply in support of the motion would be due no later than December 8, 2009. The hearing on the Government Defendants' motion would remain as previously scheduled on December 15, 2009 at 10 a.m.

DATED: October 16, 2009

Respectfully Submitted,

BETH BRINKMANN
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
PAUL E. AHERN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6102
Washington, DC 20001
Tel: (202) 305-0633
Fax: (202) 616-8460
paul.ahern@usdoj.gov

By: *\/s Paul E. Ahern*
Paul E. Ahern

*Attorneys for the Government Defendants Sued in Their Official Capacity*

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, PAUL E. AHERN, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on October 16, 2009, in the City of Washington, District of Columbia.

BETH BRINKMANN
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
PAUL E. AHERN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6102
Washington, DC 20001
Tel: (202) 514-4782
Fax: (202) 616-8460
tony.coppolino@usdoj.gov

By: *s/ Paul E. Ahern*
Paul E. Ahern

*Attorneys for the Government Defendants Sued in Their Official Capacity*

EMERY CELLI BRINCKERHOFF
& ABADY LLP
MATTHEW D. BRINCKERHOFF
ILANN M. MAAZEL
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Tel: 212-763-5000
Fax: 212-763-5001
imaazel@ecbalaw.com

By: *s/ Ilann M. Maazel* per G.O. 45
Ilann M. Maazel

*Attorneys for Plaintiffs*