In re National Security Agency Telecommunications Records Litigation Doc. 676



BETH S. BRINKMANN
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
PAUL E. AHERN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6102
Washington, DC 20001
Tel: (202) 514-4782
Fax: (202) 616-8460
tony.coppolino@usdoj.gov

*Attorneys for the Government Defendants*

MATTHEW D. BRINCKERHOFF
ILANN M. MAAZEL

EMERY CELLI BRINCKERHOFF
& ABADY LLP

75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Tel: 212-763-5000
Fax: 212-763-5001

imaazel@ecbalaw.com

*Attorneys for the Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW** |
| This Document Relates Solely To: *Shubert et al. v. United States of America et al.* (Case No. 07-cv-00693-VRW) | **THIRD STIPULATION TO EXTEND TIME TO RENEW MOTION TO DISMISS AND FOR SUMMARY JUDGMENT** Courtroom: 6, 17th Floor Chief Judge Vaughn R. Walker |



Dockets.Justia.com

Pursuant to Local Rule 6-2, the parties hereby stipulate to a further extension of time for the Government Defendants to renew their motion to dismiss and for summary judgment, and to adjust the briefing schedule on that motion accordingly, but not the scheduled hearing date.

**RECITALS**

1. On September 10, 2009, the parties agreed to and the Court adopted a briefing schedule for Government Defendants to renew their dispositive motion based on the Government's assertion of the state secrets privilege. (Dkt. 31).

2. On October 21, 2009, the Court approved a second stipulation requested by the Government to modify the briefing schedule. According to that stipulation, the Government's renewed motion is presently due on October 27, 2009; plaintiffs' opposition to that motion is due December 2, 2009; and the Government Defendants' reply is due on December 8, 2009. The hearing on the Government Defendants' motion remains scheduled for December 15, 2009. (Dkt. 35).

3. As described in the Government's second stipulation, the Government Defendants' renewed motion may be accompanied by a new assertion of the state secrets privilege by the current Director of National Intelligence. The Attorney General of the United States has issued a revised policy pertaining to the review of agency requests to invoke the state secrets privilege in litigation, and this recent policy applies to the potential assertion of the privilege in this case. Under the policy, a proposed invocation of the state secrets privilege in litigation requires several stages of review, including ultimately by the Attorney General.

4. The Government anticipated completing this review by October 27, 2009, as described in the second stipulation. The undersigned counsel for the Government was informed on October 26, 2009, that senior Department of Justice officials undertaking review of the matter pursuant to the new policy require three (3) additional days to complete that process. The Government therefore requests three (3) additional days to complete those deliberations, including any review by the Attorney General.

5. The Government will not seek any further extensions of the briefing schedule. Plaintiffs' stipulation to this schedule is conditioned upon the Government's representation that it

will not seek any further extensions of time to file its renewed motion.

6. Accordingly, the parties have stipulated and agreed to, and seek the Court's approval of, a revised briefing schedule under which the Government Defendants' renewed dispositive motion would now be due no later than October 30, 2009, and plaintiffs' opposition to that motion would be due no later than December 4, 2009. The Government Defendants' reply would be due on December 8, 2009, as previously scheduled by the Court.

7. The parties propose no change in the currently scheduled date for the hearing on the Government Defendants' motion (December 15, 2009). A proposed order is attached.

**STIPULATION**

Pursuant to Local Rule 6-2, the parties hereby stipulate that: the Government Defendants' renewed dispositive motion would now be due no later than October 30, 2009, and the plaintiffs' opposition to that motion would be due no later than December 4, 2009. The Government Defendants' reply in support of the motion would be due no later than December 8, 2009, as previously scheduled by the Court. The hearing on the Government Defendants' motion would remain as previously scheduled by the Court on December 15, 2009, at 10 a.m.

DATED: October 26, 2009

Respectfully Submitted,

BETH S. BRINKMANN
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
PAUL E. AHERN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6102
Washington, DC 20001
Tel: (202) 514-4782
Fax: (202) 616-8460
paul.ahern@usdoj.gov

By: *[/s Paul E. Ahern]*
Paul E. Ahern

*Attorneys for the Government Defendants*

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, PAUL E. AHERN, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on October 26, 2009, in the City of Washington, District of Columbia.

BETH S. BRINKMANN
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
PAUL E. AHERN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6102
Washington, DC 20001
Tel: (202) 514-4782
Fax: (202) 616-8460
tony.coppolino@usdoj.gov

By: *s/ Paul E. Ahern*
Paul E. Ahern

*Attorneys for the Government Defendants*

EMERY CELLI BRINCKERHOFF
& ABADY LLP
MATTHEW D. BRINCKERHOFF
ILANN M. MAAZEL
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Tel: 212-763-5000
Fax: 212-763-5001
imaazel@ecbalaw.com

By: *s/ Ilann M. Maazel* per G.O. 45
Ilann M. Maazel

*Attorneys for Plaintiffs*