BRUCE I. AFRAN
CARL J. MAYER
STEVEN E. SCHWARZ

Attorneys for the Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION** | **MDL Docket No. 06-1791 (VRW)** |
| **This Document Relates To:** | **PLAINTIFFS/APPELLANTS' CERTIFICATE** |
| ***McMurray, et al. v. Verizon Comm., Inc., et al.*, No. 09-cv-00131-VRW ("*McMurray II*"), CA9 Docket No. 09-17133** | Chief Judge Vaughn R. Walker |

# CERTIFICATE

Pursuant to Fed. R. App. P. 10 and 9th Cir. R. 10-3, Plaintiffs-Appellants, through counsel, hereby state and certify that they do not intend to order any transcripts.

Dated: October 26, 2009
Chicago, Illinois

Respectfully submitted,

By: __/s/ Steven E. Schwarz_________
Steven E. Schwarz

THE LAW OFFICES OF STEVEN E. SCHWARZ, ESQ., LLC
Steven E. Schwarz, Esq.
2461 W. Foster Ave., #1W
Chicago, IL 60625
Telephone: (773) 837-6134



Dockets.Justia.com

Facsimile: (773) 837-6134

*Attorney for the Plaintiffs*

BRUCE I. AFRAN, Esq.
10 Braeburn Drive
Princeton, NJ 08540
Telephone: (609) 924-2075

MAYER LAW GROUP, LLC
CARL J. MAYER
66 Witherspoon Street, Suite 414
Princeton, NJ 08542
Telephone: (609) 921-8025
Facsimile: (609) 921-6964

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Steven E. Schwarz, an attorney, hereby certify that, on this 26th day of October, 2009, I filed and served the foregoing Certificate using the Court's CM/ECF electronic filing system which will deliver copies to all counsel of record registered with that system.

By: /s/ Steven E. Schwarz
Steven E. Schwarz