BETH S. BRINKMANN
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
MARCIA BERMAN
Senior Trial Counsel
PAUL E. AHERN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460

*Attorneys for the Government Defendants*
*Sued in their Official Capacity*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN, and JOICE WALTON,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL SECURITY AGENCY ("NSA"); KEITH B. ALEXANDER, Director of the NSA; UNITED STATES OF AMERICA; BARACK OBAMA, President of the United States; UNITED STATES DEPARTMENT OF JUSTICE; ERIC HOLDER, Attorney General of the United States; DENNIS C. BLAIR, Director of National Intelligence.<br><br>*Government Defendants Sued in Their Official Capacity.* | Case No. C:08-cv-4373-VRW<br><br>**NOTICE OF ORDER BY COURT OF APPEALS GRANTING REHEARING *EN BANC* IN *MOHAMED V. JEPPESEN DATAPLAN, INC.***<br><br>Chief Judge Vaughn R. Walker |

**NOTICE OF ORDER BY COURT OF APPEALS GRANTING REHEARING *EN BANC* IN *MOHAMED V. JEPPESEN DATAPLAN, INC.***

Government Defendants hereby give notice of the attached Order, Ex.1, issued yesterday by the United States Court of Appeals for the Ninth Circuit, that the case of *Mohamed v. Jeppesen Dataplan, Inc.*, 579 F.3d 943 (9th Cir. amended Aug. 31, 2009), is to be reheard *en banc* by that Court during the week of December 14, 2009, Ex.2. Plaintiffs in this action relied on the panel's decision in *Jeppesen* in opposing the Government Defendants' pending Motion to Dismiss and for Summary Judgment by arguing, among other things, that *Jeppesen* foreclosed this Court from dismissing the action or granting summary judgment to the Government at this juncture. (*See* Dkt. 29 at 18-23). In light of this decision to rehear the case *en banc*, however, the panel opinion in *Jeppesen* is not precedent to any district court of the Ninth Circuit. *See* Ex.1; Ninth Cir. R. 35-3 advisory committee's note; Ninth Cir. Gen. Order 5.5(d).

October 28, 2009

Respectfully Submitted,

BETH S. BRINKMANN
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

*s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

*s/ Paul E. Ahern*
PAUL E. AHERN
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460

*Attorneys for the Government Defendants Sued in their Official Capacity*