BETH S. BRINKMANN
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
MARCIA BERMAN
Senior Trial Counsel
PAUL E. AHERN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460

*Attorneys for the Government Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW** |
| <u>This Document Relates Solely To:</u><br><br>*Shubert et al. v. United States of America et. al.* (Case No. 07-cv-00693-VRW) | **GOVERNMENT DEFENDANTS' NOTICE OF LODGING OF *IN CAMERA*, *EX PARTE* CLASSIFIED DECLARATION OF LT. GEN. KEITH B. ALEXANDER, DIRECTOR OF THE NATIONAL SECURITY AGENCY**<br><br>Date: December 15, 2009<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor<br>Chief Judge Vaughn R. Walker |



Dockets.Justia.com

The Government Defendants hereby provide notice that the Classified Declaration of Lieutenant General Keith B. Alexander, Director of the National Security Agency, dated October 30, 2009, is being lodged with court security officers solely for the Court's *in camera* and *ex parte* review.

Date: October 30, 2009

Respectfully Submitted,

BETH S. BRINKMANN
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

*s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

*s/ Marcia Berman*
MARCIA BERMAN
Senior Trial Counsel

*s/ Paul E. Ahern*
PAUL E. AHERN
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

*Attorneys for the Government Defendants*