BETH S. BRINKMANN
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
MARCIA BERMAN
Senior Trial Counsel
PAUL E. AHERN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460

*Attorneys for the Government Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates Solely To:<br><br>*Shubert et al. v. United States of America et. al.* (Case No. 07-cv-00693-VRW) | **No. M:06-cv-01791-VRW**<br><br>**GOVERNMENT DEFENDANTS' NOTICE OF LODGING OF *IN CAMERA*, *EX PARTE* CLASSIFIED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**<br><br>Date: December 15, 2009<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor<br>Chief Judge Vaughn R. Walker |

**Government Defendants' Notice of Lodging of *In Camera*, *Ex Parte* Classified Supplemental Memorandum**
*Shubert et al. v. United States of America et al.*, **Case No. 07-cv-00693-VRW (MDL 06-cv-1791-VRW)**

The Government Defendants hereby provide notice that the Classified Memorandum of Points and Authorities in Support of the Motion to Dismiss and for Summary Judgment, dated October 30, 2009, is being lodged with court security officers solely for the Court's *in camera* and *ex parte* review.

Date: October 30, 2009　　　　　　　　　　　　Respectfully Submitted,

BETH S. BRINKMANN
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

　*s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

　*s/ Marcia Berman*
MARCIA BERMAN
Senior Trial Counsel

　*s/ Paul E. Ahern*
PAUL E. AHERN
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

*Attorneys for the Government Defendants*