1

2                              [PROPOSED] ORDER

3          Pursuant to the foregoing stipulation to extend time to renew motion to dismiss and for

4   summary judgment and good cause appearing, it is hereby ORDERED that:

5          1.      The Government Defendants' renewed motion to dismiss and for summary

6   judgment shall be filed no later than October 30, 2009.

7          2.      The Plaintiffs' opposition to that motion shall be filed no later than December 4,

8   2009.

9          3.      The Government Defendants' reply in support of the motion shall be filed no later

10  than December 8, 2009.

11         4.      A hearing on the Government Defendants' motion shall be conducted on

12  December 15, 2009, at 10:00 a.m.

13

14  IT IS SO ORDERED.

15

16  Dated: ____Nov 2____, 2009.

17  The H____                                        
    Unit____

18

19

20

21

22

23

24

25

26

27

28

---

**Third Stipulation to Extend Time to Renew Motion to Dismiss and for Summary Judgment**
*Shubert v. United States* (07-cv-693-VRW)/(MDL 06-cv-1791-VRW)