Laurence F. Pulgram (CSB No. 115163)
lpulgram@fenwick.com
Jennifer L. Kelly (CSB No. 193416)
jkelly@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350

Peter J. Eliasberg (CSB No. 189110)
peliasberg@aclu-sc.org
Clare I. Pastore (CSB No. 135933)
cpastore@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 250-3919

Julia Harumi Mass (CSB No. 189649)
jmass@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (4150 255-8437

David Blair-Loy (CSB No. 229235)
dblairloy@aclusandiego.org
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 232-2121
Attorneys for Plaintiffs in Riordan and Campbell, *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION,<br><br>This Document Relates To:<br><br>(1) *Riordan v. Verizon Communications Inc.* (C-06-3574 VRW)<br><br>(2) *Campbell v. AT&T*, C-06-3596 VRW | MDL No. 06-1791 VRW<br><br>No. C-06-3574 VRW<br>No. C-06-3596 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF FENWICK & WEST LLP AS COUNSEL FOR PLAINTIFFS DENNIS P. RIORDAN, *ET AL.* AND TOM CAMPBELL, *ET AL.***<br><br>**CIVIL LOCAL RULES 7-12 & 11-5(A)** |

**STIPULATION**

Plaintiffs Dennis P. Riordan, *et al.* and Tom Campbell *et al.*, by and through their counsel Peter Eliasberg of the ACLU Foundation of Southern California, Julia Harumi Mass of the ACLU Foundation of Northern California, , and David Blair-Loy of the ACLU Foundation of San Diego& Imperial Counties (collectively, "ACLU attorneys"), and the law firm of Fenwick & West LLP ("Fenwick") hereby stipulate as follows:

Whereas, Fenwick and the ACLU attorneys have represented Plaintiffs in this action as co-counsel, and Fenwick now desires to withdraw as counsel of record for Plaintiffs; and

Whereas, the ACLU attorneys will continue to represent Plaintiffs in these actions; and

Whereas, all parties to this action are notified of this withdrawal through the electronic filing of this Stipulation and [Proposed] Order;

IT IS THEREFORE STIPULATED, pursuant to Rules 7-12 and 11-5(a) of the Civil Local Rules of the United States District Court for the Northern District of California, that Fenwick & West LLP may and hereby does withdraw as counsel for Plaintiffs Dennis P. Riordan *et al.* and Tom Campbell et al. in the above-captioned actions.

Dated: November 5, 2009

Respectfully submitted,

FENWICK & WEST LLP
Laurence F. Pulgram (CSB No. 115163)
lpulgram@fenwick.com
Jennifer L. Kelly (CSB No. 193416)
jkelly@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350


By: /s/ *Laurence F. Pulgram*
        Laurence F. Pulgram

Attorneys for Plaintiffs in Riordan and Campbell, *et al.*

STIPULATION AND [PROPOSED] ORDER FOR
WITHDRAWAL OF FENWICK & WEST LLP AS
COUNSEL FOR PLAINTIFFS

2

MDL NO. 06-1791 VRW

Peter J. Eliasberg (CSB No. 189110)
peliasberg@aclu-sc.org
Clare I. Pastore (CSB No. 135933)
cpastore@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 250-3919

By: */s/ Peter Eliasberg*
          Peter Eliasberg

Julia Harumi Mass (CSB No. 189649)
jmass@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (4150 255-8437

By: */s/ Julia Harumi Mass*
          Julia Harumi Mass

Attorneys for Plaintiffs
in Riordan and Campbell, *et al.*

Attorneys for Plaintiffs
in Riordan and Campbell, *et al.*

David Blair-Loy (CSB No. 229235)
dblairloy@aclusanddiego.org
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 232-2121

By: */s/ David Blair-Loy*
          David Blair-Loy

Attorneys for Plaintiffs
Riordan and Campbell, *et al.*

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____  _____
THE HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE