| | |
|---|---|
| 1 | MICHAEL F. HERTZ<br>Deputy Assistant Attorney General |
| 2 | DOUGLAS N. LETTER<br>Terrorism Litigation Counsel |
| 3 | JOSEPH H. HUNT<br>Director, Federal Programs Branch |
| 4 | VINCENT M. GARVEY<br>Deputy Branch Director |
| 5 | ANTHONY J. COPPOLINO<br>Special Litigation Counsel |
| 6 | ALEXANDER K. HAAS (SBN 220932)<br>Trial Attorney |
| 7 | U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| 8 | 20 Massachusetts Avenue, NW, Rm. 6102<br>Washington, D.C. 20001 |
| 9 | Phone: (202) 514-4782—Fax: (202) 616-8460 |
| 10 | *Attorneys for the Government Defendants* |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. M:06-CV-01791-VRW<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |
| This Document Solely Relates To:<br><br>ALL CASES | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Alexander K. Haas is transferring to another division within the U.S. Department of Justice and hereby withdraws his appearance on behalf of the United States and Government Defendants as counsel in all cases.

Dated: November 6, 2009         Respectfully Submitted,

                                MICHAEL F. HERTZ
                                Deputy Assistant Attorney General

                                DOUGLAS N. LETTER

Notice of Withdrawal of Appearance in All Cases (MDL 06-cv-1791-VRW)

Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

ANTHONY J. COPPOLINO
Special Litigation Counsel

   *s/ Alexander K. Haas*
ALEXANDER K. HAAS (SBN 220932)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 307-3937—Fax: (202) 616-8470

*Attorneys for the Government Defendants*

**Notice of Withdrawal of Appearance in All Cases (MDL 06-cv-1791-VRW)**                                -2-