| | |
|---|---|
| 1 | PETER J. ELIASBERG (CSB No. 189110) |
| | peliasberg@aclu-sc.org |
| 2 | ACLU FOUNDATION OF SOUTHERN CALIFORNIA |
| 3 | 1313 W. 8th Street |
| | Los Angeles, CA  90017 |
| 4 | Telephone: (213) 977-9500 |
| | Facsimile:  (213) 250-3919 |
| 5 | |
| | JULIA HARUMI MASS (CSB No. 189649) |
| 6 | jmass@aclunc.org |
| | ANN BRICK (CSB No. 65296) |
| 7 | abrick@aclunc.org |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| 8 | 39 Drumm Street |
| | San Francisco, CA  94111 |
| 9 | Telephone:  (415) 621-2493 |
| | Facsimile:  (415) 255-8437 |
| 10 | |
| | DAVID BLAIR-LOY (CSB No. 229235) |
| 11 | dblairloy@aclusandiego.org |
| | ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES |
| 12 | P.O. Box 87131 |
| 13 | San Diego, CA  92138-7131 |
| | Telephone:  (619) 232-2121 |
| 14 | |
| | Attorneys for Plaintiffs in |
| 15 | Riordan and Campbell, *et al.* |

16

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | IN RE: | MDL Docket No 06-1791 VRW |
| 21 | NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. C-06-3574 VRW |
| 22 | | No. C-06-3596 VRW |
| 23 | This Document Relates To: | **NOTICE OF APPEARANCE AND REASSIGNMENT OF COUNSEL WITHIN SAME OFFICE; NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR ORDER OF WITHDRAWAL; [PROPOSED] ORDER** |
| 24 | (1) *Riordan v. Verizon Communications Inc.* (C-06-3574 VRW) | |
| 25 | | |
| 26 | (2) *Campbell v. AT&T* (C-06-3596 VRW) | **CIVIL LOCAL RULE 11-5(a)** |
| 27 | | |
| 28 | | |

**NOTICE OF APPEARANCE AND**  
**REQUEST FOR LEAVE TO WITHDRAW**

MDL Docket No. 06-1791 VRW  
C-06-3574 VRW  
C-06-3596 VRW

Dockets.Justia.com

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Julia Harumi Mass hereby enters her appearance as counsel of record for Plaintiffs Tom Campbell, George Main, Dennis P. Riordan, Margaret Russell, Robert Scheer, Peter Sussman, Richard Belzer, Marc Cooper, Stephen J. Mather, Sandra Richards, Curren Warf, Dennis P. Riordan, Edward Gerard De Bonis, Robert S. Gerstein, Rod Gorney, Robert Jacobson, Vincent J. Maniscalco, Carol Sobel, American Civil Liberties Union of Northern California, ACLU of Southern California, and ACLU of San Diego & Imperial Counties.  Please take further notice that this case has been reassigned to Julia Harumi Mass from another attorney in the same office, Ann Brick.  Copies of all pleadings, papers, and notices should be served as follows:

> Julia Harumi Mass (CSB 189649)
> AMERICAN CIVIL LIBERTIES UNION
> FOUNDATION OF NORTHERN CALIFORNIA
> 39 Drumm Street
> San Francisco, California 94111
> Telephone: (415) 621-2493
> Facsimile: (415) 255-8437
> Email: jmass@aclunc.org

PLEASE TAKE FURTHER NOTICE that Ann Brick has retired from law practice and seeks leave to withdraw and hereby does withdraw as counsel for Plaintiffs in this matter pursuant to Local Civil Rule 11-5(a).  By electronic mail dated October 2, 2009 and November 9, 2009, counsel informed Plaintiffs that Ms. Brick would be withdrawing as counsel and that Ms. Mass would be serving as co-counsel with ongoing Plaintiffs' counsel Peter Eliasberg and David Blair-Loy.  By electronic mail dated November 9, 2009, Julia Harumi Mass informed counsel for all other parties of Ms. Brick's withdrawal.  In addition, all parties to this action are notified of this withdrawal through the electronic filing of this Notice of Appearance and Reassignment of

**NOTICE OF APPEARANCE AND
REQUEST FOR LEAVE TO WITHDRAW**     **1**

MDL Docket No. 06-1791 VRW
C 06-3574 VRW
C 06-3596 VRW

Counsel, Notice of Withdrawal of Counsel and Request for Order of Withdrawal and [Proposed] Order.

DATED: November 10, 2009            Respectfully Submitted,

By:     /s/ Julia Harumi Mass

Julia Harumi Mass (CSB No. 189649)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

NOTICE OF APPEARANCE AND
REQUEST FOR LEAVE TO WITHDRAW    2

MDL Docket No. 06-1791 VRW
C 06-3574 VRW
C 06-3596 VRW

1
2                                    **[PROPOSED] ORDER**
3    PURSUANT TO LOCAL CIVIL RULE 11-5(a), ANN BRICK IS PERMITTED TO
4    WITHDRAW AS COUNSEL FOR PLAINTIFFS.
5
6    DATED:_____   _____
                                       VAUGHN R. WALKER
7                                      UNITED STATES DISTRICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF APPEARANCE AND**                          MDL Docket No. 06-1791 VRW
**REQUEST FOR LEAVE TO WITHDRAW**                                 C 06-3574 VRW
                                                                  C 06-3596 VRW