## CERTIFICATE OF SERVICE

       I hereby certify that on November 10, 2009 I electronically filed the foregoing Notice of Appearance and Re-Assignment of Counsel within the Same Office; Notice of Withdrawal of Counsel and Request for Order of Withdrawal; [Proposed] Order with the Clerk of the Court for the United States District Court Northern District of California San Francisco Division using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users.

       On November 11, 2009, I have mailed the foregoing document by First-Class Mail, postage pre-paid, to the following non-CM/ECF participants:

| | |
|---|---|
| Alexander K. Haas<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Civil Division<br>Ste. 7328<br>P.O. Box 883<br>Washington, DC 20044 | Randolph D. Moss<br>Wilmer, Cutler, Pickering, Hale & Dorr LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006 |
| David L. Anderson<br>U.S. Attorney's Office<br>450 Golden Gate Avenue<br>11th Floor<br>San Francisco, CA 94102-3495 | David W. Carpenter<br>Sidley Austin, LLP<br>One S. Dearborn St.<br>Chicago, IL 60603 |
| David L. Lawson<br>Sidley Austin, LLP<br>1501 "K" Street, N.W.<br>Washington, DC 20006 | |

      /s/ Nishan Bhaumik
      NISHAN BHAUMIK