Ronald P. Schiller (SBN 41357)
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
18th and Cherry Streets
Philadelphia, PA 19103
Telephone: (215) 496-7020
Facsimile: (215) 851-1020
E-Mail: rschiller@hangley.com

Attorneys for Defendant Verizon Communications, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:                                               ) No. M:06-cv-01791-VRW
                                                     )
NATIONAL SECURITY AGENCY                             )
TELECOMMUNICATIONS RECORDS                           )
LITIGATION                                           ) NOTICE OF WITHDRAWAL OF
                                                     ) APPEARANCE
                                                     )
This Document Solely Relates to:                     )
                                                     )
ALL CASES                                            )

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned respectfully gives notices of his withdrawal from the above-captioned action and hereby moves the Court for an Order so relieving him. The undersigned seeks to withdraw because he no longer represents defendant, Verizon Communications, Inc. in this action.

Respectfully submitted,

*[signature]*

Ronald P. Schiller (SBN 41357)
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
18th & Cherry Streets
Philadelphia, PA 19103
Telephone: (215) 496-7020
Facsimile: (215) 851-1020
E-Mail: rschiller@hangley.com

*Attorneys for Defendant
Verizon Communications, Inc.*

Dated: November 12, 2009