1  **Jon B. Eisenberg, California Bar No. 88278** (jon@eandhlaw.com)
   **William N. Hancock, California Bar No. 104501** (bill@eandhlaw.com)
2  **Eisenberg & Hancock LLP**
   1970 Broadway, Suite 1200 • Oakland, CA  94612
3  510.452.258l – Fax 510.452.3277

4  **Steven Goldberg, Oregon Bar No. 75134** (steven@stevengoldberglaw.com)
   River Park Center, Suite 300 • 205 SE Spokane St.• Portland, OR 97202
5  503.445-4622 – Fax 503.238.7501

6  **Thomas H. Nelson, Oregon Bar No. 78315** (nelson@thnelson.com)
   P.O. Box 1211, 24525 E. Welches Road • Welches, OR 97067
7  503.622.3123 - Fax: 503.622.1438

8  **Zaha S. Hassan, California Bar No. 184696** (zahahassan@comcast.net)
   8101 N.E. Parkway Drive, Suite F-2.• Vancouver, WA 98662
9  360.213.9737 - Fax 866.399.5575

10 **J. Ashlee Albies, Oregon Bar No. 05184** (ashlee@sstcr.com)
   **Steenson, Schumann, Tewksbury, Creighton and Rose, PC**
11 815 S.W. Second Ave., Suite 500 • Portland, OR 97204
   503.221.1792 – Fax 503.223.1516
12
   **Lisa R. Jaskol, California Bar No. 138769** (ljaskol@earthlink.net)
13 610 S. Ardmore Ave.• Los Angeles, CA 90005
   213.385.2977 – Fax 213.385.9089
14

15 Attorneys for Plaintiffs Al-Haramain Islamic Foundation, Inc., Wendell Belew and Asim Ghafoor

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Docket No. 06-1791 VRW |
| This Document Relates Solely To: | **PLAINTIFFS' NOTICE OF ORDER BY COURT OF APPEALS** |
| *Al-Haramain Islamic Foundation, Inc., et al. v. Obama, et al.* (C07-CV-0109-VRW) | Chief Judge Vaughn R. Walker |
| AL-HARAMAIN ISLAMIC FOUNDATION, INC., et al., | |
| Plaintiffs, | |
| vs. | |
| BARACK H. OBAMA, President of the United States, et al., | |
| Defendants. | |

PLAINTIFFS' NOTICE OF ORDER BY COURT OF APPEALS
MDL DOCKET NO. 06-1791 VRW

Dockets.Justia.com

On November 23, 2009, the Court of Appeals for the Ninth Circuit issued an order granting plaintiffs' Motion To Strike Lodging Of *In Camera, Ex Parte* Declaration Of Director Of National Intelligence. A copy of that order is attached hereto as Exhibit No. 1.

DATED this 23rd day of November, 2009.

       /s/ Jon B. Eisenberg
Jon B. Eisenberg, Calif. Bar No. 88278
William N. Hancock, Calif. Bar No. 104501
Steven Goldberg, Ore. Bar No. 75134
Thomas H. Nelson, Oregon Bar No. 78315
Zaha S. Hassan, Calif. Bar No. 184696
J. Ashlee Albies, Ore. Bar No. 05184
Lisa Jaskol, Calif. Bar No. 138769

**Attorneys for Plaintiffs Al-Haramain Islamic Foundation, Inc., Wendell Belew, and Asim Ghafoor**

# CERTIFICATE OF SERVICE

**RE:   In Re National Security Agency Telecommunications Records Litigation**
**MDL Docket No. 06-1791 VRW**

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is Eisenberg and Hancock, LLP, 180 Montgomery Street, Suite 2200, San Francisco, CA, 94104. On the date set forth below, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **PLAINTIFFS' NOTICE OF ORDER BY COURT OF APPEALS**

___   **Facsimile** transmission from (415) 544-0201 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

___   **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at San Francisco, California.

XX   **By ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in *In Re National Security Agency Telecommunications Records Litigation*, Docket Number M:06-cv-01791 VRW, and *Al-Haramain Islamic Foundation, Inc., et al. v. Obama, et al.*, Docket Number C07-CV-0109-VRW.

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at San Francisco, California that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 23, 2009 at San Francisco, California.

                            /s/ Jessica Dean
                            JESSICA DEAN

1 | **Jon B. Eisenberg, California Bar No. 88278** (jon@eandhlaw.com)
**William N. Hancock, California Bar No. 104501** (bill@eandhlaw.com)
2 | Eisenberg & Hancock LLP
1970 Broadway, Suite 1200 • Oakland, CA 94612
3 | 510.452.258l – Fax 510.452.3277

4 | **Steven Goldberg, Oregon Bar No. 75134** (steven@stevengoldberglaw.com)
River Park Center, Suite 300 • 205 SE Spokane St.• Portland, OR 97202
5 | 503.445-4622 – Fax 503.238.7501

6 | **Thomas H. Nelson, Oregon Bar No. 78315** (nelson@thnelson.com)
P.O. Box 1211, 24525 E. Welches Road • Welches, OR 97067
7 | 503.622.3123 - Fax: 503.622.1438

8 | **Zaha S. Hassan, California Bar No. 184696** (zahahassan@comcast.net)
8101 N.E. Parkway Drive, Suite F-2.• Vancouver, WA 98662
9 | 360.213.9737 - Fax 866.399.5575

10 | **J. Ashlee Albies, Oregon Bar No. 05184** (ashlee@sstcr.com)
**Steenson, Schumann, Tewksbury, Creighton and Rose, PC**
11 | 815 S.W. Second Ave., Suite 500 • Portland, OR 97204
503.221.1792 – Fax 503.223.1516

12 | **Lisa R. Jaskol, California Bar No. 138769** (ljaskol@earthlink.net)
13 | 610 S. Ardmore Ave.• Los Angeles, CA 90005
213.385.2977 – Fax 213.385.9089

14 |

15 | Attorneys for Plaintiffs Al-Haramain Islamic Foundation, Inc., Wendell Belew and Asim Ghafoor

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | MDL Docket No. 06-1791 VRW |
| This Document Relates Solely To: | **EXHIBIT NO. 1 TO PLAINTIFFS' NOTICE OF ORDER BY COURT OF APPEALS** |
| *Al-Haramain Islamic Foundation, Inc., et al. v. Obama, et al.* (C07-CV-0109-VRW) | Chief Judge Vaughn R. Walker |
| **AL-HARAMAIN ISLAMIC FOUNDATION, INC., et al.,** | |
| Plaintiffs, | |
| vs. | |
| **BARACK H. OBAMA, President of the United States, et al.,** | |
| Defendants. | |

FILED

NOV 23 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AL-HARAMAIN ISLAMIC FOUNDATION, INC., an Oregon Nonprofit Corporation; WENDELL BELEW, a U.S. Citizen and Attorney at Law; ASIM GHAFOOR, a U.S. Citizen and Attorney at Law,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>GEORGE W. BUSH, President of the Unites States, et al,<br><br>Defendant - Appellant. | No. 06-36083<br><br>D.C. Nos. MDL-CV-06-1791-VRW<br>CV-07-00109-VRW<br>Northern District of California, San Francisco<br><br>ORDER |

Before: PREGERSON, HAWKINS and McKEOWN, Circuit Judges.

Appellees Al-Haramain Islamic Foundation, Inc., Wendell Belew, and Asim Ghafoor's Motion to Strike appellants' lodging of an *In Camera*, *Ex Parte* declaration of the Director of National Intelligence is GRANTED. This court does not have jurisdiction over the case as the mandate was issued on January 16, 2008.