# Exhibit D

Dockets.Justia.

| | |
|---|---|
| From: | Marcus.Meeks@usdoj.gov |
| Sent: | Monday, July 31, 2006 3:26 PM |
| To: | Ilann M. Maazel |
| Cc: | Alexander.Haas@usdoj.gov |
| Subject: | Shubert, et al. v. Bush, et al. |

Ilaan -

I have been authorized to accept service on behalf of President Bush, Attorney General Gonzales, CIA Director Hayden, and NSA Director Alexander in their individual capacities. I have also been authorized to accept service on behalf of former Attorney General Ashcroft.  Please deliver the serivce papers to my mailing address:

Department of Justice
Civil Division, Torts Branch
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044

If you have any questions, call me at the number listed below.

Regards,
Marcus Meeks

---

J. Marcus Meeks
Trial Attorney
Department of Justice, Civil Division
Constitutional and Specialized Tort Litigation
ph: 202.616.4176
fx: 202.616.4314
marcus.meeks@usdoj.gov

1