# Exhibit E

Dockets.Justia.

# Service of Process:
## 1:06-cv-02282-FB-MDG Shubert et al v. Bush et al

## U.S. District Court

## Eastern District of New York

Notice of Electronic Filing

The following transaction was received from Maazel, Ilann entered on 8/4/2006 at 7:28 AM EDT and filed on 8/4/2006

**Case Name:** Shubert et al v. Bush et al
**Case Number:** 1:06-cv-2282
**Filer:** Virginia Shubert
Noha Arafa
Sarah Dranoff
Hilary Botein

**Document Number:** 7

**Docket Text:**
SUMMONS Returned Executed by Virginia Shubert, Noha Arafa, Sarah Dranoff, Hilary Botein. Alberto Gonzales served on 8/1/2006, answer due 8/21/2006; John Ashcroft served on 8/1/2006, answer due 8/21/2006; John and Jane Does #1-100 served on 8/1/2006, answer due 8/21/2006; George W. Bush served on 8/1/2006, answer due 8/21/2006; Michael V. Hayden served on 8/1/2006, answer due 8/21/2006; Keith B. Alexander served on 8/1/2006, answer due 8/21/2006. (Maazel, Ilann)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=8/4/2006] [FileNumber=239159
[
ef1d5cecce7f5643d6a0174e8768378b4a95ed2b0b88617c2852e7f3c31af11602
0343a651802c0a3569045c306c85a1afaa6b159b371eca335e3d34187a]]

## 1:06-cv-2282 Notice will be electronically mailed to:

Matthew D. Brinckerhoff    mbrinckerhoff@ecbalaw.com

Alexander Kenneth Haas    Alexander.Haas@usdoj.gov

Ilann Maazel    imaazel@ecbalaw.com

**1:06-cv-2282 Notice will be delivered by other means to:**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VIRGINIA SHUBERT, NOHA ARAFA,
SARAH DRANOFF and HILARY BOTEIN,
individually and on behalf of all others　　　　　　06 Civ. 2282 (FB) (MDG)
similarly situated,　　　　　　　　　　　　　　　　**ECF Case:**

　　　　　　　　　Plaintiffs,　　　　　　　　　　　**AFFIDAVIT OF SERVICE**

　　-against -

GEORGE W. BUSH, MICHAEL V. HAYDEN,
KEITH B. ALEXANDER, ALBERTO
GONZALES, JOHN ASHCROFT,
and JOHN/JANE DOES #1-100,

　　　　　　　　　Defendants.
-----------------------------------------------------------X

　　　　I, Ian Johnson, a Legal Assistant at Emery Celli Brinckerhoff and Abady LLP, hereby affirm under penalty of perjury that I am *not* a party to the above-named action, am over the age of 18 years old, and reside in the County of Kings, New York:

　　　　On August 1, 2006, I served true and accurate copies of **(i) Summons in a Civil Action and (ii) Class Action Complaint/Demand for Jury Trial**, dated May 16, 2006, **and the Judges' Individual Rules of Marilyn G. Go and Frederic Block** by depositing the same in an official depository for the U.S. Postal Service, addressed to J. Marcus Meeks at the Department of Justice, Civil Division, Torts Branch, P.O. Box 7146, Ben Franklin Station, Washington, DC 20044, who has been authorized to accept service on behalf of the following defendants:

　　　　　　　　　　　　　　　George W. Bush
　　　　　　　　　　　　　　　Alberto Gonzalez
　　　　　　　　　　　　　　　John Ashcroft
　　　　　　　　　　　　　　　Keith B. Alexander
　　　　　　　　　　　　　　　Michael V. Hayden

Dated: New York, New York
　　　　August 1, 2006

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Ian Johnson

Sworn To Before Me This
1st Day of August, 2006

_____
　　NOTARY PUBLIC

W:\1477\1\IJ2381.WPD

# UNITED STATES DISTRICT COURT

~~EASTERN~~ District of NEW YORK

VIRGINIA SHUBERT, NOHA ARAFA, SARAH DRANOFF and HILARY BOTEIN, individually and on behalf of all others similarly situated,

V.

GEORGE W. BUSH, MICHAEL V. HAYDEN, KEITH B. ALEXANDER, ALBERTO GONZALEZ, JOHN ASHCROFT, JOHN/JANE DOES #1-100

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**CV 06 2282**

BLOCK, J.

GO, M.J.

TO: (Name and address of Defendant)

GEORGE W. BUSH
White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew D. Brinckerhoff
Emery Cell Brinckerhoff & Abady LLP
545 Madison Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

CLERK _[signature]_

(By) DEPUTY CLERK

DATE   5/16/2006   MAY 17 2006

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

VIRGINIA SHUBERT, NOHA ARAFA, SARAH DRANOFF and HILARY BOTEIN, individually and on behalf of all others similarly situated,

V.

GEORGE W. BUSH, MICHAEL V. HAYDEN, KEITH B. ALEXANDER, ALBERTO GONZALEZ, JOHN ASHCROFT, JOHN/JANE DOES #1-100

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:



CV 06 2282

BLOCK, J.

GO, M.J.

TO: (Name and address of Defendant)

MICHAEL V. HAYDEN
The National Security Agency

Washington, DC

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew D. Brinckerhoff
Emery Cell Brinckerhoff & Abady LLP
545 Madison Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

MAY 17 2006
5/16/2006

CLERK

(By) DEPUTY CLERK

DATE

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

VIRGINIA SHUBERT, NOHA ARAFA, SARAH DRANOFF and HILARY BOTEIN, individually and on behalf of all others similarly situated,
V.
GEORGE W. BUSH, MICHAEL V. HAYDEN, KEITH B. ALEXANDER, ALBERTO GONZALEZ, JOHN ASHCROFT, JOHN/JANE DOES #1-100

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

CV 06 2282

BLOCK, J.

GO, M.J.

TO: (Name and address of Defendant)

KEITH B. ALEXANDER

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew D. Brinckerhoff
Emery Cell Brinckerhoff & Abady LLP
545 Madison Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

CLERK                                                            DATE  MAY 17 2006

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

VIRGINIA SHUBERT, NOHA ARAFA, SARAH DRANOFF and HILARY BOTEIN, individually and on behalf of all others similarly situated,

V.

GEORGE W. BUSH, MICHAEL V. HAYDEN, KEITH B. ALEXANDER, ALBERTO GONZALEZ, JOHN ASHCROFT, JOHN/JANE DOES #1-100

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

CV 06 2282

BLOCK, J.

GO, M.J.

TO: (Name and address of Defendant)

ALBERTO GONZALEZ
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew D. Brinckerhoff
Emery Cell Brinckerhoff & Abady LLP
545 Madison Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

MAY 15 2006

CLERK                                                              DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

VIRGINIA SHUBERT, NOHA ARAFA, SARAH
DRANOFF and HILARY BOTEIN, individually
and on behalf of all others similarly situated,

V.

GEORGE W. BUSH, MICHAEL V. HAYDEN,
KEITH B. ALEXANDER, ALBERTO GONZALEZ,
JOHN ASHCROFT, JOHN/JANE DOES #1-100

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 06 2282

BLOCK, J.

GO, M.J.

TO: (Name and address of Defendant)

JOHN ASHCROFT
The Ashcroft Group LLC

Washington, DC

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew D. Brinckerhoff
Emery Cell Brinckerhoff & Abady LLP
545 Madison Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

MAY 17 2006

CLERK                                                    DATE

[signature]

(By) DEPUTY CLERK