**FILED**

**NOV 23 2009**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AL-HARAMAIN ISLAMIC FOUNDATION, INC., an Oregon Nonprofit Corporation; WENDELL BELEW, a U.S. Citizen and Attorney at Law; ASIM GHAFOOR, a U.S. Citizen and Attorney at Law,<br><br>  Plaintiffs - Appellees,<br><br>   v.<br><br>GEORGE W. BUSH, President of the Unites States, et al,<br><br>  Defendant - Appellant. | No. 06-36083<br><br>D.C. Nos. MDL-CV-06-1791-VRW<br>             CV-07-00109-VRW<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: PREGERSON, HAWKINS and McKEOWN, Circuit Judges.

Appellees Al-Haramain Islamic Foundation, Inc., Wendell Belew, and Asim Ghafoor's Motion to Strike appellants' lodging of an *In Camera*, *Ex Parte* declaration of the Director of National Intelligence is GRANTED. This court does not have jurisdiction over the case as the mandate was issued on January 16, 2008.

Dockets.Justia.com