IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                      MDL Docket No 06-1791 VRW

NATIONAL SECURITY AGENCY                    ORDER
TELECOMMUNICATIONS RECORDS
LITIGATION

This order pertains to:

Mark E Guzzi v President George W
Bush et al, 06-6225 VRW

/

     There has been little or no substantive docket activity in the above-referenced individual case since the matter was transferred from the Northern District of Georgia in October 2006. Accordingly, the parties are directed to file a joint status report on or before December 31, 2009. If it is infeasible to prepare a joint report, each side shall file a separate report.

     If plaintiff has decided not to prosecute this action, he is directed to file a request for voluntary dismissal. Failure to file a timely response may result in dismissal of the case.

     IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge