| | |
|---|---|
| MICHAEL F. HERTZ<br>Deputy Assistant Attorney General<br>JOSEPH H. HUNT<br>Director, Federal Programs Branch<br>VINCENT M. GARVEY<br>Deputy Branch Director<br>ANTHONY J. COPPOLINO<br>Special Litigation Counsel<br>PAUL E. AHERN<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W. Room 6102<br>Washington, DC  20001<br>Tel: (202) 514-4782<br>Fax: (202) 616-8460<br>paul.ahern@usdoj.gov | MARK E. GUZZI<br><br>271 Providence Oaks Circle<br>Alpharetta, GA 30004<br>Tel: (770) 754-4959<br><br>*Proceeding Pro Se* |

*Attorneys for the Government Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates Solely To:<br><br>*Guzzi v. Bush et al.*<br>(Case No. 06-cv-06225-VRW) | **No. M:06-cv-01791-VRW**<br><br>**STATUS REPORT AND STIPULATION TO SET SUPPLEMENTAL BRIEFING SCHEDULE AND HEARING DATE**<br><br>Date:  April 8, 2010<br>Time:  10:00 a.m.<br>Courtroom:  6, 17th Floor<br>Chief Judge Vaughn R. Walker |

**Status Report and Stipulation to Set Supplemental Briefing Schedule and Hearing Date**
*Guzzi v. Bush et al.* **(06-cv-06225-VRW)/(MDL 06-cv-1791-VRW)**                                                   1

Pursuant to the Court's Order of December 18, 2009 (Dkt. 22 in 06-cv-06225-VRW) and Local Rule 6-1(b), the parties hereby submit this joint status report. The parties stipulate and agree to a revised hearing date in connection with the Government Defendants' Motion to Dismiss and to a briefing schedule for supplemental submissions related to that motion.

**RECITALS**

1. On January 20, 2006, plaintiff filed the instant action before the U.S. District Court for the Northern District of Georgia, challenging the President's acknowledged authorization of certain surveillance activities involving members of al-Qaeda or its affiliates, known as the Terrorist Surveillance Program or "TSP." (Dkt. 1 in 06-cv-0136-JEC (N.D. Ga.)). On July 18, 2006, the Government Defendants moved to dismiss the complaint. (Dkt. 8 in 06-cv-0136-JEC (N.D. Ga.)). Plaintiff responded to this motion on August 14, 2006 (Dkt. 10 in 06-cv-0136-JEC (N.D. Ga.)), and the Government Defendants replied on August 23, 2006. (Dkt. 13 in 06-cv-0136-JEC (N.D. Ga.)).

2. On October 3, 2006, plaintiff's case was transferred to this Court as part of the multi-district litigation raising similar challenges, *In re National Security Agency Telecommunications Records Litigation*, 06-cv-01791-VRW. (Dkt. 1 in 06-cv-06225-VRW).

3. On December 18, 2009, the Court ordered the parties to submit a joint report updating the status of this case by December 31, 2009. (Dkt. 22 in 06-cv-06225-VRW). The parties have conferred and agree that the Government Defendants' Motion to Dismiss remains pending before this Court. Recognizing the potential for intervening events and authorities since the conclusion of briefing in 2006, the parties have stipulated and agreed to, and seek the Court's approval of, a schedule for supplemental briefing on the Government Defendants' Motion to Dismiss before the Court hears that motion. Accordingly, the parties propose a schedule under which the Government Defendants' supplemental memorandum in support of their Motion to Dismiss would be due no later than February 1, 2010; plaintiff's supplemental memorandum in opposition would be due no later than March 1, 2010; and the Government Defendants' supplemental reply would be due no later than March 10, 2010. The hearing on the Government Defendants' Motion to Dismiss would be scheduled for April 8, 2010 at 10:00 a.m.

**STIPULATION**

Pursuant to Local Rule 6-1(b), the parties hereby stipulate that: the Government Defendants' supplemental memorandum in support of their Motion to Dismiss would be due no later than February 1, 2010. Plaintiff's supplemental memorandum in opposition would be due no later than March 1, 2010. The Government Defendants' supplemental reply would be due no later than March 10, 2010. The hearing on the Government Defendants' Motion to Dismiss would be April 8, 2010 at 10:00 a.m.

DATED:  December 31, 2009            Respectfully Submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
PAUL E. AHERN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6102
Washington, DC  20001
Tel: (202) 514-4782
Fax: (202) 616-8460
paul.ahern@usdoj.gov

By:     /s  Paul E. Ahern
            Paul E. Ahern

*Attorneys for the Government Defendants*

**Status Report and Stipulation to Set Supplemental Briefing Schedule and Hearing Date**
*Guzzi v. Bush et al.* **(06-cv-06225-VRW)/(MDL 06-cv-1791-VRW)**                                3

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, PAUL E. AHERN, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on December 31, 2009, in the City of Washington, District of Columbia.

>MICHAEL F. HERTZ
>Deputy Assistant Attorney General
>JOSEPH H. HUNT
>Director, Federal Programs Branch
>VINCENT M. GARVEY
>Deputy Branch Director
>ANTHONY J. COPPOLINO
>Special Litigation Counsel
>PAUL E. AHERN
>Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W. Room 6102
>Washington, DC  20001
>Tel: (202) 514-4782
>Fax: (202) 616-8460
>paul.ahern@usdoj.gov
>
>By:     *s/   Paul E. Ahern*
>            Paul E. Ahern
>
>*Attorneys for the Government Defendants*
>
>MARK E. GUZZI
>271 Providence Oaks Circle
>Alpharetta, GA 30004
>Tel: (770) 754-4959
>
>By:    *s/  Mark E. Guzzi*       per G.O. 45
>           Mark E. Guzzi
>
>*Proceeding Pro Se*

**Status Report and Stipulation to Set Supplemental Briefing Schedule and Hearing Date**
*Guzzi v. Bush et al.* **(06-cv-06225-VRW)/(MDL 06-cv-1791-VRW)**                              4