# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. M:06-cv-01791-VRW <br><br> ORDER |
| This Document Relates Solely To: <br><br> *Guzzi v. Bush et al.* <br> (Case No. 06-cv-06225-VRW) | |

    Pursuant to the parties' stipulation to establish a schedule for supplemental briefing and hearing for the Government Defendants' Motion to Dismiss, and good cause appearing, it is hereby ORDERED that: (1) The Government Defendants' supplemental memorandum in support of their Motion to Dismiss shall be filed no later than February 1, 2010; (2) Plaintiff's supplemental memorandum in opposition shall be filed no later than March 1, 2010; (3) The Government Defendants' supplemental reply shall be filed no later than March 10, 2010.

    *Absent further order of the court, the matter shall be deemed submitted without a hearing upon filing of the reply. The parties are directed to attach their pre-transfer papers on the Government Defendants' motion to dismiss to their supplemental memoranda.*

    IT IS SO ORDERED.

_____
Vaughn R Walker
United States District Chief Judge