United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLYN JEWEL, TASH HEPTING,          No C 08-4373 VRW
GREGORY HICKS, ERIK KNUTZEN, and
JOICE WALTON,                         JUDGMENT

                Plaintiffs,

v

NATIONAL SECURITY AGENCY, et al,


                Defendants.
_____/

    This action having come before the court and the court having

considered the same and ordered entry of judgment in favor of

defendants, now therefore:

    IT IS ORDERED AND ADJUDGED that in accordance with the Court's

January 21, 2010 Order, judgment is hereby entered in this case in

favor of defendants and against plaintiffs.


Date: January 25, 2010

                         For the Clerk,

                         _Cora Klein_____

                         Cora Klein, DEPUTY CLERK
                         United States District Court