IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                    MDL Docket No 06-1791 VRW

NATIONAL SECURITY AGENCY                  JUDGMENT
TELECOMMUNICATIONS RECORDS
LITIGATION

This document relates to:

<u>Shubert et al v Bush et al</u>, No
C 07-0693 VRW

_____/

    This action having come before the court and the court having considered the same and ordered entry of judgment in favor of defendants, now therefore:

    IT IS ORDERED AND ADJUDGED that in accordance with the Court's January 21, 2010 Order, judgment is hereby entered in member case <u>Shubert et al v Bush et al</u>, No C 07-0693 in favor of defendants and against plaintiffs.

Date: January 25, 2010

                                    For the Clerk,

                                    */s/ Cora Klein*
                                    _____

                                    Cora Klein, DEPUTY CLERK
                                    United States District Court