| | |
|---|---|
| 1 | MICHAEL F. HERTZ<br>Deputy Assistant Attorney General |
| 2 | JOSEPH H. HUNT<br>Director, Federal Programs Branch |
| 3 | VINCENT M. GARVEY<br>Deputy Branch Director |
| 4 | PAUL E. AHERN<br>Trial Attorney |
| 5 | U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| 6 | 20 Massachusetts Avenue, N.W.<br>Washington, DC 20001 |
| 7 | Tel: (202) 305-0633<br>Fax: (202) 616-8470 |
| 8 | paul.ahern@usdoj.gov |
| 9 | *Attorneys for the Government Defendants* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. M:06-cv-01791-VRW<br><br>**EXHIBIT 2 TO SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| This Document Relates Solely To:<br><br>*Guzzi v. Obama et al.*<br>(Case No. 06-cv-06225-VRW) | **DEFENDANTS' MOTION TO DISMISS**<br><br>Chief Judge Vaughn R. Walker |

**Exhibit 2 to Supplemental Memorandum in Support of Defendants' Motion to Dismiss**
*Guzzi v. Obama et al.*, **Case No. 06-cv-06225-VRW (MDL 06-cv-1791-VRW)**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK E. GUZZI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-136 (JEC) |
| v. | ) |
| | ) |
| PRESIDENT GEORGE W. BUSH, | ) |
| LTG KEITH B. ALEXANDER, | ) |
| NATIONAL SECURITY AGENCY, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS**

President George W. Bush, Lieutenant Keith B. Alexander, and the National Security Agency, by and through their counsel, hereby move to dismiss this action under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction. A memorandum of law in support of this motion is filed herewith.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID E. NAHMIAS
United States Attorney

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Special Litigation Counsel

 s/ *Renée S. Orleans*
RENÉE S. ORLEANS
ANDREW H. TANNENBAUM
Trial Attorneys
U.S. Department of Justice, Civil Division
P.O. Box 883
20 Massachusetts Avenue, NW
Washington, DC 20044
(202) 514-4504/514-4263 (tel)
(202) 616-8202 (fax)
renee.orleans@usdoj.gov
andrew.tannenbaum@usdoj.gov

Counsel for Defendants

DATED: July 18, 2006

2

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in L.R. 5.1B (Times New Roman, 14 pt.) for documents prepared by computer.

This 18th day of July 2006.

s/ *Renée S. Orleans*
Renée S. Orleans

## CERTIFICATE OF SERVICE

I certify that I have this day served the **Defendants' Motion to Dismiss and Supporting Memorandum**, by causing copies to be deposited in the United States Mail addressed as follows:

>Mark E. Guzzi
>271 Providence Oaks Circle
>Alpharetta, Georgia 30004

This 18th day of July 2006.

>s/ *Renée S. Orleans*
>Renée S. Orleans