United States District Court
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  CAROLYN JEWEL, TASH HEPTING, GREGORY    No C 08-cv-4373 VRW
   HICKS, ERIK KNUTZEN AND JOICE WALTON,
10 ON BEHALF OF THEMSELVES AND ALL
   OTHERS SIMILARLY SITUATED,
11
                Plaintiffs,
12
   v
13
   NATIONAL SECURITY AGENCY ET AL,
14
                Defendants.
15
   _____
16 IN RE:
                                          MDL Docket No C 06-1791 VRW
17 NATIONAL SECURITY AGENCY
   TELECOMMUNICATIONS RECORDS             Member case No C 07-0693 VRW
18 LITIGATION

19 THIS DOCUMENT RELATES TO:
                                          ORDER
20 VIRGINIA SHUBERT, NOHA ARAFA, SARAH
   DRANOFF AND HILARY BOTEIN,
21 INDIVIDUALLY AND ON BEHALF OF ALL
   OTHERS SIMILARLY SITUATED,
22
                Plaintiffs,
23
    v
24
   BARACK H OBAMA ET AL,
25
                Defendants.
26
27 _____/
28

The order filed in these two cases on January 21, 2010 (Doc #57 in No C 08-cv-4373 VRW; Doc #703 in MDL No C 06-1791 VRW; and Doc #46 in No 07-0693 VRW) is hereby amended as follows: the word "six" on page 4 line 4 is replaced with the word "five."

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge