Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317
Phone: (212) 614-6438
Fax: (212) 614-6499
Email: kadidal@ccr-ny.org

*Attorney for Plaintiffs*

Anthony J. Coppolino
Special Litigation Counsel
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW**<br>Judge: Hon. Vaughn R. Walker |
| This Document Relates Only to:<br>*Center for Constitutional Rights v. Bush*,<br>(Case No. 07-1115) | |

## RECITALS

By Order dated January 20, 2010 (dkt. 702 in M:06-cv-1791, dkt. 31 in 3:07-cv-1115), this Court ordered the parties to submit "on or before February 26, 2010, a joint status report advising the court of the status of this case, what proceedings are necessary to resolve it and proposing a tentative schedule for such proceedings." Plaintiffs and Defendants, through counsel, hereby stipulate that the time for submission of the requested joint status report and proposed schedule be enlarged through March 9, 2010, and request that the Court make this stipulation an order of the Court.

The enlargement of time is necessary to accommodate other litigation burdens on Plaintiffs' counsel, particularly a variety of pre- and post-oral argument responsibilities in *Holder v. Humanitarian Law Project*, Nos. 08-1498, 09-89, to be argued at the Supreme Court on February 23, 2010, and supplemental and reply briefing in *Kiyemba v. Obama*, No. 08-1234, to be argued at the Supreme Court on March 23, 2010.

There have been no previous time modifications relating to the aforementioned Order. No prejudice will result from the requested enlargement of time and, as there are no further deadlines scheduled in the case, it will not affect the schedule for the case.

## STIPULATION

Plaintiffs and Defendants, through counsel, hereby stipulate that the time for submission of the requested joint status report and proposed schedule be enlarged through March 9, 2010, and request that the Court make this stipulation an order of the Court.

Respectfully submitted,

By:   */s/Shayana Kadidal*
Shayana Kadidal
Michael Ratner
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012-2317
Phone: (212) 614-6438 — Fax: (212) 614-6499
Email: kadidal@ccrjustice.org

David Cole
(CCR Cooperating Counsel)
c/o Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, D.C.  20001
(202) 662-9078

Michael Avery
J. Ashlee Albies
NATIONAL LAWYERS GUILD
c/o Suffolk Law School
120 Tremont Street
Boston, MA  02108
(617) 573-8551

*Attorneys for Plaintiffs*

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

By:     /s/Anthony J.  Coppolino
Anthony J. Coppolino
Special Litigation Counsel

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

*Attorneys for Defendants*

February 18, 2010

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, SHAYANA KADIDAL, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on February 18, 2010, in the City of New York, New York.

      /s/Shayana Kadidal
Shayana Kadidal
Michael Ratner
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317
(212) 614-6438
Email: kadidal@ccrjustice.org

ANTHONY J. COPPOLINO
Special Litigation Counsel
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By:   */s/ Anthony J. Coppolino per G.O. 45*

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW** <br><br> Judge: Hon. Vaughn R. Walker |
| This Document Relates Only to: <br> *Center for Constitutional Rights v. Bush*, <br> (Case No. 07-1115) | |

**[PROPOSED] ORDER**

The stipulation for an enlargement of time to submit the joint status report and proposed schedule previously ordered by the Court, *see* Order dated January 20, 2010 (Dkt. 702), shall be and hereby is GRANTED, and the required joint status report and proposed schedule shall be due by no later than March 9, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATE: _____    _____
                              Chief Judge Vaughn R. Walker

**Certificate of Service**

I, Shayana Kadidal, certify that on February 18, 2010 (PDT), I caused the foregoing Stipulation to be filed electronically on the ECF system and served via email on the counsel for defendants listed below.

>Anthony J. Coppolino
>Special Litigation Counsel
>United States Department of Justice
>Civil Division, Federal Programs Branch
>P.O. Box 883
>Washington, D.C. 20044
>Email: *tony.coppolino@usdoj.gov*

Dated: February 18, 2010

>　　　　　　/s/
>Shayana Kadidal
>CENTER FOR CONSTITUTIONAL RIGHTS
>666 Broadway, 7th Floor
>New York, NY  10012-2317