**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. M:06-cv-01791-VRW<br><br>Judge: Hon. Vaughn R. Walker |
| This Document Relates Only to:<br>*Center for Constitutional Rights v. Bush*,<br>(Case No. 07-1115) | |

**[PROPOSED] ORDER**

The stipulation for an enlargement of time to submit the joint status report and proposed schedule previously ordered by the Court, *see* Order dated January 20, 2010 (Dkt. 702), shall be and hereby is GRANTED, and the required joint status report and proposed schedule shall be due by no later than March 19, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATE: _____    _____
Chief Judge Vaughn R. Walker

*IT IS SO ORDERED*
*Judge Vaughn R Walker*