| | |
|---|---|
| MICHAEL F. HERTZ<br>Deputy Assistant Attorney General<br>JOSEPH H. HUNT<br>Director, Federal Programs Branch<br>VINCENT M. GARVEY<br>Deputy Branch Director<br>ANTHONY J. COPPOLINO<br>Special Litigation Counsel<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W. Room 6102<br>Washington, DC  20001<br>Tel: (202) 514-4782<br>Fax: (202) 616-8460<br>tony.coppolino@usdoj.gov | MARK E. GUZZI<br><br>271 Providence Oaks Circle<br>Alpharetta, GA 30004<br>Tel: (770) 754-4959 |
| *Attorneys for the Government Defendants* | *Plaintiff - Proceeding Pro Se* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION<br><br>This Document Relates Solely To:<br><br>*Guzzi v. Bush et al.*<br>(Case No. 06-cv-06225-VRW) | **No. M:06-cv-01791-VRW**<br><br>**STIPULATION OF DISMISSAL**<br>Fed.R.Civ.P. 41(a)(1)(A)(ii)<br><br>Chief Judge Vaughn R. Walker |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action.

Respectfully Submitted,

| **GOVERNMENT DEFENDANTS** | **PLAINTIFF** |
|---|---|
| MICHAEL F. HERTZ<br>Deputy Assistant Attorney General<br>JOSEPH H. HUNT<br>Director, Federal Programs Branch<br>VINCENT M. GARVEY<br>Deputy Branch Director<br>ANTHONY J. COPPOLINO<br>Special Litigation Counsel | MARK E. GUZZI<br><br>271 Providence Oaks Circle<br>Alpharetta, GA 30004<br>Tel: (770) 754-4959 |

**Stipulation of Dismissal**
*Guzzi v. Bush et al.* **(06-cv-06225-VRW)/(MDL 06-cv-1791-VRW)**                                                                1

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6102
Washington, DC  20001
Tel: (202) 514-4782
Fax: (202) 616-8460
tony.coppolino@usdoj.gov

By:  *s/ Anthony J. Coppolino*           By:  *s/ Mark E. Guzzi   per G.O. 45*

*Attorneys for the Government Defendants*     *Plaintiff - Proceeding Pro Se*

**Stipulation of Dismissal**
*Guzzi v. Bush et al.* **(06-cv-06225-VRW)/(MDL 06-cv-1791-VRW)**                                 2

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ANTHONY J. COPPOLINO, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of the foregoing Stipulation of Dismissal from the other signatory listed below (plaintiff Mark E. Guzzi proceeding *pro se*).  *See* Exhibit Accompanying Stipulation of Dismissal and Declaration Pursuant to General Order 45 § X.B.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on March 5, 2010, in the City of Washington, District of Columbia.

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

ANTHONY J. COPPOLINO
Special Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6102
Washington, DC  20001
Tel: (202) 514-4782
Fax: (202) 616-8460
tony.coppolino@usdoj.gov


By:     *s/ Anthony J. Coppolino*
          ANTHONY J. COPPOLINO

*Attorneys for the Government Defendants*


MARK E. GUZZI
271 Providence Oaks Circle
Alpharetta, GA 30004
Tel: (770) 754-4959



By:    *s/ Mark E. Guzzi*   per G.O. 45
          MARK E. GUZZI

*Plaintiff - Proceeding Pro Se*

# Exhibit Accompanying Stipulation of Dismissal and Declaration Pursuant to General Order 45 §X.B

*Guzzi v. Bush et al.* (06-cv-06225-VRW) (N.D. Cal.)

271 Providence Oaks Circle
Alpharetta, Georgia 30004
Cell: (404) 357-8761
Fax: (404) 657-4317

**Mark E. Guzzi, Esq.**



| | | | |
|---|---|---|---|
| **To:** | Anthony J. Coppolino, Special Litigation Counsel, U.S. Department of Justice | **From:** | Mark E. Guzzi |
| **Fax:** | (202) 616-8460 | **Pages:** | 2, including cover sheet |
| **Phone:** | (202) 514-4782 | **Date:** | March 5, 2010 |
| **Re:** | Guzzi v. Bush, et al. | **CC:** | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments:

**Mark E. Guzzi, Esq.**
271 Providence Oaks Circle
Alpharetta, GA 30004
(404) 357-8761

March 5, 2010

Anthony J. Coppolino
Special Litigation Counsel
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue N.W. Rm. 6102
Washington, DC 20530

Re:   *Guzzi v. Bush, et al.* (06-cv-06225-VRW) (N.D. Cal.)

Dear Mr. Coppolino:

Please accept this letter as my consent and agreement to stipulate to the dismissal of the above-referenced case pursuant to Rule 41(a)(a)(A)(ii) of the Federal Rules of Civil Procedure. Additionally, please accept this letter as my consent to your filing electronically with the district court the draft Stipulation of Dismissal that accompanied your email and letter dated March 3, 2010.

Please feel free to contact me at your convenience should you need anything further regarding this matter.

Sincerely,

Mark E. Guzzi