IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ORDER |

This order pertains to:

Mark E Guzzi v President George W Bush et al, 06-6225 VRW
_____/

    The parties having entered a stipulation of dismissal pursuant to FRCP 41(a)(1)(A)(ii), doc #713 in M:06-1791/#26 in C06-6225, the action is dismissed.  Each party will bear its own costs and fees.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge