FILED

FEB 12 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, <hr> TASH HEPTING; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>AT&T CORPORATION; et al.,<br><br>        Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-intervenor - Appellee. | No. 09-16676<br><br>D.C. Nos. 3:06-cv-00672-VRW<br>               M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| SEAN BASINSKI, on behalf of himself and all others similarly situated; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>VERIZON COMMUNICATIONS, INC.; et al., | No. 09-16677<br><br>D.C. Nos. 3:06-cv-06434-VRW<br>               M-06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |

GS 2/8/10/Pro Mo

|  |  |
|---|---|
| Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant-intervenor - Appellee. |  |

| | |
|---|---|
| RICHARD D. SUCHANEK, III, on behalf of himself and all others similarly situated; et al.,<br><br>       Plaintiffs - Appellants,<br><br>  v.<br><br>SPRINT NEXTEL CORPORATION,<br><br>       Defendant - Appellee,<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant-intervenor - Appellee. | No. 09-16679<br><br>D.C. Nos. 3:06-cv-06295-VRW<br>              M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |

| | |
|---|---|
| CHARLES F. BISSITT; et al.,<br><br>       Plaintiffs - Appellants,<br><br>  v.<br><br>VERIZON COMMUNICATIONS, INC.; et al.,<br><br>       Defendants - Appellees. | No. 09-16682<br><br>D.C. Nos. 3:06-cv-05066-VRW<br>              M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |

| | |
|---|---|
| CHRISTOPHER BREADY; et al., <br><br>    Plaintiffs - Appellants, <br><br>  v. <br><br> VERIZON MARYLAND, INC.; et al., <br><br>    Defendants - Appellees, <br><br> UNITED STATES OF AMERICA, <br><br>    Defendant-intervenor - Appellee. | No. 09-16683 <br><br> D.C. Nos. 3:06-cv-06313-VRW <br>         M:06-cv-01791-VRW <br> Northern District of California, <br> San Francisco |
| TOM CAMPBELL; et al., <br><br>    Plaintiffs - Appellants, <br><br>  v. <br><br> AT&T COMMUNICATIONS OF CALIFORNIA, a corporation; et al., <br><br>    Defendants - Appellees, <br><br> UNITED STATES OF AMERICA, <br><br>    Defendant-intervenor - Appellee. | No. 09-16684 <br><br> D.C. Nos. 3:06-cv-03596-VRW <br>         M:06-cv-01791-VRW <br> Northern District of California, <br> San Francisco |

| | |
|---|---|
| DENNIS P. RIORDAN; et al., <br><br>       Plaintiffs - Appellants, <br><br>  v. <br><br> VERIZON COMMUNICATIONS, INC., a corporation; et al., <br><br>       Defendants - Appellees, <br><br> UNITED STATES OF AMERICA, <br><br>       Defendant-intervenor - Appellee. | No. 09-16685 <br><br> D.C. Nos. 3:06-cv-03574-VRW <br>                 M:06-cv-01791-VRW <br> Northern District of California, <br> San Francisco |
| GLEN CHULSKY; et al., <br><br>       Plaintiffs - Appellants, <br><br>  v. <br><br> CELLCO PARTNERSHIP, DBA Verizon Wireless; et al., <br><br>       Defendants - Appellees, <br><br> UNITED STATES OF AMERICA, <br><br>       Defendant-intervenor - Appellee. | No. 09-16686 <br><br> D.C. Nos. 3:06-cv-06570-VRW <br>                 M:06-cv-01791-VRW <br> Northern District of California, <br> San Francisco |
| CHARMAINE CROCKETT; et al., | No. 09-16687 |

|  |  |
|---|---|
| Plaintiffs - Appellants, | D.C. Nos. 3:06-cv-06254-VRW<br>M:06-cv-01791-VRW |
| v. | Northern District of California,<br>San Francisco |
| VERIZON WIRELESS, (VAW) LLC; et al., | |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |

|  |  |
|---|---|
| TRAVIS CROSS; et al., | No. 09-16688 |
| Plaintiffs - Appellants, | D.C. Nos. 3:06-cv-06222-VRW<br>M:06-cv-01791-VRW |
| v. | Northern District of California,<br>San Francisco |
| AT&T COMMUNICATIONS, INC.; et al., | |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |

|  |  |
|---|---|
| JOAN DUBOIS; et al., | No. 09-16690 |
| Plaintiffs - Appellants, | D.C. Nos. 3:06-cv-06387-VRW<br>M:06-cv-01791-VRW |

| | |
|---|---|
| v.<br><br>AT&T CORP.; et al.,<br><br>        Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-intervenor - Appellee. | Northern District of California, San Francisco |
| TRAVIS CROSS; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>AT&T COMMUNICATIONS OF CALIFORNIA, INC.; et al.,<br><br>        Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-intervenor - Appellee. | No. 09-16691<br><br>D.C. Nos. 3:06-cv-06224-VRW<br>                 M:06-cv-01791-VRW<br>Northern District of California, San Francisco |
| PAT MAHONEY, individually, and on behalf of all others similarly situated; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v. | No. 09-16692<br><br>D.C. Nos. 3:06-cv-05065-VRW<br>                 M:06-cv-01791-VRW<br>Northern District of California, San Francisco |

| | |
|---|---|
| AT&T COMMUNICATIONS, INC.; et al., <br><br>         Defendants - Appellees, <br><br> UNITED STATES OF AMERICA, <br><br>         Defendant-intervenor - Appellee. | |
| PAMELA A. MAHONEY, on behalf of herself and all others similarly situated; et al., <br><br>         Plaintiffs - Appellants, <br><br>   v. <br><br> VERIZON COMMUNICATIONS, INC.; et al., <br><br>         Defendants - Appellees, <br><br> UNITED STATES OF AMERICA, <br><br>         Defendant-intervenor - Appellee. | No. 09-16693 <br><br> D.C. Nos. 3:06-cv-05064-VRW <br>             M:06-cv-01791-VRW <br> Northern District of California, San Francisco |
| MARK P. SOLOMON, MD, on behalf of himself and all others similarly situated; et al., <br><br>         Plaintiffs - Appellants, | No. 09-16694 <br><br> D.C. Nos. 3:06-cv-06388-VRW <br>             M:06-cv-01791-VRW <br> Northern District of California, San Francisco |

> v.
>
> VERIZON COMMUNICATIONS, INC.;
> et al.,
>
> > Defendants - Appellees,
>
> UNITED STATES OF AMERICA,
>
> > Defendant-intervenor -
> Appellee.

| | |
|---|---|
| RHEA FULLER, on behalf of herself and all others similarly situated; et al., <br><br>         Plaintiffs - Appellants, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC.; et al., <br><br>         Defendants - Appellees, <br><br> UNITED STATES OF AMERICA, <br><br>         Defendant-intervenor - Appellee. | No. 09-16696 <br><br> D.C. Nos. 3:06-cv-05267-VRW <br>         M:06-cv-01791-VRW <br> Northern District of California, <br> San Francisco |
| SHELLY D. SOUDER; et al., <br><br>         Plaintiffs - Appellants, <br><br> v. | No. 09-16697 <br><br> D.C. Nos. 3:06-cv-05067-VRW <br>         M:06-cv-01791-VRW <br> Northern District of California, |

| | |
|---|---|
| AT&T INC.; et al.,<br><br>        Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-intervenor - Appellee. | San Francisco |
| STEVE DOLBERG, on behalf of himself and all others similarly situated; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>AT&T, INC.; et al.,<br><br>        Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-intervenor - Appellee. | No. 09-16698<br><br>D.C. Nos. 3:06-cv-05269-VRW<br>             M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |
| THERESA FORTNASH; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>AT&T CORP.,<br><br>        Defendant - Appellee, | No. 09-16700<br><br>D.C. Nos. 3:06-cv-06385-VRW<br>             M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |

UNITED STATES OF AMERICA,

   Defendant-intervenor - Appellee.

---

D. CLIVE HARDY; et al.,

   Plaintiffs - Appellants,

 v.

AT&T CORPORATION,

   Defendant - Appellee,

UNITED STATES OF AMERICA,

   Defendant-intervenor - Appellee.

No. 09-16701

D.C. Nos. 3:06-cv-06924-VRW
     M:06-cv-01791-VRW
Northern District of California,
San Francisco

---

JAMES C. HARRINGTON; et al.,

   Plaintiffs - Appellants,

 v.

AT&T, INC.; et al.,

   Defendants - Appellees.

No. 09-16702

D.C. Nos. 3:06-cv-05452-VRW
     M:06-cv-01791-VRW
Northern District of California,
San Francisco

---

TINA HERRON; et al.,

No. 09-16704

|  |  |
|---|---|
| Plaintiffs - Appellants, | D.C. No. 3:06-cv-05343-VRW Northern District of California, San Francisco |
| v. | |
| VERIZON GLOBAL NETWORKS, INC.; et al., | |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |

|  |  |
|---|---|
| DARRYL HINES; et al., | No. 09-16706 |
| Plaintiffs - Appellants, | D.C. Nos. 3:06-cv-05341-VRW<br>              M:06-cv-01791-VRW |
| v. | Northern District of California, San Francisco |
| VERIZON NORTHWEST, INC., an active Washington corporation; et al., | |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |

|  |  |
|---|---|
| HOWARD JACOBS, a natural person; et al., | No. 09-16707 |
| | D.C. Nos. 3:07-cv-02538-VRW<br>              M:06-cv-01791-VRW |
| Plaintiffs - Appellants, | |

|   |   |
|---|---|
| v.<br><br>AT&T CORP., a foreign corporation; et al.,<br><br>       Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant-intervenor - Appellee. | Northern District of California, San Francisco |

|   |   |
|---|---|
| CLAUDIA MINK; et al.,<br><br>       Plaintiffs - Appellants,<br><br>v.<br><br>AT&T COMMUNICATIONS OF THE SOUTHWEST, INC., a Delaware corporation; et al.,<br><br>       Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant-intervenor - Appellee. | No. 09-16708<br><br>D.C. Nos. 3:06-cv-07934-VRW<br>              M:06-cv-01791-VRW<br>Northern District of California, San Francisco |

|   |   |
|---|---|
| RICHARD ROCHE; et al.,<br><br>       Plaintiffs - Appellants,<br><br>v. | No. 09-16709<br><br>D.C. Nos. 3:07-cv-01243-VRW<br>              M:06-cv-01791-VRW<br>Northern District of California, |

| | |
|---|---|
| AT&T CORP., <br><br>       Defendant - Appellee, <br><br> UNITED STATES OF AMERICA, <br><br>       Defendant-intervenor - Appellee. | San Francisco |

| | |
|---|---|
| BENSON B. ROE; et al., <br><br>       Plaintiffs - Appellants, <br><br>   v. <br><br> AT&T CORP., a New York corporation; et al., <br><br>       Defendants - Appellees, <br><br> UNITED STATES OF AMERICA, <br><br>       Defendant-intervenor - Appellee. | No. 09-16710 <br><br> D.C. Nos. 3:06-cv-03467-VRW <br>                   M:06-cv-01791-VRW <br> Northern District of California, <br> San Francisco |

| | |
|---|---|
| ELAINE SPIELFOGEL-LANDIS, on behalf of herself and all others similarly situated; et al., <br><br>       Plaintiffs - Appellants, <br><br>   v. <br><br> MCI, LLC, a Delaware limited liability | No. 09-16712 <br><br> D.C. Nos. 3:06-cv-04221-VRW <br>                   M:06-cv-01791-VRW <br> Northern District of California, <br> San Francisco |

company; et al.,

       Defendants - Appellees,

UNITED STATES OF AMERICA,

       Defendant-intervenor - Appellee.

---

STUDS TERKEL, (now deceased; et al.,

       Plaintiffs - Appellants,

  v.

AT&T CORP.; et al.,

       Defendants - Appellees.

No. 09-16713

D.C. Nos. 3:06-cv-05340-VRW
          M:06-cv-01791-VRW
Northern District of California,
San Francisco

---

HERBERT WAXMAN, on behalf of himself and all others similarly situated; et al.,

       Plaintiffs - Appellants,

  v.

AT&T CORP.,

       Defendant - Appellee,

UNITED STATES OF AMERICA,

       Defendant-intervenor -

No. 09-16717

D.C. Nos. 3:06-cv-06294-VRW
          M:06-cv-01791-VRW
Northern District of California,
San Francisco

| | |
|---|---|
| Appellee. | |
| STEVEN LEBOW, Rabbi; et al.,<br><br>      Plaintiffs - Appellants,<br><br> v.<br><br>BELL SOUTH CORPORATION; et al.,<br><br>      Defendants - Appellees. | No. 09-16719<br><br>D.C. Nos. 3:07-cv-00464-VRW<br>            M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |
| RAY ANDERSON; et al.,<br><br>      Plaintiffs - Appellants,<br><br> v.<br><br>VERIZON COMMUNICATIONS, INC.; et al.,<br><br>      Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant-intervenor - Appellee. | No. 09-16720<br><br>D.C. Nos. 3:07-cv-02029-VRW<br>            M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |
| JAMES JOLL; et al.,<br><br>      Plaintiffs - Appellants, | No. 09-16723<br><br>D.C. Nos. 3:06-cv-05485-VRW<br>            M:06-cv-01791-VRW |

|  |  |
|---|---|
| v.<br><br>AT&T CORP.; et al.,<br><br>  Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant-intervenor - Appellee. | Northern District of California, San Francisco |

  The district court docket reflects that the docketing fee was paid on July 31, 2009. Therefore, the joint opening brief filed on December 8, 2009 shall be filed in No. 09-16683 as well as in the other consolidated cases.

  Appellants Joll, et al., Anderson, et al., Herron, et al., and Lebow, et al.'s opposed motion to file a supplemental opening brief is granted. The appellees shall also be given an opportunity to file a supplemental answering brief. The supplemental briefs for the appellants and the appellees shall not exceed 2,800 words.

  The appellants' supplemental opening brief is due March 18, 2010. The appellees' supplemental answering brief is due April 19, 2010.

  The answering brief submitted by appellees AT&T Corporationand AT&T, Inc., et al. was filed on February 10, 2010.

  The court sua sponte extends the due date for the answering briefs for the government and remaining appellees' to May 19, 2010. The reply brief(s) are due July 1, 2010.

GS 2/8/10/Pro Mo          Page 16 of 17

**Consolidated Case Nos:** 09-16676, 09-16677, 09-16679, 09-16682, 09-16683, 09-16684, 09-16685, 09-16686, 09-16687, 09-16688, 09-16690, 09-16691, 09-16692, 09-16693, 09-16694, 09-16696, 09-16697, 09-16698, 09-16700, 09-16701, 09-16702, 09-16704, 09-16706, 09-16707, 09-16708, 09-16709, 09-16710, 09-16712, 09-16713, 09-13717, 09-16719, 09-16720, & 09-16723

The government appellee's motion for an extension of time to file the answering brief is denied as moot.

The appellants' motion for an extension of time to file the reply brief(s) is denied as moot.

> For the Court:
>
> MOLLY C. DWYER
> Clerk of Court
>
> Grace S. Santos
> Deputy Clerk
> Ninth Circuit Rule 27-7/Advisory Note to Rule 27
>    and Ninth Circuit 27-10