Ilann M. Maazel
Matthew D. Brinckerhoff
Emery Celli Brinckerhoff & Abady LLP

75 Rockefeller Plaza, 20th Floor
New York, New York 10019
Telephone: (212) 763-5000
Facsimile: (212) 763-5001

Attorneys for Plaintiffs

**FILED**

MAR 1 9 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA SHUBERT, NOHA ARAFA, SARAH DRANOFF and HILARY BOTEIN, individually and on behalf of all others similarly situated,

    Plaintiffs,

-against –

BARACK OBAMA, et al. (07-693)

CASE NO. C-06-1791-VRW

CLASS ACTION

**NOTICE OF APPEAL**

Courtroom 6, 17th Floor
The Honorable Vaughn R. Walker

Please take notice that plaintiffs Virginia Shubert, Noha Arafa, Sarah Dranoff and Hilary Botein, and each of them, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the district court's Order dated January 21, 2010, dismissing plaintiffs' complaint with prejudice (as amended by Order dated February 4, 2010) and from the district court's judgment dismissing plaintiffs' action entered on January 25, 2010.

| | |
|---|---|
| DATE: March 18, 2010 | Respectfully submitted,<br><br>*Ilann M. Maazel* /fm<br><br>Ilann M. Maazel<br>Matthew D. Brinckerhoff<br>Emery Celli Brinckerhoff & Abady LLP<br>75 Rockefeller Plaza, 20th Floor<br>New York, New York 10019<br><br>Attorneys for Plaintiffs |

Shubert v. Obama.                                                                    Case No. C06-1791-VRW

## CERTIFICATE OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 228 Hamilton Avenue, Third Floor, Palo Alto, CA 94301.

On March 18, 2010, I served the following document(s):

**NOTICE OF APPEAL**

on the interested parties in this action addressed as follows:

**Anthony Joseph Coppolino**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW, Rm. 6102
Washington, DC 20001

**James R. Whitman**
U.S. Department of Justice
Civil Division, Torts Branch
P.O Box 7146, Ben Franklin Station
Washington, DC 20044-7146

☒ **BY MAIL**

    ☒ I deposited such envelope in the mail at Palo Alto, California. The envelope was mailed with postage thereon fully prepaid.

    ☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Palo Alto, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION** pursuant to Rule 2008 of the California Rules of Court. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

☐ **BY FEDERAL EXPRESS**, OVERNIGHT, which was dropped off at the Federal Express office located at 3000 El Camino Real, Palo Alto, California 94306.

☐ **BY HAND:** I placed a true and correct copy thereof in a sealed envelope and instructed a messenger to hand deliver said envelope(s) to the address(es) noted above.

1  Executed on March 18, 2010 at Palo Alto, California.

2  ☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

3  

4  ☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
Nicole Economou

CERTIFICATE OF SERVICE