**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ORDER |

This order pertains to:
Al-Haramain Islamic Foundation et al v Obama et al (C-07-0109 VRW),
_____/

     Plaintiffs have submitted a proposed form of judgment seeking punitive damages in the amount of $183,600 for each plaintiff.

     To substantiate their request for an award of punitive damages, plaintiffs must file a memorandum of points and authorities that identifies the applicable legal standard and the evidence in the record that plaintiffs contend will support an award of punitive damages.  Plaintiffs' memorandum may not exceed twenty-five pages, and must be filed by May 7, 2010.  Defendants must file their opposition to plaintiffs' memorandum by May 21, 2010.  Plaintiffs may not file a reply brief unless requested by the court to do so.  No hearing will be set on the matter unless the court determines that one is necessary.

Pursuant to the order entered on March 31, 2010 defendants must file their proposed form of judgment by April 30, 2010.  If defendants oppose plaintiffs' request for dismissal of the second, third, fourth, fifth and sixth claims for relief, defendants must file an opposition by April 30, 2010.

IT IS SO ORDERED.

                                    /s/ Vaughn R Walker
                                    VAUGHN R WALKER
                                    United States District Chief Judge