MICHAEL F. HERTZ
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460

*Attorneys for Defendants*

Shayana Kadidal
Michael Ratner
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY  10012-2317
(212) 614-6438
Email: kadidal@ccrjustice.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates Only To:<br><br>*Center for Constitutional Rights, et al.*<br> *v. Barack Obama*, *et al*. (07-cv-1115-VRW) | **No. M:06-cv-01791-VRW**<br><br>**STIPULATION AND REQUEST TO EXTEND AND MODIFY BRIEFING SCHEDULE**<br><br>Chief Judge Vaughn R. Walker |

## **RECITALS**

1. By order dated March 26, 2010 (Dkt. 720), the Court, upon consideration of the parties' joint status report, set a schedule in this action for the submission of cross dispositive motions by the parties under which Government Defendants must renew their dispositive motion by April 28, 2010; plaintiffs must file an opposition to defendants' renewed motion and renew plaintiffs' cross-motion for summary judgment by May 28, 2010; defendants must reply and file

---

**Stipulation and Request to Extend and Modify Briefing Schedule; Proposed Order**
*Center for Constitutional Rights, et al. v. Barack Obama, et al.* **(07-CV-1115-VRW)  (M:06-CV-1791-VRW)**

1  an opposition to plaintiffs' cross-motion by June 18, 2010; and plaintiffs may file a cross-reply
2  by July 9, 2010.

3   2. Subsequently, on March 31, 2010 and April 19, 2010, the Court issued orders in
4  *Al-Haramain Islamic Foundation of Oregon, Inc. et al. v. Obama*, et al. (07-cv-00109-VRW),
5  under which the Government Defendants in that action would have submissions to the Court due
6  on April 30, 2010 and May 21, 2010. *See* Dkts. 721 at 45 and 724 at 1. These deadlines were
7  not in place when the Government stipulated to a briefing schedule in the *CCR* action.

8   3. Accordingly, at the request of the Government Defendants, the parties in the *CCR*
9  action have stipulated to a revised briefing schedule and seek the Court's approval for that
10 revised schedule.

11  4. No hearing date has been scheduled in connection with the parties' forthcoming
12 submissions in this action and, thus, no change to any date on the Court's calendar would be
13 necessary if the briefing schedule is revised.

**STIPULATION**

The parties, through their undersigned counsel, hereby stipulate and agree to the following revised briefing schedule in this action: (i) the Government Defendants must renew their dispositive motion by May 27, 2010; (ii) plaintiffs must file an opposition to defendants' renewed motion and renew plaintiffs' cross-motion for summary judgment by June 24, 2010; (iii) defendants must reply and file an opposition to plaintiffs' cross-motion by July 15, 2010; and (iv) plaintiffs may file a cross-reply by August 5, 2010. A proposed order is attached hereto.

Respectfully Submitted,

| *For Government Defendants' Position* | *For Plaintiffs' Position* |
|---|---|
| MICHAEL F. HERTZ<br>Deputy Assistant Attorney General<br>JOSEPH H. HUNT<br>Director, Federal Programs Branch<br>VINCENT M. GARVEY<br>Deputy Branch Director | Shayana Kadidal<br>Michael Ratner<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, NY  10012-2317 |

**Stipulation and Request to Extend and Modify Briefing Schedule; Proposed Order**
*Center for Constitutional Rights, et al. v. Barack Obama, et al.* **(07-CV-1115-VRW)  (M:06-CV-1791-VRW)**

1

| ANTHONY J. COPPOLINO<br>Special Litigation Counsel<br>tony.coppolino@usdoj.gov<br>U.S. Department of Justice, Civil Division 20 Massachusetts Avenue, N.W.<br>Washington, D.C. 20001<br>Phone: (202) 514-4782<br><br>By: _s/ Anthony J. Coppolino_<br>ANTHONY J. COPPOLINO<br><br>*Attorneys for Defendants* | (212) 614-6438<br>Email: kadidal@ccrjustice.org<br><br><br><br><br><br>By: _s/ Shayana Kadidal_ **per G.O. 45**<br>SHAYANA KADIDAL<br><br>*Attorneys for Plaintiffs* |

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ANTHONY J. COPPOLINO, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed above (Shayana Kadidal, Attorney for Plaintiffs).

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on April 22, 2010, in the City of Washington, D.C.

By:  *s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782-Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

*Attorney for Defendants*

---

**Stipulation and Request to Extend and Modify Briefing Schedule; Proposed Order**
*Center for Constitutional Rights, et al. v. Barack Obama, et al.* **(07-CV-1115-VRW)  (M:06-CV-1791-VRW)**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION ) ) ) ) ) | No. M:06-cv-01791-VRW<br><br>**[PROPOSED] ORDER** |
| This Document Relates Only To:<br><br>*Center for Constitutional Rights, et al. v. Barack Obama*, *et al.* (07-cv-1115-VRW) ) ) ) ) ) ) | Chief Judge Vaughn R. Walker |

Upon consideration of the parties' stipulation and request to extend and modify the current briefing schedule in this action, and good cause appearing, the Court hereby revises the current briefing schedule set forth in the Court's Order of March 26, 2010 (Dkt. 720) as follows: the Court ORDERS that the parties renew their respective cross-motions according to the following briefing schedule: (i) the Government Defendants must renew their dispositive motion by May 27, 2010; (ii) plaintiffs must file an opposition to defendants' renewed motion and renew plaintiffs' cross-motion for summary judgment by June 24, 2010; (iii) defendants must reply and file an opposition to plaintiffs' cross-motion by July 15, 2010; and (iv) plaintiffs may file a cross-reply by August 5, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATE: _____    _____
                      Chief Judge Vaughn R. Walker

**Stipulation and Request to Extend and Modify Briefing Schedule; Proposed Order**
*Center for Constitutional Rights, et al. v. Barack Obama, et al.* **(07-CV-1115-VRW)  (M:06-CV-1791-VRW)**