1

2

3      **UNITED STATES DISTRICT COURT**

4      **NORTHERN DISTRICT OF CALIFORNIA**

5      **SAN FRANCISCO DIVISION**

6    IN RE NATIONAL SECURITY AGENCY          )      **No. M:06-cv-01791-VRW**
     TELECOMMUNICATIONS RECORDS            )
7    LITIGATION                                         )      **[PROPOSED] ORDER**
                                                               )
8    _____    )       Chief Judge Vaughn R. Walker
                                                               )
9    This Document Relates Only To:             )
                                                               )
10   *Center for Constitutional Rights, et al.*     )
       *v. Barack Obama, et al.* (07-cv-1115-VRW)  )
11   _____    )

12

13          Upon consideration of the parties' stipulation and request to extend and modify the

14   current briefing schedule in this action, and good cause appearing, the Court hereby revises the

15   current briefing schedule set forth in the Court's Order of March 26, 2010 (Dkt. 720) as follows:

16   the Court ORDERS that the parties renew their respective cross-motions according to the

17   following briefing schedule: (i) the Government Defendants must renew their dispositive motion

18   by May 27, 2010; (ii) plaintiffs must file an opposition to defendants' renewed motion and renew

19   plaintiffs' cross-motion for summary judgment by June 24, 2010; (iii) defendants must reply and

20   file an opposition to plaintiffs' cross-motion by July 15, 2010; and (iv) plaintiffs may file a

21   cross-reply by August 5, 2010.

22                                  PURSUANT TO STIPULATION, IT IS SO ORDERED,

23

24   DATE: _____          _____

25                                  Chief Judge Vaughn R. Walker

26

27

28   **Stipulation and Request to Extend and Modify Briefing Schedule; Proposed Order**
     *Center for Constitutional Rights, et al. v. Barack Obama, et al.* **(07-CV-1115-VRW)  (M:06-CV-1791-VRW)**