IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ORDER |
| This order pertains to: | |
| Al-Haramain Islamic Foundation et al v Obama et al (C-07-0109 VRW), | |
| _____/ | |

     Plaintiffs propose that briefing on their fee application be deferred until completion of proceedings on any appeal from judgment. The court determines that postponement of plaintiffs' fee application pending appeal would not be efficient or prudent and ORDERS that plaintiffs file their application for attorney fees by no later than June 30, 2010. Defendants must file an opposition by July 20, 2010. Plaintiffs may file a reply by July 30, 2010.

     With respect to a reasonable hourly rate to be applied in a lodestar calculation the court refers the parties to the method employed in In re HPL Technologies, Inc Securities Litigation, 366

\\

\\

F Supp 2d 912, 921-22 (ND Cal 2005) (applying hourly rates published in the <u>Laffey</u> matrix as adjusted for locality).

    IT IS SO ORDERED.

```
                          _____
                          VAUGHN R WALKER
                          United States District Chief Judge
```