# UNITED STATES DISTRICT COURT
## Northern District of California
### 450 Golden Gate Avenue
### San Francisco, CA  94102
#### www.cand.uscourts.gov

Richard W. Wieking                                            General Court Number
Clerk                                                            415.522.2000


Re:   MDL 06-01791 In re National Security Agency Telecommunications Records Litigation


Dear Sir/Madam:

    Please be advised that for administrative purposes, the above entitled MDL action case number shall be changed from its current format in CM/ECF from M:06-cv-1791 VRW to **3:06-md-1791 VRW**.  The case title shall remain as presently captioned.  Nothing in this notice is intended to supplement or supersede any information outlined in the court's Pretrial Order No. 1 (Practice and Procedure Order) or subsequent pretrial orders.


                                        Sincerely yours,

                                        Rufino C. Santos
                                        Deputy Clerk


cc: Counsel
    MDL