| | |
|---|---|
| MICHAEL F. HERTZ | JON B. EISENBERG, Calif. Bar 88278 |
| Deputy Assistant Attorney General | Eisenberg & Hancock LLP |
| DOUGLAS N. LETTER | 1970 Broadway, Suite 1200 |
| Terrorism Litigation Counsel | Oakland, CA 94612 |
| JOSEPH H. HUNT | 510.452.2581 - Fax 510.452.3277 |
| Director, Federal Programs Branch | |
| VINCENT M. GARVEY | STEVEN GOLDBERG, Oregon Bar 75134 |
| Deputy Branch Director | River Park Center, Suite 300 |
| ANTHONY J. COPPOLINO | 205 SE Spokane St. |
| Special Litigation Counsel | Portland, OR 97202 |
| MARCIA BERMAN | 503.445.4622 - Fax 503.238.7501 |
| Senior Counsel | |
| U.S. Department of Justice | |
| Civil Division, Federal Programs Branch | **[FULL COUNSEL LIST BELOW]** |
| 20 Massachusetts Avenue, NW, Rm. 6102 | |
| Washington, D.C. 20001 | |
| Phone: (202) 514-4782—Fax: (202) 616-8460 | |

*Attorneys for the Defendants*                    *Attorneys for the Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Solely Relates To:<br><br>*Al-Haramain Islamic Foundation, Inc., et al.*<br>   *v. Obama*, *et al*.  (07-CV-109-VRW) | No. 3:06-md-1791 VRW<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF SCHEDULE FOR BRIEFING ATTORNEY FEES**<br><br>Honorable Vaughn R. Walker |

## **RECITALS**

1.   By order dated June 4, 2010 (Dkt. 732), the Court ordered plaintiffs to file their application for attorney fees by June 30, 2010; defendants to file an opposition by July 20, 2010; and plaintiffs to file a reply by July 30, 2010.

2.   The parties have stipulated to a revised briefing schedule to accommodate

---

**Stipulation And Request For Extension of Schedule for Briefing Attorney Fees; Proposed Order**
*Al-Haramain Islamic Foundation, Inc. v. Obama* **(07-cv-109-VRW) (3:06-md-1791 VRW)**                    -1-

counsels' schedules and seek the Court's approval for that revised schedule.

3. No hearing date has been scheduled in connection with the plaintiffs' forthcoming fee application and, thus, no change to any date on the Court's calendar would be necessary if the briefing schedule is revised.

## STIPULATION

The parties, through their undersigned counsel, hereby stipulate and agree to the following revised briefing schedule in this action: (1) plaintiffs' fee application to be filed on or before July 9, 2010; (2) defendants' opposition to plaintiffs' fee application to be filed on or before August 4, 2010; and (3) plaintiffs' reply in support of their fee application to be filed on or before August 16, 2010. A proposed order is attached hereto.

DATED this 14th day of June, 2010.

　　　　　　　　　　　　　　　*s/ Jon B. Eisenberg **per G.O. 45***
　　　　　　　　　　　　　　Jon B. Eisenberg

　　　　　　　　　　　　　　**Attorney for the Plaintiffs**


　　　　　　　　　　　　　　　*s/ Marcia Berman*
　　　　　　　　　　　　　　Marcia Berman

　　　　　　　　　　　　　　**Attorney for the Defendants**

---

**Stipulation And Request For Extension of Schedule for Briefing Attorney Fees; Proposed Order**
*Al-Haramain Islamic Foundation, Inc. v. Obama* **(07-cv-109-VRW) (3:06-md-1791 VRW)**　　　　-2-

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, MARCIA BERMAN, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed above (Jon B. Eisenberg, Attorney for Plaintiffs).

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on June 14, 2010, in the City of Washington, D.C.

    *s/ Marcia Berman*
MARCIA BERMAN
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorney for Defendants*

Plaintiffs' Full Counsel List

Jon B. Eisenberg, California Bar No. 88278 (jon@eandhlaw.com)
William N. Hancock, California Bar No. 104501 (bill@eandhlaw.com)
Eisenberg & Hancock LLP
1970 Broadway, Suite 1200
Oakland, CA 94612
510.452.258l - Fax 510.452.3277

Steven Goldberg, Oregon Bar No. 75134 (steven@stevengoldberglaw.com)
River Park Center, Suite 300
205 SE Spokane St.
Portland, OR 97202
503.445.4622 - Fax 503.238.7501

Thomas H. Nelson, Oregon Bar No. 78315 (nelson@thnelson.com)
P.O. Box 1211, 24525 E. Welches Road
Welches, OR 97067
503.622.3123 - Fax: 503.622.1438

Zaha S. Hassan, California Bar No. 184696 (zahahassan@comcast.net)
8101 N.E. Parkway Drive, Suite F-2
Vancouver, WA 98662
360.213.9737 - Fax 866.399.5575

J. Ashlee Albies, Oregon Bar No. 05184 (ashlee@sstcr.com)
Steenson, Schumann, Tewksbury, Creighton and Rose, PC
815 S.W. Second Ave., Suite 500
Portland, OR 97204
503.221.1792 - Fax 503.223.1516

Lisa R. Jaskol, California Bar No. 138769 (ljaskol@earthlink.net)
610 S. Ardmore Ave.
Los Angeles, CA 90005
213.385.2977 - Fax 213.385.9089

*Attorneys for Plaintiffs Al-Haramain Islamic Foundation, Inc., Wendell Belew and Asim Ghafoor*

**Stipulation And Request For Extension of Schedule for Briefing Attorney Fees; Proposed Order**
*Al-Haramain Islamic Foundation, Inc. v. Obama* **(07-cv-109-VRW) (3:06-md-1791 VRW)**                -4-

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Solely Relates To:<br><br>*Al-Haramain Islamic Foundation, Inc., et al. v. Obama, et al.* (07-CV-109-VRW) | No. 3:06-md-1791 VRW<br><br>**[PROPOSED] ORDER**<br><br>Chief Judge Vaughn R. Walker |

    Upon consideration of the parties' stipulation and request to extend and modify the current briefing schedule in this action, and good cause appearing, the Court hereby revises the current briefing schedule set forth in the Court's Order of June 4, 2010 (Dkt. 732) as follows: the Court ORDERS that: (1) plaintiffs' fee application be filed on or before July 9, 2010; (2) defendants' opposition to plaintiffs' fee application be filed on or before August 4, 2010; and (3) plaintiffs' reply in support of their fee application be filed on or before August 16, 2010.

                            PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATE: _____       _____
                                Chief Judge Vaughn R. Walker