UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Solely Relates To:<br><br>*Al-Haramain Islamic Foundation, Inc., et al. v. Obama, et al.* (07-CV-109-VRW) | No. 3:06-md-1791 VRW<br><br>[PROPOSED] ORDER<br><br>Chief Judge Vaughn R. Walker |

Upon consideration of the parties' stipulation and request to extend and modify the current briefing schedule in this action, and good cause appearing, the Court hereby revises the current briefing schedule set forth in the Court's Order of June 4, 2010 (Dkt. 732) as follows: the Court ORDERS that: (1) plaintiffs' fee application be filed on or before July 9, 2010; (2) defendants' opposition to plaintiffs' fee application be filed on or before August 4, 2010; and (3) plaintiffs' reply in support of their fee application be filed on or before August 16, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATE: _____    _____
Chief Judge Vaughn R. Walker

*IT IS SO ORDERED*
Judge Vaughn R Walker

**Stipulation And Request For Extension of Schedule for Briefing Attorney Fees; Proposed Order**
*Al-Haramain Islamic Foundation, Inc. v. Obama* **(07-cv-109-VRW) (3:06-md-1791 VRW)**        -5-