Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012-2317
Phone: (212) 614-6438
Fax: (212) 614-6499
Email: kadidal@ccr-ny.org

*Attorney for Plaintiffs*

Anthony J. Coppolino
Special Litigation Counsel
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. 3:06-md-01791-VRW<br><br>**REVISED STIPULATION AND REQUEST TO EXTEND AND MODIFY BRIEFING SCHEDULE** |
| This Document Relates Only to:<br>*Center for Constitutional Rights v. Obama*, (Case No. 07-cv-1115-VRW) | Chief Judge Vaughn R. Walker |

**RECITALS**

1. By order dated March 26, 2010 (Dkt. 720 in 06-md-1791, Dkt. 36 in 07-cv-1115), the Court, upon consideration of the parties' joint status report, set a schedule in this action for the submission of cross dispositive motions by the parties under which defendants were to renew their dispositive motion by April 28, 2010; plaintiffs were to file an opposition to defendants' renewed motion and renew plaintiffs' cross-motion for summary judgment by May 28, 2010; defendants were to reply and file an opposition to plaintiffs' cross-motion by June 18, 2010; and plaintiffs were to file a cross-reply by July 9, 2010.

2. Counsel for the parties then stipulated (Dkt. 725 in 06-md-1791, Dkt. 37 in 07-cv-1115 (filed Apr. 27, 2010)) to a revised briefing schedule under which defendants were to renew their dispositive motion by May 27, 2010; plaintiffs were to file an opposition to defendants' renewed motion and renew plaintiffs' cross-motion for summary judgment by June 24, 2010; defendants were to reply and file an opposition to plaintiffs' cross-motion by July 15, 2010; and plaintiffs were to file a cross-reply by August 5, 2010. The Court issued an order adopting the revised briefing schedule pursuant to stipulation on April 28, 2010 (Dkt. 726 in 06-md-1791, Dkt. 38 in 07-cv-1115).

3. Defendants filed their renewed motion on May 27, 2010 (Dkt. 731 in 06-md-1791, Dkt. 39 in 07-cv-1115).

4. Plaintiffs and defendants, through counsel, hereby submit this revised stipulation to extend the time for submission of plaintiffs' opposition and renewed motion, defendants' reply, and plaintiffs' cross-reply, and request that the Court make this stipulation an order of the Court.

5. The enlargement of time is necessary to accommodate other litigation burdens on plaintiffs' counsel. Undersigned counsel, Mr. Kadidal, is the sole active attorney on this case and is also managing attorney of the Guantánamo litigation at CCR. Since the filing of the government's motion, another CCR attorney responsible for Guantánamo habeas litigation was incapacitated by illness and confined indefinitely to bed rest, making it impossible for that attorney to further litigate habeas cases (which would require visits to the base and to a secure facility in the Washington, D.C. area for access to classified factual information), and resulting in emergency reassignment of her habeas litigation responsibilities to Mr. Kadidal and one other attorney also already possessing security clearance.

6. There has been one previous modification of the original schedule, as described above, which was stipulated to in order to accommodate burdens on defendants' counsel. No prejudice will result from the requested enlargement of time and, as there are no further deadlines currently scheduled in the case, it will not affect any other schedule for the case.

## REVISED STIPULATION

The parties, through their undersigned counsel, hereby stipulate and agree to the following revised briefing schedule in this action: (i) plaintiffs must file an opposition to defendants' renewed motion and renew plaintiffs' cross-motion for summary judgment by July 22, 2010; (ii) defendants must reply and file an opposition to plaintiffs' cross-motion by September 2, 2010; (iii) plaintiffs may file a cross-reply by September 23, 2010. A proposed order is attached hereto.

Respectfully submitted,

By:     /s/Shayana Kadidal
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012-2317
Phone: (212) 614-6438 — Fax: (212) 614-6499
Email: kadidal@ccrjustice.org

*Attorney for Plaintiffs*

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

By:     /s/Anthony J. Coppolino per G.O. 45
Anthony J. Coppolino
Special Litigation Counsel

MARCIA BERMAN
Senior Counsel

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

*Attorneys for Defendants*

June 17, 2010

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, SHAYANA KADIDAL, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed above (Anthony Coppolino, Attorney for Defendants). .

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on June 17, 2010, in the City of New York, New York.

          /s/*Shayana Kadidal*
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012-2317
(212) 614-6438
Email: kadidal@ccrjustice.org

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. 3:06-md-01791-VRW** <br><br> Judge: Hon. Vaughn R. Walker |
| This Document Relates Only to: *Center for Constitutional Rights v. Obama*, (Case No. 07-cv-1115-VRW) | |

### ~~[PROPOSED]~~ ORDER

Upon consideration of the parties' revised stipulation and request to extend and modify the current briefing schedule in this action, and good cause appearing, the Court hereby revises the current briefing schedule set forth in the Court's Order adopting the revised briefing schedule pursuant to stipulation of April 28, 2010 (Dkt. 726 in 06-md-1791, Dkt. 38 in 07-cv-1115) as follows: the Court ORDERS that (i) plaintiffs must file an opposition to defendants' renewed motion and renew plaintiffs' cross-motion for summary judgment by July 22, 2010; (ii) defendants must reply and file an opposition to plaintiffs' cross-motion by September 2, 2010; (iii) plaintiffs may file a cross-reply by September 23, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATE: 6/21/2010 _____
Chief Judge Vaughn R. Walker

[GRANTED — Judge Vaughn R Walker]

3:06-md-1791-VRW   REVISED STIPULATION AND REQUEST TO EXTEND & MODIFY BRIEFING SCHEDULE; PROPOSED ORDER IN *CENTER FOR CONSTITUTIONAL RIGHTS V. OBAMA* (07-CV-1115-VRW)

**Certificate of Service**

I, Shayana Kadidal, certify that on June 17, 2010 (PDT), I caused the foregoing Revised Stipulation to be filed electronically on the ECF system and served via email on the counsel for defendants listed below.

> Anthony J. Coppolino
> Special Litigation Counsel
> United States Department of Justice
> Civil Division, Federal Programs Branch
> P.O. Box 883
> Washington, D.C. 20044
> Email: *tony.coppolino@usdoj.gov*

Dated: June 17, 2010

/s/
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317