Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317
Phone: (212) 614-6438
Fax: (212) 614-6499
Email: kadidal@ccr-ny.org

*Attorney for Plaintiffs*

Marcia Berman
Senior Counsel
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460
Email: marcia.berman@usdoj.gov

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates Only to:<br>*Center for Constitutional Rights v. Obama*, (Case No. 07-cv-1115-VRW) | No. 3:06-md-01791-VRW<br><br>**REVISED STIPULATION AND REQUEST TO EXTEND AND MODIFY BRIEFING SCHEDULE**<br><br>Chief Judge Vaughn R. Walker |

**RECITALS**

1.  By order dated March 26, 2010 (Dkt. 720 in 06-md-1791, Dkt. 36 in 07-cv-1115), the Court, upon consideration of the parties' joint status report, set a schedule in this action for the submission of cross dispositive motions by the parties under which defendants were to renew their dispositive motion by April 28, 2010; plaintiffs were to file an opposition to defendants' renewed motion and renew plaintiffs' cross-motion for summary judgment by May 28, 2010; defendants were to reply and file an opposition to plaintiffs' cross-motion by June 18, 2010; and plaintiffs were to file a cross-reply by July 9, 2010.

2. Counsel for the parties then stipulated (Dkt. 725 in 06-md-1791, Dkt. 37 in 07-cv-1115 (filed Apr. 27, 2010)) to a revised briefing schedule under which defendants were to renew their dispositive motion by May 27, 2010; plaintiffs were to file an opposition to defendants' renewed motion and renew plaintiffs' cross-motion for summary judgment by June 24, 2010; defendants were to reply and file an opposition to plaintiffs' cross-motion by July 15, 2010; and plaintiffs were to file a cross-reply by August 5, 2010. The Court issued an order adopting the revised briefing schedule pursuant to stipulation on April 28, 2010 (Dkt. 726 in 06-md-1791, Dkt. 38 in 07-cv-1115).

3. Defendants filed their renewed motion on May 27, 2010 (Dkt. 731 in 06-md-1791, Dkt. 39 in 07-cv-1115).

4. Counsel for the parties then stipulated (Dkt. 736 in 06-md-1791, Dkt. 41 in 07-cv-1115 (filed Jun. 17, 2010)) to a revised briefing schedule under which plaintiffs were to file an opposition to defendants' renewed motion and renew plaintiffs' cross-motion for summary judgment by July 22, 2010; defendants were to reply and file an opposition to plaintiffs' cross-motion by September 2, 2010; and plaintiffs were to file a cross-reply by September 23, 2010. The Court issued an order adopting the revised briefing schedule pursuant to stipulation on June 21, 2010 (Dkt. 737 in 06-md-1791, Dkt. 42 in 07-cv-1115).

4. Plaintiffs and defendants, through counsel, hereby submit this revised stipulation to extend the time for submission of plaintiffs' opposition and renewed motion, defendants' reply, and plaintiffs' cross-reply, and request that the Court make this stipulation an order of the Court.

5. The one-week enlargement of time for plaintiffs' opposition and cross-motion is necessary to accommodate burdens on plaintiffs' counsel created by a prolonged system-wide email failure during the week of July 5th. Further slight adjustments beyond one week have been proposed for the two subsequent deadlines in order to accommodate the religious holidays in early September.

6. There have been two previous modifications of the original schedule, as described above. No prejudice will result from the requested enlargement of time and, as there are no further deadlines currently scheduled in the case, it will not affect any other schedule for the case.

**REVISED STIPULATION**

The parties, through their undersigned counsel, hereby stipulate and agree to the following revised briefing schedule in this action: (i) plaintiffs must file an opposition to defendants' renewed motion and renew plaintiffs' cross-motion for summary judgment by July 29, 2010; (ii) defendants must reply and file an opposition to plaintiffs' cross-motion by September 14, 2010; (iii) plaintiffs may file a cross-reply by October 5, 2010. A proposed order is attached hereto.

Respectfully submitted,

By:     /s/Shayana Kadidal
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012-2317
Phone: (212) 614-6438 — Fax: (212) 614-6499
Email: kadidal@ccrjustice.org

*Attorney for Plaintiffs*

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

By:     /s/Marcia Berman  per G.O. 45
Marcia Berman
Senior Counsel

ANTHONY J. COPPOLINO
Special Litigation Counsel

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460
Email: marcia.berman@usdoj.gov

*Attorneys for Defendants*

July 16, 2010

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, SHAYANA KADIDAL, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed above (Marcia Berman, Attorney for Defendants).

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on July 16, 2010, in the City of New York, New York.

                                        /s/*Shayana Kadidal*
                                        Shayana Kadidal
                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        666 Broadway, 7th Floor
                                        New York, NY  10012-2317
                                        (212) 614-6438
                                        Email: kadidal@ccrjustice.org

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. 3:06-md-01791-VRW** <br><br> Judge: Hon. Vaughn R. Walker |
| This Document Relates Only to: <br> *Center for Constitutional Rights v. Obama*, <br> (Case No. 07-cv-1115-VRW) | |

**[PROPOSED] ORDER**

Upon consideration of the parties' revised stipulation and request to extend and modify the current briefing schedule in this action, and good cause appearing, the Court hereby revises the current briefing schedule set forth in the Court's Order of June 21, 2010 (Dkt. 737 in 06-md-1791, Dkt. 42 in 07-cv-1115) as follows: the Court ORDERS that (i) plaintiffs must file an opposition to defendants' renewed motion and renew plaintiffs' cross-motion for summary judgment by July 29, 2010; (ii) defendants must reply and file an opposition to plaintiffs' cross-motion by September 14, 2010; (iii) plaintiffs may file a cross-reply by October 5, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATE: _____          _____
                                                    Chief Judge Vaughn R. Walker

---

3:06-md-1791-VRW   REVISED STIPULATION AND REQUEST TO EXTEND & MODIFY BRIEFING SCHEDULE; PROPOSED ORDER IN *CENTER FOR CONSTITUTIONAL RIGHTS V. OBAMA* (07-CV-1115-VRW)

**Certificate of Service**

I, Shayana Kadidal, certify that on July 16, 2010 (PDT), I caused the foregoing Revised Stipulation to be filed electronically on the ECF system and served via email on the counsel for defendants listed below.

> Anthony J. Coppolino
> Marcia Berman
> Special Litigation Counsel
> United States Department of Justice
> Civil Division, Federal Programs Branch
> P.O. Box 883
> Washington, D.C. 20044
> Email: *tony.coppolino@usdoj.gov*
> Email: *marcia.berman@usdoj.gov*

Dated: July 16, 2010

> ___/s/_____
> Shayana Kadidal
> CENTER FOR CONSTITUTIONAL RIGHTS
> 666 Broadway, 7th Floor
> New York, NY  10012-2317