United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION<br>_____<br><br>This order pertains to:<br><br><u>Center for Constitutional Rights<br>v Obama</u> (C 07-1115 VRW),<br>_____/ | MDL 06-1791 VRW<br><br>ORDER |

    Upon consideration of the parties' revised stipulation and request to extend and to modify the current briefing schedule in this action, the court HEREBY REVISES the current briefing schedule set forth in its order of June 21, 2010 (Doc #737/042)[1] as follows: (i) plaintiffs must file an opposition to defendants' renewed motion and may renew their cross-motion for summary judgment by July 29, 2010; (ii) defendants must file an opposition to plaintiffs' cross motion and may file a reply to plaintiffs' opposition by September 14, 2010; and (iii) plaintiffs may file a cross-reply by October 5, 2010. There now having been three stipulated extensions of briefing, the court will not permit any

---

[1] Consistent with previous orders of this court, this document is referred to both by the MDL docket number (No M 06-1791) and to the individual docket number (No C 07-1115) in the following format: Doc #xxx/yyy.

further extensions or delays.

     IT IS SO ORDERED.

_____
**VAUGHN R WALKER**
United States District Chief Judge

**United States District Court**
For the Northern District of California