MICHAEL F. HERTZ
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
MARCIA BERMAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. 3:06-md-1791-VRW** |
| | **STIPULATION TO DEFENDANTS' REQUEST FOR ONE (1) DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR ATTORNEY FEES** |
| This Document Solely Relates To: | |
| *Al-Haramain Islamic Foundation of Oregon, et al. v. Obama, et al.* (07-cv-109-VRW) | Courtroom: 6, 17th Floor |
| | Chief Judge Vaughn R. Walker |

**RECITAL**

By Order dated June 4, 2010, the Court directed plaintiffs to file an application for attorney fees in this action, *see* Dkts. 732/124, and by Order dated June 15, 2010, set a revised briefing schedule for the matter, *see* Dkts. 735/127. On July 7, 2010, plaintiffs filed a Motion for Attorney Fees. *See* Dkts. 738/128. Under the Court's June 15 Order, Defendants's response is presently due on August 4, 2010. Defendants request one (1) additional day to complete their response – to August 5, 2010. The plaintiffs do not object.

**STIPULATION**

Pursuant to L.R. 6.1, the parties, through their undersigned counsel, hereby stipulate and agree that the due date for Defendants' response to Plaintiffs' Motion for Attorney Fees (Dkts. 738/128) shall be extended from August 4, 2010 to August 5, 2010, and request that the Court enter the proposed order below as an order of the Court.

DATED: July 29, 2010              Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

   *s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

MARCIA BERMAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the Government Defendants*

By:   *s/ Jon B. Eisenberg* per G.O. 45
JON B. EISENBERG
California Bar No. 88278 (jon@eandhlaw.com)
Eisenberg & Hancock LLP
1970 Broadway, Suite 1200 • Oakland, CA 94612
510.452.2581 – Fax 510.452.3277

*Counsel for Plaintiffs Al-Haramain Islamic Foundation, Inc., Wendell Belew, and Asim Ghafoor*

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ANTHONY J. COPPOLINO, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed above (Jon Eisenberg, Plaintiffs' counsel).

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on July 29, 2010, in the City of Washington, District of Columbia.

MICHAEL F. HERTZ
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
MARCIA BERMAN
Trial Attorney

By:   *s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION _____ This Document Solely Relates To: *Al-Haramain Islamic Foundation of Oregon, et al. v. Obama, et al.* (07-cv-109-VRW) _____ | No. 3:06-md-1791-VRW Courtroom: 6, 17th Floor Chief Judge Vaughn R. Walker |

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, it is hereby ORDERED that the due date for Defendants' response to Plaintiffs' Motion for Attorney Fees (Dkts. 738/128) shall be extended from August 4, 2010 to August 5, 2010

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Hon. Vaughn R. Walker
United States District Chief Judge

---

**Stipulation to Extend Defendants' Response to Attorney Fee Motion**
*Al-Haramain v. Obama*, 07-cv-109-VRW (3:06-md-1791-VRW)        4