IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:** | **MDL Docket No 06-1791 VRW** |
| **NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION** | **ORDER** |
| This order pertains to: Al-Haramain Islamic Foundation et al v Obama et al (C-07-0109 VRW), / | |

Pursuant to the foregoing stipulation, it is hereby ORDERED that the due date for Defendants' response to Plaintiffs' Motion for Attorney Fees (Dkts 738/128) shall be extended from August 4, 2010 to August 5, 2010. No further extensions should be sought as none will be granted.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge