Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317
Phone: (212) 614-6438
Fax: (212) 614-6499
Email: kadidal@ccr-ny.org

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. 3:06-md-01791-VRW<br><br>**CONSENT MOTION FOR ADMINISTRATIVE RELIEF EXTENDING PAGE LIMIT** |
| This Document Relates Only to:<br>*Center for Constitutional Rights v. Obama*, (Case No. 07-cv-1115-VRW) | Chief Judge Vaughn R. Walker |

By order dated July 21, 2010 (Dkt. 740 in 06-md-1791, Dkt. 44 in 07-cv-1115), the Court, upon consideration of the parties' joint status report, set a schedule in this action for the submission of cross dispositive motions by the parties under which: (i) plaintiffs must file an opposition to defendants' renewed motion and renew plaintiffs' cross-motion for summary judgment by July 29, 2010; (ii) defendants must reply and file an opposition to plaintiffs' cross-motion by September 14, 2010; (iii) plaintiffs may file a cross-reply by October 5, 2010.

It appears that the page limit for the parties' opening briefs would ordinarily be 25 pages per Civil Local Rule 7-2(b). Plaintiffs' counsel hereby request an additional 5 pages for their opposition/renewed cross-motion brief. As noted in the attached stipulation, defendants' counsel have consented to this motion.

Plaintiffs therefore make this consent motion for administrative relief under Civil Local Rule 7-11 for an order from this Court permitting plaintiffs to file a memorandum in opposition to

defendants' renewed motion and renewing their cross-motion for summary judgment of up to 30 pages.

      A proposed order is attached.

                                Respectfully submitted,

                                /s/sdk
                              Shayana Kadidal
                              CENTER FOR CONSTITUTIONAL RIGHTS
                              666 Broadway, 7th Floor
                              New York, NY  10012-2317
                              (212) 614-6438

                              *Attorney for Plaintiffs*

July 29, 2010

Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317
Phone: (212) 614-6438
Fax: (212) 614-6499
Email: kadidal@ccr-ny.org

*Attorney for Plaintiffs*

Anthony Coppolino
Special Litigation Counsel
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. 3:06-md-01791-VRW<br><br>**STIPULATION REGARDING CONSENT TO EXTEND PAGE LIMIT** |
| This Document Relates Only to:<br>*Center for Constitutional Rights v. Obama*, (Case No. 07-cv-1115-VRW) | Chief Judge Vaughn R. Walker |

## RECITALS

By order dated July 21, 2010 (Dkt. 740 in 06-md-1791, Dkt. 44 in 07-cv-1115), the Court, upon consideration of the parties' joint status report, set a schedule in this action for the submission of cross dispositive motions by the parties under which: (i) plaintiffs must file an opposition to defendants' renewed motion and renew plaintiffs' cross-motion for summary judgment by July 29, 2010; (ii) defendants must reply and file an opposition to plaintiffs' cross-motion by September 14, 2010; (iii) plaintiffs may file a cross-reply by October 5, 2010.

It appears that the page limit for the parties' opening briefs would ordinarily be 25 pages per Civil Local Rule 7-2(b). Plaintiffs' counsel have requested an additional 5 pages for their opposition/renewed cross-motion brief, and defendants' counsel have consented.

**STIPULATION**

The parties, through their undersigned counsel, hereby stipulate and agree that plaintiffs may file a memorandum in opposition to defendants' renewed motion and renewing their cross-motion for summary judgment of up to 30 pages.

A proposed order is attached hereto.

Respectfully submitted,

By:    /s/Shayana Kadidal
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317
Phone: (212) 614-6438 — Fax: (212) 614-6499
Email: kadidal@ccrjustice.org

*Attorney for Plaintiffs*

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

By:    /s/Anthony Coppolino  per G.O. 45
Anthony J. Coppolino
Special Litigation Counsel
MARCIA BERMAN
Senior Counsel
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

*Attorneys for Defendants*

July 29, 2010

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, SHAYANA KADIDAL, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed above (Anthony Coppolino, Attorney for Defendants).

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on July 29, 2010, in the City of New York, New York.

                                       */s/Shayana Kadidal*
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012-2317
(212) 614-6438
Email: kadidal@ccrjustice.org

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. 3:06-md-01791-VRW** <br> Judge: Hon. Vaughn R. Walker |
| This Document Relates Only to: <br> *Center for Constitutional Rights v. Obama*, <br> (Case No. 07-cv-1115-VRW) | |

# [~~PROPOSED~~] ORDER

Upon consideration of the consent Motion for Administrative Relief and the accompanying stipulation of the parties, requesting enlargement of page limit, and good cause appearing, the Court hereby ORDERS that plaintiffs may file a memorandum in opposition to defendants' renewed motion and renewing their cross-motion for summary judgment of up to 30 pages.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATE: 8/9/2010

_____
Chief Judge Vaughn R. Walker

3:06-md-1791-VRW   CONSENT MOTION FOR ADMINISTRATIVE RELIEF EXTENDING PAGE LIMIT IN *CENTER FOR CONSTITUTIONAL RIGHTS V. OBAMA* (07-CV-1115-VRW)

**Certificate of Service**

I, Shayana Kadidal, certify that on July 29, 2010 (PDT), I caused the foregoing Motion for Administrative Relief and Stipulation to be filed electronically on the ECF system and served via email on the counsel for defendants listed below.

>Anthony J. Coppolino
>Marcia Berman
>Special Litigation Counsel
>United States Department of Justice
>Civil Division, Federal Programs Branch
>P.O. Box 883
>Washington, D.C. 20044
>Email: *tony.coppolino@usdoj.gov*
>Email: *marcia.berman@usdoj.gov*

Dated: July 29, 2010

>_/s/_____
>Shayana Kadidal
>CENTER FOR CONSTITUTIONAL RIGHTS
>666 Broadway, 7th Floor
>New York, NY  10012-2317