FILED

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

MAR 18 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, | No. 09-16676 |
| | D.C. Nos.    3:06-cv-00672-VRW M:06-cv-01791-VRW |
| TASH HEPTING; et al., | Northern District of California, San Francisco |
| Plaintiffs - Appellants, | |
| v. | ORDER |
| AT&T CORPORATION and AT&T, INC., | |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |
| SEAN BASINSKI, on behalf of himself and all others similarly situated and ALL PLAINTIFFS, | No. 09-16677 |
| Plaintiffs - Appellants, | D.C. Nos.    3:06-cv-06434-VRW M-06-cv-01791-VRW |
| | Northern District of California, San Francisco |
| v. | |
| VERIZON COMMUNICATIONS, INC. and VERIZON, | |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |

|  |  |
|---|---|
| Defendant-intervenor - Appellee. | |

| | |
|---|---|
| RICHARD D. SUCHANEK, III, on behalf of himself and all others similarly situated and ALL PLAINTIFFS,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>SPRINT NEXTEL CORPORATION,<br><br>        Defendant - Appellee,<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-intervenor - Appellee. | No. 09-16679<br><br>D.C. Nos.   3:06-cv-06295-VRW<br>            M:06-cv-01791-VRW<br>Northern District of California, San Francisco |

| | |
|---|---|
| CHARLES F. BISSITT; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>VERIZON COMMUNICATIONS, INC. and VERIZON,<br><br>        Defendants - Appellees. | No. 09-16682<br><br>D.C. Nos.   3:06-cv-05066-VRW<br>            M:06-cv-01791-VRW<br>Northern District of California, San Francisco |

| | |
|---|---|
| CHRISTOPHER BREADY; et al., | No. 09-16683 |
| Plaintiffs - Appellants, | |
| v. | D.C. Nos.   3:06-cv-06313-VRW<br>M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |
| VERIZON MARYLAND, INC. and VERIZON, | |
| Defendants - Appellees, | |
| Appellee. | |
| TOM CAMPBELL; et al., | No. 09-16684 |
| Plaintiffs - Appellants, | |
| v. | D.C. Nos.   3:06-cv-03596-VRW<br>M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |
| AT&T COMMUNICATIONS OF CALIFORNIA, a corporation and AT&T CORP., a corporation, | |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |
| DENNIS P. RIORDAN; et al., | No. 09-16685 |
| Plaintiffs - Appellants, | |
| v. | D.C. Nos.   3:06-cv-03574-VRW<br>M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |
| VERIZON COMMUNICATIONS, INC., a | |

3

corporation and VERIZON,

        Defendants - Appellees,

UNITED STATES OF AMERICA,

        Defendant-intervenor - Appellee.

---

GLEN CHULSKY; et al.,

        Plaintiffs - Appellants,

  v.

CELLCO PARTNERSHIP, DBA Verizon Wireless; et al.,

        Defendants - Appellees,

UNITED STATES OF AMERICA,

        Defendant-intervenor - Appellee.

No. 09-16686

D.C. Nos.    3:06-cv-06570-VRW
               M:06-cv-01791-VRW
Northern District of California,
San Francisco

| | |
|---|---|
| CHARMAINE CROCKETT; et al., | No. 09-16687 |
| Plaintiffs - Appellants, | D.C. Nos.   3:06-cv-06254-VRW |
| |             M:06-cv-01791-VRW |
| v. | Northern District of California, San Francisco |
| VERIZON WIRELESS, (VAW) LLC; et al., | |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |

| | |
|---|---|
| TRAVIS CROSS; et al., | No. 09-16688 |
| Plaintiffs - Appellants, | D.C. Nos.   3:06-cv-06222-VRW |
| |             M:06-cv-01791-VRW |
| v. | Northern District of California, San Francisco |
| AT&T COMMUNICATIONS, INC.; et al., | |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |

| | |
|---|---|
| JOAN DUBOIS; et al., | No. 09-16690 |
| Plaintiffs - Appellants, | D.C. Nos.   3:06-cv-06387-VRW |
| |             M:06-cv-01791-VRW |
| v. | Northern District of California, San Francisco |

AT&T CORP.; et al.,

        Defendants - Appellees,

UNITED STATES OF AMERICA,

        Defendant-intervenor - Appellee.

---

| | |
|---|---|
| TRAVIS CROSS; et al., | No. 09-16691 |
|     Plaintiffs - Appellants, | D.C. Nos.  3:06-cv-06224-VRW |
|   v. |            M:06-cv-01791-VRW |
| | Northern District of California, |
| AT&T COMMUNICATIONS OF CALIFORNIA, INC.; et al., | San Francisco |
|     Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
|     Defendant-intervenor - Appellee. | |

---

| | |
|---|---|
| PAT MAHONEY, individually, and on behalf of all others similarly situated and ALL PLAINTIFFS, | No. 09-16692 |
|     Plaintiffs - Appellants, | D.C. Nos.  3:06-cv-05065-VRW |
|   v. |            M:06-cv-01791-VRW |
| | Northern District of California, |
| AT&T COMMUNICATIONS, INC. and AT&T CORP., | San Francisco |

Defendants - Appellees,

UNITED STATES OF AMERICA,

Defendant-intervenor - Appellee.

---

PAMELA A. MAHONEY, on behalf of herself and all others similarly situated and ALL PLAINTIFFS,

Plaintiffs - Appellants,

v.

VERIZON COMMUNICATIONS, INC. and VERIZON,

Defendants - Appellees,

UNITED STATES OF AMERICA,

Defendant-intervenor - Appellee.

No. 09-16693

D.C. Nos.    3:06-cv-05064-VRW
                M:06-cv-01791-VRW

Northern District of California, San Francisco

---

MARK P. SOLOMON, MD, on behalf of himself and all others similarly situated and ALL PLAINTIFFS,

Plaintiffs - Appellants,

v.

VERIZON COMMUNICATIONS, INC. and VERIZON,

Defendants - Appellees,

No. 09-16694

D.C. Nos.    3:06-cv-06388-VRW
                M:06-cv-01791-VRW

Northern District of California, San Francisco

UNITED STATES OF AMERICA,

        Defendant-intervenor -
        Appellee.

---

RHEA FULLER, on behalf of herself and all others similarly situated and ALL PLAINTIFFS,

        Plaintiffs - Appellants,

  v.

VERIZON COMMUNICATIONS, INC.; et al.,

        Defendants - Appellees,
UNITED STATES OF AMERICA,

        Defendant-intervenor -
        Appellee.

No. 09-16696

D.C. Nos.   3:06-cv-05267-VRW
           M:06-cv-01791-VRW
Northern District of California,
San Francisco

---

SHELLY D. SOUDER and ALL PLAINTIFFS,

        Plaintiffs - Appellants,

  v.

AT&T INC. and AT&T CORP.,

        Defendants - Appellees,

UNITED STATES OF AMERICA,

        Defendant-intervenor -

No. 09-16697

D.C. Nos.   3:06-cv-05067-VRW
           M:06-cv-01791-VRW
Northern District of California,
San Francisco

| | |
|---|---|
| Appellee. | |
| STEVE DOLBERG, on behalf of himself and all others similarly situated and ALL PLAINTIFFS, | No. 09-16698 |
| | D.C. Nos.    3:06-cv-05269-VRW |
| Plaintiffs - Appellants, | M:06-cv-01791-VRW |
| | Northern District of California, San Francisco |
| v. | |
| AT&T, INC. and AT&T CORP., | |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |
| THERESA FORTNASH and ALL PLAINTIFFS, | No. 09-16700 |
| | D.C. Nos.    3:06-cv-06385-VRW |
| Plaintiffs - Appellants, | M:06-cv-01791-VRW |
| | Northern District of California, San Francisco |
| v. | |
| AT&T CORP., | |
| Defendant - Appellee, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |

9

| | |
|---|---|
| D. CLIVE HARDY and ALL PLAINTIFFS, | No. 09-16701 |
| Plaintiffs - Appellants, | D.C. Nos.  3:06-cv-06924-VRW<br>M:06-cv-01791-VRW |
| v. | Northern District of California,<br>San Francisco |
| AT&T CORPORATION, | |
| Defendant - Appellee, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor -<br>Appellee. | |
| JAMES C. HARRINGTON; et al.,<br>Plaintiffs - Appellants, | No. 09-16702 |
| v. | D.C. Nos.  3:06-cv-05452-VRW<br>M:06-cv-01791-VRW |
| AT&T, INC.; et al., | Northern District of California,<br>San Francisco |
| Defendants - Appellees. | |

| TINA HERRON; et al., | No. 09-16704 |
|---|---|
| Plaintiffs - Appellants, | D.C. No. 3:06-cv-05343-VRW<br>Northern District of California,<br>San Francisco |
| v. | |
| VERIZON GLOBAL NETWORKS, INC.;<br>et al., | |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor -<br>Appellee. | |

| DARRYL HINES; et al., | No. 09-16706 |
|---|---|
| Plaintiffs - Appellants, | D.C. Nos.   3:06-cv-05341-VRW<br>               M:06-cv-01791-VRW |
| v. | Northern District of California,<br>San Francisco |
| VERIZON NORTHWEST, INC., an active<br>Washington corporation; et al., | |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor -<br>Appellee. | |

| HOWARD JACOBS, a natural person;<br>et al., | No. 09-16707 |
|---|---|
| | D.C. Nos.   3:07-cv-02538-VRW |

|  |  |
|---|---|
| Plaintiffs - Appellants, | M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |
| v. | |
| AT&T CORP., a foreign corporation;<br>et al., | |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor -<br>Appellee. | |
| CLAUDIA MINK and ALL PLAINTIFFS, | No. 09-16708 |
| Plaintiffs - Appellants, | D.C. Nos.   3:06-cv-07934-VRW<br>              M:06-cv-01791-VRW |
| v. | Northern District of California,<br>San Francisco |
| AT&T COMMUNICATIONS OF THE<br>SOUTHWEST, INC., a Delaware<br>corporation; et al., | |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor -<br>Appellee. | |
| RICHARD ROCHE and ALL<br>PLAINTIFFS, | No. 09-16709 |
| Plaintiffs - Appellants, | D.C. Nos.   3:07-cv-01243-VRW<br>              M:06-cv-01791-VRW |

|  |  |
|---|---|
| v.<br><br>AT&T CORP.,<br><br>        Defendant - Appellee,<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-intervenor - Appellee. | Northern District of California, San Francisco |

|  |  |
|---|---|
| BENSON B. ROE; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>AT&T CORP., a New York corporation; et al.,<br><br>        Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-intervenor - Appellee. | No. 09-16710<br><br>D.C. Nos.  3:06-cv-03467-VRW<br>            M:06-cv-01791-VRW<br>Northern District of California, San Francisco |

13

| | |
|---|---|
| ELAINE SPIELFOGEL-LANDIS, on behalf of herself and all others similarly situated and ALL PLAINTIFFS,<br><br>             Plaintiffs - Appellants,<br><br>  v.<br><br>MCI, LLC, a Delaware limited liability company and VERIZON,<br><br>             Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant-intervenor - Appellee. | No. 09-16712<br><br>D.C. Nos.   3:06-cv-04221-VRW<br>                 M:06-cv-01791-VRW<br>Northern District of California, San Francisco |
| STUDS TERKEL, (now deceased); et al.,<br><br>             Plaintiffs - Appellants,<br><br>  v.<br><br>AT&T CORP.; et al.,<br><br>             Defendants - Appellees. | No. 09-16713<br><br>D.C. Nos.   3:06-cv-05340-VRW<br>                 M:06-cv-01791-VRW<br>Northern District of California, San Francisco |
| HERBERT WAXMAN, on behalf of himself and all others similarly situated and ALL PLAINTIFFS,<br><br>             Plaintiffs - Appellants,<br><br>  v.<br><br>AT&T CORP., | No. 09-16717<br><br>D.C. Nos.   3:06-cv-06294-VRW<br>                 M:06-cv-01791-VRW<br>Northern District of California, San Francisco |

14

Defendant - Appellee,

UNITED STATES OF AMERICA,

Defendant-intervenor - Appellee.

---

| | |
|---|---|
| STEVEN LEBOW, Rabbi; et al.,<br><br>         Plaintiffs - Appellants,<br><br>  v.<br><br>BELL SOUTH CORPORATION; et al.,<br><br>         Defendants - Appellees. | No. 09-16719<br><br>D.C. Nos.   3:07-cv-00464-VRW<br>              M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |

---

| | |
|---|---|
| RAY ANDERSON; et al.,<br><br>         Plaintiffs - Appellants,<br><br>  v.<br><br>VERIZON COMMUNICATIONS, INC.; et al.,<br><br>         Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant-intervenor - Appellee. | No. 09-16720<br><br>D.C. Nos.   3:07-cv-02029-VRW<br>              M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |

---

| | |
|---|---|
| JAMES JOLL; et al.,<br><br>         Plaintiffs - Appellants, | No. 09-16723<br><br>D.C. Nos.   3:06-cv-05485-VRW<br>              M:06-cv-01791-VRW |

15

v.

AT&T CORP.; et al.,

                Defendants - Appellees,

UNITED STATES OF AMERICA,

                Defendant-intervenor -
                Appellee.

Northern District of California,
San Francisco

Before: PREGERSON, HAWKINS, and McKEOWN, Circuit Judges.

The panel assumes jurisdiction over these appeals.