BETH S. BRINKMANN
Deputy Assistant Attorney General
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolibno@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460

MATTHEW D. BRINCKERHOFF
ILANN M. MAAZEL
ADAM R. PULVER

EMERY CELLI BRINCKERHOFF
&ABADY LLP

75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Tel: 212-763-5000
Fax: 212-763-5001

*Counsel for the Government Defendants Sued in Their Official Capacities*

*Counsel for the Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates Solely To:<br><br>*Shubert et al. v. Obama et al.*<br>(MDL Member Case No. 07-cv-00693-VRW) | **No. M:06-cv-01791-VRW**<br><br>**STIPULATION TO TOLL DEFENDANTS' RESPONSE TO SECOND AMENDED COMPLAINT** |

Pursuant to Local Rule 6-2, which governs stipulations concerning scheduling, the Plaintiffs and the Government Defendants sued in their official capacities in this action, through their undersigned counsel, hereby stipulate and agree as follows with respect to the scheduling of further proceedings on remand in this action:

## RECITALS

1.  On December 29, 2011, the United States Court of Appeals for the Ninth Circuit reversed the district court's dismissal of plaintiffs' first amended complaint and ordered that the case be remanded with instructions that this district court grant plaintiffs leave to amend their

complaint further. The Ninth Circuit's order was part of a consolidated decision captioned *Jewel v. National Security Agency* and *Shubert v. Bush*, 673 F.3d 902, 914 (9th Cir. 2011). *See also* Dkt. No. 60 in 07-cv-00693-VRW (attaching Ninth Circuit decision). The Ninth Circuit's mandate in *Shubert* and *Jewel* was issued on February 23, 2012. *See* Dkt. Nos. 58 and 59.

2. The *Shubert* action is a Member Case in the above-captioned multi-district litigation ("MDL") docket – *In re National Security Agency Telecommunications Records Litigation*, (M:06-cv-01791-VRW). Both MDL-1791 and the *Shubert* action had been assigned to former Chief Judge Vaughn R. Walker. The *Shubert* action is substantially similar to *Jewel v. National Security Agency*, which had also been assigned to former Chief Judge Walker but was recently reassigned to Judge Jeffrey S. White. *See* Dkt. 82 in *Jewel* (08-cv-04373-JSW). At present, the Court has not assigned a new judge to MDL-1791 and the *Shubert* member case.

3. On May 8, 2012, plaintiffs in *Shubert* filed a Second Amended Complaint ("SAC"). The SAC in *Shubert* was lodged in the overall MDL Docket. *See* MDL-1791 Dkt. No. 771. Plaintiffs did not seek leave to file their SAC.

4. Defendants' position is that, while leave to amend must be granted under the Ninth Circuit's instruction, the Ninth Circuit nonetheless contemplated the filing of a motion to obtain such leave, *see* 673 F.3d at 914 (instructing that the district court "grant Shubert leave" to amend), and that, under the Federal Rules of Civil Procedure, the time to respond to an amended complaint is specifically linked to the granting of leave by the court or consent to file by an opposing party. *See* Fed. R. Civ. P. 15(a)(2), (3). In order to resolve any question concerning whether the SAC is now properly before the Court and when a response by defendants may be due in these circumstances, the undersigned counsel for the Government Defendants and Plaintiffs have conferred and agreed to prepare a mutually agreeable schedule for defendants' response to the SAC. In the meantime, the Plaintiffs and Government Defendants have also agreed to stipulate that the time for defendants to respond to the SAC (including through a motion to dismiss) be tolled pending the submission and approval of a mutually agreed-upon schedule for defendants' response to the SAC. The parties have begun conferring on a mutually agreeable schedule and expect to submit a proposed schedule shortly.

5. Alternatively, in the unlikely event the Plaintiffs and Government Defendants are unable to on a schedule for further proceedings, they hereby stipulate and agree that the time for defendants to respond to the SAC be tolled until after the parties have submitted their respective proposed schedules and the Court thereafter approves a schedule for further proceedings.

6. The Plaintiffs and Government Defendants agree that this proposed stipulation is necessary to permit the orderly preparation and consideration on any response to the SAC by the defendants, including any motion to dismiss.  In addition, the parties wish to confer further about coordination of the schedule in this case with a schedule in the *Jewel* action.

7. Since this case was remanded in February 2012, no further proceedings have been scheduled and, thus, the time modifications stipulated to above will have no impact on any currently scheduled proceeding on the Second Amended Complaint in the *Shubert* action.

## STIPULATION

The Plaintiffs and Government Defendants sued in their official capacity, through their undersigned counsel, hereby stipulate and agree that the time for defendants to respond to the Second Amended Complaint ("SAC") in the *Shubert* action (Dkt. 771 in MDL-1791) be tolled pending the submission and approval of a mutually agreed-upon schedule for defendants' response to the SAC or, alternatively, that the time for defendants to respond to the SAC be tolled until after the parties have submitted their respective proposed schedules and the court thereafter approves a schedule for further proceedings.  A proposed Order is attached hereto.

SO STIPULATED AND AGREED:

By: */s/ Anthony J. Coppolino*

ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolibno@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460

*Counsel for the Government Defendants
Sued in Their Official Capacities*

By: */s/ Ilann M. Maazel* (Per Gen. Order 45)

ILANN M. MAAZEL
imaazel@ecbalaw.com

EMERY CELLI BRINCKERHOFF
&ABADY LLP

75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Tel: 212-763-5000
Fax: 212-763-5001

*Counsel for the Plaintiffs*

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, ANTHONY J. COPPOLINO, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below (Plaintiffs' Counsel Ilann M. Maazel).

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on May 21, 2012, in the City of Washington, District of Columbia.

> BETH S. BRINKMANN
> Deputy Assistant Attorney General
>
> VINCENT M. GARVEY
> Deputy Branch Director
>
> BY: */s/ Anthony J. Coppolino*
> ANTHONY J. COPPOLINO
> Special Litigation Counsel
> tony.coppolibno@usdoj.gov
>
> MARCIA BERMAN
> Senior Trial Counsel
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, N.W.
> Washington, D.C. 20001
> Phone: (202) 514-4782
> Fax: (202) 616-8460
>
> *Counsel for the Government Defendants*
> *Sued in Their Official Capacities*
>
> EMERY CELLI BRINCKERHOFF
> &ABADY LLP
> MATTHEW D. BRINCKERHOFF
> ILANN M. MAAZEL
> 75 Rockefeller Plaza, 20th Floor
> New York, NY 10019
> Tel: 212-763-5000
> Fax: 212-763-5001
> imaazel@ecbalaw.com
>
> By:     */s/ Ilann M. Maazel* (Consent per General Order 45)
>           Ilann M. Maazel
>
> *Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates Solely To:<br><br>*Shubert et al. v. Obama et al.*<br>(MDL Member Case No. 07-cv-00693-VRW) | No. M:06-cv-01791-VRW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO TOLL DEFENDANTS' RESPONSE TO SECOND AMENDED COMPLAINT** |

Upon consideration of the parties' stipulation to toll defendants' response to the Second Amended Complaint ("SAC") in the above-captioned *Shubert* action, the record of this case, and good cause appearing, it is HEREBY ORDERED THAT the time for defendants to respond to the SAC in the *Shubert* action (Dkt. 771 in MDL-1791) shall be tolled pending the submission by the parties and approval of a mutually agreed-upon schedule for defendants response to the SAC or, alternatively, until after the parties have submitted their respective proposed schedules and the Court thereafter approves a schedule for further proceedings.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**


DATE: _____             _____
                                         United States District Judge