FILED

MAY 22 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, | No. 11-15956 <br><br> D.C. No. 3:06-md-01791-VRW <br> Northern District of California, <br> San Francisco |
| CENTER FOR CONSTITUTIONAL RIGHTS; TINA M. FOSTER; GITANJALI S. GUTIERREZ; SEEMA AHMAD; MARIA LAHOOD; RACHEL MEEROPOL, | ORDER |
| Plaintiffs - Appellants, | |
| v. | |
| BARACK OBAMA, President of the United States; NATIONAL SECURITY AGENCY, Ltg. Keith B. Alexander, Director; DEFENSE INTELLIGENCE AGENCY, Ltg. Ronald L. Burgess, Jr., Director; CENTRAL INTELLIGENCE AGENCY, Leon Panetta, Director; DEPARTMENT OF HOMELAND SECURITY, Janet Napolitano, Secretary; FEDERAL BUREAU OF INVESTIGATION, Robert S. Mueller III, Director; JAMES R. CLAPPER, Director of National Intelligence, | |
| Defendants - Appellees. | |

Before: PREGERSON, HAWKINS, and McKEOWN, Circuit Judges.

Argument in this case scheduled for June 1, 2012 in Pasadena, California, is vacated pending the Supreme Court's decision in *Clapper v. Amnesty Int'l*, No. 11-1025. The court may order supplemental briefing following the Supreme Court's decision. Oral argument will be rescheduled.