UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION



E-Filing

| | |
|---|---|
| In re National Security Agency Telecommunications Records Litigation (M:06-cv-1791) | Case No. 07-cv-00693-JSW |
| This Document Relates To: | [PROPOSED] ORDER |
| VIRGINIA SHUBERT, et al., Plaintiffs, v. BARACK OBAMA, et al. Defendants. | Courtroom 11, 19th Floor Judge Jeffrey S. White |

Upon consideration of the parties' stipulation and request for a one-week extension of time for Government Defendants to file their reply in support of their Third Motion to Dismiss and for Summary Judgment, the record of this case, and good cause appearing, it is HEREBY ORDERED THAT Government Defendants will file their reply in support of their Third Motion to Dismiss and for Summary Judgment on or before November 2, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: OCT 2 5 2012

_____
Honorable Jeffrey S. White
United States District Judge

Stipulation for Extension of Time for Govt. Defs. to File their Reply in Supp. of Summ. Judgment
*Shubert v. Obama* (07-cv-00693-JSW) (M:06-cv-1791)